```
                                    ┌──────────────────────────────┐
                                    │ √ FILED        ___ LODGED     │
                                    │ ___ RECEIVED   ___ COPY       │
                                    │                               │
                                    │        APR 0 9 2018           │
                                    │                               │
                                    │   CLERK U S DISTRICT COURT    │
                                    │     DISTRICT OF ARIZONA       │
                                    │ BY_____ DEPUTY        │
                                    └──────────────────────────────┘
```

1   **feder law office, p.a.**
    2930 e. camelback road, suite 160
2   phoenix, arizona 85016
    (602) 257-0135
3   bf@federlawpa.com
    fl@federlawpa.com
4
    Bruce Feder - State Bar No. 004832
5   Attorney for Defendant, Scott Spear

6
                    UNITED STATES DISTRICT COURT
7
                        DISTRICT OF ARIZONA
8

9
    United States of America,          )
10                                      )
                    Plaintiff,          )    NO. CR18-00422 PHX SPL  *(3)*
11                                      )
                    vs.                 )
12                                      )    **NOTICE OF APPEARANCE**
    Scott Spear.                        )
13                                      )
                    Defendant.          )
14  ─────────────────────────────────  )

15

16      **FEDER LAW OFFICE, P.A.**, by and through BRUCE FEDER, hereby enters its

17  appearance as attorneys of record for the Defendant, SCOTT SPEAR, for all proceedings in the

18  within-captioned matter.

19          RESPECTFULLY SUBMITTED this 9th day of April, 2018.

20                                  **FEDER LAW OFFICE, P.A.**

21

22

23                                  Attorney for Defendant, Scott Spear

24

25

26

                                    1
```

1                                    **<u>CERTIFICATE OF SERVICE</u>**

2

3         I hereby certify that on the 9th day of April, 2018, I forwarded the original and one copy of this document for filing with the Clerk's Office and provided copies to the following:

4

5 **Kevin Rapp**
Kevin.Rapp@usdoj.gov

6 **Dominic Lanza**
Dominic.Lanza@usdoj.gov

7 **Margaret Perlmeter**
Margaret.Perlmeter@usdoj.gov

8 *Attorneys for the United States*

9

10 **Christopher Aguedas**
arguedas@achlaw.com

11 **Ted Cassman**
cassman@achlaw.com

12 *Attorneys for Jim Larkin*

13

14 **Michael Piccarreta**
mlp@pd-law.com

15 *Attorney for Andrew Padilla*

16

17 **Paul Cambria**
pcambira@lglaw.com

18 **Larry Kazan**
lik@dkwlawyers.com

19 **Larry Debus**
lld@dkwlawyers.com

20 *Attorneys for Michael Lacey*

21

22 **Michael Kimerer**
mdk@kimerer.com

23 *Attorney for Jed Brunst*

24

25 By: *Amy Jones*

26