1    ELIZABETH A. STRANGE
     First Assistant United States Attorney
2    District of Arizona

3    KEVIN M. RAPP (Ariz. Bar No. 14249, kevin.rapp@usdoj.gov)
     DOMINIC LANZA (Cal. Bar No. 225989, dominic.lanza@usdoj.gov)
4    MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
     Assistant U.S. Attorneys
5    40 N. Central Avenue, Suite 1800
     Phoenix, Arizona 85004-4408
6    Telephone (602) 514-7500

7    JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
     Special Assistant U.S. Attorney
8    312 N. Spring Street, Suite 1200
     Los Angeles, CA 90012
9    Telephone (213) 894-3391

10   JOHN P. CRONAN
     Acting Assistant Attorney General
11   Criminal Division, U.S. Department of Justice

12   REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
     Senior Trial Attorney, U.S. Department of Justice
13   Child Exploitation and Obscenity Section
     950 Pennsylvania Ave N.W., Room 2116
14   Washington, D.C. 20530
     Telephone (202) 616-2807
15   Attorneys for Plaintiff

16

17                  IN THE UNITED STATES DISTRICT COURT

18                       FOR THE DISTRICT OF ARIZONA

19
     United States of America,                    CR-18-00422-PHX-SPL (BSB)
20
                              Plaintiff,
21                                                **NOTICE OF FILING OF PARTIES'**
             vs.                                  **PROPOSED SCHEDULING ORDER**
22

23   Michael Lacey, et al.,

24
                              Defendants.
25

26         The Court has granted the Government's Motion to Designate the Case Complex.

27   (Doc. 107) The Court has further ordered the parties to submit a case management schedule

28

by April 26, 2018. *Id.* Accordingly, the parties, through counsel undersigned, submit the following proposed scheduling order for the Court's consideration.

## I. DISCOVERY AND DISCLOSURE DEADLINES

| | | | | |
|---|---|---|---|---|
| A. | Superseding Indictment Deadline[1] | | | 07/30/2018 |
| B. | Government's Deadlines | | | |
| | 1. | Initial Compliance with Rule 16 discovery[2] (except initial expert disclosures) | | 12/03/2018 |
| | 2. | Initial expert disclosures | | 12/14/2019 |
| | 3. | Rule 404(b) notification, if any | | 02/04/2019 |
| | 4. | Rebuttal expert disclosures, if any | | 06/17/2019 |
| | 5. | Production of Jencks material and witness impeachment material, if not produced sooner[3] | | 02/25/2019 |
| C. | Defendant's Deadlines | | | |
| | 1. | Close of reciprocal Rule 16 discovery | | 03/04/2019 |
| | 2. | Rebuttal and/or initial expert disclosures, if any | | 03/14/2019 |
| | 3. | Production of Rule 26.2 material as to intended witnesses, if any | | 05/27/2019 |

---

[1] Defendants reserve the right to request modification of this scheduling order depending on the contents of the superseding indictment or if any of the current attorneys are disqualified.

[2] The United States represents that it intends to provide the majority of the discovery within 60 days from the courts' issuance order. This deadline pertains to discovery within the government's possession and control as of the date set for compliance. If additional records are discovered by, or disclosed to, the government during pretrial preparation or otherwise, pursuant to Rule 16(c), Fed. R. Crim. P., the government shall promptly disclose any additional documentary evidence or materials to the defense as soon as practicable after such disclosure or discovery occurs.

[3] If the government obtains any additional written *Jencks* material after this date, this *Jencks* material shall be produced promptly to the defense as soon as practicable.

## II.  FILING AND OTHER COURT DEADLINES

| | | | |
|---|---|---|---|
| A. | Government Disclosure of Preliminary Exhibit and Witness List | | 04/01/2019 |
| B. | Defense Disclosure of Preliminary Exhibit and Witness List | | 07/01/2019 |
| C. | Substantive Motions Deadline | | 07/15/2019 |
| D. | Government's Rebuttal Exhibit and Witness List | | 07/15/2019 |
| E. | Motions *in Limine* and Court Imposed Plea Offer Expiration Deadline | | 08/05/2019 |
| F. | Jury Questionnaire and Screening for Length of Trial | | 08/13/2019 |
| G. | Responses to Motions *in Limine* | | 08/19/2019 |
| H. | Government's Disclosure of Final Exhibit and Witness List | | 09/07/2019 |
| I. | Defendant's Final Exhibit and Witness List | | 09/16/2019 |
| J. | Joint Voir Dire, Joint Statement of the Case, Joint Proposed Jury Instructions, Joint Proposed Verdict Form | | 09/09/2019 |
| K. | Final Pretrial Conference | | 09/16/2019 |
| L. | Trial | | 10/07/2019[4] |

## III.   STATUS CONFERENCES

The parties will file a joint memorandum detailing the status of the case no less than three days prior to the scheduled status conference.

| | | |
|---|---|---|
| A. | First Status Conference | 10/22/2018 |
| B. | Second Status Conference | 04/22/2019 |

---

[4] The Defendants believe a more reasonable date would be January 15, 2020. If the Court agrees with this alternative date the deadlines could in the Court's discretion be moved 30 days.

1  Respectfully submitted this 26th day of April, 2018.

2

3  ELIZABETH A. STRANGE
   First Assistant United States Attorney
   District of Arizona

4

5  JOHN P. CRONAN
   Acting Assistant Attorney General
   Criminal Division, U.S. Department of Justice

6

   */s Kevin Rapp*

7  KEVIN M. RAPP
   DOMINIC LANZA

8  MARGARET PERLMETER
   Assistant U.S. Attorneys

9

10 JOHN J. KUCERA
   Special Assistant U.S. Attorney

11 REGINALD E. JONES
   Senior Trial Attorney

12 U.S. Department of Justice, Criminal Division
   Child Exploitation and Obscenity Section

13

14

15 **Certificate of Service:**

       I hereby certify that on this date, I electronically transmitted the attached document
16 to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of
   Electronic Filing to the following CM/ECF registrants: Paul Cambria, James Grant, Robert
17 Corn-Revere, Ronald London, Bruce Feder, Michael Kimerer, KC Maxwell, Michael
   Piccarreta, Stephen Weiss.
18

19 *s/Sally Hawley*
   U.S. Attorney's Office
20

21

22

23

24

25

26

27

28