Lee Stein (#12368)
lee@mscclaw.com
Anne M. Chapman (#025965)
anne@mscclaw.com
MITCHELL | STEIN | CAREY | CHAPMAN, PC
One Renaissance Square
2 North Central Avenue, Suite 1450
Phoenix, AZ 85004
Telephone: (602) 358-0292
Facsimile: (602) 358-0291
Attorneys for Henze Cook Murphy, PLC

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) | **CR-18-00422-PHX-SPL (BSB)** |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF LIMITED APPEARANCE OF COUNSEL** |
| 1. Michael Lacey, and | ) | |
| 2. James Larkin, | ) | |
| Defendants. | ) | |

The law firm of Mitchell Stein Carey Chapman, PC, enters its Limited Notice of Appearance on behalf of Henze Cook Murphy, PLC in the above-captioned matter for the limited purpose of addressing matters involving the United States' Motion to Disqualify Counsel filed on April 25, 2015 (Doc. 118).

RESPECTFULLY SUBMITTED on April 30, 2018.

    MITCHELL | STEIN | CAREY | CHAPMAN, PC

    By: */s/ Lee Stein*
        Lee Stein
        Anne Chapman
        Attorneys for Henze Cook Murphy, PLC

**CERTIFICATE OF SERVICE**

     I certify that on this 30th day of April, 2018, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the attorneys of record.

*/s/ B. Wolcott*