IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Michael Lacey, et al.,<br><br>    Defendants. | CR-18-422-PHX-SPL (BSB)<br><br>**ORDER** |

Upon the motion of the United States, and good cause showing, **IT IS HEREBY ORDERED** granting the United States' motion to transfer cases.

**IT IS FURTHER ORDERED** that *United States v. Carl Ferrer*, No. CR 18-464-PHX-DJH (JZB), will hereafter be assigned to this Court and captioned as *United States v. Carl Ferrer*, No. CR 18-464-PHX-SPL (BSB).

**IT IS FURTHER ORDERED** that *United States v. Backpage.com, LLC et al.*, No. CR 18-465-PHX-DJH (JZB), will hereafter be assigned to this Court and captioned as *United States v. Backpage.com, LLC et al.*, No. CR 18-465-PHX-SPL (BSB).

**IT IS FURTHER ORDERED** that excludable delay under 18 U.S.C. § 3161(h) is found to commence from _____ through _____.

SO ORDERED this _____ day of _____, 2018.

_____

|     |                                                      |
| --- | ---------------------------------------------------- |
| 1   | HON. STEVEN P. LOGAN<br>UNITED STATES DISTRICT JUDGE |
| 2   |                                                      |
| 3   |                                                      |
| 4   |                                                      |
| 5   |                                                      |
| 6   |                                                      |
| 7   |                                                      |
| 8   |                                                      |
| 9   |                                                      |
| 10  |                                                      |
| 11  |                                                      |
| 12  |                                                      |
| 13  |                                                      |
| 14  |                                                      |
| 15  |                                                      |
| 16  |                                                      |
| 17  |                                                      |
| 18  |                                                      |
| 19  |                                                      |
| 20  |                                                      |
| 21  |                                                      |
| 22  |                                                      |
| 23  |                                                      |
| 24  |                                                      |
| 25  |                                                      |
| 26  |                                                      |
| 27  |                                                      |
| 28  |                                                      |