# **<u>Exhibit B</u>**

0818FERRER.txt

1                 IN THE UNITED STATES DISTRICT COURT

2              FOR THE NORTHERN DISTRICT OF ILLINOIS

3                         EASTERN DIVISION

4

   BACKPAGE.COM, LLC,,                )
5                                     )
                                      )
6            Plaintiff,               )
                                      )
7    VS.                              ) Case No.
                                      ) 1:15-cv-06340
8    THOMAS J. DART, Sheriff of Cook  )
     County, Illinois,                )
9                                     )
                                      )
10           Defendant.               )
     _____

11

12

13            VIDEOTAPED DEPOSITION OF CARL FERRER

14                  Tuesday, August 18, 2015

15                   Los Angeles, California

16

17   REPORTED BY:

18   GRACE CHUNG, CSR No. 6426, RMR, CRR, CLR

19   FILE NO.: 445

20

21

22

23

0818FERRER.txt

24

25

                                                        1
♠

 1           IN THE UNITED STATES DISTRICT COURT

 2           FOR THE NORTHERN DISTRICT OF ILLINOIS

 3                   EASTERN DIVISION

 4
     BACKPAGE.COM, LLC,,                  )
 5                                        )
                                          )
 6           Plaintiff,                   )
                                          )
 7   VS.                                  ) Case No.
                                          ) 1:15-cv-06340
 8   THOMAS J. DART, Sheriff of Cook      )
     County, Illinois,                    )
 9                                        )
                                          )
10           Defendant.                   )
     _____

11

12

13

14           Videotaped Deposition of CARL FERRER

15   taken on behalf of Defendant, at 333 South Hope

16   Street, 29th Floor, Los Angeles, California,

17   beginning at 4:13 p.m. and ending at 7:53 p.m., on

18   Tuesday, August 18, 2015, before GRACE CHUNG, CSR

19   No. 6246, RMR, CRR, CLR.

                        Page 2

0818FERRER.txt

20

21

22

23

24

25

                                                        2

↑

1                    A P P E A R A N C E S

2

3    For the Plaintiff:

4
     HENZE COOK MURPHY
5    BY: TOM HENZE, ESQ.
         JANEY HENZE COOK, ESQ
6    4645 North 32nd Street
     Suite 150
7    Phoenix, Arizona 85018
     (602) 956-1730
8    tom@henzecookmurphy.com
     janey2henzecookmurphy.com
9    (602) 956-1730

10
     For the Defendant:
11
     KIRKLAND & ELLIS
12   BY:  ZACHARY D. HOLMSTEAD, ESQ.
     300 North LaSalle
13   Chicago, Illinois 60654
     (312) 862-2392
14   zachary.holmstead@kirkland.com

15

16   Also Present:    TOM BISHEL, Videographer
                    Page 3

0818FERRER.txt

17                    LIZ McDOUGALL

18

19

20

21

22

23

24

25

                                                    3

♠

1                              INDEX

2    WITNESS    EXAMINATION                         PAGE

3      CARL FERRER

4              BY MR. HOLMSTEAD                      6

5              BY MS. COOK                           127

6

7                            EXHIBITS

8    NO.          DESCRIPTION                        PAGE

9    Exhibit 25   Letter from Bank Frick to Payment   38
                  Solutions, dated June 30, 2015
10
     Exhibit 26   E-mail to Yoni (Privilege           47
11                Redaction)

12   Exhibit 27   E-mail chain, with top e-mail from  61
                  Julie Rottenberg to Thomas Brown,

```
                           0818FERRER.txt
13              dated July 9, 2015

14   Exhibit 28   E-mail chain, with top e-mail from    86
                  Carl Ferrer to Trent Voigt, dated
15                July 21, 2015

16   Exhibit 29   Declaration of Carl Ferrer in         99
                  support of motion for temporary
17                restraining order

18   Exhibit 30   E-mail chain, with top e-mail from   106
                  Mickey Jansen to Carl Reffer, dated
19                July 21, 2015

20

21              QUESTIONS INSTRUCTED NOT TO ANSWER

22                     PAGE  LINE

23                      95    21

24

25

                                                         4


 1              THE VIDEOGRAPHER:  Good afternoon.  We are

 2   now going on the record.  Today's date is August

 3   18th, 2015.  And the time is approximately 4:13

 4   p.m.  The location is 333 South Hope Street, 29th

 5   floor, Los Angeles, California 90071.  My name is

 6   Tom Bishel, video specialist representing Certus

 7   Deposition Services.  The civil action number is

 8   115-CV-06340 in the matter of Backpage.com, LLC

 9   versus Thomas J. Dart, et al.  The deponent is Carl
```

Page 5

0818FERRER.txt

10   Ferrer.  The video deposition is requested by the

11   law offices of Kirkland & Ellis.

12            Will all counsel please identify

13   yourselves and state whom you represent.

14            MR. HOLMSTEAD:  Zach Holmstead on behalf

15   of Sheriff Dart.

16            MS. COOK:  Janey Henze Cook of Henze Cook

17   Murphy on behalf of Backpage.com.

18            MR. HENZE:  Tom Henze on behalf of

19   Backpage.com.   MS. McDOUGALL:  Liz McDougall on

20   behalf of Backpage.com.

21            MR. HENZE:  Yeah.  And I think we ought to

22   state for the record that in her capacity as

23   general counsel, Liz McDougall is in the room.  She

24   is not going to participate in lawyering the

25   deposition, however.

                                                    5

⬆

1                     CARL FERRER,

2        having been first duly sworn, was examined

3                 and testified as follows:

4                      EXAMINATION

5   BY MR. HOLMSTEAD:

Page 6

0818FERRER.txt

6        Q.   Good afternoon.

7        A.   Good afternoon.

8        Q.   Will you state your name for the record?

9        A.   Carl Ferrer.

10       Q.   And how many times have you testified in

11  open court, Mr. Ferrer?

12       A.   Four times.

13       Q.   Were any of those civil matters?

14       A.   No.

15       Q.   How many times have you been deposed?

16       A.   One time.

17       Q.   Was that in a civil matter?

18       A.   Yes.

19       Q.   What was the nature of the case?

20       A.   It was two newspapers suing each other.

21       Q.   Do you remember what court it was in or

22  what state?

23       A.   I recall the case was in either Midland,

24  Texas or Odessa, Texas, I'm not sure which one.

25       Q.   Thank you.

                                                6

1             And do you remember what year it was that

2  you were deposed?

0818FERRER.txt

```
 3        A.    I don't.  It was a long time ago.

 4        Q.    More than ten years ago?

 5        A.    Yes.

 6        Q.    Okay.  And having testified before and

 7   given a deposition before, you understand that you

 8   are under oath?

 9        A.    I do.

10        Q.    And the most important thing this

11   afternoon is that you and I understand each other.

12   So if at any point I ask a question that's unclear,

13   or you don't understand what you heard, just let me

14   know.  I am happy to re-ask it or rephrase it.

15   Okay?

16        A.    Agreed.

17        Q.    And if you go ahead and answer the

18   question, then I'll assume that you heard it and

19   that you understood it.  Is that fair?

20        A.    Yes.

21        Q.    And I also wanted to just state for the

22   record that in accordance with the hearing that we

23   had last week, we will be covering a limited number

24   of topics at your deposition today, and we can

25   cover the remaining topics at the next deposition.
```

0818FERRER.txt
                                                                  7

1    Okay?

2         A.    Yes.

3         Q.    And, in -- in general, unless I state

4    otherwise, my questions are limited to the time

5    period January 1st, 2015, through the present.

6         A.    Okay.

7         Q.    Great.  What did you do to prepare for

8    your deposition today?

9         A.    Today, I read the -- my declaration and

10   some of the exhibits.

11        Q.    That was what you did today?

12        A.    That's what I did today, yes.

13        Q.    What else have you done to prepare for

14   your deposition?

15        A.    Yesterday I met with counsel.

16        Q.    Who was that?

17        A.    The counsel that's present here today, Tom

18   Henze, Janey Henze.

19        Q.    Was Ms. McDougall there?

20        A.    I'm sorry?

21        Q.    Was Ms. McDougall present at that --

22        A.    And -- and Liz McDougall.

0818FERRER.txt

23     Q.   Approximately, how long did that meeting

24  last?

25     A.   We met in -- during the day.  There was a

8

1  break.  There was a series of breaks so I'm trying

2  to put together the time.

3     Q.   Sir, just to the nearest part.

4     A.   I -- I would estimate eight to ten hours.

5     Q.   And did you personally review any

6  documents outside your declaration and the

7  exhibits?

8     A.   Say -- I'm sorry.

9     Q.   Sure.  You mentioned that you reviewed

10  today your declaration and some of the exhibits.

11  Have you reviewed any other documents to prepare

12  for your deposition?

13     A.   No.

14     Q.   You didn't, for example, open your e-mail

15  account and go -- scroll through all the e-mails to

16  try to refresh your memory about things that had

17  happened?

18     A.   I did not go through my e-mails today to

19  refresh my memory.

Page 10

0818FERRER.txt

20      Q.    How about since the time that you -- your

21   deposition was noticed last week?

22      A.    Yesterday I went through old e-mails with

23   counsel.

24      Q.    And you are aware that Ms. McDougall was

25   deposed this morning?

                                                      9

♠

1       A.    Yes.

2       Q.    Have you discussed Ms. McDougall's

3   deposition with anyone?

4       A.    I have not discussed -- I'm sorry, I

5   didn't understand that question.

6       Q.    Sure.  Did -- did you discuss any of

7   the -- for example, the topics that Ms. McDougall

8   was deposed about this morning?

9       A.    No.

10      Q.    Did you have any conversations regarding

11   any of the substance of Ms. McDougall's deposition?

12      A.    No.

13            MR. HENZE:  Counsel, can I make a

14   statement for the record, just -- just because I

15   think Mr. Ferrer's not a lawyer.  As you know, from

0818FERRER.txt

16   the previous deposition, Ms. McDougall fulfilled

17   some of her 30(b)(6) witness duties by sitting down

18   with Carl and trying to gain corporate knowledge.

19   But I -- I don't want you to be misunderstood.

20   Ms. McDougall was not preparing Mr. Ferrer for his

21   deposition, although we met -- we met yesterday, we

22   did both things in the same day, I guess, is what

23   I'm trying to say.

24         MR. HOLMSTEAD:  Same day, same people,

25   same room.

                                                    10

1         MR. HENZE:  Yeah, but -- but, for example,

2   we had a number of hours, five, six hours, four --

3   four to six hours without Ms. McDougall in the room

4   where we had Mr. Ferrer in the room.  And we had

5   some other substantial periods of time without

6   Mr. Ferrer in the room when we had Ms. McDougall in

7   the room, and then there was some time when we had

8   Ms. McDougall and Mr. Ferrer together.  That was

9   the subject matter of Ms. McDougall's 30(b)(6)

10   preparation.

11         MR. HOLMSTEAD:  Thank you.

12         I appreciate that.

                    Page 12

0818FERRER.txt

13       A.   Zach, can I just -- just so that I'm

14   accurate, how many hours did I say that I met?

15   BY MR. HOLMSTEAD:

16       Q.   Eight to ten.

17       A.   Eight to ten.  Okay.  It's probably more

18   like ten.

19       Q.   More like ten, okay.

20            Was there anyone present besides the three

21   attorneys in the room today and your -- and

22   yourself?

23       A.   No.

24       Q.   What's your understanding of what an

25   acquiring bank is?

                                                    11

♠

1       A.   My understanding of the acquiring bank is

2   that they are the bank that you need to facilitate

3   a credit card transaction or to secure a merchant

4   account.

5       Q.   And you used the word "you need."  Who --

6   who are you referring to when you said "you"?

7       A.   The -- a business would need.

8       Q.   A merchant?