# Exhibit C



Rochelle L. Wilcox (SBNB 197790)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: rochellewilcox@dwt.com

James C. Grant (*pro hac vice* application pending)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101
Telephone: (206) 622-3150
Facsimile: (206) 757-7700
Email: jimgrant@dwt.com

Cristina Claypoole Arguedas (SBN 87787)
ARGUEDAS CASSMAN & HEADLEY LLP
803 Hearst Ave
Berkeley, CA 94710
Telephone: (510) 845-3000
Facsimile: (510) 845-3003
Email: arguedas@achlaw.com.

Robert Corn-Revere (*pro hac vice* **application to be filed**)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, NW, Suite 800
Washington, D.C. 20006
Telephone: (202) 973-4200
Facsimile: (202) 973-4499
Email: bobcornrevere@dwt.com

Tom Henze (*pro hac vice* application pending)
HENZE COOK MURPHY PLLC
4645 N. 32nd St., Suite 150
Phoenix, AZ 85018
Telephone: (602) 956-1730
Facsimile: (602) 956-1220
Email: tom@henzecookmurphy.com

Attorneys for Carl Ferrer, Michael Lacey and James Larkin

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SACRAMENTO

**PEOPLE OF THE STATE OF CALIFORNIA,**

Plaintiff,

v.

**CARL FERRER, MICHAEL LACEY,** and **JAMES LARKIN,**

Defendants.

Case No. 16FE019224

**NOTICE OF APPLICATION AND APPLICATION FOR ORDER ADMITTING JAMES C. GRANT AS CO-COUNSEL *PRO HAC VICE***

Opposition Due:
Moving Party Reply:
Hearing Date:
Time:
Department:

Complaint Filed: 09-26-2016
Trial Date: N/A



DAVIS WRIGHT TREMAINE LLP

TO PLAINTIFF AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on ___________, 2016, at 1:30 p.m., or as soon thereafter as the matter may be heard in Department 61 of the above-referenced court, located at 720 9th Street, Sacramento, CA 95814, Defendants CARL FERRER, MICHAEL LACEY and JAMES LARKIN will and do apply for an order admitting James C. Grant to appear *pro hac vice* as co-counsel for Defendants in this case.

This Motion is made pursuant to California Rule of Court 9.40 on the grounds that Mr. Grant has been admitted to practice before the highest court of the state of Washington, and that a member of the State Bar of California is co-counsel of record for Defendants in this case. This Application is based upon this Notice, the attached Memorandum of Points and Authorities, the declarations of James C. Grant and Rochelle L. Wilcox, all pleadings and papers on file herein, and such further evidence and argument as the Court may allow at the hearing on this Application.

DATED: October 13, 2016

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: ______________________
Rochelle L. Wilcox

Attorneys for Defendants
Carl Ferrer, Michael Lacey and James Larkin

DAVIS WRIGHT TREMAINE LLP

## MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to California Rule of Court 9.40, Defendants move this Court for an order admitting James C. Grant of the law firm Davis Wright Tremaine LLP (Seattle, Washington) to appear *pro hac vice* in this case as follows: Defendants have retained Mr. Grant's firm to represent them in this case. Mr. Grant resides and works in the State of Washington. His home address is 1627 21st Avenue East, Seattle, Washington 98112, and his office address is Davis Wright Tremaine LLP, 1201 Third Avenue, Suite 2200, Seattle, Washington 98101 (Phone: 206-757-8030). *See* Declaration of James C. Grant ¶¶ 1 & 2.

The courts to which Mr. Grant has been admitted to practice and the dates of his admission to each of them are as follows:

| Court | Date Admitted |
|---|---|
| Washington state courts | November 1, 1984 |
| United States District Court for the Western District of Washington | January 23, 1986 |
| United States Court of Appeals for the Ninth Circuit | January 30, 2006 |
| United States Court of Appeals for the First Circuit | July 7, 2015 |
| United States Court of Appeals for the Seventh Circuit | September 18, 2015 |

(*See id.* at ¶ 3.)

Mr. Grant is a member in good standing and eligible to practice before the bar of the highest court of the State of Washington, and in the U.S. Court of Appeals for the First, Seventh and Ninth Circuits, and is a member in good standing in each of the courts listed above. *See id.*

Mr. Grant has never been subject to discipline by any court or administrative body, and he is not currently suspended or disbarred in any court. *See id.* He has never been denied admission to the courts of any state or to any federal court. *See id.*

Mr. Grant is familiar with the Rules of the State Bar of California and this Court's Local Rules, and he has agreed to comply with them. *See id.* ¶ 5. Mr. Grant has filed only one application to appear as counsel *pro hac vice* in the state of California in the past two years, which was granted. *See* Grant Decl. ¶ 4.

Rochelle L. Wilcox of the law firm of Davis Wright Tremaine LLP is co-counsel of record for Defendants in this matter. *See id.* ¶ 6; Declaration of Rochelle L. Wilcox. Ms. Wilcox is an active member of the State Bar of California. *See* Wilcox Decl. ¶ 1. Davis Wright Tremaine LLP's San Francisco office is located at 505 Montgomery Street, Suite 800, San Francisco, CA 94111-3611 (415) 276-6500. *See* Grant Decl. ¶ 6; Wilcox Decl. ¶ 2.

Mr. Grant is not regularly employed in the state of California, nor is he engaged in substantial business, professional, or other activities in the state of California. *See* Grant Decl. ¶ 4.

For all the foregoing reasons, the admission of Mr. Grant *pro hac vice* is appropriate under Rule 9.40, and Respondent respectfully requests that the Court admit Mr. Grant as co-counsel of record, *pro hac vice*, to represent it in this case.

DATED: October 13, 2016

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: ______________________
Rochelle L. Wilcox

Attorneys for Defendants
Carl Ferrer, Michael Lacey and James Larkin





DAVIS WRIGHT TREMAINE LLP

PROOF OF SERVICE BY HAND DELIVERY

I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, 1201 Third Avenue, Suite 2200, Seattle, WA 98101.

On October 13, 2016, I caused to be hand-served the foregoing document described as **NOTICE OF APPLICATION AND APPLICATION FOR ORDER ADMITTING JAMES C. GRANT AS CO-COUNSEL *PRO HAC VICE*** on counsel listed below appearing on this date in Department 61 of the Sacramento County Superior Court located at 720 9th Street, Sacramento, CA 95814:

**KAMALA D. HARRIS**
**Attorney General of California**
**ROBERT MORGESTER**
**Senior Assistant Attorney General**
**RANDY MAILMAN**
**Deputy Attorney General**
**MAGGY KRELL**
**Supervising Deputy Attorney General**

Executed on October 13, 2016, at Sacramento, California.

I declare under penalty of perjury, under the laws of the State of Washington, that the foregoing is true and correct.

James C. Grant
Print Name

Signature



Rochelle L. Wilcox (CA State Bar No. 197790)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: rochellewilcox@dwt.com

James C. Grant (*pro hac vice* application pending)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101
Telephone: (206) 622-3150
Facsimile: (206) 757-7700
Email: jimgrant@dwt.com

Cristina Claypoole Arguedas (SBN 87787)
ARGUEDAS CASSMAN & HEADLEY LLP
803 Hearst Ave
Berkeley, CA 94710
Telephone: (510) 845-3000
Facsimile: (510) 845-3003
Email: arguedas@achlaw.com

Robert Corn-Revere (*pro hac vice* application to be filed)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, NW, Suite 800
Washington, D.C. 20006
Telephone: (202) 973-4200
Facsimile: (202) 973-4499
Email: bobcornrevere@dwt.com

Tom Henze (*pro hac vice* application pending)
HENZE COOK MURPHY PLLC
4645 N. 32nd St., Suite 150
Phoenix, AZ 85018
Telephone: (602) 956-1730
Facsimile: (602) 956-1220
Email: tom@henzecookmurphy.com

Attorneys for Carl Ferrer, Michael Lacey and James Larkin

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SACRAMENTO

**PEOPLE OF THE STATE OF CALIFORNIA,**

Plaintiff,

v.

**CARL FERRER, MICHAEL LACEY,** and **JAMES LARKIN,**

Defendants.

Case No. 16FE019224

**DECLARATION OF ROCHELLE L. WILCOX IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION**

Opposition Due:
Moving Party Reply:
Hearing Date:
Time:
Department:

Complaint Filed: 09-26-2016
Trial Date: N/A



DAVIS WRIGHT TREMAINE LLP

DAVIS WRIGHT TREMAINE LLP

**DECLARATION OF ROCHELLE L. WILCOX**

I, Rochelle L. Wilcox, declare:

1. I am an attorney duly licensed to practice before all of the state courts in California. I am a partner with the law firm of Davis Wright Tremaine LLP ("DWT"), attorneys of record for Defendants CARL FERRER, MICHAEL LACEY and JAMES LARKIN in the above-captioned action.

2. DWT has its offices at 505 Montgomery Street, Suite 800, San Francisco, CA 94111-3611, (415) 276-6500.

3. Attached as Exhibit A to this Application is a true and correct copy of a letter to the State Bar of California along with a check in the amount of $50 that was sent to the State Bar of California in accordance with the California Rules of Court, Rule 9.40, on October 13, 2016.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this Declaration was executed on this 13th day of October, 2016, at Roseville, California.

ROCHELLE L. WILCOX

# EXHIBIT A



Suite 2400
865 South Figueroa Street
Los Angeles, CA 90017-2566

Rochelle L. Wilcox
213.633.6800 tel
213.633.6899 fax

rochellewilcox@dwt.com

October 13, 2016

State Bar of California
Office of Special Admissions and Specialization
180 Howard Street
San Francisco, CA 94105

Attn: Pro Hac Vice Program

Re: *Pro Hac Vice Application of James C. Grant*

Dear Sir/Madam:

Enclosed please find **Notice of Application and Application for Order Admitting James C. Grant as Co-Counsel *Pro Hac Vice*** along with check No. 111091 in the amount of $50.00.

Thank you.

Very truly yours,

Davis Wright Tremaine LLP

Rochelle L. Wilcox /ejd
Rochelle L. Wilcox

RLW:ejd
Encls.

DWT 22852228v1 0094383-000006

| DATE | 10-13-16 | | | | CHECK NUMBER | 111091 |
|---|---|---|---|---|---|---|
| **DATE** | **INVOICE NO.** | **VOUCHER ID** | **INVOICE AMOUNT** | **NET AMOUNT** | **REMARKS** | |
| 10-13-16 | WILCR101316 | 1326515 | 50.00 | 50.00 | Pro Hac Vice fee | |
| | | | | TOTAL | 50.00 | |

DAVIS WRIGHT TREMAINE LLP
865 S FIGUEROA ST., SUITE 2400 213-633-6800
LOS ANGELES, CA 90017

DETACH AND RETAIN THIS STATEMENT

THE ATTACHED CHECK IS IN PAYMENT OF ITEMS LISTED ABOVE

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW. DO NOT CASH IF NOT PRESENT.

**DAVIS WRIGHT TREMAINE LLP**
865 S FIGUEROA ST., SUITE 2400 213-633-6800
LOS ANGELES, CA 90017

VENDOR NO. 35044

DATE 10-13-16

90-7172 / 3222 NO. 111091

Citibank, N.A. BR. #395
787 W 5TH ST 28TH FL
LOS ANGELES, CA 90071

PAY ONLY FIVE ZERO 00 CTS

*********$50.00

DAVIS WRIGHT TREMAINE LLP

PAY TO THE ORDER OF **STATE BAR OF CALIFORNIA**

SIGNATURE REQUIRED

PROOF OF SERVICE BY HAND DELIVERY

I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, 1201 Third Avenue, Suite 2200, Seattle, WA 98101.

On October 13, 2016, I caused to be hand-served the foregoing document described as **DECLARATION OF ROCHELLE L. WILCOX IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION** on counsel listed below appearing on this date in Department 61 of the Sacramento County Superior Court located at 720 9th Street, Sacramento, CA 95814:

**KAMALA D. HARRIS**
**Attorney General of California**
**ROBERT MORGESTER**
**Senior Assistant Attorney General**
**RANDY MAILMAN**
**Deputy Attorney General**
**MAGGY KRELL**
**Supervising Deputy Attorney General**

Executed on October 13, 2016, at Sacramento, California.

I declare under penalty of perjury, under the laws of the State of Washington, that the foregoing is true and correct.

James C. Grant
Print Name

Signature



Rochelle L. Wilcox (CA State Bar No. 197790)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: rochellewilcox@dwt.com

James C. Grant (*pro hac vice* application pending)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101
Telephone: (206) 622-3150
Facsimile: (206) 757-7700
Email: jimgrant@dwt.com

Cristina Claypoole Arguedas (SBN 87787)
ARGUEDAS CASSMAN & HEADLEY LLP
803 Hearst Ave
Berkeley, CA 94710
Telephone: (510) 845-3000
Facsimile: (510) 845-3003
Email: arguedas@achlaw.com.

Robert Corn-Revere (*pro hac vice* application to be filed)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, NW, Suite 800
Washington, D.C. 20006
Telephone: (202) 973-4200
Facsimile: (202) 973-4499
Email: bobcornrevere@dwt.com

Tom Henze (*pro hac vice* application pending)
HENZE COOK MURPHY PLLC
4645 N. 32nd St., Suite 150
Phoenix, AZ 85018
Telephone: (602) 956-1730
Facsimile: (602) 956-1220
Email: tom@henzecookmurphy.com

Attorneys for Carl Ferrer, Michael Lacey and James Larkin

DAVIS WRIGHT TREMAINE LLP

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SACRAMENTO

**PEOPLE OF THE STATE OF CALIFORNIA,**

Plaintiff,

v.

**CARL FERRER, MICHAEL LACEY, and JAMES LARKIN,**

Defendants.

Case No. 16FE019224

**DECLARATION OF JAMES C. GRANT IN SUPPORT OF APPLICATION *PRO HAC VICE* ADMISSION**

Opposition Due:
Moving Party Reply:
Hearing Date:
Time:
Department:

Complaint Filed: 09-26-2016
Trial Date: N/A

DAVIS WRIGHT TREMAINE LLP

**DECLARATION OF JAMES C. GRANT**

I, James C. Grant, declare:

1. I submit this declaration in support of the Application pursuant to Rule 9.40 of the California Rules of Court for an Order permitting me to appear in this action as co-counsel *pro hac vice* for Defendants Carl Ferrer, Michael Lacey and James Larkin, in Sacramento Superior Court Case No. 16FE019224. Each of the facts stated herein is based on my personal knowledge and, if called as a witness, I could and would competently testify thereto.

2. I reside at 1627 21st Avenue East, Seattle, Washington 98112, and maintain my office at Davis Wright Tremaine LLP, 1201 Third Avenue, Suite 2200, Seattle, Washington 09101.

3. I was admitted to practice law in the state of Washington on November 1, 1984. I am also admitted to practice before federal courts in the District of Washington (since January 23, 1986). I was admitted to practice before the United States Court of Appeals for the Ninth Circuit on January 30, 2006. I was admitted to practice before the United States Court of Appeals for the First Circuit on July 7, 2015. I was admitted to practice before the United States Court of Appeals for the Seventh Circuit on September 18, 2015. I am a member in good standing in all these courts and am not suspended or disbarred in any court. I have never been subject to discipline by any court or administrative body. I have never been denied admission to the courts of any state or to any federal court.

4. I am not regularly employed in the state of California, nor am I regularly engaged in substantial business, professional or other activities in the State of California. I have only filed one motion for admission *pro hac vice* in any California state court in the past two years, in the matter of *City & County of San Francisco v. HomeAway.com, Inc.*, San Francisco County Superior Court Case No. CPF-16-515136. That application was granted on August 24, 2016.

5. I am familiar with the Rules of the State Bar of California and this Court's Local Rules, and I agree to comply with them.

6. I request permission of the Court to appear as co-counsel *pro hac vice* in this matter

in association with Rochelle L. Wilcox, Davis Wright Tremaine LLP, 505 Montgomery Street, Suite 800, San Francisco, CA 94111-3611, (415) 276-6500.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this Declaration was executed on this 11th day of October, 2016, at Seattle, Washington.

James C. Grant

DAVIS WRIGHT TREMAINE LLP

PROOF OF SERVICE BY HAND DELIVERY

I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, 1201 Third Avenue, Suite 2200, Seattle, WA 98101.

On October 13, 2016, I caused to be hand-served the foregoing document described as **DECLARATION OF JAMES C. GRANT IN SUPPORT OF APPLICATION *PRO HAC VICE* ADMISSION** on counsel listed below appearing on this date in Department 61 of the Sacramento County Superior Court located at 720 9th Street, Sacramento, CA 95814:

**KAMALA D. HARRIS**
**Attorney General of California**
**ROBERT MORGESTER**
**Senior Assistant Attorney General**
**RANDY MAILMAN**
**Deputy Attorney General**
**MAGGY KRELL**
**Supervising Deputy Attorney General**

Executed on October 13, 2016, at Sacramento, California.

I declare under penalty of perjury, under the laws of the State of Washington, that the foregoing is true and correct.

James C. Grant
Print Name

Signature