# Exhibit H

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

September 06 2016 8:30 AM

KEVIN STOCK
COUNTY CLERK
NO: 12-2-11362-4

THE HONORABLE PHILIP K. SORENSEN
HEARING DATE: SEPTEMBER 9, 2016

SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR PIERCE COUNTY

| | |
|---|---|
| J.S., S.L., and L.C.,<br><br>        Plaintiffs,<br><br>    v.<br><br>VILLAGE VOICE MEDIA HOLDINGS, L.L.C., d/b/a Backpage.com; BACKPAGE.COM, L.L.C.; NEW TIMES MEDIA, L.L.C., d/b/a Backpage.com; and, BARUTI HOPSON,<br><br>        Defendants. | No. 12-2-11362-4<br><br>**DECLARATION OF CARL FERRER IN SUPPORT OF DEFENDANTS VILLAGE VOICE MEDIA HOLDINGS, LLC'S; BACKPAGE.COM, LLC'S; AND NEW TIMES MEDIA, LLC'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL FULL AND COMPLETE SEARCH OF CARL FERRER'S GMAIL RECORDS** |

I, Carl Ferrer, declare as follows:

1. I am the CEO of Backpage.com, LLC. I am over the age of eighteen and have personal knowledge of the matters stated below.

2. During the 2003 to 2011 period, I maintained a Gmail account (carlferrer15@gmail.com), which I utilized as a means to archive emails from my Backage.com email account (carl.ferrer@backpage.com). To do so, I would forward emails

DECLARATION OF CARL FERRER ISO
OPPOSITION TO PLAINTIFFS' MOTION TO
COMPEL (NO. 12-2-11362-4) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

from the Backpage.com account to the Gmail account. I did this in order to preserve communications, because Backpage.com's email system purged emails after 90 days.

3. I used the Gmail account purely for email archiving discussed above. I conducted all of my Backpage.com-related work through my Backpage.com email address. Any Backpage.com email that was sent to my Gmail account was first generated in my Backpage.com email account. All responses to Backpage.com emails were sent through my Backpage.com email account, not the Gmail account. I did not send my Backpage.com-related emails to my Gmail account in order to communicate from my Gmail account regarding Backpage.com business or for any other purpose. I did not conduct business through my Gmail account and did not use my Gmail account to contact anyone regarding Backpage.com business.

4. Backpage.com is an online classified advertising service. At times, Backpage.com advertised its services in other media spaces.

5. For example, Backpage.com advertised its service on a website called The Erotic Review ("TER") for a few months in 2008 or 2009. The TER website is and was wholly unrelated to Backpage.com. The TER website hosted profiles for escorts and provided discussion forums. TER also included Backpage.com referral links on its site.

6. TER ran advertisements in Village Voice Media's print papers for many years. TER also ran ads in other newspapers and additional widespread media including Penthouse Magazine and the Howard Stern Show.

7. At some point, TER provided Backpage.com with a VIP account that I used to read comments on its forums regarding Backpage.com's moderation practices. To my knowledge, no one from Backpage.com ever posted or responded to users in TER's forums using that account.

DECLARATION OF CARL FERRER ISO
OPPOSITION TO PLAINTIFFS' MOTION TO
COMPEL (NO. 12-2-11362-4) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

8. Backpage.com stopped advertising its service on TER in 2009, and terminated the referrals in 2010. Late in 2010 or early in 2011, Backpage.com banned TER numbers and links to TER reviews from adult ads on Backpage.com and added TER and related terms as banned terms to its automated filtering system.

I declare that the foregoing is true and correct to the best of my knowledge and subject to the penalty of perjury under the laws of the state of Washington.

Dated this 2 day of September, 2016 at Dallas, Texas.

_____
Carl Ferrer

DECLARATION OF CARL FERRER ISO
OPPOSITION TO PLAINTIFFS' MOTION TO
COMPEL (NO. 12-2-11362-4) – 3

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# CERTIFICATE OF SERVICE

On September 2, 2016, I caused to be served upon counsel of record, at the address stated below, via the method of service indicated, a true and correct copy of the following documents: **DECLARATION OF CARL FERRER IN SUPPORT OF DEFENDANTS VILLAGE VOICE MEDIA HOLDINGS, LLC'S; BACKPAGE.COM, LLC'S; AND NEW TIMES MEDIA, LLC'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL FULL AND COMPLETE SEARCH OF CARL FERRER'S GMAIL RECORDS**

| | | |
|---|---|---|
| Erik L. Bauer | ☐ | Via hand delivery |
| The Law Office of Erik L. Bauer | ☐ | Via U.S. Mail, 1st Class, Postage Prepaid |
| 215 Tacoma Avenue South | | |
| Tacoma, WA 98402 | ☐ | Via Overnight Delivery |
| Email: erik@erikbauer.com | ☐ | Via Facsimile |
| **Attorney for Plaintiffs** | ☒ | Via E-Mail |
| Michael T. Pfau | ☐ | Via hand delivery |
| Darrell L. Cochran | ☐ | Via U.S. Mail, 1st Class, Postage Prepaid |
| Jason P. Amala | | |
| Vincent T. Nappo | ☐ | Via Overnight Delivery |
| Pfau Cochran Vertetis Amala PLLC | ☐ | Via Facsimile |
| 911 Pacific Avenue, Suite 200 | ☒ | Via E-Mail |
| Tacoma, WA 98402 | | |
| Email: Michael@pcvalaw.com | | |
| Darrell@pcvalaw.com | | |
| jason@pcvalaw.com | | |
| Vincent@pcvalaw.com | | |
| **Attorneys for Plaintiffs** | | |

CERTIFICATE OF SERVICE
(NO. 12-2-11362-4) – 1

119103-0001/LEGAL132517483.3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

| | | |
|---|---|---|
| James Condon Grant | ☐ | Via hand delivery |
| John Goldmark | ☐ | Via U.S. Mail, 1st Class, Postage Prepaid |
| Ambika Kumar Doran | | |
| Davis Wright Tremaine LLP | ☐ | Via Overnight Delivery |
| Email: jamesgrant@dwt.com | ☐ | Via Facsimile |
| johngoldmark@dwt.com | ☒ | Via E-Mail |
| ambikadoran@dwt.com | | |

**Attorneys for Defendants,**
Village Voice Media Holdings, LLC, Backpage.com LLC, New Times Media, LLC

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED: September 2, 2016            *s/Erin J. Weinkauf*
                                    Erin J. Weinkauf, Legal Secretary

CERTIFICATE OF SERVICE
(NO. 12-2-11362-4) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

119103-0001/LEGAL132517483.3