# **<u>Exhibit E</u>**

1
2
3
4
5
6
7
8
9
10
11
12
13
14

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

In the Matter of                              )     GJ 16-4
                                              )
                                              )
MOTION TO COMPEL AND CROSS   )     **MINUTES**
MOTION TO QUASH GRAND JURY)     Hearing held on 2/22/2017 at 2:00 p.m.
SUBPOENA                                 )
                                              )
                                              )
                                              )
                                              )
                                              )
_____)

15   PRESIDING JUDGE: HONORABLE DAVID G. CAMPBELL

16   Present: AUSA Dominic Lanza, DOJ Reginald Jones; Attorneys for Backpage.com and
17   Carl Ferrer, Tom Henze, James Grant, Janey Henze Cook and General Counsel Liz
     McDougall; Court Reporter Patricia Lyons; Courtroom Deputy Traci Abraham

18   Hearing held on motion to compel filed on 12/8/2016 by the Government and cross motion
19   to quash grand jury subpoena filed on 1/23/2017 by respondent Backpage.com, LLC and
     Carl Ferrer.

20   Court grants the motion to compel and denies the motion to quash for the reasons stated on
21   the record.

22   Court will require respondent to comply with the grand jury subpoena by 3/17/2017.

23   If the respondent intends to file an appeal and wishes to stay the compliance with the
     subpoena, respondent to confer with the government. If the parties are unable to reach an
24   agreement contact the Court by phone to set a hearing.

25   Time in Court: 2:08 pm to 3:28 pm
                     3:52 pm to 4:21 pm
26   cc: Counsel

27
28