**feder law office, p.a.**
2930 e. camelback road, suite 160
phoenix, arizona 85016
(602) 257-0135
bf@federlawpa.com
fl@federlawpa.com

Bruce Feder - State Bar No. 004832
Attorney for Defendant, Scott Spear

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | NO. CR18-00422 (003) PHX SPL |
| Plaintiff, | |
| vs. | **JOINDER IN DEFENDANT MICHAEL LACEY'S MOTION FOR DISCLOSURE OF DOCUMENTS RELATED TO CARL FERRER'S WAIVER OF PRIVILEGE AS MATERIAL TO DISQUALIFICATION** |
| Scott Spear. | |
| Defendant. | |

The Defendant, Scott Spear, by and through his attorneys undersigned, hereby joins in Defendant Michael Lacey's Motion for Disclosure of Documents Related to Carl Ferrer's Waiver of Privilege as Material to Disqualification **[DE 200, refiled at DE 202]** and adopts the positions set forth in said Motion(s) as if fully set forth herein. The issues raised by Defendant Lacey in said Motion(s) apply with equal force to Defendant Spear.

It is expected that excludable delay under 18, U.S.C. §3161(h)(1) may occur as a result of this Motion or entry of an Order based herein.

RESPECTFULLY SUBMITTED this 2nd day of July, 2018.

**FEDER LAW OFFICE, P.A.**

/s/ Bruce Feder
Attorney for Defendant, Scott Spear

· · ·

# CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of July, 2018, I electronically transmitted the foregoing to the Clerk of the Court via the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Kevin Rapp:**   Kevin.Rapp@usdoj.gov
**Andrew Stone:**   Andrew.Stone@usdoj.gov
**Margaret Perlmeter:**   Margaret.Perlmeter@usdoj.gov
**John Kucera:**   John.Kucera@usdoj.gov
**Reginald Jones:**   Reginald.Jones@usdoj.gov
**Peter S. Kozinets:**   Peter.Kozinets@usdoj.gov
*Attorneys for the United States*

**Paul Cambria:**   pcambira@lglaw.com
**James Grant:**   jimgrant@dwt.com
**Erin McCampbell:**   emccampbell@lglaw.com
**Robert Corn-Rever:** bobcornrevere@dwt.com
**Ronald London:**   ronnielondon@dwt.com
**Janey Henze Cook:**   janey@henzecookemurphy.com
**John Littrell:**   jlittrell@bmkattorneys.com
**Kenneth Miller:**   kmiller@bmkattorneys.com
**Thoms Bienert:**   tbienert@bmkattorneys.com
**KC Maxwell:**   kcm@kcmazlaw.com
**David Wakukawa:** dsw@kcmaxlaw.com
**Michael Piccarreta:** mlp@pd-law.com
**Stephen M. Weiss:**   sweiss@karpweiss.com
**Michael Kimerer:**   mdk@kimerer.com
**Tom Bienert:**   tbienert@bmkattorneys.com
**Gary Lincenberg:**   gsl@birdmarella.com
*Attorneys for the Defense*

*By: /s/    A. Jones*