PICCARRETA DAVIS KEENAN FIDEL PC
2 East Congress Street, Suite 1000
Tucson, AZ 85701
(520) 622-6900
Michael L. Piccarreta
State Bar No. 003962
Email: mlp@pd-law.com
Attorney for Defendant Andrew Padilla

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br>vs.<br><br>6.  Andrew Padilla,<br>   (Counts 1-51)<br><br>               Defendants. | NO. CR-18-00422-06-PHX-SPL (BSB)<br><br>DEFENDANT PADILLA'S NOTICE OF JOINDER IN DEFENDANT LACEY'S MOTION FOR DISCLOSURE OF DOCUMENTS RELATED TO CARL FERRER'S WAIVER OF PRIVILEGE AS MATERIAL TO DISQUALIFICATION (DOC. 200, 202) |

Defendant Andrew Padilla, by and through his undersigned counsel, hereby joins in Defendant Michael Lacey's Motion for Disclosure of Documents Related to Carl Ferrer's Waiver of Privilege as Material to Disqualification (Doc. 200, refiled at Doc. 202), and adopts the positions set forth in said motion as if fully set forth herein. Defendant Padilla is in agreement with the arguments made in Defendant Lacey's motion and the issues raised by Defendant Lacey apply with equal force to Defendant Padilla. Defendant Padilla therefore respectfully requests this Court to grant Defendant Lacey's motion and order the government to disclose the requested records and information.

It is expected that excludable delay under 18 U.S.C. § 3161(h)(1) may occur as a result of this motion or entry of an order based herein.

RESPECTFULLY SUBMITTED this 3rd day of July, 2018.

                            PICCARRETA DAVIS KEENAN FIDEL PC

                            By:   /s/   Michael L. Piccarreta
                                      Michael L. Piccarreta
                                      Attorney for Andrew Padilla

On July 3, 2018, a PDF version of this document was filed with the Clerk of Court using the CM/ECF System for filing and for Transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kevin Rapp, kevin.rapp@usdoj.gov
Peter Kozinets, peter.kozinets@usdoj.gov
Andrew Stone, andrew.stone@usdoj.gov