# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Michael Lacey, et al.,<br><br>　　　　Defendants. | No. CR-18-00422-001-PHX-SPL<br><br>**ORDER** |

　　　The Court has considered Defendant Brunst's Second Unopposed Motion for Extension of Time to Respond to United States' Motion to Resolve Attorney-Client Privilege Issues (Doc. 214), filed on behalf of all Defendants, and good cause appearing,

　　　**IT IS ORDERED** that the motion for an extension of time (Doc. 214) is **GRANTED** and the deadline for all Defendants to respond to the motion to resolve privilege issues is extended to and including **July 20, 2018**.

　　　The Court finds excludable delay under 18 U.S.C. § 3161(h) ____ from ____ to ____.

　　　Dated this 12th day of July, 2018.

_____
Bridget S. Bade
United States Magistrate Judge