| | |
|---|---|
| 1 | ELIZABETH A. STRANGE |
| | First Assistant United States Attorney |
| 2 | District of Arizona |
| | KEVIN M. RAPP (Ariz. Bar No. 14249), |
| 3 | kevin.rapp@usdoj.gov |
| | MARGARET PERLMETER (Ariz. Bar No. 024805), |
| 4 | margaret.perlmeter@usdoj.gov |
| | PETER S. KOZINETS (Ariz. Bar No. 019856), |
| 5 | Peter.kozinets@usdoj.gov |
| | ANDREW C. STONE (Ariz. Bar No. 026543), |
| 6 | Andrew.stone@usdoj.gov |
| | Assistant U.S. Attorneys |
| 7 | 40 N. Central Avenue, Suite 1800 |
| | Phoenix, Arizona 85004-4408 |
| 8 | Telephone (602) 514-7500 |

JOHN J. KUCERA (Cal. Bar No. 274184),
john.kucera@usdoj.gov
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1400
Los Angeles, CA 90012
Telephone (213) 894-3391

JOHN P. CRONAN
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806),
reginald.jones4@usdoj.gov
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR 18-422-PHX-SPL (BSB) |
| Plaintiff, | NOTICE OF GOVERNMENT'S FILING OF RECORDED LIS PENDENS AS TO REAL PROPERTY LOCATED IN COCONINO COUNTY, ARIZONA |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

Plaintiff United States of America gives notice that on May 10, 2018 it recorded the attached *Lis Pendens* with the Coconino County Recorder of Deeds under Doc. # 3814854, and sent copies of the recorded *Lis Pendens* to the titled owners and any known lienholders. A copy of the Lis Pendens is attached hereto as Exhibit "A".

DATED: July 13, 2018

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

JOHN P. CRONAN
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

/s/*John J. Kucera*
KEVIN RAPP
MARGARET PERLMETER
PETER S. KOZINETS
ANDREW C. STONE
JOHN J. KUCERA
Assistant U.S. Attorneys

REGINALD JONES
Senior Trial Attorney

**CERTIFICATION**

I certify that on July 13, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Anne Chapman, Erin McCampbell, James Grant, Lee Stein, Paul Cambria, Robert Corn-Revere, Ronald London, Janey Henze Cook, John Littrell, Kenneth Miller, Thomas Bienart, Jr., Bruce Feder, Michael Kimerer, Rhonda Neff, KC Maxwell, David Wakukawa, Michael Piccarreta, Stephen Weiss.

By: *s/Shannen Beckman*
U.S. Attorney's Office