OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
ADRIAN FONTES
20180358688  05/10/2018  02:22
ELECTRONIC RECORDING

1525986540955-7-1-1--
Yorkm

RECORDING REQUEST BY

UNITED STATES

WHEN RECORDED MAIL TO

Name:   Shannen Beckman
        Senior Paralegal

MAILING        Shannen.beckman@usdoj.gov
ADDRESS:       312 N. Spring St., 14th Floor
CITY, STATE,   Los Angeles, CA
ZIP CODE:      90012

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

RECORDING REQUESTED BY SIMPLIFILE

## TITLE(S)

### Recording of Lis Pendens

███████████████████ **Paradise Valley, AZ 85253**
**Maricopa County**

### APN: 173-11-006C

EXHIBIT A

```
 1  ELIZABETH A. STRANGE
    First Assistant United States Attorney
 2  District of Arizona

 3  KEVIN M. RAPP (Ariz. Bar No. 14249, kevin.rapp@usdoj.gov)
    DOMINIC LANZA (Cal. Bar No. 225989, dominic.lanza@usdoj.gov)
 4  MARGARET PERLMETER (Ariz. Bar No. 024805,
    margaret.perlmeter@usdoj.gov)
 5  Assistant U.S. Attorneys
    Two Renaissance Square
 6  40 N. Central Avenue, Suite 1800
    Phoenix, Arizona 85004-4408
 7  Telephone (602) 514-7500

 8
    JOHN P. CRONAN
 9  Acting Assistant Attorney General
    Criminal Division, U.S. Department of Justice
10
    REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
11  Senior Trial Attorney, U.S. Department of Justice
    Child Exploitation and Obscenity Section
12  950 Pennsylvania Ave N.W., Room 2116
    Washington, D.C. 20530
13  Telephone (202) 616-280

14  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
15
```

               UNITED STATES DISTRICT COURT

               FOR THE DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, | No. CR 18-00422-PHX-SPL (BSB) |
|---|---|
| Plaintiff, | LIS PENDENS |
| v. | As to: |
| JAMES LARKIN | ████████████, Paradise Valley, AZ 85253 |
| Defendant. | Titled Owners: James A Larkin and Margaret G. Larkin, Trustees of the Ocotillo Family Trust dated June 2, 2008 |

    NOTICE IS HEREBY GIVEN that the foregoing action has been commenced and is now pending in the United States District Court for the District of Arizona. This action may affect the title to property situated in Maricopa County, Arizona known as and located at

                                                          EXHIBIT A

███████████████████████., Paradise Valley, Arizona with Maricopa County Assessor parcel number 173-11-006C, and is more particularly described as follows:

    The North Half Southwest Quarter of the Northwest Quarter of Section 15 Township 2 North, Range 4 East of the Gila and Salt River Base and Meridian, Maricopa County, Arizona;

    EXCEPT the East 285.90 feet of the South 80 feet; and

    EXCEPT the West 372.05 feet of the South 84 feet thereof; and

    EXCEPT that portion described as follows:

    Commencing at the Northwest corner of said North Half;

    Thence North 88 degrees 08 minutes 24 seconds East, along the North Line of said North Half, 30.00 feet to the East Line of that certain roadway known as Casa Blanca Road, being also the true point of beginning;

    Thence continuing North 88 degrees 08 minutes 24 seconds East, along said North Line, 627.68 feet to the Northeast corner of said North Half;

    Thence South 0 degrees 00 minutes 53 seconds East, along the East Line of said North Half, 251.63 feet;

    Thence South 88 degrees 08 minutes 37 seconds West 285.82 feet (Plat 285.90 feet);

    Thence North 4.00 feet;

    Thence South 88 degrees 08 minutes 37 seconds West 8.28 feet;

    Thence North 0 degrees 00 minutes 53 seconds West 227.61 feet to a point 20 feet Southerly from the said North Line;

    Thence South 88 degrees 08 minutes 24 seconds West, parallel to and 20.00 feet from said North Line, 333.58 to the East Line of said Blanca Road;

    Thence North (assumed bearing), along said East Line, 20.00 feet to the true point of beginning; and

EXHIBIT A

EXCEPT that portion described as follows:

Commencing at the Northwest corner of said North Half;

Thence North 88 degrees 08 minutes 24 seconds East, along the North Line of said North Half, 15.00 feet to the true point of beginning;

Thence continuing North degrees 08 minutes 24 seconds East, along said North Line, 15.00 feet;

Thence South 0 degrees 00 minutes 53 seconds East 20.00 feet;

Thence South 88 degrees 08 minutes 24 seconds West 15.00 feet;

Thence North (assumed bearing) 20.00 feet to the true point of beginning.

titled to James A. Larkin and Margaret G. Larkin, Trustees of the Ocotillo Family Trust dated June 2, 2008, as evidenced by the Special Warranty Deed signed on March 9, 2017, and recorded on March 9, 2017, with sequence number 20170169970 in the records of the Maricopa County Recorder, Arizona.

That this action is to forfeit this property for violations of Title 18, United States Code, Sections 371, 9152, 1956, 1957, 981 and 981, as against all other persons known or unknown claiming any right, title, estate, lien or interest in said real property
/ / /
/ / /

3

EXHIBIT A

including more particularly the interest, if any, of Creek Hideaway, LLC.  This property is forfeitable pursuant to Title 18, United States Code, Sections 981 and 982.

Dated: May 10, 2018

Respectfully submitted,

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

JOHN P. CRONAN
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

_____
KEVIN RAPP
DOMINIC LANZA
MARGARET PERLMETER
JOHN J. KUCERA
Assistant U.S. Attorneys

REGINALD JONES
Senior Trial Attorney

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **May /0, 2018**, I served a copy of: **LIS PENDENS** ▮▮▮▮▮▮▮▮▮▮▮ upon each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

TO:  SEE SERVICE LIST

_X_  I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **May /0, 2018** at Los Angeles, California.

/s/ Beckman
SHANNEN BECKMAN

EXHIBIT A

```
                            SERVICE LIST
 1
    James A Larking, Margaret G. Larkin
 2  ████████████████
    Paradise Valley, AZ 85253
 3
 4  JP Morgan Chase
    ATTN: Legal Department
 5  270 Park Avenue
    New York, NY 10017
 6
 7
 8
 ...
28
```

EXHIBIT A

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **July 17, 2018**, I served a copy of: **NOTICE OF FILING OF LIS PENDENS (**████████████████████**.)** upon each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

**TO:   SEE SERVICE LIST**

**X**  I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **July 17, 2018** at Los Angeles, California.

/s/ Beckman
SHANNEN BECKMAN


SERVICE LIST

James A Larkin, Margaret G. Larkin
~~[REDACTED]~~
Paradise Valley, AZ 85253

JP Morgan Chase
ATTN: Legal Department
270 Park Avenue
New York, NY 10017