```
 1  ELIZABETH A. STRANGE
    First Assistant United States Attorney
 2  District of Arizona
    KEVIN M. RAPP (Ariz. Bar No. 14249),
 3  kevin.rapp@usdoj.gov
    MARGARET PERLMETER (Ariz. Bar No. 024805),
 4  margaret.perlmeter@usdoj.gov
    PETER S. KOZINETS (Ariz. Bar No. 019856),
 5  Peter.kozinets@usdoj.gov
    ANDREW C. STONE (Ariz. Bar No. 026543),
 6  Andrew.stone@usdoj.gov
    Assistant U.S. Attorneys
 7  40 N. Central Avenue, Suite 1800
    Phoenix, Arizona 85004-4408
 8  Telephone (602) 514-7500

 9  JOHN J. KUCERA (Cal. Bar No. 274184),
    john.kucera@usdoj.gov
10  Special Assistant U.S. Attorney
    312 N. Spring Street, Suite 1400
11  Los Angeles, CA 90012
    Telephone (213) 894-3391
12
    JOHN P. CRONAN
13  Acting Assistant Attorney General
    Criminal Division, U.S. Department of Justice
14
    REGINALD E. JONES (Miss. Bar No. 102806),
15  reginald.jones4@usdoj.gov
    Senior Trial Attorney, U.S. Department of Justice
16  Child Exploitation and Obscenity Section
    950 Pennsylvania Ave N.W., Room 2116
17  Washington, D.C. 20530
    Telephone (202) 616-2807
18  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ARIZONA

| United States of America, | No. CR 18-422-PHX-SPL (BSB) |
|---|---|
| Plaintiff, | NOTICE OF GOVERNMENT'S FILING OF RECORDED LIS PENDENS AS TO REAL PROPERTY LOCATED IN SAN FRANCISCO COUNTY, CALIFORNIA |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

Plaintiff United States of America gives notice that on July 2, 2018, it recorded the attached *Lis Pendens* with the San Francisco County Recorder under Doc. # 2018K635052, and sent copies of the recorded *Lis Pendens* to the titled owners and any known lienholders. A copy of the Lis Pendens is attached hereto as Exhibit "A".

DATED: July 17, 2018

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

JOHN P. CRONAN
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

/s/*John J. Kucera*
KEVIN RAPP
MARGARET PERLMETER
PETER S. KOZINETS
ANDREW C. STONE
JOHN J. KUCERA
Assistant U.S. Attorneys

REGINALD JONES
Senior Trial Attorney

**CERTIFICATION**

I certify that on July 17, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Anne Chapman, Erin McCampbell, James Grant, Lee Stein, Paul Cambria, Robert Corn-Revere, Ronald London, Janey Henze Cook, John Littrell, Kenneth Miller, Thomas Bienart, Jr., Bruce Feder, Michael Kimerer, Rhonda Neff, KC Maxwell, David Wakukawa, Michael Piccarreta, Stephen Weiss.

By: *s/Shannen Beckman*
U.S. Attorney's Office

2