OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
ADRIAN FONTES
20180358680  05/10/2018  02:21
ELECTRONIC RECORDING

1525986469090-6-1-1--
henrya

RECORDING REQUEST BY

UNITED STATES

WHEN RECORDED MAIL TO

Name: Shannen Beckman
      Senior Paralegal

MAILING ADDRESS: Shannen.beckman@usdoj.gov
                 312 N. Spring St., 14th Floor
CITY, STATE,     Los Angeles, CA
ZIP CODE:        90012

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

RECORDING REQUESTED BY SIMPLIFILE

# TITLE(S)

## Recording of Lis Pendens

████████████████ **Paradise Valley, AZ 85253**

## APN: 164-05-122

EXHIBIT A

1  ELIZABETH A. STRANGE
   First Assistant United States Attorney
2  District of Arizona

3  KEVIN M. RAPP (Ariz. Bar No. 14249, kevin.rapp@usdoj.gov)
   DOMINIC LANZA (Cal. Bar No. 225989, dominic.lanza@usdoj.gov)
4  MARGARET PERLMETER (Ariz. Bar No. 024805,
   margaret.perlmeter@usdoj.gov)
5  Assistant U.S. Attorneys
   Two Renaissance Square
6  40 N. Central Avenue, Suite 1800
   Phoenix, Arizona 85004-4408
7  Telephone (602) 514-7500

8
   JOHN P. CRONAN
9  Acting Assistant Attorney General
   Criminal Division, U.S. Department of Justice
10
   REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
11 Senior Trial Attorney, U.S. Department of Justice
   Child Exploitation and Obscenity Section
12 950 Pennsylvania Ave N.W., Room 2116
   Washington, D.C. 20530
13 Telephone (202) 616-280

14 Attorneys for Plaintiff
   UNITED STATES OF AMERICA
15

16                    UNITED STATES DISTRICT COURT

17                       FOR THE DISTRICT OF ARIZONA

18 | UNITED STATES OF AMERICA,    | No. CR 18-00422-PHX-SPL (BSB)
19 |        Plaintiff,             | LIS PENDENS
20 |           v.                  | As to:
                                   | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, Paradise
21 | MICHAEL LACEY                 | Valley, Arizona 85253
22 |        Defendants.            | Titled Owners:
23

24     NOTICE IS HEREBY GIVEN that the foregoing action has been
25 commenced and is now pending in the United States District Court for
26 the District of Arizona.  This action may affect the title to
27 property situated in Maricopa County, Arizona known as and located at
28 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, Paradise Valley, Arizona with Maricopa County

                                                              EXHIBIT A

1  Assessor parcel number 164-05-122, and is more particularly described
2  as follows:
3      LOT 3, THE PRESERVE AT LINCOLN, according to book 681 of
4      Maps, page 10, records of Maricopa County, Arizona.
5  titled to Michael G. Lacy, as evidenced by the Special Warranty Deed
6  signed on November 18, 2005 and recorded on November 18, 2005 with
7  sequence number 20051754369 in the records of the Maricopa County
8  Recorder, Arlington, Arizona.
9      That this action is to forfeit this property for violations of
10 Title 18, United States Code, Sections 371, 9152, 1956, 1957, 981 and
11 981, as against all other persons known or unknown claiming any
12 right, title, estate, lien or interest in said real property
13 / / /
14 / / /

including more particularly the interest, if any, of Michael G. Lacey, a single man. This property is forfeitable pursuant to Title 18, United States Code, Sections 981 and 982.

Dated: May 10, 2018                    Respectfully submitted,

                                       ELIZABETH A. STRANGE
                                       First Assistant United States
                                       Attorney
                                       District of Arizona

                                       JOHN P. CRONAN
                                       Acting Assistant Attorney General
                                       Criminal Division, U.S. Department
                                       of Justice

                                       _____
                                       KEVIN RAPP
                                       DOMINIC LANZA
                                       MARGARET PERLMETER
                                       JOHN J. KUCERA
                                       Assistant U.S. Attorneys

                                       REGINALD JONES
                                       Senior Trial Attorney

**PROOF OF SERVICE BY MAILING**

    I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

    On **May 10, 2018**, I served a copy of: **LIS PENDENS** ▮▮▮▮ upon each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

TO: SEE SERVICE LIST

**X** I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on: **May 10, 2018** at Los Angeles, California.

*/s/ Beckman*
SHANNEN BECKMAN

EXHIBIT A

SERVICE LIST

Michael G. Lacey
■■■■■■■■■■■■■■■■■■■■
Phoenix, AZ 85016

Michael G. Lacey
■■■■■■■■■■■■■■■■■■■■
Paradise Valley, AZ 85253

BMO Harris N.A.
Legal Department
1200 E. Warrenville Rd
Naperville, IL 60563

EXHIBIT A

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **July 17, 2018**, I served a copy of: **NOTICE OF FILINS OF LIS PENDENS (**████████████████**)** upon each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

TO:  SEE SERVICE LIST

**X**  I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **July 17, 2018** at Los Angeles, California.

/s/ SHANNEN BECKMAN

**SERVICE LIST**

Michael G. Lacey
~~[redacted]~~
Phoenix, AZ 85016

Michael G. Lacey
~~[redacted]~~
Paradise Valley, AZ 85253

BMO Harris N.A.
Legal Department
1200 E. Warrenville Rd
Naperville, IL 60563