**feder law office, p.a.**
2930 e. camelback road, suite 160
phoenix, arizona 85016
(602) 257-0135
bf@federlawpa.com
fl@federlawpa.com

Bruce Feder - State Bar No. 004832
Attorney for Defendant, Scott Spear

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | NO. CR18-00422 PHX SPL |
| Plaintiff, ) | |
| vs. ) | **UNOPPOSED MOTION TO MODIFY RELEASE CONDITIONS** |
| Scott Spear. ) | |
| Defendant. ) | |

The accused, Scott Spear, by and through his attorneys undersigned, and pursuant to 18 U.S.C. §3142(c)(1)(B) & (3), moves this court for an Order modifying Mr. Spear's release conditions to allow him to consume alcohol not to excess, and to negate the requirement that he attend psychological counseling, for the reasons that:

1. Neither of the former release conditions are appropriate and/or necessary at present; and

2. Neither the government nor the assigned Pretrial Services Officer opposes the requested modifications.

This Motion is based on the attached Memorandum of Points and Authorities, the file in this matter, and such other arguments and evidence as may be presented.

. . .

1

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.   FACTS.**

The accused, Scott Spear, was released on the present pretrial conditions on April 9, 2018 (*See*, Document 31). Since that date, Mr. Spear has been supervised by Pretrial Services and has complied with all of these conditions. Although the defense asserted that conditions prohibiting alcohol consumption and requiring psychological counseling were not initially necessary, Mr. Spear has demonstrated to his Pretrial Services Officer that such conditions are no longer necessary. The government, through its attorney, Kevin Rapp, has indicated it does not oppose negating these conditions. Continuing these conditions causes unnecessary financial expenditures for counseling.

Mr. Spear is a 67-year-old man who has lived in Arizona the substantial entirety of his life, has most of his social connections in Arizona, has no criminal history, no substance abuse history, no failure to appear history, or any other circumstance indicating he is either a flight risk or a danger to the community.

**II.   LAW.**

18 U.S.C. §3142(c)(1)(B) & (3) allows modification of conditions that are no longer necessary and/or appropriate.

**III.   CONCLUSION.**

Mr. Spear's conditions of release should be modified to allow consumption of alcohol not to excess, and his requirement to participate in mental health counseling should be negated.

RESPECTFULLY SUBMITTED this 25th day of July, 2018.

**FEDER LAW OFFICE, P.A.**

/s/ Bruce Feder
Attorney for Defendant, Scott Spear

. . .

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of July, 2018, I electronically transmitted the foregoing to the Clerk of the Court via the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Kevin Rapp:** Kevin.Rapp@usdoj.gov
**Andrew Stone:** Andrew.Stone@usdoj.gov
**Margaret Perlmeter:** Margaret.Perlmeter@usdoj.gov
**John Kucera:** John.Kucera@usdoj.gov
**Reginald Jones:** Reginald.Jones@usdoj.gov
Peter S. Kozinets: Peter.Kozinets@usdoj.gov
*Attorneys for the United States*

**Paul Cambria:** pcambira@lglaw.com
**James Grant:** jimgrant@dwt.com
**Erin McCampbell:** emccampbell@lglaw.com
**Robert Corn-Rever:** bobcornrevere@dwt.com
**Ronald London:** ronnielondon@dwt.com
**Janey Henze Cook:** janey@henzecookemurphy.com
**John Littrell:** jlittrell@bmkattorneys.com
**Kenneth Miller:** kmiller@bmkattorneys.com
**Thoms Bienert:** tbienert@bmkattorneys.com
**Michael Piccarreta:** mlp@pd-law.com
**Stephen M. Weiss:** sweiss@karpweiss.com
**Michael Kimerer:** mdk@kimerer.com
**Tom Bienert:** tbienert@bmkattorneys.com
**Gary Lincenberg:** gsl@birdmarella.com
*Attorneys for the Defense*

*By: /s/    A. Jones*