|  |  |
|---|---|
| United States of America, | ) NO. CR18-00422 PHX SPL |
| Plaintiff, | ) |
|  | ) **ORDER MODIFYING** |
| vs. | ) **RELEASE CONDITIONS** |
|  | ) |
| Scott Spear. | ) |
|  | ) |
| Defendant. | ) |

Upon Motion (Unopposed) of Defendant, Scott Spear, by and through his attorneys, for an Order modifying his release conditions, and good cause appearing,

**IT IS HEREBY ORDERED** modifying Defendant Spear's release conditions as follows:

1. Defendant Spear may consume alcohol, not to excess; and
2. Defendant Spear is no longer required to participate in mental health counseling.

**IT IS FURTHER ORDERED** that all prior conditions of release, excepting the above-stated conditions remain the same.