1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

9  United States of America,

10                      Plaintiff,

11  v.

12  Scott Spear, et al.,

13                      Defendant.

14

No. CR-18-0422-03-PHX-SPL

**ORDER**

15      The Court has considered Defendant Scott Spear's unopposed Motion to Modify

16  Release Conditions (Doc. 231), and good cause appearing,

17      **IT IS ORDERED** the motion is **GRANTED**.  Defendant Spear's release

18  conditions are modified s follows:

19      1.      Defendant Spear may consume alcohol, not to excess; and

20      2.      Defendant Spear is no longer required to participate in mental health

21  counseling.

22      **IT IS FURTHER ORDERED** that all other prior conditions of release remain in

23  full force and effect.

24      **IT IS FURTHER ORDERED** that excludable delay under Title 18 U.S.C.

25  § 3161(h)_____ will commence on _____for a total of _____days.

26      Dated this 25th day of July, 2018.

27

28

_____

Bridget S. Bade

United States Magistrate Judge