**feder law office, p.a.**
2930 e. camelback road, suite 160
phoenix, arizona 85016
(602) 257-0135
bf@federlawpa.com
fl@federlawpa.com

Bruce Feder - State Bar No. 004832
Attorney for Defendant, Scott Spear

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>vs.<br><br>Scott Spear,<br><br>  Defendant. | NO. CR18-00422 PHX SPL (BSB)<br><br>**WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF "NOT GUILTY" PLEA**<br><br>COURT'S ACCEPTANCE OF WAIVER<br>(Rule 10(b) Fed. R. Crim. P.) |

Defendant, Scott Spear, acknowledges and agrees to the following:

1. I have received a copy of the Superseding Indictment against me. My lawyer has discussed the charges with me and has answered all of the questions I have so far. I waive the reading of the charges against me.

2. My true and correct name is as indicated in the Superseding Indictment.

3. I understand I have the right to personally appear in open court on these charges. By signing this Waiver, I give up my right to personally appear in open court for an arraignment.

4. I am entering a "Not Guilty" plea with the filing of this Waiver. I will file a "Notice of Trial Acknowledgement" of the trial date within fifteen (15) days of the scheduled arraignment or by the deadline for the filing of pretrial motions, whichever is later.

. . .

DATED this 2nd day of August, 2018.

*[signature]*
Defendant, Scott Spear

I am the attorney for the above-named Defendant, have reviewed the charges against my client and agree with the "Waiver of Personal Appearance at Arraignment and Entry of 'Not Guilty' Plea."

DATED this 2nd day of August, 2018.

FEDER LAW OFFICE, P.A.

*[signature]*
Bruce Feder
Attorney for Defendant, Scott Spear

The Court accepts "Waiver of Defendant's Appearance at Arraignment and Entry of 'Not Guilty' Plea" and enters a plea of "Not Guilty" for Defendant Scott Spear.

DATED: _____    _____
                                                    United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of August, 2018, I electronically transmitted the foregoing to the Clerk of the Court via the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Kevin Rapp:** Kevin.Rapp@usdoj.gov
**Andrew Stone:** Andrew.Stone@usdoj.gov
**Margaret Perlmeter:** Margaret.Perlmeter@usdoj.gov
**John Kucera:** John.Kucera@usdoj.gov
**Reginald Jones:** Reginald.Jones@usdoj.gov
**Peter S. Kozinets:** Peter.Kozinets@usdoj.gov
*Attorneys for the United States*

**Paul Cambria:** pcambira@lglaw.com
**James Grant:** jimgrant@dwt.com
**Erin McCampbell:** emccampbell@lglaw.com
**Robert Corn-Rever:** bobcornrevere@dwt.com
**Ronald London:** ronnielondon@dwt.com
**Janey Henze Cook:** janey@henzecookemurphy.com
**John Littrell:** jlittrell@bmkattorneys.com
**Kenneth Miller:** kmiller@bmkattorneys.com
**Michael Piccarreta:** mlp@pd-law.com
**Stephen M. Weiss:** sweiss@karpweiss.com
**Michael Kimerer:** mdk@kimerer.com
**Tom Bienert:** tbienert@bmkattorneys.com
**Gary Lincenberg:** gsl@birdmarella.com
**Ariel Neuman:** aneuman@birdmarella.com
**KC Maxwell:** kcm@kcmaxlaw.com
**David Wakukawa:** dsw@kcmaxlaw.com
*Attorneys for the Defense*

By: /s/   A. Jones