1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

9   United States of America,                                   No. CR-18-00422-PHX-SPL

10               Plaintiff,                                      **ORDER**

11   v.

12   James Larkin, et al.,

13               Defendants.

14

15      The Court having reviewed Defendant Andrew Padilla, Joye Vaught, John

16   Brunst, James Larkin and Scott Spear's Waiver of Personal Appearance at

17   Arraignment and Entry of "Not Guilty" Plea (Docs. 239, 240, 242, 243, 245), and

18   good cause shown,

19      IT IS ORDERED granting in part Defendants Waiver (Docs. 239, 240, 242,

20   243, 245),

21      IT IS FURTHER ORDERED waiving Defendants Appearance at the

22   Arraignment Hearing scheduled for August 8, 2018 at 10:00 AM., before

23   Magistrate Judge John Z. Boyle, in courtroom 302.  **Defendant's counsel must**

24   **appear**, however, at the Arraignment, at which time Defendant's Not Guilty Plea

25   will be entered, and Defendants trial date will be given.

26      IT IS FURTHER ORDERED that Defendants further waive personal notice

27   of the date of trial and will file a "Notice of Trial Acknowledgment" of the trial

28   date within 15 days of the scheduled arraignment.

1      The Court finds excludable delay under 18 U.S.C. § 3161 (h)(7) from ____ to

2  ____.

3      Dated this 6th day of August, 2018.

4

5

6      _____

7      Honorable Michelle H. Burns
       United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28