# Exhibit C

| PRODBEG | PRODBEG_ATT | PRODEND_ATT | File Create Date | File Mod Date | File Author | Email Author | Occupation of Author | Employer of Author | Email Sent Date | Email To | Email CC | Email BCC | Privilege | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BP-PSI-017747 | BP-PSI-017747 | BP-PSI-017749 | 8/12/2013 | 8/12/2013 | | Carl Ferrer <carl.ferrer@backpage.com> | CEO | Backpage | 12/14/2010 | Hemanshu Nigam <hnigam@sspblue.com> | Jamie Schumacher <jschumacher@jmspublicrelations.com>; Steve Suskin <steve.suskin@villagevoicemedia.com>; Scott Spear <scott.spear@villagevoicemedia.com> | | Privileged - Redact | AC | Email chain requesting and containing legal advice from outside counsel Hemanshu Nigam, Esq. regarding response to media inquiry. |
| BP-PSI-017750 | BP-PSI-017750 | BP-PSI-017752 | 8/12/2013 | 8/12/2013 | | Hemanshu Nigam <hnigam@sspblue.com> | Attorney | SSP Blue | 12/14/2010 | Carl Ferrer <carl.ferrer@backpage.com>; Jamie Schumacher <jschumacher@jmspublicrelations.com> | Steve Suskin <steve.suskin@villagevoicemedia.com>; Scott Spear <scott.spear@villagevoicemedia.com> | | Privileged - Redact | AC | Email chain requesting and containing legal advice from outside counsel Hemanshu Nigam, Esq. regarding response to media inquiry. |
| BP-PSI-020506 | BP-PSI-020506 | BP-PSI-020508 | 8/12/2013 | 8/12/2013 | | Hemanshu Nigam <hnigam@sspblue.com> | Attorney | SSP Blue | 1/26/2011 | Carl Ferrer <carl.ferrer@backpage.com> | Scott Spear <scott.spear@villagevoicemedia.com>; Steve Suskin <steve.suskin@villagevoicemedia.com>; Simrin Hooper <shooper@sspblue.com>; Jamie Schumacher <jschumacher@jmspublicrelations.com> | | Privileged - Redact | AC | Email chain containing legal advice from outside counsel Hemanshu Nigam, Esq. regarding media inquiry. |
| BP-PSI-020508 | BP-PSI-020506 | BP-PSI-020508 | | | Hemanshu Nigam | | Attorney | SSP Blue | | | | | Privileged-Withhold | AC | Attached document containing legal advice from outside counsel Hemanshu Nigam, Esq. regarding safety and security policies. |
| BP-PSI-021343 | BP-PSI-021342 | BP-PSI-021344 | | | | Simrin Hooper <shooper@sspblue.com> | | SSP Blue | 4/27/2011 | Carl Ferrer <carl.ferrer@backpage.com>; Jim Larkin <jim.larkin@villagevoicemedia.com>; Scott Spear <scott.spear@villagevoicemedia.com> | Hemanshu Nigam <hnigam@sspblue.com>; Jamie Schumacher <jschumacher@jmspublicrelations.com> | | Privileged-Withhold | AC | Email reflecting legal advice from outside counsel Hemanshu Nigam, Esq. regarding policy changes. |
| BP-PSI-021344 | BP-PSI-021342 | BP-PSI-021344 | 4/26/2011 | 4/26/2011 | Simrin Hooper | | | SSP Blue | | | | | Privileged-Withhold | AC | Attached document reflecting legal advice from outside counsel Hemanshu Nigam, Esq. regarding policy changes. |
| BP-PSI-021591 | BP-PSI-021590 | BP-PSI-021593 | | | | Hemanshu Nigam <hnigam@sspblue.com> | Attorney | SSP Blue | 12/3/2010 | Scott Spear <scott.spear@villagevoicemedia.com> | Carl Ferrer <carl.ferrer@backpage.com>; Steve Suskin <steve.suskin@villagevoicemedia.com>; Jim Larkin <jim.larkin@villagevoicemedia.com>; Michael Lacey <michael.lacey@villagevoicemedia.com>; Jamie Schumacher <jschumacher@jmspublicrelations.com> | | Privileged - Redact | AC | Email seeking and providing legal advice from outside counsel Hemanshu Nigam, Esq. regarding non-profit requests. |
| BP-PSI-021640 | BP-PSI-021639 | BP-PSI-021642 | | | | Elissa Blabac <elissa.blabac@villagevoicemedia.com> | Corporate Executive Administrator | Village Voice Media | 11/23/2010 | Carl Ferrer <carl.ferrer@backpage.com>; Scott Spear <scott.spear@villagevoicemedia.com> | Jamie Schumacher <jschumacher@jmspublicrelations.com>; Hemanshu Nigam <hnigam@sspblue.com>; Steve Suskin <steve.suskin@villagevoicemedia.com> | | Privileged - Redact | AC | Email chain seeking and containing legal advice from outside counsel Hemanshu Nigam, Esq. regarding responses to media inquiries. |

| | | | | | | | From | Title | Company | Date | To | CC | | Status | Priv | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BP-PSI-021662 | BP-PSI-021661 | BP-PSI-021662 | | | | | Carl Ferrer <carl.ferrer@backpage.com> | CEO | Backpage | 11/19/2010 | Hemanshu Nigam <hnigam@sspblue.com> | Scott Spear <scott.spear@villagevoicemedia.com>; Jamie Schumacher <jschumacher@jmspublicrelations.com> | | Privileged-Withhold | AC | Email chain seeking and containing legal advice from outside counsel Hemanshu Nigam, Esq. regarding posting rules. |
| BP-PSI-021664 | BP-PSI-021663 | BP-PSI-021664 | | | | | Hemanshu Nigam <hnigam@sspblue.com> | Attorney | SSP Blue | 11/19/2010 | Carl Ferrer <carl.ferrer@backpage.com> | Scott Spear <scott.spear@villagevoicemedia.com>; Jamie Schumacher <jschumacher@jmspublicrelations.com> | | Privileged-Withhold | AC | Email chain seeking and containing legal advice from outside counsel Hemanshu Nigam, Esq. regarding posting rules. |
| BP-PSI-021676 | BP-PSI-021675 | BP-PSI-021676 | | | | | Hemanshu Nigam <hnigam@sspblue.com> | Attorney | SSP Blue | 11/18/2010 | Jim Larkin <jim.larkin@villagevoicemedia.com>; Scott Spear <scott.spear@villagevoicemedia.com>; Carl Ferrer <carl.ferrer@backpage.com> | Steve Suskin <steve.suskin@villagevoicemedia.com>; Jamie Schumacher <jschumacher@jmspublicrelations.com> | | Privileged-Withhold | AC | Email chain seeking and containing legal advice from outside counsel Hemanshu Nigam, Esq. regarding response to media inquiry. |
| BP-PSI-021682 | BP-PSI-021681 | BP-PSI-021682 | | | | | Hemanshu Nigam <hnigam@sspblue.com> | Attorney | SSP Blue | 11/17/2010 | Scott Spear <scott.spear@villagevoicemedia.com>; Jim Larkin <jim.larkin@villagevoicemedia.com>; Carl Ferrer <carl.ferrer@backpage.com>; Michael Lacey <michael.lacey@villagevoicemedia.com>; Steve Suskin <steve.suskin@villagevoicemedia.com> | Jamie Schumacher <jschumacher@jmspublicrelations.com> | | Privileged-Withhold | AC | Email containing legal advice from outside counsel Hemanshu Nigam, Esq. regarding response to advertisements. |
| BP-PSI-022209 | BP-PSI-022208 | BP-PSI-022209 | | | | | Steve Suskin <steve.suskin@villagevoicemedia.com> | Attorney | Village Voice Media | 10/13/2010 | Carl Ferrer <carl.ferrer@backpage.com>; Jamie Schumacher <jschumacher@jmspublicrelations.com>; Rodney J. Boyd <rodney.boyd@snrdenton.com>; Samuel Fifer <samuel.fifer@snrdenton.com>; Hemanshu Nigam <hnigam@sspblue.com>; Simrin Hooper <shooper@sspblue.com>; Andy VanDeVoorde <andy.vandevoorde@villagevoicemedia.com>; Elissa Blabac <elissa.blabac@villagevoicemedia.com>; Jim Larkin <jim.larkin@villagevoicemedia.com>; Michael Lacey <michael.lacey@villagevoicemedia.com>; Scott Spear <scott.spear@villagevoicemedia.com> | | | Privileged-Withhold | AC | Email requesting and containing legal advice from inside counsel Steve Suskin, Esq. and outside counsel Hemanshu Nigam, Esq. regarding law enforcement and media issues. |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BP-PSI-022916 | BP-PSI-022911 | BP-PSI-022919 | | | | Hemanshu Nigam <hnigam@sspblue.com> | Attorney | SSP Blue | 12/30/2010 | Jim Larkin <jim.larkin@villagevoicemedia.com>; Steve Suskin <steve.suskin@villagevoicemedia.com>; Scott Spear <scott.spear@villagevoicemedia.com>; Michael Lacey <michael.lacey@villagevoicemedia.com> | Jamie Schumacher <jschumacher@jmspublicrelations.com> | | Privileged - Redact | AC | Email containing legal advice from inside counsel Steve Suskin, Esq. and outside counsel Hemanshu Nigam, Esq. regarding media inquiry. |
| BP-PSI-022919 | BP-PSI-022911 | BP-PSI-022919 | | | Hemanshu Nigam | | Attorney | SSP Blue | | | | | Privileged-Withhold | AC | Attached draft document containing legal advice from inside counsel Steve Suskin, Esq. and outside counsel Hemanshu Nigam, Esq. regarding safety and security policy. |
| BP-PSI-023798 | BP-PSI-023798 | BP-PSI-023801 | | | | Hemanshu Nigam <hnigam@sspblue.com> | Attorney | SSP Blue | 1/24/2011 | Scott Spear <scott.spear@villagevoicemedia.com> | Jamie Schumacher <jschumacher@jmspublicrelations.com> | | Privileged - Redact | AC | Email chain containing legal advice from inside counsel Steve Suskin, Esq. and outside counsel Hemanshu Nigam, Esq. regarding response to media inquiry. |
| BP-PSI-023801 | BP-PSI-023798 | BP-PSI-023801 | | | Hemanshu Nigam | | Attorney | SSP Blue | | | | | Privileged-Withhold | AC | Attached draft document containing legal advice from inside counsel Steve Suskin, Esq. and outside counsel Hemanshu Nigam, Esq. regarding response to media inquiry. |
| BP-PSI-2_00013268 | BP-PSI-2_00013268 | BP-PSI-2_00013269 | | | | Hemanshu Nigam <hnigam@sspblue.com> | Attorney | SSP Blue | 12/30/2010 | Jim Larkin <jim.larkin@villagevoicemedia.com>; Steve Suskin <steve.suskin@villagevoicemedia.com>; Scott Spear <scott.spear@villagevoicemedia.com>; Michael Lacey <michael.lacey@villagevoicemedia.com> | Jamie Schumacher <jschumacher@jmspublicrelations.com> | | Privileged-Withhold | AC | Email chain containing legal advice from outside counsel Hemanshu Nigam, Esq. regarding media inquiry. |
| BP-PSI-2_00013270 | BP-PSI-2_00013270 | BP-PSI-2_00013274 | | | | Samuel Fifer <samuel.fifer@snrdenton.com> | Attorney | SNR Denton | 10/22/2010 | Hemanshu Nigam <hnigam@sspblue.com>; Scott Spear <scott.spear@villagevoicemedia.com>; Steve Suskin <steve.suskin@villagevoicemedia.com> | Carl Ferrer <carl.ferrer@backpage.com>; Jamie Schumacher <jschumacher@jmspublicrelations.com>; Simrin Hooper <shooper@sspblue.com>; Michael Lacey <michael.lacey@villagevoicemedia.com>; Jim Larkin <jim.larkin@villagevoicemedia.com> | | Privileged - Redact | AC/WP | Email chain containing legal advice from outside counsel Samuel Fifer, Esq. regarding current or anticipated litigation or government investigation. |
| BP-PSI-2_00013275 | BP-PSI-2_00013275 | BP-PSI-2_00013278 | | | | Hemanshu Nigam <hnigam@sspblue.com> | Attorney | SSP Blue | 12/29/2010 | Jim Larkin <jim.larkin@villagevoicemedia.com>; Steve Suskin <steve.suskin@villagevoicemedia.com>; Scott Spear <scott.spear@villagevoicemedia.com>; Michael Lacey <michael.lacey@villagevoicemedia.com> | Jamie Schumacher <jschumacher@jmspublicrelations.com> | | Privileged - Redact | AC | Email chain containing legal advice from inside and outside counsel Hemanshu Nigam, Esq. and Steve Suskin, Esq. regarding media inquiry. |
| BP-PSI-2_00013278 | BP-PSI-2_00013275 | BP-PSI-2_00013278 | 12/29/2010 | 12/29/2010 | Jonathan | | | | | | | | Privileged-Withhold | AC | Attached document providing information to facilitate legal advice from outside counsel Hemanshu Nigam, Esq. regarding media inquiry. |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BP-PSI-2_00013462 | BP-PSI-2_00013461 | BP-PSI-2_00013462 | | | | Hemanshu Nigam <hnigam@sspblue.com> | Attorney | SSP Blue | 12/8/2010 | Scott Spear <scott.spear@villagevoicemedia.com> | Jamie Schumacher <jschumacher@jmspublicrelations.com>; Steve Suskin <steve.suskin@villagevoicemedia.com>; Jim Larkin <jim.larkin@villagevoicemedia.com>; Carl Ferrer <carl.ferrer@backpage.com>; Michael Lacey <michael.lacey@villagevoicemedia.com>; Hemanshu Nigam <hnigam@sspblue.com> | | Privileged-Withhold | AC | Attached email chain containing legal advice from outside counsel Hemanshu Nigam, Esq. regarding media inquiry. |
| BP-PSI-2_00013464 | BP-PSI-2_00013463 | BP-PSI-2_00013464 | | | | Scott Spear <scott.spear@villagevoicemedia.com> | Scott Spear <scott.spear@villagevoicemedia.com> | Classifieds Director | 12/8/2010 | Hemanshu Nigam <hnigam@sspblue.com> | Jamie Schumacher <jschumacher@jmspublicrelations.com>; Steve Suskin <steve.suskin@villagevoicemedia.com>; Jim Larkin <jim.larkin@villagevoicemedia.com>; Carl Ferrer <carl.ferrer@backpage.com>; Michael Lacey <michael.lacey@villagevoicemedia.com> | | Privileged-Withhold | AC | Attached email chain containing legal advice from outside counsel Hemanshu Nigam, Esq. regarding media inquiry. |
| BP-PSI-2_00013466 | BP-PSI-2_00013465 | BP-PSI-2_00013466 | | | | Hemanshu Nigam <hnigam@sspblue.com> | Attorney | SSP Blue | 12/8/2010 | Scott Spear <scott.spear@villagevoicemedia.com> | Jamie Schumacher <jschumacher@jmspublicrelations.com>; Steve Suskin <steve.suskin@villagevoicemedia.com>; Jim Larkin <jim.larkin@villagevoicemedia.com>; Carl Ferrer <carl.ferrer@backpage.com>; Michael Lacey <michael.lacey@villagevoicemedia.com> | | Privileged-Withhold | AC | Attached email chain containing legal advice from outside counsel Hemanshu Nigam, Esq. regarding media inquiry. |
| BP-PSI-2_00013598 | BP-PSI-2_00013597 | BP-PSI-2_00013600 | | | | Hemanshu Nigam <hnigam@sspblue.com> | Attorney | SSP Blue | 10/16/2010 | Scott Spear <scott.spear@villagevoicemedia.com>; Carl Ferrer <carl.ferrer@backpage.com> | Jamie Schumacher <jschumacher@jmspublicrelations.com> | | Privileged-Withhold | AC | Attached email containing legal advice from outside counsel Hemanshu Nigam, Esq. regarding press release. |
| BP-PSI-2_00013599 | BP-PSI-2_00013597 | BP-PSI-2_00013600 | 10/16/2010 | 10/16/2010 | Jamie Schumacher | | President | JMS Public Relations | | | | | Privileged-Withhold | AC | Attached draft document reflecting legal advice from outside counsel Hemanshu Nigam, Esq. regarding press releases. |
| BP-PSI-2_00013600 | BP-PSI-2_00013597 | BP-PSI-2_00013600 | 10/16/2010 | 10/16/2010 | Hemanshu Nigam | | Attorney | SSP Blue | | | | | Privileged-Withhold | AC | Attached draft document reflecting legal advice from outside counsel Hemanshu Nigam, Esq. regarding press releases. |

| BegBates | EndBates | AttachRange | DateSent | DateReceived | From | To | Title | Company | Date | Recipients | CC | BCC | Status | Priv | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BP-PSI-2_00013643 | BP-PSI-2_00013642 | BP-PSI-2_00013643 | | | | Hemanshu Nigam <hnigam@sspblue.com> | Attorney | SSP Blue | 9/28/2010 | Samuel Fifer <sfifer@sonnenschein.com>; Scott Spear <scott.spear@villagevoicemedia.com>; Steve Suskin <steve.suskin@villagevoicemedia.com> | Carl Ferrer <carl.ferrer@backpage.com>; Jim Larkin <jim.larkin@villagevoicemedia.com>; Michael Lacey <michael.lacey@villagevoicemedia.com>; Rodney J. Boyd <rboyd@sonnenschein.com>; Simrin Hooper <shooper@sspblue.com>; Jamie Schumacher <jschumacher@jmspublicrelations.com> | | Privileged-Withhold | AC | Attached email chain containing legal advice from outside counsel Samuel Fifer, Esq.and Hemanshu Nigam, Esq. regarding media reports. |
| BP-PSI-2_00013659 | BP-PSI-2_00013658 | BP-PSI-2_00013662 | | | | Hemanshu Nigam <hnigam@sspblue.com> | Attorney | SSP Blue | 1/26/2011 | Carl Ferrer <carl.ferrer@backpage.com> | Scott Spear <scott.spear@villagevoicemedia.com>; Steve Suskin <steve.suskin@villagevoicemedia.com>; Simrin Hooper <shooper@sspblue.com>; Jamie Schumacher <jschumacher@jmspublicrelations.com> | | Privileged - Redact | AC | Attached email chain containing legal advice from inside and outside counsel Hemanshu Nigam, Esq.and Steve Suskin, Esq. regarding media inquiry. |
| BP-PSI-2_00014687 | BP-PSI-2_00014686 | BP-PSI-2_00014689 | | | | Hemanshu Nigam <hnigam@sspblue.com> | Attorney | SSP Blue | 10/18/2010 | Hemanshu Nigam <hnigam@sspblue.com>; Scott Spear <scott.spear@villagevoicemedia.com>; Carl Ferrer <carl.ferrer@backpage.com> | Jamie Schumacher <jschumacher@jmspublicrelations.com> | | Privileged-Withhold | AC | Email chain containing legal advice from outside counsel Hemanshu Nigam, Esq. regarding press release. |
| BP-PSI-2_00014688 | BP-PSI-2_00014686 | BP-PSI-2_00014689 | 10/18/2010 | 10/18/2010 | Jamie Schumacher | | President | JMS Public Relations | | | | | Privileged-Withhold | AC | Draft document containing legal advice from outside counsel Hemanshu Nigam, Esq. regarding press release. |
| BP-PSI-2_00014689 | BP-PSI-2_00014686 | BP-PSI-2_00014689 | 10/18/2010 | 10/18/2010 | Hemanshu Nigam | | Attorney | SSP Blue | | | | | Privileged-Withhold | AC | Draft document containing legal advice from outside counsel Hemanshu Nigam, Esq. regarding press release. |
| BP-PSI-2_00014693 | BP-PSI-2_00014690 | BP-PSI-2_00014693 | 10/17/2010 | 10/17/2010 | Jamie Schumacher | | President | JMS Public Relations | | | | | Privileged-Withhold | AC | Attached draft document containing legal advice from outside counsel Hemanshu Nigam, Esq. regarding press release. |
| BP-PSI-2_00014695 | BP-PSI-2_00014694 | BP-PSI-2_00014697 | | | | Hemanshu Nigam <hnigam@sspblue.com> | Attorney | SSP Blue | 10/16/2010 | Jim Larkin <jim.larkin@villagevoicemedia.com>; Scott Spear <scott.spear@villagevoicemedia.com>; Steve Suskin <steve.suskin@villagevoicemedia.com>; Carl Ferrer <carl.ferrer@backpage.com> | Jamie Schumacher <jschumacher@jmspublicrelations.com> | | Privileged-Withhold | AC | Email containing legal advice from outside counsel Hemanshu Nigam, Esq. regarding press release. |
| BP-PSI-2_00014696 | BP-PSI-2_00014694 | BP-PSI-2_00014697 | 10/16/2010 | 10/16/2010 | Jamie Schumacher | | President | JMS Public Relations | | | | | Privileged-Withhold | AC | Draft document containing legal advice from outside counsel Hemanshu Nigam, Esq. regarding press release. |
| BP-PSI-2_00014697 | BP-PSI-2_00014694 | BP-PSI-2_00014697 | 10/15/2010 | 10/16/2010 | Hemanshu Nigam | | Attorney | SSP Blue | | | | | Privileged-Withhold | AC | Draft document containing legal advice from outside counsel Hemanshu Nigam, Esq. regarding press release. |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BP-PSI-2_00014699 | BP-PSI-2_00014698 | BP-PSI-2_00014700 | | | | Hemanshu Nigam <hnigam@sspblue.com> | Attorney | SSP Blue | 10/14/2010 | Jamie Schumacher <jschumacher@jmspublicrelations.com>; Carl Ferrer <carl.ferrer@backpage.com>; Samuel Fifer <samuel.fifer@snrdenton.com>; Rodney J. Boyd <rboyd@sonnenschein.com>; Jim Larkin <jim.larkin@villagevoicemedia.com>; Michael Lacey <michael.lacey@villagevoicemedia.com>; Steve Suskin <steve.suskin@villagevoicemedia.com>; Carl Ferrer <carl.ferrer@backpage.com> | Simrin Hooper <shooper@sspblue.com> | | Privileged-Withhold | AC | Email containing legal advice from outside counsel Hemanshu Nigam, Esq. regarding ad moderation. |
| BP-PSI-2_00014700 | BP-PSI-2_00014698 | BP-PSI-2_00014700 | 10/14/2010 | 10/14/2010 | Jonathan | | | | | | | | Privileged-Withhold | AC | Document containing legal advice from outside counsel Hemanshu Nigam, Esq. regarding ad moderation. |
| BP-PSI-2_00014703 | BP-PSI-2_00014701 | BP-PSI-2_00014703 | 10/14/2010 | 10/14/2010 | Jonathan | | | | | | | | Privileged-Withhold | AC | Document containing legal advice from outside counsel Hemanshu Nigam, Esq. regarding ad moderation. |
| BP-PSI-2_00015515 | BP-PSI-2_00015514 | BP-PSI-2_00015516 | | | | Jamie Schumacher <jschumacher@jmspublicrelations.com> | President | JMS Public Relations | 1/24/2011 | Scott Spear <scott.spear@villagevoicemedia.com>; Jim Larkin <jim.larkin@villagevoicemedia.com>; Carl Ferrer <carl.ferrer@backpage.com>; Steve Suskin <steve.suskin@villagevoicemedia.com> | Hemanshu Nigam <hnigam@sspblue.com>; Simrin Hooper <shooper@sspblue.com> | | Privileged-Withhold | AC | Attached email reflecting legal advice from inside counsel Steve Suskin, Esq. regarding media inquiry. |
| BP-PSI-2_00015516 | BP-PSI-2_00015514 | BP-PSI-2_00015516 | | | | Hemanshu Nigam | Attorney | SSP Blue | | | | | Privileged-Withhold | AC | Attached document reflecting legal advice from inside counsel Steve Suskin, Esq. regarding media inquiry. |
| BP-PSI-2_00015518 | BP-PSI-2_00015517 | BP-PSI-2_00015519 | | | | Jamie Schumacher <jschumacher@jmspublicrelations.com> | President | JMS Public Relations | 1/14/2011 | Hemanshu Nigam <hnigam@sspblue.com>; Steve Suskin <steve.suskin@villagevoicemedia.com>; Carl Ferrer <carl.ferrer@backpage.com>; Scott Spear <scott.spear@villagevoicemedia.com> | | | Privileged-Withhold | AC | Attached email chain containing legal advice from outside counsel Hemanshu Nigam, Esq. regarding media inquiry. |
| PSI-PrivWH-0964 | | | 8/12/2013 | 8/12/2013 | | Simrin Hooper <shooper@sspblue.com> | | SSP Blue | 12/20/2010 | Scott Spear <scott.spear@villagevoicemedia.com>; Jamie Schumacher <jschumacher@jmspublicrelations.com>; Hemanshu Nigam <hnigam@sspblue.com>; Carl Ferrer <carl.ferrer@backpage.com> | | | Privileged-Withhold | AC | Email reflecting legal advice from outside counsel regarding proposed policy changes. |
| PSI-PrivWH-0965 | | | 10/24/2010 | 12/20/2010 | Simrin Hooper | | | SSP Blue | | | | | Privileged-Withhold | AC | Attached spreadsheet reflecting legal advice from inside and outside counsel regarding proposed policy changes. |

| Bates | | | Date Sent | Date Received | | From | From Title | From Org | Date | To | CC | | Privilege | Basis | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PSI-PrivWH-0999 | | | 8/12/2013 | 8/12/2013 | | Jamie Schumacher <jschumacher@jmspublicrelations.com> | President | JMS Public Relations | 1/24/2011 | Scott Spear <scott.spear@villagevoicemedia.com>; Jim Larkin <jim.larkin@villagevoicemedia.com>; Carl Ferrer <carl.ferrer@backpage.com>; Steve Suskin <steve.suskin@villagevoicemedia.com> | Hemanshu Nigam <hnigam@sspblue.com>; Simrin Hooper <shooper@sspblue.com> | | Privileged-Withhold | AC | Email reflecting legal advice from inside and outside counsel Steve Suskin, Esq. and Hemanshu Nigam, Esq. regarding media inquiry. |
| PSI-PrivWH-1000 | | | | | | Hemanshu Nigam | Attorney | SSP Blue | | | | | Privileged-Withhold | AC | Attached document providing legal advice from outside counsel Hemanshu Nigam, Esq. regarding safety and security policies. |
| PSI-PrivWH-1005 | | | 8/12/2013 | 8/12/2013 | | Carl Ferrer <carl.ferrer@backpage.com> | CEO | Backpage | 1/26/2011 | Hemanshu Nigam <hnigam@sspblue.com> | Scott Spear <scott.spear@villagevoicemedia.com>; Steve Suskin <steve.suskin@villagevoicemedia.com>; Simrin Hooper <shooper@sspblue.com>; Jamie Schumacher <jschumacher@jmspublicrelations.com> | | Privileged-Withhold | AC | Email chain containing legal advice from outside counsel Hemanshu Nigam, Esq. regarding media inquiry. |
| PSI-PrivWH-1006 | | | 8/2/2013 | 8/2/2013 | | Marie Slayton <mslayton@sspblue.com> | Exact occupation unknown, worked with attorney Hemanshu Nigam | SSP Blue | 6/21/2011 | Andrew Padilla <andrew.padilla@backpage.com>; Carl Ferrer <carl.ferrer@backpage.com> | Hemanshu Nigam <hnigam@sspblue.com>; Simrin Hooper <shooper@sspblue.com> | | Privileged-Withhold | AC | Email reflecting legal advice and prepared at the direction of outside counsel Hemanshu Nigam, Esq. regarding ad moderation. |
| PSI-PrivWH-1007 | | | 6/21/2011 | 6/21/2011 | | Marie Slayton | | Exact occupation unknown, worked with attorney Hemanshu Nigam | SSP Blue | | | | | Privileged-Withhold | AC | Attached report reflecting legal advice and prepared at the direction of outside counsel Hemanshu Nigam, Esq. regarding ad moderation. |
| PSI-PrivWH-1008 | | | 6/21/2011 | 6/21/2011 | | Marie Slayton | | Exact occupation unknown, worked with attorney Hemanshu Nigam | SSP Blue | | | | | Privileged-Withhold | AC | Attached report reflecting legal advice and prepared at the direction of outside counsel Hemanshu Nigam, Esq. regarding ad moderation. |
| PSI-PrivWH-1178 | | | | | | Hemanshu Nigam <hnigam@sspblue.com> | Attorney | SSP Blue | 1/28/2011 | Jim Larkin <jim.larkin@villagevoicemedia.com> | Scott Spear <scott.spear@villagevoicemedia.com>; Jamie Schumacher <jschumacher@jmspublicrelations.com> | | Privileged-Withhold | AC | Email chain reflecting requests for and provision of legal advice from outside counsel Hemanshu Nigam, Esq. regarding media inquiry. |
| PSI-PrivWH-1179 | | | | | | Hemanshu Nigam | Attorney | SSP Blue | | | | | Privileged-Withhold | AC | Attached document reflecting legal advice from outside counsel, Hemanshu Nigam, Esq. regarding policies and procedures. |
| PSI-PrivWH-1274 | | | 10/17/2010 | 10/17/2010 | | Jamie Schumacher | President | JMS Public Relations | | | | | Privileged-Withhold | AC | Attached draft document reflecting legal advice from outside counsel Hemanshu Nigam, Esq. regarding press release. |
| PSI-PrivWH-1275 | | | 10/17/2010 | 10/17/2010 | | Hemanshu Nigam | Attorney | SSP Blue | | | | | Privileged-Withhold | AC | Attached draft document reflecting legal advice from outside counsel Hemanshu Nigam, Esq. regarding press release. |
| PSI-PrivWH-1276 | | | | | | Hemanshu Nigam <hnigam@sspblue.com> | Attorney | SSP Blue | 10/16/2010 | Carl Ferrer <carl.ferrer@backpage.com>; Scott Spear <scott.spear@villagevoicemedia.com> | Jamie Schumacher <jschumacher@jmspublicrelations.com>; | | Privileged-Withhold | AC | Email containing legal advice from outside counsel Hemanshu Nigam, Esq. regarding media inquiry. |
| PSI-PrivWH-1277 | | | 10/16/2010 | 10/16/2010 | | Hemanshu Nigam | | Attorney | SSP Blue | | | | Privileged-Withhold | AC | Attached draft document containing legal advice from outside counsel Hemanshu Nigam, Esq. regarding media inquiry. |

| Bates | | | Date Sent | Date Received | From | CC | Title | Company | Date | To | CC | BCC | Status | Priv | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PSI-PrivWH-1278 | | | 10/16/2010 | 10/16/2010 | Jamie Schumacher | | President | JMS Public Relations | | | | | Privileged-Withhold | AC | Attached raft document containing legal advice from outside counsel Hemanshu Nigam, Esq. regarding media inquiry. |
| PSI-PrivWH-1298 | | | | | Hemanshu Nigam <hnigam@sspblue.com> | | Attorney | SSP Blue | 12/14/2010 | Carl Ferrer <carl.ferrer@backpage.com>; Jamie Schumacher <jschumacher@jmspublicrelations.com> | Steve Suskin <steve.suskin@villagevoicemedia.com>; Scott Spear <scott.spear@villagevoicemedia.com> | | Privileged-Withhold | AC | Email chain containing legal advice from outside counsel Hemanshu Nigam, Esq. regarding media inquiry. |
| PSI-PrivWH-1529 | | | | | Hemanshu Nigam <hnigam@sspblue.com> | | Attorney | SSP Blue | 10/18/2010 | Scott Spear <scott.spear@villagevoicemedia.com>; Carl Ferrer <carl.ferrer@backpage.com>; Jim Larkin <jim.larkin@villagevoicemedia.com>; Michael Lacey <michael.lacey@villagevoicemedia.com> | Jamie Schumacher <jschumacher@jmspublicrelations.com> | | Privileged-Withhold | AC | Attached email containing legal advice from outside counsel Hemanshu Nigam, Esq. regarding ad posting rules. |
| PSI-PrivWH-1529 | | | | | Hemanshu Nigam <hnigam@sspblue.com> | | Attorney | SSP Blue | 10/18/2010 | Scott Spear <scott.spear@villagevoicemedia.com>; Carl Ferrer <carl.ferrer@backpage.com>; Jim Larkin <jim.larkin@villagevoicemedia.com>; Michael Lacey <michael.lacey@villagevoicemedia.com> | Jamie Schumacher <jschumacher@jmspublicrelations.com> | | Privileged-Withhold | AC | Attached email containing legal advice from outside counsel Hemanshu Nigam, Esq. regarding ad posting rules. |
| PSI-PrivWH-1530 | | | 10/18/2010 | 10/18/2010 | Jamie Schumacher | | President | JMS Public Relations | | | | | Privileged-Withhold | AC | Attached document reflecting legal advice from outside counsel Hemanshu Nigam, Esq. regarding ad posting rules. |
| PSI-PrivWH-1530 | | | 10/18/2010 | 10/18/2010 | Jamie Schumacher | | President | JMS Public Relations | | | | | Privileged-Withhold | AC | Attached document reflecting legal advice from outside counsel Hemanshu Nigam, Esq. regarding ad posting rules. |
| PSI-PrivWH-1571 | | | | 2/14/2011 | Hemanshu Nigam <hnigam@sspblue.com> | | Attorney | SSP Blue | 2/14/2011 | Carl Ferrer <carl.ferrer@backpage.com> | Jamie Schumacher <jschumacher@jmspublicrelations.com>; Scott Spear <scott.spear@villagevoicemedia.com>; Simrin Hooper <shooper@sspblue.com>; Steve Suskin <steve.suskin@villagevoicemedia.com> | | Privileged-Withhold | AC | Email chain containing legal advice from outside counsel Hemanshu Nigam, Esq. regarding cooperation with law enforcement. |
| PSI-PrivWH-1571 | | | | 2/14/2011 | Hemanshu Nigam <hnigam@sspblue.com> | | Attorney | SSP Blue | 2/14/2011 | Carl Ferrer <carl.ferrer@backpage.com> | Jamie Schumacher <jschumacher@jmspublicrelations.com>; Scott Spear <scott.spear@villagevoicemedia.com>; Simrin Hooper <shooper@sspblue.com>; Steve Suskin <steve.suskin@villagevoicemedia.com> | | Privileged-Withhold | AC | Email chain containing legal advice from outside counsel Hemanshu Nigam, Esq. regarding cooperation with law enforcement. |