1   **feder law office, p.a.**
    2930 e. camelback road, suite 160
2   phoenix, arizona 85016
    (602) 257-0135
3   bf@federlawpa.com
    fl@federlawpa.com
4
    Bruce Feder - State Bar No. 004832
5   Attorney for Defendant, Scott Spear

6

7                       UNITED STATES DISTRICT COURT

8                           DISTRICT OF ARIZONA

9

10   United States of America,            )   NO. CR18-00422 PHX SPL
                                          )
11              Plaintiff,                )
                                          )
12              vs.                       )   **DEFENDANT SCOTT SPEAR'S**
                                          )   **JOINDER IN DEFENDANT PADILLA'S**
13   Scott Spear.                         )   **MOTION FOR ITEMIZATION OF**
                                          )   ***BRADY/GIGLIO* MATERIAL [273]**
14              Defendant.                )
                                          )
15                                        )
                                          )
16   _____  )

17          Defendant, SCOTT SPEAR, by and through undersigned counsel, hereby joins in

18   Defendant Padilla's Motion for Itemization of Brady/Giglio Material [273] and adopts the

19   positions set forth in said Motion as if fully set forth herein.   The issues raised by Defendant

20   Padilla apply with equal force to Defendant Spear.

21          RESPECTFULLY SUBMITTED this 21st day of August, 2018.

22                                        **FEDER LAW OFFICE, P.A.**
                                          /s/ Bruce Feder
23                                        _____
                                          Attorney for Defendant, Scott Spear

24

25   .   .   .
     .   .   .
26

                                          1

1

## <u>CERTIFICATE OF SERVICE</u>

2

3      I hereby certify that on the 21st day of August, 2018, I electronically transmitted the foregoing to the Clerk of the Court via the CM/ECF system for filing and transmittal of a Notice

4  of Electronic Filing to the following CM/ECF registrants:

5

6  **Kevin Rapp:**    Kevin.Rapp@usdoj.gov
   **Andrew Stone:**    Andrew.Stone@usdoj.gov

7  **Margaret Perlmeter:**    Margaret.Perlmeter@usdoj.gov
   **John Kucera:**    John.Kucera@usdoj.gov

8  **Reginald Jones:**    Reginald.Jones@usdoj.gov
   **Peter S. Kozinets:**    Peter.Kozinets@usdoj.gov

9  *Attorneys for the United States*

10

11 **Paul Cambria:**    pcambira@1glaw.com
   **James Grant:**    jimgrant@dwt.com

12 **Erin McCampbell:**    emccampbell@1glaw.com
   **Robert Corn-Rever:** bobcornrevere@dwt.com

13 **Ronald London:**    ronnielondon@dwt.com
   **Janey Henze Cook:**    janey@henzecookemurphy.com

14 **John Littrell:**    jlittrell@bmkattorneys.com
   **Kenneth Miller:**    kmiller@bmkattorneys.com

15 **Michael Piccarreta:** mlp@pd-law.com
   **Stephen M. Weiss:**    sweiss@karpweiss.com

16 **Michael Kimerer:**    mdk@kimerer.com
   **Tom Bienert:**    tbienert@bmkattorneys.com

17 **Gary Lincenberg:**    gsl@birdmarella.com

18 **Ariel Neuman:**    aneuman@birdmarella.com
   **KC Maxwell:**    kcm@kcmaxlaw.com

19 **David Wakukawa:** dsw@kcmaxlaw.com
   *Attorneys for the Defense*

20

21 *By: /s/   A. Jones _____*

22

23

24

25

26