Thomas H. Bienert, Jr., State Bar No. 135311 (*admitted pro hac vice*)
tbienert@bmkattorneys.com
Kenneth M. Miller, State Bar No. 151874 (*admitted pro hac vice*)
kmiller@bmkattorneys.com
John L. Littrell, State Bar No. 221601 (*admitted pro hac vice*)
jlittrell@bmkattorneys.com
Anthony R. Bisconti, State Bar No. 15874 (*admitted pro hac vice*)
tbisconti@bmkattorneys.com
BIENERT, MILLER & KATZMAN, PLC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700 / Facsimile (949) 369-3701

Attorneys for Defendant
James Larkin

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br>    vs.<br>Michael Lacey, et al.,<br><br>        Defendants. | Case No. CR-18-00422-PHX-SPL (BSB)<br><br>DEFENDANT LARKIN'S JOINDER IN DEFENDANT ANDREW PADILLA'S MOTION FOR ITEMIZATION OF *BRADY/GIGLIO* MATERIAL |

   Defendant James Larkin hereby joins in the *Motion for Itemization of* Brady/Giglio *Material* filed by Defendant Andrew Padilla on August 20, 2018 (the "Motion"). *See* Dkt. 273. By this joinder, Mr. Larkin adopts the positions set forth in the Motion as fully set forth herein. The issues raised in the Motion apply with equal force to Mr. Larkin.

Dated: August 22, 2018          BIENERT MILLER & KATZMAN PLC

                                /s/ Kenneth M. Miller
                                Attorneys for Defendant
                                James Larkin

---

DEFENDANT JAMES LARKIN'S JOINDER IN DEFENDANT ANDREW PADILLA'S MOTION FOR ITEMIZATION OF *BRADY/GIGLIO* MATERIAL

**CERTIFICATE OF SERVICE**

I certify that on this 22nd day of August, 2018, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants listed below.

/s/ Toni Thomas
Toni Thomas

CM/ECF Registrants:

Reginald Jones, reginald.jones4@usdoj.gov
Peter Kozinets, peter.kozinets@usdoj.gov
Margaret Perlmeter, margaret.perlmeter@usdoj.gov
Kevin Rapp, kevin.rapp@usdoj.gov
Andrew Stone, andrew.stone@usdoj.gov
Paul Cambria, pcambria@lglaw.com
Tom Bienert, tbienert@bmkattorneys.com
Bruce Feder, bf@federlawpa.com
Michael Kimerer, mdk@kimerer.com
Stephen Weiss, sweiss@karpweiss.com

476018-1