1 **feder law office, p.a.**
2930 e. camelback road, suite 160
2 phoenix, arizona 85016
(602) 257-0135
3 bf@federlawpa.com
fl@federlawpa.com
4
Bruce Feder - State Bar No. 004832
5 Attorney for Defendant, Scott Spear

6                         UNITED STATES DISTRICT COURT

7                             DISTRICT OF ARIZONA

8

| | |
|---|---|
| 9  United States of America, | )  NO. CR18-00422 PHX SPL |
| | ) |
| 10              Plaintiff, | ) |
| | ) **DEFENDANT SCOTT SPEAR'S** |
| 11              vs. | ) **JOINDER IN DEFENDANT LARKIN'S** |
| | ) **OPPOSITION TO GOVERNMENT'S** |
| 12  Scott Spear. | ) **APPLICATION FOR ORDER** |
| | ) **REGARDING CRIMINAL FORFEITURE** |
| 13              Defendant. | ) **OF PROPERTY IN GOVERNMENT** |
| | ) **CUSTODY** |
| 14 | ) |
| | ) |
| 15 | |

16          The Defendant, Scott Spear, by and through his attorney, Bruce Feder/Feder Law Office,

17 P.A., hereby joins in Defendant James Larkin's Opposition to Government's Application for Order

18 Regarding Criminal Forfeiture of Property in Government Custody [285] in all respects as said

19 Opposition applies to him.    Additionally, the Government's pleading improperly seeks to

20 deprive Defendants of the prompt pretrial hearing they are entitled to where seizures of assets

21 derived from First Amendment activities occur.    *See*, <u>Fort Wayne Books v. Indiana, 489 U.S.</u>

22 <u>466(1989); United States v. Crozier</u>, <u>777 F.2d 1376 (9th Cir. 1985)</u>.

23          RESPECTFULLY SUBMITTED this 30th day of August, 2018.

24                                        **FEDER LAW OFFICE, P.A.**

25
                                        <u>/s/ Bruce Feder</u>
26                                        Attorney for Defendant, Scott Spear

                                              1

1

## **CERTIFICATE OF SERVICE**

2

3        I hereby certify that on the 30th day of August, 2018, I electronically transmitted the
foregoing to the Clerk of the Court via the CM/ECF system for filing and transmittal of a Notice

4    of Electronic Filing to the following CM/ECF registrants:

5

6    **Kevin Rapp:**    Kevin.Rapp@usdoj.gov
**Andrew Stone:**    Andrew.Stone@usdoj.gov

7    **Margaret Perlmeter:**    Margaret.Perlmeter@usdoj.gov
**John Kucera:**    John.Kucera@usdoj.gov

8    **Reginald Jones:**    Reginald.Jones@usdoj.gov
**Peter S. Kozinets:**    Peter.Kozinets@usdoj.gov

9    *Attorneys for the United States*

10

11   **Paul Cambria:**    pcambira@1glaw.com
**James Grant:**    jimgrant@dwt.com

12   **Erin McCampbell:**    emccampbell@1glaw.com
**Robert Corn-Rever:**    bobcornrevere@dwt.com

13   **Ronald London:**    ronnielondon@dwt.com
**Janey Henze Cook:**    janey@henzecookemurphy.com

14   **John Littrell:**    jlittrell@bmkattorneys.com
**Kenneth Miller:**    kmiller@bmkattorneys.com

15   **Michael Piccarreta:**  mlp@pd-law.com
**Stephen M. Weiss:**    sweiss@karpweiss.com

16   **Michael Kimerer:**    mdk@kimerer.com
**Tom Bienert:**    tbienert@bmkattorneys.com

17   **Gary Lincenberg:**    gsl@birdmarella.com
**Ariel Neuman:**    aneuman@birdmarella.com

18   **KC Maxwell:**    kcm@kcmaxlaw.com
**David Wakukawa:** dsw@kcmaxlaw.com

19   *Attorneys for the Defense*

20

21   *By: /s/   A. Jones*

22

23

24

25

26