ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
KEVIN M. RAPP (Ariz. Bar No. 14249),
kevin.rapp@usdoj.gov
MARGARET PERLMETER (Ariz. Bar No. 024805),
margaret.perlmeter@usdoj.gov
PETER S. KOZINETS (Ariz. Bar No. 019856),
Peter.kozinets@usdoj.gov
DOMINIC LANZA (Cal. Bar No. 225989),
dominic.lanza@usdoj.gov
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

JOHN J. KUCERA (Cal. Bar No. 274184),
john.kucera@usdoj.gov
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1400
Los Angeles, CA 90012
Telephone (213) 894-3391

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806),
reginald.jones4@usdoj.gov
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR 18-422-PHX-SPL (BSB) |
| Plaintiff, | NOTICE OF GOVERNMENT'S FILING OF RECORDED LIS PENDENS AS TO REAL PROPERTY LOCATED IN COOK COUNTY, ILLINOIS |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

Plaintiff United States of America gives notice that on May 14, 2018 it recorded the attached *Lis Pendens* with the Cook County Recorder of Deeds under Doc. # 1813406038, and sent copies of the recorded *Lis Pendens* to the titled owners and any known lienholders. A copy of the Lis Pendens is attached hereto as Exhibit "A".

DATED: September 11, 2018
ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

JOHN P. CRONAN
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

*/s/John J. Kucera*
KEVIN RAPP
MARGARET PERLMETER
PETER S. KOZINETS
ANDREW C. STONE
JOHN J. KUCERA
Assistant U.S. Attorneys

REGINALD JONES
Senior Trial Attorney

**CERTIFICATION**

I certify that on September 11, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Anne Chapman, Erin McCampbell, James Grant, Lee Stein, Paul Cambria, Robert Corn-Revere, Ronald London, Janey Henze Cook, John Littrell, Kenneth Miller, Thomas Bienart, Jr., Bruce Feder, Michael Kimerer, Rhonda Neff, KC Maxwell, David Wakukawa, Michael Piccarreta, Stephen Weiss.

By: *s/Krystie Sor*
U.S. Attorney's Office

| | |
|---|---|
| RECORDING REQUEST BY<br><br>UNITED STATES<br><br>WHEN RECORDED MAIL TO<br><br>Name: Shannen Beckman<br>　　　　Senior Paralegal<br><br>MAILING ADDRESS: Shannen.beckman@usdoj.gov<br>　　　　　312 N. Spring St., 14th Floor<br>CITY, STATE, Los Angeles, CA<br>ZIP CODE: 90012 | Doc#. 1813406038 Fee: $58.00<br>Karen A. Yarbrough<br>Cook County Recorder of Deeds<br>Date: 05/14/2018 10:11 AM Pg: 1 of 6 |

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

RECORDING REQUESTED BY SIMPLIFILE

# TITLE(S)

## Recording of Lis Pendens

## █████████████ Chicago, IL 60637
## Cook County

## APN: 20-14-201-079-1054

EXHIBIT A

```
 1  ELIZABETH A. STRANGE
 2  First Assistant United States Attorney
    District of Arizona
 3  KEVIN M. RAPP (Ariz. Bar No. 14249),
    kevin.rapp@usdoj.gov
 4  DOMINIC LANZA (Cal. Bar No. 225989),
    dominic.lanza@usdoj.gov
 5  MARGARET PERLMETER (Ariz. Bar No. 024805),
    margaret.perlmeter@usdoj.gov
 6  JOHN J. KUCERA (Cal. Bar No. 274184),
    john.kucera@usdoj.gov
 7  Assistant U.S. Attorneys
    40 N. Central Avenue, Suite 1800
 8  Phoenix, Arizona 85004-4408
    Telephone (602) 514-7500
 9
    JOHN P. CRONAN
10  Acting Assistant Attorney General
    Criminal Division, U.S. Department of Justice
11
    REGINALD E. JONES (Miss. Bar No. 102806),
12  reginald.jones4@usdoj.gov
    Senior Trial Attorney, U.S. Department of Justice
13  Child Exploitation and Obscenity Section
    950 Pennsylvania Ave N.W., Room 2116
14  Washington, D.C. 20530
    Telephone (202) 616-2807
15  Attorneys for Plaintiff

16
    Attorneys for Plaintiff
17  UNITED STATES OF AMERICA
```

| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE CENTRAL DISTRICT OF CALIFORNIA | |
| UNITED STATES OF AMERICA, | No. CR-18-00422-PHX-SPL |
| Plaintiff, | LIS PENDENS |
| v. | As To: ▮▮▮▮▮▮▮▮▮▮ |
| JAMES A. LARKIN | Chicago, IL ▮▮▮▮▮ |
| Defendant. | Titled Owners: John C. Larkin, Margaret G. Larkin and James A. Larkin |

EXHIBIT A

1   NOTICE IS HEREBY GIVEN that the foregoing action has been
2   commenced and is now pending in the United States District Court for
3   the District of Arizona. The real property that is the subject of
4   this action is located in Chicago, Illinois and is more particularly
5   described as follows:

> UNIT NUMBER 1308-2 IN THE 56TH AND KIMBARK CONDOMINIUM AS DELINEATED ON PLAT OF SURVEY OF THE FOLLOWING DESCRIBED PARCEL OF REAL ESTATE: LOTS 13, 14, 15 AND 16 IN BLOCK 60 IN HOPKIN'S ADDITION TO HYDE PARK, A SUBDIVISION OF THE WEST 1/2 OF THE NORTH EAST 1/4 OF SECTION 14, TOWNSHIP 38 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN IN COOK COUNTY, ILLINOIS WHICH PLAT OF SURVEY IS ATTACHED AS EXHIBIT D TO DECLARATION OF CONDOMINIUM MADE BY 56TH AND KIMBARK ASSOCIATION, A NOT-FOR PROFIT CORPORATION AND RECORDED IN THE OFFICE OF THE RECORDER OF DEEDS OF COOK COUNTY, ILLINOIS AS DOCUMENT 25385096 TOGETHER WITH ITS UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS.
>
> APN: 20-14-201-079-1054; Tax Map ID: 20-14-201-079-1054

/ / /
/ / /

2

EXHIBIT A

For further information concerning the forfeiture, reference may be had to the records of the Clerk of the Court for the United States District Court at Phoenix, Arizona. Title to the defendant property is held in the name of John C. Larkin, Margaret G. Larkin and James A. Larkin, as joint tenants with right of survivorship.

Dated: May 10, 2018          Respectfully submitted,

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

JOHN P. CRONAN
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

*/s/*

KEVIN RAPP
DOMINIC LANZA
MARGARET PERLMETER
JOHN J. KUCERA
Assistant U.S. Attorneys

REGINALD JONES
Senior Trial Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

EXHIBIT A

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **May /0, 2018**, I served a copy of: **LIS PENDENS** ▇▇▇▇ ▇▇▇▇▇▇ upon each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

**TO: SEE SERVICE LIST**

_X_ I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **May /0, 2018** at Los Angeles, California.

_/s/ Beckman_
SHANNEN BECKMAN

EXHIBIT A

SERVICE LIST

John C. Larkin,
Margaret G. Larkin and
James A. Larkin
█████████████████████
Paradise Valley, AZ 85253

John C. Larkin,
Margaret G. Larkin and
James A. Larkin
█████████████████
Chicago, IL 60637

EXHIBIT A

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **September 11, 2018**, I served a copy of: **NOTICE OF FILING OF RECORDED LIS PENDENS** upon each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

**TO: SEE SERVICE LIST**

**X** I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **September 11, 2018** at Los Angeles, California.

KRYSTIE SOR

|   |   |
|---|---|
| 1 |  |
| 2 | **SERVICE LIST** |
| 3 | John C. Larkin, Margaret G. Larkin and James A. Larkin |
| 4 | ~~[redacted]~~ |
| 5 | Paradise Valley, AZ 85253 |
| 6 | John C. Larkin, Margaret G. Larkin and James A. Larkin |
| 7 | ~~[redacted]~~ |
| 8 | Chicago, IL 60637 |