ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
KEVIN M. RAPP (Ariz. Bar No. 14249),
kevin.rapp@usdoj.gov
MARGARET PERLMETER (Ariz. Bar No. 024805),
margaret.perlmeter@usdoj.gov
PETER S. KOZINETS (Ariz. Bar No. 019856),
Peter.kozinets@usdoj.gov
DOMINIC LANZA (Cal. Bar No. 225989),
dominic.lanza@usdoj.gov
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

JOHN J. KUCERA (Cal. Bar No. 274184),
john.kucera@usdoj.gov
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1400
Los Angeles, CA 90012
Telephone (213) 894-3391

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806),
reginald.jones4@usdoj.gov
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ARIZONA

| United States of America, | No. CR 18-422-PHX-SPL (BSB) |
|---|---|
| Plaintiff, | NOTICE OF GOVERNMENT'S FILING OF RECORDED LIS PENDENS AS TO REAL PROPERTY LOCATED IN NAPA COUNTY, CALIFORNIA |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

1  Plaintiff United States of America gives notice that on
2  June 26, 2018 it recorded the attached *Lis Pendens* with the Napa
3  County Recorder under Doc. # 2018-0012621, and sent copies of
4  the recorded *Lis Pendens* to the titled owners and any known
5  lienholders.  A copy of the Lis Pendens is attached hereto as
6  Exhibit "A".

7  DATED: September 11, 2018    ELIZABETH A. STRANGE
                                First Assistant United States
8                               Attorney
9                               District of Arizona

10                              BRIAN BENCZKOWSKI
                                Acting Assistant Attorney General
11                              Criminal Division, U.S. Department
12                              of Justice

13                              /s/John J. Kucera
                                _____
14                              KEVIN RAPP
                                MARGARET PERLMETER
15                              PETER S. KOZINETS
                                DOMINIC LANZA
16                              JOHN J. KUCERA
                                Assistant U.S. Attorneys
17
                                REGINALD JONES
18                              Senior Trial Attorney

19

20                          **CERTIFICATION**

21      I certify that on  September 11, 2018, I electronically
22 transmitted the attached document to the Clerk's Office using the
   CM/ECF System for filing and transmittal of a Notice of Electronic
23 Filing to the following CM/ECF registrants: Anne Chapman, Erin
24 McCampbell, James Grant, Lee Stein, Paul Cambria, Robert Corn-
   Revere, Ronald London, Janey Henze Cook, John Littrell, Kenneth
25 Miller, Thomas Bienart, Jr., Bruce Feder, Michael Kimerer, Rhonda
26 Neff, KC Maxwell, David Wakukawa, Michael Piccarreta, Stephen
27 Weiss.
        By: *s/Krystie Sor*
28      U.S. Attorney's Office

2018-0012621

| | |
|---|---|
| Recorded | REC FEE          27.00 |
| Official Records | |
| County of | HOUSING TAX     75.00 |
| Napa | |
| JOHN TUTEUR | |
| Assessor-Recorder-Co. | |
| | LS |
| 11:55AM 26-Jun-2018 | Page 1 of 5 |

RECORDING REQUEST BY

UNITED STATES

WHEN RECORDED MAIL TO

Name:    Shannen Beckman
         Senior Paralegal

MAILING       Shannen.beckman@usdoj.gov
ADDRESS:      312 N. Spring St., 14th Floor
CITY, STATE,  Los Angeles, CA
ZIP CODE:     90012

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

# TITLE(S)

## Lis Pendens

EXHIBIT A

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
KEVIN M. RAPP (Ariz. Bar No. 14249),
kevin.rapp@usdoj.gov
DOMINIC LANZA (Cal. Bar No. 225989),
dominic.lanza@usdoj.gov
MARGARET PERLMETER (Ariz. Bar No. 024805),
margaret.perlmeter@usdoj.gov
JOHN J. KUCERA (Cal. Bar No. 274184),
john.kucera@usdoj.gov
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

JOHN P. CRONAN
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806),
reginald.jones4@usdoj.gov
Senior Trial Attorney, U.S. Department of. Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR-18-00422-PHX-SPL |
|---|---|
| Plaintiff, | LIS PENDENS |
| v. | As To: |
| JAMES LARKIN | ████████████ |
| | St. Helena, California |
| Defendant. | Titled Owners: James A. Larkin and Margaret G. Larkin (or their successors in trust), as Trustees of Ocotillo Family Trust dated June 2, 2008 |

EXHIBIT A

NOTICE IS HEREBY GIVEN that the foregoing action has been commenced and is now pending in the United States District Court for the District of Arizona.  Plaintiff is the United States of America and the Defendant is James Larkin.  The real property that is the subject of this action is located in St. Helena, California and is more particularly described as follows:

PARCEL ONE:
Lot 1 as shown on the "Parcel Map of the Land of L. George Lambert," filed November 2, 1973 in Book 5 of Parcel Maps, page 70, Office of the Recorder of said Napa County.

PARCEL TWO:
A portion of Lot 4 as shown on Map Number 2450 entitled, "Parcel Map of the Lands of L. George Lambert" recorded November 2, 1973 and filed in Book 5 of Parcel Maps at page 70 in the Office of the Napa County Recorder described as follows:

Beginning at a 3/4" iron pipe marking on the most Westerly corner of said Lot 4; thence along the Northwest line of said Lot 4 North 48°37'53" East 400.06 feet to a 3/4" iron pipe; thence South 44°19'00" East 113.23 feet to a 3/4" iron pipe; thence South 45°05'28" West 399.06 feet to a point on the Southwest line of said Lot 4, said point being marked by a 3/4" iron pipe; thence along said Southwest line, North 44°31'16" West 137.93 feet to the point of beginning.

APN: 030-050-028-000

/ / /
/ / /

2

EXHIBIT A

1    For further information concerning the forfeiture, reference may

2 be had to the records of the Clerk of the Court for the United States

3 District Court at Phoenix, Arizona.  Title to the property is held in

4 the name of James A. Larkin and Margaret G. Larkin (or their

5 successors in trust), as Trustees of Ocotillo Family Trust dated June

6 2, 2008.

7 Dated: May 10, 2018          Respectfully submitted,

8                              ELIZABETH A. STRANGE
                               First Assistant United States Attorney
9                              District of Arizona

10
                               JOHN P. CRONAN
11                             Acting Assistant Attorney General
                               Criminal Division, U.S. Department of
12                             Justice

13                             _____

14                             KEVIN RAPP
                               DOMINIC LANZA
15                             MARGARET PERLMETER
                               JOHN J. KUCERA
16                             Assistant U.S. Attorneys

17
                               REGINALD JONES
18                             Senior Trial Attorney

19
                               Attorneys for Plaintiff
20                             UNITED STATES OF AMERICA

21

22

23

24

25

26

27

28

3

EXHIBIT A

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action.  I am employed by the Office of the United States Attorney, Central District of California.  My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **June 26, 2018**, I served a copy of: **LIS PENDENS** ███████ ███████) upon each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

TO:   **James A. Larkin and Margaret G. Larkin**
      **Trustees of The Ocotillo Family Trust**
      ████████
      **Saint Helena, CA 94574-1637**

**X**   I am readily familiar with the practice of this office for collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **June 26, 2018** at Los Angeles, California.

SHANNEN BECKMAN

EXHIBIT A

1

## PROOF OF SERVICE BY MAILING

2    I am over the age of 18 and not a party to the within

3 action.  I am employed by the Office of the United States

4 Attorney, Central District of California.  My business address

5 is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

6    On **September 11, 2018**, I served a copy of: **NOTICE OF FILING**

7 **OF RECORDED LIS PENDENS** upon each person or entity named below

8 by enclosing a copy in an envelope addressed as shown below and

9 placing the envelope for collection and mailing on the date and

10 at the place shown below following our ordinary office

11 practices.

12 TO:  James A. Larkin and Margaret G. Larkin
     Trustees of The Ocotillo Family Trust

13   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

14   Saint Helena, CA 94574-1637

15  **X**  I am readily familiar with the practice of this office for

16 collection and processing correspondence for mailing.  On the

17 same day that correspondence is placed for collection and

18 mailing, it is deposited in the ordinary course of business with

19 the United States Postal Service in a sealed envelope with

20 postage fully prepaid.

21    I declare under penalty of perjury under the laws of the

22 United States of America that the foregoing is true and correct.

23    I declare that I am employed in the office of a member of

24 the bar of this court at whose direction the service was made.

25    Executed on: **September 11, 2018** at Los Angeles, California.

26

27   _____
     WRYSTTE SOR

28