# EXHIBIT A

1   NICOLA T. HANNA
    United States Attorney
2   LAWRENCE S. MIDDLETON
    Assistant United States Attorney
3   Chief, Criminal Division
    STEVEN R. WELK
4   Assistant United States Attorney
    Chief, Asset Forfeiture Section
5   JOHN J. KUCERA
    Assistant United States Attorney
6   Asset Forfeiture Section
    California Bar No. 274184
7       Federal Courthouse, 14th Floor
        312 North Spring Street
8       Los Angeles, California 90012
        Telephone:  (213) 894-3391
9       Facsimile:  (213) 894-0142
        E-mail: John.Kucera@usdoj.gov
10

11

12  Attorneys for Plaintiff
    UNITED STATES OF AMERICA

13
                 UNITED STATES DISTRICT COURT
14
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
15

16  IN THE MATTER OF THE SEIZURE OF:   No. CV 18-06742-RGK (MAAx)

17  ANY AND ALL FUNDS HELD IN          **GOVERNMENT'S EX PARTE APPLICATION**
    REPUBLIC BANK OF ARIZONA           **TO EXTEND DEADLINE AND HEARING**
18  ACCOUNTS XXXX1889; XXXX2592,
    XXXX1938, XXXX2912, AND             CURRENT DEADLINE AND HEARING
19  XXXX2500.                           Opposition Deadline: 8/27/18
                                        Hearing:       9/10/18
20                                      Hearing Time: 9:00 A.M.

21                                      PROPOSED
                                        Opposition Deadline: 9/10/1
22                                      Hearing Deadline: 9/24/18
                                        Location:     Courtroom of the
23                                                     Hon. R. Gary
                                                       Klausner
24

25

26      On August 1, 2018, James Larkin, defendant in the criminal case

27  *United States v. Michael Lacey, et al.* CR 18-422-PHX-SPL, though his

28  attorney of record Thomas H. Bienert, Jr., filed a Notice of Motion

and Motion to Vacate or Modify Seizure Warrants, which motion was
joined by defendants Lacy, Brunst, and Spear ("defendants' Motion").
The matter was initially scheduled to be heard by the Honorable
Patrick J. Walsh, United States Magistrate Judge for the Central
District of California. However, on August 7, 2018, the matter was
reassigned to the Honorable R. Gary Klausner, United States District
Judge for the Central District of California. Thereafter, the Court
vacated all dates set by Judge Walsh and set a hearing date for
September 10, 2018.

On August 23, 2018, the parties jointly moved to extend the
government's opposition to defendants' motion from August 17, 2018,
to and including August 27, 2018, and further agreed to continue the
related hearing from September 10, 2018, to September 17, 2018. To
date, the Court has not issued an Order based on that stipulation.

Now, for the reason described below, the government hereby
applies *ex parte* to extend until September 10, 2018, any government
deadline to file an opposition to defendants' Motion and to extend
the hearing to September 24, 2018, at 9:00 a.m.

On August 27, 2018, the government filed its Application for
Order Regarding Criminal Forfeiture of Property in Government Custody
in the related criminal case CR 18-00422-PHX-SPL (BSB). *See*
Attachment A. Should that Order issue, the government intends to
move this Court to find that defendants' Motion is moot, and the
government will not object to the filing of any related appropriate
motion defendants may seek to file in the District of Arizona.

///

///

1    The government has sought to contact defendants' counsel, and

2  those counsel with whom the government has spoken have indicated

3  their opposition to this application.

4  Dated: August 27, 2018          Respectfully submitted,

5                                  NICOLA T. HANNA
                                   United States Attorney
6
                                   LAWRENCE S. MIDDLETON
7                                  Assistant United States Attorney
                                   Chief, Criminal Division
8                                  STEVEN R. WELK
                                   Assistant United States Attorney
9                                  Chief, Asset Forfeiture Section

10

11                                      /s/John J. Kucera
                                   JOHN J. KUCERA
12                                 Assistant United States Attorney

13                                 Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28