1 **feder law office, p.a.**
2930 e. camelback road, suite 160
2 phoenix, arizona 85016
(602) 257-0135
3 bf@federlawpa.com
fl@federlawpa.com
4
Bruce Feder - State Bar No. 004832
5 Attorney for Defendant, Scott Spear

6                    UNITED STATES DISTRICT COURT

7                          DISTRICT OF ARIZONA

8

| | | |
|---|---|---|
| 9  United States of America, | ) | NO. CR18-00422 PHX SPL |
| 10            Plaintiff, | ) ) | **DEFENDANT SCOTT SPEAR'S JOINDER IN DEFENDANT LARKIN'S** |
| 11     vs. | ) ) | **RESPONSE TO GOVERNMENT'S MOTION FOR LEAVE TO FILE** |
| 12  Scott Spear. | ) ) | **UNTIMELY REPLY IN SUPPORT OF ITS APPLICATION FOR ORDER** |
| 13            Defendant. | ) | **REGARDING CRIMINAL FORFEITURE** |
| 14 | ) ) | **(ORAL ARGUMENT REQUESTED)** |
| 15 | ) | |

16        The Defendant, Scott Spear, by and through his attorney, Bruce Feder/Feder Law Office.,

17 P.A., hereby joins in Defendant James Larkin's Response to Government's Motion for Leave to

18 File Untimely Reply in Support of Its Application for Order Regarding Criminal Forfeiture [304]

19 in all respects as said Response applies to him.

20        RESPECTFULLY SUBMITTED this 14th day of September, 2018.

21                                    **FEDER LAW OFFICE, P.A.**

22
                                      /s/ Bruce Feder
23                                    Attorney for Defendant, Scott Spear

24

25   · · ·

26   · · ·

                                    1

# CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of September, 2018, I electronically transmitted the foregoing to the Clerk of the Court via the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Kevin Rapp:**   Kevin.Rapp@usdoj.gov
**Andrew Stone:**   Andrew.Stone@usdoj.gov
**Margaret Perlmeter:**   Margaret.Perlmeter@usdoj.gov
**John Kucera:**   John.Kucera@usdoj.gov
**Reginald Jones:**   Reginald.Jones@usdoj.gov
**Peter S. Kozinets:**   Peter.Kozinets@usdoj.gov
*Attorneys for the United States*

**Paul Cambria:**   pcambira@lglaw.com
**James Grant:**   jimgrant@dwt.com
**Erin McCampbell:**   emccampbell@lglaw.com
**Robert Corn-Rever:** bobcornrevere@dwt.com
**Ronald London:**   ronnielondon@dwt.com
**Janey Henze Cook:**   janey@henzecookemurphy.com
**John Littrell:**   jlittrell@bmkattorneys.com
**Kenneth Miller:**   kmiller@bmkattorneys.com
**Michael Piccarreta:** mlp@pd-law.com
**Stephen M. Weiss:**   sweiss@karpweiss.com
**Michael Kimerer:**   mdk@kimerer.com
**Tom Bienert:**   tbienert@bmkattorneys.com
**Gary Lincenberg:**   gsl@birdmarella.com
**Ariel Neuman:**   aneuman@birdmarella.com
**KC Maxwell:**   kcm@kcmaxlaw.com
**David Wakukawa:** dsw@kcmaxlaw.com
*Attorneys for the Defense*

*By: /s/   A. Jones*