ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 14249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1200
Los Angeles, CA 90012
Telephone (213) 894-3391

JOHN P. CRONAN
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-18-00422-PHX-SPL |
| Plaintiff, | |
| vs. | **MOTION TO APPEAR TELEPHONICALLY** |
| Michael Lacey, et. al., | |
| Defendants. | |

On August 30, 2018 oral argument on CRs 282, 285 and 326 case was scheduled for a October 4, 2018. (*See* CR 29) On September 27, 2018 the court re-scheduled the

hearing to October 5, 2019 at 9:00 a.m. (*See* CR 325) As the court is aware, this case involves six defendants and numerous attorneys (nearly 30). Unfortunately, the October 5th hearing conflicts with the schedules of AUSAs Rapp, Jones and Kucera. All are scheduled to be out of state on that date. For this reason AUSAs Rapp and Jones will not argue any of the pending motions on behalf of the United States.

On September 27, 2018, the court issued an order that *all* pending motions will be addressed on October 5, 2018. (*See* CR 325) This includes a motion for Application for Forfeiture and the Response and Reply. (*See* CRs 282, 285 and 326.) This motion will be argued by AUSA John Kucera (Forfeiture Section, USAO CDCA). Accordingly, the United States requests that the three above named AUSAs be allowed to appear telephonically.

Respectfully submitted this 1st day of October, 2018.

ELIZABETH A STRANGE
First Assistant United States Attorney
District of Arizona

JOHN P. CRONAN
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

*s/ Kevin M. Rapp*
KEVIN M. RAPP
MARGARET PERLMETER
PETER S. KOZINETS
ANDREW C. STONE
Assistant U.S. Attorneys

JOHN J. KUCERA
Special Assistant U.S. Attorney

REGINALD E. JONES
Senior Trial Attorney
U.S. Department of Justice, Criminal Division
Child Exploitation and Obscenity Section

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

I hereby certify that on this same date, I served the attached document by Electronic mail, on the following, who may or may not be registered participants of the CM/ECF System: Anne Chapman, Erin McCampbell, Gregory Zamora, James Grant, Larry Debus, Lawrence Kazan, Lee Stein, Paul Cambria, Robert Corn-Revere, Ronald London, Janey Henze Cook, John Littrell, Kenneth Miller, Thomas Bienart, Jr., Bruce Feder, Michael Kimerer, Rhonda Neff, KC Maxwell, David Wakukawa, Michael Piccarreta, Stephen Weiss.

*s/ Mary Simeonoff*
US Attorney's Office