IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　　Plaintiff,<br>　　vs.<br>Michael Lacey, et. al.,<br>　　　　　Defendant. | No. CR-18-00422-PHX-SPL<br><br>**ORDER** |

The Court having reviewed the Government's Motion to Appear Telephonically, and good cause appearing,

**IT IS ORDERED** granting the Government's Motion to Appear Telephonically.

Dated this _____ day of October, 2018.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Judge Logan