1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

11

United States of America,

CR-18-422-PHX-SPL (BSB)

12

Plaintiff,

**[PROPOSED] ORDER GRANTING MOTION FOR ACCESS TO THE JOINT REPRESENTATION AND JOINT DEFENSE AGREEMENTS PREVIOUSLY SUBMITTED BY DEFENDANTS MICHAEL LACEY AND JAMES LARKIN FOR *IN CAMERA* REVIEW**

13

v.

14

Michael Lacey, et al.,

15

Defendants.

16
17

18        The Court having reviewed the Government's Motion for Access to the Joint

19   Representation and Joint Defense Agreements Previously Submitted by Defendants

20   Michael Lacey and James Larkin for *In Camera* Review, and good cause appearing,

21        IT IS ORDERED granting the Motion for Access to the Joint Representation and

22   Joint Defense Agreements Previously Submitted by Defendants Michael Lacey and James

23   Larkin for *In Camera* Review (the Motion).

24        IT IS FURTHER ORDERED that Defendants Lacey and Larkin shall serve on the

25   government copies of the three agreements previously submitted for the Court's *in camera*

26   review as Exhibits A, B and C to the Declaration of James C. Grant (*see* Doc. 180 at 6-8).

27        IT IS FURTHER ORDERED that the government's deadline for moving for

28   reconsideration of the Court's Orders denying the government's Motion for

Disqualification (Doc. 338) and Motion to Resolve Certain Attorney-Client Privilege Issues (Doc. 345) shall be continued to 14 days after the date of service of the foregoing agreements on the government.