1  **feder law office, p.a.**
2930 e. camelback road, suite 160
2  phoenix, arizona 85016
(602) 257-0135
3  bf@federlawpa.com
fl@federlawpa.com
4
Bruce Feder - State Bar No. 004832
5  Attorney for Defendant, Scott Spear

6               UNITED STATES DISTRICT COURT

7                  DISTRICT OF ARIZONA

8

9  United States of America,      )  NO. CR18-00422 PHX SPL
                          )
10                     )  **JOINT MOTION (UNOPPOSED) TO**
          Plaintiff,     )  **EXTEND TIME TO RESPOND TO THE**
11                     )  **GOVERNMENT'S (SEALED) MOTION**
          vs.         )  **TO COMPEL DESTRUCTION OF**
12                     )  **INADVERTENTLY DISCLOSED**
                     )  **DOCUMENTS [343] -and- MOTION FOR**
13  Scott Spear.            )  **ACCESS TO JOINT REPRESENTATION**
                     )  **AND JOINT DEFENSE AGREEMENTS**
14         Defendant.     )  **PREVIOUSLY SUBMITTED BY**
                     )  **DEFENDANTS MICHAEL LACEY AND**
15                     )  **JAMES LARKIN FOR *IN CAMERA***
                     )  **REVIEW [354]**
16                     )

17

18        The Defendant, Scott Spear, by and through his attorney undersigned, with the consent and

19  joinder of the other defendants and their respective counsel, moves this Court to extend the

20  deadlines for responding to the Government's (Sealed) Motion to Compel Destruction of

21  Inadvertently Disclosed Documents [DE 343] and Motion for Access to the Joint Representation

22  and Joint Defense Agreements Previously Submitted by Defendants Michael Lacey and James

23  Larkin for *In Camera* Review [DE 355], to November 19th, 2018 for the reasons that:

24        1.    The Government has no objection so long as the deadlines are extended

25  commensurately for its replies, if requested;

26  .  .  .

1

1       2.     Defense Counsel are in the process of preparing and filing other motions and

2  responses in this district and an appeal to the 9th Circuit from the Stay Motion granted in the Central

3  District of California.

4                  **MEMORANDUM OF POINTS AND AUTHORITIES**

5       Defense Counsel are in the process of preparing and filing other motions and responses in

6  this District and an appeal to the 9th Circuit from the Stay Motion granted in the Central District

7  of California, and need additional time to respond to the two motions recently filed by the

8  Government [343/354].   The Government, through its attorney, Kevin Rapp, has indicated there

9  is no objection to this request, so long as the deadlines are extended commensurately for

10  Government's replies, if requested. For these reasons, an extension to November 19th, 2018 is

11  requested.

12       It is expected that excludable delay pursuant to 18 U.S.C. §3161(h) may occur as a result

13  of this Motion or from an order based thereon.

14          **RESPECTFULLY SUBMITTED** this 30th day of October, 2018.

15                     **FEDER LAW OFFICE, PA**

16                     /s/ Bruce Feder

                         Attorney for Scott Spear

17

18                     **LIPSITZ GREEN SCIME CAMBRIA, LLP**

                         /s/ Paul Cambria

19                     Attorney for Michael Lacey

20                     **BIENERT MILLER & KATZMAN, PLC**

                         /s/ Tom Bienert

21                     Attorney for James Larkin

22                       **PICCARRETA DAVIS KEENAN FIDEL, PC**

23                     /s/ Michael Piccarreta

                         Attorney for Andrew Padilla

24

25                     **KIMERER & DERRICK, PC**

                         /s/ Michael Kimerer

26                     Attorney for Jed Brunst

1

**BIRD MARELLA BOXER WOLPERT NESSIM**
**DROOKS LINCENBERG & RHOW, PC**

2

/s/ Gary Lincenberg
Attorney for Jed Brunst

3

**KARP & WEISS, PC**

4

/s/ Stephen Weiss
Attorney for Joye Vaught

5

6

7

<u>**CERTIFICATE OF SERVICE**</u>

8

9

I hereby certify that on the 30th day of October, 2018, I electronically transmitted the foregoing to the Clerk of the Court via the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

10

11

**Kevin Rapp:**    Kevin.Rapp@usdoj.gov
**Andrew Stone:**    Andrew.Stone@usdoj.gov

12

**Margaret Perlmeter:**    Margaret.Perlmeter@usdoj.gov
**John Kucera:**    John.Kucera@usdoj.gov

13

**Reginald Jones:**    Reginald.Jones@usdoj.gov

14

**Peter S. Kozinets:**    Peter.Kozinets@usdoj.gov
*Attorneys for the United States*

15

16

**Paul Cambria:**    pcambira@1glaw.com
**James Grant:**    jimgrant@dwt.com

17

**Erin McCampbell:**    emccampbell@1glaw.com
**Robert Corn-Revere:** bobcornrevere@dwt.com

18

**Ronald London:**    ronnielondon@dwt.com
**Janey Henze Cook:**    janey@henzecookemurphy.com

19

**John Littrell:**    jlittrell@bmkattorneys.com

20

**Kenneth Miller:**    kmiller@bmkattorneys.com
**Michael Piccarreta:** mlp@pd-law.com

21

**Stephen M. Weiss:**    sweiss@karpweiss.com
**Michael Kimerer:**    mdk@kimerer.com

22

**Tom Bienert:**    tbienert@bmkattorneys.com

23

**Gary Lincenberg:**    gsl@birdmarella.com
**Ariel Neuman:**    aneuman@birdmarella.com

24

*Attorneys for the Defense*

25

26

*By: /s/ A. Jones*

3