1

2

3

4

5

6    United States of America,                    )    NO. CR18-00422 PHX SPL
                                                  )
7            Plaintiff,                            )
                                                  )
8        vs.                                       )    **ORDER**
                                                  )
9    Scott Spear.                                  )
                                                  )
10           Defendant.                            )
                                                  )
11   _____

12       Upon First Joint Motion (Unopposed) of Defendants, by and through their attorneys, for

13   an Order extending the time to respond to the Government's (Sealed) Motion to Compel

14   Destruction of Inadvertently Disclosed Documents [343], Motion for Access to Joint

15   Representation and Joint Defense Agreements Previously Submitted by Defendants Michael

16   Lacey and James Larkin for *In Camera* Review [354] and Motion for Clarification Re Order to

17   Resolve Attorney-Client Issues [355] to November 19th, 2018, and good cause appearing,

18       **IT IS HEREBY ORDERED** extending the Defendants' deadlines for filing Responses to

19   November 19th, 2018.

20       The Court finds excludable delay under 18 U.S.C. §3161(h) from _____ to

21   _____.

22

23

24

25

26

1