IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br>vs.<br><br>Michael Lacey, et al.,<br><br>              Defendants. | No.  CR-18-00422-PHX-SPL<br><br>**ORDER** |

Before the Court is the parties' Joint Motion (Unopposed) to Extend Time to Respond to the Government's (Sealed) Motion to Compel Destruction of Inadvertently Disclosed Documents (Doc. 343), Motion for Access to Joint Representation and Joint Defense Agreements Previously Submitted by Defendants Michael Lacey And James Larkin for *In Camera* Review (Doc. 354), and Motion for Clarification Re Order to Resolve Attorney-Client Privilege (Doc. 355) (Doc. 358), in which the parties request an extension of the deadline for the Defendants to file responses to Government's Motion to Compel Destruction of Inadvertently Disclosed Documents (Doc. 343), Government's Motion for Access to the Joint Representation and Joint Defense Agreements Previously Submitted by Defendants Michael Lacey and James Larkin for *In Camera* Review (Doc. 354), and Government's Motion for Clarification Re Order to Resolve Attorney-Client Privilege Issues (Doc. 355).  Finding good cause appearing,

**IT IS ORDERED** that the Joint Motion to Extend Time (Doc. 358) is **granted**. Defendants shall have until **November 19, 2018** to file responses to Government's Motion

to Compel Destruction of Inadvertently Disclosed Documents (Doc. 343), Government's Motion for Access to the Joint Representation and Joint Defense Agreements Previously Submitted by Defendants Michael Lacey and James Larkin for *In Camera* Review (Doc. 354), and Government's Motion for Clarification Re Order to Resolve Attorney-Client Privilege Issues (Doc. 355).

Dated this 2nd day of November, 2018.

Honorable Steven P. Logan
United States District Judge