Paul J. Cambria, Jr. (Cal. Bar No. 177957, admitted *pro hac vice*)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite #120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580
Email: pcambria@lglaw.com
emccampbell@lglaw.com
*Counsel for Defendant Michael Lacey*

Thomas H. Bienert, Jr. (Cal. Bar No. 135311, admitted *pro hac vice*)
Whitney Z. Bernstein (Cal. Bar No. 304971, admitted *pro hac vice*)
BIENERT, MILLER & KATZMAN, PLC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile: (949) 369-3701
Email: tbienert@bmkattorneys.com
wbernstein@bmkattorneys.com
*Counsel for Defendant James Larkin*

**Additional counsel listed on next page**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Michael Lacey, *et al.*,<br><br>Defendants. | No. CR-18-00422-PHX-SPL<br><br>**EMERGENCY NOTICE OF MATERIAL DEVELOPMENT**<br><br>Hon. Steven P. Logan<br>Date: November 16, 2018<br>Time: 9:00 a.m. |

Gary S. Lincenberg (Cal. Bar No. 123058)
Ariel A. Neuman (Cal. Bar No. 241594)
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110
Email: glincenberg@birdmarella.com
aneuman@birdmarella.com
*Counsel for Defendant John Brunst*

Bruce Feder (AZ Bar No. 004832)
Feder Law Office, P.A.
2930 E. Camelback Road, Suite 160
Phoenix, Arizona 85016
Telephone: (602) 257-0135
Email: bf@federlawpa.com
*Counsel for Defendant Scott Spear*

It is expected that excludable delay under 18 U.S.C. § 3161(h)(1)(D) will occur as a result of this motion or an order based thereon.

On Friday, November 9, 2018, Defendants Michael Lacey, James Larkin, John Brunst, and Scott Spear ("Defendants") filed Doc. 366, Joinder in Emergency Motion to Stay Seizure of Attorneys' Fees (Doc. 360) and Request to Extend Temporary Relief. In their Joinder, Defendants requested that the Court extend its stay Order (Doc. 361) to include other attorney trust accounts for which the government has obtained and is seeking to execute seizure warrants. Defendants explained that the government had indicated that unless counsel wired funds to the government by close of business on November 13, 2018, the government would serve the seizure warrants on the respective banks.

Despite Defendants' pending Joinder and Request to Extend Temporary Relief, which the Court has yet to rule on, and despite the fact that the Court has granted a related Ex Parte application filed by attorney Anne Chapman which seeks exactly the same relief sought by Defendants, undersigned counsel understand that the government is nonetheless moving forward with these seizures and has given the holders of the respective IOLTA

accounts a deadline of 5:00 p.m. EST today, November 13, 2018 by which to wire funds. Undersigned counsel for Mr. Lacey contacted government counsel to request that the government at least await a ruling from this Court on the pending Request for Temporary Relief, but was told that the government still intends to proceed with its seizures. Undersigned counsel further believes that given the deadline set by the government, some counsel may have already wired funds to the government under threat of compulsion.

Defendants respectfully renew their request for this Court to grant temporarily relief as requested in Docs. 366 & 366-1.

Dated: November 13, 2018

Respectfully submitted,
BIENERT, MILLER & KATZMAN, PLC

*/s/ Whitney Z. Bernstein*
Attorneys for James Larkin

*Pursuant to the District's Electronic Case Filing Administrative Policies and Procedures Manual (May 2018) § II(C)(3), Whitney Z. Bernstein hereby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.*

*/s/ Paul J. Cambria, Jr.*
LIPSITZ GREEN SCIME CAMBRIA LLP
Attorneys for Michael Lacey

*/s/ Bruce Feder*
FEDER LAW OFFICE PA
Attorneys for Scott Spear

*/s/ Gary S. Lincenberg*
BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LINCENBERG AND RHOW
Attorneys for John Brunst

# CERTIFICATE OF SERVICE

I certify that on this 13th day of November 2018, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants listed below.

*/s/ Toni Thomas*
Toni Thomas

David Lawrence Botsford, Botsford & Roark, dbotsford@aol.com

Erin E. McCampbell, Lipsitz Green Scime Cambria LLP, emccampbell@lglaw.com

Daniel James Quigley, Daniel J Quigley PLC, quigley@djqplc.com

Michael L. Piccarreta, Piccarreta Davis Keenan Fidel PC, mlp@pd-law.com

Anthony R. Bisconti, Bienert Miller & Katzman PLC, tbisconti@bmkattorneys.com

Kenneth M. Miller, Bienert Miller & Katzman PLC, kmiller@bmkattorneys.com

Thomas H. Bienert, Jr., Bienert Miller & Katzman PLC, tbienert@bmkattorneys.com

Whitney Z. Bernstein, Bienert Miller & Katzman PLC, wbernstein@bmkattorneys.com

K. C. Maxwell, Maxwell Law PC, kcm@kcmaxlaw.com

Adam Christian Page, Karp & Weiss PC, apage@karpweiss.com

Stephen M. Weiss, Karp & Weiss PC, sweiss@karpweiss.com

Ariel A. Neuman, Bird Marella, aan@birdmarella.com

Gary S. Lincenberg, Bird Marella, gsl@birdmarella.com

Gopi K. Panchapakesan, Bird Marella, gkp@birdmarella.com

Michael D. Kimerer, Kimerer & Derrick PC, MDK@kimerer.com

Rhonda Elaine Neff, Kimerer & Derrick PC, rneff@kimerer.com

Bruce S. Feder, Feder Law Office PA, bf@federlawpa.com

Andrew C. Stone, Assistant U.S. Attorney, andrew.stone@usdoj.gov

John Jacob Kucera, Assistant U.S. Attorney, john.kucera@usdoj.gov

Kevin M. Rapp, Assistant U.S. Attorney, kevin.rapp@usdoj.gov

Margaret Wu Perlmeter, Assistant U.S. Attorney, Margaret.perlmeter@usdoj.gov

Reginald E. Jones, Assistant U.S. Attorney, reginald.jones@usdoj.gov

Peter Shawn Kozinets, Assistant U.S. Attorney, peter.kozinets@usdoj.gov