|  |  |
|---|---|
| United States of America,        ) | NO. CR18-00422 PHX SPL |
| )  Plaintiff,       ) | |
| vs.                ) | **ORDER** |
| Scott Spear.             ) | |
| Defendant.         ) | |

Upon Joint Motion of Defendants, by and through their attorneys, for Reconsideration of the Court's Order **[396-1]** Granting Government's (Sealed) Motion to Compel Destruction of Inadvertently Disclosed Documents **[343]** and Order **[398]** Denying (In Part) Unopposed Motion for Extension of Time, and good cause appearing,

**IT IS HEREBY ORDERED** granting Defendants' Joint Motion for Reconsideration of the Court's Order **[396-1]** Granting Government's (Sealed) Motion to Compel Destruction of Inadvertently Disclosed Documents **[343]** and Order **[398]** Denying (In Part) Unopposed Motion for Extension of Time;

**IT IS FURTHER ORDERED** extending the Defendants' deadlines for filing Responses to _____ and the Government's deadline for Replies to _____.

The Court finds excludable delay under 18 U.S.C. §3161(h) from _____ to _____.

1