| | |
|---|---|
| 1 | **feder law office, p.a.**<br>2930 e. camelback road, suite 160 |
| 2 | phoenix, arizona 85016<br>(602) 257-0135 |
| 3 | bf@federlawpa.com<br>fl@federlawpa.com |
| 4 | |
| 5 | Bruce Feder - State Bar No. 004832<br>Attorney for Defendant, Scott Spear |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) | NO. CR18-00422 PHX SPL |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **DEFENDANT SCOTT SPEAR'S JOINDER IN DEFENDANTS LACEY'S AND LARKIN'S OPPOSITION TO GOVERNMENT'S MOTION FOR CLARIFICATION RE ORDER ON ATTORNEY-CLIENT PRIVILEGE ISSUES** |
| Scott Spear. | ) | |
| Defendant. | ) | |

The Defendant, Scott Spear, by and through his attorney, Bruce Feder/Feder Law Office., P.A., hereby joins in Defendants Lacey's and Larkin's Opposition to Government's Motion for Clarification re Order on Attorney-Client Privilege Issues [409] in all respects as said Opposition applies to him.

RESPECTFULLY SUBMITTED this 11th day of December, 2018.

**FEDER LAW OFFICE, P.A.**

/s/ Bruce Feder
Attorney for Defendant, Scott Spear

. . .

. . .

1

# CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of December, 2018, I electronically transmitted the foregoing to the Clerk of the Court via the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Kevin Rapp:**     Kevin.Rapp@usdoj.gov
**Andrew Stone:**     Andrew.Stone@usdoj.gov
**Margaret Perlmeter:**     Margaret.Perlmeter@usdoj.gov
**John Kucera:**     John.Kucera@usdoj.gov
**Reginald Jones:**     Reginald.Jones@usdoj.gov
**Peter S. Kozinets:**     Peter.Kozinets@usdoj.gov
*Attorneys for the United States*

**Paul Cambria:**     pcambira@lglaw.com
**James Grant:**     jimgrant@dwt.com
**Erin McCampbell:**     emccampbell@lglaw.com
**Robert Corn-Rever:** bobcornrevere@dwt.com
**Ronald London:**     ronnielondon@dwt.com
**Janey Henze Cook:**     janey@henzecookemurphy.com
**John Littrell:**     jlittrell@bmkattorneys.com
**Kenneth Miller:**     kmiller@bmkattorneys.com
**Michael Piccarreta:** mlp@pd-law.com
**Stephen M. Weiss:**     sweiss@karpweiss.com
**Michael Kimerer:**     mdk@kimerer.com
**Tom Bienert:**     tbienert@bmkattorneys.com
**Gary Lincenberg:**     gsl@birdmarella.com
**Ariel Neuman:**     aneuman@birdmarella.com
**KC Maxwell:**     kcm@kcmaxlaw.com
**David Wakukawa:** dsw@kcmaxlaw.com
*Attorneys for the Defense*

*By: /s/   A. Jones*