1  ELIZABETH A. STRANGE
   First Assistant United States Attorney
2  District of Arizona

3  KEVIN M. RAPP (Ariz. Bar No. 14249, kevin.rapp@usdoj.gov)
   MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
4  PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
   ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
5  JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
   Assistant U.S. Attorneys
6  40 N. Central Avenue, Suite 1800
   Phoenix, Arizona 85004-4408
7  Telephone (602) 514-7500

8  BRIAN BENCZKOWSKI
   Assistant Attorney General
9  Criminal Division, U.S. Department of Justice

10 REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
   Senior Trial Attorney, U.S. Department of Justice
11 Child Exploitation and Obscenity Section
   950 Pennsylvania Ave N.W., Room 2116
12 Washington, D.C. 20530
   Telephone (202) 616-2807
13 Attorneys for Plaintiff

14

15              IN THE UNITED STATES DISTRICT COURT

16                FOR THE DISTRICT OF ARIZONA

17
   United States of America,                    CR-18-00422-PHX-SPL (BSB)
18
19                        Plaintiff,
           vs.                                   **UNITED STATES' NOTICE OF
20                                                   EXPERT WITNESSES**

21 Michael Lacey, et al.,

22
                          Defendants.
23

24         Pursuant to Rules 702, 703, 704 and 705, Fed. R. Evid., the following witnesses

25 may give testimony that might be construed as falling within the purview of these rules of

26 evidence.  Through discovery and subsequent disclosures, specific reports and analyses

27 have been or will be directed to defense counsel regarding the specific nature of the

28 expected testimony, if any, to be given by these individuals.  To the extent not previously

disclosed in discovery, subsequent disclosures to defense counsel will isolate the reports, analyses, summaries and other findings associated with any potential expert testimony. This notice is meant merely as a broader initial overview of the individuals and subjects the government may seek to present evidence of by way of expert testimony.

1. **J. Patrick Cullen, Special Agent, Federal Bureau of Investigations and Mathew Frost, Information Technology Specialist Forensic Examiner ("ITS-FE")**

   Special Agent Cullen and Mr. Frost will testify as to how the computer evidence and electronic data were downloaded for analysis.  Special Agent Cullen and Mr. Frost were responsible for acquiring and analyzing certain computer evidence from servers and devices obtained from Backpage.com and also personal digital devices obtained from some of the Defendants. They will testify as to the forensic protocols and tools they implemented to analyze the hard drives and other electronic devices. Their curricula vitae are attached as Exhibits A & B.

2. **Quoc Thai, Special Agent, Internal Revenue Service: Financial Analyst and Virtual Currency Expert**

   Special Agent Thai is a financial analyst, expert in virtual currency, and special agent with the Internal Revenue Service, Criminal Investigation Division.  Special Agent Thai will testify about (1) the financial structure of Backpage and its various corporate entities and (2) Backpage's use of various payment systems to include virtual currency.

   Special Agent Thai will explain the how the financial records show the flow of funds to and from various entities and financial institutions over the past decade, and how the funds were expended and transferred from Backpage accounts domestically and internationally.   Special Agent Thai will also testify about: (1) centralized and decentralized virtual currencies (i.e., bitcoin, bitcoin cash); (2) the sale or exchange of virtual currencies; (3) the use of virtual currencies to pay for goods or services: (4) the anonymity the use of virtual currency provides; (5) the mechanics of transferring virtual currency from wallet to wallet or person to person; (6) the identification of origination and destination addresses through analysis of the blockchain code; (7) the price fluctuation over

time of virtual currency, and the conversion and exchange of virtual currency to a "fiat money system" or "fiat currency system" or simply put, regular currency.   Special Agent Thai will explain Backpage's use of virtual currency and how the money flowed through its various domestic and international entities.   Additionally, Special Agent Thai will explain Backpage's use of third party payment processors, who processed and received customer payments originating from virtual currency payments, credit card payments, check & money order payments, and gift card payments.  Special Agent Thai will further explain how these payments flo from purchasers of Backpage advertisements and follow their flow to the accounts and purchase of assets by Backpage and Backpage officers and owners.

Special Agent Thai's opinion will be based on his education, training, and experience as a Special Agent.  The financial records and documents underlying Special Agent Thai's testimony has been provided to the defense in discovery; the summary analyses will be provided through supplemental disclosures.   Special Agent Thai's curriculum vitae is attached as Exhibit C.

3. **Donald Ellsworth, Special Agent, Internal Revenue Service: Virtual Currency Expert**

Special Agent Donald Ellsworth will testify about virtual currency, encrypted communications, Bank Secrecy Act requirements, and undercover operations involving virtual currency.  Special Agent Ellsworth will testify about: (1) how the movement of legal and illegal proceeds in the form of bitcoin or other forms of virtual currency can be applied to federal money laundering statutes and bank secrecy laws; (2) how bitcoin and other forms of virtual currency can be obtained and used to pay for goods or services; and (3) the anonymity provided with the use of virtual currency.

Special Agent Ellsworth will also testify about virtual currency in general, how it is acquired, exchanged, used to purchased goods or services; how transactions can be traced through analysis of the blockchain code; and the value of virtual currency and how it is converted and exchanged into a fiat money system, or regular currency. Special Agent

Ellsworth's opinion will be based on his education, training, and experience as a Special Agent; including the courses and seminars has attended and taught through his work with the IRS.  Special Agent Ellsworth curriculum vitae is attached as Exhibit D.

**4.  <u>Detective Christina Decouflé, Phoenix Police Department: Human Trafficking Expert</u>**

Detective Decouflé will provide testimony at trial about how human trafficking, with a focus on sex trafficking occurs, and how it occurs through online media, such as social networking websites, applications, and the internet in general.  Detective Decouflé has been a law enforcement officer with the Phoenix Police Department since 2000.  In 2005, she became a detective in the Vice Enforcement Unit.  In 2013, Detective Decouflé became a member of the Federal Bureau of Investigation, Human Trafficking Task Force, Phoenix Division.  The Ninth Circuit has affirmed the expert testimony of Detective Decouflé in the area of human trafficking and this court should permit Detective Decouflé to testify as to her expert opinions here.  *See United States v. Brooks*, 610 F.3d 1186, 1195-96 (9th Cir. 2010).[1]

Detective Decouflé will describe how sex trafficking and prosecution industries have changed with the advent of the internet, including websites such as www.craigslist.com, www.backpage.com, and others.  Detective Decouflé will describe how law enforcement conducts human trafficking investigations; with a focus on how investigations shifted from craigslist.com to backpage.com.  She will testify about her knowledge of The Erotic Review (TER), it's owner David Elms, and TER's connection to websites such as craigslist.com and backpage.com.  Detective Decouflé will describe how she posted advertisements on online websites like craigslist.com and backpage.com advertising herself (undercover) as seller of commercial sex.  She will compare and contrast how different prostitution websites (including craigslist and backpage) operated

---

[1] At the time of Detective Decouflé's testimony in *United States v. Brooks* she went by the surname Hein.  In between, she also went by the surname Bill.

and how they responded to law enforcement.  She will also testify about descriptors and definitions of terms often used in sex trafficking and the prostitution industry, such as "trick," "John," "pimp," "the game," "dates," "choosing up," as examples.  Lastly, Detective Decouflé will discuss the relationship between sex traffickers and pimps and their victims.  She will describe the methods and process traffickers and pimps utilize to entice, coerce, or control their victims.

The bases and reasons for the opinions summarized above centers around Detective Decouflé's extensive experience conducting sex trafficking investigation.  Detective Decouflé has an extensive experience interviewing prostitutes, pimps, and individuals who solicit commercial sex and has herself has engaged in numerous investigations requiring knowledge of the methods that sex traffickers and pimps utilize, whether through online media or through face-to-face contact, to recruit women into prostitution.  Detective Decouflé has interviewed hundreds of victims and survivors, which enables her to understand the particular language and methods utilized in the prostitution industry.

Detective Decouflé's curriculum vitae is attached as Exhibit E.  The government will also separately provide the defense with copies of transcripts where Detective Decouflé has testified in both state and federal court, as an expert in the area of human trafficking.

### 5. Dominique E. Roe-Sepowitz, M.S.W., Ph.D.: Sex Trafficking Expert

Dr. Roe-Sepowitz is expected to testify as a fact witness in this matter, regarding her interactions with Backpage, the National Center of Missing and Exploited Children (NCMEC), human sex trafficking prevention and outreach groups in relation to Backpage related prostitution advertising, as well as Backpage related interactions with state and federal law enforcement.   In an abundance of caution, however, the government provides notice identifying Dr. Roe-Sepowitz as a potential "expert" in the area of human trafficking, specifically, sex trafficking.

Dr. Roe-Sepowitz is an Associate Professor in the School of Social Work at Arizona State University. She is the director of the Office of Sex Trafficking Intervention Research at Arizona State University. Dr. Roe-Sepowitz's area of specialty and expertise is in human sex trafficking with juveniles and adults, with an aim on prevention and awareness, intervention and treatment.

Dr. Roe-Sepowitz can testify about her research in the area of human sex trafficking. Specifically and recently, Dr. Roe-Sepowitz participated in (1) a six year analysis of sex trafficking of minors: exploring characteristics and sex trafficking patterns; (2) a Las Vegas based study on how violence is often tied to teen sex trafficking; and (3) a Hawaii based study exploring online sex buyers in Hawaii. Dr. Roe-Sepowitz has also researched the impact the Super Bowl had on sex trafficking. Dr. Roe-Sepowitz's research can be found at https://socialwork.asu.edu/stir/research. While the government intends for Dr. Roe-Sepowitz to testify as a fact witness at trial, her education, training, and experience, could lead one to believe that she is an expert in the area of human sex trafficking.

Dr. Roe-Sepowitz's curriculum vitae is attached as Exhibit F. The government will also separately provide the defense with copies of several articles Dr. Roe-Sepowitz has authored or co-authored, in the area of human trafficking, which will further explain the nature, breadth and foundation of her testimony.

### 6.  Sharon W. Cooper, M.D.: Sex Trafficking Expert

Dr. Cooper will testify about (1) how a victim can fall into the world of sex trafficking, through the grooming process, force, or abduction, etc. and why certain victims may be targeted; (2) the harmful, lasting impact sex trafficking can have on its victims, primarily child victims; (3) the relationship and loyalty a child sex trafficking victim may have and show towards her trafficker; (4) common ways a sex trafficker can use force, fraud, and coercion to maintain control over his victims; (5) reasons why child sex trafficking is cited as the most underreported form of child abuse; and (6) the role Backpage played in the victimization of her patients and clients.

Dr. Cooper is a developmental and forensic pediatrician who evaluates and treats children who have been victims of all forms of abuse, with a primary area of expertise in sexual exploitation.  She is a member of the Board of Directors for the National Center for Missing and Exploited Children and a retired Colonel with the United States Armed Forces.  Dr. Cooper has testified before the United States Congress, the Russian Parliament, the Italian Senate and the European Commission on child sexual exploitation.  She has also testified as an expert medical witness in over two dozen federal trials.  Dr. Cooper is familiar with how victims were trafficked on Backpage and her opinions will be based on her education, training, and her clinical and forensic experiences treating victims of sex trafficking.  Dr. Cooper's curriculum vitae is attached as Exhibit G.

**7. <u>James E. Hardie, Supervisory Special Agent, Federal Bureau of Investigation: Human Trafficking Expert</u>**

Supervisory Special Agent James E. Hardie will testify about (1) terminology commonly used in the sex trafficking, such as pimp, "bottom bitch," MOB (money over bitches), "date,", "roses" (money), "the game", etc.; (2) common dynamics between sex traffickers and their victims and how a trafficker may use drugs, force, fraud, and coercion to maintain control over their victims; (3) how human trafficking takes place in our communities from a law enforcement prospective; and (4) the role the internet and Backpage played in his knowledge and understanding of human trafficking and how Backpage became part of the law enforcement investigations for human trafficking over the years.

Supervisory Special Agent Hardie began investigating sex trafficking cases involving both minor and adult victims in 2008, which has resulted in his experience in interviewing hundreds of victims and witnesses and two dozen pimps or traffickers.  From 2008 – 2013, Agent Hardie served as the coordinator of the FBI's Violent Crimes Against Children Task Force in Ohio.  From 2013 – 2015, he served as the FBI's representative to the National Center for Missing and Exploited Children (NCMEC), where he coordinated sex trafficking reporting between NCMEC and the FBI child exploitation task forces.

Since 2011, Supervisory Special Agent Hardie has presented or provided instruction at conferences and seminars, internationally and domestically, in the area of sex trafficking.

Supervisory Special Agent Hardie's opinions are based on his training and experience in the area of human sex trafficking.  Supervisory Special Agent Hardie has testified as an expert in sex trafficking in both state and federal court and has testified before the Ohio House of Representative Judiciary and Ethics Committee regarding sex trafficking matters.  Supervisory Special Agent Hardie's curriculum vitae is attached as Exhibit H.

8.  **Derek Stigerts, Investigator, Sacramento District Attorney's Office: Human Trafficking Expert**

Investigator Stigerts will testify about (1) how sex trafficking occurs; (2) common terminology used by individuals involved in sex trafficking; (3) the role of the internet and technology in human trafficking; (4) methods of recruitment, manipulation, and control by a trafficker with his victims; and (5) the role the internet and Backpage has played in human trafficking.

Investigator Stigerts has been involved in the investigation of human trafficking offenses for over a decade.  Investigator Stigerts has interviewed over 300 females involved in prostitution, including 80 juvenile victims, as well as over 30 suspected pimps or traffickers.  He has presented at instructional courses presented by NCMEC and the FBI. Investigator Stigerts' opinions are based on his training and experience in the area of human sex trafficking.  Investigator Stigerts has testified as an expert in sex trafficking in various state and federal court all over the United States and his curriculum vitae is attached as Exhibit I.

9.  **Shannon Wolf, Ph.D., LPC-S: Human Trafficking Expert**

Dr. Wolf will testify about the connection between trauma bonds and personal identity in victims of sex trafficking and how to understand them,  including ways to interact with child sex trafficking victims to avoid secondary trauma, and the role Backpage

has played in causing trauma to victims trafficked through its website. Dr. Wolf is a licensed professional counselor with supervisory status and a Professor of Psychology and Counseling at B.H. Carroll Theological Institute.  Dr. Wolf's provides counseling and therapy to victims of sex trafficking and her current research focus is on child sex trafficking.  She has previously testified as an expert in sex trafficking.  Dr. Wolf's curriculum vitae is attached as Exhibit J.

**10. <u>Staca Shehan, Executive Director Case Analysis Division, NCMEC</u>**

Ms. Shehan is a fact witness as she met on several occasions with Backpage Defendants.   Ms. Shehan is the Executive Director of the Case Analysis Division at the National Center for Missing and Exploited Children (NCMEC).   As a result of her employment, Ms. Shehan's testimony will cover topics that could be perceived as expert testimony.  In an abundance of caution, the government provides notice identifying Ms. Shehan as a potential "expert" in the area of human trafficking, sex trafficking, and child exploitation.

Specifically, Ms. Shehan will testify to the creation of a dedicated Child Sex Trafficking Team at NCMEC to respond to the increased need for technical assistance and analysis in cases involving child sex trafficking. These unique resources include analysis of potential suspect names or aliases, unique tattoos, link analysis about child sex trafficking victims/potential victims, telephone numbers, addresses and/or link analysis about child sex trafficking victims/potential victims, telephone numbers, addresses and/or online postings.

The government reserves the right to question the expert regarding other matters that may be raised during cross-examination by Defendants, based upon testimony provided by defense experts (if any), or other witnesses and evidence introduced by Defendants.  This disclosure of the government's notice of expert witnesses also serves as the government's request for notice of rebuttal or expert testimony by Defendants, pursuant to Rule 16 of the Federal Rules of Criminal Procedure.   The government requests the

Defendants provide the government with a written summary of testimony Defendants intend to present at trial pursuant to Federal Rules of Evidence 702, 703, and 705, and this Court's scheduling order (CR 131.)

Respectfully submitted this 14th day of December, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division, USDOJ

REGINALD E. JONES
Senior Trial Attorney
U.S. Department of Justice, Criminal Div.
Child Exploitation and Obscenity Section

*s/ Kevin M. Rapp*
KEVIN M. RAPP
MARGARET PERLMETER
PETER S. KOZINETS
ANDREW C. STONE
JOHN J. KUCERA
Assistant U.S. Attorneys

1

2

## <u>Certificate of Service</u>

3

     I hereby certify that on this date, December 14, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Paul J. Cambria Jr. Esq. and Erin E. McCampbell, Esq., Lipsitz Green Scime Cambria, LLC, Thomas H. Bienert, Jr., Esq., Anthony R. Bisconti, Esq., Kenneth M. Miller, Esq., and Whitney Bernstein, Esq., Bienart, Miller & Katzman, PLC, Mike Piccarreta, Esq., Jim Grant Esq., Davis Wright Termaine, LLP, Michael D. Kimerer, Esq. and Rhonda Elaine Neff, Esq., Steve Weiss Esq., Robert Corn-Revere Esq., Bruce Feder, Esq., Gary Linenberg, Esq., Ariel Neuman, Esq., Gopi K. Panchapakesan.

4

5

6

7

8

9

*s/ Angela Schuetta*
U.S. Attorney's Office

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 11 -