# Exhibit E

# Christi Decouflé  #7233
**Detective – Phoenix Police Department Vice Enforcement Unit**
**Task Force Officer – FBI Human Trafficking Task Force – Phoenix Division**

620 W Washington Street                          Christina.decoufle@phoenix.gov
Phoenix, AZ 85003                                602-763-3901

---

### EDUCATION

- 2010-2012 -  M.Ed. Human Services, emphasis in Psychology, Northern Arizona University
- 1992-1997  - B.S., Psychology,  Northern Kentucky University
- 1992-1997 -   Minor in Military Science, Xavier University

### WORK HISTORY

- 2013-Present     FBI, Phoenix Division, Human Trafficking Task Force
- 2000-Present     Phoenix Police Department
  - 2005-Present: Detective, Vice Enforcement Unit
  - 2004-2005: Field Training Officer, 72F, Squaw Peak Precinct
  - 2000-2004: Patrol Officer, 73G, 61G and 62F Squad Areas
- 1997-2007        Captain, Military Police, Army National Guard and Army Reserve
- 1998-2000        Adult Probation Officer, Maricopa County Adult Probation, Phoenix, Arizona
  - Supervising probationers on sex offender status as well as standard probation
- 1997-1998        Behavioral Health Specialist, Hamilton County Jail, Cincinnati, Ohio
  - Assisting in counseling and the behavioral health of inmates

### OTHER QUALIFICATIONS

- **Testified as an expert witness about domestic sex trafficking, in state and federal child prostitution trials.**
  - US v. Brooks (Depaul Brooks & Uawndre Fields), 2009, Phoenix
  - AZ v. Michael Cotham, 2013 (Judge Gass- Maricopa County)
  - AZ v. Stephen Brown, 2014 (Judge Steinle – Maricopa County)
  - AZ v. Anthony Gehon, 2014 (Judge Gass- Maricopa County)
  - AZ v. Andre Adams, 2016 (Judge Gates -Maricopa County)
  - AZ v. Tony Gamble, 2016 (Judge Granville- Maricopa County)
  - AZ v. Leon Daniels, 2016. (Judge Kemp – Maricopa County)
  - AZ v. Byron Hamphill-Wooten, 2017 (Judge Viola- Maricopa County)
  - AZ v. Stephen Harwell, 2017 (Judge Stephens – Maricopa County)

- **Conducted over 300 forensic interviews of sex trafficking adult & child victims, 2005-Present**
- **Conducted approximately 200 interviews of sex traffickers and witness, 2005-Present**
- Experience in writing and serving numerous search warrants, court orders and subpoenas
- Line Investigator on Pandering/Child Prostitution wire-tap investigation
- Submit cases to the County Attorney's Office, City Prosecutor's Office and the United States Attorney's Office
- Investigate patrol generated reports, silent witness tips and self-initiated investigations

**PRESENTER/INSTRUCTOR EXPERIENCE**

- 2005-Present

    - Instructor, Maricopa Adult Probation, Phoenix, 2017
    - Speaker, Annual Domestic Violence Conference, Vicksburg, MS, 2017
    - Speaker, Arizona PTA Conference, Phoenix, AZ, 2017
    - Instructor, Jewish Family Services, Phoenix, AZ 2017
    - Presenter, Crimes Against Women Conference, Dallas, TX, 2017
    - Instructor, ALEA – Arizona Law Enforcement Academy, Phoenix, AZ, 2017
    - Speaker, Bethany Bible Church, Phoenix, AZ, 2017
    - Instructor, New Leaf Domestic Violence Shelter, Phoenix, AZ, 2017
    - Instructor, Child & Family Resources, Phoenix, AZ, 2017
    - Instructor, Department of Child Safety & Group Home Leaders, Phoenix, AZ, 2017
    - Presenter, Sky Harbor Airport Public Relations & Volunteers, Phoenix, AZ, 2016
    - Instructor, Mercy Medical (CPS & Group Home), Phoenix, AZ, 2016
    - Instructor, Identifying Trafficking Victims, Phoenix Sky Harbor Airport, Phoenix, AZ, 2016
    - Instructor, Advanced Interviewing of Trafficking Victims, FBI, Color of Law Conference, Norman, OK, 2016
    - Presenter, JUST Conference for First Responders, Shared Hope International, Mesa, AZ, 2016
    - Presenter, Mercy Medical, Phoenix, AZ, 2016
    - Key Note Speaker, Pediatric & Neonatal Conference, Paradise Valley, AZ, 2016
    - Guest Speaker, Human Sexuality Class, SMCC, Phoenix, AZ, 2016
    - Instructor, 8 hr Domestic Sex Trafficking Workshop, SAFE Homes, Orange County, NY, 2016
    - Instructor, Maricopa County Adult & Juvenile Probation, Phoenix, AZ, 2015
    - Presenter, International Visitor Association – German Exchange Program, Phoenix, AZ, 2015
    - Instructor, JUST Conference, Shared Hope International, Washington, DC, 2015
    - Presenter, Arizona Hotel Resort Security Association, Phoenix, AZ, 2015
    - Presenter, Sex Trafficking Awareness, Hadassah Valley of the Sun, Phoenix, AZ, 2015
    - Instructor, Maricopa County Adult & Juvenile Probation, Phoenix, AZ, 2015
    - Participant, Human Trafficking World Summit, Jimmy Carter Center, Atlanta, GA, 2015
    - Presenter, Sex Trafficking Awareness, Women's Safety & Leadership Group, Phoenix, AZ, 2015
    - Guest Speaker, CEASE Network Demand Abolition Conference, Phoenix, AZ, 2015
    - Guest Panel Speaker, Women's Safety & Leadership Training, Phoenix, AZ, 2014
    - Instructor, Domestic Sex Trafficking Investigations, Family Advocacy Center Staff, Phoenix, AZ, 2014
    - Instructor, 3rd Annual Arizona Crime and Intelligence Seminar, 2014
    - Instructor, Phoenix Police Crimes Against Children Unit, 2014
    - Presenter, Arizona Strong Families Conference, Glendale, AZ, 2014
    - Instructor, Sky Harbor Airport Civilian Employee Training, Phoenix, AZ, 2014
    - Presenter, Arizona Children's Association Training, Phoenix, AZ, 2014
    - Presenter, 20th Annual Child Abuse Prevention Conference, Phoenix, AZ, 2014
    - Presenter, Arizona Foster Youth Conference, Rio Rico, AZ, 2014
    - Presenter, Arizona Court Association Annual Conference, Prescott, AZ, 2014
    - Instructor, Smith County Sheriff's Department Law Enforcement Training, Tyler, TX, 2014
    - Instructor, Community Advocates and Social Workers, Tyler, TX, 2014
    - Instructor, Tempe Police Department Law Enforcement Training, Tempe, AZ, 2014
    - Instructor, Deer Valley School District Student Summit, Phoenix, AZ, 2014
    - Presenter, Hoops for Hope, Phoenix, AZ, 2014
    - Guest Speaker, Dr. Oscar Hardin's Human Sexuality Class, SMCC, Phoenix, AZ, 2014
    - Presenter, Sex Trafficking, Arizona Women's Lawyers Association Summit, ASU, Phoenix, AZ, 2014
    - Instructor, AZ Child Protective Services Annual Training, Phoenix, AZ, 2013

- Presenter, Child and Youth Sex Trafficking Training, Yavapai County, AZ, 2013
- Instructor, Child Prostitution, Streetlight Phoenix Residential Treatment Facility, Phoenix, AZ, 2013
- Presenter, AZ-CART, Child Abduction Response Training Course, FBI, Tucson, AZ, 2013
- Instructor, City of Phoenix, School Resource Officer Annual Training, Phoenix, CA, 2013
- Presenter, Sex Trafficking and Identifying High Risk Victims, AZMPIA Conference, Phoenix, AZ, 2013
- Guest Speaker, Dr. Matt Cooper's Philosophy of Sexuality Class, SMCC, Phoenix, AZ, 2013
- Guest Speaker, Dr. Oscar Hardin's Human Sexuality Class, SMCC, Phoenix, AZ, 2013
- Presenter, numerous Cultural Community Advisory Boards, Phoenix, AZ, 2013
- Presenter, Pimp Control & Donte Clark case study, Shared Hope International Conference, Tucson, AZ 2012
- Instructor, Child Prostitution, Streetlight Phoenix Residential Treatment Facility, Phoenix, AZ, 2010
- Instructor, Child Prostitution, Parc Place Residential Treatment Facility, Chandler, AZ, 2010
- Presenter, Desert Divas case study at the USDOJ/FBI Innocence Lost National Initiative Training Conference, Boston, MA, 2010
- Presenter on Child Prostitution for the 2nd Annual Child Abuse Conference: Child Exploitation, Phoenix, AZ, 2010
- Presenter at the Arizona Girls Roundtable, Child Exploitation training, Phoenix, AZ, 2010
- Presenter, Girls & Sexuality Training, ASU School of Social Transformation, Tempe, AZ, 2009
- Instructor, Child Prostitution Investigations at the Western States Vice Investigators Association Conference, Phoenix, AZ, 2008
- Presenter on Child Prostitution to the Arizona Prosecuting Attorneys Advisory Council Legal Assistants Seminar, Maricopa County, AZ, 2008

**PROFESSIONAL DEVELOPMENT**

- FETI (Facilitating Experiential Trauma Information)training, Phoenix, AZ 2017
- Dallas Crimes Against Women Conference, Dallas, TX, 2017
- FBI/ Secret Service Cyber Crime Workshop –Fake Social Media Accounts, March, 2016
- Human Trafficking World Summit, Jimmy Carter Center, Atlanta, GA, 2015
- CEASE Network Demand Abolition Conference, Phoenix, AZ, 2015
- Winning the Battle against "Pimps" & "Johns", Computer Forensic Analysis Training, Mesa, AZ 2015
- Hostile Intent & Intervention Team Training, Covert Investigations, 2014
- International Association of Human Trafficking Investigators, 3rd Annual Conference, 2014
- United States Marshals (Deputized), FBI Human Trafficking Task Force, March, 2014
- Field Intelligence Team Training, Covert Investigations, 2014
- Internet Profiling, Jag Investigations Inc., 2013
- Temporary Assignment with DEB, 2012
- Female Enforcers Training; Advanced Mental, Physical and Tactical Skills to Survive, Lifelinetraining, 2012
- GangNet Training, 2012
- Confrontation Call Training, Children's Justice Training Project, 2012
- Female Undercover School, International Association of Undercover Officers, MCTC, 2011
- Undercover Officer School, International Association of Undercover Officers, 2011
- Temporary Undercover assignment (3 months) with Counter Terrorism Unit, JTTF, 2010
- AZMPIA Conference, City of Phoenix Missing Persons Unit, 2010
- Protecting Victims of Child Prostitution, National Center for Missing and Exploited Children, 2009
- Temporary Assignment with Night Detectives Detail, 2009
- Human Trafficking Conference, Department of Justice, 2009

- Presenter, Child and Youth Sex Trafficking Training, Yavapai County, AZ, 2013
- Instructor, Child Prostitution, Streetlight Phoenix Residential Treatment Facility, Phoenix, AZ, 2013
- Presenter, AZ-CART, Child Abduction Response Training Course, FBI, Tucson, AZ, 2013
- Instructor, City of Phoenix, School Resource Officer Annual Training, Phoenix, CA, 2013
- Presenter, Sex Trafficking and Identifying High Risk Victims, AZMPIA Conference, Phoenix, AZ, 2013
- Guest Speaker, Dr. Matt Cooper's Philosophy of Sexuality Class, SMCC, Phoenix, AZ, 2013
- Guest Speaker, Dr. Oscar Hardin's Human Sexuality Class, SMCC, Phoenix, AZ, 2013
- Presenter, numerous Cultural Community Advisory Boards, Phoenix, AZ, 2013
- Presenter, Pimp Control & Donte Clark case study, Shared Hope International Conference, Tucson, AZ 2012
- Instructor, Child Prostitution, Streetlight Phoenix Residential Treatment Facility, Phoenix, AZ, 2010
- Instructor, Child Prostitution, Parc Place Residential Treatment Facility, Chandler, AZ, 2010
- Presenter, Desert Divas case study at the USDOJ/FBI Innocence Lost National Initiative Training Conference, Boston, MA, 2010
- Presenter on Child Prostitution for the 2nd Annual Child Abuse Conference: Child Exploitation, Phoenix, AZ, 2010
- Presenter at the Arizona Girls Roundtable, Child Exploitation training, Phoenix, AZ, 2010
- Presenter, Girls & Sexuality Training, ASU School of Social Transformation, Tempe, AZ, 2009
- Instructor, Child Prostitution Investigations at the Western States Vice Investigators Association Conference, Phoenix, AZ, 2008
- Presenter on Child Prostitution to the Arizona Prosecuting Attorneys Advisory Council Legal Assistants Seminar, Maricopa County, AZ, 2008

**PROFESSIONAL DEVELOPMENT**

- FETI (Facilitating Experiential Trauma Information)training, Phoenix, AZ 2017
- Dallas Crimes Against Women Conference, Dallas, TX, 2017
- FBI/ Secret Service Cyber Crime Workshop –Fake Social Media Accounts, March, 2016
- Human Trafficking World Summit, Jimmy Carter Center, Atlanta, GA, 2015
- CEASE Network Demand Abolition Conference, Phoenix, AZ, 2015
- Winning the Battle against "Pimps" & "Johns", Computer Forensic Analysis Training, Mesa, AZ 2015
- Hostile Intent & Intervention Team Training, Covert Investigations, 2014
- International Association of Human Trafficking Investigators, 3rd Annual Conference, 2014
- United States Marshals (Deputized), FBI Human Trafficking Task Force, March, 2014
- Field Intelligence Team Training, Covert Investigations, 2014
- Internet Profiling, Jag Investigations Inc., 2013
- Temporary Assignment with DEB, 2012
- Female Enforcers Training; Advanced Mental, Physical and Tactical Skills to Survive, Lifelinetraining, 2012
- GangNet Training, 2012
- Confrontation Call Training, Children's Justice Training Project, 2012
- Female Undercover School, International Association of Undercover Officers, MCTC, 2011
- Undercover Officer School, International Association of Undercover Officers, 2011
- Temporary Undercover assignment (3 months) with Counter Terrorism Unit, JTTF, 2010
- AZMPIA Conference, City of Phoenix Missing Persons Unit, 2010
- Protecting Victims of Child Prostitution, National Center for Missing and Exploited Children, 2009
- Temporary Assignment with Night Detectives Detail, 2009
- Human Trafficking Conference, Department of Justice, 2009

- Protecting Children Online, National Center for Missing and Exploited Children, 2009
- Surface Skeleton & Buried Body Recovery Seminar, 2009
- Temporary Assignment with Homicide, 2009
- Biological Evidence Collection and DNA, 2007 & 2008
- Western States Vice Investigators Association Conference, 2008
- Physical and Neglect Child Abuse Injury Reconstruction, John E Reid and Assoc., 2007
- Investigating Computer Facilitated Crimes Against Children, John E Reid and Assoc, 2007
- **Forensic Interviewing (Sex Trafficking Victims specific), Children's Justice Task Force, 2007**
- FBI National Academy Associates Conference, 2007
- Temporary Assignment with the Sex Crimes Unit, 2007
- Communication Analysis Training, 2007
- **Advanced Forensic Interview Training, Prevent Child Abuse Arizona,  2007**
- Communication Statement Analysis, DEA, 2007
- AZPOST Bike Certification, 2007
- **Basic Forensic Interviewing of Children, 2006**
- Child Prostitution Seminar, National Center for Missing and Exploited Children (40 hrs), 2006
- Protecting Victims of Child Prostitution, 2006
- Numerous WordPerfect, Windows, and Word Computer Training, 2000-06
- Case Management Training, 2005
- Temporary Assignment with the Vice Enforcement Unit, 2004 & 2005
- Field Training Officer Certification, 2004
- Crime Free Multi-Housing Certification, 2002
- Investigator Certification, 2002
- General Instructor Certification, 2002
- Insurance Fraud Identification and Investigation, 2001

**AWARDS AND ACHIEVEMENTS**
- International Association of Chiefs of Police Civil Rights Award, 2015
- Open Door Award, 2014
- Paladin Award, 2013
- Drug Enforcement Bureau Employee of the Month, 2011 & 2012
- Police Chief's Unit Award, 2011
- Police Chief's Unit Award, 2010
- Police Chief's Unit Award, 2009
- Paladin Award, 2008
- Medal of Merit
- Medal of Lifesaving
- Several Officer of the Month Awards
- Kiwanis Club Award of Merit
- Several Commendations from supervisors, citizens, and departments within the City of Phoenix

**PROFESSIONAL MEMBERSHIPS**
- AZ Financial Crimes Task Force, 2015-Present
- International Association of Human Trafficking Investigators, 2014 - Present
- National Association of Professional Women – 2013- Present
- FBI Human Trafficking Task Force 2013- Present
- International Association of Undercover Officers, 2011- Present

- Fraternal Order of Police, 2010- present
- Phoenix Law Enforcement Association, 2000- 2010
- Arizona Homicide Investigators Association, 2009- Present
- FBI Innocence Lost Task Force 2007- 2012
- Arizona Narcotic Officers Association, 2007-Present
- Law Enforcement Online/ USDOJ/FBI, 2006- Present
- Rocky Mountain Information Network, 2002- Present