IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | No.  CR-18-00422-PHX-SPL |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Michael Lacey, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    Having reviewed Defendant Andrew Padilla's Request For Status Conference (Doc. 425),

    **IT IS ORDERED** that the Request For Status Conference (Doc. 425) is **granted**. The status hearing is set for **January, 25 2019 at 9:30 a.m.** in Courtroom 501, 401 West Washington Street, Phoenix, AZ 85003 before Judge Steven P. Logan.

    Dated this 7th day of January, 2019.

Honorable Steven P. Logan
United States District Judge