Gary S. Lincenberg *(admitted pro hac vice)*
  glincenberg@birdmarella.com
Ariel A. Neuman *(admitted pro hac vice)*
  aneuman@birdmarella.com
Gopi K. Panchapakesan *(admitted pro hac vice)*
  gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant John Brunst

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CASE NO. 2:18-cr-00422-SPL |
| Plaintiff, | **JOHN BRUNST'S NOTICE OF JOINDER IN LARKIN'S MOTION FOR FURTHER CLARIFICATION RE ORDER ALLOWING THE GOVERNMENT TO CONTINUE REVIEW OF PRIVILEGED COMMUNICATIONS** |
| vs. | |
| Michael Lacey, et al., | |
| Defendants. | Assigned to Hon. Steven P. Logan |

3549920.1

Defendant John Brunst, by and through undersigned counsel, joins in Defendant Larkin's Motion for Further Clarification Re Order Allowing the Government to Continue Review of Privileged Communications (Dkt. No. 452) ("Motion").

Mr. Brunst agrees with the arguments made in Larkin's Motion. Mr. Brunst adopts the positions set forth in the Motion as if fully set forth herein.

DATED: February 6, 2019

Gary S. Lincenberg
Ariel A. Neuman
Gopi K. Panchapakesan
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

By: _____*/s/ Ariel A. Neuman*_____
Ariel A. Neuman
Attorneys for Defendant John Brunst

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of February 2019, I electronically transmitted the foregoing John Brunst's Notice of Joinder in Larkin's Motion for Further Clarification Re Order Allowing the Government to Continue Review of Privileged Communications to the Clerk of the Court by filing with the CM/ECF system and understand a copy of the filing will be emailed to all registered CM/ECF registrants listed below.

/s/ Karen Minutelli
Karen Minutelli

John J. Kucera: John.Kucera@usdoj.gov
Kevin M. Rapp: Kevin.Rapp@usdoj.gov
Margaret Perlmeter: Margaret.Perlmeter@usdoj.gov
Reginald E. Jones: Reginald.Jones4@usdoj.gov
Andrew C. Stone: Andrew.Stone@usdoj.gov
Peter S. Kozinets: Peter.Kozinets@usdoj.gov
Anne M. Chapman: anne@mscclaw.com
Lee D. Stein: lee@mscclaw.com
Paul John Cambria, Jr.: pcambria@lglaw.com
Erin E. McCampbell: emccampbell@lglaw.com
James C. Grant: jimgrant@dwt.com
Robert Corn-Revere: bobcornrevere@dwt.com
Ronald Gary London: ronnielondon@dwt.com
Janey Henze Cook: janey@henzecookmurphy.com
John Lewis Littrell: jlittrell@bmkattorneys.com
Kenneth M. Miller: kmiller@bmkattorneys.com
Thomas H. Bienert, Jr.: tbienert@bmkattorneys.com
Bruce S. Feder: bf@federlawpa.com
K C Maxwell: kmaxwell@bgrfirm.com
Michael L. Piccarreta: mlp@pd-law.com
Stephen M. Weiss: sweiss@karpweiss.com
Michael D Kimerer: MDK@kimerer.com
Rhonda Elaine Neff: rneff@kimerer.com
Gregory Michael Zamora: gmz@dkwlawyers.com
Anthony Ray Bisconti: tbisconti@bmkattorneys.com
Whitney Z Bernstein: wbernstein@bmkattorneys.com
Seetha Ramachandran: Seetha.Ramachandran@srz.com