**feder law office, p.a.**
2930 e. camelback road, suite 160
phoenix, arizona 85016
(602) 257-0135
bf@federlawpa.com
fl@federlawpa.com
Bruce Feder - State Bar No. 004832
Attorney for Defendant, Scott Spear

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | NO. CR18-00422 PHX SPL-003 |
| Plaintiff, | ) | **DEFENDANT SCOTT SPEAR'S REPLY TO UNITED STATES' RESPONSE [466] TO DEFENDANTS' JOINT MOTION FOR DESIGNATION OF 39 DOCUMENTS SUBJECT TO THIS COURT'S DESTRUCTION ORDER TO BE PRESERVED AS PART OF THE *IN CAMERA* RECORD IN THIS PROSECUTION [453]** |
| vs. | ) | |
| Scott Spear. | ) | |
| Defendant. | ) | |

The Defendant, Scott Spear, by and through his undersigned attorney, Bruce Feder of Feder Law Office, P.A., hereby replies to the United States' Response [466] to Defendants' Joint Motion for Designation of 39 Documents Subject To This Court's Destruction Order To Be Preserved As Part of the *In Camera* Record in This Prosecution [453]. Defendants' Joint Motion stated that "Defendants are in the process of destroying the 39 documents." [Doc 453, P. 2]. **Undersigned counsel's email to the government dated February 7th, 2019, [Doc 466-1/Exhibit D] was sufficient notice to the government of Mr. Spear's compliance with the Court's order to destroy the documents.**

Mr. Spear hereby provides notice to this Court that the documents have been destroyed. However, as it is constitutional error for the government to withhold Brady materials from the

Defendants, the destroyed documents must be preserved as part of the record for later review in this case or appellate review, if necessary, since they clearly contain a large amount of Brady material.

        RESPECTFULLY SUBMITTED this 22nd day of February, 2019.

**FEDER LAW OFFICE, P.A.**

/s/ Bruce Feder
Attorney for Defendant, Scott Spear

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 22nd day of February, 2019, I electronically transmitted the foregoing to the Clerk of the Court via the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Kevin Rapp:**   Kevin.Rapp@usdoj.gov
**Andrew Stone:**   Andrew.Stone@usdoj.gov
**Margaret Perlmeter:**   Margaret.Perlmeter@usdoj.gov
**John Kucera:**   John.Kucera@usdoj.gov
**Reginald Jones:**   Reginald.Jones@usdoj.gov
**Peter S. Kozinets:**   Peter.Kozinets@usdoj.gov
*Attorneys for the United States*

**Anne Chapman:** anne@mscclaw.com
**Lee Stein:** lee@mscclaw.com
**Paul Cambria:**   pcambira@lglaw.com
**James Grant:**   jimgrant@dwt.com
**Erin McCampbell:**   emccampbell@lglaw.com
**Robert Corn-Revere:** bobcornrevere@dwt.com
**Ronald London:**   ronnielondon@dwt.com
**Janey Henze Cook:**   janey@henzecookemurphy.com
**John Littrell:**   jlittrell@bmkattorneys.com
**Kenneth Miller:**   kmiller@bmkattorneys.com
**Whitney Bernstein:** wbernstein@bmkattorneys.com
**Michael Piccarreta:** mlp@pd-law.com
**Stephen M. Weiss:**   sweiss@karpweiss.com
**Michael Kimerer:**   mdk@kimerer.com
**Rhonda Neff:**   rneff@kimerer.com
**Tom Bienert:**   tbienert@bmkattorneys.com
**Gary Lincenberg:**   gsl@birdmarella.com

1 | **Ariel Neuman:**   aneuman@birdmarella.com
  | **KC Maxwell:**   kcm@kcmaxlaw.com
2 | **David Wakukawa:** dsw@kcmaxlaw.com
  | **Seetha Ramachandran:** Seetha.Ramachandran@srz.com
3 | *Attorneys for the Defense*

4

5 | <u>By: /s/   A. Jones</u>

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26