# EXHIBIT 2B



**U.S. Department of Justice**

United States Attorney
District of Arizona

Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, AZ 85004-4408

Main:     (602) 514-7500
Main Fax: (602) 514-7693

July 2, 2018

Paul J. Cambria Jr.
Attorney at Law
Lipsitz Green Scime Cambria, LLC
42 Delaware Ave, Suite 120
Buffalo, NY 14202
(attorney for Michael Lacey)

Jim Grant
Davis Wright Tremaine, LLP
1201 Third Avenue,
Suite 2200
Seattle, WA 98101
(attorney for Lacey and Larkin)

Robert Corn-Revere
Davis Wright Tremaine, LLP
1919 Pennsylvania Avenue N.W.,
Suite 800
Washington, DC 20006
(attorney for Lacey and Larkin)

Thomas H. Bienart, Jr., Esq.
Bienart, Miller & Katzman, PLC
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
(attorney for James Larkin)

Michael D. Kimerer, Esq.
1313 E. Osborn Road,
Suite 100
Phoenix, AZ 85014
(attorney for Jed Brunst)

Bruce Feder, Esq.
2930 East Camelback Road,
Suite 205
Phoenix, AZ 85016
(attorney for Scott Spear)

KC Maxwell, Esq.
Maxwell Law PC
899 Ellis Street
San Francisco, CA 94109
(attorney for Dan Hyer)

Mike Piccarreta, Esq.
Piccarreta Davis Keenan Fidel, PC
2 East Congress Street,
Suite 1000
Tucson, AZ 85701
(attorney for Andrew Padilla)

Steve Weiss
Attorney at Law
Karp & Weiss, PC
3060 North Swan Rd.
Tucson, AZ 85712
(attorney for Joye Vaught)

Re:   <u>U.S. v. Michael Lacey, et.al.</u>
      CR-18-00422-PHX-SPL (BSB)

Dear Counsel:

    Pursuant to your request for discovery and the government's obligations under Fed. R. Crim. P. 16 and the stipulated scheduling order in this case, please find enclosed a thumb drive containing the government's second disclosure.[1] The thumb drive contains the following Bates Stamped records:

---

[1] A thumb drive containing disclosure for defendants Michael Lacey and James Larkin are being provided to Paul J. Cambria Jr. and Thomas H. Bienart Jr., respectively.

Lacey, et. al. Discovery Letter 1
July 2, 2018
Page 2

- Released Records – DOJ-BP-0004426712-DOJ-BP-0004598396[2]
- Civil Seizure Warrants – DOJ-BP-0004598397-DOJ-BP-0004601038

Please call with any questions or concerns.

                        Sincerely,

                        ELIZABETH A. STRANGE
                        First Assistant United States Attorney
                        *s/Reginald E. Jones*
                        REGINALD E. JONES
                        Senior Trial Attorney, USDOJ

                        KEVIN M. RAPP
                        MARGARET PERLMETER
                        PETER S. KOZINETS
                        ANDREW STONE
                        Assistant U.S. Attorneys

                        JOHN J. KUCERA
                        Special Assistant U.S. Attorney

Enclosures

---

[2] USAO 108 subpoena, PSI, and USAO 359 subpoena records mistakenly withheld from the government's May 25, 2018, original disclosure.