# EXHIBIT 2E

 

**U.S. Department of Justice**

United States Attorney
District of Arizona

| | |
|---|---|
| Two Renaissance Square<br>40 N. Central Ave., Suite 1800<br>Phoenix, AZ 85004-4408 | Main: (602) 514-7500<br>Main Fax: (602) 514-7693 |

October 4, 2018

Paul J. Cambria Jr.
Attorney at Law
Lipsitz Green Scime Cambria,
LLC
42 Delaware Ave, Suite 120
Buffalo, NY 14202
(attorney for Michael Lacey)

Jim Grant
Davis Wright Tremaine, LLP
1201 Third Avenue,
Suite 2200
Seattle, WA 98101
(attorney for Lacey and Larkin)

Robert Corn-Revere
Davis Wright Tremaine, LLP
1919 Pennsylvania Avenue N.W.,
Suite 800
Washington, DC 20006
(attorney for Lacey and Larkin)

Thomas H. Bienart, Jr., Esq.
Bienart, Miller & Katzman,
PLC
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
(attorney for James Larkin)

Michael D. Kimerer, Esq.
1313 E. Osborn Road,
Suite 100
Phoenix, AZ 85014
(attorney for Jed Brunst)

Bruce Feder, Esq.
2930 East Camelback Road,
Suite 160
Phoenix, AZ 85016
(attorney for Scott Spear)

Mike Piccarreta, Esq.
Piccarreta Davis Keenan Fidel,
PC
2 East Congress Street,
Suite 1000
Tucson, AZ 85701
(attorney for Andrew Padilla)

Steve Weiss
Attorney at Law
Karp & Weiss, PC
3060 North Swan Rd.
Tucson, AZ 85712
(attorney for Joye Vaught)

Gary Lincenberg
Bird, Marella, Boxer, Wolpert,
Nessim, Drooks, Lincenberg &
Rhow, P.C.
1875 Century Park East
23rd Floor
Los Angeles, CA 90067
(attorney for Jed Brunst)

Re:     <u>U.S. v. Michael Lacey, et al.</u>
        CR-18-00422-PHX-SPL (BSB)

Dear Counsel:

As discussed in prior email correspondence, the United States inadvertently produced 118 documents to you on or about July 2, 2018. When we became aware of the issue, we immediately looked into the matter, confirmed that the memos (and other USAO-WDWA materials) had been inadvertently produced, and sent an email to you asking that the inadvertently-produced materials be destroyed. Since this inadvertent-disclosure notice sent to you, at your request, we have provided you additional information about the 118 documents and

October 4, 2018
Page 2

the inadvertent production, and indicated to you that we understood our discovery obligations
and would review and disclose materials subject to disclosure.

We have now completed review and made the appropriate privacy redactions to the
below 79 documents previously inadvertently disclosed, and are re-disclosing them to you on the
enclosed DVD.[1]  As for the other 39 inadvertently disclosed documents, 22 are work product and
not subject to disclosure.  The remaining 17 documents are Western District of Washington grand
jury matters, 10 of which are under Court seal by the United States District Court for the
Western District of Washington.  We will disclose any of these materials that are subject to
disclosure pursuant to the stipulated scheduling order in the case.

| | |
|---|---|
| 1) | DOJ-BP-0004569193 |
| 2) | DOJ-BP-0004569228 |
| 3) | DOJ-BP-0004569314 |
| 4) | DOJ-BP-0004569409 |
| 5) | DOJ-BP-0004570015 |
| 6) | DOJ-BP-0004570091 |
| 7) | DOJ-BP-0004571033 |
| 8) | DOJ-BP-0004571035 |
| 9) | DOJ-BP-0004571036 |
| 10) | DOJ-BP-0004571037 |
| 11) | DOJ-BP-0004571040 |
| 12) | DOJ-BP-0004571041 |
| 13) | DOJ-BP-0004571044 |
| 14) | DOJ-BP-0004571047 |
| 15) | DOJ-BP-0004571057 |
| 16) | DOJ-BP-0004571113 |
| 17) | DOJ-BP-0004571116 |
| 18) | DOJ-BP-0004571118 |
| 19) | DOJ-BP-0004571124 |
| 20) | DOJ-BP-0004571125 |
| 21) | DOJ-BP-0004571131 |
| 22) | DOJ-BP-0004571137 |
| 23) | DOJ-BP-0004571139 |
| 24) | DOJ-BP-0004571145 |
| 25) | DOJ-BP-0004571150 |
| 26) | DOJ-BP-0004571153 |
| 27) | DOJ-BP-0004571182 |
| 28) | DOJ-BP-0004571595 |
| 29) | DOJ-BP-0004572583 |
| 30) | DOJ-BP-0004572717 |
| 31) | DOJ-BP-0004572718 |

---

[1] DVD's for defendants Michael Lacey, James Larkin, and Jed Brunst are being provided to Paul J. Cambria Jr.,
Thomas H. Bienart Jr., and Michael Kimerer respectively.

October 4, 2018
Page 3

| |
|---|
| 32) DOJ-BP-0004572719 |
| 33) DOJ-BP-0004572720 |
| 34) DOJ-BP-0004572721 |
| 35) DOJ-BP-0004572722 |
| 36) DOJ-BP-0004572723 |
| 37) DOJ-BP-0004572726 |
| 38) DOJ-BP-0004572727 |
| 39) DOJ-BP-0004572728 |
| 40) DOJ-BP-0004572747 |
| 41) DOJ-BP-0004572766 |
| 42) DOJ-BP-0004572767 |
| 43) DOJ-BP-0004572799 |
| 44) DOJ-BP-0004572831 |
| 45) DOJ-BP-0004572832 |
| 46) DOJ-BP-0004572861 |
| 47) DOJ-BP-0004572890 |
| 48) DOJ-BP-0004572891 |
| 49) DOJ-BP-0004572916 |
| 50) DOJ-BP-0004572941 |
| 51) DOJ-BP-0004572942 |
| 52) DOJ-BP-0004572969 |
| 53) DOJ-BP-0004572996 |
| 54) DOJ-BP-0004572997 |
| 55) DOJ-BP-0004573000 |
| 56) DOJ-BP-0004573003 |
| 57) DOJ-BP-0004573004 |
| 58) DOJ-BP-0004573008 |
| 59) DOJ-BP-0004573012 |
| 60) DOJ-BP-0004573013 |
| 61) DOJ-BP-0004573090 |
| 62) DOJ-BP-0004573091 |
| 63) DOJ-BP-0004573191 |
| 64) DOJ-BP-0004573192 |
| 65) DOJ-BP-0004573193 |
| 66) DOJ-BP-0004573195 |
| 67) DOJ-BP-0004573250 |
| 68) DOJ-BP-0004573252 |
| 69) DOJ-BP-0004573326 |
| 70) DOJ-BP-0004573403 |
| 71) DOJ-BP-0004574501 |
| 72) DOJ-BP-0004574502 |
| 73) DOJ-BP-0004574655 |
| 74) DOJ-BP-0004575495 |
| 75) DOJ-BP-0004575682 |
| 76) DOJ-BP-0004575733 |

October 4, 2018
Page 4

| 77) DOJ-BP-0004576816 |
|---|
| 78) DOJ-BP-0004576994 |
| 79) DOJ-BP-0004578472 |

Please call with questions or concerns.

Sincerely,

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division
U.S. Department of Justice

REGINALD E. JONES
*/s Reginald Jones*
Senior Trial Attorney, CEOS
(202) 616-2807
reginald.jones4@usdoj.gov

ELIZABETH A. STRANGE
First Assistant U.S. Attorney

KEVIN M. RAPP
MARGARET PERLMETER
PETER S. KOZINETS
ANDREW STONE
Assistant United States Attorneys

JOHN J. KUCERA
Special Assistant U.S. Attorney

Enclosures