# EXHIBIT 3B

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
# Receipt for Property

Case ID: PX-9247052

On (date) 03/11/2019

item (s) listed below were:
- ☐ Collected/Seized
- ☐ Received From
- ☐ Returned To
- ☑ Released To

(Name) Bruce Feder

(Street Address) 2930 E Camelback Road #205

(City) Phoenix, AZ 85016

Description of Item (s):

1) HQP002103: Hard drive, Seagate, ST3100340NS, S/N: 9QJ1HG1V. Custom content image. AD1 with extracted databases from HQP001982 and a logical copy of the extracted market place databases from HQP001982.

2) HQP002179: Hard drive, Seagate, ST31000340NS, S/N:9QJ87SFM, Extracted db-g1-db1 datatbases from HQP001982, to include backpage_central and images database.

NOTHING FURTHER

Received By: _(Signature)_

Printed Name/Title: BRUCE FEDER

Received From: _(Signature)_

Printed Name/Title: Desirae K Tolhurst, Special Agent FBI