# EXHIBIT 2A

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TO: JP Morgan Chase<br>270 Park Ave.<br>New York, NY 10017 | **SUBPOENA TO TESTIFY<br>BEFORE A GRAND JURY**<br><br>SUBPOENA FOR:<br>☐ Person    ☒ Document(s) or Object(s) |

**YOU ARE COMMANDED** to appear in this United States District Court at the time, date, and place shown below to testify before the Court's Grand Jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| PLACE:<br>**ROYBAL FEDERAL BUILDING**<br>**255 EAST TEMPLE STREET**<br>**LOS ANGELES, CALIFORNIA 90012** | COURTROOM:<br>Room 650, 6th Floor |
|---|---|
| | DATE AND TIME:<br>August 17, 2018 at 9:00am |

☒ You must also bring with you the following documents, electronically stored information, or objects: See Attachment

### WARNING
### DISCLOSURE OF THIS FEDERAL GRAND JURY SUBPOENA
### PROHIBITED BY FEDERAL LAW

Federal law prohibits officers, directors, partners, employees, agents, and attorneys of your institution from disclosing to any person, including any customer whose records are sought, the existence or contents of this subpoena, or any information that you furnish in response to it. See 18 U.S.C. § 1510 and/or 12 U.S.C. § 3420. Failure to comply with this non-disclosure requirement can result in civil or criminal penalties under federal law. Questions regarding the non-disclosure requirement should be directed to the Assistant U.S. Attorney listed below.

| CLERK OF COURT:<br><br>*Kiry K. Gray*<br><br>By Kiry K. Gray, Clerk of the Court | DATE:<br>August 3, 2018 |
|---|---|
| This subpoena is issued on application<br>of the United States of America<br><br>NICOLA T. HANNA<br>United States Attorney | John J. Kucera<br>Assistant United States Attorney<br>1400 United States Courthouse<br>312 North Spring Street<br>Los Angeles, California 90012<br><br>Call# R 18 11042 |

Postal Inspector: Lyndon Versoza
Telephone: (213) 830-2518
LA.Versoza@uspis.gov

Note: An agent of the U.S. Postal Inspection Service will deliver the above-mentioned document(s) or object(s) to the Grand Jury should you desire to volunteer them to the Grand Jury in advance of the date indicated above.

## ATTACHMENT FOR GRAND JURY SUBPOENA

Custodian of Records
JP Morgan Chase Bank

Records Requested For the following:

For any and all accounts, transactions or information associated with:

Piccarreta Davis Keenan Fidel PC
Account Number ███████████

Akin Gump Strauss Hauer & Feld, LLP
Account ████████

Lawrence G. Walters, P.A., Trust Account Walters Law Group
Account ███████████

Wayne B. Giampietro, LLC
Account ███████████

**Please provide the following:**

- Please provide from January 2017 to present: statements, deposits or withdrawals over $10,000 (such as checks and wires).
  o Include copies of front and back of checks and wire transfer details.
- If account has been closed, provide any account closing information including reason for closure and any documentation indicating where funds have been moved.
- Please also include copies of the signature cards and any supporting documentation showing beneficiaries, signatories and controllers of the account.

Provide all documents in electronic format (do not send hard copies). Please send to:

laversoza@uspis.gov
2138302518

Inspector Lyndon Versoza
U.S. Postal Inspection Service
1055 N Vignes St, 2nd Floor
Los Angeles, CA 90012

E-mail is the preferred method of transfer of these records.