|  |  |  |
|---|---|---|
| United States of America, | ) | NO. CR18-00422 PHX SMB-003 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| Michael Lacey, et al., | ) | |
| Defendant. | ) | |

Upon Motion of Defendant, Scott Spear, by and through his attorneys, for an Order compelling disclosure of certain information and requesting certain sanctions,

**IT IS HEREBY ORDERED** setting oral argument and/or Evidentiary Hearing for the ____ day of _____, 2019 at ____ o'clock __.m.

The Court finds excludable delay under 18 U.S.C. §3161(h) from _____ to _____.