1
2
3
4
5
6

7  United States of America,                    )   NO. CR18-00422-3 PHX SMB
                                                 )
8                    Plaintiff,                  )
                                                 )
9            vs.                                 )   **ORDER**
                                                 )
10  Michael Lacey, et al.,                       )
                                                 )
11                   Defendant.                  )
                                                 )
12  _____

13        Upon Motion of Defendant, Scott Spear, by and through his attorneys, for an Order

14  to extend the time to reply to the Government's Response to [531] Motion for Immediate

15  Discovery Regarding the Government's Abuse of Grand Jury and Trial Subpoenas to

16  Obtain Defense Lawyer Bank Accounts and For Potential Sanctions [574],

17        **IT IS HEREBY ORDERED** extending the time for Defendant's reply to May 27th,

18  2019.

19        Dated this 23rd day of May, 2019.

20
21
22                        _____
                          Honorable Susan M. Brnovich
23                        United States District Judge
24
25
26

1