1   MICHAEL BAILEY
    United States Attorney
2   District of Arizona

3   KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
    MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
4   PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
    ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
5   Assistant U.S. Attorneys
    40 N. Central Avenue, Suite 1800
6   Phoenix, Arizona 85004-4408
    Telephone (602) 514-7500
7
    JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
8   Special Assistant U.S. Attorney
    312 N. Spring Street, Suite 1200
9   Los Angeles, CA 90012
    Telephone (213) 894-3391
10
    BRIAN BENCZKOWSKI
11  Assistant Attorney General
    Criminal Division, U.S. Department of Justice
12
    REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
13  Senior Trial Attorney, U.S. Department of Justice
    Child Exploitation and Obscenity Section
14  950 Pennsylvania Ave N.W., Room 2116
    Washington, D.C. 20530
15  Telephone (202) 616-2807
    Attorneys for Plaintiff
16

17              IN THE UNITED STATES DISTRICT COURT

18              FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| 19  United States of America, | No. CR-18-422-PHX-SMB |
| 20              Plaintiff, | **UNITED STATES' UNOPPOSED MOTION TO EXTEND DEADLINE FOR RESPONSE TO DEFENDANTS' MOTION TO DISMISS INDICTMENT  (Doc. 561)** |
| 21       v. | |
| 22 | |
| 23  Michael Lacey, et al., | (Third Request) |
| 24              Defendants. | |

25          On May 23, 2019, the government received an email from attorney Jessica Ring

26  Amunson, who informed the government that she represents the DKT Liberty Project, the

27  Cato Institute and the Reason Foundation.  She copied attorney Dan Barr, who represents

28  ACLU of Arizona.  The email requested the government's consent for their respective

1   clients to file motions for leave to file amici briefs in support of Defendants' Motion to

2   Dismiss Indictment (Doc. 561).  The government indicated it does not oppose their request.

3   Ms. Amunson represented that the proposed amici would file their motions for leave on

4   May 28, 2019, that ACLU of Arizona expects its brief to be approximately five to ten

5   pages, and that the DKT Liberty Project, the Cato Institute and the Reason Foundation

6   expect their brief to be no longer than 17 pages.

7       Given the proposed amici's intent to submit two additional briefs in support of

8   Defendants' Motion to Dismiss, and to allow the government adequate time to incorporate

9   any response to the amici briefs into its response to the Motion to Dismiss, the government

10  files this unopposed motion requesting an additional two-week extension to file its

11  response.  Currently, the government's response to the Motion to Dismiss is due on May

12  29, 2019.  The additional two weeks will make the new deadline June 12, 2019.  Defendants

13  do not oppose this request, and the government will not oppose a corresponding extension

14  for Defendants' reply.

15      In addition, because the government has not yet reviewed the amici briefs, it does

16  not know if it will require additional pages to respond to the two briefs.  Accordingly, the

17  government may move for leave to file a response that is longer than 45 pages, if necessary,

18  but will do so only after it reviews the amici filings.

19      Excludable delay under 18 U.S.C. § 3161(h) may occur as a result of this motion or

20  an order based thereon.

21      Respectfully submitted this 24th day of May, 2019.

22                                          MICHAEL BAILEY
                                            United States Attorney
23                                          District of Arizona

24                                          *s/ Andrew C. Stone*
                                            KEVIN M. RAPP
25                                          MARGARET PERLMETER
                                            PETER S. KOZINETS
26                                          ANDREW C. STONE
                                            Assistant U.S. Attorneys
27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOHN J. KUCERA
Special Assistant U.S. Attorney

BRIAN BENCZKOWSKI
Assistant Attorney General
U.S. Department of Justice
Criminal Division, U.S. Department of Justice

REGINALD E. JONES
Senior Trial Attorney
U.S. Department of Justice, Criminal Division
Child Exploitation and Obscenity Section

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on this date, I electronically transmitted the attached document

3

to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of

4

Electronic Filing to the following CM/ECF registrants:

5

6

7

8

9

10

11

12

13

14

Paul J. Cambria Jr. Esq. and Erin e. McCambpell, Esq., Lipsitz Green Scime Cambria, LLC, 42 Deleware Ave, Suite 120, Buffalo, NY 14202, **pcambria@lglaw.com** and **emccampbell@lglaw.com**, Thomas H. Bienert, Jr., Esq., Anthony R. Bisconti, Esq., Kenneth M. Miller, Esq., and Whitney Bernstein, Esq., Bienart, Miller & Katzman, PLC, 903 Calle Amanecer, Suite 350, San Clemente, CA 92673, **tbienert@bmkattorneys.com, tbisconti@bmkattorneys.com, kmiller@bmkattorneys.com, wbernstein@bmkattorneys.com**; Mike Piccarreta, Esq., Piccarreta Davis Keenan Fidel, PC, 2 East Congress Street, Suite 1000, Tucson, AZ 85701, **mlp@pd-law.com**; Jim Grant Esq., Davis Wright Termaine, LLP, 1201 Third Avenue, Suite 2200, Seattle, WA 98101, **jimgrant@dwt.com**; Michael D. Kimerer, Esq. and Rhonda Elaine Neff, Esq., 1313 E. Osborn Road, Suite 100, Phoenix, AZ 85014, **MDK@kimerer.com** and **rneff@kimerer.com**; Robert Corn-Revere Esq., Davis Wright Termaine, LLP, 1919 Pennsylvania Avenue N.W., Suite 800, Washington, D.C., 20006, **bobcornrevere@dwt.com**; Bruce Feder, Esq., 2930 East Camelback Road, Suite 160, Phoenix, AZ 85016, **bf@federlawpa.com**; Gary Linenberg, Esq., Ariel Neuman, Esq., Gopi K. Panchapakesan, Esq., Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C., 1875 Century Park East, 23rd Floor, Los Angeles, CA 90067, **glincenberg@birdmarella.com, aan@birdmarella.com, gkp@birdmarella.com.**

15

*s/ Angela Schuetta*
Angela Schuetta

16

U.S. Attorney's Office

17

18

19

20

21

22

23

24

25

26

27

28