# Exhibit C



**U.S. Department of Justice**

United States Attorney
District of Arizona

| | |
|---|---|
| Two Renaissance Square | Main: (602) 514-7500 |
| 40 N. Central Ave., Suite 1800 | Main Fax: (602) 514-7693 |
| Phoenix, AZ 85004-4408 | |

May 20, 2019

<u>Via FedEx and E-Mail</u>
Joy Malby Bertrand
P.O. Box 2734
Scottsdale, AZ, 85252-2734
EMail:joyous@mailbag.com
(attorney for Defendant Joye
Vaught)

Re:    <u>U.S. v. Michael Lacey, et al.</u>
       CR-18-00422-PHX-SMB

Dear Ms. Bertrand:

Although we are sure you have received Mr. Weiss's case file regarding your client Joye Vaught—which includes discovery disclosed in the case to date—we wanted to separately provide you two digital media devices containing "hot docs" (i.e., documents specifically related to the allegations contained in the Superseding Indictment). (*See* Superseding Indictment CR 230). DVD#1 enclosed contains approximately 1,500 pages of Bates stamped "hot docs" specifically related to the allegations in the Superseding Indictment to all Defendants as well as the victims ads referenced in Counts 1-51 of the Superseding Indictment.[1]

- *Backpage "Hot Docs"* – Bates Stamped Records DOJ-BP-0004601039-DOJ-BP-0004602110
- *Backpage Superseding Indictment "Hot Docs"* – Bates Stamped Records DOJ-BP-0004602508-DOJ-BP-0004602851

---

[1] Defendant Vaught is charged with Counts 1-51 of the Superseding Indictment.

May 20, 2019
Page 2

- *Additional Superseding "Hot Docs"* – Bates Stamped Records DOJ-BP-0004685806-DOJ-BP-0004685877
- *Additional Victim Records* – Bates Stamped Records DOJ-BP-0004719328-DOJ-BP-0004719709

DVD#2 enclosed contains "hot docs" specifically related to allegations contained in the Superseding Indictment to Defendant Vaught.  To assist your review of these materials, we have labeled each "hot doc" contained on DVD#2 (see chart below) that supports the allegations contained in the Superseding Indictment to Defendant Vaught. This allows you to cross-reference these "hot docs" with the information contained in the corresponding paragraphs of the Superseding Indictment.

| |
|---|
| SSI, paragraph 77 |
| SSI, paragraph 78 |
| SSI, paragraph 78 attachment 1 |
| SSI, paragraph 78 attachment 2 |
| SSI, paragraph 79 |
| SSI, paragraph 93 |
| SSI, paragraph 99, part 1 |
| SSI, paragraph 99, part 2 |
| SSI, paragraph 117, part 1 |
| SSI, paragraph 117, part 2 |
| SSI, paragraph 117, part 3 |
| SSI, paragraph 128, part 1 |
| SSI, paragraph 128, part 2 |
| SSI, paragraph 129 |
| SSI, paragraph 133 |
| SSI, paragraph 137 |
| SSI, paragraph 139 |
| SSI, paragraph 143 |
| SSI, paragraph 143 attachment 1 |
| SSI, paragraph 145 |
| SSI, paragraph 148 |
| SSI, paragraph 149 |
| SSI, paragraph 157 part 1 |
| SSI, paragraph 157 part 2 |
| SSI, paragraph 185 |

May 20, 2019
Page 3

   When you have completed review of the aforementioned documents, please reach out to me with any questions.

                 BRIAN BENCZKOWSKI
                 Assistant Attorney General
                 Criminal Division
                 U.S. Department of Justice

                 *s/Reginald E. Jones*
                 REGINALD E. JONES
                 Senior Trial Attorney, CEOS
                 (202) 616-2807
                 reginald.jones4@usdoj.gov

                 MICHAEL BAILEY
                 United States Attorney

                 KEVIN M. RAPP
                 MARGARET PERLMETER
                 PETER S. KOZINETS
                 ANDREW STONE
                 Assistant United States Attorneys

                 JOHN J. KUCERA
                 Special Assistant U.S. Attorney

Enclosures