# Index of Exhibits

Exhibit A: Michael Piccarreta's May 1, 2018 Letter to AUSAs Rapp and Lanza

Exhibit B: Whitney Z. Bernstein's May 23, 2019 Letter to AUSAs Jones and Rapp

Exhibit C: AUSA Rapp's December 10, 2018 Letter to Defense Counsel

Exhibit D: Government Discovery Production Discovery Letters