IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-18-422-PHX-SMB |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

Based on the United States' Motion For Leave To Exceed Page Limit, and good cause appearing,

**IT IS HEREBY ORDERED** granting the Motion.

**IT IS FURTHER ORDERED** that the United States' Response to Defendants' Motion to Dismiss Indictment, which was lodged with the Motion for Leave, shall be deemed properly filed.