Case: 2:18-cr-00422-SMB

☑ FILED          ___ LODGED
___ RECEIVED     ___ COPY

JUN 1 8 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Royce  Corley #68011-054
DANBURY-CT-DANBURY-FCI
FEDERAL CORRECTIONAL INSTITUTION
RTE. 37
DANBURY, CT 06811

#622

CLERK, UNITED STATES DISTRICT COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC - 1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS

PHOENIX
AZ 852

PM 4 L

NEOPOST
05/31/2019
US POSTAGE $0(

RETURN TO SENDER:
___ UNKNOWN: NEED NAME &/OR CORRECT NUMBER
___ UNAUTHORIZED CORRESPONDENCE. INMATE TO
INMATE NEEDS APPROVAL FROM BOTH WARDENS
___ NO AUTHORIZATION ON FILE: OVER 1 LB WITH
UNKNOWN CONTENTS & NO AUTH. TO RECEIVE
___ INMATE IS NOT LOCATED AT FCI DANBURY, CT
___ STAFF NO LONGER WORKS HERE

RECEIVED
JUN 1 8 2019
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA