|  |  |
|---|---|
| | IN THE UNITED STATES DISTRICT COURT |
| | FOR THE DISTRICT OF ARIZONA |

| United States of America, | No. CR-18-422-PHX-SMB |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

Based on the United States' Motion For Leave To Exceed Page Limit, and good cause appearing,

**IT IS HEREBY ORDERED** granting the Motion.

**IT IS FURTHER ORDERED** that the United States' Response to Defendants' Motion to Dismiss Indictment, which was lodged with the Motion for Leave, shall be deemed properly filed.

Dated this 21st day of June, 2019.

Honorable Susan M. Brnovich
United States District Judge