Thomas H. Bienert, Jr. (CA 135311, admitted *pro hac vice*)
Whitney Z. Bernstein (CA 304917, admitted *pro hac vice*)
BIENERT | KATZMAN PC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile: (949)369-3701
tbienert@bienertkatzman.com
wbernstein@bienartkatzman.com
*Attorneys for James Larkin*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br>vs.<br><br>Michael Lacey, *et al.*,<br><br>             Defendants. | NO. CR-18-00422-PHX-SMB<br><br>**JAMES LARKIN'S JOINDER TO JOHN BRUNST'S OPPOSITION TO GOVERNMENT REQUEST FOR EXTENSION AT DOC. NO. 675** |

James Larkin, by and through his undersigned counsel, hereby joins in John Brunst's Opposition to United States' Motion to Extend Deadline for a Consolidated Response (Doc. No. 677). Mr. Larkin adopts the legal positions and bases set forth in the Opposition as if fully set forth herein.

The government brazenly and unilaterally violated this Court's order to produce Carl Ferrer's *Jencks* Act and impeachment materials by June 25, 2019. *See* Doc. 665. Mr. Larkin accordingly brought a Motion to Compel Compliance and Order to Show Cause on July 1, 2019.[1]  *Id*. Mr. Larkin's Motion to Compel Compliance is premised on the government's undue delay and violation of the Court's deadline. *Id*. As explained therein, the government's violation of this Court's order at Doc. No. 535 prejudices Mr. Larkin by hindering his ability

---

[1] Under LRCiv 7.2(c), the government's response to Mr. Larkin's Motion to Compel Compliance is due on July 15, 2019, not the following day as the government incorrectly states in its request for an extension.

1  to prepare his defense in this case.  At the same time that it demands Defendants be held to
2  the Scheduling Order, the government continues to deploy delay tactics to further avoid its
3  own compliance, and its request for an extension of time to respond to Mr. Larkin's Motion
4  to Compel Compliance is just the latest example.  Where the government offers no good cause
5  for its need for an extension, and where Mr. Larkin depends upon judicial review for relief
6  from the harm he is suffering as a result of the government's actions, he respectfully requests
7  that the Court deny the government's motion at Doc. No. 675 regarding the government's
8  deadline for response to the Motion to Compel Compliance.

9        Mr. Larkin does not oppose the government's requested extension of time from July
10 16, 2019 to July 19, 2019 to file its separate and distinct Reply in Support of its Motion at Doc.
11 No. 658.

12                                         Respectfully submitted,

14 DATED: July 10, 2018                       BIENERT | KATZMAN PC

16                                           */s/ Whitney Z. Bernstein*
                                          Whitney Z. Bernstein
17                                           Thomas H. Bienert, Jr.
                                          *Attorneys for James Larkin*

# CERTIFICATE OF SERVICE

I certify that on this 10th day of July 2019, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants listed below.

/s/ *Toni Thomas*
Toni Thomas

Anne Michelle Chapman, anne@mscclaw.com

Erin E. McCampbell, emccampbell@lglaw.com

Anthony R. Bisconti, tbisconti@bienertkatzman.com

Ariel A. Neuman, aan@birdmarella.com

Bruce S. Feder, bf@federlawpa.com

James C. Grant, jimgrant@dwt.com

Lee David Stein, lee@mscclaw.com

Paul J. Cambria, pcambria@lglaw.com

Robert Corn-Revere, bobcornever@dwt.com

Ronald Gary London, ronnielondon@dwt.com

Janey Henze Cook, janey@henzecookmurphy.com

John Lewis Littrell, jlittrell@bmkattorneys.com

Seetha Ramachandran, Seetha.Ramachandran@srz.com

Thomas H. Bienert, Jr. tbienert@bienertkatzman.com

Whitney Z. Bernstein, wbernstein@bienertkatzman.com

Gary S. Lincenberg, glincenberg@birdmarella.com

Gopi K. Panchapakesan, gpanchapakesan@birdmarella.com

Michael D. Kimerer, mdk@kimerer.com

Rhonda Elaine Neff, rneff@kimerer.com

David S. Eisenberg, david@deisenbergplc.com

Joy Malby Bertrand, joyous@mailbag.com

John Jacob Kucera, john.kucera@usdoj.gov

Kevin M. Rapp, Kevin.Rapp@usdoj.com

Margaret Wu Perlmeter, Margaret.perlmeter@usdoj.gov

Reginald E. Jones, reginald.jones4@usdoj.gov

Peter Shawn Kozinets, Peter.Kozinets@usdoj.gov

Andrew C. Stone, andrew.stone@usdoj.gov