1 **feder law office, p.a.**
2930 e. camelback road, suite 160
2 phoenix, arizona 85016
(602) 257-0135
3 bf@federlawpa.com
fl@federlawpa.com
4 Bruce Feder - State Bar No. 004832
Attorney for Defendant, Scott Spear

5

6
UNITED STATES DISTRICT COURT

7
DISTRICT OF ARIZONA

8 United States of America,                    )   NO. CR18-00422 PHX SMB-003
                                              )
9                        Plaintiff,           )
                                              )   **DEFENDANT SCOTT SPEAR'S**
10            vs.                             )   **JOINDER IN JOHN BRUNST'S**
                                              )   **MOTION TO COMPEL GOVERNMENT**
11 Scott Spear,                               )   **COMPLIANCE WITH COURT'S**
                                              )   **ORDER FOR SPECIFIC**
12                       Defendant.           )   **IDENTIFICATION OF DOCUMENTS**
                                              )   **SUBJECT TO PROTECTIVE ORDER**
13                                            )
                                              )
14                                            )
                                              )
15 _____

16       The Defendant, Scott Spear, by and through his undersigned attorney, Bruce Feder of Feder

17 Law Office, P.A., hereby joins in John Brunst's Motion to Compel Government Compliance with

18 the Court's Order for Specific Identification of Documents Subject to Protective Order [740].   Mr.

19 Spear adopts the legal positions and bases set forth in the Motion to Compel as if fully set forth

20 herein.

21       RESPECTFULLY SUBMITTED this 25th day of September, 2019.

22                             **FEDER LAW OFFICE, P.A.**

23

24                             /s/ Bruce Feder
                              Attorney for Defendant, Scott Spear

25 .   .   .

26 .   .   .

1

1            **__CERTIFICATE OF SERVICE__**

2

3       I hereby certify that on the 25th day of September, 2019, I electronically transmitted the foregoing to the Clerk of the Court via the CM/ECF system for filing and transmittal of a Notice

4 of Electronic Filing to the following CM/ECF registrants:

5   **Kevin Rapp:**   Kevin.Rapp@usdoj.gov
    **Andrew Stone:**   Andrew.Stone@usdoj.gov

6   **Margaret Perlmeter:**   Margaret.Perlmeter@usdoj.gov
  **John Kucera:**   John.Kucera@usdoj.gov

7   **Reginald Jones:**   Reginald.Jones@usdoj.gov
  **Peter S. Kozinets:**   Peter.Kozinets@usdoj.gov

8   *Attorneys for the United States*

9

10   **Anne Michelle Chapman,** anne@mscclaw.com

  **Erin E. McCampbell,** emccampbell1@lglaw.com

11   **Anthony R. Bisconti,** tbisconti@bienertkatzman.com

12   **Ariel A. Neuman,** aan@birdmarella.com

13   **James C. Grant,** jimgrant@dwt.com

  **Lee David Stein,** lee@mscclaw.com

14   **Paul J. Cambria,** pcambria@lglaw.com

15   **Robert Corn-Revere,** bobcornever@dwt.com

16   **Ronald Gary London,** ronnielondon@dwt.com

17   **Janey Henze Cook,** janey@henzecookmurphy.com

  **John Lewis Littrell,** jlittrell@bmkattorneys.com

18   **Seetha Ramachandran,** Seetha.Ramachandran@srz.com

19   **Thomas H. Bienert,** Jr. tbienert@bienertkatzman.com

20   **Whitney Z. Bernstein,** wbernstein@bienertkatzman.com

  **Gary S. Lincenberg,** glincenberg@birdmarella.com

21   **Gopi K. Panchapakesan,** gpanchapakesan@birdmarella.com

22   **Michael D. Kimerer,** mdk@kimerer.com

23   **Rhonda Elaine Neff,** rneff@kimerer.com

  **David S. Eisenberg,** david@deisenbergplc.com

24   **Joy Malby Bertrand,** Joy.Bertrand@gmail.com

25

26   *By: /s/   A. Jones*