# Exhibit "A"



U.S. Department of Justice

United States Attorney
District of Arizona

Two Renaissance Square     Main: (602) 514-7500
40 N. Central Ave., Suite 1800   Main Fax: (602) 514-7693
Phoenix, AZ 85004-4408

September 12, 2019

Paul J. Cambria Jr.
Attorney at Law
Lipsitz Green Scime Cambria, LLC
42 Delaware Ave, Suite 120
Buffalo, NY 14202
(attorney for Michael Lacey)

Jim Grant
Davis Wright Tremaine, LLP
920 Fifth Avenue,
Suite 3300
Seattle, WA 98104
(attorney for Lacey and Larkin)

Robert Corn-Revere
Davis Wright Tremaine, LLP
1919 Pennsylvania Avenue N.W.,
Suite 800
Washington, DC 20006
(attorney for Lacey and Larkin)

Thomas H. Bienert, Jr., Esq.
Bienert, Miller & Katzman, PLC
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
(attorney for James Larkin)

Michael D. Kimerer, Esq.
1313 E. Osborn Road,
Suite 100
Phoenix, AZ 85014
(attorney for Jed Brunst)

Bruce Feder, Esq.
2930 East Camelback Road,
Suite 160
Phoenix, AZ 85016
(attorney for Scott Spear)

David S. Eisenberg, Esq.
3550 N. Central Ave.,
Suite 1155
Phoenix, AZ 85012
(attorney for Andrew Padilla)

Joy Malby Bertrand, Esq.
1826 N. 7th Avenue
Phoenix, AZ, 85007
(attorney for Joye Vaught)

Gary Lincenberg, Esq.
Bird, Marella, Boxer, Wolpert,
Nessim, Drooks, Lincenberg & Rhow,
P.C.
1875 Century Park East
23rd Floor
Los Angeles, CA 90067
(attorney for Jed Brunst)

Re: <u>U.S. v. Michael Lacey, et.al.</u>
     CR-18-00422-PHX-SMB

Dear Counsel:

    Pursuant to your request for discovery and the government's obligations under Fed. R. Crim. P. 16 and the stipulated scheduling order in this case, please find enclosed a thumb drive containing the government's tenth disclosure.[1]

---

[1] A thumb drive containing disclosure for defendants Michael Lacey, James Larkin, and Jed Brunst are being provided to Paul J. Cambria Jr., Thomas H. Bienert Jr., and Gary Lincenberg respectively.

Lacey, et. al. Discovery Letter
September 12, 2019
Page 2

The thumb drive contains the following Bates Stamped records:

- Additional Reports of Interviews and Supporting Documents – DOJ-BP-0004857290-DOJ-BP-0004857748
- Mutual Legal Assistance Treaty Records, Witness Testimony/Transcripts, and Backpage state/local case-related documents – DOJ-BP-0004857749-DOJ-BP-0004864349
- Daniel Hyer's Cooperation Agreement[2] – DOJ-BP-0004864350-DOJ-BP-0004864355
- Backpage Sales Agreement – DOJ-BP-0004864356-DOJ-BP-0004864885
- Additional Reports of Interviews and Supporting Documents – DOJ-BP-0004864886-DOJ-BP-0004879330
- Travelers Insurance and other Subpoena Compliance Documents – DOJ-BP-0004879331-DOJ-BP-0004884196
- Photographs of Backpage Servers housed in Tucson, Arizona[3] – DOJ-BP-0004884197 – DOJ-BP-0004884338

Please reach out with any questions.

Sincerely,

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division
U.S. Department of Justice

*Reginald E. Jones*
REGINALD E. JONES
Senior Trial Attorney, CEOS
(202) 616-2807
reginald.jones4@usdoj.gov

MICHAEL BAILEY
U.S. Attorney

KEVIN M. RAPP
MARGARET PERLMETER
PETER S. KOZINETS
ANDREW STONE
JOHN J. KUCERA
Assistant United States Attorneys

---

[2] Daniel Hyer's cooperation agreement has previously been produced to counsel; however, we wanted to provide you a Bates Stamped copy of this document.

[3] Photographs of servers housed in Tucson have previously been produced to counsel; however, we wanted to provide you Bates Stamped copies of these records.

Lacey, et. al. Discovery Letter
September 12, 2019
Page 3

Enclosures