**Index of Exhibits**

**EXH**                          **DESCRIPTION**

A          Email chain with counsel dated September 24, 2019



# Exhibit A

**Paul Cambria**

| | |
|---|---|
| **From:** | Whitney Bernstein <wbernstein@bienertkatzman.com> |
| **Sent:** | Tuesday, September 24, 2019 2:18 PM |
| **To:** | Thomas H. Bienert; Toni Thomas; Paul Cambria; Erin McCampbell Paris; Bruce Feder; Feder Law; Ariel A. Neuman; Gary S. Lincenberg; Gopi K. Panchapakesan; David Eisenberg; Joy Bertrand; Robert Corn-Revere; Grant, James; Daniel J. Quigley |
| **Subject:** | FW: Carl Allen Ferrer; Oct. 3 Hearing in US v. Lacey, et al., 18-CR-00422-PHX-SMB |

Rapp respectfully declines.

**Whitney Z. Bernstein** | Attorney
Bienert | Katzman PC
Tel: (949) 369-3700
www.bienertkatzman.com

**From:** Rapp, Kevin (USAAZ) <Kevin.Rapp@usdoj.gov>
**Sent:** Tuesday, September 24, 2019 11:16 AM
**To:** Whitney Bernstein <wbernstein@bienertkatzman.com>; Stone, Andrew (USAAZ) <Andrew.Stone@usdoj.gov>; Jones, Reginald (CRM) <Reginald.Jones4@usdoj.gov>; Perlmeter, Margaret (USAAZ) <Margaret.Perlmeter@usdoj.gov>; Kozinets, Peter (USAAZ) <Peter.Kozinets@usdoj.gov>; Kucera, John (USACAC) <John.Kucera@usdoj.gov>
**Subject:** RE: Carl Allen Ferrer; Oct. 3 Hearing in US v. Lacey, et al., 18-CR-00422-PHX-SMB

Whitney:

We respectfully decline your request.

Best,

**Kevin M. Rapp| Assistant U.S. Attorney**
**Financial Crimes and Public Integrity Section**
**U.S. Department of Justice | Office of the United States Attorney**
**40 N. Central Ave., Ste. 1800, Phoenix, AZ  85004**
**602.514.7609, kevin.rapp@usdoj.gov**

**From:** Whitney Bernstein <wbernstein@bienertkatzman.com>
**Sent:** Tuesday, September 24, 2019 11:08 AM
**To:** Rapp, Kevin (USAAZ) <KRapp@usa.doj.gov>; Stone, Andrew (USAAZ) <AStone1@usa.doj.gov>; Jones, Reginald (CRM) <Reginald.Jones@CRM.USDOJ.GOV>; Perlmeter, Margaret (USAAZ) <MPerlmeter@usa.doj.gov>; Kozinets, Peter (USAAZ) <PKozinets@usa.doj.gov>; Kucera, John (USACAC) <jkucera@usa.doj.gov>
**Cc:** Thomas H. Bienert <tbienert@bienertkatzman.com>; Toni Thomas <tthomas@bienertkatzman.com>; Paul Cambria <pcambria@lglaw.com>; Erin McCampbell Paris <emccampbell@lglaw.com>; Robert Corn-Revere <bobcornrevere@dwt.com>; Grant, James <jimgrant@dwt.com>; Bruce Feder <bf@federlawpa.com>; Feder Law <fl@federlawpa.com>; Gary S. Lincenberg <glincenberg@birdmarella.com>; Ariel A. Neuman <aneuman@birdmarella.com>; Gopi K. Panchapakesan <gkp@birdmarella.com>; David Eisenberg

<david@deisenbergplc.com>; Joy Bertrand <joy.bertrand@gmail.com>
**Subject:** Carl Allen Ferrer; Oct. 3 Hearing in US v. Lacey, et al., 18-CR-00422-PHX-SMB

Counsel:

We are writing to request that you produce Carl Allen Ferrer at the evidentiary hearing scheduled for 9am on October 3, 2019 before Judge Brnovich in US v. Lacey, et al., 18-CR-00422-PHX-SMB.

We note that over the past 17 months, Ferrer has been interviewed repeatedly by the government and provided information regarding the configuration and capabilities of the functioning Backpage.com systems, servers, and databases.  Ferrer's various plea agreements (with the state of Texas, the state of California, and the DOJ) provide for Ferrer to cooperate with the government regarding the shutdown of Backpage.com.  This information is the subject of next week's evidentiary hearing.

We also note that pursuant to Ferrer's various plea agreements, he is compelled to appear and provide testimony when directed to by the government (e.g., Ferrer Texas Plea Bargain at ¶ 2 ("I, Carl Ferrer, will give full, complete, and truthful evidence concerning my knowledge of any and all offenses committed by any and all co-defendants identified by Texas, California, or federal authorities. **This agreement includes testimony during trial, pre-trial, post-conviction, appellate and re-trial proceedings in any Court, state or federal.**") (emphasis added)).  Though we served a subpoena on Ferrer, his counsel has indicated that he intends to invoke in response to all questions and has filed a motion to quash (see Dkt. 739).

Accordingly, we ask to make Ferrer available for next week's hearing and obviate the need for court intervention on this issue.  Please confirm that you will do so by close of business on 9/25/19 so that have time to bring this to the Court's attention if you require us to do so.

Thank you,

Whitney

**Whitney Z. Bernstein**
**Attorney**
Bienert | Katzman PC

Los Angeles | 601 W. 5th Street, Suite 720 | Los Angeles, CA 90071 | (213) 528-3400
Orange County | 903 Calle Amanecer, Suite 350 | San Clemente, CA 92673 | (949) 369-3700

Website: www.bienertkatzman.com



The foregoing message is confidential and intended for the designated recipient only.  The foregoing information may be protected by attorney-client and/or work product privileges.  Accordingly, if you have received this message in error, please contact BIENERT | KATZMAN PC immediately, and delete the message without reviewing, copying, or making further use of the information contained herein.

# EXHIBIT B
## (FILED UNDER SEAL)

# EXHIBIT C

**(FILED UNDER SEAL)**

# EXHIBIT D

## (FILED UNDER SEAL)

# EXHIBIT E

## (FILED UNDER SEAL)

# EXHIBIT F

## (FILED UNDER SEAL)

# EXHIBIT G

## (FILED UNDER SEAL)

# EXHIBIT H

## (FILED UNDER SEAL)

# EXHIBIT I

## (FILED UNDER SEAL)

# EXHIBIT J

## (FILED UNDER SEAL)

# EXHIBIT K

## (FILED UNDER SEAL)

# EXHIBIT L

## (FILED UNDER SEAL)

# EXHIBIT M

## (FILED UNDER SEAL)