1  Thomas H. Bienert, Jr. (CA 135311, admitted *pro hac vice*)
2  Whitney Z. Bernstein (CA 304917, admitted *pro hac vice*)
   BIENERT | KATZMAN PC
3  903 Calle Amanecer, Suite 350
   San Clemente, California 92673
4  Telephone: (949) 369-3700
   Facsimile: (949)369-3701
5  tbienert@bienertkatzman.com
6  wbernstein@bienartkatzman.com
   *Attorneys for James Larkin*
7

8               IN THE UNITED STATES DISTRICT COURT

9                  FOR THE DISTRICT OF ARIZONA

10

11  United States of America,              CASE NO. 2:18-cr-00422-SMB

12                 Plaintiff,              **DEFENDANT JAMES LARKIN'S**
                                           **NOTICE OF JOINDER IN**
13  vs.                                    **DEFENDANT BRUNST'S MOTION**
                                           **TO DISMISS INDICTMENT BASED**
14  Michael Lacey, *et al.*,               **ON FAILURE TO ALLEGE**
                                           **NECESSARY ELEMENTS OF THE**
15                 Defendants.             **TRAVEL ACT (Doc. No. 746)**

16

17

18         Defendant James Larkin, by and through undersigned counsel, joins in Defendant

19  Brunst's Motion to Dismiss Indictment Based on Failure to Allege Necessary Elements of

20  the Travel Act (Doc. No. 746). Defendant Larkin agrees with the statements made in

21  Brunst's Motion to Dismiss and adopts the positions set forth in the Motion as if fully set

22  forth herein.

23                                         Respectfully submitted,

24  DATED: September 30, 2019              BIENERT | KATZMAN PC

25

26                                         */s/ Whitney Z. Bernstein*
                                           Whitney Z. Bernstein
27                                         Thomas H. Bienert, Jr.
                                           *Attorneys for James Larkin*
28

## CERTIFICATE OF SERVICE

I certify that on this 30th day of September, 2019, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants listed below.

*/s/ Toni Thomas*
Toni Thomas

Anne Michelle Chapman, anne@mscclaw.com

Erin E. McCampbell, emccampbell@lglaw.com

Anthony R. Bisconti, tbisconti@bienertkatzman.com

Ariel A. Neuman, aan@birdmarella.com

Bruce S. Feder, bf@federlawpa.com

James C. Grant, jimgrant@dwt.com

Lee David Stein, lee@mscclaw.com

Paul J. Cambria, pcambria@lglaw.com

Robert Corn-Revere, bobcornever@dwt.com

Ronald Gary London, ronnielondon@dwt.com

Janey Henze Cook, janey@henzecookmurphy.com

John Lewis Littrell, jlittrell@bmkattorneys.com

Seetha Ramachandran, Seetha.Ramachandran@srz.com

Thomas H. Bienert, Jr. tbienert@bienertkatzman.com

Whitney Z. Bernstein, wbernstein@bienertkatzman.com

Gary S. Lincenberg, glincenberg@birdmarella.com

Gopi K. Panchapakesan, gpanchapakesan@birdmarella.com

Michael D. Kimerer, mdk@kimerer.com

Rhonda Elaine Neff, rneff@kimerer.com

David S. Eisenberg, david@deisenbergplc.com

Joy Malby Bertrand, joyous@mailbag.com

John Jacob Kucera, john.kucera@usdoj.gov

Kevin M. Rapp, Kevin.Rapp@usdoj.com

Margaret Wu Perlmeter, Margaret.perlmeter@usdoj.gov

Reginald E. Jones, reginald.jones4@usdoj.gov

Peter Shawn Kozinets, Peter.Kozinets@usdoj.gov

Andrew C. Stone, andrew.stone@usdoj.gov

Nanci Clarence, nclarence@clarencedyer.com

Jonathan Baum, jbaum@clarencedyer.com