IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-422-PHX-SMB |
| Plaintiff, | |
| v. | **ORDER** |
| Michael Lacey, et al., | |
| Defendants. | |

Based on the United States' Unopposed Motion to Extend Deadline for Response to Defendant John Brunst's Motion to Dismiss Indictment, and good cause appearing,

**IT IS HEREBY ORDERED** granting the United States' motion and extending the deadline for it to respond to Defendant Brunst's Motion to Dismiss Indictment (Doc. 746) to October 18, 2019.

**IT IS FURTHER ORDERED** that excludable delay under 18 U.S.C. § 3161(h) is found to commence from _____ through _____.