# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

## EXHIBIT LIST --- CRIMINAL

FILED ___ LODGED
RECEIVED ___ COPY

DEC 2 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

☐ Motion to Suppress    ☒ Non-Jury Trial    ☐ Jury Trial

USA vs. Michael Lacey, et al.          CR-18-422-PHX-SMB
Last, First, Middle Initial              Year-Case No-Deft No-Judge

☒ GOVERNMENT          ☐ DEFENDANT

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | Description |
|---|---|---|---|
| 1. |  | 10-3-19 | Tucson Server Photos Bates DOJ-BP-0004884198-4330 |
| 2. |  |  | Attachment Email from Wil Gerken to Richard Robinson re Questions on BP Servers dated 5/09/19 Bates EvidHearing10.3.19_000425-438 |
| 3. |  |  | Email from Wil Gerken to Richard Robinson re Backpage Equipment and Login Information dated 4/12/19 Bates EvidHearing10.3.19_000475 |
| 4. |  |  | Email from Wil Gerken to Matthew Frost re Backpage Dated 10/23/18 Bates EvidHearing10.3.19_000103 |
| 5. |  |  | Powerpoint Ad and Image Extraction Demo Bates EvidHearing10.3.19_000619-000632 |
| 6. |  | 10-3-19 | Summary of Disc Copy Storage Bates EvidHearing10.3.19_000879 |
| 7. |  |  | Email from Matt Frost to Richard Robinson re BP server data project dated 5/30/19 Bates EvidHearing10.3.19_000031-37 |
| 8. |  |  | Email from Frost to David Loveall re Amsterdam Servers MLAT dated 6/6/18 Bates EvidHearing10.3.19 000525 |
| 9. |  | 10-3-19 | Frost PPT DVD |
| 10. |  | 10-25-19 | 10_20161011 Backpage Ad 1155 Bates EvidHearing10.3.19_001155-66 |
| 11. |  | 10-25-19 | 11_Count 20 - Victim 15 (Wright) Bates DOJ-BP-0004719427-9438 |
| 12. |  | 10-25-19 | 12_620161010 Backpage Ad Bates EvidHearing10.3.19_001167-70 |

SCANNED

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | Description |
|---|---|---|---|
| 13. | | 10-3-19 | 13_20160811 Backpage Ad EvidHearing10.3.19_001171-78 |
| 20. | | | 20_Green Wave Decision Loehrs Bates EvidHearing10.3.19_000574-612 |
| 21. | | | 21_Tami Loehrs FaceBook Bates EvidHearing10.3.19_000613-618 |
| 22. | | | 22_Academic Records for Tami Loehrs Bates EvidHearing10.3.19_000633-748 |
| 23. | | | 23_Loehrs PowerPoint on PDF Bates EvidHearing10.3.19_000749-779 |
| 24. | | | 24_University of Phoenix Subpoena Bates EvidHearing10.3.19_000780-788 |
| 25. | | | 25_Flyer Disclosure Bates EvidHearing10.3.19_000789-794 |
| 26. | | | 26_USA v. Solon Westlaw Bates EvidHearing10.3.19_000795-807 |
| 27. | | | 27_U.S. v. Akhavi Bates EvidHearing10.3.19_000808-878 |
| 28. | | | 28_USA v. Pirosko, 787 F.3d 358 Bates EvidHearing10.3.19_000880-897 |
| 29. | | | 029_US v. Mitchell Bates EvidHearing10.3.19_000898-908 |
| 30. | | | 30_US v. Thomas Bates EvidHearing10.3.19_000909-935 |
| 31. | | 10-3-19 | 31_Email from Loehrs dated 3/27/19 Bates LOEHRS0001 |
| 32. | | 10-3-19 | 32_Email from Loehrs dated 6/14/19 Bates LOEHRS0023 |
| 33. | | | 33_Tammy Loehrs Draft Declaration Bates LOEHRS0026-36 |
| 34. | | | 34_Email from Loehrs dated 7/8/19 Bates LOEHRS0004 |
| 35. | | 10-3-19 | 35_Email from Loehrs dated 7/1/19 Bates LOEHRS0009-10 |
| 36. | | | 36_Email from Loehrs dated August 21 2019 Bates LOEHRS0012-14 |
| 37. | | | 37_Spreadsheet Bates LOEHRS0024-25 |
| 38. | | | 38_Video Bates LOEHRS0052 |
| 39. | | | 39_Declaraton of Tami Loehrs Bates EvidHearing10.3.19_001179-87 |

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | Description |
|---|---|---|---|
| 40. | | | 40_Moran-minute-Entry-Findings Bates EvidHearing10.3.19_001188-1202 |
| 41. | | | 41_The Rules of Digital Evidence AccessData EvidHearing10.3.19_001203-1244 |
| 42. | | | 42_TickeResponse EvidHearing10.3.19_001245 |
| 43. | | | 43_Request_LoehrsForensics.Initial EvidHearing10.3.19_001246-47 |
| 44. | | | 44_Certificate_of_Authenticity EvidHearing10.3.19_001248 |
| 45. | | | 45_Letter re Offer to Assist Loehrs |
| 46. | | | 46_Response to Stone 10.29.19 Letter |
| 47. | | | 47_ Response to Bernstein Ltr re Frost |
| 48. | | | 48_Tami Loehrs Transcript Oct. 25 |
| 49. | | | 49_ Defendants' Response to US' Pre-Hearing Memo re Defendants Motion to Compel doc. 759 |
| 50. | | | 50_Doc. 815 Notice of Filing Frost Declaration |