UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

```
FILED       ___ LODGED
RECEIVED    ___ COPY

    DEC  2 2019

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

EXHIBIT LIST --- CRIMINAL

☐ Motion to Suppress    ☐ Non-Jury Trial    ☒ Jury Trial

USA vs. Michael Lacey, et al.          CR-18-422-PHX-SMBB
Last, First, Middle Initial            Year-Case No-Deft No-Judge

☐ GOVERNMENT                           ☒ DEFENDANT

| Exhibit No. | Date Marked | Date Admitted | Exhibit Description |
|---|---|---|---|
| 101 | 10-3-19 | 10-3-19 | Exhibit C of Defendants' Motion to Compel Discovery Docket 643-4 (6-19-19) April 5, 2018 Search Warrant, Application and Order for DesertNet Servers |
| 103 | 10-3-19 | 10-3-19 | Various Ad Pages from the Native File BATES DOJ-BP-004877106 Produced to Defendants on September 12, 2019 |
| 104 | 10-3-19 | | Exhibit J of Defendants' Motion to Compel Discovery Docket 643-11 (6-19-19) Printouts of Imaged Ad Data Produced by Government for Tacoma Ad ID 5698064 |
| 120 | 10-3-19 | 10-3-19 | Printout of the Associated Databases and Images of the 70 Sample Ads Produced by the Government on March 14, 2019 (approx. 682 pages) **Demonstrative purposes only** |
| 121 | 10-3-19 | | Exhibit K of Defendants' Motion to Compel Discovery Docket 643-12 (6-19-19) Screenshot of Ad Object Editor for Tacoma Ad ID 13151373 |
| 122 | 10-3-19 | | Screen Shot of AccessData FTK Imager |
| 123 | 10-25-19 | | Tami Loehrs Hard Drive Review Spreadsheet |
| 124 | 10-25-19 | | Tami Loehrs Declaration *Doc. 717-1* Ex. A to Reply ISO of Motion to Compel Discovery |
| 125 | 10-25-19 | 10-25-19 | Curriculum Vitae Tami Loehrs |
| 126 | 10-25-19 | | Server Picture already Ex. 1 of governmet admitted exhibits BATES DOJ-BP-0004884198 (Page 1) |
| 127 | 10-25-19 | | Server Picture already Ex. 1 of government admitted exhibits BATES DOJ-BP-00004884314 (Page 14) |
| 128 | 10-25-19 | 10-25-19 | Internet connection flow chart   Demo only |
| 129 | 10-25-19 | | Error Message Screen Shot "Error in "F:\sda-1B216.E21": Invalid evidence file |
| 130 | 10-25-19 | | Screen Shot Physical Drive 1 highlighted excel file sdp-1B211.E01.txt |

SCANNED

1

| Exhibit No. | Date Marked | Date Admitted | Exhibit Description |
|---|---|---|---|
| 131 | 10-25-19 | | Screen Shot Physical Drive 3 "Unrecognized file system (unknown type)" |
| 132 | 10-25-19 | | Screen Shot "disk0 2017-01-01 00-08-37" highlighted and file not found dialogue box which reads "1:\qpx29\disk0 2017-01-01 00-08-37\qpx29_1.E02" Could not be found Choose a new path for this file? |
| 133 | 10-25-19 | | Screen Shot of Dell all in one highlighted |
| 134 | 10-25-19 | | Case information Acquired using ADI3 Case Number: qpx108 unique description: Dell all in one |
| 135 | 10-25-19 | | 5-21-19 Email Will Gerken to Richard Robinson EvidHearing10.3.19_000401-000402 |
| 136 | 10-25-19 | | 5-14-19 Email Gerken to Robinson EvidHearing10.3.19-000403- 000405 |
| 137 | 10-25-19 | | Dutch Servers Seizures 302 (7-24-18) DOJ-BP-4739905 |
| 138 | 10-25-19 | | 9 Dutch Servers 302 (7-31-18) DOJ-BP-4739906 |
| 139 | 10-25-19 | | Collection Item Log Dutch Servers 6-13-19 DOJ-BP-4884845 |
| 140 | 10-25-19 | | Collection Item Log Dutch Servers 6-12-19 DOJ-BP-4884618 |
| 141 | 10-25-19 | | 302 of Dutch Servers (6-11-19) (6-23-19 Report written) DOJ-BP-4884855 |
| 142 | 10-25-19 | | 302 of Dutch Servers (6-13-19) (6-23-19 Report Written) DOJ-BP-4884853 |
| 143 | 10-25-19 | | 302 MLAT Dutch Servers 6-7-18 (7-24-19 Report Written) DOJ-BP-4739905 |
| 144 | 10-25-19 | | 302 MLAT 7-31-18 Dutch Servers DOJ-BP-4739906 |
| 145 | 10-25-19 | | MLAT Letter 7-8-19 re Servers DOJ-BP-4899383 |
| 146 | 10-25-19 | | Dutch Letter to FBI re Servers 7-26-18 DOJ-BP-4739927 |
| 147 | 10-25-19 | | Superseding Indictment Doc 230 |
| 148 | 10-25-19 | | Motion to Compel Ex A Doc 643-2 (5-23-19) Letter to Government from Whitney Bernstein |
| 149 | 10-25-19 | | Motion to Compel Ex. B Doc. 643-3(6-3-19) Government Response to Whitney Bernstein letter (5-23-19) |
| 150 | 10-25-19 | | Motion to Compel Ex. D Doc. 643-5 (3-7-19) Government Response to Whitney Bernstein Letter (2-26-19) |
| 151 | 10-25-19 | | Motion to Compel Ex. E Doc. 643-6 (12-10-19) Government Letter Re Servers- Discovery |
| 152 | 10-25-19 | | Motion to Compel Ex. F Doc. 643-7 (5-1-18) Defense (Piccarreta Letter) to Government Re: Servers |
| 153 | 10-25-19 | | Motion to Compel Ex. G Doc. 643-8 (4-10-19) Email Reggie Jones to Whitney Bernstein re Server Inspection Idaho |
| 154 | 10-25-19 | | Motion to Compel Ex. H Doc. 643-9 Example of Ads Screen Shots Produced by Government |

| Exhibit No. | Date Marked | Date Admitted | Exhibit Description |
|---|---|---|---|
| 155 | 10-25-19 | | Motion to Compel Ex. I Doc. 643-10 Example of Ad Screen Shot Produced by Government |
| 156 | 10-25-19 | | Motion to Compel Ex. L Doc. 643-13 Appendix of Requests for Production with Justification |
| 157 | 10-25-19 | | Declaration of IRS Agent Richard Robinson with Attachments 1-4 Doc. 626-4 (5-31-19) |
| 158 | 10-25-19 | | Original Indictment Doc. 3 (3-28-18) |
| 159 | 10-25-19 | | 4-5-18 Original MOI of Carl Ferrer |
| 160 | 10-25-19 | | 043_Emails from Gerken 13.pdf EvidHearing10.3.19_000450- EvidHearing10.3.19_000456 |
| 161 | 10-25-19 | | 001_Emails from Cullen 1.pdf EvidHearing10.3.19_000001-EvidHearing10.3.19_000003 |
| 162 | 10-25-19 | | 003_Emails from Frost 1.pdf EvidHearing10.3.19_000007 - EvidHearing10.3.19_000008 |
| 163 | 10-25-19 | | 005_Emails from Frost 3.pdf EvidHearing10.3.19_000012 - EvidHearing10.3.19_000018 |
| 164 | 10-25-19 | | 010_Emails from Frost 7.pdf EvidHearing10.3.19_000045 |
| 165 | 10-25-19 | | 013_Emails from Frost 10.pdf EvidHearing10.3.19_000053 - EvidHearing10.3.19_000055 |
| 166 | 10-25-19 | | 019_Emails from Frost 16.pdf EvidHearing10.3.19_000066 - EvidHearing10.3.19_000068 |
| 167 | 10-25-19 | | 029_Emails from Gerken 1.pdf EvidHearing10.3.19_000380 |
| 168 | 10-25-19 | | 030_Emails from Gerken 1-A.pdf EvidHearing10.3.19_000381 - EvidHearing10.3.19_000384 |
| 169 | 10-25-19 | | 031_Emails from Gerken 2.pdf EvidHearing10.3.19_000385 - EvidHearing10.3.19_000389 |
| 170 | 10-25-19 | | 035_Emails from Gerken 6.pdf EvidHearing10.3.19_000401 - EvidHearing10.3.19_000402 |
| 171 | 10-25-19 | | 036_Emails from Gerken 7.pdf EvidHearing10.3.19_000403 - EvidHearing10.3.19_000405 |
| 172 | 10-25-19 | | 041_Emails from Gerken 11-A.pdf EvidHearing10.3.19_000425 - EvidHearing10.3.19_000438 |
| 173 | 10-25-19 | | 044_Emails from Gerken 14.pdf EvidHearing10.3.19_000457 - EvidHearing10.3.19_000460 |
| 174 | 10-25-19 | | 052_Emails from Kempel 2.pdf EvidHearing10.3.19_000480 - EvidHearing10.3.19_000491 |
| 175 | 10-25-19 | | Re Backpage Server Tags2 EvidHearing10.3.19_000957-EvidHearing10.3.19_000959 |
| 176 | 10-25-19 | | Re Backpage5 EvidHearing10.3.19_000987-EvidHearing10.3.19_000994 |
| 177 | 10-25-19 | | Re Backpage8 EvidHearing10.3.19_001003-EvidHearing10.3.19_001012 |
| 178 | 10-25-19 | | Re Backpage9 EvidHearing10.3.19_001013 |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

## EXHIBIT LIST --- CRIMINAL

☐ Motion to Suppress          ☐ Non-Jury Trial          ☐ Jury Trial

<u>USA vs. Michael Lacey, et al.</u>                    CR-18-422-PHX-SMB
Last, First, Middle Initial                             Year-Case No-Deft No-Judge

☐ GOVERNMENT                                            ☒ DEFENDANT

| Exhibit No. | Date Marked | Date Admitted | Exhibit Description |
|---|---|---|---|
| 101 | 10-3-19 | 10-3-19 | Exhibit C of Defendants' Motion to Compel Discovery Docket 643-4 (6-19-19) April 5, 2018 Search Warrant, Application and Order for DesertNet Servers |
| 103 | 10-3-19 | 10-3-19 | Various Ad Pages from the Native File BATES DOJ-BP-004877106 Produced to Defendants on September 12, 2019 |
| 104 | 10-3-19 | | Exhibit J of Defendants' Motion to Compel Discovery Docket 643-11 (6-19-19) Printouts of Imaged Ad Data Produced by Government for Tacoma Ad ID 5698064 |
| 120 | 10-3-19 | 10-3-19 | Printout of the Associated Databases and Images of the 70 Sample Ads Produced by the Government on March 14, 2019 (approx. 682 pages) **Demonstrative purposes only** |
| 121 | 10-3-19 | | Exhibit K of Defendants' Motion to Compel Discovery Docket 643-12 (6-19-19) Screenshot of Ad Object Editor for Tacoma Ad ID 13151373 |
| 122 | 10-3-19 | | Screen Shot of AccessData FTK Imager |
| 123 | 10-25-19 | 12-2-19 | Tami Loehrs' Hard Drive Review Spreadsheet |
| 125 | 10-25-19 | 10-25-19 | Curriculum Vitae Tami Loehrs |
| 128 | 10-25-19 | 10-25-19 | Internet connection flow chart **Demonstrative purposes only** |
| 137 | 10-25-19 | | Dutch Servers Seizures 302 (7-24-18) DOJ-BP-4739905 |
| 141 | 10-25-19 | | 302 of Dutch Servers (6-11-19) (6-23-19 Report written) DOJ-BP-4884855 |
| 142 | 10-25-19 | | 302 of Dutch Servers (6-13-19) (6-23-19 Report Written) DOJ-BP-4884853 |
| 183 | 10-25-19 | 10-25-19 | CF-1.pdf FerrerJencks_000001-FerrerJencks_000003 |
| 184 | 10-25-19 | 10-25-19 | CF 1-A.pdf FerrerJencks_000004 |
| 185 | 10-25-19 | 10-25-19 | CF 1-A.pdf FerrerJencks_000005 |
| 196 | | | Declaration of Matthew Frost, Document 815 (11-27-2019) |
| 197 | | 12-2-19 | 12-11-2012 *US v Certantes-Perez* USDC WD TX |
| 199 | | 12-2-19 | 2-19-2019 Doc. 51 Order re Motion to Compel *US v. Gonzales* 17-CR-01311 District Arizona & *US v Ordonez* 18-CR-00539 District Arizona |

1