✎AO 435
AZ Form (Rev. 10/2018)

**TRANSCRIPT ORDER**

Administrative Office of the United States Courts

FOR COURT USE ONLY

DUE DATE:

| 1. NAME Whitney Z. Bernstein | 2. PHONE NUMBER (949) 369-3700 | 3. DATE December 11, 2019 |
|---|---|---|

4. FIRM NAME  BIENERT | KATZMAN PC

| 5. MAILING ADDRESS 903 Calle Amanecer, Suite 350 | 6. CITY San Clemente | 7. STATE CA | 8. ZIP CODE 92673 |
|---|---|---|---|

| 9. CASE NUMBER 2:18-00422-PHX-SMB | 10. JUDGE Susan Brnovich | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11. December 2, 2019 | 12. |

| 13. CASE NAME United States v. Michael Lacey et al. | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 14. Phoenix | 15. STATE Arizona |

16. ORDER FOR

☐ APPEAL  ☑ CRIMINAL  ☐ CRIMINAL JUSTICE ACT  ☐ BANKRUPTCY
☐ NON-APPEAL  ☐ CIVIL  ☐ IN FORMA PAUPERIS  ☐ OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☑ OTHER (Specify) | |
| ☐ SENTENCING | | Evidentiary Hearing | December 2, 2019 |
| ☐ BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | ☐ PAPER COPY | |
| 14 DAYS | ☐ | ☐ | | | |
| 7 DAYS(expedited) | ☐ | ☑ | | ☑ PDF (e-mail) | |
| 3 DAYS | ☐ | ☐ | | | |
| DAILY | ☐ | ☐ | | ☐ ASCII (e-mail) | |
| HOURLY | ☐ | ☐ | | | |
| REALTIME | ☐ | ☐ | | | |

E-MAIL ADDRESS
wbernstein@bienertkatzman.com

CERTIFICATION (19. & 20.)  By signing below, I certify that I will pay all charges (deposit plus additional).

19. SIGNATURE /s/ Whitney Z. Bernstein

20. DATE December 11, 2019

**NOTE:  IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

| TRANSCRIPT TO BE PREPARED BY | | | | ESTIMATE TOTAL | |
|---|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | | TOTAL DUE | |

**DISTRIBUTION:**    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY