MICHAEL BAILEY
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 14249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>V.<br><br>MICHAEL LACEY, ET AL.,<br><br>DEFENDANTS. | No. CR-18-00422-PHX-SMB<br><br>**SECOND BILL OF PARTICULARS RE: FORFEITURE OF PROPERTY** |

The United States hereby submits the following Second Bill of Particulars for forfeiture of Property.

The forfeiture Allegations of the First Superseding Indictment notified defendants pursuant of Rule 32.2 of the Federal Rule of Criminal Procedure that the government, in the event of the conviction of any of the defendants, will seek forfeiture of property pursuant to

Title 21, United States Code, Section 853(p), Title 18, United States Code, Section 982(b), and Title 18, United States Code, Section 982(a)(7). The United States hereby gives further notice that, with respect to the Forfeiture Allegations of the First Superseding Indictment, it also intends to seek forfeiture of the following specific property:

1. $1,412,085.94 in bank funds seized from USAA Savings account '2155 held in the name of Anne Hawkins, as a retainer for Oaxaca Trust, which is controlled by James Larkin;

2. $1,502,927.74 in bank funds seized from USAA Savings account '2058 held in the name of Anne Hawkins, as a retainer for Oaxaca Trust, which is controlled by James Larkin;

3. $1,453,008.51 in bank funds seized from USAA Savings account '2171 held in the name of Anne Hawkins, as a retainer for Oaxaca Trust, which is controlled by James Larkin;

4. $1,422,147.37 in bank funds seized from USAA Savings account '1507 held in the name of Anne Hawkins, as a retainer for Oaxaca Trust, which is controlled by James Larkin;

5. $84,501.39 in bank funds seized from JP Morgan Chase Bank account '5397 held in the name of Wayne B. Giampietro, LLC., as a retainer for Posting Solutions, which is controlled by Backpage, LLC.;

6. $182,182.50 in bank funds seized from Amro Bank, N.V. account '6352 held in the name of Ad Tech BV with Stichting Zencotrust,, which was then transferred to the U.S. Postal Service using Bank of the West account '1363 held in the name of Rusing Lopez & Lizardi;

7. $23,175.00 in bank funds seized from Plains Capital Bank account '3921 held in the name of Scheef & Stone, LLP., which was then transferred to the U.S. Postal Service using Plains Capital Bank account '3939 held in the name of Scheef & Stone LLP.;

8. $191,246.00 in bank funds seized from Western Alliance Bank account '6979 held in the name of Mitchell Stein Carey Chapman PC.;

9. $518,172.92 in bank funds seized from Wells Fargo Bank account '4455 in the name of Cardquiry;

10. $11,802.76 in bank funds seized from Citibank account '6973 in the name of Schiff Hardin LLP. IOLTA;

11. 2014 Porsche 911 911 Carrera coupe, VIN WP0AB2A92ES121390, AZ License plate BA6385;

12. 1972 BMW 3.0CS coupe, VIN 2240110, AZ License plate BKM5166;

13. 2014 Jaguar XK8 coupe, VIN SAJWA4HA1EMB52384, AZ License plate BKA4866;

14. 2010 Dodge Ram 1500 truck, VIN 1D7RV1CT2AS158579, AZ License plate CA35324;

15. Approximate "83 x "57 Navajo weaving with a diamond "Eyedazzler" pattern in red, black, white, orange, yellow, brown, purple, gray and natural white or ivory;

16. Miscellaneous Artwork seized from Michael Lacey's residence located in Sedona, AZ;

17. Miscellaneous Artwork seized from Michael Lacey's residence located in Sedona, AZ;

18. Miscellaneous Jewelry seized from James Larkin's residence located in Paradise Valley, AZ;

19. Miscellaneous Coins seized from James Larkin's residence located in Paradise Valley, AZ;

20. Miscellaneous Artwork seized from Michael Lacey's residence located in Paradise Valley, AZ;

21. Miscellaneous Rugs seized from Michael Lacey's residence located in Paradise Valley, AZ;

22. Miscellaneous Jewelry seized from Michael Lacey's residence located in Paradise Valley, AZ;

Respectfully submitted this 13th day of December 2019.

MICHAEL BAILEY
United States Attorney
District of Arizona

BRIAN BENCZKOWSKI
Assistant Attorney General
U.S. Department of Justice
Criminal Division, U.S. Department of Justice


/s/*John J. Kucera*
KEVIN RAPP
MARGARET PERLMETER
PETER KOZINETS
ANDREW C. STONE
JOHN J. KUCERA
Assistant United States Attorneys

REGINALD E. JONES
Senior Trial Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 13th day of December 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

                                                      *s/ K. Sor*
                                               U.S. Attorney's Office