# DEBUS, KAZAN & WESTERHAUSEN, LTD.
### LAWYERS

LARRY L. DEBUS
LAWRENCE I. KAZAN
TRACEY WESTERHAUSEN
GREGORY M. ZAMORA

335 EAST PALM LANE
PHOENIX, ARIZONA 85004
PHONE: (602) 257-8900
FAX: (602) 257-0723
GMZ@DKWLAWYERS.COM

June 29, 2018

[Via Email & First-Class Mail]
[kevin.rapp@usdoj.gov]

Kevin Rapp, Esq.
Assistant United States Attorney
***United States Attorney's Office***
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004

      Re:    Jill Anderson re Return of Items Seized.

Dear Kevin:

      We represent Jill Anderson.  As you know, federal agents seized several items of Ms. Anderson's jewelry.  Ms. Anderson, through prior counsel, made efforts to show that specific pieces were not subject to forfeiture and should be released to her.  The Government agreed to release specific items if Ms. Anderson could provide receipts; or, for those items without receipts, a sworn declaration to the date and amount of purchase for each item.  We provide this information below.

      The items listed below may not be all the pieces of jewelry seized from Ms. Anderson.  She cannot recall every item of jewelry taken because the Receipt for Property is vague.  This receipt doesn't help Ms. Anderson identify all of the items of her jewelry that may have been seized.  If the government has made a more descriptive inventory of items taken from 3300 East Stella, then we request a copy.  There may be additional pieces that should be returned to her.

      Also, the Receipt for Property includes an item titled "Jewelry receipts."  We also request a copy of those receipts.  They may provide additional proof that Ms. Anderson's jewelry are not subject to forfeiture and should be returned.

      Here is the list of items Ms. Anderson would like returned:

Kevin Rapp, Esq.
United States Attorney's Office
June 29, 2018
Page 2

| | | |
|---|---|---|
| 1. | Cartier Pasha Watch – SS Band | Ms. Anderson purchased this item on May 12, 2005.  A receipt from Tourneau, LLC, is attached as Exhibit "A." |
| 2. | Cartier Panthere Watch – SS Band | Ms. Anderson purchased this item on October 12, 2000.  A receipt from Queen of Diamonds is attached as Exhibit "B." |
| 3. | Hermes Arceau Watch – Grey Leather Band | Ms. Anderson purchased this item on August 5, 2017.  A receipt from TheRealReal Authenticated Luxury Consignment is attached as Exhibit "C." |
| 4. | Jaeger LeCoultre Reverso Watch – SS Band | Ms. Anderson purchased this item on November 21, 2017.  A receipt from TheRealReal Authenticated Luxury Consignment is attached as Exhibit "D." |
| 5. | Rolex Date Just Watch – SS Band | Ms. Anderson purchased this item on December 11, 2015.  A receipt from Beckertime.com is attached as Exhibit "E." |
| 6. | Gold Bracelets with Name Engraved | Thomas Keig, Ms. Anderson's former husband, purchased this item on June 13, 2002, and gift it to Ms. Anderson.  A receipt from a jeweler in Hawaii is attached as Exhibit "F." |
| 7. | Gold Bracelets with Name Engraved | Thomas Keig, Ms. Anderson's former husband, purchased this item on June 13, 2002, and gift it to Ms. Anderson.  A receipt from a jeweler in Hawaii is attached as Exhibit "F." |

Kevin Rapp, Esq.
United States Attorney's Office
June 29, 2018
Page 3

| 8. | Diamond Stud Earrings with Diamond Surrounding | Ms. Anderson purchased this item on December 27, 2017.  A receipt from James Elliot Scottsdale is attached as Exhibit "G." |
|---|---|---|
| 9. | Black Diamond Briolets for Earrings | Ms. Anderson purchased this item on December 27, 2017.  A receipt from James Elliot Scottsdale is attached as Exhibit "G." |
| 10. | Circular Diamond Earrings | Ms. Anderson purchased this item on May 28, 1998.  A receipt from Queen of Diamonds is attached as Exhibit "H." |
| 11. | Hermes Cape Cod Watch – Black Leather Band | Ms. Anderson purchased this item in 2008.  She believes the purchase price was approximately $3,000. |
| 12. | Movado Museum Watch – SS/Gold Band | Ms. Anderson purchased this item in 1986.  She believes the purchase price was approximately $1,000. |
| 13. | Movado Museum Watch – Gold | Ms. Anderson purchased this item in 2014.  She believes the purchase price was approximately $700. |
| 14. | Silver Lee Brevard Ring (1) | Ms. Anderson purchased this item in 1997.  She believes the purchase price was approximately $175. |
| 15. | Silver Lee Brevard Ring (2) | Ms. Anderson purchased this item in 1997.  She believes the purchase price was approximately $175. |
| 16. | Gold Lee Brevard Ring | Ms. Anderson purchased this item in 1997.  She believes the purchase price was approximately $2,000. |

Kevin Rapp, Esq.
United States Attorney's Office
June 29, 2018
Page 4

| 17. | Emerald Shaped Peridot & Diamond Ring | Ms. Anderson purchased this item in 2005 with her former husband Thomas Keig. She believes the purchase price was approximately $20,000. |
|---|---|---|
| 18. | Diamond & Sapphire Art Deco Ring | Ms. Anderson purchased this item in 2012. She believes the purchase price was approximately $1,200. |
| 19. | Various Gold Bandle Bracelets | Ms. Anderson purchased these items in 2015 and 2016. She believes the purchase price for each bracelet was approximately $300. |
| 20. | Double Strand Pearl Bracelet | Thomas Keig, Ms. Anderson's former husband, gave this item to Ms. Anderson in 1996. It was a gift and she is unaware of the purchase price. |
| 21. | Pearl Necklace | Thomas Keig, Ms. Anderson's former husband, gave this item to Ms. Anderson in 1996. It was a gift and she is unaware of the purchase price. |
| 22. | Pink Pearl Necklace | Ms. Anderson purchased this item in 2017. She believes the purchase price was approximately $800. |
| 23. | Pink/Gold Pearl Necklace | Ms. Anderson purchased this item in 2017. She believes the purchase price was approximately $200. |
| 24. | Pearl Earrings | Ms. Anderson purchased this item in 1990. She believes the purchase price was approximately $600. |

Kevin Rapp, Esq.
United States Attorney's Office
June 29, 2018
Page 5

| 25. | Peridot Drops for Earrings | Ms. Anderson purchased this item in 2008. She believes the purchase price was approximately $800. |
| 26. | Yellow Stone & Diamond Ring | Ms. Anderson purchased this item in 2015. She believes the purchase price was approximately $250. |
| 27. | Opal Ring | Ms. Anderson's grandmother gave this item to her in 1990. Ms. Anderson's grandmother is deceased. |
| 28. | Antique Diamond Ring | Ms. Anderson purchased this item in 2015. She believes the purchase price was approximately $250. |
| 29. | Gold/Navy 1961 Class Ring | Ms. Anderson's mother gave her this item in 1986. She is unaware of the purchase price. |
| 30. | Coral Drops for Earrings | Thomas Keig, Ms. Anderson's former husband, gave this item to Ms. Anderson in 2008. It was a gift and she is unaware of the purchase price. |
| 31. | 1 Carat Diamond Necklace in Plastic Bag | Thomas Keig, Ms. Anderson's former husband, gave this item to Ms. Anderson in 1986. It was a gift and she is unaware of the purchase price. |
| 32. | Tiffany Cufflinks Engraved "PWK" | This item belongs to Ms. Anderson's son, Patrick Keig. They were a gift from a family friend. |

Kevin Rapp, Esq.
United States Attorney's Office
June 29, 2018
Page 6


        Thank you for your courtesy and cooperation.

                        Sincerely,

                        DEBUS, KAZAN & WESTERHAUSEN, LTD.



                        Lawrence I. Kazan
                        Gregory M. Zamora

Enclosures

Kevin Rapp, Esq.
United States Attorney's Office
June 29, 2018
Page 7


### DECLARATION

| STATE OF ARIZONA | ) |
| --- | --- |
| | ) ss |
| COUNTY OF MARICOPA | ) |

I, Jill Anderson, declare under penalty of perjury that I have read the foregoing letter to Kevin Rapp, Assistant United States Attorney, regarding several items of my personal jewelry that we seized by federal agents. I have also read the list of items described in this letter regarding the dates and purchase price for those items to which I am unable to locate receipts. The contents of the foregoing letter are true and complete to the best of my knowledge, information, and belief.

DATED this 29th day of June 2018.

_____
Jill Anderson

SUBSCRIBED AND SWORN to before the undersigned Notary Public on this 29th day of June 2018.



Kelly Pierce
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
My Commission Expires
April 20, 2021

_____
Notary Public

_____
Notary Seal and Expiration

# Exhibit "A"

# TOURNEAU

NEW YORK • PALM BEACH • BAL HARBOUR • SOUTH COAST PLAZA • HOUSTON

| NAME | Jill Keig | DATE 5/12/05 | SLS 1 405 |
| ADDRESS | 25 W. Why Worry Lane | ACCOUNT TYPE Amex | SLS 2 |
| CITY/STATE | Phoenix, AZ 85021 | ZIP CODE | TELEPHONE 602 944-1214 | NAME Moxua |
| MAIL ☐ | PHONE ORDER ☐ | SPECIAL ORDER ☐ | TAKE ☐ | PICK-UP ☐ | LOC. 4 | CASE # |

CASH ☐  CHARGE ☐  DOWN ☐  FINAL ☐  ORIGINAL SSN:  ACCOUNT ☐  LAY-PAY ☐

| | QTY. | STOCK NUMBER | REFERENCE | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | | VCA05345I | VCA05345I/USED | | 2395 |
| 2 | | | | | |
| 3 | | | | | |

| | | | TOTAL SALES | 2395 |

| | TRADE-IN/SKU | BRAND | DESCRIPTION | |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |

| | CARD | CARD NUMBER | EXP. | AUTH. | AMOUNT | | |
|---|---|---|---|---|---|---|---|
| 1 | | AR 3717 30069 | 2/08 | | 2395 | TOTAL TRADES | |
| 2 | | 52014 | | | | SUB-TOTAL | 2395 |
| 3 | | | | | | SALES TAX | |

| ☐ SPECIAL INSTRUCTIONS | GIFT CERT./CREDIT NO. | MAIL | |
| ☐ MAILING ADDRESS | CHECK | TOTAL | 2395 |
| | CASH | PAID | |

TO: Same As Above
Wiseman & Gate Interiors
4615 N. Marshall Way
Scottsdale, AZ 85251

| PRIOR PAYMENTS | |
| BALANCE | |

CUSTOMER SIGNATURE  Telephone

## N 3793
INVOICE

EXCHANGES OR MERCHANDISE CREDIT (WITHIN 7 DAYS ONLY) PROVIDED MERCHANDISE HAS NOT BEEN WORN, ALTERED, SPECIAL ORDERED OR PURCHASED ON SPECIAL SALE. NO REFUNDS. ALL CLAIMS, RETURNS, BATTERY REPLACEMENT OR WARRANTY SERVICE MUST BE ACCOMPANIED BY THIS INVOICE.

# Exhibit "B"



10/12/00

JILL KEIG

Lady's Stainless Steel, Cartier, Panthere wrist
watch

|  | |
|---|---|
| One Service | $1,850.00 |
|  | 22.00 |
| TOTAL | $1,862.00 |

Please make check payable to Queen of Diamonds.

Thank you,

Gigi,
for Diane.

QUEEN OF DIAMONDS

*Cartier*
**International Service**

...ast Camelback Road - Biltmore Fashion Park - Phoenix, Arizona  85016
(602) 956-0056 - FAX (602) 956-0025

NOTIFICATION LETTER

Date:   2/06/2003

64463

W25033P5 / 1320240308CD

Client Reference:   KEIG

PANTHERE SM STEEL 3 ROW POLISHED BRAC

*Cartier International Service* is pleased to advise you that your repair is now ready.

Please remember that you must present your repair receipt when claiming your repair.  If a third party is collecting your piece, a letter of authorization from you and two forms of identification by the third party must be presented.

If you prefer your product be shipped to you directly, please fax us at the above number so that we may make the necessary arrangements.

Should you have any questions, please feel free to contact us.

Sincerely,

*Cartier International Service*

Exhibit "C"

20% Off! Code· REAL — Exclusions Apply* See Details
From 0% APR Financing  Choose Affirm at Checkout.

Hi Jill, shop new items 24 hours in advance!

Get $125 — Refer Friends  USD ($)

0

# The RealReal
### AUTHENTICATED LUXURY CONSIGNMENT

📍 VISIT OUR NYC STORE

NEW ARRIVALS   DESIGNERS  WOMEN  MEN  JEWELRY  WATCHES  HOME  KIDS  SALE  CONSIGN

*Search*

# ORDER SUMMARY

**Order Number:** R528646235
**Order Date:** Aug 5, 2017

ORDER NOT RETURNABLE
Past Return Window

| ITEM | DESCRIPTION | COLOR | SKU | SIZE | UNIT PRICE |
|---|---|---|---|---|---|
| **Hermès Arceau Watch** HER99239 $1,195.00 779835883155 | CONSIGN | **Hermès Arceau Watch** Stainless steel 34mm Hermès Arceau Watch featuring a quartz movement, stainless steel bezel, whit... | HER99239 | | $1,195.00 779835883155 CONSIGN |

5/21/18, 10:55 AM

| | |
|---|---|
| **Subtotal:** | **$1,195.00** |
| Store Credit: | -$25.00 |
| Shipping: | $20.00 |
| Shipping: | -$20.00 |
| Sales Tax: | $95.01 |
| | |
| **Total:** | **$1,265.01** |
| | |
| **Payment(s):** | |
| VISA 1465: | $1,285.01 |
| VISA 1465: | -$20.00 |

## BECOME A
## FIRST LOOK
## MEMBER

For $10 a month, get 24-hour advance access to sales and special invitations to monthly

**SIGN UP NOW**

## CONSIGN WITH US

It pays. Receive up to 85% of each item's sale price.

**CONSIGN**

## GIVE A
## GIFT CARD

Give the gift of luxury and style with a RealReal gift card.

**PURCHASE**

## QUESTIONS?

Speak to one of our experts toll free: **(855) 435-5893**

5am–6pm PDT, Mon–Fri

7am–4pm PDT, Sat–Sun

contact@TheRealReal.com

## CUSTOMER CARE

Contact Us

Authenticity

Shipping Information

Returns

Designer Directory

Consignment

FAQ

Sustainability

International Purchases

## COMPANY

About Us

Team

Careers

Exhibit "D"

The RealReal

20% Off! Code: REAL — Exclusions Apply* See Details
From 0% APR Financing. Choose Affirm at Checkout.

Hi Jill, shop new items 24 hours in advance!

# The RealReal
### AUTHENTICATED LUXURY CONSIGNMENT

Get $125 — Refer Friends  USD ($)                    0

📍 VISIT OUR NYC STORE

NEW ARRIVALS  DESIGNERS WOMEN MEN JEWELRY WATCHES HOME KIDS SALE CONSIGN        *Search*

# ORDER SUMMARY

**Order Number:** R811704751
**Order Date:** Nov 21, 2017

ORDER NOT RETURNABLE
Past Return Window

| ITEM | DESCRIPTION | COLOR | SKU | SIZE | UNIT PRICE |
|---|---|---|---|---|---|
| Jaeger-LeCoultre Reverso Duo Watch JAE20188 $3,695.00 788554988574 | CONSIGN | Jaeger-LeCoultre Reverso Duo Watch Stainless steel 25mm x 39mm Jaeger-LeCoultre Reverso Duo watch featuring a manual wind movement w... | JAE20188 | | $3,695.00 788554988574  CONSIGN |

5/21/18, 10:57 AM

| | |
|---|---|
| **Subtotal:** | **$3,695.00** |
| Sales Tax: | $293.76 |
| Shipping: | $11.95 |
| **Total:** | **$4,000.71** |
| **Payment(s):** | |
| VISA 1465: | **$4,000.71** |

## BECOME A FIRST LOOK MEMBER

For $10 a month, get 24-hour advance access to sales and special invitations to monthly

**SIGN UP NOW**

## CONSIGN WITH US

It pays. Receive up to 85% of each item's sale price.

**CONSIGN**

## GIVE A GIFT CARD

Give the gift of luxury and style with a RealReal gift card.

**PURCHASE**

## QUESTIONS?

Speak to one of our experts toll free: **(855) 435-5893** 5am–6pm PDT, Mon–Fri 7am–4pm PDT, Sat–Sun contact@TheRealReal.com

CUSTOMER CARE

Contact Us
Authenticity
Shipping Information
Returns
Designer Directory
Consignment
FAQ
Sustainability
International Purchases

COMPANY

About Us
Team
Careers
Press
Business Sellers

Exhibit "E"

# Robert C. Wesley
### JEWELER · GEMOLOGIST

916 | Beckertime, LLC

12/11/15, 11:51 AM

## BOBBY WESLEY

7088 FIFTH AVENUE ◆ SCOTTSDALE, AZ 85251 ◆ (480) 947-2416
bwesley@rcwjewelers.com ◆www.RobertWesleyJewelers.com

Mon-Thurs: 830a-530p CST
Friday 830a-230p CST
📞 **(817) 503-2334**

**(https://beckertime.com/contact-us/)**

Email: rolex@beckertime.com (mailto:rolex@beckertime.com)

Home (https://beckertime.com) / Rolex Date (https://beckertime.com/category/rolex-date-watches/) / Ladies (https://beckertime.com/category/rolex-date-watches/ladies-rolex-date-watches/) / Stainless Steel (https://beckertime.com/category/rolex-date-watches/ladies-rolex-date-watches/stainless-steel-ladies-rolex-date-watches/) / Pre Owned Ladies Rolex Stainless Steel Date with a Silver Dial 6916

⚜ **NO SALES TAX** /EXCEPT TX          ⊘ **LIFETIME TRADE-UP** (ONLY ROLEX INVENTORY)          🗓 **14 DAY RETURN POLICY**



(https://beckertime.com/wp-content/uploads/2013/03/883-1.jpg)

Shop By ▾

## PRE OWNED LADIES ROLEX STAINLESS STEEL DATE WITH A SILVER DIAL 6916

**$2,299.99**

| 1 | Add to cart |

1. 1
2. 2
3. 3
4. 4

- Previous
- Next

| Description | Authenticity Guaranteed | Box/Papers & Water Resistance | Terms & Conditions | Customize Your Rolex & Additional Services | Sizing Guide |

This is a gorgeous ladies 100% genuine Rolex stainless steel oyster perpetual date model timepiece with a black dial that has a load of elegance that creates a lasting impression!

It is in excellent condition and has been professionally buffed and polished by our Rolex certified master watchmaker ... and it gets better ... it comes with a Beckertime 100% lifetime trade-up guarantee!

Don't let this one get away. .. Buying a 100% genuine Rolex in this good of condition at this price doesn't happen often. .. This type would sell brand new for more than $6,200 today.

The original Rolex stainless steel case with domed bezel is in excellent condition with no personalization. The diameter is a full 26mm; not counting the original Rolex signed screw-down crown.

The original black Rolex dial with raised white stick markers is in excellent condition.

The original Rolex officially certified chronometer self-winding automatic movement is running strong and keeping very good time.

Ref # 6916

# Exhibit "F"

CREATIONS LTD.

Suite 930

HONOLULU, HAWAII 96814

(808) 942-2999   FAX (808) 946-5546

All Sales Final. No Refunds. No Cancellations.

(PHONE) (602) 248-2800

**AIR MAIL**

FAX 602 2484455

CUSTOMER'S ORDER NO.

NAME   Mr. Thomas Keig

ADDRESS   925 West Why Worry

Phoenix   AZ   85021

Needby 6/29/02

EXPRESS   6/5/02

DATE   6/13/02

| QTY. | SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | "14K (Dmm-Hry. Br. Bracelet | 1.7mm | 399.— |
| | | | | | | | | w/Hinge | | 160.— |
| | | | | | | | | | | |
| | | | | | | | | Name: Elikapeka (BK) | | |
| | | | | | | | | Design: F.I.S. | | |
| | | | | | | | | Size: 7 (c.) | | |
| | | | | | | | | | | |
| (BK) 1 | | | | | | | | "14K (Dmm-Hry Br Bracelet | (1.7mm) | 399.— |
| (Emanuel) | | | | | | | | Name: Pakelika (w/Hinge | | 160.— |
| | | | | | | | | Design: King Dotcom | | |
| | | | | | | | | Size: 7 (c.) | | |

Express Mail Box

TOTAL

RECEIVED BY

**Thank You**

All claims and returned goods MUST be accompanied by this bill.

To Reorder:

800-225-6380 or nebs.com

H 11103

Exhibit "G"



# Invoice

**James Elliot Scottsdale**
7293 North Scottsdale Road
#101
Scottsdale, Arizona 85253

*Ryan Hegger / Carol Durkin*
480 368 9009
james@jameselliot.com
www.jameselliot.com

**I-9429**

Invoiced 12/27/2017
Modified 12/27/2017

| Customer | | Shipping Address | Contact | |
|---|---|---|---|---|
| **Jill Anderson and Michael Lacey**<br>2201 N Central Ave<br>6A<br>Phoenix , AZ 85004<br>US | | 3300 E Stella Ln<br>PV, Az 85253 | (602) 882-7437 M (work)<br>(602) 616-7117 (mobile)<br>jillkristena@gmail.com | PO:<br>Shipping: None |

| Product Code | Description | Sell | Qty | BO | Total |
|---|---|---|---|---|---|
| Ear Jack  Black Diamond Briolette | Black Diamond Briolettes 14 carats<br>White Diamond Pave Beads<br>Jack Backs<br>18k white gold | $3200.00 | 1 | 0 | $3200.00 |
| zEar Stud Brilliant Anderson | Custom Diamond Stud Earrings<br>1.5mm Diamond Frame .32cts<br>Gold 18K White<br>set with Anderson's:<br>2=1.01 ct Brilliant Cut Diamonds | $1800.00 | 1 | 0 | $1800.00 |

*Notes*

SRO S-9270

*Payments*

Page 1

I-9429

JAMES ELLIOT, INC
7253 N SCOTTSDALE RD
SCOTTSDALE, AZ 85253 3632
480 368 9009
THANK YOU

Merchant ID: 423846177
Term ID: 0680

## Sale

Application Label: MasterCard

MASTERCARD

XXXXXXXXXXXX1254

AID: A0000000041010

Entry Method: Chip

Apprvd: Online

12/27/17                      11:45:00

Inv#: 00000001          Appr Code: 42367P

## Total: $        5,397.50

TVR: 0480000000
TSI: 6800

Customer Copy

THANK YOU

Ryan Hegger / Carol Durkin
480 368 9009
james@jameselliot.com
www.jameselliot.com

Invoiced 12/27/2017
Modified 12/27/2017

...ael Lacey

**Shipping Address**
3300 E Stella Ln
PV, Az 85253

**Contact**
(602) 882-7437 M (work)
(602) 616-7117 (mobile)
jllikristena@gmail.com

PO:
Shipping: None

| | Sell | Qty | BO | Total |
|---|---|---|---|---|
| 12/27/2017          42367p | $5397.50 | | | |

950

5114

Conditions of Sale:

Upon payment, buyer agrees to the terms below:

Refunds:
Refunds exchanges or store credits made within 30 days of purchase. Refund merchandise must be unused, unworn and in original condition. Any refunds cash or check will be given in the form of check. All credit card refunds will be given to the credit card used to make purchase.

Special Orders:
Special orders are non returnable and unexchangeable. A special order constitutes any jewelry custom made or altered in any way at the customers request. A minimum, non-refundable deposit of 50% is required at the time of the order. We thank you for placing trust in us to recut and/or set your stone. Due to the fact that gemstones are an unstable medium and the cutting or setting and polishing may exert stress on your stone, we can take no responsibility for any accidental damage that may occur during these processes.

Gemstone Enhancement:
Many gemstones have historically and tradionally been enhanced to improve color , clarity and stability. All gemstones on this invoice, if any, have probably been subjected to a suitable and possibly undetectable enhancement process. All descriptions of gemstones are subjective and could vary from one expert to another. For diamond descriptions, James Elliot uses the Gemological Institute of America nomenclature. If a certificate of any sort is accompanied, it represents the opinion of and only of its laboritory.

Repairs:
Elliot Inc, including its employees, does not accept responsibility for condition or identification of jewelry or stones upon reciept. Proof of appraised value on any items brought in for repair is the sole responsibility of the customer to provide, if needed

Out Of State:
Upon delivery, buyer agrees to purchase items above from seller. If delivery of such goods is made at an out of state shipping address listed. Buyer agrees to pay any sales, use or other tax imposed by the state of the above destination and further agrees to indemnify Seller from having to pay the same.

Elliot Inc abides by all United Nations and United States policies, including the Kimberley Process, regarding the import of gems and precious metals.

| | |
|---|---|
| Subtotal | $5000.00 |
| City | $82.50 |
| City/State | $315.00 |
| Total | $5397.50 |
| Payment | $5397.50 |
| Balance | $0.00 |

Page 2                      Signature

# Exhibit "H"



5/28/98

JILL KEIG

Diamond studs, total weight 1.01cts.

2,362.00

One Service (Insured FEDEX)          23.00

TOTAL     2,385.00

Please make check payable to Queen of
Diamonds.

VS2 SI1

WS2 E

Thank you,
Gigi,
for Diane
Bretman

QUEEN OF DIAMONDS
5383 SCOTT ROBERTSON ROAD   HIDDEN HILLS, CALIFORNIA 91302   (818) 346-5752   Fax (818) 883-1979