# EXHIBIT B

FD-597 (Rev. 4-13-2015)                                                                          Page __1__ of __1__

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
# Receipt for Property

Case ID:  PX-9247052

On (date)  04/23/2019

Item (s) listed below were:
☐ Collected/Seized
☐ Received From
☐ Returned To
☐ Released To

(Name)  Whitney Bernstein

(Street Address)

(City)

Description of Item (s):  1) Western Digital hard drive containing images of server documents and emails 2) Seagate hard drive
S/N: 9VS1HZY5 containing image of Datto data.

Received By: _[signature]_                              Received From: _[signature]_
              (Signature)                                              (Signature)

Printed Name/Title:  Whitney Bernstein          Printed Name/Title:  Desiree L Tolhurst  So FBE

DOJ-BP0004895888