Gary S. Lincenberg *(admitted pro hac vice)*
  glincenberg@birdmarella.com
Ariel A. Neuman *(admitted pro hac vice)*
  aneuman@birdmarella.com
Gopi K. Panchapakesan *(admitted pro hac vice)*
  gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant John Brunst

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA, PHOENIX**

| | |
|---|---|
| United States of America, | CASE NO. 2:18-cr-00422-004-PHX-SMB |
| Plaintiff, | **DEFENDANTS' NOTICE OF LODGING OF PROPOSED JURY QUESTIONNAIRE** |
| vs. | |
| Michael Lacey, et al., | Assigned to Hon. Susan M. Brnovich<br>Courtroom 506 |
| Defendants. | Trial Date: May 5, 2020 |

3633986.1

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendants hereby submit their Proposed Jury Questionnaire, which is attached as **Exhibit A**.

*Pursuant to the District's Electronic Case Filing Administrative Policies and Procedures Manual (January 2020) § II (C) (3), Gopi K. Panchapakesan herby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.*

DATED:  February 7, 2020      Respectfully submitted,

Gary S. Lincenberg
Ariel A. Neuman
Gopi K. Panchapakesan
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By:     */s/ Gopi K. Panchapakesan*
           Gopi K. Panchapakesan
    Attorneys for Defendant John Brunst

DATED:  February 7, 2020      Thomas H. Bienert Jr.
Whitney Z. Bernstein
Bienert | Katzman PC

By:     */s/ Thomas H. Bienert Jr.*
           Thomas H. Bienert Jr.
    Attorneys for Defendant James Larkin

| | | |
|---|---|---|
| DATED: February 7, 2020 | | Paul J. Cambria |
| | | Erin McCampbell |
| | | Lipsitz Green Scime Cambria LLP |

By: ___*/s/ Paul J. Cambria*___
        Paul J. Cambria
Attorneys for Defendant Michael Lacey

DATED: February 7, 2020    Feder Law Office, P.A.

By: ___*/s/ Bruce S. Feder*___
        Bruce S. Feder
Attorneys for Defendant Scott Spear

DATED: February 7, 2020    The Law Office of David Eisenberg, PLC

By: ___*/s/ David Eisenberg*___
        David Eisenberg
Attorneys for Defendant Andrew Padilla

DATED: February 7, 2020    Joy Bertrand Esq. LLC

By: ___*/s/ Joy Malby Bertrand*___
        Joy Malby Bertrand
Attorneys for Defendant Joye Vaught