# EXHIBIT A

**Attachment to Notice of Intent to Offer Records Pursuant to Fed. R. Evid. 902(11)**

| | | Certification(s) | Range of Records | |
|---|---|---|---|---|
| Subpoena # | Financial Institution | BEGDOC | PRODUCTION BEGATT | PRODUCTION ENDATT |
| 16-04-211 & 16-04-212 | Arizona Bank & Trust | DOJ-BP-0004903627 | DOJ-BP-0004903014 | DOJ-BP-0004907979 |
| | | DOJ-BP-0004903628 | | |
| 16-04-231 & 16-04-232 | ING Financial | DOJ-BP-0004907980 | DOJ-BP-0004907980 | DOJ-BP-0004907980 |
| 16-04-259 | BitFinex.com | DOJ-BP-0004907981 | DOJ-BP-0004907981 | DOJ-BP-0004907984 |
| 16-04-260 & 16-04-261 | BitFury.com; | DOJ-BP-0004907986 | DOJ-BP-0004907985 | DOJ-BP-0004907988 |
| 16-04-262 | Bitgo.com | DOJ-BP-0004907989 | DOJ-BP-0004907989 | DOJ-BP-0004907991 |
| 16-04-264 & 16-04-265 | Bitpay.com | DOJ-BP-0004907997 | DOJ-BP-0004907992 | DOJ-BP-0004908016 |
| 16-04-266 & 16-04-267 | BitStamp.com | DOJ-BP-0004908032 | DOJ-BP-0004908017 | DOJ-BP-0004908034 |
| | | DOJ-BP-0004908033 | | |
| 16-04-268 & 16-04-269 | Circle.com | DOJ-BP-0004908035 | DOJ-BP-0004908035 | DOJ-BP-0004908094 |
| | | DOJ-BP-0004908086 | | |
| 16-04-270 & 16-04-271 | Coinbase, Inc. | DOJ-BP-0004908099 | DOJ-BP-0004908095 | DOJ-BP-0004908101 |
| 16-04-272 & 16-04-273 | CoinX.com | DOJ-BP-0004908102 | DOJ-BP-0004908102 | DOJ-BP-0004908102 |
| 16-04-274 & 16-04-275 | Kraken | DOJ-BP-0004908182 | DOJ-BP-0004908103 | DOJ-BP-0004908193 |
| 16-04-276 & 16-04-277 | NetKi.com | DOJ-BP-0004908194 | DOJ-BP-0004908194 | DOJ-BP-0004908197 |
| 16-04-278 & 16-04-279 | PAXFUL | DOJ-BP-0004908286 | DOJ-BP-0004908198 | DOJ-BP-0004908340 |
| 16-04-280 & 16-04-281 | Ripple.com | DOJ-BP-0004908341 | DOJ-BP-0004908341 | DOJ-BP-0004908341 |
| 16-04-282 & 16-04-283 | Wall of Coins / Genitrust Inc. | DOJ-BP-0004908407 | DOJ-BP-0004908343 | DOJ-BP-0004910139 |
| | | DOJ-BP-0004908405 | | |
| 16-04-284 & 16-04-285 | Xapo.com | DOJ-BP-0004910140 | DOJ-BP-0004910140 | DOJ-BP-0004910143 |

| | | | | |
|---|---|---|---|---|
| 16-04-286 | Enom.com | DOJ-BP-0004910144 | DOJ-BP-0004910144 | DOJ-BP-0004910162 |
| 16-04-287 | Namecheap.com | DOJ-BP-0004910163 | DOJ-BP-0004910163 | DOJ-BP-0004910199 |
| 16-04-297 | Charles Schwab & Co. | DOJ-BP-0004910201 | DOJ-BP-0004910200 | DOJ-BP-0004920393 |
| | | DOJ-BP-0004910202 | | |
| 16-04-296 | Charles Schwab Bank | DOJ-BP-0004920394 | DOJ-BP-0004920394 | DOJ-BP-0004920911 |
| | | DOJ-BP-0004920395 | | |
| 16-04-337 | GoCoin | DOJ-BP-0004920958 | DOJ-BP-0004920912 | DOJ-BP-0004920963 |
| | | DOJ-BP-0004920963 | | |
| 16-04-382 | Dubuque Bank & Trust | DOJ-BP-0004920965 | DOJ-BP-0004920964 | DOJ-BP-0004920972 |
| 16-04-383 | Inwood Bank | DOJ-BP-0004920973 | DOJ-BP-0004920973 | DOJ-BP-0004921130 |
| 16-04-384 | Veritex | DOJ-BP-0004921181 | DOJ-BP-0004921131 | DOJ-BP-0004921443 |
| 16-04-489 | ASCIO | DOJ-BP-0004902895 | DOJ-BP-0004902872 | DOJ-BP-0004903013 |
| | | DOJ-BP-0004902896 | | |
| 17-04-113 | AB Investor Services | DOJ-BP-0004921628 | DOJ-BP-0004921444 | DOJ-BP-0004922497 |
| 17-04-114 | ADM Investor Services | DOJ-BP-0004922498 | DOJ-BP-0004922498 | DOJ-BP-0004922669 |
| 17-04-115 | Ally Bank | DOJ-BP-0004922670 | DOJ-BP-0004922670 | DOJ-BP-0004923089 |
| 17-04-117 | American Funds Distributors | DOJ-BP-0004923094 | DOJ-BP-0004923090 | DOJ-BP-0004923097 |
| 17-04-118 | APEX Clearing | DOJ-BP-0004923098 | DOJ-BP-0004923098 | DOJ-BP-0004923205 |
| 17-04-119 | AXA Advisors | DOJ-BP-0004923210 | DOJ-BP-0004923206 | DOJ-BP-0004923214 |
| 17-04-120 | Bank of New York Mellon | DOJ-BP-0004923215 | DOJ-BP-0004923215 | DOJ-BP-0004923226 |
| 17-04-121 | Bank of the West | DOJ-BP-0004923227 | DOJ-BP-0004923227 | DOJ-BP-0004923238 |
| 17-04-122 | Barclays Bank Delaware | DOJ-BP-0004923239 | DOJ-BP-0004923239 | DOJ-BP-0004924177 |
| 17-04-123 | BB&T | DOJ-BP-0004924186 | DOJ-BP-0004924178 | DOJ-BP-0004924633 |
| 17-04-141 | JetPay Corp. | DOJ-BP-0004930058 | DOJ-BP-0004924634 | DOJ-BP-0004930261 |
| 17-04-143 | BB&T | DOJ-BP-0004930262 | DOJ-BP-0004930262 | DOJ-BP-0004930263 |

| 17-04-144 | Capital Brokerage (Genworth Life) | DOJ-BP-0004930264 | DOJ-BP-0004930264 | DOJ-BP-0004930415 |
|---|---|---|---|---|
| 17-04-145 | Cetera Advisor | DOJ-BP-0004930416 | DOJ-BP-0004930416 | DOJ-BP-0004930537 |
| 17-04-146 | CitiGroup, Inc. | DOJ-BP-0004930540 | DOJ-BP-0004930538 | DOJ-BP-0004930782 |
|  |  | DOJ-BP-0004930543 |  |  |
| 17-04-147 | Colonial Savings | DOJ-BP-0004931210 | DOJ-BP-0004930783 | DOJ-BP-0004931220 |
| 17-04-148 | ComputerShare | DOJ-BP-0004931221 | DOJ-BP-0004931221 | DOJ-BP-0004931244 |
| 17-04-149 | CreditOne Bank | DOJ-BP-0004931245 | DOJ-BP-0004931245 | DOJ-BP-0004931326 |
| 17-04-150 | Credit Union of TX | DOJ-BP-0004931327 | DOJ-BP-0004931327 | DOJ-BP-0004931517 |
|  |  | DOJ-BP-0004931517 |  |  |
| 17-04-151 | De Lage Landen | DOJ-BP-0004931518 | DOJ-BP-0004931518 | DOJ-BP-0004931530 |
| 17-04-152 | Desert Schools FCU | DOJ-BP-0004931646 | DOJ-BP-0004931531 | DOJ-BP-0004931648 |
| 17-04-153 | Dividend Capital | DOJ-BP-0004931649 | DOJ-BP-0004931649 | DOJ-BP-0004931684 |
| 17-04-154 & 17-04-155 | Fidelity | DOJ-BP-0004931732 | DOJ-BP-0004931685 | DOJ-BP-0004931875 |
|  |  | DOJ-BP-0004931862 |  |  |
|  |  | DOJ-BP-0004931872 |  |  |
| 17-04-156 | GreenDot Corp. | DOJ-BP-0004931876 | DOJ-BP-0004931876 | DOJ-BP-0004931891 |
| 17-04-157 | Jackson National | DOJ-BP-0004931967 | DOJ-BP-0004931892 | DOJ-BP-0004931974 |
|  |  | DOJ-BP-0004931974 |  |  |
| 17-04-158 | LegacyTexas Bank | DOJ-BP-0004932479 | DOJ-BP-0004931975 | DOJ-BP-0004932489 |
| 17-04-159 | Liberty Life Assurance | DOJ-BP-0004932507 | DOJ-BP-0004932490 | DOJ-BP-0004932517 |
|  |  | DOJ-BP-0004932508 |  |  |
| 17-04-161 | Meridian Bank | DOJ-BP-0004932655 | DOJ-BP-0004932655 | DOJ-BP-0004932657 |
| 17-04-239 | Merrick Bank | DOJ-BP-0004932658 | DOJ-BP-0004932658 | DOJ-BP-0004932841 |
| 17-04-243 | Motif | DOJ-BP-0004932842 | DOJ-BP-0004932842 | DOJ-BP-0004933244 |
| 17-04-244 | New York Community Bank | DOJ-BP-0004933245 | DOJ-BP-0004933245 | DOJ-BP-0004933250 |

| 17-04-246 | Northern Trust Company | DOJ-BP-0004933251 | DOJ-BP-0004933251 | DOJ-BP-0004933827 |
|---|---|---|---|---|
| 17-04-248 | SEI Private Trust Co. | DOJ-BP-0004933828 | DOJ-BP-0004933828 | DOJ-BP-0004933830 |
| 17-04-250 | Pennsylvania State Employees | DOJ-BP-0004933831 | DOJ-BP-0004933831 | DOJ-BP-0004933832 |
| 17-04-251 | Scottrade, Inc. | DOJ-BP-0004933834 | DOJ-BP-0004933833 | DOJ-BP-0004933835 |
| 17-04-252 | SIA Securities Corp. | DOJ-BP-0004933836 | DOJ-BP-0004933836 | DOJ-BP-0004933843 |
| 17-04-253 | Sanford C. Bernstein & Co. | DOJ-BP-0004934028 | DOJ-BP-0004933844 | DOJ-BP-0004934899 |
|  |  | DOJ-BP-0004934043 |  |  |
| 17-04-256 | BDO USA, LLP | DOJ-BP-0004934900 | DOJ-BP-0004934900 | DOJ-BP-0004949545 |
|  |  | DOJ-BP-0004934902 |  |  |
|  |  | DOJ-BP-0004949545 |  |  |
| 17-04-313 | BMO Harris Bank | DOJ-BP-0004951579 | DOJ-BP-0004949546 | DOJ-BP-0004951579 |
| S 5 10592 | BMO Harris Bank, NA | DOJ-BP-0004954766 | DOJ-BP-0004951580 | DOJ-BP-0004954769 |
| S 5 10629 | Branch Banking and Trust Co | DOJ-BP-0005017224 | DOJ-BP-0005015025 | DOJ-BP-0005017227 |
| S 5 10630 | U.S. Bank National Association | DOJ-BP-0005023981 | DOJ-BP-0005017228 | DOJ-BP-0005023983 |
| S 5 10941 | Greenbank | DOJ-BP-0005024446 | DOJ-BP-0005023984 | DOJ-BP-0005024718 |
|  |  | DOJ-BP-0005024452 |  |  |
| S 5 10943 | Western Union | DOJ-BP-0005024742 | DOJ-BP-0005024719 | DOJ-BP-0005024743 |
| S 5 10944 | HSBC | DOJ-BP-0005028188 | DOJ-BP-0005024744 | DOJ-BP-0005028189 |
|  |  | DOJ-BP-0005028189 |  |  |
| S 5 10945 | Bank of America | DOJ-BP-0005030847 | DOJ-BP-0005028190 | DOJ-BP-0005031007 |
| S 5 14196 | Bank of America | DOJ-BP-0005031008 | DOJ-BP-0005031008 | DOJ-BP-0005033176 |
|  |  | DOJ-BP-0005031034 |  |  |
| S 5 14202 | Bank of America | DOJ-BP-0005033299 | DOJ-BP-0005033177 | DOJ-BP-0005033568 |
|  |  | DOJ-BP-0005033323 |  |  |

| | | | | |
|---|---|---|---|---|
| | | DOJ-BP-0005033546 | | |
| | | DOJ-BP-0005033566 | | |
| S 5 14203 | National Bank of Arizona | DOJ-BP-0005036114 | DOJ-BP-0005033569 | DOJ-BP-0005036121 |
| | | DOJ-BP-0005036115 | | |
| | | DOJ-BP-0005036116 | | |
| | | DOJ-BP-0005036117 | | |
| R 18 00034 | Prosperity Bank | DOJ-BP-0005040379 | DOJ-BP-0005036122 | DOJ-BP-0005040379 |
| R 18 00038 | Republic Bank of Arizona | DOJ-BP-0005040428 | DOJ-BP-0005040380 | DOJ-BP-0005040431 |
| | | DOJ-BP-0005040431 | | |
| R 18 00039 | Green Bank | DOJ-BP-0005040503 | DOJ-BP-0005040432 | DOJ-BP-0005040509 |
| R 18 03723 | Bank of America | DOJ-BP-0005043421 | DOJ-BP-0005043421 | DOJ-BP-0005043440 |
| R 18 03727 | Standard Charter Bank | DOJ-BP-0005043470 | DOJ-BP-0005043441 | DOJ-BP-0005043470 |
| R 18 04310 | Aquila Distributions LLC | DOJ-BP-0005043471 | DOJ-BP-0005043471 | DOJ-BP-0005043494 |
| R 18 04312 | Ascensus Broker Dealer Service, Inc. | DOJ-BP-0005043563 | DOJ-BP-0005043495 | DOJ-BP-0005043565 |
| R 18 04314 | Black Creek Capital Markets, LLC | DOJ-BP-0005043624 | DOJ-BP-0005043566 | DOJ-BP-0005043639 |
| R 18 04315 | Fidelity Investments | DOJ-BP-0005043648 | DOJ-BP-0005043640 | DOJ-BP-0005043651 |
| R 18 04316 | First Fidelity Bank | DOJ-BP-0005043686 | DOJ-BP-0005043652 | DOJ-BP-0005043691 |
| R 18 04317 | Midfirst Bank | DOJ-BP-0005043747 | DOJ-BP-0005043692 | DOJ-BP-0005044236 |
| | | DOJ-BP-0005044073 | | |
| R 18 04318 | PlainsCapital Bank | DOJ-BP-0005044427 | DOJ-BP-0005044237 | DOJ-BP-0005044429 |
| R 18 04319 | Compass Bank | DOJ-BP-0005044430 | DOJ-BP-0005044430 | DOJ-BP-0005044474 |
| | | DOJ-BP-0005044451 | | |
| R 18 04468 | Excel Title Group | DOJ-BP-0005044475 | DOJ-BP-0005044475 | DOJ-BP-0005045128 |
| R 18 04469 | Bank of America | DOJ-BP-0005045130 | DOJ-BP-0005045129 | DOJ-BP-0005045187 |

| | | | | |
|---|---|---|---|---|
| R 18 04792 | Bank of America | DOJ-BP-0005045419 | DOJ-BP-0005045188 | DOJ-BP-0005045538 |
| R 18 04793 | Comerica Bank | DOJ-BP-0005045539 | DOJ-BP-0005045539 | DOJ-BP-0005045541 |
| R 18 04795 | Live Oak Bank | DOJ-BP-0005045586 | DOJ-BP-0005045542 | DOJ-BP-0005045699 |
| R 18 04796 | National Bank of Arizona | DOJ-BP-0005045700 | DOJ-BP-0005045700 | DOJ-BP-0005046500 |
| | | DOJ-BP-0005045702 | | |
| | | DOJ-BP-0005045703 | | |
| | | DOJ-BP-0005045998 | | |
| | | DOJ-BP-0005045999 | | |
| R 18 04797 | Pershing | DOJ-BP-0005046508 | DOJ-BP-0005046501 | DOJ-BP-0005046773 |
| R 18 04801 | Ally Bank/Ally Financial | DOJ-BP-0005046774 | DOJ-BP-0005046774 | DOJ-BP-0005046973 |
| | | DOJ-BP-0005046825 | | |
| R 18 04804 | National Bank of Arizona | DOJ-BP-0005046974 | DOJ-BP-0005046974 | DOJ-BP-0005047535 |
| | | DOJ-BP-0005046983 | | |
| | | DOJ-BP-0005047278 | | |
| R 18 04808 | Charles Schwab & Co., Inc | DOJ-BP-0005047678 | DOJ-BP-0005047536 | DOJ-BP-0005047680 |
| R 18 04878 | Plains Capital Bank | DOJ-BP-0005047871 | DOJ-BP-0005047681 | DOJ-BP-0005047873 |
| R 18 05022 | SF Fire | DOJ-BP-0005047912 | DOJ-BP-0005047874 | DOJ-BP-0005048107 |
| | | DOJ-BP-0005047914 | | |
| R 18 05108 | BitPay | DOJ-BP-0005048110 | DOJ-BP-0005048108 | DOJ-BP-0005048110 |
| R 18 05109 | Bitstamp | DOJ-BP-0005048113 | DOJ-BP-0005048111 | DOJ-BP-0005048134 |
| | | DOJ-BP-0005048114 | | |
| R 18 05111 | Coinbase, Inc | DOJ-BP-0005048136 | DOJ-BP-0005048135 | DOJ-BP-0005048141 |
| R 18 05112 | GoCoin | DOJ-BP-0005048191 | DOJ-BP-0005048142 | DOJ-BP-0005048297 |
| R 18 05113 | The Kraken LLC | DOJ-BP-0005048298 | DOJ-BP-0005048298 | DOJ-BP-0005048301 |
| R 18 05130 | First FS&L of San Rafael | DOJ-BP-0005048452 | DOJ-BP-0005048302 | DOJ-BP-0005048453 |

| R 18 05133 | Green Bank N.A. | DOJ-BP-0005048509 | DOJ-BP-0005048454 | DOJ-BP-0005048511 |
|---|---|---|---|---|
| R 18 05187 | JP Morgan Chase | DOJ-BP-0005048512 | DOJ-BP-0005048512 | DOJ-BP-0005048512 |
| R 18 05335 | Northern Trust | DOJ-BP-0005049089 | DOJ-BP-0005048513 | DOJ-BP-0005049089 |
| R 18 05336 | TD Ameritrade | DOJ-BP-0005049324 | DOJ-BP-0005049090 | DOJ-BP-0005049568 |
| | | DOJ-BP-0005049327 | | |
| | | DOJ-BP-0005049568 | | |
| R 18 05424 | Ally Bank/Ally Financial | DOJ-BP-0005049569 | DOJ-BP-0005049569 | DOJ-BP-0005049573 |
| R 18 05425 | Ally Bank/Ally Financial | DOJ-BP-0005049574 | DOJ-BP-0005049574 | DOJ-BP-0005049578 |
| R 18 05426 | AllianceBernstein | DOJ-BP-0005049579 | DOJ-BP-0005049579 | DOJ-BP-0005051454 |
| R 18 05427 | Perkins Coie Trust Company | DOJ-BP-0005051462 | DOJ-BP-0005051455 | DOJ-BP-0005051631 |
| R 18 05428 | Coinbase, Inc. | DOJ-BP-0005051632 | DOJ-BP-0005051632 | DOJ-BP-0005051633 |
| R 18 05430 | Coinbase, Inc | DOJ-BP-0005051634 | DOJ-BP-0005051634 | DOJ-BP-0005051635 |
| R 18 05433 | Bank of the Ozarks | DOJ-BP-0005051672 | DOJ-BP-0005051636 | DOJ-BP-0005051739 |
| R 18 05445 | Umpqua Bank | DOJ-BP-0005051779 | DOJ-BP-0005051740 | DOJ-BP-0005051783 |
| R 18 05609 | Bank of America | DOJ-BP-0005051788 | DOJ-BP-0005051784 | DOJ-BP-0005051994 |
| R 18 05610 | E*Trade Bank | DOJ-BP-0005051995 | DOJ-BP-0005051995 | DOJ-BP-0005052041 |
| | | DOJ-BP-0005051997 | | |
| | | DOJ-BP-0005051999 | | |
| R 18 05611 | Live Oak Bank | DOJ-BP-0005052086 | DOJ-BP-0005052042 | DOJ-BP-0005052199 |
| R 18 05612 | Principal Funds Distributor, INC | DOJ-BP-0005052200 | DOJ-BP-0005052200 | DOJ-BP-0005052228 |
| R 18 05614 | Republic Bank of AZ | DOJ-BP-0005052703 | DOJ-BP-0005052229 | DOJ-BP-0005052826 |
| R 18 05615 | The Independent Bankers Bank | DOJ-BP-0005052827 | DOJ-BP-0005052827 | DOJ-BP-0005052829 |
| R 18 05617 | UBS Financial Services | DOJ-BP-0005052830 | DOJ-BP-0005052830 | DOJ-BP-0005052831 |
| R 18 05841 | LPL Financial | DOJ-BP-0005053011 | DOJ-BP-0005052832 | DOJ-BP-0005053015 |
| R 18 05948 | PCBB | DOJ-BP-0005053016 | DOJ-BP-0005053016 | DOJ-BP-0005053049 |

| | | | | |
|---|---|---|---|---|
| R 18 06065 | BMO Harris Bank | DOJ-BP-0005053054 | DOJ-BP-0005053050 | DOJ-BP-0005053063 |
| R 18 06067 | Bank of New York Mellon | DOJ-BP-0005053064 | DOJ-BP-0005053064 | DOJ-BP-0005053088 |
| R 18 06068 | Bank of New York Mellon | DOJ-BP-0005053089 | DOJ-BP-0005053089 | DOJ-BP-0005053091 |
| R 18 06069 | Great Western Bank | DOJ-BP-0005053118 | DOJ-BP-0005053092 | DOJ-BP-0005053118 |
| R 18 06119 | S & W Payroll Services, LLC dba Netchex | DOJ-BP-0005053119 | DOJ-BP-0005053119 | DOJ-BP-0005054830 |
| R 18 06694 | National Bank of Arizona | DOJ-BP-0005055250 | DOJ-BP-0005055250 | DOJ-BP-0005055310 |
| | | DOJ-BP-0005055253 | | |
| R 18 06695 | Johnson Bank | DOJ-BP-0005055311 | DOJ-BP-0005055311 | DOJ-BP-0005055449 |
| R 18 07254 | Pershing LLC | DOJ-BP-0005055798 | DOJ-BP-0005055450 | DOJ-BP-0005055899 |
| R 18 07538 | Barclays Bank Delaware | DOJ-BP-0005055900 | DOJ-BP-0005055900 | DOJ-BP-0005056227 |
| R 18 07540 | Commercial Bank of California | DOJ-BP-0005056228 | DOJ-BP-0005056228 | DOJ-BP-0005056813 |
| R 18 07541 | Desert Financial | DOJ-BP-0005056814 | DOJ-BP-0005056814 | DOJ-BP-0005056814 |
| R 18 07542 | Dime Community Bank | DOJ-BP-0005056874 | DOJ-BP-0005056815 | DOJ-BP-0005056875 |
| R 18 07543 | First Republic Bank | DOJ-BP-0005056957 | DOJ-BP-0005056876 | DOJ-BP-0005057037 |
| R 18 07544 | Grandpoint Bank | DOJ-BP-0005057044 | DOJ-BP-0005057038 | DOJ-BP-0005057046 |
| R 18 07548 | OneAZ Credit Union | DOJ-BP-0005057049 | DOJ-BP-0005057047 | DOJ-BP-0005057111 |
| | | DOJ-BP-0005057051 | | |
| R 18 07550 | TD Ameritrade | DOJ-BP-0005057964 | DOJ-BP-0005057112 | DOJ-BP-0005057984 |
| | | DOJ-BP-0005057965 | | |
| R 18 08072 | BBVA Compass | DOJ-BP-0005058114 | DOJ-BP-0005057985 | DOJ-BP-0005058123 |
| R 18 09747 | Gust Rosenfeld, PLC | DOJ-BP-0005058124 | DOJ-BP-0005058124 | DOJ-BP-0005058126 |
| R 18 09749 | First American Title Company | DOJ-BP-0005060329 | DOJ-BP-0005058127 | DOJ-BP-0005060337 |
| R 18 09750 | Equity Title Agency, Inc. | DOJ-BP-0005060338 | DOJ-BP-0005060338 | DOJ-BP-0005060535 |
| R 18 09815 | Security Title Agency, Inc. | DOJ-BP-0005060536 | DOJ-BP-0005060536 | DOJ-BP-0005061085 |

| R 18 09816 | JP Morgan Chase | DOJ-BP-0005061086 | DOJ-BP-0005061086 | DOJ-BP-0005061502 |
|---|---|---|---|---|
| R 18 09817 | JP Morgan Chase | DOJ-BP-0005061503 | DOJ-BP-0005061503 | DOJ-BP-0005061504 |
| R 18 09818 | Fidelity National Title | DOJ-BP-0005061505 | DOJ-BP-0005061505 | DOJ-BP-0005062145 |
| | | DOJ-BP-0005061506 | | |
| R 18 09819 | Becker & House, PLLC | DOJ-BP-0005062293 | DOJ-BP-0005062146 | DOJ-BP-0005062293 |
| R 18 09820 | Clear Title Agency of Arizona | DOJ-BP-0005062294 | DOJ-BP-0005062294 | DOJ-BP-0005062515 |
| | | DOJ-BP-0005062424 | | |
| R 18 09821 | Empire West | DOJ-BP-0005062524 | DOJ-BP-0005062516 | DOJ-BP-0005062911 |
| R 18 09821 | PCBB | DOJ-BP-0005062914 | | |
| R 18 010109 | Navajo County Assessor's Office | DOJ-BP-0005040510 | DOJ-BP-0005040510 | DOJ-BP-0005040555 |
| R 18 010111 | Maricopa County Assessor's Office | DOJ-BP-0005040714 | DOJ-BP-0005040556 | DOJ-BP-0005040718 |
| R 18 010112 | Coconino County Assessor's Office | DOJ-BP-0005040750 | DOJ-BP-0005040719 | DOJ-BP-0005040758 |
| R 18 010113 | Country Bank | DOJ-BP-0005041013 | DOJ-BP-0005040759 | DOJ-BP-0005041066 |
| | | DOJ-BP-0005041014 | | |
| R 18 010389 | Maricopa County Treasurer's Office | DOJ-BP-0005041195 | DOJ-BP-0005041067 | DOJ-BP-0005041436 |
| | | DOJ-BP-0005041435 | | |
| R 18 010391 | USAA Federal Savings Bank | DOJ-BP-0005041531 | DOJ-BP-0005041437 | DOJ-BP-0005041539 |
| R 18 011040 | BBVA Compass | DOJ-BP-0005041540 | DOJ-BP-0005041540 | DOJ-BP-0005041542 |
| R 18 011973 | Bank of America | DOJ-BP-0005041548 | DOJ-BP-0005041548 | DOJ-BP-0005041786 |
| R 18 011978 | Ally Bank/Ally Financial | DOJ-BP-0005041788 | DOJ-BP-0005041787 | DOJ-BP-0005041814 |
| R 18 011988 | Synchrony Bank | DOJ-BP-0005041991 | DOJ-BP-0005041815 | DOJ-BP-0005042034 |
| R 18 011990 | Republic Bank of Arizona | DOJ-BP-0005042035 | DOJ-BP-0005042035 | DOJ-BP-0005042174 |
| R 18 011992 | Nationwide Bank | DOJ-BP-0005042179 | DOJ-BP-0005042175 | DOJ-BP-0005042203 |
| | | DOJ-BP-0005042181 | | |

| | | | | |
|---|---|---|---|---|
| R 18 011996 | Goldman Sachs | DOJ-BP-0005042216 | DOJ-BP-0005042204 | DOJ-BP-0005042427 |
| | | DOJ-BP-0005042219 | | |
| R 18 011997 | Dime Community Bank | DOJ-BP-0005042428 | DOJ-BP-0005042428 | DOJ-BP-0005042476 |
| R 18 011998 | Compass Bank | DOJ-BP-0005042477 | DOJ-BP-0005042477 | DOJ-BP-0005042481 |
| R 18 011999 | Capital One | DOJ-BP-0005042782 | DOJ-BP-0005042482 | DOJ-BP-0005042801 |
| R 18 012000 | Barclays Bank Delaware | DOJ-BP-0005042802 | DOJ-BP-0005042802 | DOJ-BP-0005042938 |
| R 18 012412 | Wine Cellar Experts | DOJ-BP-0005042939 | DOJ-BP-0005042939 | DOJ-BP-0005042955 |
| R 18 012414 | Discover Bank | DOJ-BP-0005042997 | DOJ-BP-0005042956 | DOJ-BP-0005042997 |
| R 19 00845 | Umpqua Bank | DOJ-BP-0005062998 | DOJ-BP-0005062918 | DOJ-BP-0005063009 |
| | | DOJ-BP-0005063003 | | |
| R 19 00914 | Republic Bank of AZ | DOJ-BP-0005063010 | DOJ-BP-0005063010 | DOJ-BP-0005063064 |
| R 19 00940 | American Express | DOJ-BP-0005063066 | DOJ-BP-0005063065 | DOJ-BP-0005063075 |
| R 19 00941 | National Bank of Arizona | DOJ-BP-0005063077 | DOJ-BP-0005063076 | DOJ-BP-0005063416 |
| | | DOJ-BP-0005063079 | | |
| R 19 00942 | PayPal | DOJ-BP-0005063417 | DOJ-BP-0005063417 | DOJ-BP-0005063421 |
| R 19 00943 | JP Morgan Chase | DOJ-BP-0005063422 | DOJ-BP-0005063422 | DOJ-BP-0005064391 |
| | | DOJ-BP-0005063426 | | |
| R 19 00944 | Community First Credit Union | DOJ-BP-0005064392 | DOJ-BP-0005064392 | DOJ-BP-0005064403 |
| | | DOJ-BP-0005064398 | | |
| R 19 00945 | Bank of Marin | DOJ-BP-0005064429 | DOJ-BP-0005064404 | DOJ-BP-0005064455 |
| 2016R08754 | Wells Fargo | DOJ-BP-0005064508 | DOJ-BP-0005064510 | DOJ-BP-0005064512 |
| 2016R08754 | Texas Bank and Trust | DOJ-BP-0005064510 | DOJ-BP-0005064456 | DOJ-BP-0005064509 |