**feder law office, p.a.**
2930 e. camelback road, suite 160
phoenix, arizona 85016
(602) 257-0135
bf@federlawpa.com
fl@federlawpa.com
Bruce Feder - State Bar No. 004832
Attorney for Defendant, Scott Spear

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) | NO. CR18-00422 PHX SMB-003 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **DEFENDANT SCOTT SPEAR'S** |
| vs. | ) | **JOINDER IN [881] JOHN BRUNST'S** |
| | ) | **RESPONSE TO FEBRUARY 11, 2020** |
| Scott Spear, | ) | **COURT ORDER RE GRAND JURY** |
| | ) | **DISCLOSURE [DOCKET 879]** |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

The Defendant, Scott Spear, by and through his undersigned attorney, Bruce Feder of Feder Law Office, P.A., hereby joins in [881] John Brunst's Response to February 11, 2020 Court Order re Grand Jury Disclosure [879].   Mr. Spear adopts the legal positions and bases set forth in the Response as if fully set forth herein.

RESPECTFULLY SUBMITTED this 14th day of February, 2020.

**FEDER LAW OFFICE, P.A.**

/s/ Bruce Feder
Attorney for Defendant, Scott Spear

.   .   .

.   .   .

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of February, 2020, I electronically transmitted the foregoing to the Clerk of the Court via the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Kevin Rapp:**   Kevin.Rapp@usdoj.gov
**Andrew Stone:**   Andrew.Stone@usdoj.gov
**Margaret Perlmeter:**   Margaret.Perlmeter@usdoj.gov
**John Kucera:**   John.Kucera@usdoj.gov
**Reginald Jones:**   Reginald.Jones@usdoj.gov
**Peter S. Kozinets:**   Peter.Kozinets@usdoj.gov
*Attorneys for the United States*

**Anne Michelle Chapman,** anne@mscclaw.com

**Erin E. McCampbell,** emccampbell1@lglaw.com

**Anthony R. Bisconti,** tbisconti@bienertkatzman.com

**Ariel A. Neuman,** aan@birdmarella.com

**James C. Grant,** jimgrant@dwt.com

**Lee David Stein,** lee@mscclaw.com

**Paul J. Cambria,** pcambria@lglaw.com

**Robert Corn-Revere,** bobcornever@dwt.com

**Ronald Gary London,** ronnielondon@dwt.com

**Janey Henze Cook,** janey@henzecookmurphy.com

**John Lewis Littrell,** jlittrell@bmkattorneys.com

**Seetha Ramachandran,** Seetha.Ramachandran@srz.com

**Thomas H. Bienert,** Jr. tbienert@bienertkatzman.com

**Whitney Z. Bernstein,** wbernstein@bienertkatzman.com

**Gary S. Lincenberg,** glincenberg@birdmarella.com

**Gopi K. Panchapakesan,** gpanchapakesan@birdmarella.com

**Michael D. Kimerer,** mdk@kimerer.com

**Rhonda Elaine Neff,** rneff@kimerer.com

**David S. Eisenberg,** david@deisenbergplc.com

**Joy Malby Bertrand,** Joy.Bertrand@gmail.com

*By: /s/   A. Jones*

2