1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

                    Plaintiff,

      v.

Michael Lacey, et al.,

                    Defendants.

No. CR-18-00422-PHX-SMB

**ORDER**

Based upon the United States of America's Motion for Leave to File Excess Pages in support of its Motion *in Limine* to Determine Admissibility of Evidence, and good cause appearing,

     **IT IS HEREBY ORDERED** granting the Motion for Leave to File Excess Pages.

     Dated this _____ day of April, 2020.