# EXHIBIT

# E

| | |
|---|---|
| From: | Tony Knight [Tony_Knight@sitrick.com] |
| Sent: | Thursday, December 29, 2011 3:49 PM |
| To: | Jim Larkin; Edward E. McNally |
| Cc: | Michael Lacey; Steve Suskin; Mike Sitrick; Carl Ferrer |
| Subject: | RE: Tony pls make any edits in Lacey's draft (att'd) (priv + conf) |
| Attachments: | Tlk Pts and QA for AC360 v3.0 12-28-11.docx |

Attached please find a revised talk pts and QA with a point added about today's release and a couple of new questions and answers at the bottom.

-----Original Message-----
From: Jim Larkin [mailto:jim.larkin@villagevoicemedia.com]
Sent: Thursday, December 29, 2011 7:33 AM
To: Edward E. McNally
Cc: Tony Knight; Michael Lacey; Steve Suskin; Mike Sitrick; Carl Ferrer
Subject: Re: Tony pls make any edits in Lacey's draft (att'd) (priv + conf)

Ed:
We DO not need to pick a fight with DPD, the websites are the story. The story is calming down around the country, let's not create another news hook.
Larkin

Sent from my iPhone

On Dec 29, 2011, at 8:01, "Edward E. McNally" <EMcNally@kasowitz.com> wrote:

> Thanks Lacey.
>
> Tony, Re: Detroit Free Press, and your guidance on how we should best
> use this play:
>
> I suppose Suskin could encourage her to ask DPD why they held a press
> conf on Monday to single out Backpage -- and then have SAT on issuing
> any public warnings re: these 22 other websites for now, 2 or 3 days?
>
> The risk is be careful what we ask for.  DPD could feel compelled to
> respond w/ info they are otherwise not giving out.  Like "we have
> texts or computer or other evidence that it was the BP sites that were
> actually used to contact these victims".
>
> Obviously, we're much better off just muddying the waters out there
> today with the news of the 22 websites ... And not putting DPD on the
> spot, re: making them feel compelled to justify why they didn't issue
> the other 22 names.
>
> So, this analysis makes me think that, as you enter your own edits, we
> should tone down anything re: DPD.  We just need to get the reality of
> the 22 websites out there.
>
>
>
>
> Edward E. McNally
> Kasowitz, Benson, Torres & Friedman LLP

1

Highly Confidential                                                                                                   BP-AZGJ_01110825

> 1633 Broadway
> New York, New York 10019
> Tel. (212) 506-1708
> Fax (212) 835-5279
> EMcNally@kasowitz.com
>
> -----Original Message-----
> From: Michael Lacey [mailto:michael.lacey@villagevoicemedia.com]
> Sent: Thursday, December 29, 2011 9:51 AM
> To: Edward E. McNally
> Cc: Jim Larkin; Tony Knight; Steve Suskin; Mike Sitrick; Carl Ferrer
> Subject: Re: List of 22 other websites -- draft statement by
> Backpage.com (priv + conf)
>
> folks
>
> attached suggested edits ( prepared to be corrected re importance of
> tech data) lacey
>
> On 12/29/11, Edward E. McNally <EMcNally@kasowitz.com> wrote:
>> priv & conf -- atty-client comms & work product
>>
>> Larkin, Lacey, Steve and Tony --
>>
>> Would appreciate any edits to the attached proposed statement,
>> releasing the names of the 22 other websites that link to the Detroit
>> investigations.
>>
>> Chief Godbee texted me on my cell at 7:46 a.m. this morning to
>> acknowledge that he had received last night's Notice re: "speak now
>> or
>
>> forever hold your peace".  By their acknowledgement and silence, DPD
>> has indicated that there is no information from our proposed Notice
>> that they have asked us to withhold.  Carl is running some final
>> checks this a.m. on the five url links that BP has proposed for
>> release (they are currently in the draft).
>>
>> The att'd draft includes many of the strong talking points that were
>> in Steve's first statement on Tuesday.  We can't assume that
>> reporters
>
>> will go back and check to see what else Steve has said, previously,
>> so
>
>> we are including all the original strong statements about BP in here.
>>
>> At Don Moon's excellent suggestion, the first paragraph includes an
>> acknowledgement that there are real world grieving families in
> Detroit.
>>
>> My suggestion, subject to improvements by you and Tony, is that
>> Suskin
>
>> should first provide this statement and list to his contact at the
>> Detroit Free Press right away this morning.  And let them break it as
>> an exclusive, on a release we will not release more generally until

2

```
>> (say?) 12:00 noon.  Something like that.  But if Tony or you see a
>> better play, feel free to jump in.
>>
>> Then at noon Steve would send it to AP and all the others he
>> transmitted Tuesday's statement to --
>>
>> Your edits and suggestions are welcome --
>>
>> thanks -- McNally
>>
>>
>>
>>
>>
>>
>>
>> Edward E. McNally
>> Kasowitz, Benson, Torres & Friedman LLP
>> 1633 Broadway
>> New York, New York 10019
>> Tel. (212) 506-1708
>> Fax (212) 835-5279
>> EMcNally@kasowitz.com
>>
>>
>> This e-mail and any files transmitted with it are confidential and
>> may
>
>> be subject to the attorney-client privilege. Use or disclosure of
>> this
>
>> e-mail or any such files by anyone other than a designated addressee
>> is unauthorized. If you are not an intended recipient, please notify
>> the sender by e-mail and delete this e-mail without making a copy.
>>
>>
> <Detroit.DOC>
```

3

Highly Confidential
BP-AZGJ_01110827