# EXHIBIT

# Q

# POLICE DEPARTMENT
## CITY OF SCOTTSDALE, ARIZONA
# SEARCH WARRANT
## COUNTY OF MARICOPA, STATE OF ARIZONA

No. 2012-00616

TO ANY PEACE OFFICER IN THE STATE OF ARIZONA:

Proof by affidavit having been made this day to me by <u>Detective Scott Carpenter #541:</u>

I am satisfied that there is probable cause to believe that:

( )  on the person(s) of:

(X)  in the premises known as:

Backpage.com; 1201 E Jefferson Street, Phoenix, AZ, 85034

( )  in the vehicle(s) described as:

( )  On/In the electric devices described as follows:

there is now being possessed or concealed property or things described as:

Any and all information related to internet postings 15682949, 17946824, 16390455, 17753089, 13535811, 10777990, any posting containing the phone number (480)779-6145 to include all subscriber information such as name and address, date of birth, gender, date account created, account status, e-mail address, alternate e-mail address, registration from IP, date ID registered, and log-in IP addresses associated with session times and dates. Any and all methods of payment provided by the subscriber to Backpage.com for any services.

1

Which property or things:

- ( ) were stolen or embezzled
- (X) were used as a means for committing a public offense
- ( ) is (are) being possessed with the intent to use as a means of committing a public offense
- ( ) is (are) in the possession of _____ to whom it was delivered for the purpose of concealing it or preventing it from being discovered
- ( ) constitutes evidence tending to show that a public offense has been committed or that ... may have committed the offense.
- ( ) may be searched and inspected in the interest the public health, safety, or welfare as a part of an inspection program authorized by law
- ( ) is a person being sought who is the subject of an outstanding arrest warrant

Such public offense(s) being investigated are:

1st Degree Murder ARS 13-1105A1

Which occurred:

On June 22, 2012 at 11260 N 92nd St; #1057 in the City of Scottsdale, County of Maricopa, State of Arizona.

YOU ARE THEREFORE COMMANDED

(X) in the daytime (*excluding the time period between 10:00 PM and 6:30 AM*)

( ) or nighttime (*good cause therefore having been shown*)

to make a search of the above named or described person(s), premise(s), and vehicle(s) for the herein above described property or things, and if you find the same or any part

2

thereof, to retain such in your custody or in the custody of the Scottsdale Police Department, as provided by A.R.S. 13-3920.

Return this warrant to me within three (3) days of the date thereof, as directed by A.R.S. 13-1318.

Given under my hand and dated this ___ day of _____, 2012.

*[signature]*

Judge of the Maricopa County Superior Court

HONORABLE BARBARA HAMNER
MARICOPA COUNTY SUPERIOR COURT

3