# Exhibit A

```
 1                IN THE SUPERIOR COURT OF CALIFORNIA
 2                IN AND FOR THE COUNTY OF SACRAMENTO
 3        HONORABLE MICHAEL G. BOWMAN, JUDGE, DEPARTMENT 61
 4                           ---oOo---
 5   THE PEOPLE OF THE STATE OF CALIFORNIA )
                                           )   ORIGINAL
 6                                         )
                  -vs-                     )   Case Number:
 7                                         )   16FE019224
                                           )
 8   CARL FERRER, MICHAEL GERARD LACEY     )
     and JAMES ANTHONY LARKIN,             )
 9                              Defendants.)
                                           )
10   _____
11
                              ---oOo---
12
                  REPORTER'S TRANSCRIPT OF PROCEEDINGS
13
                  PENAL CODE SECTION 1275.1(f) HEARING
14
                              ---oOo---
15
                       THURSDAY, OCTOBER 13, 2016
16
                              ---oOo---
17
18
19
20
21
22
23
24
25
26
27                            ---oOo---
28              Araceli Plasencia, CSR No. 8687
```

SACRAMENTO OFFICIAL COURT REPORTERS

```
 1                      I N D E X
 2                       ---o0o---
 3   THURSDAY, OCTOBER 13, 2016                           1
 4   WITNESSES FOR DEFENDANTS LACEY AND LARKIN:
 5       DON BENNETT MOON
         Direct Examination by Mr. Cassman                4
 6       Cross-Examination by Ms. Mailman                 7
 7       MARGARET LARKIN
         Direct Examination by Mr. Cassman               21
 8       Cross-Examination by Ms. Mailman                23
 9   ARGUMENT BY MS. KRELL                               24
10   COURT'S RULING RE 1275.1(f) HEARING                 25
11   DEFENSE REQUEST TO FILE 977 WAIVERS                 25
12   PEOPLE REQUEST BAIL CONDITIONS                      25
13   DEFENDANTS SIGN 977 WAIVERS IN OPEN COURT           27
14   DEFENDANTS' PASSPORTS SURRENDERED                   27
15   DEMURRER BRIEFING SCHEDULING SET                    27
16   CERTIFICATE OF COURT REPORTER                       31
17
18                       ---o0o---
19
20
21
22
23
24
25
26
27
28
```

```
1    Q.      Do you currently represent Defendant Larkin in his
2    individual capacity?
3            MR. BLACKMON:  Do you mean, in connection with this
4    proceeding?
5    Q.      (By Ms. Mailman)  Do you currently represent
6    Defendant Larkin in his individual capacity?
7            THE COURT:  Either it's yes or no.
8            THE WITNESS:  Well, I suppose that --
9            MR. BLACKMON:  I object on the ground of vagueness,
10   your Honor.
11           THE COURT:  Tighten it up a little bit.  That's
12   sustained.
13   Q.      (By Ms. Mailman)  Is there currently an
14   attorney/client relationship between you and Defendant
15   Larkin?
16   A.      Yes.
17   Q.      Do you currently represent Defendant Lacey in his
18   individual capacity?
19           MR. BLACKMON:  Same objection.
20           THE COURT:  Sustained.
21           THE WITNESS:  Same answer as given.
22   Q.      (By Ms. Mailman)  So you currently have an
23   attorney/client privilege relationship between Defendant
24   Lacey and yourself?
25   A.      I do.
26   Q.      Do you have an attorney/client relationship
27   presently between yourself and backpage.com LLC?
28           MR. CASSMAN:  Objection, irrelevant.
```