1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CASE NO. CR-18-00422-PHX-SMB |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME TO RESPOND TO GOVERNMENT'S MOTION *IN LIMINE* TO DETERMINE ADMISSIBILITY OF EVIDENCE [931]** |
| vs. | |
| Michael Lacey, et al., | |
| Defendants. | Assigned to Hon. Susan M. Brnovich Courtroom 506 |
| | Trial Date:          August 17, 2020 |

The Court, having reviewed Defendants' Motion to Extend Time to Respond to Government's Motion *in Limine* to Determine Admissibility of Evidence (Dkt. 931) (the "Motion"), and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants' Motion (Doc. 936) is granted.  The Court orders the parties to meet and confer regarding the evidence the government seeks to admit through its motion *in limine* (Dkt. 931) by May 22, 2020.

**IT IS FURTHER ORDERED** granting Defendants an extension of time to file a response and the response will be due June 8, 2020.    Additionally, the Government has informally requested, with all parties copied, that the extension apply to all responses to all motions in limine.  The Court is not inclined to grant a blanket extension.  The extension

granted for this motion is based on specific reasons given that most likely don't apply to the other motions.  If there are extenuating circumstances relating to other motions in limine, then a specific motion should be filed.

Dated this 1st day of May, 2020.

Honorable Susan M. Brnovich
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME TO RESPOND