1 MICHAEL BAILEY
United States Attorney
2 District of Arizona

3 KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
4 PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
5 Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
6 Phoenix, Arizona 85004-4408
Telephone (602) 514-7500
7
JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
8 Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1200
9 Los Angeles, CA 90012
Telephone (213) 894-3391
10
BRIAN BENCZKOWSKI
11 Assistant Attorney General
Criminal Division, U.S. Department of Justice
12
REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
13 Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
14 950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
15 Telephone (202) 616-2807
Attorneys for Plaintiff
16

17 IN THE UNITED STATES DISTRICT COURT

18 FOR THE DISTRICT OF ARIZONA

19
| United States of America, | No. CR-18-00422-PHX-SMB |
20
| Plaintiff, | **UNITED STATES' MOTION TO EXTEND DEADLINE FOR RESPONSE TO DEFENDANTS' MOTION TO DISMISS (Doc. 940)** |
21
| v. | |
22
| Michael Lacey, et al., | (First Request) |
23
| Defendants. | |
24

25

26        The United States moves for an extension of time to file its response to Defendants'

27 Motion to Dismiss, which Defendants filed on May 1, 2020. (Doc. 940.)   The current

28 deadline is May 15, 2020.  The United States requests a brief extension to and including

1   June 5, 2020.  Counsel for the United States sought Defendants' position on this brief

2   extension via email.  As of this filing, the government has heard from counsel for every

3   Defendant except Vaught.  Counsel for Larkin, Lacey, Spear, Brunst, and Padilla take no

4   position on the government's request.

5         Good cause exists to grant the government a brief extension.  First, the government

6   has not had an opportunity to begin analyzing Defendants' motion in any detail, because it

7   has been working on filing responses to Defendants' seven motions *in limine*, which will

8   be filed today, May 8, 2020.  Second, as the Court notes, this motion is Defendants' sixth

9   motion to dismiss.  (Doc. 951.)  This particular motion, however, was filed months after

10   the substantive motions deadline. (Doc. 664 (October 18, 2019 deadline).)  And two weeks

11   after the motion *in limine* deadline. (Doc. 900.)  The government was planning on shifting

12   its focus from motion practice to finalizing the proposed jury instructions, verdict form,

13   voir dire, and the statement of the case, along with preparing witnesses for trial.  (*See id.*)

14   The additional time is therefore necessary to provide the government sufficient time to

15   analyze Defendants' latest motion to dismiss and respond to its allegations.

16         The government requests a brief extension to file its response to Defendants' Motion

17   to Dismiss to and including June 5, 2020.  A proposed form of Order is lodged herewith.

18         Excludable delay under 18 U.S.C. § 3161(h) may occur as a result of this motion or

19   an order based thereon.

20         Respectfully submitted this 8th day of May, 2020.

21       MICHAEL BAILEY
    United States Attorney
22       District of Arizona

23       *s/ Andrew C. Stone*
    KEVIN M. RAPP
24       MARGARET PERLMETER
    PETER S. KOZINETS
25       ANDREW C. STONE
    Assistant U.S. Attorneys
26
    JOHN J. KUCERA
27       Special Assistant U.S. Attorney

28

1

2

BRIAN BENCZKOWSKI
Assistant Attorney General
U.S. Department of Justice
Criminal Division, U.S. Department of Justice

3

4

5

REGINALD E. JONES
Senior Trial Attorney
U.S. Department of Justice, Criminal Division
Child Exploitation and Obscenity Section

6

7

8

9

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 8th day of May, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

10

*s/ Marjorie Dieckman*
U.S. Attorney's Office

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28