# EXHIBIT

# A



**U.S. Department of Justice**

United States Attorney
District of Arizona

Two Renaissance Square     Main: (602) 514-7500
40 N. Central Ave., Suite 1800     Main Fax: (602) 514-7693
Phoenix, AZ 85004-4408     Direct Fax: (602) 514-7450

March 27, 2020

Bruce Feder, Esq.
Biltmore Lakes Corporate Center
Suite 160
2930 E. Camelback Road
Phoenix, Arizona 85016

**VIA EMAIL ONLY**

Re:    *Response to March 18, 2020 Letter*

Dear Bruce:

This letter responds to your letter dated March 18, 2020.

<u>First</u>, you question why you haven't received a disclosure from the government under Local Criminal Rule 16.1. This is because no such statements exist under the rule. As you know, LRCrim 16.1 only applies to statements subject to a court hearing prior to admission at trial. *United States v. Hall,* 742 F.2d 1153, 1156 (9th Cir. 1984) (analyzing predecessor to LRCrim 16.1). In analyzing this rule, the Ninth Circuit found that the "rule is inapplicable to statements made by the defendant to witnesses other than law enforcement personnel or their agents." *United States v. Long,* 455 F.2d 962, 963 (9th Cir. 1972).

Here, while the government has produced thousands of statements made by Defendants, predominantly through emails, the government does not possess any statements made by Defendants to law enforcement personnel. As you are aware, the investigating agents did not attempt to interrogate Defendants before or after their arrests.[1]

<u>Second</u>, you request the government make a comprehensive disclosure that includes "the name of the witness(es) through which the government will attempt to introduce each exhibit . . . and which exhibits and witnesses the government will attempt to use for each count." Your stated rationale for seeking this omnibus disclosure is to "reduce delays" at trial. We agree with that sentiment. To that end, we have already provided much of what you seek. On February 11, 2020, the government sent you a spreadsheet that identified by Bates number(s) the relevant financial records that relate to Counts 53-100 in the Superseding Indictment. Further, we have provided all Backpage ads associated with the Travel Act counts.

---

[1] Further, no Defendant, with the exception of Joye Vaught, testified before a federal grand jury. And we do not intend to admit Vaught's grand jury testimony in the government's case-in-chief.

March 27, 2020
Page 2 of 3

In addition, with an eye towards streamlining trial, we propose that the parties agree to disclose the name of the witness and exhibits the party intends to admit through that witness 48 hours before the witness testifies.  If a party has an objection to an exhibit then an objection can be raised before the witness testifies.  This expedites the presentation by allowing the parties to simply introduce and publish the exhibits to the jury.  If you are agreeable to this process, we can enter into a stipulation and proceed in that fashion.

<u>Third and finally</u>, you inquire about *Jencks* statements for 28 witnesses listed on the government's witness list.  These witnesses fall into one of the following three categories.

i. The government no longer intends to call the witness.

- SA Donald Ellsworth
- Julie Raine
- La Tamara Barlow
- Leila Marie Matthews

ii. *Jencks* Act statements (or in many cases statements that were not adopted by the witness) have already been disclosed and these documents are identified below.

- Brian Alstadt – DOJ-BP-0004735048 to DOJ-BP-0004735051
- Andrea Powell – DOJ-BP-0005069142 to DOJ-BP-0005069144; DOJ-BP-0005069264; DOJ-BP-0005069265 to DOJ-BP-0005069266
- Det. Brian Griffin – DOJ-BP-0004683944 to DOJ-BP-0004683957; DOJ-BP-0004738633
- Christi Decoufle – in document beginning at DOJ-BP-0004735224, DOJ-BP-0004735237 to DOJ-BP-0004735241 and DOJ-BP-0004735290 to DOJ-BP-0004735295; in document beginning at DOJ-BP-0004735354, DOJ-BP-0004735414 to DOJ-BP-0004735416 and DOJ-BP-0004735439 to DOJ-BP-0004735440; in document beginning at DOJ-BP-0004859638, DOJ-BP-0004859830 to DOJ-BP-0004859838, (additional reports to be disclosed)
- Diedre Gotjen – DOJ-BP-0004859580 to DOJ-BP-0004859596
- Jason McGoldrick – DOJ-BP-0001656881; DOJ-BP-0000000886
- Nacole Svendgard – DOJ-BP-0004881275 to DOJ-BP-0004881327 (additional reports to be disclosed)
- Yvonne Ambrose – DOJ-BP-0005069047 to DOJ-BP-0005069048
- SA Quoc Thai – summary exhibits disclosed in email from A. Stone on January 24, 2020 (additional summary exhibits to be disclosed)
- Breahannah Leary – DOJ-BP-0004684582 to DOJ-BP-0004684584 (additional reports to be disclosed)
- NAAG representative – DOJ-BP-0000003653-DOJ-BP-0000003659 (a witness will be called to authenticate letters sent to Defendants)
- Byron Fassett – DOJ-BP-0000002136; DOJ-BP-0000002139- DOJ-BP-0000002141; DOJ-BP-0001373857; DOJ-BP-0000089422; DOJ-BP-0000000799; DOJ-BP-0000004414; DOJ-BP-0000003712; DOJ-BP-0000029078- DOJ-BP-0000029079; DOJ-BP-0000050890; DOJ-BP-0000052010- DOJ-BP-0000052011; DOJ-BP-0000038133; DOJ-BP-

March 27, 2020
Page 3 of 3


       0000050890; DOJ-BP-0001651720; DOJ-BP-0000052965; DOJ-BP-0004424707- DOJ-BP-0004424708; DOJ-BP-0000089132; DOJ-BP-0000000174- DOJ-BP-0000000175; DOJ-BP-0000089323; DOJ-BP-0000089339; DOJ-BP-0000089340

- Nichole Skinner – DOJ-BP-0005069036- DOJ-BP-0005069038
- SA Tera Mackey – DVDs 1 and 3 attached to government's eleventh disclosure, dated September 23, 2019

iii. No *Jencks* Act statements exist either because the witness has not provided a statement or has not yet adopted the statement (*see* 18 U.S.C. § 3500).

- Brian Paterge
- Brittany MacMartin
- Justin Dew
- Paul Paolucci
- Sharon W. Cooper
- FBI SA Steven Vienneau
- Nedra Wright
- Det. for Naomi Figueroa (Det. Donna Gavin)
- FBI SA Jonathan Williamson
- Mickey Hansen

If you have any additional questions regarding discovery please do not hesitate to contact us.

        Sincerely,

        MICHAEL BAILEY
        United States Attorney
        District of Arizona

        */s Kevin Rapp*
        KEVIN M. RAPP
        MARGARET PERLMETER
        PETER S. KOZINETS
        ANDREW C. STONE
        Assistant U.S. Attorneys

        BRIAN BENCZKOWSKI
        Assistant Attorney General
        Criminal Division
        U.S. Department of Justice

        REGINALD E. JONES
        Senior Trial Attorney, CEOS
        Criminal Division
        U.S. Department of Justice