1   Thomas H. Bienert, Jr. *(admitted pro hac vice)*
        tbienert@bmkattorneys.com
2   Whitney Z. Bernstein *(admitted pro hac vice)*
        wbernstein@bmkattorneys.com
3   BIENERT KATZMAN, PLC
    903 Calle Amanecer, Suite 350
4   San Clemente, CA 92673
    Telephone: (949) 369-3700
5   Facsimile: (949) 369-3701

6   Attorneys for James Larkin

7   Paul J. Cambria, Jr. *(admitted pro hac vice)*
        pcambria@lglaw.com
8   Erin McCampbell *(admitted pro hac vice)*
        emccampbell@lglaw.com
9   LIPSITZ GREEN SCIME CAMBRIA LLP
    42 Delaware Avenue, Suite 120
10  Buffalo, New York 14202
    Telephone: (716) 849-1333
11  Facsimile: (716) 855-1580

12  Attorneys for Michael Lacey

13  *[Additional counsel listed on next page]*

14

## IN THE UNITED STATES DISTRICT COURT

15

## FOR THE DISTRICT OF ARIZONA

16

17

18  United States of America,

            Plaintiff,

19      vs.

20  Michael Lacey, *et al.*,

21          Defendants.

22

23

CASE NO. 2:18-cr-00422-PHX-SMB

**DEFENDANTS LACEY, LARKIN, BRUNST, AND SPEAR'S NOTICE OF ERRATA RE EXHIBIT 6 TO MOTION TO DISMISS BASED ON OUTRAGEOUS GOVERNMENT MISCONDUCT INVADING ATTORNEY-CLIENT PRIVILEGE**

24

25

26

27

28

Case No. 2:18-cr-00422-PHX-SMB

NOTICE OF ERRATA RE EXHIBIT 6 TO MOTION TO DISMISS BASED ON OUTRAGEOUS GOVERNMENT
MISCONDUCT INVADING ATTORNEY-CLIENT PRIVILEGE

1  Gary S. Lincenberg *(admitted pro hac vice)*
       glincenberg@birdmarella.com
2  Ariel A. Neuman *(admitted pro hac vice)*
       aneuman@birdmarella.com
3  Gopi K. Panchapakesan *(admitted pro hac vice)*
       gpanchapakesan@birdmarella.com
4  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW, P.C.
5  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
6  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110
7
   Attorneys for John Brunst
8
   Bruce Feder (AZ Bar No. 004832)
9     bf@federlawpa.com
   FEDER LAW OFFICE, P.A.
10 2930 E. Camelback Road, Suite 160
   Phoenix, Arizona 85016
11 Telephone: (602) 257-0135

12 Attorney for Scott Spear

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 2:18-cr-00422-PHX-SMB

NOTICE OF ERRATA RE EXHIBIT 6 TO MOTION TO DISMISS BASED ON OUTRAGEOUS GOVERNMENT MISCONDUCT INVADING ATTORNEY-CLIENT PRIVILEGE

1      Defendants Michael Lacey, James Larkin, John Brunst, and Scott Spear hereby

2  file this Notice of Errata with respect to their Motion to Dismiss Based on Outrageous

3  Government Misconduct Invading Attorney-Client Privilege [Dkt No. 940]: The

4  document attached as Exhibit 6 to the Declaration of Ariel A. Neuman was a different

5  May 18, 2018 letter from government counsel than was intended.  Attached is a new

6  declaration, with the replacement Exhibit 6.

7

8  DATED:  May 12, 2020          Thomas H. Bienert, Jr.

9                           Whitney Z. Bernstein

10                        BIENERT KATZMAN PC

11                        By:      *s/ Thomas H. Beienert, Jr.*

12                                 Thomas H. Bienert, Jr.

                        Attorneys for James Larkin

13

14  *Pursuant to the District's Electronic Case Filing Administrative Policies and Procedures Manual (Jan. 2020) § II (C) (3), Thomas H. Bienert, Jr., hereby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.*

15

16  DATED:  May 12, 2020          Paul J. Cambria, Jr.

                        Erin McCampbell

17                        LIPSITZ GREEN SCIME CAMBRIA LLP

18                        By:      *s/ Paul J. Cambria, Jr.*

19                                  Paul J. Cambria, Jr.

20                        Attorneys for Michael Lacey

21

22

23

24

25

26

27

28

NOTICE OF ERRATA RE EXHIBIT 6 TO MOTION TO DISMISS BASED ON OUTRAGEOUS GOVERNMENT
MISCONDUCT INVADING ATTORNEY-CLIENT PRIVILEGE

1  DATED:  May 12, 2020            Respectfully submitted,

2                                  Gary S. Lincenberg
3                                  Ariel A. Neuman
                                   Gopi K. Panchapakesan
4                                  BIRD, MARELLA, BOXER, WOLPERT,
5                                  NESSIM, DROOKS, LINCENBERG &
                                   RHOW, P.C.
6

7                                  By:    _s/Gary S. Lincenberg_
8                                             Gary S. Lincenberg
9                                     Attorneys for John Brunst

10

11  DATED:  May 12, 2020            FEDER LAW OFFICE, P.A.

12                                  By:    _s/ Bruce Feder_
13                                             Bruce Feder
14                                     Attorneys for Scott Spear

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF ERRATA RE EXHIBIT 6 TO MOTION TO DISMISS BASED ON OUTRAGEOUS GOVERNMENT
MISCONDUCT INVADING ATTORNEY-CLIENT PRIVILEGE

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 12, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*/s/ Toni Thomas*
Toni Thomas

Case No. 2:18-cr-00422-PHX-SMB

DEFENDANTS LACEY, LARKIN, BRUNST, AND SPEAR'S NOTICE OF ERRATA RE MOTION TO DISMISS
BASED ON OUTRAGEOUS GOVERNMENT MISCONDUCT INVADING ATTORNEY-CLIENT PRIVILEGE