MICHAEL BAILEY
United States Attorney
District of Arizona

KEVIN M. RAPP (AZ Bar No. 014249)
  kevin.rapp@usdoj.gov
MARGARET PERLMETER (AZ Bar No. 024805)
  margaret.perlmeter@usdoj.gov
PETER S. KOZINETS (AZ Bar No. 019856)
  peter.kozinets@usdoj.gov
ANDREW C. STONE (AZ Bar No. 026543)
  andrew.stone@usdoj.gov
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500

JOHN J. KUCERA (CA Bar No. 274184)
  john.kucera@usdoj.gov
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1200
Los Angeles, CA 90012
Telephone (213) 894-3391

REGINALD E. JONES (MS Bar No. 102806)
  reginald.jones4@usdoj.gov
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave NW, Room 2116
Washington, DC 20530
Telephone: (202) 616-2807

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CASE NO. 2:18-cr-00422-004-PHX-SMB |
| Plaintiff, | **NOTICE OF FILING JOINT PROPOSED JURY QUESTIONNAIRE** |
| vs. | |
| Michael Lacey, et al., | |
| Defendants. | |

3657060.1

1  The United States, along with counsel for Defendants, hereby files its Joint
2  Proposed Jury Questionnaire, in compliance with the Court's Order in (Doc. 1016).

4  DATED: June 26, 2020    Respectfully submitted,

       MICHAEL BAILEY
       United States Attorney
       District of Arizona

       By:  _____/s/ Margaret Perlmeter_____

       KEVIN M. RAPP
       MARGARET PERLMETER
       PETER S. KOZINETS
       ANDREW C. STONE
       JOHN J. KUCERA
       Assistant U.S. Attorneys

       BRIAN BENCZKOWSKI
       Assistant Attorney General
       Criminal Division, U.S. Department of Justice

       REGINALD E. JONES
       Senior Trial Attorney
       U.S. Department of Justice, Criminal Division
       Child Exploitation and Obscenity Section

       Attorneys for Plaintiff

*Pursuant to the District's Electronic Case Filing Administrative Policies and Procedures Manual (January 2020) § II (C) (3), Margaret Perlmeter herby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.*

| | |
|---|---|
| DATED: June 26, 2020 | Thomas H. Bienert, Jr.<br>Whitney Z. Bernstein<br>BIENERT KATZMAN PC<br><br>By:  */s/ Thomas H. Bienert, Jr.*<br>Thomas H. Bienert, Jr.<br>Attorneys for Defendant James Larkin |
| DATED: June 26, 2020 | Gary S. Lincenberg<br>Ariel A. Neuman<br>Gopi K. Panchapakesan<br>BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.<br><br>By:  */s/ Gary S. Lincenberg*<br>Gary S. Lincenberg<br>Attorneys for Defendant John Brunst |
| DATED: June 26, 2020 | Paul J. Cambria, Jr.<br>Erin McCampbell<br>LIPSITZ GREEN SCIME CAMBRIA LLP<br><br>By:  */s/ Paul J. Cambria, Jr.*<br>Paul J. Cambria, Jr.<br>Attorneys for Defendant Michael Lacey |
| DATED: June 26, 2020 | FEDER LAW OFFICE, P.A.<br><br>By:  */s/ Bruce Feder*<br>Bruce Feder<br>Attorney for Defendant Scott Spear |
| DATED: June 26, 2020 | DAVID EISENBERG PLC<br><br>By:  */s/ David Eisenberg*<br>David Eisenberg<br>Attorney for Defendant Andrew Padilla |

DATED: June 26, 2020      JOY BERTRAND ESQ LLC

By:    */s/ Joy Malby Bertrand*
        Joy Malby Bertrand
    Attorney for Defendant Joye Vaught

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*/s/ Margaret Perlmeter*
U.S. Attorney's Office