IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>Scott Spear,<br>　　　　　　Defendant. | No. CR-18-00422-03-PHX-SMB<br><br>**ORDER** |

The Court having considered Defendant Spear's Motion to Modify his Conditions of Release, and good cause appearing,

**IT IS ORDERED** granting Defendant Spear's Motion to Modify his Conditions of Release (Doc. 1043).

**IT IS FURTHER ORDERED** modifying Defendant Spear's release conditions to reflect the removal of the condition requiring Mr. Spear to maintain or actively seek verifiable employment and provide proof of such to Pretrial Services.

Dated this 28th day of July, 2020.

_____
Honorable Susan M. Brnovich
United States District Judge