# Exhibit 16

# SHOCKING FACTS





**199,000+** American kids at risk of domestic human trafficking each year in the U.S.

The average age a teen enters the sex trade in Arizona is **14 YEARS OLD**. Law enforcement has seen girls as young as 9 sold for sex.



**300+** ads are placed each day in Phoenix on Backpage.com for adult services – with an estimated 20% for girls under 18.



**1 OUT OF EVERY 3** teens on the street will be lured into prostitution within 48 hours of leaving home.



A victim who is rented for sex acts with 10 different men per night, 7 nights a week, for an average of 5 years would be raped by more than **18,000 BUYERS** during the course of victimization.

The FBI states that once in prostitution, the average **life expectancy of a child is 7 years** due to homicide and HIV/AIDS.

The yearly average a sex trafficker makes on one child is **$175,000**



**78,000 MEN** in Phoenix are online sex ad customers.



**70-90%** of child victims were sexually abused prior to being trafficked.



TRUST
training and resources united to stop trafficking

www.TRUSTaz.org



National Human Trafficking Hotline
**1-888-373-7888**
Text INFO or HELP to BeFree (233733)



# SHOCKING FACTS

# HUMAN TRAFFICKING

- The buying and selling of human beings worldwide generates approximately $150 billion dollars a year; two-thirds of that is from sex trafficking. Global profits from human trafficking are second only to drug trafficking. The rate of growth in human trafficking, however, is outpacing all other forms of illegal enterprise. *(United Nations)*

- The estimated number of men, women, and children who are trafficked at any one time worldwide may reach as high as 27 million (State Department Trafficking in Persons Report 2013)

- An estimated 100,000 American kids are victims of domestic human trafficking each year in the United States.  (2013 Congressional Research Service report)

- Only 1-2% of human trafficking victims are ever identified. (Polaris Project)

- The average age a teen enters the sex trade in Arizona is 14 years old, but nationally the average age is 13. (Shared Hope International Rapid Assessment Fact Sheet on Arizona)

- A victim who is rented for sex acts with 5 different men per night, five nights a week, for an average of 5 years would be raped by 6000 buyers during the course of victimization (Shared Hope International)

- Law enforcement has seen girls as young as 9 sold for sex in Arizona. (Phoenix Police Department Vice Unit)

- Criminal street gangs now involved in prostituting juveniles include well-known and organized gangs such as Bloods, Crips and Hells Angels, as well as many others. (FBI report)

- Over 300 ads are placed each day in Phoenix on Backpage.com for adult services – with an estimated 20% for girls under 18. (ASU STIR Study)

- Eighty-percent of all "adult services" ads are placed on Backpage.com. (AIM Research Report)

- Backpage.com is listed as a privately held Arizona corporation, with headquarters in Phoenix, Arizona and offices in Texas (Arizona Corporation Commission)

- 78,000 men in Phoenix are online sex ad customers- (ASU STIR study)

- The FBI states that the average life expectancy of a child once in prostitution is 7 years due to homicide and HIV/AIDS (Melisa Farley of Prostitution Research and Education)

- One out of every three teens on the street will be lured into prostitution within 48 hours of leaving home. (National Runaway Switchboard)

- As many as 2.8 million children run away each year in the US. (*The National Center for Missing and Exploited Children*)

- the *American Journal of Epidemiology* reported that prostitutes suffer a 'workplace homicide rate' 51 times higher than that of the next most dangerous occupation, working in a liquor store and that the average age of death for a prostitute is 34.

- Prostitution is illegal in 49 States in the U.S. and all but two rural counties in Nevada.

