MICHAEL BAILEY
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

DAN G. BOYLE (N.Y. Bar No. 5216825, daniel.boyle2@usdoj.gov)
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1400
Los Angeles, CA 90012
Telephone (213) 894-2426

BRIAN C. RABBITT
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>          v.<br><br>Michael Lacey, et al.,<br><br>                    Defendants. | No. CR-18-00422-PHX-SMB<br><br>**UNITED STATES' MOTION TO CONFIRM TRIAL SUBPOENAS** |

        The United States respectfully requests the Court to confirm the trial subpoenas

issued to all witnesses for the previous jury trial dates of May 5, 2020, August 17, 2020,

1    and January 12, 2021, to remain in effect for the current jury trial set for April 12, 2021.

2        Respectfully submitted this 13th day of October, 2020.

3

4                          MICHAEL BAILEY
                             United States Attorney

5                          District of Arizona

6                          *s/ Kevin M. Rapp*
                         KEVIN M. RAPP

7                          MARGARET PERLMETER
                         PETER S. KOZINETS

8                          ANDREW C. STONE
                         Assistant U.S. Attorneys

9                          DAN G. BOYLE
                         Special Assistant U.S. Attorney

10

11                          BRIAN C. RABBIT
                         Assistant Attorney General

12                          U.S. Department of Justice, Criminal Division

13                          REGINALD E. JONES
                         Senior Trial Attorney

14                          U.S. Department of Justice, Criminal Division
                         Child Exploitation and Obscenity Section

15

16

17

18

19

20                      **CERTIFICATE OF SERVICE**

21        I hereby certify that on this same date, I electronically transmitted the attached

22 document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

23 Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance

24 as counsel of record.

25

26 *s/ Joy Faraj*
U.S. Attorney's Office

27

28