Exhibit B

Thomas H. Bienert, Jr. (CA Bar No.135311, admitted *pro hac vice*)
Whitney Z. Bernstein (CA Bar No. 304917, admitted *pro hac vice*)
BIENERT | KATZMAN PC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile: (949) 369-3701
tbienert@bienertkatzman.com
wbernstein@bienartkatzman.com
*Attorneys for James Larkin*

Paul J. Cambria, Jr. (NY Bar No.1430909, admitted *pro hac vice*)
Erin McCampbell (NY Bar No. 4480166, admitted *pro hac vice*)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580
pcambria@lglaw.com
emccampbell@lglaw.com
*Attorneys for Michael Lacey*

Additional counsel listed on next page

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Michael Lacey, *et al.*,<br><br>　　　　Defendants. | CASE NO. 2:18-cr-00422-PHX-SMB<br><br>**DEFENDANTS' JOINT DECLARATION IN SUPPORT OF DEFENDANTS' REPLY TO MOTION FOR RECUSAL**<br><br>[Filed Concurrently with Defendants' Reply In Support of Motion for Recusal (Doc. 1059)]<br><br>(Oral Argument Requested) |

1  Gary S. Lincenberg (CA Bar No. 123058, *admitted pro hac vice*)
2  Ariel A. Neuman (CA Bar No. 241594, *admitted pro hac vice*)
   Gopi K. Panchapakesan (CA Bar No. 279856, *admitted pro hac vice*)
3  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW PC
4  1875 Century Park East, 23rd Floor
5  Los Angeles, California 90067-2561
   Telephone: (310) 201-2100
6  Facsimile: (310) 201-2110
   glincenberg@birdmarella.com
7  aneuman@birdmarella.com
   gpanchapakesan@birdmarella.com
8  *Attorneys for John Brunst*
9
   Bruce Feder (AZ Bar No. 004832)
10 FEDER LAW OFFICE PA
11 2930 E. Camelback Road, Suite 160
   Phoenix, Arizona 85016
12 Telephone: (602) 257-0135
   bf@federlawpa.com
13 *Attorney for Scott Spear*
14
   David Eisenberg (AZ Bar No. 017218)
15 DAVID EISENBERG PLC
16 3550 N. Central Ave., Suite 1155
   Phoenix, Arizona 85012
17 Telephone: (602) 237-5076
   Facsimile: (602) 314-6273
18 david@deisenbergplc.com
19 *Attorney for Andrew Padilla*
20 Joy Malby Bertrand (AZ Bar No. 024181)
   JOY BERTRAND ESQ LLC
21 P.O. Box 2734
22 Scottsdale, Arizona 85252
   Telephone: (602)374-5321
23 Facsimile: (480)361-4694
   joy.bertrand@gmail.com
24 *Attorney for Joye Vaught*
25
26
27
28

DEFENDANTS' JOINT DECLARATION IN SUPPORT OF MOTION FOR RECUSAL

We, Thomas H. Bienert, Jr., Paul Cambria, Jr., Bruce Feder, Gary Lincenberg, David Eisenberg, and Joy Bertrand, declare as follows:

1. We are counsel for the Defendants in this matter. We submit this joint declaration in support of the Motion to Recuse ("Motion") (Dkt. 1059), to address a matter raised by the government in its opposition.

2. Prior to September 2020, we had not seen any information that led us even to consider a recusal motion. As stated in the Motion, in September 2020, we first became aware of the booklet (as defined in the Motion). The discovery of the booklet led to an investigation of other statements and actions by Arizona Attorney General Mark Brnovich relevant to this case. That investigation was conducted with the utmost haste, and uncovered virtually all the facts set forth in the Motion.

3. Once we examined those facts, and the pertinent law, we concluded not only that we were ethically obligated to raise the issue with the Court but also that there were abundant reasons to believe that AG Brnovich had an interest that might be affected and that the Court's impartiality might reasonably be questioned. *See In re Bernard*, 31 F.3d 842, 847 (9th Cir. 1994). After determining that a motion seeking recusal was warranted, we worked diligently to draft and file the Motion at the earliest possible date.

4. When this case was assigned to the Hon. Susan M. Brnovich, we were either aware or were made aware that her spouse is Attorney General Mark Brnovich. We did not conduct any investigation into Attorney General Mark Brnovich's views, statements, or actions regarding Backpage.com or this case. We know of no affirmative obligation to investigate a judge's spouse and we had no reason to suspect that he had made statements, issued written materials, or otherwise associated himself with this case in the manner set forth in the motion.

5. When this case began in April 2018, some (but not all) of us were aware that various Attorneys General had written letters to Backpage.com and to Congress. Those of us who were aware of this series of letters did not focus on the August 16, 2017 letter (the only letter signed by Attorney General Mark Brnovich), as it was sent to Congress (not Backpage.com) and it was not identified as a potential trial exhibit. Likewise, none of us focused on the fact that Attorney General Mark Brnovich was one of the dozens of signatories to the August 16, 2017, letter (at the time, he

had no connection to this case). During our trial preparations, which have included sifting through millions of documents produced by the government, none of us focused on this one letter.

6. After discovering the booklet, the defense conducted targeted searching for Attorney General Brnovich's public statements relating to Backpage.com. One of those searches hit on the August 16, 2017, letter. After reviewing the letter following that search, we first realized the pertinence of the letter to the issue of recusal, seeing that Attorney General Brnovich had signed the letter and made the claims he did about Backpage.com in the letter.

7. Before discovering the booklet and conducting our ensuing investigation, we never believed we had a basis to seek recusal nor were we aware of facts that caused us to believe we might even have a basis to seek recusal. When we first became aware of facts that might provide a basis for recusal, in September 2020, we promptly investigated further and filed the Motion less than two weeks later. We never postponed investigating or pursuing recusal, whether for strategic reasons or otherwise.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of October, 2020, at San Clemente, California.

*s/Thomas H. Bienert, Jr.*
Thomas H. Bienert, Jr.
Attorney for James Larkin

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of October, 2020, at Buffalo, New York.

*s/ Paul J. Cambria, Jr.*
Paul J. Cambria, Jr.
Attorney for Michael Lacey

2
DEFENDANTS' JOINT DECLARATION IN SUPPORT OF MOTION FOR RECUSAL

1  I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of October, 2020, at Phoenix, Arizona.

*s/ Bruce Feder*
Bruce Feder
Attorney for Scott Spear

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of October, 2020, at Los Angeles, California.

*s/ Gary S. Lincenberg*
Gary S. Lincenberg
Attorney for John Brunst

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of October, 2020, at Flagstaff, Arizona.

*s/ David Eisenberg*
David Eisenberg
Attorney for Andrew Padilla

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of October, 2020, at Scottsdale, Arizona.

*s/ Joy Bertrand*
Joy Bertrand
Attorney for Joye Vaught