**EXHIBIT D**



Menu



RECENT BLOG ARTICLES



**HARVARD HEALTH BLOG**

# What is COVID-19 brain fog — and how can you clear it?



March 08, 2021

By: **Andrew E. Budson, MD**, Contributor

As a cognitive behavioral neurologist, I've been hearing from many individuals who are complaining of "brain fog" after infection with COVID-19. So I thought it was worth discussing exactly what COVID-19 brain fog is, and some things to do that might help clear it.

# What is brain fog?

Let's start by trying to understand brain fog. Brain fog is not a medical or scientific term; it is used by individuals to describe how they feel when their thinking is sluggish, fuzzy, and not sharp.

We all experience this feeling from time to time. Perhaps you couldn't think clearly when you were sick with the flu or another illness. Maybe you were jet-lagged and your thinking was sluggish because it felt like it was 2 AM. Or perhaps you took an antihistamine or another medication that made your thinking fuzzy for a few hours. In each case you probably just waited to get back to normal, whether that meant recovering from your illness, adjusting to the new time zone, or waiting for the side effects of the medication to wear off.

But what if your thinking didn't return to normal?

# What is COVID-19 brain fog?



Recently I received an email from a man who described how he is still struggling with "cognitive challenges" since recovering from the virus in the spring of 2020. His doctor ran him through a checkup and a battery of tests. Everything was normal, yet his cognitive challenges remain. Like this man, many people who have recovered from the acute, life-threatening effects of COVID-19, but still don't feel that their thinking and memory are back to normal.

## How COVID-19 affects the brain

There are many ways that COVID-19 can damage the brain. As I described in a previous blog post, some can be devastating, such as encephalitis, strokes, and lack of oxygen to the brain. But other effects may be more subtle, such as the persistent impairment in sustained attention noted by Chinese researchers.

In addition to direct effects on the brain, COVID-19 can also have long-term effects on other organ systems. So-called long haulers can have other lingering symptoms including fatigue, body aches, inability to exercise, headache, and difficulty sleeping. Some of these problems may be due to permanent damage to their lungs, heart, kidneys, or other organs. Damage to these organs — or even just the symptoms by themselves — can impair thinking and memory and cause brain fog. For example, how can you think clearly if you're feeling fatigued and your body is aching? How can you concentrate if you were up half the night and awoke with a headache?

## What should you do if you may be experiencing COVID-19 brain fog?

The first and most important thing to do is to see your doctor and share with them all of the lingering symptoms you are experiencing. These should include your brain fog and other neurologic symptoms (such as weakness, numbness, tingling, loss of smell or taste), and also problems such as shortness of breath, palpitations, and abnormal urine or stool.

## What might help clear the brain fog?

To help clear the brain fog, I recommend pursuing all of the activities that we know help everyone's thinking and memory.

> **Perform aerobic exercise.** You may need to start slow, perhaps just two to three minutes a few times a day. While there is no established "dose" of exercise to improve brain health, it's generally recommended you work toward 30 minutes a day, five days a week.
>
> **Eat Mediterranean-style meals.** A healthy diet including olive oil, fruits and vegetables, nuts and beans, and whole grains has been proven to improve thinking, memory, and

nuts and beans, and whole grains has been proven to improve thinking, memory, and brain health.

**Avoid alcohol and drugs.** Give your brain the best chance to heal by <u>avoiding substances which can adversely affect it</u>.

**Sleep well.** Sleep is a time when the brain and body can clear out toxins and work toward healing. Make sure you give your body the <u>sleep it needs</u>.

**Participate in social activities.** We are social animals. Not only do <u>social activities</u> benefit our moods, but they help our thinking and memory as well.

**Pursue other beneficial activities,** including engaging in novel, <u>cognitively stimulating</u> activities; listening to <u>music</u>; practicing <u>mindfulness</u>; and keeping a positive mental attitude.

SHARE THIS PAGE

PRINT THIS PAGE

**Disclaimer:**

As a service to our readers, Harvard Health Publishing provides access to our library of archived content. Please note the date of last review or update on all articles. No content on this site, regardless of date, should ever be used as a substitute for direct medical advice from your doctor or other qualified clinician.

# Comments

**Rick Ricketson**                                                                 March 15, 2021

My girlfriend and I are both 66. I did have moderately severe infection with SARS-CoV-2 back in November 2020. Luckily, she ahas tested negative by PCR, rapid Ag, and CoV-2 Abs. She and I both went through the two-dose Pfizer schedule. As expected, I had increased residual cognitive dysfunction and the recurrent rash (surface glycoprotein hypersensitivity). She, however, had never tested positive and now stated tonight she feels "exhausted and mentally fatigued" after her second dose. Is there evidence

of frontal lobe and/or hypothalamic/pituitary axis dysfunction occurring after COVID-19 or the surface glycoprotein? Pandemic isolation fatigue?

*Commenting has been closed for this post.*

# You might also be interested in...



# A Guide to Cognitive Fitness

In this Special Health Report, Harvard Medical School doctors share a six-step program that can yield important and lasting results. Together these "super 6" can strengthen your intellectual prowess, promote your powers of recall, and protect the brain-based skills that are essential for full, rewarding, and independent living. From simple and specific changes in eating to ways to challenge your brain, this is guidance that will pay dividends for you and your future.

READ MORE



**STAYING HEALTHY**

# The endocannabinoid system: Essential and mysterious





**MIND & MOOD**

# The book of neurogenesis



**MIND & MOOD**

# A new Alzheimer's drug has been approved. But should you take it?



  

**MY ACCOUNT**

Customer Service >

Log in >

**ORDER NOW**

Online Learning Courses >

Digital Subscriptions >

Special Health Reports >

Print Subscriptions >

**MORE**

About Us >

Permissions >

Licensing >

Topics >



# Numbness and Tingling After COVID-19: Care Instructions

## What causes numbness and tingling?

Numbness and tingling, also known as paresthesia, is a burning or prickling sensation that is usually felt in the hands, arms, legs, or feet, but can also occur in other parts of the body. The sensation, which happens without warning, is usually painless and described as tingling or numbness, skin crawling, or itching.

Most people have experienced temporary paresthesia -- a feeling of "pins and needles" -- at some time in their lives when they have sat with legs crossed for too long, or fallen asleep with an arm crooked under their head. It happens when sustained pressure is placed on a nerve. The feeling quickly goes away once the pressure is relieved.

Chronic numbness or tingling can be a symptom of any number of disorders: stroke, tumor, multiple sclerosis - to name a few. Also, nerve entrapment disorders, where a nerve gets compressed or restricted by nearby tissues can cause paresthesia accompanied by pain. (Carpel Tunnel Syndrome is an example of a nerve entrapment disorder).  COVID-19 can also cause numbness and tingling in some people. It is difficult to predict who may get paresthesia following COVID.

## How is paresthesia diagnosed?

Diagnostic evaluation is based on determining the underlying condition causing the paresthetic sensations. Medical history, physical examination, and laboratory tests are essential for the diagnosis. Doctors may order additional tests depending on the suspected cause of the paresthesia. If there is concern your symptoms are related to your history of COVID-19, your doctor may ask you about your course with the illness.

**How is paresthesia treated?**

Proper treatment of paresthesia depends on the exact diagnosis of the underlying cause.
- Be sure you take any medication as directed. If you think you are having a reaction, please call your provider.
- Do not miss any appointments and please call if you are having trouble.
- It is important that you know your medications and test results and can share them with your provider so they can better care for you.
- Working closely with your medical provider is an important part of your treatment.

**When should I call for help?**

**Call 911** anytime you think you need emergency care. For example, call if:
- Have symptoms of a stroke like:
    - Sudden loss of movement in one side of your face or body.
    - New numbness, tingling, or weakness to one side of your body or face.
    - Trouble speaking or understanding what someone is saying to you
    - Sudden trouble walking or balancing.
    - Sudden and worst headache of your life.
- Signs of other emergent conditions like:
    - Sudden loss of bowel or bladder control.
    - Weakness, numbness, or tingling in both legs or in the pelvis.

**Call your doctor now or seek urgent medical care if:**
- Your symptoms are worse than normal

**Monitor your symptoms and health closely.** Please call your health care provider if you are not improving like you normally do. Following up with your doctor is a very important part of your health and safety.

Disclaimer: This document contains information and/or instructional materials developed by Michigan Medicine for the typical patient with your condition. It may include links to online content that was not created by Michigan Medicine and for which Michigan Medicine does not assume responsibility. It does not replace medical advice from your health care provider because your experience may differ from that of the typical patient. Talk to your health care provider if you have any questions about this document, your condition or your treatment plan.

Adapted from: NINDS. Paresthesia Information Page. Access at: https://www.ninds.nih.gov/

Reviewer: Heather Vance MD
Plain Language Editor: Ruti Volk, MSI, AHIP

Patient Education by Michigan Medicine is licensed under a Creative Commons Attribution-NonCommercial-ShareAlike 4.0 International Public License. Last Revised 05/2021