# Exhibit F

Payments from Cereus Properties (Dubuque Bank and Trust x0535 or Compass Bank x5744)
to Spear (National Bank of Arizona x0178)
4/12/2013 to 1/2/2015

| Date | Amount | Page | Bates |
|---|---|---|---|
| 1/11/2016 | 133,045.00 | 26 | DOJ-BP-0005034621 |
| 1/26/2016 | 73,687.00 | 27 | DOJ-BP-0005034622 |
| 1/28/2016 | 46,530.43 | 28 | DOJ-BP-0005034623 |
| 2/3/2016 | 153,514.00 | 29 | DOJ-BP-0005034624 |
| 3/1/2016 | 153,514.00 | 31 | DOJ-BP-0005034626 |
| 4/1/2016 | 159,654.00 | 32 | DOJ-BP-0005034627 |
| 4/19/2016 | 81,874.00 | 33 | DOJ-BP-0005034628 |
| 5/2/2016 | 135,092.00 | 34 | DOJ-BP-0005034629 |
| 5/19/2016 | 77,780.00 | 35 | DOJ-BP-0005034630 |
| 6/1/2016 | 130,998.00 | 36 | DOJ-BP-0005034631 |
| 7/1/2016 | 153,514.00 | 37 | DOJ-BP-0005034632 |
| 8/2/2016 | 147,373.00 | 38 | DOJ-BP-0005034633 |
| 8/9/2016 | 168,971.00 | 39 | DOJ-BP-0005034634 |
| 8/26/2016 | 184,216.00 | 40 | DOJ-BP-0005034635 |
| 9/1/2016 | 204,685.00 | 41 | DOJ-BP-0005034636 |
| 9/23/2016 | 153,514.00 | 42 | DOJ-BP-0005034637 |
| 10/6/2016 | 141,444.00 | 43 | DOJ-BP-0005034638 |
| 10/19/2016 | 29,065.00 | 44 | DOJ-BP-0005034639 |
| 10/31/2016 | 116,670.00 | 45 | DOJ-BP-0005034640 |
| 11/4/2016 | 81,874.00 | 46 | DOJ-BP-0005034641 |
| 12/6/2016 | 116,670.00 | 47 | DOJ-BP-0005034642 |
| 12/12/2016 | 81,874.00 | 48 | DOJ-BP-0005034643 |
| 1/4/2017 | 215,942.40 | 49 | DOJ-BP-0005034644 |
| | | | |
| Total | 2,941,500.83 | | |