# Exhibit B

2

### CERTIFICATION PURSUANT TO RULE 902(11) OF THE FEDERAL RULES OF EVIDENCE

I hereby certify that I, **Carl Ferrer**, co-founded the website Backpage.com and worked for that company in various capacities from 2004 through April 2018, including as the Chief Executive Officer during the last few years that the website operated online. I am qualified to authenticate the records listed below because I am familiar with how the records were created, managed, stored, and retrieved. This certification is intended to satisfy Rules 902(11) of the Federal Rules of Evidence. I certify the records below are a duplicate of the originals and that they were:

A) Made at or near the time of occurrence, condition or event of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

B) Kept in the court of regularly conducted business activity.

C) Made as a part of the regular practice of the business activity, by personnel of the business.

The records produced herewith include the following;

| Exhibit # | Bates | Description/Title of Ad |
|---|---|---|
| 211 | DOJ-BP-0004719554- DOJ-BP-0004719682 | !!! NEW to SEATTLE ^^^^ I Do IT GooD ^^^^ NEW to SEATTLE!!! - 21212 |
| 211-c | USAO-BP-00330044-0033019 | NO DISCOUNTS ***A*** W'E'L'L W'O"R'T'H l'T ***A*** NO DISCOUNTS -18 |
| 1632 | USAO-BP-0032427- USAO-BP-0032429 | Get freaky Tuesday . . Come spend ur day with us – 19 |
| 213 | DOJ-BP-0004719683- DOJ-BP-0004719704 | SeXxY*** ((SMOkING HOT)) ***ReaDY TO ROc ♥ K YOuR WOrLD !!! - 25 |
| 214 | DOJ-BP-0004719330- DOJ-BP-0004719341 | ♡ ♥♡ ♥ ▢ Puerto Rican mami in walpole area INCALLS ▢ ♥♡♥♡–19 |
| 214-a | DOJ-BP-0004719342- DOJ-BP-0004719347 | *(symbols omitted)* Exotic latina, south Portland area, ready to play, INCALLS, 30 min specials!!! *(symbols omitted)* - 19 |
| 215 | DOJ-BP-0004719379- DOJ-BP-0004719389 | NEW IN TOWN sexy sweet European mixed Cuban California girl – 21 |
| 215-a | DOJ-BP-0004719354- DOJ-BP-0004719369 | New in Town Super Hot Skinny Mixed Cuban Girl With Long Black Hair – 18 |
| 216 | DOJ-BP- | ▫Upscale ▫▫▫ Independent ♥BRUNETTE BOMBSHELL 5- |

USAO-BP-0034323

| | | |
|---|---|---|
| | 0004719401- DOJ-BP-000471947 | Star Fantasy – 26 |
| 216-a | DOJ-BP-0004719408- DOJ-BP-0004719415 | Alexis Foxx the HOTTEST in town!!!!! – 26 |
| 217 | DOJ-BP-0004719390- DOJ-BP-0004719400 | ♡♡New In Town ♡♡ Sexy Dark Asian mixed Bombshell ♡♡ - 23 |
| 217-a | DOJ-BP-0004719370- DOJ-BP-0004719378 | *(symbol omitted)* New In Town *(symbol omitted)* Sexy Dark Asain Bombshell with a Nice & Tight {Booty} *(symbols omitted)* – 23 |
| 218 | DOJ-BP-0004719471- DOJ-BP-0004719473 | Young *(symbol omitted)* SEXY *(symbol omitted)* PUERTO RICAN *(symbol omitted)* – 19 |
| 219 | DOJ-BP-0004719705- DOJ-BP-0004719709 | No BLACK MEN AT ALLOUTCALL ᴼᴼ specials 120 ᴼᴼ call and ask about if ᴼ – 22 |
| 220 | DOJ-BP-0004719417- DOJ-BP-0004719426 | GORGEOUS ebony PLAYMATE *(symbol omitted)* Perfect Curves…Skills to make ur TOES CURL!! *(symbol omitted)* – 19 |
| 220-a | DOJ-BP-0004719427- DOJ-BP-0004719438 | ᴼᴼᴼ Hot & Driping. ᴼ Submissive ᴼ Ebony Playmates ᴼᴼᴼᴼ - 20 |
| 220-b | DOJ-BP-0004685225-DOJ-BP-0004685241 | ᴼᴼᴼ Hot & Driping. ᴼ Submissive ᴼ Ebony Playmates ᴼᴼᴼᴼ - 20 |
| 221 | DOJ-BP-0004719474- DOJ-BP-0004719481 | *(symbol omitted)* Outcalls Now *(symbol omitted)* Freaky Curvy Caramel Lady OUTCALLS NOW – 23 |
| 222 | DOJ-BP-0004719439- DOJ-BP-0004719456 | ᴼ♥ᴼAbSoLuTeLy ᴼ AmAziNg♥ᴼᴼᴼ CoMe PLaY WiTh Me ᴼᴼ♥ᴼ #1 MoST WaNtEd ᴼᴼᴼSwEeT ᴼᴼᴼSExii PlAymate – 20 |
| 222-a | DOJ-BP-0004719457- DOJ-BP-0004719470 | ᴼᴼ *(symbol omitted)* ᴼᴼ SeXy!! ᴼ Exotic playmate ᴼᴼᴼ *(symbols omitted)* Call Me! ᴼᴼᴼᴼᴼ the girl you NEED to See! ᴼᴼ *(symbol omitted)* ᴼᴼ – 20 |
| 1546 | USAO-BP-0024349 | *(symbol omitted)* Well Reviewed *(symbol omitted)* Super Cute *(symbols omitted)* SEXY PETITE ♥ BUSTY ♥ ROUND ♥ BOOT¥ *(symbols omitted)* - 21 |
| 1775 | USAO-BP-0033188 – USAO-BP-0033189 | Special's All Night *(symbol omitted)* Satisfaction guaranteed 7739163087 – 18 |
| 1775-a | USAO-BP-0033190 – USAO-BP-0033230 | New in town *(symbol omitted)* Upscale Model 773-495-7179 – 18 |
| 1775-b | USAO-BP-0033231 – USAO-BP-0033233 | New in town One Night Only Dont Miss Out 773-495-7179 – 18 |
| 1775-c | USAO-BP-0033234 – USAO-BP-0033269 | Holiday Specials All Night *(symbol omitted)* Upscale Model 773-495-7179 – 18 |

| | | |
|---|---|---|
| 906-b | DOJ-BP-0000012990-DOJ-BP 0000012992; | SupEr Thick~4~ChOcOLaTe LoVeRs~~~ - 25 |
| | DOJ-BP-0000012993-DOJ-BP-0000012996 | ***HoT & =SeXy BruNetTe for your PleAsure $75 SpeCial*** - 25 |

I declare under penalty of perjury that the foregoing is true and correct. (28 U.S.C. § 1746).
Executed on this __19__ day of __August__ 2021, at __FRISCO, TX__.

_/s/ Carl Ferrer_

**Carl Ferrer**

USAO-BP-0034325