Thomas H. Bienert, Jr. (CA 135311, admitted *pro hac vice*)
Whitney Z. Bernstein (CA 304917, admitted *pro hac vice*)
BIENERT KATZMAN LITTRELL WILLIAMS LLP
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile: (949)369-3701
tbienert@bklwlaw.com
wbernstein@ bklwlaw.com
*Attorneys for James Larkin*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CASE NO. 2:18-cr-00422-PHX-SMB |
|---|---|
| Plaintiff, | **DEFENDANT JAMES LARKIN'S NOTICE OF JOINDER IN DEFENDANT JOHN BRUNST'S MOTION FOR A LIMITING INSTRUCTION RE: THIRD PARTY EVIDENCE ADDRESSED IN THE COURT'S AUGUST 11, 2021 ORDER ON THE GOVERNMENT'S MOTION *IN LIMINE* TO DETERMINE ADMISSIBILITY OF EVIDENCE (DKT. 1247)** |
| vs. | |
| Michael Lacey, *et al.*, | |
| Defendants. | |
| | **(Oral argument requested)** |
| | Assigned to Hon. Susan M. Brnovich Courtroom 506 |
| | Trial date: September 1, 2021 |

Defendant James Larkin, by and through his undersigned counsel, joins in Defendant John Brunst's Motion for a Limiting Instruction Re: Third Party Evidence Addressed in the Court's August 11, 2021 Order on the Government's Motion *In Limine* to Determine Admissibility of Evidence (Dkt. 1247) ("Motion").

1  Mr. Larkin agrees with the arguments made in the Motion.  Mr. Larkin adopts the positions
2  set forth in the Motion as if fully set forth herein.
3  RESPECTFULLY SUBMITTED this 8th day of SEPTEMBER 2021.

BIENERT KATZMAN LITRELL
WILLIAMS LLP
*/s/ Whitney Z. Bernstein*
Whitney Z. Bernstein
Thomas H. Bienert, Jr.
*Attorneys for James Larkin*

---

1

Defendant James Larkin's Notice of Joinder in Defendant John Brunst's Motion for a Limiting Instruction Re: Third Party Evidence Addressed in the Court's August 11, 2021 Order on the Government's Motion In Limine to Determine Admissibility of Evidence (Dkt. 1247)

## CERTIFICATE OF SERVICE

I certify that on September 8, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants who have entered their appearance as counsel of record.

/s/ *Miriah Edwards*
Miriah Edwards