**AO 435**
AZ Form (Rev. 10/2018)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

FOR COURT USE ONLY
DUE DATE:

| | |
|---|---|
| 1. NAME: Andrew C. Stone | 2. PHONE NUMBER: (602) 514-7500 | 3. DATE: 09/10/2021 |

4. FIRM NAME: U.S. Attorney's Office

| | | | |
|---|---|---|---|
| 5. MAILING ADDRESS: 40 N. Central Ave., Ste. 1800 | 6. CITY: Phoenix | 7. STATE: AZ | 8. ZIP CODE: 85004 |

| | | |
|---|---|---|
| 9. CASE NUMBER: CR-18-00422-PHX-SMB | 10. JUDGE: Susan M. Brnovich | DATES OF PROCEEDINGS: 11. 9/8/2021  12. |
| 13. CASE NAME: U.S. v. Michael Lacey, et al. | LOCATION OF PROCEEDINGS: 14. Phoenix | 15. STATE: AZ |

**16. ORDER FOR**
☐ APPEAL      ☑ CRIMINAL            ☐ CRIMINAL JUSTICE ACT      ☐ BANKRUPTCY
☐ NON-APPEAL  ☐ CIVIL               ☐ IN FORMA PAUPERIS         ☐ OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☑ OTHER (Specify) Trial (AM session) | 09/08/2021 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | ☐ PAPER COPY | |
| 14 DAYS | ☐ | ☐ | | | |
| 7 DAYS (expedited) | ☐ | ☐ | | ☑ PDF (e-mail) | |
| 3 DAYS | ☐ | ☐ | | | |
| DAILY | ☐ | ☑ | | ☐ ASCII (e-mail) | |
| HOURLY | ☐ | ☐ | | | |
| REALTIME | ☐ | ☐ | | | |

E-MAIL ADDRESS: andrew.stone@usdoj.gov; marjorie.dieckman@usdoj.gov

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

19. SIGNATURE: s/Andrew C. Stone (R21AZX90249)

20. DATE: 09/10/2021

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY