```
AO 435                                          FOR COURT USE ONLY
AZ Form (Rev. 10/2018)
                        TRANSCRIPT ORDER           DUE DATE:
```

# TRANSCRIPT ORDER

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| Andrew C. Stone | 602-514-7500 | 9/22/2021 |

| 4. FIRM NAME |
|---|
| U.S. Attorney's Office |

| 5. MAILING ADDRESS | 6. CITY | 7. STATE | 8. ZIP CODE |
|---|---|---|---|
| 40 N. Central Ave., Ste. 1800 | Phoenix | AZ | 85004 |

| 9. CASE NUMBER | 10. JUDGE | DATES OF PROCEEDINGS | |
|---|---|---|---|
| CR-18-422-PHX-SMB | Susan M. Brnovich | 11. 9/1 - | 12. 9/14 |

| 13. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| U.S. v. Michael Lacey, et al. | 14. Phoenix | 15. STATE AZ |

**16. ORDER FOR**
- [ ] APPEAL
- [x] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [x] TESTIMONY (Specify) | 9/8 Testimony of witness Brian Fichtner |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [x] OPINION OF COURT | 9/8 Judge's ruling on Motion for Mistrial | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) Trial | 9/1, 9/2, 9/3 (AM only), 9/9, 9/13, & 9/14 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES |
|---|---|---|---|
| 30 DAYS | [ ] | [ ] | |
| 14 DAYS | [ ] | [ ] | |
| 7 DAYS (expedited) | [ ] | [x] | |
| 3 DAYS | [ ] | [ ] | |
| DAILY | [ ] | [ ] | |
| HOURLY | [ ] | [ ] | |
| REALTIME | [ ] | [ ] | |

**DELIVERY INSTRUCTIONS** (Check all that apply.)
- [ ] PAPER COPY
- [x] PDF (e-mail)
- [ ] ASCII (e-mail)

ESTIMATED COSTS

E-MAIL ADDRESS: andrew.stone@usdoj.gov; marjorie.dieckman@usdoj.gov

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

19. SIGNATURE: s/ Andrew C. Stone

20. DATE: 9/22/2021

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY