1  Thomas H. Bienert, Jr. (CA Bar No.135311, *admitted pro hac vice*)
2  Whitney Z. Bernstein (CA Bar No. 304917, *admitted pro hac vice*)
   BIENERT KATZMAN LITTRELL WILLIAMS LLP
3  903 Calle Amanecer, Suite 350
4  San Clemente, California 92673
   Telephone: (949) 369-3700
5  Facsimile: (949) 369-3701
   tbienert@bklwlaw.com
6  wbernstein@bklwlaw.com
7  *Attorneys for James Larkin*

8  Paul J. Cambria, Jr. (NY Bar No. 1430909, *admitted pro hac vice*)
   Erin McCampbell (NY Bar. No 4480166, *admitted pro hac vice*)
9  LIPSITZ GREEN SCIME CAMBRIA LLP
10 42 Delaware Avenue, Suite 120
   Buffalo, New York 14202
11 Telephone: (716) 849-1333
   Facsimile: (716) 855-1580
12 pcambria@lglaw.com
   emccampbell@lglaw.com
13 *Attorneys for Michael Lacey*

14
   Additional counsel listed on next page
15

16              IN THE UNITED STATES DISTRICT COURT
17                    FOR THE DISTRICT OF ARIZONA
18

| | |
|---|---|
| 19  United States of America, | Case No. 2:18-cr-00422-PHX-SMB |
| 20                Plaintiff, | **DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' PROPOSED CHANGES TO JUROR QUESTIONNAIRE** |
| 21  vs. | |
| 22  Michael Lacey, *et al.*, | |
| 23                Defendants. | (Oral argument requested) |

Gary S. Lincenberg (CA Bar No. 123058, *admitted pro hac vice*)
Ariel A. Neuman (CA Bar No. 241594, *admitted pro hac vice*)
Gopi K. Panchapakesan (CA Bar No. 279856, *admitted pro hac vice*)
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW PC
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110
glincenberg@birdmarella.com
aneuman@birdmarella.com
gpanchapakesan@birdmarella.com
*Attorneys for John Brunst*

Bruce Feder (AZ Bar No. 004832)
FEDER LAW OFFICE PA
2930 E. Camelback Road, Suite 160
Phoenix, Arizona 85016
Telephone: (602) 257-0135
bf@federlawpa.com
*Attorney for Scott Spear*

David Eisenberg (AZ Bar No. 017218)
DAVID EISENBERG PLC
3550 N. Central Ave., Suite 1155
Phoenix, Arizona 85012
Telephone: (602) 237-5076
Facsimile: (602) 314-6273
david@deisenbergplc.com
*Attorney for Andrew Padilla*

Joy Malby Bertrand (AZ Bar No. 024181)
JOY BERTRAND ESQ LLC
P.O. Box 2734
Scottsdale, Arizona 85252
Telephone: (602)374-5321
Facsimile: (480)361-4694
joy.bertrand@gmail.com
*Attorney for Joye Vaught*

Defendants and the government agree: prostitution ads that propose sex for money are not constitutionally protected.[1]  Doc. 1360 at 2:19-23.  However, the fundamental, foundational presumption that the government continues to misunderstand and misrepresent to the Court is that **the First Amendment protects Defendants unless the government proves otherwise**, beyond a reasonable doubt, with admissible evidence.  The government has the presumption backwards when it argues that ads are illegal and unprotected and puts a burden to show otherwise on Defendants.  Instead, **ads are presumed legal and protected with the burden squarely on the government to prove otherwise**.

Put simply, the government must **prove** that which it asks this Court to erroneously **presume** – that the ads at issue were in fact for sex for money prostitution and that Defendants knew this at the time the ads were published – **before** the government can say that the First Amendment and constitutional protections do not apply to Defendants' publishing.

Defendants maintain their request for oral argument to the extent the Court disagrees with Defendants' proposed revisions contained in Doc. No. 1348 or is inclined to accept any changes proposed by the government but objected to by Defendants in Doc. 1352.

RESPECTFULLY SUBMITTED this 25th day of October 2021,

> BIENERT KATZMAN LITTRELL WILLIAMS LLP
> *s/ Whitney Z. Bernstein*
> Thomas H. Bienert, Jr.
> Whitney Z. Bernstein
> Attorneys for James Larkin

---

[1] An ad that proposes lawful activity, but actually is associated with prostitution, *is* constitutionally protected. *Valle Del Sol Inc. v. Whiting*, 709 F.3d 808, 822 (9th Cir. 2013) ("*Central Hudson*'s legality requirement [] has traditionally focused on the content of affected speech—*i.e., whether the speech proposes an illegal transaction—instead of whether the speech is associated with unlawful activity*.") (emphasis added); *Backpage.com, LLC v. McKenna*, 881 F. Supp. 2d 1262, 1281 (W.D. Wash. 2012) ("The third-party publication of offers to engage in illegal transactions does not fall within 'well-defined and narrowly limited classes of speech' that fall outside of First Amendment protection.") (quoting *Chaplinsky v. New Hampshire*, 315 U.S. 568, 571-72 (1942)).

*Pursuant to the District's Electronic Case Filing Administrative Policies and Procedures Manual (Oct. 2020) § II(C)(3), Whitney Z. Bernstein hereby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.*

LIPSITZ GREEN SCIME CAMBRIA LLP
*s/ Paul J. Cambria, Jr.*
Paul J. Cambria, Jr.
Erin McCampbell Paris
Attorneys for Michael Lacey

BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LINCENBERG AND RHOW PC
*s/ Gary S. Lincenberg*
Gary S. Lincenberg
Ariel A. Neuman
Gopi K. Panchapakesan
Attorneys for John Brunst

FEDER LAW OFFICE PA
*s/ Bruce Feder*
Bruce Feder
Attorneys for Scott Spear

DAVID EISENBERG PLC
*s/ David Eisenberg*
David Eisenberg
Attorneys for Andrew Padilla

JOY BERTRAND ESQ LLC
*s/ Joy Bertrand*
Joy Bertrand
Attorneys for Joye Vaught

# CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*/s/ Toni Thomas*
Toni Thomas