IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-18-422-PHX-DJH |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

Based on the United States' Motion to Unseal for Limited Purpose, and good cause appearing,

**IT IS HEREBY ORDERED** granting the United States' request to unseal the transcript of the motion hearing held on May 3, 2021, and permitting the transcript to be released to the United States.

**IT IS FURTHER ORDERED** that excludable delay under 18 U.S.C. § 3161(h) is found to commence from _____ through _____.