# EXHIBIT 1

```
NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA (Cal. Bar No. 274184)
Assistant United States Attorney
Asset Forfeiture Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-3391
     Facsimile:  (213) 894-7177
     E-mail:   John.Kucera@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 18-8566-RGK-PJWx |
| Plaintiff, | WARRANT |
| v. | |
| $5,462,027.17 IN BANK FUNDS SEIZED FROM COMPASS BANK ACCOUNT '3873; AND $407,686.14 IN BANK FUNDS SEIZED FROM COMPASS BANK ACCOUNT '4862, | |
| Defendants. | |

TO: UNITED STATES MARSHALS SERVICE:

A Verified Complaint for Forfeiture having been filed in this action,

IT IS ORDERED that you seize the defendants, $5,462,027.17 in Bank Funds Seized from Compass Bank Account '3873; and $407,686.14 in Bank Funds Seized from Compass Bank Account '4862, and cause the same

to be detained in your custody, or in the custody of a Substitute Custodian, until further notice of the Court, and that you give due notice to all interested persons that they must file their Claims and Answers with the Clerk of this Court within the time allowed by law.

YOU ARE FURTHER ORDERED to file this process in this Court with your return promptly after execution.

DATED: __10/9/2018_____

KIRY K. GRAY, Clerk

*Carmen Lujan* _____
Deputy Clerk of Court

2