Jonathan Baum (CA State Bar No. 303469)
BOERSCH & ILLOVSKY LLP
1611 Telegraph Ave., Suite 806
Oakland, CA 94612
Tel: (415) 500-6640
jonathan@boersch-illovsky.com

Attorney for Movant Carl Ferrer

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

                    Plaintiff,

      v.

Michael Lacey, et al.,

                 Defendants.

CASE NO. 2:18-CR-422-PHX-DJH

**NOTICE OF CHANGE OF FIRM
NAME AND ADDRESS**

1      To the CLERK OF COURT AND ALL PARTIES OF RECORD:

2      Pursuant to LRCivP 83.3(d), notice is hereby given that the firm name, address,

3 and contact information (including email) for Jonathan Baum as attorney for Movant

4 Carl Ferrer in the above-captioned case has changed. The new firm information is:

6    Jonathan Baum
     BOERSCH & ILLOVSKY LLP
7    1611 Telegraph Ave., Suite 806
     Oakland, CA 94612
8    Tel: (415) 500-6640
9    jonathan@boersch-illovsky.com

Dated:  Nov. 22, 2021        Respectfully submitted,

                      BOERSCH & ILLOVSKY LLP

                      By  */s/ Jonathan Baum*
                           Jonathan Baum
                           Attorney for Movant Carl Ferrer

1

## **CERTIFICATE OF SERVICE**

2      I certify that on this day of Nov. 22, 2021, I electronically transmitted a PDF

3 version of this document to the Clerk of Court, using the CM/ECF System, for filing and

4 for transmittal of a Notice of Electronic Filing to the attorneys of record.

5

6

7      */s/ Jonathan Baum*

8      Jonathan Baum

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28