1  Jonathan Baum (CA State Bar No. 303469)
   STEPTOE & JOHNSON LLP
2  1 Market St., Suite 3900
3  San Francisco, CA 94105
   Tel: (415) 365-6748
4  jbaum@steptoe.com

5  Attorney for Movant Carl Ferrer

6
                    IN THE UNITED STATES DISTRICT COURT
7
                        FOR THE DISTRICT OF ARIZONA
8

9
10 | United States of America,          | CASE NO. 2:18-CR-422-PHX-DJH
11 |                  Plaintiff,         | **NOTICE OF CHANGE OF FIRM NAME AND ADDRESS**
12 |         v.
13 | Michael Lacey, et al.,
14 |                  Defendants.
15

To the CLERK OF COURT AND ALL PARTIES OF RECORD:

Pursuant to LRCivP 83.3(d), notice is hereby given that the firm name, address, and contact information (including email) for Jonathan Baum as attorney for Movant Carl Ferrer in the above-captioned case has changed. The new firm information is:

Jonathan Baum
STEPTOE & JOHNSPN LLP
1 Market St., Suite 3900
San Francisco, CA 94105
Tel: (415) 365-6748
jbaum@steptoe.com

Dated:  Jan. 20, 2022           Respectfully submitted,

                                STEPTOE & JOHNSON LLP


                                By  */s/ Jonathan Baum*
                                    Jonathan Baum
                                    Attorney for Movant Carl Ferrer

**CERTIFICATE OF SERVICE**

I certify that on this day of Jan. 20, 2022, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the attorneys of record.

*/s/ Jonathan Baum*
Jonathan Baum