≋AO 435
AZ Form (Rev. 10/2018)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

FOR COURT USE ONLY
DUE DATE:

| 1. NAME Peter S. Kozinets | 2. PHONE NUMBER 602-514-7500 | 3. DATE March 18, 2022 |
|---|---|---|

| 4. FIRM NAME U.S. Attorney's Office |
|---|

| 5. MAILING ADDRESS 40 N. Central Ave., Ste. 1800 | 6. CITY Phoenix | 7. STATE AZ | 8. ZIP CODE 85004 |
|---|---|---|---|

| 9. CASE NUMBER CR-18-00422-SMB | 10. JUDGE Susan Brnovich | DATES OF PROCEEDINGS |  |
|---|---|---|---|
|  |  | 11. 10/5/2021 | 12. 10/5/2021 |

| 13. CASE NAME USA v. Lacey et al | LOCATION OF PROCEEDINGS |  |
|---|---|---|
|  | 14. Phoenix | 15. STATE AZ |

16. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [✓] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE |  | ☐ TESTIMONY (Specify) |  |
| ☐ OPENING STATEMENT (Plaintiff) |  |  |  |
| ☐ OPENING STATEMENT (Defendant) |  |  |  |
| ☐ CLOSING ARGUMENT (Plaintiff) |  | ☐ PRE-TRIAL PROCEEDING |  |
| ☐ CLOSING ARGUMENT (Defendant) |  |  |  |
| ☐ OPINION OF COURT |  |  |  |
| ☐ JURY INSTRUCTIONS |  | ☑ OTHER (Specify) |  |
| ☐ SENTENCING |  | Status Hearing | 10/5/2021 |
| ☐ BAIL HEARING |  |  |  |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ |  | ☐ PAPER COPY |  |
| 14 DAYS | ☑ | ☐ |  |  |  |
| 7 DAYS (expedited) | ☐ | ☐ |  | ☑ PDF (e-mail) |  |
| 3 DAYS | ☐ | ☐ |  |  |  |
| DAILY | ☐ | ☐ |  | ☐ ASCII (e-mail) |  |
| HOURLY | ☐ | ☐ |  |  |  |
| REALTIME | ☐ | ☐ |  |  |  |

E-MAIL ADDRESS: peter.kozinets@usdoj.gov

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

19. SIGNATURE s/Peter S. Kozinets

20. DATE 3/18/2022

| TRANSCRIPT TO BE PREPARED BY | ESTIMATE TOTAL |  |
|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID |  |  | DEPOSIT PAID |  |
| TRANSCRIPT ORDERED |  |  | TOTAL CHARGES |  |
| TRANSCRIPT RECEIVED |  |  | LESS DEPOSIT |  |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT |  |  | TOTAL REFUNDED |  |
| PARTY RECEIVED TRANSCRIPT |  |  | TOTAL DUE |  |

DISTRIBUTION: COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY