Thomas H. Bienert, Jr. *(admitted pro hac vice)*
    tbienert@bklwlaw.com
Whitney Z. Bernstein *(admitted pro hac vice)*
    wbernstein@bklwlaw.com
BIENERT KATZMAN LITTRELL WILLIAMS LLP
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
Telephone: (949) 369-3700
Facsimile: (949) 369-3701

*Attorneys for James Larkin*

Paul J. Cambria, Jr. *(admitted pro hac vice)*
    pcambria@lglaw.com
Erin McCampbell Paris *(admitted pro hac vice)*
    eparis@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580

*Attorneys for Michael Lacey*

*[Additional counsel listed on next page]*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>   vs.<br><br>Michael Lacey, et al.,<br><br>   Defendants. | CASE NO. 2:18-cr-00422-PHX-DJH<br><br>**JOINT STATUS REPORT RE: NOVEMBER 2, 2022 TRIAL SETTING CONFERENCE** |

Bruce S. Feder (AZ Bar No. 004832)
  bf@federlawpa.com
FEDER LAW OFFICE, P.A.
2930 E. Camelback Road, Suite 160
Phoenix, Arizona 85016
Telephone: (602) 257-0135

*Attorney for Scott Spear*

Gary S. Lincenberg *(admitted pro hac vice)*
  glincenberg@birdmarella.com
Ariel A. Neuman *(admitted pro hac vice)*
  aneuman@birdmarella.com
Gopi K. Panchapakesan *(admitted pro hac vice)*
  gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

*Attorneys for John Brunst*

David Eisenberg (AZ Bar No. 017218)
  david@deisenbergplc.com
DAVID EISENBERG PLC
3550 N. Central Ave., Suite 1155
Phoenix, Arizona 85012
Telephone: (602) 237-5076
Facsimile: (602) 314-6273

*Attorney for Andrew Padilla*

Joy Malby Bertrand (AZ Bar No. 024181)
  joy.bertrand@gmail.com
JOY BERTRAND ESQ LLC
PO Box 2734
Scottsdale, Arizona 85252
Telephone: (602) 374-5321
Facsimile: (480) 361-4694

*Attorney for Joye Vaught*

On October 27, 2022, counsel for Defendants and the government met and conferred to discuss a trial schedule, as directed in this Court's order at Dkt. 1470. Given defense counsel's other trial conflicts set forth below, the parties request that the Court start trial in this matter in late March or early April 2023. Defense counsel's ability to commence trial at that time assumes and is conditioned upon defense counsel's criminal trials having concluded in (1) *United States v. Meshkin, et al.* (C.D. Cal.), (2) *State v. Henson, et al.* (Maricopa County Superior Court), and (3) *United States v. Caruso, et al.* (D. Ariz.). Additionally, if trial begins in late March or early April 2023, the parties agree to be dark on April 10 for Mr. Cambria's religious observance and on April 28 for Mr. Bienert's son's college graduation. For the Court's reference, defense counsel submits the below chart of conflicts between January 31 and May 19, 2023.

| Case / Attorney(s) | # of Defendants | Trial Start Date | Court | Trial Duration |
|---|---|---|---|---|
| *U.S. v. Meshkin, et al.*, 8:21-CR-00112-JLS – Thomas Bienert, Jr. (counsel for James Larkin) | 6 | January 24, 2023 | Central District of California | 6-8 weeks (note that this is the third trial date scheduled in this matter; prior trial dates were Sept. 2021 and Oct. 2022). |
| *U.S. v. John Hutchins, et al.*, 22-CR-42-JLS-JJM – Paul Cambria, Jr. (counsel for Michael Lacey) | 2 | January 27, 2023 (in-person court appearance) | Western District of New York | N/A |
| *State v. Henson, et al.*, Case No. CR2021-002107-009 – Joy Bertrand (counsel for Joye Vaught) | 27 | February 15, 2023 | Maricopa County Superior Court | 30-35 days |
| *U.S. v. Caruso, et al.*, CR-20-165-PHX-JJT – David Eisenberg (counsel for Andrew Padilla) | 2 | March 21, 2023 | District of Arizona | 2 weeks |

| Case / Attorney(s) | # of Defendants | Trial Start Date | Court | Trial Duration |
|---|---|---|---|---|
| *H-Indy, LLC, et al. v. The Department of Business & Neighborhood Services of the Consolidated City of Indianapolis, Indiana, et al.,* Case No. 49D12-1805-PL-020443 – Paul Cambria, Jr. (counsel for Michael Lacey) | | March 21-22, 2023 | Marion County Superior Court | 2 days (action commenced on May 24, 2018) |
| *U.S. v. Quiboloy, et al.*, 2:20-CR-00079 – Thomas Bienert, Jr. (counsel for James Larkin), Gary Lincenberg & Gopi Panchapakesan (counsel for John Brunst) | 8 | March 21, 2023 | Central District of California | at least 3 weeks (note that there is a joint stipulation pending to continue trial to 2024) |
| Arbitration – David Eisenberg (counsel for Andrew Padilla) | | April 17 – April 28, 2023 | | |
| *Harrison v. Lambrecht, et al.,* Case No. CV2017-012162 – Bruce Feder (counsel for Scott Spear) | 3 | May 16, 2023 | Maricopa County Superior Court | 2 weeks (note that trial in this matter has been continued at least 3 times because of potential conflicts with the instant case) |
| Other commitments | | Feb. 28 - March 4 (ABA White Collar Crime Conference) – Mr. Lincenberg<br><br>March 2-6 (charitable commitments) – Mr. Cambria<br><br>April 10 (religious observance) – Mr. Cambria | | |

| Case / Attorney(s) | # of Defendants | Trial Start Date | Court | Trial Duration |
|---|---|---|---|---|
| Other commitments (con.) | | April 25-26 (S.D. Cal. District Conference) – Ms. Bernstein<br><br>April 28 (son's college graduation) – Mr. Bienert | | |

DATED:  October 28, 2022            Respectfully submitted,

Thomas H. Bienert Jr.
Whitney Z. Bernstein
Bienert Katzman Littrell Williams LLP

By: /s/ Whitney Z. Bernstein
    Whitney Z. Bernstein
    Attorneys for James Larkin

*Pursuant to the District's Electronic Case Filing Administrative Policies and Procedures Manual (October 2020) § II (C) (3), Whitney Z. Bernstein hereby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.*

DATED:  October 28, 2022            Gary S. Lincenberg
                                    Ariel A. Neuman
                                    Gopi K. Panchapakesan
                                    Bird, Marella, Boxer, Wolpert, Nessim,
                                    Drooks, Lincenberg & Rhow, P.C.

By: /s/ Gary S. Lincenberg
    Gary S. Lincenberg
    Attorneys for John Brunst

| | | |
|---|---|---|
| DATED: October 28, 2022 | | Paul J. Cambria<br>Erin McCampbell Paris<br>Lipsitz Green Scime Cambria LLP |
| | By: | */s/ Paul J. Cambria*<br>Paul J. Cambria<br>Attorneys for Michael Lacey |
| DATED: October 28, 2022 | | Feder Law Office, P.A. |
| | By: | */s/ Bruce S. Feder*<br>Bruce S. Feder<br>Attorney for Scott Spear |
| DATED: October 28, 2022 | | The Law Office of David Eisenberg, PLC |
| | By: | */s/ David Eisenberg*<br>David Eisenberg<br>Attorney for Andrew Padilla |
| DATED: October 28, 2022 | | Joy Bertrand Esq. LLC |
| | By: | */s/ Joy Malby Bertrand*<br>Joy Malby Bertrand<br>Attorney for Joye Vaught |
| DATED: October 28, 2022 | | GARY M. RESTAINO<br>United States Attorney<br>District of Arizona |
| | By: | */s/ Andrew C. Stone*<br>Assistant U.S. Attorney |
| | | ANDREW C. STONE<br>KEVIN M. RAPP<br>MARGARET PERLMETER<br>PETER S. KOZINETS<br>DAN G. BOYLE<br>Assistant U.S. Attorneys |

KENNETH POLITE
Assistant Attorney General
Criminal Division, U.S. Department of Justice

AUSTIN M. BERRY
Trial Attorney
U.S. Department of Justice, Criminal Division

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*/s/ Whitney Z. Bernstein*

Whitney Z. Bernstein