Bruce Feder (AZ Bar No. 004832)
FEDER LAW OFFICE PA
2930 E. Camelback Road, Suite 160
Phoenix, Arizona 85016
Telephone: (602) 257-0135
bf@federlawpa.com
*Knapp Counsel for Scott Spear*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br> Scott Spear, *et al.*,<br><br>　　　　　　　Defendants. | Case No. CR18-00422-PHX-DJH-003<br><br>**NOTICE OF APPEARANCE<br>AS *KNAPP* COUNSEL**<br><br>*(Assigned to the Hon. Diane J. Humetewa)* |

　　　Bruce Feder, the undersigned attorney, hereby enters his appearance as *Knapp* Counsel in the above-captioned matter, on behalf of Defendant Scott Spear, for all future proceedings in this matter.

　　　RESPECTFULLY SUBMITTED this 25th day of January, 2023.

　　　　　　　　　　　　　　　　　　　　**FEDER LAW OFFICE, P.A.**

　　　　　　　　　　　　　　　　　*By:*　　*s/ Bruce Feder*
　　　　　　　　　　　　　　　　　　　　Bruce Feder
　　　　　　　　　　　　　　　　　　　　*Knapp Counsel for Scott Spear*

1

# CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

Clerk of the Court
United States District Court
Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street
Phoenix, AZ 85003
Efiling: https://ecf.azd.uscourts.gov/cgi-bin/login.pl

THE HONORABLE DIANE J. HUMETEWA
United States District Court
Email: Humetewa_chambers@azd.uscourts.gov

Erin E. McCampbell, emccampbell@lglaw.com
Ariel A. Neuman, aan@birdmarella.com
Paul J. Cambria, pcambria@lglaw.com
Gary S. Lincenberg, glincenberg@birdmarella.com
Gopi K. Panchapakesan, gpanchapakesan@birdmarella.com
David S. Eisenberg, david@deisenbergplc.com
Joy Malby Bertrand, Joy.Bertrand@gmail.com
Eric Kessler, eric@kesslerlawgroup.net
Tim Eckstein, teckstein@omlaw.com
Joe Roth, jroth@omlaw.com
*Attorneys for Defendants*

Kevin Rapp, Kevin.Rapp@usdoj.gov
Andrew Stone, Andrew.Stone@usdoj.gov
Margaret Perlmeter, Margaret.Perlmeter@usdoj.gov
Daniel Boyle, Daniel.Boyle2@usdoj.gov
Austin Berry, Austin.Berry2@usdoj.gov
Peter Kozinets, Peter.Kozinets@usdoj.gov
*Attorneys for United States of America*

By:  /s/ M. Evans