**KESSLER LAW GROUP**
Eric W. Kessler, SBN 009158
6720 N. Scottsdale Rd., Ste. 210
Scottsdale, Arizona 85253
(480) 644-0093 phone
(480) 644-0095 fax
Eric.KesslerLaw@gmail.com

**FEDER LAW OFFICE PA**
Bruce S. Feder, SBN 004832
2930 E. Camelback Rod., Ste. 160
Phoenix, Arizona 85016
(602) 257-0135 phone
bf@federlawpa.com
*Knapp Counsel*

Attorneys for Defendant Scott Spear

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, | No. 2:18-cr-00422-03-PHX-DJH |
| Plaintiff, | **NOTICE OF ERRATA** |
| v. | |
| Michael Lacey, et al., | |
| | Assigned to Hon. Diane J. Humetewa |
| Defendants. | |

Defendant Scott Spear, through counsel, gives notice of an error in Defendant Spear's Motion in Limine (Doc. 1588). In said Motion, counsel for the defense indicated that the Government had not responded to efforts to discuss the Motion in Limine.

The prosecution and defense attorneys have complied with this Court's directive to meet and confer regarding all Motions in Limine. As to Defendant Spears' Motion in

Limine (Doc. 1588), the Government has conveyed to defense counsel that it opposes said Motion.

RESPECTFULLY SUBMITTED this June 8, 2023.

       */s/ Eric W. Kessler*
Eric W. Kessler, Esq.
Bruce Feder, Esq.
*Attorneys for Defendant Spear*

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

       *s/ Eric W. Kessler*
Eric W. Kessler, Esq.
*Attorney for Defendant Spear*