GARY M. RESTAINO
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

DAN G. BOYLE (N.Y. Bar No. 5216825, daniel.boyle2@usdoj.gov)
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1400
Los Angeles, CA 90012
Telephone (213) 894-2426

KENNETH POLITE
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807

AUSTIN M. BERRY (Texas Bar No. 24062615, austin.berry2@usdoj.gov)
U.S. Department of Justice
Child Exploitation and Obscenity Section
1301 New York Avenue, NW, 11th Floor
Washington, D.C. 20005
Telephone (202) 412-4136
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00422-PHX-DJH |
| Plaintiff, | **UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE CASE RELATED DOCUMENTS** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

The United States requests that the deadline to file the case related documents, namely, the Joint Pretrial Memorandum; Joint Statement of the Case; Joint Proposed Verdict Forms; and Joint Proposed Jury Instructions be extended one day from June 29, 2023 to June 30, 2023. (Doc. 1524 at 4-5) (Doc. 1546 at 6-7.) Given the parties' schedules, one additional day is requested to ensure that the parties have sufficient time to incorporate each party's specific requests and objections. The United States has conferred with Defendants' counsel, and they don't object to this modest extension. A proposed form of order is submitted herewith.

Respectfully submitted this 28th day of June, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Andrew C. Stone*
KEVIN M. RAPP
MARGARET PERLMETER
PETER S. KOZINETS
ANDREW C. STONE
Assistant U.S. Attorneys

DAN G. BOYLE
Special Assistant U.S. Attorney

KENNETH POLITE
Assistant Attorney General
U.S. Department of Justice
Criminal Division, U.S. Department of Justice

REGINALD E. JONES
Senior Trial Attorney
AUSTIN M. BERRY
U.S. Department of Justice, Criminal Division
Child Exploitation and Obscenity Section

|   |   |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on this 28th day of June, 2023, I electronically transmitted the |
| 3 | attached document to the Clerk's Office using the CM/ECF system for filing and |
| 4 | transmittal of a Notice of Electronic Filing to the following CM/ECF registrants who have |
| 5 | entered their appearance as counsel of record. |

 _s/ Gaynell Smith_
U.S. Attorney's Office