1  Gary S. Lincenberg *(admitted pro hac vice)*
       glincenberg@birdmarella.com
2  Ariel A. Neuman *(admitted pro hac vice)*
       aneuman@birdmarella.com
3  Gopi K. Panchapakesan *(admitted pro hac vice)*
       gkp@birdmarella.com
4  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW, P.C.
5  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
6  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110
7
   Attorneys for Defendant John Brunst
8
   Paul J. Cambria, Jr. *(admitted pro hac vice)*
9      pcambria@lglaw.com
   Erin McCampbell Paris *(admitted pro hac vice)*
10     eparis@lglaw.com
   LIPSITZ GREEN SCIME CAMBRIA LLP
11 42 Delaware Avenue, Suite 120
   Buffalo, New York 14202
12 Telephone: (716) 849-1333
   Facsimile: (716) 855-1580
13
   Attorneys for Defendant Michael Lacey
14
   *[Additional counsel listed on next page]*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CASE NO. 2:18-cr-00422-004-PHX-DJH |
| Plaintiff, | **OBJECTION TO PROPOSED STATEMENT OF THE CASE (DKT. 1656)** |
| vs. | |
| Michael Lacey, et al., | Date: August 4, 2023<br>Time: 1:00 P.M. |
| Defendants. | Crtrm.: Special Proceedings Courtroom |
| | Assigned to Hon. Diane J. Humetewa |
| | Trial Date:       August 8, 2023 |

3881935.1

1 | Eric W. Kessler, 009158
      eric.kesslerlaw@gmail.com
2 | Kessler Law Group
6720 N. Scottsdale Rd., Suite 210
3 | Scottsdale, AZ  85253
Telephone: (480) 644-0093
4 | Facsimile: (480) 644-0095

5 | Bruce S. Feder, 004832
      bf@federlawpa.com
6 | FEDER LAW OFFICE, P.A.
2930 E. Camelback Road, Suite 160
7 | Phoenix, Arizona 85016
Telephone: (602) 257-0135

Attorney for Defendant Scott Spear

David Eisenberg, 017218
      david@deisenbergplc.com
DAVID EISENBERG PLC
3550 N. Central Ave., Suite 1155
Phoenix, Arizona 85012
Telephone: (602) 237-5076
Facsimile: (602) 314-6273

Attorney for Defendant Andrew Padilla

Joy Malby Bertrand, 024181
      joy.bertrand@gmail.com
JOY BERTRAND ESQ LLC
PO Box 2734
Scottsdale, Arizona 85252
Telephone: (602) 374-5321
Facsimile: (480) 361-4694

Attorney for Defendant Joye Vaught

Defendants object to the Proposed Statement of the Case (Dkt. 1656), specifically to the phrase "various roles in the creation, operation, and management of the website Backpage.com" in the last paragraph of the Statement. The phrase assumes what the Government seeks to prove at trial regarding Defendants' alleged work with Backpage.com.

Defendants propose the following re-phrasing: "These charges arise from the Defendants' association with Backpage.com."

*Pursuant to the District's Electronic Case Filing Administrative Policies and Procedures Manual (May 2023) § II(C)(3), Gary S. Lincenberg hereby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.*

DATED:  August 2, 2023                    Respectfully submitted,

                                                              Gary S. Lincenberg
                                                              Ariel A. Neuman
                                                              Gopi K. Panchapakesan
                                                              Bird, Marella, Boxer, Wolpert, Nessim,
                                                              Drooks, Lincenberg & Rhow, P.C.

By:      */s/ Gary S. Lincenberg*
                Gary S. Lincenberg
Attorneys for Defendant John Brunst

DATED:  August 2, 2023                    Kessler Law Group

By:      */s/ Eric W. Kessler*
                Eric W. Kessler
Attorney for Defendant Scott Spear

| | | |
|---|---|---|
| DATED: August 2, 2023 | | Paul J. Cambria<br>Erin McCampbell Paris<br>Lipsitz Green Scime Cambria LLP |
| | By: | */s/ Paul J. Cambria*<br>Paul J. Cambria<br>Attorneys for Defendant Michael Lacey |
| DATED: August 2, 2023 | | Feder Law Office, P.A. |
| | By: | */s/ Bruce S. Feder*<br>Bruce S. Feder<br>Attorney for Defendant Scott Spear |
| DATED: August 2, 2023 | | The Law Office of David Eisenberg, PLC |
| | By: | */s/ David Eisenberg*<br>David Eisenberg<br>Attorney for Defendant Andrew Padilla |
| DATED: August 2, 2023 | | Joy Bertrand Esq. LLC |
| | By: | */s/ Joy Malby Bertrand*<br>Joy Malby Bertrand<br>Attorney for Defendant Joye Vaught |