IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>           Plaintiff,<br><br>v.<br><br>Michael Lacey et al.,<br><br>           Defendant. | No. CR-18-00422-001-PHX-DJH<br><br>**ORDER** |

As set forth on the record at the Final Pretrial Conference held on July 27, 2023,

**IT IS ORDERED** that of the four hundred forty-four (444) prospective jurors who completed questionnaires, three hundred twenty (320) are stricken for cause.

**IT IS FURTHER ORDERED** that jurors twenty-five (25) and three hundred sixty-six (366) were stricken for cause on August 4, 2023. The following one hundred twenty-two (122) prospective jurors remain:

        **Juror Number**

1.    8
2.    23
3.    65
4.    135
5.    136
6.    148
7.    159

| | | |
|---|---|---|
| 8. | 177 | |
| 9. | 192 | |
| 10. | 201 | |
| 11. | 206 | |
| 12. | 220 | |
| 13. | 237 | |
| 14. | 260 | |
| 15. | 280 | |
| 16. | 312 | |
| 17. | 316 | |
| 18. | 324 | |
| 19. | 327 | |
| 20. | 336 | |
| 21. | 337 | |
| 22. | 350 | |
| 23. | 389 | |
| 24. | 410 | |
| 25. | 428 | |
| 26. | 429 | |
| 27. | 430 | |
| 28. | 431 | |
| 29. | 433 | |
| 30. | 457 | |
| 31. | 474 | |
| 32. | 509 | |
| 33. | 545 | |
| 34. | 557 | |

| | | |
|---|---|---|
| 1 | 35. | 559 |
| 2 | 36. | 565 |
| 3 | 37. | 582 |
| 4 | 38. | 611 |
| 5 | 39. | 622 |
| 6 | 40. | 623 |
| 7 | 41. | 654 |
| 8 | 42. | 676 |
| 9 | 43. | 678 |
| 10 | 44. | 686 |
| 11 | 45. | 691 |
| 12 | 46. | 707 |
| 13 | 47. | 710 |
| 14 | 48. | 730 |
| 15 | 49. | 738 |
| 16 | 50. | 818 |
| 17 | 51. | 825 |
| 18 | 52. | 826 |
| 19 | 53. | 849 |
| 20 | 54. | 863 |
| 21 | 55. | 864 |
| 22 | 56. | 874 |
| 23 | 57. | 876 |
| 24 | 58. | 886 |
| 25 | 59. | 930 |
| 26 | 60. | 939 |
| 27 | 61. | 942 |

| # | Page |
|---|---|
| 62. | 945 |
| 63. | 958 |
| 64. | 1018 |
| 65. | 1028 |
| 66. | 1032 |
| 67. | 1087 |
| 68. | 1093 |
| 69. | 1114 |
| 70. | 1161 |
| 71. | 1164 |
| 72. | 1172 |
| 73. | 1193 |
| 74. | 1204 |
| 75. | 1215 |
| 76. | 1224 |
| 77. | 1241 |
| 78. | 1242 |
| 79. | 1299 |
| 80. | 1316 |
| 81. | 1331 |
| 82. | 1356 |
| 83. | 1364 |
| 84. | 1370 |
| 85. | 1397 |
| 86. | 1398 |
| 87. | 1412 |
| 88. | 1417 |

| | | |
|---|---|---|
| 1 | 89. | 1449 |
| 2 | 90. | 1486 |
| 3 | 91. | 1505 |
| 4 | 92. | 1525 |
| 5 | 93. | 1539 |
| 6 | 94. | 1558 |
| 7 | 95. | 1575 |
| 8 | 96. | 1582 |
| 9 | 97. | 1585 |
| 10 | 98. | 1594 |
| 11 | 99. | 1615 |
| 12 | 100. | 1618 |
| 13 | 101. | 1702 |
| 14 | 102. | 1709 |
| 15 | 103. | 1710 |
| 16 | 104. | 1718 |
| 17 | 105. | 1723 |
| 18 | 106. | 1747 |
| 19 | 107. | 1754 |
| 20 | 108. | 1756 |
| 21 | 109. | 1757 |
| 22 | 110. | 1762 |
| 23 | 111. | 1772 |
| 24 | 112. | 1787 |
| 25 | 113. | 1792 |
| 26 | 114. | 1800 |
| 27 | 115. | 1807 |

1  116.  1809
2  117.  1813
3  118.  1824
4  119.  1844
5  120.  1858
6  121.  1859
7  122.  1873

Dated this 7th day of August, 2023.

_____
Honorable Diane J. Humetewa
United States District Judge