**DISTRICT JUDGE'S MINUTES**
## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge:** Diane J. Humetewa | **Date:** August 18, 2023 |
| **USA v. Michael Lacey, et al** | **Case Number: CR-18-00422-PHX-DJH** |

**Assistant U.S. Attorneys:   Kevin Rapp, Austin Berry, Margaret Perlmeter, Andrew Stone, Peter Kozinets**

**Attorneys for Defendants: Paul J. Cambria Jr.**, Retained for Defendant Lacey, present; **Bruce S. Feder**, Retained and **Eric W. Kessler**, CJA for Defendant Spear, present; **Gopi K. Panchapakesan**, Retained for Defendant Brunst, present; **David S. Eisenberg**, CJA for Defendant Padilla, present telephonically; **Joy M. Bertrand**, CJA for Defendant Vaught, present telephonically.

**Defendants:** ☒ **Present**   ☐ **Not Present**   ☒ **Released**   ☐ **Custody** ☐ **Summons** ☐ **Writ**

**STATUS CONFERENCE:**

9:35 a.m. Status Conference held. Discussion re: Supplemental Juror Questionnaires. The Court's ruling as to the strikes for hardship and cause are as set forth on the record. As to the first set of pre-screened jurors, the remaining 83 will report, in addition to 27 from the second set of pre-screened jurors, for a total of 110. Order to follow re: reporting prospective Jurors.

Discussion held re: additional trial matters. **IT IS ORDERED** that Defendants' Objection to Proposed Statement of the Case (Doc. 1660) is **OVERRULED**.  The Court will read its revised statement of the case at the beginning of trial.  **IT IS FURTHER ORDERED** that the Defendants' objection to the First Amendment jury instruction (Doc. 1657) is **OVERRULED**.  The Court will read to the jury its revised First Amendment Instruction as provided to the parties on this date.  Counsel is admonished that they should confine their opening arguments to comply with Court's First Amendment jury instruction, should they intend to raise it at all.  **IT IS FURTHER ORDERED** that the Court will not provide pictures of the testifying witnesses to jurors.  **IT IS FURTHER ORDERED that 72 hours in advance of trial,** the parties shall exchange and deliver to the Court their exhibits and, respective witness and exhibit lists.  **IT IS FURTHER ORDERED that within 72 hours of trial**, the parties shall exchange copies of the exhibits they intend to introduce into evidence.  **IT IS FURTHER ORDERED** that no later than 8/24/23, Defendants may file an objection to the Government's proposed limiting instruction as set forth in the Government's Trial Brief (Doc. 1642 at 10).

**Court Reporter** Hilda Lopez
**Deputy Clerk** Liliana Figueroa

**Start:  9:35 AM**
**Stop:  11:39 AM**
**Total: 2hrs 4 min**