| AO 435<br>AZ Form (Rev. 10/2018) | Administrative Office of the United States Courts<br>**TRANSCRIPT ORDER** | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|---|

| 1. NAME<br>David E. Harris | 2. PHONE NUMBER<br>877-653-3334 | 3. DATE<br>9/22/2023 |
|---|---|---|

| 4. FIRM NAME   Sico Hoelscher Harris LLP |
|---|

| 5. MAILING ADDRESS<br>802 North Carancahua | 6. CITY<br>Corpus Christi | 7. STATE<br>TX | 8. ZIP CODE<br>78401 |
|---|---|---|---|

| 9. CASE NUMBER<br>2:18-cr-00422 | 10. JUDGE<br>Judge Humetewa | DATES OF PROCEEDINGS |  |
|---|---|---|---|
|  |  | 11. 8/29/2023 | 12. 11/09/2023 |

| 13. CASE NAME<br>USA v. Lacey et al. | LOCATION OF PROCEEDINGS | |
|---|---|---|
|  | 14. Phoenix | 15. STATE  Arizona |

**16. ORDER FOR**
- [ ] APPEAL
- [x] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE |  | [x] TESTIMONY (Specify) | full day of trial and testimony |
| [ ] OPENING STATEMENT (Plaintiff) |  | Full Day of Trial and | whenever the following |
| [ ] OPENING STATEMENT (Defendant) |  | Witness Testimony | witnesses testify: |
| [ ] CLOSING ARGUMENT (Plaintiff) |  | [ ] PRE-TRIAL PROCEEDING | Carl Ferrer, Jess Adams, |
| [ ] CLOSING ARGUMENT (Defendant) |  |  | Brian Fichtner, Daniel Hyer |
| [x] OPINION OF COURT |  |  | and Ernie Allen, and for |
| [ ] JURY INSTRUCTIONS |  | [ ] OTHER (Specify) | indexes to be included |
| [ ] SENTENCING |  |  |  |
| [ ] BAIL HEARING |  |  |  |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | [ ] | [ ] |  | [ ] PAPER COPY |  |
| 14 DAYS | [ ] | [ ] |  |  |  |
| 7 DAYS (expedited) | [ ] | [ ] |  | [x] PDF (e-mail) |  |
| 3 DAYS | [ ] | [ ] |  |  |  |
| DAILY | [ ] | [x] |  | [ ] ASCII (e-mail) |  |
| HOURLY | [ ] | [ ] |  |  |  |
| REALTIME | [ ] | [ ] |  | E-MAIL ADDRESS<br>dharris@shhlaw.com, mmalouf@shhlaw.com |  |

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

19. SIGNATURE  /s/ David E. Harris

20. DATE  9/22/2023

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY