Jonathan M. Baum *(Admitted Pro Hac Vice)*
STEPTOE & JOHNSON LLP
One Market Plaza, Steuart Tower Ste 1070
San Francisco, CA 94105
Tel: (415) 365-6700
Fax: (415) 365-6700
jbaum@steptoe.com

Tahir L. Boykins (*(Admitted Pro Hac Vice)*
STEPTOE & JOHNSON LLP
633 W. Fifth St., Ste. 1900
Los Angeles, CA 90071
Tel: (213) 439-9400
Fax: (213) 439-9599
tboykins@steptoe.com

Attorneys for Defendant
CARL FERRER

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>        v.<br><br>Michael Lacey, et al.,<br><br>                Defendants. | CASE NO. CR-18-422-PHX-DJH<br><br>**DECLARATION OF JONATHAN BAUM IN SUPPORT OF MOVANT CARL FERRER'S MOTION FOR A PROTECTIVE ORDER**<br><br>[Filed concurrently herewith Movant Carl Ferrer's Motion for A Protective Order] |

DECLARATION OF JONATHAN BAUM IN SUPPORT OF MOVANT CARL
FERRER'S MOTION FOR A PROTECTIVE ORDER

I, Jonathan M. Baum, hereby declare:

1.     I am a partner with Steptoe & Johnson LLP, counsel for Movant Carl Ferrer in this action. I have personal knowledge of the facts contained herein and, if called, I could testify competently to them.

2.     James Grant of Davis Wright Tremaine LLP served as Mr. Ferrer's personal counsel in the criminal case filed against him in Sacramento County, California. Attached hereto as **Exhibit A** is a true and accurate copy of the title page of a Sacramento Superior Court Criminal Pleading where Grant is identified as "Counsel for Defendants Carl Ferrer, Michael Lacey and James Larkin."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Washington, D.C. on October 3, 2023.

*/s/  Jonathan M. Baum*
Jonathan M. Baum

2     CASE NO. CR-18-422-PHX-DJH
DECLARATION OF JONATHAN BAUM IN SUPPORT OF MOVANT CARL
FERRER'S MOTION FOR A PROTECTIVE ORDER

Case 2:18-cr-00422-DJH   Document 1881   Filed 10/03/23   Page 3 of 6

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*/s/  Debbie DeRivero*
Debbie DeRivero

3    CASE NO. CR-18-422-PHX-DJH

DECLARATION OF JONATHAN BAUM IN SUPPORT OF MOVANT CARL FERRER'S MOTION FOR A PROTECTIVE ORDER

# **EXHIBIT A**



FILED/ENDORSED

OCT 1 2023

By A. Mick, Deputy Clerk

1   James C. Grant (admitted *pro hac vice*)
    DAVIS WRIGHT TREMAINE LLP
2   1201 Third Avenue, Suite 2200
    Seattle, WA  98101
3   Telephone:    (206) 622-3150
    Facsimile:    (206) 757-7700
4   Email:    jamesgrant@dwt.com
5   *Counsel for Defendants Carl Ferrer, Michael Lacey and James Larkin*

6   Cristina C. Arguedas (SBN 87787)
    Ted W. Cassman (SBN 98932)
7   ARGUEDAS CASSMAN & HEADLEY LLP
    803 Hearst Ave
8   Berkeley, CA 94710
    Telephone:    (510) 845-3000
9   Facsimile:    (510) 845-3003
10  Email:    arguedas@achlaw.com
             cassman@achlaw.com
11  *Counsel for Defendants Michael Lacey and James Larkin*

12  Tom Henze (admitted *pro hac vice*)
    Janey Henze Cook (SBN 244088)
13  HENZE COOK MURPHY PLLC
    4645 N. 32nd St., Suite 150
14  Phoenix, AZ  85018
    Telephone:    (602) 956-1730
15  Facsimile:    (602) 956-1220
    Email:    tom@henzecookmurphy.com
16           janey@henzecookmurphy.com
17  *Counsel for Defendant Carl Ferrer*

18

19             IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

                   IN AND FOR THE COUNTY OF SACRAMENTO
20

21  PEOPLE OF THE STATE OF                Case No. 16FE019224, Dept. No. 61
    CALIFORNIA,
22                                        NOTICE OF DEMURRER AND
              Plaintiff,                  DEMURRER OF DEFENDANTS;
23                                        SUPPORTING MEMORANDUM OF
         v.                               POINTS AND AUTHORITIES
24                                        [California Penal Code § 1004]
    CARL FERRER, MICHAEL LACEY, and
25  JAMES LARKIN,                         Opposition Due:  November 4, 2016
                                          Reply Due:       November 10, 2016
26            Defendants.                 Hearing Date:    November 16, 2016
                                          Time:            1:30 p.m.
27
                                          Complaint Filed: September 26, 2016
28                                        Trial Date:      N/A

DAVIS WRIGHT TREMAINE LLP

DEMURRER TO CRIMINAL COMPLAINT, Case No. 16FE019224

*Additional Counsel:*

Don Bennett Moon (*pro hac vice* application to be filed)
500 Downer Trail
Prescott, AZ  86305
Telephone:      (928) 778-7934
Email:          don.moon@azbar.org

*Counsel for Defendants Michael Lacey and James Larkin*

Robert Corn-Revere (*pro hac vice* application to be filed)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, NW, Suite 800
Washington, D.C.  20006
Telephone:      (202) 973-4200
Facsimile:      (202) 973-4499
Email:          bobcornrevere@dwt.com

Rochelle L. Wilcox (SBN 197790)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:      (415) 276-6500
Facsimile:      (415) 276-6599
Email:          rochellewilcox@dwt.com

*Counsel for Defendants Carl Ferrer, Michael Lacey and James Larkin*

DAVIS WRIGHT TREMAINE LLP

DEMURRER TO CRIMINAL COMPLAINT, Case No. 16FE019224