**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>           Plaintiff,<br><br>     vs.<br><br>Michael Lacey, et al.,<br><br>           Defendants. | CASE NO. 2:18-cr-00422-PHX-DJH<br><br>**DEFENDANTS' PROPOSED VERDICT FORM** |

3895846.3

## **Conspiracy to Violate the Travel Act**

### **18 U.S.C. § 371**
### **COUNT 1**

**Count 1:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of Conspiracy to violate the Travel Act, as charged in Count 1 of the Indictment.

**Travel Act**

**18 U.S.C. § 1952(a)(3)(A)**
**COUNTS 2-51**

**Count 2:**

    We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on September 10, 2013, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 3:**

    We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on January 27, 2014, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

DEFENDANTS' PROPOSED VERDICT FORM

**Count 4:**

We, the Jury, unanimously find Defendant:

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

Scott Spear            _____ NOT GUILTY          _____ GUILTY

John Brunst            _____ NOT GUILTY          _____ GUILTY

Andrew Padilla         _____ NOT GUILTY          _____ GUILTY

Joye Vaught            _____ NOT GUILTY          _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit \_\_\_ on January 29, 2014, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.


**Count 5:**

We, the Jury, unanimously find Defendant:

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

Scott Spear            _____ NOT GUILTY          _____ GUILTY

John Brunst            _____ NOT GUILTY          _____ GUILTY

Andrew Padilla         _____ NOT GUILTY          _____ GUILTY

Joye Vaught            _____ NOT GUILTY          _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit \_\_\_ on January 31, 2014, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 6:**

   We, the Jury, unanimously find Defendant:

   Michael Lacey          _____ NOT GUILTY          _____ GUILTY

   Scott Spear            _____ NOT GUILTY          _____ GUILTY

   John Brunst           _____ NOT GUILTY          _____ GUILTY

   Andrew Padilla         _____ NOT GUILTY          _____ GUILTY

   Joye Vaught            _____ NOT GUILTY          _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on

February 6, 2014, by specifically intending to promote or facilitate the promotion of

a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 7:**

   We, the Jury, unanimously find Defendant:

   Michael Lacey          _____ NOT GUILTY          _____ GUILTY

   Scott Spear            _____ NOT GUILTY          _____ GUILTY

   John Brunst           _____ NOT GUILTY          _____ GUILTY

   Andrew Padilla         _____ NOT GUILTY          _____ GUILTY

   Joye Vaught            _____ NOT GUILTY          _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on

April 20, 2014, by specifically intending to promote or facilitate the promotion of

a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 8:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on May 7, 2014, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 9:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on May 31, 2014, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 10:**

    We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on July 1, 2014, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 11:**

    We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on August 19, 2014, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 12:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on November 23, 2014, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.


**Count 13:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on January 29, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

DEFENDANTS' PROPOSED VERDICT FORM

**Count 14:**

We, the Jury, unanimously find Defendant:

Michael Lacey _____ NOT GUILTY _____ GUILTY

Scott Spear _____ NOT GUILTY _____ GUILTY

John Brunst _____ NOT GUILTY _____ GUILTY

Andrew Padilla _____ NOT GUILTY _____ GUILTY

Joye Vaught _____ NOT GUILTY _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on January 31, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 15:**

We, the Jury, unanimously find Defendant:

Michael Lacey _____ NOT GUILTY _____ GUILTY

Scott Spear _____ NOT GUILTY _____ GUILTY

John Brunst _____ NOT GUILTY _____ GUILTY

Andrew Padilla _____ NOT GUILTY _____ GUILTY

Joye Vaught _____ NOT GUILTY _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on January 31, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 16:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on February 4, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.


**Count 17:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on February 18, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 18:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on February 26, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 19:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on May 18, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 20:**

     We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on May 19, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 21:**

     We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on July 1, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 22:**

    We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on July 2, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.


**Count 23:**

    We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on August 13, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 24:**

We, the Jury, unanimously find Defendant:

Michael Lacey        _____ NOT GUILTY        _____ GUILTY

Scott Spear          _____ NOT GUILTY        _____ GUILTY

John Brunst          _____ NOT GUILTY        _____ GUILTY

Andrew Padilla       _____ NOT GUILTY        _____ GUILTY

Joye Vaught          _____ NOT GUILTY        _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on August 15, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.


**Count 25:**

We, the Jury, unanimously find Defendant:

Michael Lacey        _____ NOT GUILTY        _____ GUILTY

Scott Spear          _____ NOT GUILTY        _____ GUILTY

John Brunst          _____ NOT GUILTY        _____ GUILTY

Andrew Padilla       _____ NOT GUILTY        _____ GUILTY

Joye Vaught          _____ NOT GUILTY        _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on September 13, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 26:**

 We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on November 28, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 27:**

 We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on April 21, 2016, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 28:**

    We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on November 3, 2016, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 29:**

    We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on November 11, 2016, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 30:**

     We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ____ on November 14, 2016, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 31:**

     We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ____ on November 14, 2016, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

17

**Count 32:**

     We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on November 19, 2016, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.


**Count 33:**

     We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on November 24, 2016, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 34:**

　　We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ____ on November 26, 2016, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 35:**

　　We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ____ on December 20, 2016, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 36:**

   We, the Jury, unanimously find Defendant:

   Michael Lacey              _____ NOT GUILTY              _____ GUILTY

   Scott Spear                _____ NOT GUILTY              _____ GUILTY

   John Brunst                _____ NOT GUILTY              _____ GUILTY

   Andrew Padilla             _____ NOT GUILTY              _____ GUILTY

   Joye Vaught                _____ NOT GUILTY              _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on
January 15, 2017, by specifically intending to promote or facilitate the promotion of
a business enterprise involved in prostitution offenses in violation of the laws of _____.


**Count 37:**

   We, the Jury, unanimously find Defendant:

   Michael Lacey              _____ NOT GUILTY              _____ GUILTY

   Scott Spear                _____ NOT GUILTY              _____ GUILTY

   John Brunst                _____ NOT GUILTY              _____ GUILTY

   Andrew Padilla             _____ NOT GUILTY              _____ GUILTY

   Joye Vaught                _____ NOT GUILTY              _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on
April 4, 2017, by specifically intending to promote or facilitate the promotion of a business
enterprise involved in prostitution offenses in violation of the laws of _____.

DEFENDANTS' PROPOSED VERDICT FORM

**<u>Count 38:</u>**

    We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on April 11, 2017, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**<u>Count 39:</u>**

    We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on July 3, 2017, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 40:**

     We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ____ on July 15, 2017, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.


**Count 41:**

     We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ____ on July 15, 2017, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

DEFENDANTS' PROPOSED VERDICT FORM

**Count 42:**

  We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on July 21, 2017, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.


**Count 43:**

  We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on July 23, 2017, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

DEFENDANTS' PROPOSED VERDICT FORM

**Count 44:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on January 26, 2018, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.


**Count 45:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on January 30, 2018, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 46:**

   We, the Jury, unanimously find Defendant:

   Michael Lacey          _____ NOT GUILTY          _____ GUILTY

   Scott Spear            _____ NOT GUILTY          _____ GUILTY

   John Brunst            _____ NOT GUILTY          _____ GUILTY

   Andrew Padilla         _____ NOT GUILTY          _____ GUILTY

   Joye Vaught            _____ NOT GUILTY          _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on

January 30, 2018, by specifically intending to promote or facilitate the promotion of

a business enterprise involved in prostitution offenses in violation of the laws of _____.


**Count 47:**

   We, the Jury, unanimously find Defendant:

   Michael Lacey          _____ NOT GUILTY          _____ GUILTY

   Scott Spear            _____ NOT GUILTY          _____ GUILTY

   John Brunst            _____ NOT GUILTY          _____ GUILTY

   Andrew Padilla         _____ NOT GUILTY          _____ GUILTY

   Joye Vaught            _____ NOT GUILTY          _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on

January 30, 2018, by specifically intending to promote or facilitate the promotion of

a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 48:**

 We, the Jury, unanimously find Defendant:

  Michael Lacey   _____ NOT GUILTY  _____ GUILTY

  Scott Spear    _____ NOT GUILTY  _____ GUILTY

  John Brunst    _____ NOT GUILTY  _____ GUILTY

  Andrew Padilla   _____ NOT GUILTY  _____ GUILTY

  Joye Vaught    _____ NOT GUILTY  _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on January 31, 2018, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 49:**

 We, the Jury, unanimously find Defendant:

  Michael Lacey   _____ NOT GUILTY  _____ GUILTY

  Scott Spear    _____ NOT GUILTY  _____ GUILTY

  John Brunst    _____ NOT GUILTY  _____ GUILTY

  Andrew Padilla   _____ NOT GUILTY  _____ GUILTY

  Joye Vaught    _____ NOT GUILTY  _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on February 1, 2018, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

DEFENDANTS' PROPOSED VERDICT FORM

**Count 50:**

    We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit \_\_\_ on February 6, 2018, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 51:**

    We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit \_\_\_ on February 6, 2018, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

27

1

## **<u>Conspiracy to Commit Money Laundering</u>**

2

**18 U.S.C. § 1956(h)**
**COUNT 52**

3

4

**<u>Count 52:</u>**

5

We, the Jury, unanimously find Defendant:

6

Michael Lacey            _____ NOT GUILTY            _____ GUILTY

7

Scott Spear              _____ NOT GUILTY            _____ GUILTY

8

John Brunst              _____ NOT GUILTY            _____ GUILTY

9

10

of Conspiracy to commit Money Laundering, as charged in Count 52 of the Indictment.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Concealment Money Laundering**

**18 U.S.C. § 1956(a)(1)(B)(i)**
**COUNTS 53-62**

**Count 53:**

 We, the Jury, unanimously find Defendant:

  Michael Lacey   _____ NOT GUILTY   _____ GUILTY

  Scott Spear   _____ NOT GUILTY   _____ GUILTY

  John Brunst   _____ NOT GUILTY   _____ GUILTY

of committing Concealment Money Laundering in connection with the May 18, 2016

transfer of $1,476,505.00 from Website Technologies to Cereus Properties.

**Count 54:**

 We, the Jury, unanimously find Defendant:

  Michael Lacey   _____ NOT GUILTY   _____ GUILTY

  Scott Spear   _____ NOT GUILTY   _____ GUILTY

  John Brunst   _____ NOT GUILTY   _____ GUILTY

of committing Concealment Money Laundering in connection with the May 18, 2016

transfer of $264,438.00 from Website Technologies to Cereus Properties.

**Count 55:**

We, the Jury, unanimously find Defendant:

Michael Lacey _____ NOT GUILTY _____ GUILTY

Scott Spear _____ NOT GUILTY _____ GUILTY

John Brunst _____ NOT GUILTY _____ GUILTY

of committing Concealment Money Laundering in connection with the May 31, 2016 transfer of $3,171,675.80 from Website Technologies to Cereus Properties.

**Count 56:**

We, the Jury, unanimously find Defendant:

Michael Lacey _____ NOT GUILTY _____ GUILTY

Scott Spear _____ NOT GUILTY _____ GUILTY

John Brunst _____ NOT GUILTY _____ GUILTY

of committing Concealment Money Laundering in connection with the May 31, 2016 transfer of $432,961.87 from Website Technologies to Cereus Properties.

**Count 57:**

We, the Jury, unanimously find Defendant:

Michael Lacey _____ NOT GUILTY _____ GUILTY

Scott Spear _____ NOT GUILTY _____ GUILTY

John Brunst _____ NOT GUILTY _____ GUILTY

of committing Concealment Money Laundering in connection with the June 20, 2016 transfer of $842,878.00 from Website Technologies to Cereus Properties.

**Count 58:**

We, the Jury, unanimously find Defendant:

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

Scott Spear            _____ NOT GUILTY          _____ GUILTY

John Brunst            _____ NOT GUILTY          _____ GUILTY

of committing Concealment Money Laundering in connection with the June 30, 2016 transfer of $3,076,147.75 from Website Technologies to Cereus Properties.


**Count 59:**

We, the Jury, unanimously find Defendant:

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

Scott Spear            _____ NOT GUILTY          _____ GUILTY

John Brunst            _____ NOT GUILTY          _____ GUILTY

of committing Concealment Money Laundering in connection with the July 27, 2016 transfer of $3,252,681.62 from Website Technologies to Cereus Properties.


**Count 60:**

We, the Jury, unanimously find Defendant:

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

Scott Spear            _____ NOT GUILTY          _____ GUILTY

John Brunst            _____ NOT GUILTY          _____ GUILTY

of committing Concealment Money Laundering in connection with the July 27, 2016 transfer of $438,818.86 from Website Technologies to Cereus Properties.

**Count 61:**

We, the Jury, unanimously find Defendant:

Michael Lacey              _____ NOT GUILTY              _____ GUILTY

Scott Spear               _____ NOT GUILTY              _____ GUILTY

John Brunst              _____ NOT GUILTY              _____ GUILTY

of committing Concealment Money Laundering in connection with the August 16, 2016 transfer of $804,250.00 from Website Technologies to Cereus Properties.

**Count 62:**

We, the Jury, unanimously find Defendant:

Michael Lacey              _____ NOT GUILTY              _____ GUILTY

Scott Spear               _____ NOT GUILTY              _____ GUILTY

John Brunst              _____ NOT GUILTY              _____ GUILTY

of committing Concealment Money Laundering in connection with the August 31, 2016 transfer of $3,171,264.42 from Website Technologies to Cereus Properties.

DEFENDANTS' PROPOSED VERDICT FORM

## **International Promotional Money Laundering**

### **18 U.S.C. § 1956(a)(2)(A)**
### **COUNTS 63-68**

**Count 63:**

      We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |

of committing International Promotional Money Laundering in connection with the March 4, 2014 transfer of $6,450.00 from U.S. Bank to S.B (India).

**Count 64:**

      We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |

of committing International Promotional Money Laundering in connection with the August 5, 2016 transfer of $5,005,732.86 from Ad Tech B.V. to Cereus Properties.

**Count 65:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |

of committing International Promotional Money Laundering in connection with the September 22, 2016 transfer of $2,916,955.00 from Ad Tech B.V. to Cereus Properties.

**Count 66:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |

of committing International Promotional Money Laundering in connection with the October 3, 2016 transfer of $354,050.84 from Ad Tech B.V. to Cereus Properties.

**Count 67:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |

of committing International Promotional Money Laundering in connection with the November 2, 2016 transfer of $2,726,170.00 from Ad Tech B.V. to Cereus Properties.

**Count 68:**

We, the Jury, unanimously find Defendant:

Michael Lacey             _____ NOT GUILTY        _____ GUILTY

Scott Spear               _____ NOT GUILTY        _____ GUILTY

John Brunst               _____ NOT GUILTY        _____ GUILTY

of committing International Promotional Money Laundering in connection with the November 15, 2016 transfer of $351,403.54 from Ad Tech B.V. to Cereus Properties.

1

**Transactional Money Laundering**

2

**18 U.S.C. § 1957(a)**
**COUNTS 69-99**

3

4

**Count 69:**

5

We, the Jury, unanimously find Defendant:

6

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

7

John Brunst          _____ NOT GUILTY          _____ GUILTY

8

9

of committing Transactional Money Laundering in connection with the August 21, 2013

10

transfer of $30,000.00 from Bank of America to Stewart Title.

11

12

13

**Count 70:**

14

We, the Jury, unanimously find Defendant:

15

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

16

John Brunst          _____ NOT GUILTY          _____ GUILTY

17

18

of committing Transactional Money Laundering in connection with the September 13,

19

2013 transfer of $62,491.47 from BMO Harris to Stewart Title.

20

21

22

**Count 71:**

23

We, the Jury, unanimously find Defendant:

24

Scott Spear          _____ NOT GUILTY          _____ GUILTY

25

26

of committing Transactional Money Laundering in connection with the June 11, 2014

27

transfer of $300,000.00 from National Bank of Arizona to Spear Family Trust.

28

**Count 72:**

  We, the Jury, unanimously find Defendant:

   Scott Spear     _____ NOT GUILTY   _____ GUILTY

of committing Transactional Money Laundering in connection with the June 20, 2014 transfer of $200,000.00 from National Bank of Arizona to TD Ameritrade.

**Count 73:**

  We, the Jury, unanimously find Defendant:

   Scott Spear     _____ NOT GUILTY   _____ GUILTY

of committing Transactional Money Laundering in connection with the November 4, 2014 transfer of $1,000,000.00 from National Bank of Arizona to UBS Financial.

**Count 74:**

  We, the Jury, unanimously find Defendant:

   Scott Spear     _____ NOT GUILTY   _____ GUILTY

of committing Transactional Money Laundering in connection with the May 14, 2015 transfer of $250,000.00 from National Bank of Arizona to Lincoln National Life.

DEFENDANTS' PROPOSED VERDICT FORM

**Count 75:**

      We, the Jury, unanimously find Defendant:

      Scott Spear            _____ NOT GUILTY       _____ GUILTY

of committing Transactional Money Laundering in connection with the May 26, 2015 transfer of $50,000.00 from National Bank of Arizona to Industrial Property Trust.

**Count 76:**

      We, the Jury, unanimously find Defendant:

      Scott Spear            _____ NOT GUILTY       _____ GUILTY

of committing Transactional Money Laundering in connection with the November 3, 2015 transfer of $300,000.00 from National Bank of Arizona to Ally Bank.

**Count 77:**

      We, the Jury, unanimously find Defendant:

      Scott Spear            _____ NOT GUILTY       _____ GUILTY

of committing Transactional Money Laundering in connection with the December 1, 2015 transfer of $200,000.00 from National Bank of Arizona to Wells Fargo.

DEFENDANTS' PROPOSED VERDICT FORM

**Count 78:**

We, the Jury, unanimously find Defendant:

Scott Spear                    _____ NOT GUILTY              _____ GUILTY

John Brunst                    _____ NOT GUILTY              _____ GUILTY

of committing Transactional Money Laundering in connection with the January 11, 2016 transfer of $133,045.00 from Cereus Properties to National Bank of Arizona.

**Count 79:**

We, the Jury, unanimously find Defendant:

John Brunst                    _____ NOT GUILTY              _____ GUILTY

of committing Transactional Money Laundering in connection with the January 26, 2016 transfer of $101,974.00 from Cereus Properties to Wells Fargo.

**Count 80:**

We, the Jury, unanimously find Defendant:

John Brunst                    _____ NOT GUILTY              _____ GUILTY

of committing Transactional Money Laundering in connection with the February 3, 2016 transfer of $1,507,944.00 from Cereus Properties to Charles Schwab.

**Count 81:**

We, the Jury, unanimously find Defendant:

Michael Lacey                 _____ NOT GUILTY              _____ GUILTY

John Brunst                    _____ NOT GUILTY              _____ GUILTY

of committing Transactional Money Laundering in connection with the March 1, 2016 transfer of $1,692,020.00 from Cereus Properties to Bank of America.

**Count 82:**

We, the Jury, unanimously find Defendant:

John Brunst                    _____ NOT GUILTY              _____ GUILTY

of committing Transactional Money Laundering in connection with the April 1, 2016 transfer of $220,944.00 from Cereus Properties to Wells Fargo.

**Count 83:**

We, the Jury, unanimously find Defendant:

Michael Lacey                 _____ NOT GUILTY              _____ GUILTY

John Brunst                    _____ NOT GUILTY              _____ GUILTY

of committing Transactional Money Laundering in connection with the June 27, 2016 transfer of $397,500.00 from Arizona Bank & Trust to Fidelity Title.

DEFENDANTS' PROPOSED VERDICT FORM

**Count 84:**

    We, the Jury, unanimously find Defendant:

    Michael Lacey          _____ NOT GUILTY       _____ GUILTY

    John Brunst           _____ NOT GUILTY       _____ GUILTY

of committing Transactional Money Laundering in connection with the July 20, 2016 transfer of $12,859,152.57 from Arizona Bank & Trust to Fidelity Title.

**Count 85:**

    We, the Jury, unanimously find Defendant:

    Scott Spear           _____ NOT GUILTY       _____ GUILTY

of committing Transactional Money Laundering in connection with the July 22, 2016 transfer of $50,000.00 from National Bank of Arizona to Strategic Storage Trust II.

**Count 86:**

    We, the Jury, unanimously find Defendant:

    Michael Lacey          _____ NOT GUILTY       _____ GUILTY

    John Brunst           _____ NOT GUILTY       _____ GUILTY

of committing Transactional Money Laundering in connection with the August 2, 2016 transfer of $16,243.00 from Cereus Properties to Wells Fargo.

**Count 87:**

      We, the Jury, unanimously find Defendant:

      John Brunst        _____ NOT GUILTY        _____ GUILTY

of committing Transactional Money Laundering in connection with the October 6, 2016 transfer of $1,206,356.00 from Cereus Properties to Charles Schwab.

**Count 88:**

      We, the Jury, unanimously find Defendant:

      Michael Lacey        _____ NOT GUILTY        _____ GUILTY

      John Brunst        _____ NOT GUILTY        _____ GUILTY

of committing Transactional Money Laundering in connection with the October 6, 2016 transfer of $268,016.00 from Cereus Properties to Arizona Bank & Trust.

**Count 89:**

      We, the Jury, unanimously find Defendant:

      Michael Lacey        _____ NOT GUILTY        _____ GUILTY

      John Brunst        _____ NOT GUILTY        _____ GUILTY

of committing Transactional Money Laundering in connection with the October 6, 2016 transfer of $268,016.00 from Cereus Properties to Arizona Bank & Trust.

**Count 90:**

    We, the Jury, unanimously find Defendant:

      Michael Lacey          _____ NOT GUILTY      _____ GUILTY

      John Brunst           _____ NOT GUILTY      _____ GUILTY

of committing Transactional Money Laundering in connection with the October 6, 2016 transfer of $268,016.00 from Cereus Properties to Arizona Bank & Trust.

**Count 91:**

    We, the Jury, unanimously find Defendant:

      Michael Lacey          _____ NOT GUILTY      _____ GUILTY

      John Brunst           _____ NOT GUILTY      _____ GUILTY

of committing Transactional Money Laundering in connection with the October 6, 2016 transfer of $268,016.00 from Cereus Properties to Arizona Bank & Trust.

**Count 92:**

    We, the Jury, unanimously find Defendant:

      Michael Lacey          _____ NOT GUILTY      _____ GUILTY

      John Brunst           _____ NOT GUILTY      _____ GUILTY

of committing Transactional Money Laundering in connection with the October 6, 2016 transfer of $268,016.00 from Cereus Properties to Arizona Bank & Trust.

DEFENDANTS' PROPOSED VERDICT FORM

**Count 93:**

We, the Jury, unanimously find Defendant:

Scott Spear          _____ NOT GUILTY          _____ GUILTY

John Brunst          _____ NOT GUILTY          _____ GUILTY

of committing Transactional Money Laundering in connection with the October 6, 2016 transfer of $141,444.00 from Cereus Properties to National Bank of Arizona.

**Count 94:**

We, the Jury, unanimously find Defendant:

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

of committing Transactional Money Laundering in connection with the December 29, 2016 transfer of $3,300,000.00 from Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank.

**Count 95:**

We, the Jury, unanimously find Defendant:

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

of committing Transactional Money Laundering in connection with the December 29, 2016 transfer of $3,300,000.00 from Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank.

**Count 96:**

We, the Jury, unanimously find Defendant:

Michael Lacey             _____ NOT GUILTY             _____ GUILTY

of committing Transactional Money Laundering in connection with the December 29, 2016 transfer of $3,300,000.00 from Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank.

**Count 97:**

We, the Jury, unanimously find Defendant:

Michael Lacey             _____ NOT GUILTY             _____ GUILTY

of committing Transactional Money Laundering in connection with the December 29, 2016 transfer of $3,300,000.00 from Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank.

**Count 98:**

We, the Jury, unanimously find Defendant:

Michael Lacey             _____ NOT GUILTY             _____ GUILTY

of committing Transactional Money Laundering in connection with the December 29, 2016 transfer of $3,300,000.00 from Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank.

**<u>Count 99:</u>**

We, the Jury, unanimously find Defendant:

Michael Lacey            _____ NOT GUILTY            _____ GUILTY

of committing Transactional Money Laundering in connection with the January 3, 2017 transfer of $16,500,000.00 from Johnson Bank to Primus Trust Co./K&H Bank.

### __International Concealment Money Laundering__

**18 U.S.C. § 1956(a)(2)(B)(i)**
**COUNT 100**

__Count 100:__

     We, the Jury, unanimously find Defendant:

    Michael Lacey           _____ NOT GUILTY       _____ GUILTY

of committing Transactional Money Laundering in connection with the January 3, 2017

transfer of $16,500,000.00 from Johnson Bank to Primus Trust Co./K&H Bank.

DATE:  _____

                                 _____
                                 FOREPERSON