# KESSLER LAW GROUP
— EST. 1983 —
### ATTORNEYS AT LAW

October 25, 2023

**<u>Sent via email to:</u>**

The Honorable Diane J. Humetewa
United States District Court- Pheonix Division
Sandra Day O'Connor U. S. Courthouse
401 W. Jefferson Strett, SPC 625
Courtroom 605
Phoenix, AZ 85004
humetewa_chambers@azd.uscourts.gov

Criminal Justice Act (CJA) Unit- Phoenix Division
cja_evoucher@azd.uscourts.gov

   Re: <u>*USA v. Michael Lacey, et al., CR18-00422-PHX-DJH*</u>
      Letter of Explanation for Daily Transcript Request


Your Honor:

CJA Defense counsel is respectfully requesting the daily transcripts for all remaining witnesses beginning October 25, 2023, through the conclusion of the case. I am requesting a daily-turnaround. The reason for the expeditious turnaround time is due to the numerous evidentiary rulings and guidance by the Court regarding subject matters that are or are not permissable. The transcripts are necessary for effective examination within the evidentiary bounds set by this Court.


Thank you.

Sincerely,


*Eric W. Kessler*

Eric W. Kessler
EWK/jk