2:18-cr-00422-DJH, October 26, 2023 P.M.

1              **UNITED STATES DISTRICT COURT**

2              **FOR THE DISTRICT OF ARIZONA**

3                    _____

4
**United States of America**,              )
5                                          )
                        Plaintiff,         )
6     vs.                                  )
                                           )  2:18-cr-00422-DJH
7     **Michael Lacey, et al.**,           )
                                           )
8                       Defendants.        )
                                           )  October 26, 2023
9     _____    )  1:30 p.m.

10

11

12        **BEFORE:   THE HONORABLE DIANE J. HUMETEWA, JUDGE**

13        <u>**REPORTER'S TRANSCRIPT OF PROCEEDINGS**</u>

14              JURY TRIAL - DAY 25 P.M.

15

16

17

18

19

20

21    Official Court Reporter:
      **Elaine Cropper, RDR, CRR, CCP**
22    Sandra Day O'Connor U.S. Courthouse, Suite 312
      401 West Washington Street, SPC 35
23    Phoenix, Arizona  85003-2151
      elaine_cropper@azd.uscourts.gov
24
      Proceedings Reported by Stenographic Court Reporter
25    Transcript Prepared by Computer-Aided Transcription

                United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

**MISCELLANEOUS NOTATIONS**

| Item | Page |
|---|---|
| Proceedings outside the presence of the jury | 5 |
| Defendant Padilla rests | 15 |
| Defendant Spear rests | 15 |
| Defendant Brunst rests | 15 |
| Defendant Vaught rests | 15 |
| Defendant Lacey rests | 15 |
| Final jury instructions | 15 |
| Government's closing argument | 52 |

**RECESSES**

| | Page | Line |
|---|---|---|
| (Recess at 1:54; resumed at 1:59.) | 14 | 1 |
| (Recess at 3:06; resumed at 3:21.) | 52 | 8 |

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1                    **A P P E A R A N C E S**

2

For the Government:
3                **KEVIN M. RAPP, ESQ.**
                 **PETER S. KOZINETS, ESQ.**
4                **ANDREW C. STONE, ESQ.**
                 **MARGARET WU PERLMETER, ESQ.**
5                U.S. Attorney's Office
                 40 N, Central Ave., Ste. 1800
6                Phoenix, AZ  85004-4408
                 kevin.rapp@usdoj.gov
7                peter.kozinets@usdoj.gov
                 andrew.stone@usdoj.gov
8                margaret.perlmeter@usdoj.gov

9                **AUSTIN M. BERRY, ESQ.**
                 U.S. Department of Justice
10               Child Exploitation and Obscenity Section
                 1301 New York Ave., NW, 11th Fl.
11               Washington, D.C.  20005
                 austin.berry2@usdoj.gov

12

13   For the Defendant Michael Lacey:
                 **PAUL J. CAMBRIA, JR., ESQ.**
14               Lipsitz Green Scime Cambria, L.L.P.
                 42 Delaware Ave., Ste. 120
15               Buffalo, NY  14202
                 pcambria@lglaw.com

16

17   For the Defendant Scott Spear:
                 **BRUCE S. FEDER, ESQ.**
18               Feder Law Office, P.A.
                 2390 E. Camelback Road, Ste. 160
19               Phoenix, AZ  85016
                 bf@federlawpa.com

20
                 **ERIC W. KESSLER, ESQ.**
21               Kessler Law Office
                 9237 E. Via De Ventura, Ste. 230
22               Scottsdale, AZ  85253
                 eric.kesslerlaw@gmail.com

23

24

25

                 United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1             **A P P E A R A N C E S** (Continued)

2

   For the Defendant John Brunst:
3         **GOPI K. PANCHAPAKESAN, ESQ.**
        **GARY S. LINCENBERG, ESQ.**
4         Bird Marella Boxer Wolpert Nessim Drooks
   Lincenberg & Rhow, P.C.
5         1875 Century Park E. Ste. 2300
        Los Angeles, CA  90067
6         gpanchapakesan@birdmarella.com
        glincenberg@birdmarella.com
7

   For the Defendant Andrew Padilla:
8         **DAVID S. EISENBERG, ESQ.**
        David Eisenberg, P.C.
9         3550 N. Central Ave., Ste. 1155
        Phoenix, AZ  85012
10         david@deisenbergplc.com

11    For the Defendant Joye Vaught:
        **JOY MALBY BERTRAND, ESQ.**
12         Joy Bertrand, Esq., L.L.C.
        P.O. Box 2734
13         Scottsdale, AZ  85252-2734
        joy@joybertrandlaw.com

14

15

16

17

18

19

20

21

22

23

24

25

2:18-cr-00422-DJH, October 26, 2023 P.M.

<u>**P R O C E E D I N G**</u>

1

2      (Court was called to order by the courtroom deputy.)

3      (Proceedings begin at 1:30.)

4      (Proceedings outside the presence of the jury.)

5          THE COURT:  All right.  Please be seated.  The jury      01:30:19

6   instructions have been provided to you in hard copy.  I know

7   that it was only done momentarily but I would ask you just to

8   look at very quickly the substantive instructions to make sure

9   that there are no glaring errors.

10         And Liliana, did I receive a revised form of verdict?    01:31:07

11         And then the form of verdict has been revised as was

12  previously discussed.  And because the defendants have raised

13  the imperfections in verdict form as part of their motion for

14  judgment of acquittal, I am going to as well incorporate that

15  into my continuing consideration and reserve my determination.  01:32:04

16  I'll incorporate that argument into that determination.

17         I just wanted parties to be clear on that.

18         All right.  Is there any reason that we should not

19  call forward the jury.

20         MR. STONE:  We're not quite done looking at the jury     01:32:31

21  instructions, Your Honor.

22         THE COURT:  Okay.  I'll give you a few more minutes.

23         Someone on your prosecution and defense team should

24  be looking at the form of verdict then.

25         MR. STONE:  We have, Your Honor.  It looks good.         01:32:56

2:18-cr-00422-DJH, October 26, 2023 P.M.

 1          COURTROOM DEPUTY:  Ladies and gentlemen in the          01:33:25

 2  gallery, cell phones should be silenced and they are not

 3  permitted to be used in the courtroom.  Thank you.

 4          MR. STONE:  Your Honor, page 43 of the jury

 5  instructions.  This is the Count 100?                          01:34:13

 6          THE COURT:  Yes.

 7          MR. STONE:  The third element where it reads:  Thirds

 8  defendant Lacey knew that transportation, and then the last

 9  clause where it says:  To avoid the transaction reporting

10  requirement under state or federal law, the statute actually   01:34:26

11  reads in the disjunctive so it should be "or."  There's the

12  designed in whole or in part to conceal or disguise the nature,

13  location, source, ownership, or control of the proceeds of the

14  Travel Act violation or to avoid a transaction reporting

15  requirement under state or federal law.                        01:34:47

16          THE COURT:  Okay.  So what I'm missing is after

17  violations "or to avoid"?

18          MR. STONE:  And we aren't traveling under that

19  theory, quite frankly, so we would be fine just deleting to

20  avoid a transaction reporting requirement under state or       01:35:03

21  federal law.

22          THE COURT:  Any objection?

23          MR. CAMBRIA:  Yes, Your Honor.  I think it should

24  stay the way it is.

25          THE COURT:  Well, the stay the way it is with the      01:35:11

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1   incorporation of the "or"?                                          01:35:13

2           MR. CAMBRIA:  No, that isn't the way it is.

3           THE COURT:  Fair point.

4           MR. STONE:  The statute is clear that it's in the

5   disjunctive.                                                        01:35:22

6           THE COURT:  And I would agree with that so it's

7   either "or to avoid" or removing "to avoid."

8           MR. CAMBRIA:  No.  Give me one second here.  The way

9   it is, it's all right as far as I'm concerned.

10          THE COURT:  All right.  Mr. Stone, he has no             01:35:49

11  objection to it as it is but you want to remove "to avoid"?

12          MR. STONE:  I'm sorry.  He's -- Mr. Cambria is okay

13  with the "or" being put in there?

14          THE COURT:  No.  He's okay with the way it's worded

15  now.                                                               01:36:09

16          MR. STONE:  I'm sure he's okay with the way it's

17  worded now.

18          THE COURT:  I'm sorry.  I'm trying to figure out what

19  it was that Mr. Cambria just said but my screen froze.  Let

20  me --                                                              01:36:34

21          Can you do a test?  It's not moving.

22          Yes, yes, please.

23          Can I get a clarification again, Mr. Cambria.  Wait.

24  Let me ask you the question.  You object to the inclusion, of

25  "or to avoid a transaction"?                                       01:37:00

United States District Court

8

2:18-cr-00422-DJH, October 26, 2023 P.M.

1          MR. CAMBRIA:  No.                                    01:37:05

2          THE COURT:  Okay.  You agree with the insertion of

3     "or"?

4          MR. CAMBRIA:  The way I read this, "or" is in here.

5          THE COURT:  Are you on the right -- we're looking at   01:37:18

6     43.

7          MR. CAMBRIA:  Page 43.  The last paragraph, conceal

8     or disguise the nature, location, et cetera.  That's fine with

9     me.

10         THE COURT:  Well, the question that we're on is in   01:37:35

11    the very last line "or control of the proceeds of the Travel

12    Act violations or to avoid a transaction," and what the

13    Government is indicating, because it is in the disjunctive, to

14    remove everything after "or control of the proceeds of the

15    Travel Act violations."                                   01:37:56

16         MR. CAMBRIA:  Or to avoid a transaction reporting

17    requirement under state or federal law.  I'm okay with that.

18         THE COURT:  Okay.  I'm doing this one more time.  So

19    the Government wants to remove after "violations" and end the

20    sentence there.  Is there an objection?                   01:38:54

21         MR. CAMBRIA:  Yes.

22         THE COURT:  I think the "or" should be included.  And

23    so we will insert "or" and then leave the remainder of the

24    language in.

25         MR. STONE:  That's fine.  Just the "or" is necessary.   01:39:25

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1   Thank you.                                                          01:39:26

2          THE COURT:  We'll make that change immediately and

3   we're printing those for the jury right now, but I'm not going

4   to give you new instructions.  You're just going to have to

5   pencil in these changes.  I'm just making them for the JERS     01:39:48

6   instruction packet.

7          All right.  Anything else?

8          MR. EISENBERG:  Your Honor, you've asked the defense

9   whether the verdict form is appropriate and I think as far as

10  we're all concerned, it is.  I haven't checked the exhibit     01:40:07

11  numbers for each of the counts, but from my recollection, from

12  looking at this before, they seem accurate but I just -- I

13  don't have a way of doing that and if it's wrong, we can:

14         THE COURT:  Well, now is the time and I think Mr.

15  Panchapakesan was the person that took the leader cap on the    01:40:29

16  verdict form, so I assumed that because he proposed the exhibit

17  numbers --

18         MR. EISENBERG:  I would have no reason to think that

19  there is any error.

20         THE COURT:  Okay.  Okay.  So we're going to make that    01:40:47

21  modification to the juror packets.  Give us a few minutes to do

22  that.

23         Any other modifications, nits or anything of the like

24  from the Government?

25         Well, as they are huddled, why don't I turn to           01:41:18

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1   defense and see if there are any modifications, nits, anything          01:41:22
2   related to the substantive charges?
3              MR. CAMBRIA:  Yes.  I object to the very last
4   instruction on speech.
5              THE COURT:  Duly noted.                                       01:41:39
6              MR. CAMBRIA:  Thank you.
7              MR. STONE:  Okay, Your Honor.  Just one more I
8   believe.  It's page 24.  This is dealing with the conspiracy
9   count.
10             MS. BERTRAND:  Is this the instructions?                      01:41:57
11             MR. STONE:  The instructions.  Are you there, Your
12  Honor?
13             THE COURT:  Yes.
14             MR. STONE:  In the paragraph that reads, for a
15  conspiracy to have existed, the last sentence reads:  You must          01:42:06
16  find that there was a plan to commit at least one of the crimes
17  alleged in the indictment as an object of the conspiracy with
18  all of you agreeing to this particular crime, i.e., the Travel
19  Act violation.  I think before it read "violations."  You know,
20  the language is clear that they need to agree to the particular         01:42:24
21  crime.  But there have been multiple Travel Act violations
22  alleged, so I think the plural would be accurate here.
23             THE COURT:  So would it be more accurate to say just
24  a Travel Act violation?
25             MR. STONE:  No.  Conspiracy, generally, you don't            01:42:43

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1    need to find one particular crime.  You just need to find that      01:42:45

2    the statute was conspired to be violated.  So it's a little

3    confusing to point it to one crime.  Conspiracy is an inchoate

4    crime so you don't need to have everyone agree to conspiracy to

5    commit to Count 6.  They could acquit on 2 through 51 and find      01:43:01

6    Count 1.

7              THE COURT:  So it should read:  I.e. the Travel Act

8    violations which the conspirators agreed to commit.

9              MR. STONE:  Or get rid of "the" and just say Travel

10   Act violations.                                                     01:43:17

11             THE COURT:  Any objection to removing "which the

12   conspirators agreed to commit"?

13             MS. BERTRAND:  Your Honor, I think this goes back to

14   the defense's concerns about a variance or amendment of the

15   indictment and the prior rulings of this Court.  I would ask       01:43:30

16   that the Trial Act -- Trial Act, that's a different matter --

17   Travel Act violation as currently set forth in the jury

18   instructions remain.  I don't know what my colleagues are going

19   to say about that but that's my initial take on it.

20             THE COURT:  Well, if there's no disagreement other       01:43:50

21   than what the Government has proposed, I'm just going to modify

22   to make the violations plural so let's just include the Travel

23   Act violations.  Keep everything after that.

24             (Discussion off the record.)

25             THE COURT:  No.  Let's leave "the" in, i.e., the         01:44:21

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

```
 1  Travel Act violations.                                    01:44:26
 2          All right.  Anything other than that?  From the
 3  Government?
 4          MR. STONE:  I don't think so, Your Honor.  Thank you.
 5          THE COURT:  Anything from the defense in terms of the  01:44:34
 6  substantive charges?
 7          MR. CAMBRIA:  No, Your Honor.
 8          MS. BERTRAND:  No, Your Honor, as long as our prior
 9  objections are noted, I think we're fine.
10          MR. EISENBERG:  I have none, Your Honor.            01:44:45
11          MR. FEDER:  No.
12          MR. PANCHAPAKESAN:  No, Your Honor.
13          THE COURT:  Okay.  We'll add those to the jury's
14  copy.
15          While we have a couple minutes while we're waiting  01:45:00
16  for that, let me ask you to write this down as a to-do and I'll
17  expect I think probably by maybe Tuesday morning.
18          I am not convinced, after looking at a little bit of
19  the case law and the procedure on whether or not the
20  defendants, should a conviction result on any of the counts,  01:45:33
21  including the money laundering counts, I'm not entirely sure
22  that you're entitled to a jury trial.  And so I would like some
23  briefing on that.  I've seen some case law that seems to
24  suggest that it could simply be to the Court.  There might be a
25  distinction in terms of the property seized; but in any event,  01:46:07
```

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

| | | |
|---|---|---|
| 1 | I think that I would like to, number one, have you brief the | 01:46:15 |
| 2 | matter and tell me whether or not you are entitled to a jury | |
| 3 | trial on the forfeiture count.  And then set forth how | |
| 4 | procedurally you think that would occur and I think that could | |
| 5 | be done in seven pages or less.  And so by Tuesday morning, if | 01:46:43 |
| 6 | you would provide me that, that would be very helpful. | |
| 7 | And let me just make sure, Mr. Rapp, you have your | |
| 8 | equipment ready to go.  I assume you're going to be using the | |
| 9 | electronic -- | |
| 10 | MR. RAPP:  I am.  So you want to roll right in from | 01:47:12 |
| 11 | reading into closings? | |
| 12 | THE COURT:  Yes. | |
| 13 | MR. RAPP:  Then I would like to get the lapel | |
| 14 | microphone if I could. | |
| 15 | COURTROOM DEPUTY:  Okay.  I'll put in a new battery. | 01:47:24 |
| 16 | MR. BERRY:  So you're not going to give the jury a | |
| 17 | break? | |
| 18 | THE COURT:  Well, these are very thick instructions. | |
| 19 | I don't know.  If you think you want, like, ten minutes or | |
| 20 | something like that, we'll just see how long it takes for me to | 01:47:43 |
| 21 | read these. | |
| 22 | Okay.  We'll take about five more minutes.  If anyone | |
| 23 | needs to excuse themselves briefly, just be back in five. | |
| 24 | MR. STONE:  Your Honor, we do have -- | |
| 25 | THE COURT:  Well, we've got counsel leaving so . . . | 01:54:03 |

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

```
 1            (Recess at 1:54; resumed at 1:59.)                      01:54:06
 2            THE COURT:  Mr. Stone was going to raise some issue.
 3            MR. STONE:  Your Honor, the only thing I was going to
 4   point out and we're happy to do the research into the case law
 5   but the rule is -- rules of criminal procedure 32.2(b)(5) which  01:59:50
 6   talks about jury determination and it reads, "In any case tried
 7   before a jury, if the indictment or information states that the
 8   government is seeking forfeiture, the court must determine
 9   before the jury begins deliberating whether either party
10   requests that the jury be retained to determine the            02:00:10
11   forfeitability of specific property if it returns a guilty
12   verdict."
13            THE COURT:  Well, again, I'll expect the briefing on
14   Tuesday but I was looking at some Ninth Circuit law that seems
15   to call that into doubt.                                        02:00:25
16            MR. STONE:  Okay.  And we will do that, Your Honor.
17            THE COURT:  All right.  Okay.  So are we ready?
18            Is the Government ready?
19            MR. RAPP:  Yes.
20            THE COURT:  Defense ready?                             02:00:40
21            MR. EISENBERG:  Yes, Your Honor.
22            MR. PANCHAPAKESAN:  Yes.
23            THE COURT:  All right.  Let's have the jury in.
24            All rise for the jury.
25            (Jury enters at 2:02.)                                02:02:15
```

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

| | |
|---|---|
| 1 | THE COURT:  All right.  Please be seated. | 02:02:44 |
| 2 | And the record will reflect the presence of the jury. | |
| 3 | And members of the jury, I do appreciate your patience with us. | |
| 4 | Again, these are important parts of the process that we have to | |
| 5 | determine that don't necessarily require your presence and so I | 02:02:58 |
| 6 | do appreciate your presence and your patience with us. | |
| 7 | And so the defense call its next witness. | |
| 8 | MR. EISENBERG:  Your Honor, the defense rests, at | |
| 9 | least as far as Mr. Padilla goes. | |
| 10 | THE COURT:  Mr. Feder? | 02:03:16 |
| 11 | MR. FEDER:  Same. | |
| 12 | THE COURT:  Mr. Lincenberg? | |
| 13 | MR. LINCENBERG:  Your Honor, the defense rests. | |
| 14 | THE COURT:  Ms. Bertrand? | |
| 15 | MS. BERTRAND:  Yes, Ms. Vaught rests.  Thank you. | 02:03:28 |
| 16 | THE COURT:  Mr. Cambria? | |
| 17 | MR. CAMBRIA:  Yes, Mr. Lacey rests, Your Honor. | |
| 18 | THE COURT:  Is the Government prepared for its | |
| 19 | rebuttal case? | |
| 20 | MR. RAPP:  That won't be necessary.  Thank you. | 02:03:35 |
| 21 | THE COURT:  All right.  Well, at this juncture, | |
| 22 | members of the jury, the parties have rested their respective | |
| 23 | cases and so I am going to take a moment to hand you out some | |
| 24 | jury instructions and you may follow along. | |
| 25 | Okay.  I do now see that everyone has been handed a | 02:04:29 |

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1  copy of the jury instructions.  Members of the jury, now that        02:04:32

2  you have heard all of the evidence, it is my duty to instruct

3  you on the law that applies to this case.  A copy of these

4  instructions will be available in the jury room for you to

5  consult.                                                             02:04:45

6        It is your duty to weigh and to evaluate all the

7  evidence received in the case and in that process, to decide

8  the facts.  It is also your duty to apply the law as I give it

9  to you to the facts as you find them, whether you agree with

10  the law or not.  You must decide the case solely on the          02:05:02

11  evidence and the law.  You will recall that you took an oath

12  promising to do so at the beginning of the case.  You should

13  also not be influenced by any person's race, color, religious

14  beliefs, national ancestry, sexual orientation, gender

15  identity, gender, or economic circumstances.  Also, do not       02:05:22

16  allow yourself to be influenced by personal likes or dislikes,

17  sympathy, prejudice, fear, public opinion, or biases, including

18  unconscious biases.  Unconscious biases are stereotypes,

19  attitudes, or preferences that people may conscientiously

20  reject but may be expressed without conscious awareness,         02:05:46

21  control, or intention.

22        You must follow all these instructions and not single

23  out some and ignore others.  They are all important.  Please do

24  not read into these instructions or into anything I may have

25  said or done as any suggestion as to what verdict you should     02:06:04

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1    return -- that is a matter entirely up to you.                    02:06:08

2          The indictment is not evidence.  Defendants have

3    pleaded not guilty to the charges.  Each defendant is presumed

4    to be innocent unless and until the United States provides

5    (sic) the defendant guilty beyond a reasonable doubt.  In        02:06:23

6    addition, none of the defendants have to testify or present any

7    evidence.  The defendants do not have to prove innocence.  The

8    United States has the burden of proving every element of the

9    charges beyond a reasonable doubt.

10         A defendant in a criminal case has a constitutional         02:06:45

11   right not to testify.  In arriving at your verdict, the law

12   prohibits you from considering in any manner that the defendant

13   did not testify.

14         Proof beyond a reasonable doubt is proof that leaves

15   you firmly convinced that a defendant is guilty.  It is not      02:07:02

16   required that the Government prove guilt beyond all possible

17   doubt.

18         A reasonable doubt is a doubt based upon reason and

19   common sense and not based purely on speculation.  It may arise

20   from a careful and impartial consideration of all of the        02:07:23

21   evidence, or from lack of evidence.

22         If after a careful and impartial consideration of all

23   of the evidence, you are not convinced beyond a reasonable

24   doubt that a defendant is guilty, it is your duty to find the

25   defendant not guilty.                                            02:07:39

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1    On the other hand, if after a careful and impartial                02:07:43

2 consideration of all of the evidence, you are convinced beyond

3 a reasonable doubt that a defendant is guilty, it is your duty

4 to find the defendant guilty.

5    The evidence you are to consider in deciding what the           02:07:56

6 facts are consists of, first, the sworn testimony of any

7 witness; and, second, the exhibits received in evidence.

8    In reaching your verdict, you may consider only the

9 testimony and exhibits received in evidence.

10    The following things are not evidence, and you may            02:08:15

11 not consider them in deciding what the facts are:

12    One, questions, statements, objections, and arguments

13 by the lawyers are not evidence.  The lawyers are not

14 witnesses.  Although you must consider a lawyer's questions to

15 understand the answers of a witness, the lawyer's questions are  02:08:35

16 not evidence.  Similarly, what the lawyers have said in their

17 opening statements, will say in their closing arguments, and

18 have said at other times is intended to help you interpret the

19 evidence, but it is not evidence.  If the facts as you remember

20 them differ from the way the lawyers state them, your memory of  02:08:56

21 them controls.

22    Two, any testimony that I have excluded, stricken, or

23 instructed you to disregard is not evidence.  In addition, some

24 evidence was received only for a limited purpose; when I have

25 instructed you to consider certain evidence in a limited way,    02:09:15

2:18-cr-00422-DJH, October 26, 2023 P.M.

1   you must do so.                                                    02:09:18

2          Three, anything you may have seen or heard when the

3   court was not in session is not evidence.  You are to decide

4   the case solely on the evidence received at the trial.

5          Evidence may be direct or circumstantial.  Direct      02:09:33

6   evidence is direct proof of a fact, such as testimony by a

7   witness about what that witness personally saw or heard or did.

8   Circumstantial evidence is indirect evidence, that is, it is

9   proof of one or more facts from which you can find another

10  fact.                                                            02:09:54

11         You are to consider both direct and circumstantial

12  evidence.  Either can be used to prove any fact.  The law makes

13  no distinction between the weight to be given to either direct

14  or circumstantial evidence.  It is for you to decide how much

15  weight to give to any evidence.                                  02:10:09

16         In deciding the facts of this case, you may have to

17  decide which testimony to believe and which testimony not to

18  believe.  You may believe everything a witness says, or part

19  it, or none of it.  In considering the testimony of any

20  witness, you may take into account the following:                02:10:31

21         First, the opportunity and ability of the witness to

22  see or hear or know the things testified to; second, the

23  witness's memory; third, the witness's manner while testifying;

24  fourth, the witness's interest in the outcome of the case, if

25  any; fifth, the witness's bias or prejudice, if any; sixth,      02:10:50

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1  whether other evidence contradicted the witness's testimony;        02:11:02

2  seventh, the reasonableness of the witness's testimony in light

3  of all the evidence; and, eighth, any other be factors that

4  bear on believability.

5        Sometimes a witness may say something that is not          02:11:14

6  consistent with something else he or she said.  Sometimes

7  different witnesses will have different versions of what

8  happened.  People often things or make mistakes in what they

9  remember.  Also, two people may see the same event but remember

10 it differently.  You may consider those differences, but do not    02:11:35

11 decide that testimony is untrue just because it differs from

12 other testimony.

13       However, if you decide that a witness has

14 deliberately testified untruthfully about something important,

15 you may choose not to believe anything that witness said.  On     02:11:51

16 the other hand, if you think the witness testified untruthfully

17 about some things but told the truth about others, you may

18 accept the part you think is true and ignore the rest.

19       The weight of the evidence as to a fact does not

20 necessarily depend on the number of witnesses who testify.         02:12:11

21 What is important is how believable the witnesses were, and how

22 much weight you think their testimony deserves.

23       You have heard evidence that Carl Ferrer, a witness,

24 made prior statements under oath that were inconsistent with

25 his testimony at trial.  You may consider this evidence in         02:12:34

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1  deciding whether or not to believe this witness and how much          02:12:36
2  weight to give the testimony of this witness.

3          You have heard testimony from Carl Ferrer and Dan
4  Hyer, witnesses who received favored treatment from the
5  Government in connection with this case and pleaded guilty to a      02:12:51
6  crime arising out of the same events for which the defendants
7  are on trial.  These guilty pleas are not evidence against the
8  defendants, and you may consider Carl Ferrer and Dan Hyer's
9  pleas only in determining their believability.

10         For these reasons, in evaluating testimony of Carl           02:13:14
11 Ferrer and Dan Hyer, you should consider the extent to which or
12 whether their testimony may have been influenced by their
13 pleas.  In addition, you should examine the testimony of Carl
14 Ferrer and Dan Hyer with greater caution than that of other
15 witnesses.                                                            02:13:30

16         You have heard testimony from Kimberly
17 Mehlman-Orozco, who testified about her opinions and the
18 reasons for those opinions.  This opinion evidence is allowed
19 because of the specialized knowledge, skill, experience,
20 training, or education of this witness.                               02:13:48

21         Such opinion testimony should be judged like any
22 other testimony.  You may accept it or reject it, and give it
23 as much weight as you think it deserves, considering the
24 witness's knowledge, skill, experience, training, or education,
25 the reasons given for the opinion, and all the other evidence         02:14:04

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1   in the case.                                                    02:14:07

2          During the trial, certain charts and summaries were

3   shown to you to help explain the evidence in the case.  These

4   charts and summaries were not admitted into evidence and will

5   not go into the jury room with you.  They are not themselves    02:14:23

6   evidence or proof of any facts.  If they do not correctly

7   reflect the facts or figures shown by the evidence in the case,

8   you should disregard these charts and summaries and determine

9   the facts from the underlying evidence.

10         Certain charts and summaries have been admitted into      02:14:45

11  evidence.  Charts and summaries are only as good as the

12  underlying supporting material.  You should, therefore, give

13  them only such weight as you think the underlying material

14  deserves.

15         You are here only to determine whether the defendants     02:15:00

16  are guilty or not guilty of the charges in the indictment.  The

17  defendants are not on trial for any conduct or offense not

18  charged in the indictment.

19         A separate crime is charged against one or more of

20  the defendants in each count.  The charges have been joined for  02:15:18

21  trial.  You must decide the case of each defendant on each

22  crime charged against that defendant separately.  Your verdict

23  on any count as to any defendant should not control your

24  verdict on any other count or as to any other defendant.

25         All the instructions apply to each defendant and to       02:15:39

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1   each count unless a specific instruction states that it applies   02:15:41

2   only to a specific defendant and count.

3        The indictment charges that the offenses alleged were

4   committed on or about a certain date.

5        Although it is necessary for the Government to prove   02:16:02

6   beyond a reasonable doubt that the offense was committed on a

7   date reasonably near the date alleged in the indictment, it is

8   not necessary for the Government to prove that the offense was

9   committed precisely on the date charged.

10        When you begin your deliberations, elect one member   02:16:20

11   of the jury as your foreperson who will preside over the

12   deliberations and speak for you here in court.

13        You will then decide the case with your fellow jurors

14   to reach agreement if you can do so.  Your verdict, whether

15   guilty or not guilty, must be unanimous.   02:16:38

16        Each of you must decide the case for yourself, but

17   you should only do so only after you have considered all the

18   evidence, discussed it fully with the other jurors, and

19   listened to the views of your fellow jurors.

20        Do not be afraid to change your opinion if the   02:16:56

21   discussion persuades you that you should.  But do not come to a

22   decision simply because the other jurors think it is right.

23        It is important that you attempt to reach a unanimous

24   verdict but, of course, only if each of you can do so after

25   having made your own conscientious decision.  Do not change an   02:17:16

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1    honest belief about the weight and effect of the evidence          02:17:20
2    simply to reach a verdict.

3          Perform these duties fair and impartially.  You
4    should also not be influenced by any person's race, color,
5    religious beliefs, national ancestry, sexual orientation,         02:17:36
6    gender identity, gender or economic circumstances.  Also, do
7    not allow yourself to be influenced by personal likes or
8    dislikes, sympathy, prejudice, fear, public opinion or biases,
9    including unconscious biases.  Unconscious biases are
10   stereotypes, attitudes, or preferences that people may            02:17:56
11   consciously reject but may be expressed without conscious
12   awareness, control, or intention.

13         It is your duty as jurors to consult with one another
14   and to deliberate with one another with a view towards reaching
15   an agreement if you can do so.  During your deliberations, you    02:18:16
16   should not hesitate to reexamine your own views and change your
17   opinion if you become persuaded that it is wrong.

18         Because you must base your verdict only on the
19   evidence received in the case and on these instructions, I
20   remind you that you must not be exposed to any other              02:18:37
21   information about the case or to the issues it involves.
22   Except for discussing the case with your fellow jurors during
23   your deliberations:

24         Do not communicate with anyone in any way and do not
25   let anyone else communicate with you in any way about the         02:18:53

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1  merits of the case or anything to do with it.  This restriction    02:18:56
2  includes discussing the case in person, in writing, by phone,
3  tablet, computer, or any other means, via email, text
4  messaging, or any Internet chat room, blog, website or any
5  other forms of social media.  This restriction applies to    02:19:11
6  communicating with your family members, your employer, the
7  media or press, and the people involve in the trial.  If you
8  are asked or approached in any way about your jury service or
9  anything about this case, you must respond that you have been
10  ordered not to discuss the matter and to report the contact to    02:19:30
11  the court.

12         Do not read, watch, or listen to any news or media
13  accounts or commentary about the case or anything to do with
14  it; do not do any research, such as consulting dictionaries,
15  searching the Internet or using other reference materials; and    02:19:45
16  do not make any investigation or in any other way try to learn
17  about the case on your own.

18         The law requires these restrictions to ensure the
19  parties have a fair trial based on the same evidence that each
20  party has had an opportunity to address.  A juror who violates    02:20:00
21  these restrictions jeopardizes the fairness of these
22  proceedings, and a mistrial could result that would require the
23  entire trial process to start over.  If any juror is exposed to
24  any outside information, please notify the court immediately.

25         Some of you have taken notes during the trial.    02:20:27

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1    Whether or not you took notes, you should rely on your own          02:20:28

2    memory of what was said.  Notes are only to assist your memory.

3    You should not be overly influenced by your notes or those of

4    your fellow jurors.

5          The punishment provided by the law for this crime is          02:20:43

6    for the court to decide.  You may not consider punishment in

7    deciding whether the Government has proved its case beyond a

8    reasonable doubt -- I'm sorry, has proved its case against the

9    defendants beyond a reasonable doubt.

10         A verdict form has been prepared for you.  After you          02:21:05

11   have reached unanimous agreement on a verdict, your foreperson

12   should complete the verdict form according to your

13   deliberations, sign and date it, and advise the courtroom

14   deputy that you are ready to return to the courtroom.

15         Let me just take a moment to describe the verdict           02:21:25

16   form to you.

17         It does include a verdict as to each of the counts

18   that are charged in the indictment as well as the remaining

19   counts through 100 and there is a corresponding count table

20   with an explanation of the date of the alleged act and a          02:21:48

21   reference to an exhibit number as to each of counts.  It's

22   fairly straightforward and it should follow along with your

23   instructions.

24         Now, if it becomes necessary during your

25   deliberations to communicate with me, you may send a note         02:22:13

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1   through the courtroom deputy signed by any one or more of you.    02:22:16

2   No member of the jury should ever attempt to communicate with

3   me except by a signed writing, and I will respond to the jury

4   concerning the case only in writing or here in open court.  If

5   you send out a question, I will consult with the lawyers before   02:22:33

6   answering it, which may take some time.  You may continue your

7   deliberations while waiting for the answer to any question.

8   Remember that you are not to tell anyone -- including me -- how

9   the jury stands, numerically or otherwise, on any question

10  submitted to you, including the question of the guilt of the      02:22:54

11  defendants, until after you have reached a unanimous verdict or

12  have been discharged.

13          The defendants are charged in Count 1 of the

14  indictment with conspiring to violate the Travel Act in

15  violation of Section 1952(a)(3)(A) of Title 18 of the United      02:23:15

16  States Code.

17          For a defendant to be found guilty of that charge,

18  the United States must prove each of the following elements

19  beyond a reasonable doubt with respect to that defendant:

20          First, beginning in or around 2004, and ending on or     02:23:34

21  about April 2018, there was an agreement between two or more

22  persons to commit at least one Travel Act offense as charged in

23  Counts 2 through 51 of the indictment by promoting, or

24  facilitating the promotion of, a business enterprise or

25  enterprises involving prostitution offenses in violation of the   02:24:00

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1   laws of the State in which they were committed, in violation of          02:24:04

2   18 U.S.C. Section 1952(a)(3)(A) and Section 1952(b)(1)(i).

3            Second, the defendant became a member of the

4   conspiracy knowing of at least one of its objects and intending

5   to help accomplish it; and, third, one of the members of the          02:24:28

6   conspiracy performed at least one overt act on or after March

7   28, 2013, for the purpose of carrying out the conspiracy.

8            A conspiracy is a kind of criminal partnership -- an

9   agreement of two or more persons to commit one or more crimes.

10  The crime of conspiracy is the agreement to do something          02:24:54

11  unlawful; it does not matter whether the crime agreed upon was

12  committed.

13           For a conspiracy to have existed, it is not necessary

14  that the conspirators made a formal agreement, or that they

15  agreed on every detail of the conspiracy.  It is not enough,          02:25:10

16  however, that they simply met, discussed matters of common

17  interest, acted in similar ways, or perhaps helped one another.

18  You must find that there was a plan to commit at least one of

19  the crimes alleged in the indictment as an object of the

20  conspiracy with all of you agreeing as to the particular crime,          02:25:29

21  i.e., the Travel Act violations, which the conspirators agreed

22  to commit.

23           One becomes a member of a conspiracy by willfully

24  participating in the unlawful plan with the intent to advance

25  or further some object or purpose of the conspiracy, even          02:25:49

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1   though the person does not have full knowledge all of the          02:25:53

2   details of the conspiracy.  Furthermore, one who willfully

3   joins an existing conspiracy is as responsible for it as the

4   originators.  On the other hand, one who has no knowledge of a

5   conspiracy, but happens to act in a way which furthers some        02:26:12

6   object purpose of the conspiracy, does not thereby become a

7   conspirator.  Similarly, a person does not become a conspirator

8   merely by associating with one or more persons who are

9   conspirators, nor merely by knowing that a conspiracy exists.

10          In determining the issue of what a person knew or           02:26:38

11   what a person intended at a particular time, you may consider

12   any statements made or acts done or omitted by that person and

13   all other facts and circumstances received in evidence which

14   may aid in your determination of that person's knowledge or

15   intent.                                                            02:26:57

16          An overt act does not itself have to be unlawful.  A

17   lawful act may be an element of a conspiracy if it was done for

18   the purpose of carrying out the conspiracy.  The United States

19   is not required to prove that the defendant personally did one

20   of the overt acts.                                                 02:27:17

21          A conspiracy may continue for a long period of time

22   and may include the performance of many transactions.  It is

23   not necessary that all members of the conspiracy join in at the

24   same time, and one may become a member of a conspiracy without

25   full knowledge of all the details of the unlawful scheme or the   02:27:38

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1    names, identities, or locations of all of the other members.    02:27:42

2              Even though a defendant did not directly conspire

3    with every other defendant or every other conspirator in the

4    overall scheme, that defendant has, in effect, agreed to

5    participate in the conspiracy if the Government proves each of    02:28:00

6    the following beyond a reasonable doubt:

7              First, that a defendant directly conspired with one

8    or more conspirators to carry out at least one of the objects

9    of the conspiracy; second, that a defendant knew or had reason

10   to know that other conspirators were involved with those with    02:28:20

11   whom the defendant directly conspired; and, third, that a

12   defendant had reason to believe that whatever benefits the

13   defendant might get from the conspiracy probably were dependent

14   upon the success of the entire enterprise.

15             It is not a defense that a person's participation in    02:28:45

16   a conspiracy was minor or for a short period of time.

17             Each member of the conspiracy is responsible for the

18   actions of the other conspirators performed during the course

19   and in furtherance of the conspiracy.  If one member of a

20   conspiracy commits a crime in the furtherance of a conspiracy,    02:29:04

21   the other members have also, under the law, committed that

22   crime.

23             Therefore, you may find a defendant guilty of

24   committing a Travel Act crime as charged in Counts 2 through 51

25   of the indictment if the United States has proved each of the    02:29:21

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1   following elements beyond a reasonable doubt:                    02:29:23

2           First, a member of the conspiracy committed a Travel

3   Act offense alleged in one of the counts; second, that person

4   was a member of the conspiracy charged in Count 1 of the

5   indictment; third, that person committed the Travel Act offense   02:29:42

6   in furtherance of the conspiracy; fourth, a defendant was a

7   member of the same conspiracy at the time the Travel Act

8   offense was committed; and, fifth, the Travel Act offense fell

9   within the scope of the unlawful agreement and could reasonably

10  have been foreseen to be a necessary or natural consequence of   02:30:04

11  the unlawful agreement.

12          Each member of the conspiracy is responsible for the

13  actions of the other conspirators performed during the course

14  and in furtherance of the conspiracy.  If one member of a

15  conspiracy commits a crime in furtherance of a conspiracy, the   02:30:29

16  other members have also, under the law, committed that crime.

17          Therefore, you may find a defendant guilty of

18  committing a Concealment Money Laundering crime as charged in

19  Counts 53 through 62 of the indictment if the United States has

20  proved each of the following elements beyond a reasonable       02:30:51

21  doubt:

22          First, a member of the conspiracy committed a

23  Concealment Money Laundering offense alleged in one of the

24  counts; second, that person was a member of the conspiracy

25  charged in Count 52 of the indictment; third, that person       02:31:07

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1   committed the Concealment Money Laundering offense in                    02:31:13

2   furtherance of the conspiracy; fourth, a defendant was a member

3   of the same conspiracy at the time the Concealment Money

4   Laundering offense was committed; and fifth, the Concealment

5   Money Laundering offense fell within the scope of the unlawful          02:31:29

6   agreement and could reasonably have been foreseen to be a

7   necessary or natural consequence of the unlawful agreement.

8           Each member of the conspiracy again is responsible

9   for the actions of the other conspirators performed during the

10  course and in furtherance of the conspiracy.  If one member of          02:31:50

11  a conspiracy commits a crime in furtherance of a conspiracy,

12  the other members have also, under the law, committed the

13  crime.

14          Therefore, you may find a defendant guilty of

15  committing an International Promotional Money Laundering crime          02:32:04

16  as charged in Counts 63 through 68 of the indictment if the

17  United States have proved each of the following elements beyond

18  a reasonable doubt:

19          First, a member of the conspiracy committed an

20  International Promotional Money Laundering offense alleged in           02:32:24

21  one of the counts; second, that person was a member of the

22  conspiracy charged in Count 52 of the indictment; third, that

23  person committed the International Promotional Money Laundering

24  offense in furtherance of the conspiracy; fourth, a defendant

25  was a member of the same conspiracy at the time the                     02:32:47

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1    International Promotional Money Laundering offense was         02:32:53

2    committed; and, fifth, the International Promotional Money

3    Laundering offense fell within the scope of the unlawful

4    agreement and could reasonably have been foreseen to be a

5    necessary or natural consequence of the unlawful agreement.    02:33:06

6            The defendants are charged in Counts 2 through 51 of

7    the indictment with violating Section 1952(a)(3) of Title 18 of

8    the United States Code, a statute also referred to as "the

9    Travel Act."  In order for the defendants to be found guilty of

10   Counts 2 through 51, the United States must prove for each      02:33:33

11   count the following elements beyond a reasonable doubt:

12           First, the defendant used any facility in interstate

13   commerce with a specific intent to promote or facilitate the

14   promotion of any business enterprise involving prostitution

15   offenses in violation of the laws of the State in which they    02:33:55

16   are committed (as specified below ), and

17           Second, after doing so, the defendant performed an

18   act that did promote or facilitate the promotion of any

19   business enterprise involving prostitution offenses,

20   specifically, by publishing on Backpage.com the ads listed in   02:34:11

21   Counts 2 through 51 of the indictment.

22           To prove specific intent, the Government must

23   establish that each defendant in some significant manner

24   associated himself or herself with the purpose of promoting or

25   facilitating the promotion of any business enterprise involving 02:34:33

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1    prostitution offenses that the defendant knew to be unlawful          02:34:36
2    under state law.

3            In the context of this Travel Act case, the terms "to
4    promote" or "facilitate the promotion of" means intentionally
5    helping someone else commit a prostitution offense in               02:34:52
6    violations of state law.

7            The phrase "business enterprise" means a continuous
8    course of criminal conduct, that is, engaging or planning to
9    engage in two or more violations of law, rather than a
10   sporadic, casual, individual, or isolated violation (page 30).       02:35:09

11           The phrase "uses any facility in interstate commerce"
12   as used in the Travel Act, 18 U.S.C., Section 1952(a), means
13   employing or utilizing any method of communication or
14   transportation between one state and another, and includes, for
15   example, the use of telephones, mails, and the Internet.             02:35:35

16           Counts 2, 4, 27, 29 through 30, 3 (sic), 37, 40, and
17   43, concern prostitution offenses in violation of the laws of
18   the state of Massachusetts.

19           A prostitution offense in Massachusetts occurs when:
20           One, a person engaged, agreed to engage, or offered          02:36:11
21   to engage, in sexual conduct with another person; and, two, the
22   sexual conduct was, or was not -- excuse me, or was to be done
23   in return for a fee.

24           The term "sexual conduct" includes sexual
25   intercourse; anal intercourse; fellatio, or oral sex involving       02:36:32

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1  contact between the mouth of one person and penis of another                    02:36:40

2  person; cunnilingus, or oral sex involving contact between the

3  mouth of one person and the female sex organs -- the vagina,

4  vulva or labia -- of another person; masturbation of another

5  person; or any intrusion of a part of one person's body or some    02:36:57

6  other object in the genital or anal opening of another person's

7  body.

8          Counts 3, 6 through 11, 18, 25 through 26, and 28

9  concern prostitution offenses in violation of the laws of the

10  state of Washington.  A prostitution offense in Washington        02:37:16

11  occurs when:

12          One, a person engaged, agreed to engage, or offered

13  to engage in sexual conduct with another person; and, two, the

14  sexual conduct, agreement, or offer was in return for a fee.

15          Sexual conduct means sexual contact or sexual            02:37:40

16  intercourse.  Sexual contact means any touching of the sexual

17  or other intimate parts of a person done for the purpose of

18  gratifying sexual desire of either party or a third party.

19  Sexual intercourse means that the sexual organ of the male

20  entered and penetrated the sexual organ of the female and        02:37:58

21  occurs upon any penetration, however slight, or any penetration

22  of the vagina or anus, however slight, by an object, when

23  committed on one person by another, whether such persons are of

24  the same or opposite sex, or any act of sexual contact between

25  persons involving the sex organs of one person and the mouth or  02:38:25

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1   anus of another whether such persons are of the same or                  02:38:29

2   opposite sex.

3           Counts 14 through 15, 21 through 22, and 31 concern

4   prostitution offenses in violation of the laws of the State of

5   Arizona.  A prostitution offense in Arizona occurs when:          02:38:47

6           A person knowingly engaged, agreed, or offered to

7   engage in sexual conduct with another person under a fee

8   arrangement with any person for money or any other valuable

9   consideration.  Sexual conduct means sexual contact, sexual

10  intercourse, oral sexual contact or sadomasochism -- excuse me.   02:39:12

11  Let me reread that.  Sexual conduct means sexual contact,

12  sexual intercourse, oral sexual contact, or sadomasochistic

13  abuse.

14          Sexual contact means any direct or indirect fondling

15  or manipulating of any part of the genitals, anus or female      02:39:34

16  breast.

17          Sexual intercourse means penetration into the penis,

18  vulva or anus by any part of the body or by an object.

19          Oral sexual contact means oral contact with the

20  penis, vulva, or anus.                                            02:39:52

21          Sadomasochistic abuse means flagellation or torture

22  by or on a person who is nude or clad in undergarments or in

23  revealing or bizarre costume or the condition of being

24  fettered, bound, or otherwise physically restrained on the part

25  of one sole clothed.                                              02:40:17

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1       Counts 12 through 13, 23, and 34 concern prostitution      02:40:22
2  offenses in violation of the laws of the State of California.
3  A prostitution offense in California occurs when:
4       An individual solicits, or agrees to engage in, or
5  engages in any act of prostitution with the intent to receive      02:40:42
6  compensation, money, or anything of value from another person.
7       An act of prostitution occurs when a person has
8  sexual intercourse or does a lewd act with someone else in
9  exchange for money or other compensation.  A lewd act means
10  touching the genitals, buttocks, or female breast of either the      02:41:03
11  prostitute or customer with some part of the other person's
12  body for the purpose of sexual arousal or gratification.
13       Counts 45 through 47 and 51 concern prostitution
14  offenses in violation of the laws of the state of New York.  A
15  prostitution offense in New York occurs when:      02:41:26
16       A person engaged, agreed, or offered to engage, in
17  sexual conduct with another person for a fee.
18       Counts 19 through 20 and 50 concern prostitution
19  offenses in violation of the laws of the state of Texas.  A
20  prostitution offense in Texas occurs when:      02:41:49
21       A person knowingly offers or agrees to receive a fee
22  from another to engage in sexual conduct.
23       Sexual conduct includes deviate sexual intercourse,
24  sexual contact, and sexual intercourse.
25       Sexual intercourse means any penetration of the      02:42:08

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1  female sex organ by the male sex organ.                          02:42:11

2           Sexual contact means any touching of the anus,

3  breast, or any part of the genitals of another person with

4  intent to arouse or gratify the sexual desire of any person.

5           Fee means the payment or offer of payment in the form  02:42:26

6  of money, goods, services or other benefit.

7           Deviate sexual intercourse means any contact between

8  the genitals of one person and the mouth or anus of another

9  person.

10          A person acts knowingly or with knowledge with         02:42:44

11 respect to the nature of his or her conduct, or to

12 circumstances surrounding his or her conduct, when he or she is

13 aware of the nature of his or her conduct or that the

14 circumstances exist.

15          Counts 16 through 17 concern prostitution offenses in   02:42:59

16 violation of the laws of the state of Colorado.  A prostitution

17 offense occurs in Colorado:

18          A person performed, offered, or agreed to perform,

19 any act of sexual intercourse, fellatio, cunnilingus,

20 masturbation or anal intercourse with any person who is not his 02:43:22

21 or her spouse, in exchange for money or other thing of value.

22          Or when:

23          A person solicited another for the purpose of

24 prostitution.  Colorado law provides the following definitions:

25          Anal intercourse means contact between human beings     02:43:43

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1  of the genital organs of one and the anus of another.                    02:43:46

2         Fellatio means any act of oral stimulation of the

3  penis.

4         Cunnilingus means any act of oral stimulation of the

5  vulva or clitoris.                                                        02:44:02

6         Masturbation means stimulation of the genital organs

7  by manual or other bodily contact exclusive of sexual

8  intercourse.

9         Thing of value includes real property, tangible and

10 intangible personal property, contract rights, choses in       02:44:16

11 action, services, confidential information, medical records

12 information, and any rights of use or enjoyment connected there

13 with.

14        Counts 38 and 42 concern prostitution offenses in

15 violation of the laws of the State of Ohio.  A prostitution     02:44:37

16 offense occurs in Ohio when:

17        A person engaged in sexual activity for hire.

18        Or when:  A person recklessly induces, entices, or

19 procures another to engage in sexual activity for hire in

20 exchange for the person giving anything of value to the other   02:44:56

21 person.

22        Ohio law provides the following definitions:

23        Sexual activity means sexual conduct or sexual

24 contact, or both.

25        Sexual conduct means vaginal intercourse between a       02:45:10

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1   male and female; anal intercourse, fellatio, and cunnilingus          02:45:13

2   between persons regardless of sex.  And, without privilege to

3   do so, the insertion, however slight, of any part of the body

4   or any instrument, apparatus, or other object into the vaginal

5   or anal opening of another.  Penetration, however slight, is         02:45:33

6   sufficient to complete vaginal or anal intercourse.

7           Sexual contact means any touching of an erogenous

8   zone of another, including without limitation the thigh,

9   genitals, buttock, public -- excuse me, pubic region or if the

10  person is a female, a breast, for the purpose of sexually            02:45:57

11  arousing or gratifying either person.

12          For hire means for pay or compensation.

13          Counts 36 and 49 concern prostitution offenses in

14  violation of the laws of the state of Nevada.  A prostitution

15  offense in Nevada occurs when:                                       02:46:23

16          A person engaged in prostitution or solicitation

17  thereof, except in a licensed house of prostitution.

18          Prostitution means engaging in sexual conduct with

19  another person in return for a fee, monetary consideration or

20  other thing of value.                                                02:46:38

21          Sexual conduct means sexual intercourse, oral-genital

22  contact or any touching of the sexual organs or other intimate

23  parts of a person for the purpose of arousing or gratifying the

24  sexual desire of either person.

25          Counts 24 and 44 concern prostitution offenses in            02:46:56

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1  violation of the laws of the state of Michigan.  A prostitution          02:47:00

2  offense in Michigan occurs when:

3          A person engaged or offered to engage the services of

4  another person, not his or her spouse, for the purposes of

5  prostitution, lewdness or assignation, by the payment in money          02:47:18

6  or other forms of consideration.

7          Count 32 concerns prostitution offenses in violation

8  of the laws of the state of Louisiana.  A prostitution offense

9  in Louisiana occurs when:

10         A person engaged indiscriminate sexual intercourse          02:47:42

11 for compensation, or solicited another with the intent to

12 engage in indiscriminate sexual intercourse for compensation.

13         Sexual intercourse means anal, oral or vaginal sexual

14 intercourse.

15         Count 48 concerns prostitution offenses in violation          02:47:59

16 of the laws of the state of Florida.  A prostitution offense in

17 Florida occurs when:

18         A person offered to commit, committed, or engaged in

19 prostitution, lewdness, or assignation or a person solicited,

20 induced, enticed, or procured another to commit prostitution,          02:48:22

21 lewdness or, assignation.

22         Prostitution is the giving or receiving of the body

23 for sexual activity for hire but excludes sexual activity

24 between spouses.

25         Lewdness is any indecent or obscene act.  Indecent          02:48:38

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1    means wicked, lustful unchaste, licentious, or sensual                    02:48:45

2    intention on the part of the person doing the act.

3            Sexual activity means oral, anal, or vaginal

4    penetration by, or union with, the sexual organ of another;

5    anal or vaginal penetration of another by any other object; or       02:49:02

6    the handling or fondling of the sexual organ of another for the

7    purpose of masturbation; however, the term does not include

8    acts done for bona fide medical purposes.

9            Assignation includes the make of any appointment or

10   engagement for prostitution or lewdness or any act in                02:49:20

11   furtherance of such appointment or engagement.

12           To solicit means to command, encourage, hire, or

13   request another person to engage in specific conduct.

14           To procure means to persuade, induce, prevail upon or

15   cause a person to do something.                                      02:49:36

16           Count 39 concerns prostitution offenses in violation

17   of the laws of the state of Alabama.  A prostitution offense in

18   Alabama occurs under the following:

19           One, a person commits an act of prostitution, which

20   is, any natural or unnatural sexual act, sodomy, or sexual           02:49:58

21   contact for monetary consideration or other thing of value.

22           Two, a person solicited, compelled, or coerced any

23   person to have sexual intercourse or participate in any natural

24   or unnatural sexual act, deviant sexual intercourse, or sexual

25   contact for monetary consideration or other thing of marketable     02:50:22

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1    value.                                                        02:50:25

2         Three, a person agreed to engage in sexual

3    intercourse, deviant sexual intercourse, or sexual contact with

4    another or participated in the act for monetary consideration

5    or other thing of marketable value and give or accept monetary  02:50:40

6    consideration or other thing of value in furtherance of the

7    agreement.

8         Four, a person knowingly did any of the following:

9    A, caused or aided a person to commit or engage in

10   prostitution.  B, procured or solicited patrons for            02:51:00

11   prostitution.  C, provided persons or premises for prostitution

12   purposes.  D, received or accepted money or other thing of

13   value pursuant to a prior agreement with any person whereby he

14   or she participated or is to participate in the proceeds of any

15   prostitution activity.  E, operated or assisted in the          02:51:24

16   operation of a house of prostitution or a prostitution

17   enterprise.

18        Count 41 concerns prostitution offenses in violation

19   of the laws of the state of Arkansas.  A prostitution offense

20   in Arkansas occurs when:                                        02:51:45

21        A person engaged in, agreed, or offered to engage in

22   sexual activity with any other person in return for or in

23   expectation of a fee.

24        Sexual activity means sexual intercourse, deviate

25   sexual activity, or sexual contact.                             02:52:01

United States District Court

1    Sexual intercourse means penetration, however slight,   02:52:04
2    of the labia majora by a penis.

3    Deviate sexual activity means any act of sexual
4    gratification involving, A, the penetration, however slight, of
5    the anus or mouth of a person by the penis of another person;   02:52:20
6    or, B, the penetration, however slight, of the labia majora or
7    anus of a person by any body member or foreign instrument
8    manipulated by another person.

9    Sexual contact means any act of sexual gratification
10   involving the touching, directly or through clothing, of the    02:52:39
11   sex organs, buttocks, or anus of a person or breast of a
12   female.

13   Count 5 concerns prostitution offenses in violation
14   of the laws of state of Maine.  A prostitution offense in May
15   occurs when:                                                     02:52:54

16   A person engaged in, or agrees to engage in, or
17   offers to engage in, a sexual act or sexual contact in return
18   for a pecuniary benefit to be received by the person engaging
19   in prostitution or a third person.

20   Sexual act means, one, any act between two persons     02:53:15
21   involving direct physical contact between the genitals of one
22   and the mouth or anus of the other, or direct physical contact
23   between the genitals of one and the genitals of the other; two,
24   any act between a person and animal being used by another
25   person which act involves direct physical contact between the   02:53:35

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1    genitals of one and the mouth or anus of the other, or direct          02:53:39

2    physical contact between the genitals of one and the genitals

3    of the other; or, three, any act involving direct physical

4    contact between the genitals or anus of one and an instrument

5    or device manipulated by another person when that act is done          02:53:56

6    for the purpose of arousing or gratifying sexual desire or for

7    the purpose of causing bodily injury or offensive physical

8    contact.

9            Sexual contact means any touching of the genitals or

10   anus, directly or through the clothing, other than as would           02:54:13

11   constitute a sexual act, for the purpose of arousing or

12   gratifying sexual desire or for the purpose of causing bodily

13   injury or offensive physical contact.

14           The United States does not have to prove that the

15   referenced states' laws were actually violated, only that each        02:54:33

16   defendant had intent to promote, manage, establish, carry on,

17   or facilitate the promotion, management, establishment, or

18   carrying on, of any business enterprise involving prostitution

19   offenses in violation of the state law, and committed a

20   subsequent overt act in furtherance of the unlawful activity.         02:54:54

21           Defendants are charged with violating the Travel Act

22   by facilitating state law prostitution offenses, conspiracy to

23   violate the Travel Act, and money laundering.  Although some

24   testimony and evidence in the trial occasionally may refer to

25   human trafficking, sex trafficking, or child sex trafficking,         02:55:20

2:18-cr-00422-DJH, October 26, 2023 P.M.

1   no defendant is charged with crimes of human trafficking, sex          02:55:24

2   trafficking, or child sex trafficking or with facilitating

3   those crimes.  So, you should not conclude from any use of

4   those terms during the trial that any defendant has been

5   charged with a trafficking crime or facilitating a trafficking         02:55:41

6   crime.

7          Defendants Lacey, Spear, and Brunst are charged in

8   Counts 53 through 62 of the indictment with Concealment Money

9   Laundering in violation of Section 1956(a)(1)(B)(i) of Title 18

10  of the United States Code.  For a defendant to be found guilty         02:56:06

11  of that charge, the United States must prove, for each count,

12  each of the following elements beyond a reasonable doubt with

13  respect to that defendant:

14         First, the defendant conducted a financial

15  transaction involving property that represented the proceeds of        02:56:24

16  a violation or violations of the Travel Act;

17         Second, the defendant knew that the property

18  represented the proceeds of some form of unlawful activity; and

19         Third, the defendant knew that the transaction was

20  designed in whole or in part to conceal and disguise the               02:56:44

21  nature, the location, the source, the ownership, or the control

22  of the proceeds of the Travel Act violations.

23         A financial transaction is a transaction involving

24  the movement of funds by wire or other means that affects

25  interstate or foreign commerce in any way.                             02:57:02

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1    The phrase "knew that the property represented the                          02:57:08
2  proceeds of some form of unlawful activity" means that the
3  defendant knew that the property involved in the transaction
4  represented proceeds from some form, though not necessarily
5  which form, of activity that constitutes a felony.  I instruct    02:57:22
6  you that violating the Travel Act is a felony.

7         Defendant Lacey, Brunst, and Spear are charged in
8  Counts 63 through 68 of the indictment with transporting funds
9  to promote unlawful activity in violation of Section
10 1952(a)(3)(A) of Title 18 of the United States Code.  For a       02:57:48
11 defendant to be found guilty of that charge, the United States
12 must prove, for each count, each of the following elements
13 beyond a reasonable doubt with respect to that defendant:

14        First, the defendants transported money from a place
15 in the United States to or through a place outside the United     02:58:11
16 States or to a place in the United States from or through a
17 place outside the United States; and

18        Second, the defendant acted with the intent to
19 promote a violation of the Travel Act.

20        Defendant Lacey is charged in Count 100 of the             02:58:29
21 indictment with transporting money for the purpose of
22 laundering in violation of Section 1956(a)(2)(B) of Title 18 of
23 the United States Code.  For defendant Lacey to be found guilty
24 of that charge, the United States must prove each of the
25 following elements beyond a reasonable doubt:                     02:58:53

United States District Court

48

2:18-cr-00422-DJH, October 26, 2023 P.M.

1    First, defendant Lacey transported money from a place     02:58:55

2  in the United States to or through outside the United States;

3    Second, defendant Lacey knew that the money

4  represents the proceeds of a violation or violations of the

5  Travel Act; and                                              02:59:10

6    Third, defendant Lacey knew the transportation was

7  designed in whole or in part to conceal or disguise the nature,

8  location, source, ownership, or control of the proceeds of the

9  Travel Act violations or to avoid a transaction reporting

10 requirement under state or federal law.                      02:59:32

11   Defendant Lacey is charged in Counts 69 through 70,

12 81, 83 through 84, 86, 88 through 92, and 94 through 99;

13 defendant Spear is charged in Counts 71 through 78, 85, and

14 83 --

15   (Reporter seeks clarification.)                            03:00:07

16   THE COURT:  I stand corrected.  93; and defendant

17 Brunst is charged in Counts 69 through 70, 78 through 84, and

18 86 through 93 of the indictment with transactional money

19 laundering in violation of Section 1957 of Title 18 of the

20 United States Code.  For a defendant to be found guilty of that  03:00:31

21 charge, the United States must prove, for each count, each of

22 the following elements beyond a reasonable doubt with respect

23 to that defendant:

24   First, the defendant knowingly engaged in a monetary

25 transaction.  An act is done knowingly if the defendant is     03:00:51

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1  aware of the act, and does not act or fail to act through                    03:00:53

2  ignorance, mistake, or accident.  You may consider evidence of

3  the defendants' words, acts, or omissions, along with all the

4  other evidence, in deciding whether the defendant acted

5  knowingly.                                                                    03:01:07

6          Second, the defendant knew the transaction involved

7  criminally derived property.

8          Third, the property had a value greater than 10,000;

9          Fourth, the property was in fact derived from

10 violations of the Travel Act; and                                            03:01:23

11         Fifth, the transaction occurred in the United States.

12         The term "monetary transaction" means the deposit,

13 withdrawal, transfer, or exchange, in or affecting interstate

14 commerce, of funds or a monetary instrument by, through, or to

15 a financial institution.                                                     03:01:42

16         The term "financial institution" means an insured

17 bank, commercial banks or credit union.

18         The term "criminally derived property" means any

19 property constituting, or derived from, the proceeds obtained

20 from a criminal offense.                                                     03:01:58

21         The United States must prove that each defendant knew

22 that the property involved in the monetary transaction

23 constituted, or was derived from, proceeds obtained by some

24 criminal offense.  The United States does not have to prove

25 that each defendant knew the precise nature of that criminal                 03:02:16

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1  offense, or knew the property involved in the transaction                03:02:20

2  represented the proceeds of a violation of the Travel Act.

3         Although the United States must prove that, of the

4  property at issue, more than $10,000 was criminally derived,

5  the United States does not have to prove that all of the                 03:02:42

6  property at issue was criminally derived.

7         Defendants Lacey, Spear, and Brunst are charged in

8  Count 52 of the indictment with money laundering conspiracy in

9  violation of Section 1956(h) of Title 18 of the United States

10 Code.  For a defendant to be found guilty of that charge, the            03:03:00

11 United States must prove each of the following elements beyond

12 a reasonable doubt with respect to that defendant:

13         First, there was an agreement to commit money

14 laundering.

15         Second, the defendant knew the objective of the                  03:03:15

16 agreement;

17         Third, the defendant joined the agreement with the

18 intent to further its unlawful purpose.

19         The Government has the burden to prove beyond a

20 reasonable doubt that a defendant acted with a criminal intent           03:03:32

21 and did not act in good faith.  Good faith encompasses a belief

22 or opinion honestly held and an absence of malice or ill will.

23 If a defendant carries out his or her actions in good faith,

24 there is no criminal intent.  A person who acts on behalf of an

25 opinion honestly held is not punishable under the charges in             03:03:55

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1   the indictment merely because the belief or opinion turns out        03:04:00

2   to be inaccurate, incorrect, or wrong.  If the Government fails

3   to meet its burden to prove a defendant lacked good faith, you

4   must return a not guilty verdict.

5        All speech is presumptively protected by the First           03:04:18

6   Amendment to the United States Constitution.  However, the

7   First Amendment does not protect speech that proposes an

8   illegal transaction.  Prostitution is illegal in 49 states and

9   most of Nevada.  It is the Government's burden to establish

10  that each of the ads alleged in this case is an ad for              03:04:37

11  prostitution and not for another purpose such as an ad for an

12  escort, dating, or massage service.  If you find that an ad

13  proposes an illegal transaction, it is not protected by the

14  First Amendment.

15       Members of the jury and counsel, at this time, it             03:05:02

16  might be good just to take about a ten-minute break.  We've

17  gone through a lot of instructions and when you return from the

18  break, it will be the Government's closing argument so we can

19  start afresh.

20       Please leave those instructions on your seat.  We are        03:05:19

21  going to collect them.  We are going to give you a clean copy

22  of the jury instructions when the case is handed to you.

23       As the case is not officially handed to you at this

24  moment, because we have to go through closing summations and

25  then I'll give you some short additional instructions, I           03:05:41

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

```
 1   instruct you not to come to any conclusions, not to discuss the    03:05:45
 2   matter amongst yourselves, just to continue to keep that open
 3   mind and I will have Liliana come and get you in about 15
 4   minutes I think.
 5           All right.  Please all rise for the jury.                   03:06:00
 6           (Jury departs at 3:06.)
 7           THE COURT:  All right.  We'll stand in adjournment.
 8           (Recess at 3:06; resumed at 3:21.)
 9           THE COURT:  All right.  Please be seated and we will
10   have the jury in.                                                   03:21:32
11           All rise for the jury.
12           (Jury enters at 3:22.)
13           THE COURT:  All right.  Please be seated.  The record
14   will reflect the presence of the jury.
15           Mr. Rapp, you may begin your closing argument.             03:22:44
16           MR. RAPP:  Thank you, Your Honor.
17           Counsel, ladies and gentlemen of the jury, the end is
18   near.  The jury instructions were riveting.
19           This is a very simple case.  It is.  I know it looks
20   like there's a lot of exhibits here and you heard two months of   03:23:07
21   testimony, but prostitution is illegal and these defendants ran
22   a criminal enterprise for 14 years and they knew it and they
23   were told about it again and again.
24           What's the evidence in this case?  What is the
25   evidence that Backpage promoted prostitution?  Well, who did      03:23:36
```

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1    you hear from?  You heard the testimony of Carl Ferrer and Dan      03:23:41

2    Hyer and Jess Adams, all insiders of Backpage.  They told you

3    how they built this conspiracy, how they created this website

4    by the internal prostitution marketing strategies of

5    aggregation and the relationships with the super posters and,      03:24:07

6    most importantly, The Erotic Review.

7             You heard the testimony of the victims.  They came in

8    here.  You got to observe them.  They bravely took the stand,

9    all young women now, and told you how they were posted on

10   Backpage.                                                          03:24:35

11            They went through all the codes and all the terms and

12   all the images and how they were posted.  You heard testimony

13   and letters from law enforcement explaining to Backpage, you're

14   running a prostitution website.  You heard testimony from

15   non-governmental organizations, NCMEC, Polaris, the Auburn         03:24:58

16   Theological Seminary.  They all confronted these defendants,

17   you have prostitution on your website.

18            The defendants' own words in the form of their own

19   internal emails demonstrate that three knew they were running a

20   prostitution website and they were promoting prostitution.        03:25:27

21            And defendants' own responses to being confronted.

22            Well, what's the motive.  Well, it's as old as the

23   scriptures; right?  When they say it's not about the money,

24   it's really about the money.  Look at these figures for 2013,

25   2014, 2015.  And that's not even the entire life of this           03:25:53

United States District Court

54

2:18-cr-00422-DJH, October 26, 2023 P.M.

1    conspiracy from 2004 to 2018.                                    03:25:59

2          Mr. Lacey is over $100 million.  Mr. Brunst, $20

3    million.  Mr. Spear, $10 million.  They have literally millions

4    of reasons for not shutting down this website.

5          Well, what's the corporate structure here?  Who's in     03:26:34

6    charge; right?  Where does the buck stop?  Well, Mr. Lacey,

7    he's the majority owner.  He's on the editorial side of these

8    alternative newspapers, but he becomes, as you know, all too

9    well, he becomes the face of Backpage.  He is showing up at

10   these meetings.  He is sending emails.  He's writing his own    03:26:54

11   articles about it.

12         And Mr. Brunst, the Chief Financial Officer, right,

13   $20 million in three years.  He knows where every dime is

14   coming from.

15         And once they unload this website on Carl Ferrer,         03:27:14

16   Mr. Brunst, sitting over there, becomes what we like to call

17   the bag man.  He's the one that goes around and makes sure that

18   they pay every month.

19         And Mr. Spear, the Executive Vice President, well,

20   he's -- of course he's the one who is right in the room when it  03:27:35

21   happens because he's giving directions on all of these internal

22   prostitution marketing strategies.

23         Well, remember this exhibit, this is Exhibit 5.  Down

24   there it says on August 31, Mr. Brunst' attorney stood up

25   before you and said he was never employed by Backpage and he    03:27:58

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1   offered this particular exhibit as the defense exhibit and said    03:28:01

2   look at all of these entities.  Mr. Brunst didn't have anything

3   to do with Backpage.  He was so distracted by all of these

4   alternative newspapers.  He was doing audits and all of that.

5          But what did we hear from Carl Ferrer?  What did we    03:28:22

6   hear from him?  Every year the alternatives were in a financial

7   death spiral; right?  They weren't making any money.  These

8   people had built this -- Mr. Lacey in particular built up these

9   17 alternative newspapers with investigative reporting and all

10  different markets around the country.    03:28:46

11         But when it comes to 2012, goodbye.  Who needs it;

12  right?  Because this is really what happens by 2012.  It's sort

13  of de facto happening up until that point because the

14  newspapers are hemorrhaging money.

15         And what's actually paying for them?  The goose that    03:29:04

16  laid the golden egg, Backpage.  That's what's paying for

17  everything, and this is what the structure looks like.  Take

18  away these other people.  They go off and they run the

19  alternative newspapers.  Take away all the 17 and you're left

20  with one entity that is generating revenue month after month    03:29:26

21  after month, hockey stick growth.

22         Well, they build this up to a point where they would

23  really like to unload it.  Right?  You see that a couple of

24  times during the testimony of Carl Ferrer.  First in 2011.

25  Let's get rid of this thing.  We have built it up.  Let's try    03:29:56

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1   to sell it.  So here's this power point.  This is Exhibit 120.    03:30:01
2   Mr. Brunst, the CFO of Village Voice Media, but also,
3   importantly, Backpage.com.

4        Same exhibit, this is this PowerPoint, this shows you
5   some important things as of 2011 that they have to acknowledge.   03:30:23
6   That 94 percent of the revenue is generated from the Adult
7   category and we know it's really the Female Escort; right?  But
8   they give -- this gives you some plausible deniability,
9   Mr. Brunst, acknowledges in this PowerPoint:  There are
10  opportunities to grow revenues and profits.  We had this         03:30:49
11  plausible deniability as to where the money is really being
12  generated.

13       Female escort page views.  818 million page views.

14       Do you think Mr. Brunst, based on his statement in
15  his opening statement, do you think he was acting in good faith  03:31:16
16  with his plausible deniability?  Exhibit 1480, this really
17  tells the whole story, doesn't it?  This really tells you where
18  the money is coming from.  It's not coming from all of these
19  other categories on the website.  It's not coming from
20  Apartments and Automotives and jobs.  It's coming from the       03:31:41
21  Adult category to the tune of $138 million from October 2010 to
22  November 2012.  Look at all the other non-adult totals.  A
23  paltry $8 million.

24       Do you think they have plausible deniability?  No.
25       This is Exhibit 1049B.  This is a slide to have a           03:32:15

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1   look at.  This really just sort of talks in business-speak but        03:32:19

2   if you really read between the lines, you know what they are

3   talking about; right?  Backpage.com initially seeded with

4   content from newspapers, traffic driven by referrals from

5   search engines and Village Voice Media newspaper sites.  What         03:32:33

6   they really mean is The Erotic Review.  This is 2014.

7        Site expansion driven by growing city site portfolio

8   and continued focus on a high-quality user experience.  How do

9   you like that business speak?  High quality user experience.

10  Do you know who they are really talking about there?  The            03:32:54

11  users, the johns.  The johns who are coming to the Female

12  Escort section.  That's what that really means.  But you can

13  see here how they exponentially expanded, 450 cities in the

14  United States.  And Mr. Ferrer was asked, "Well, how many

15  postings would you get a day?"                                       03:33:16

16       He said, "Look, I would have to just estimate

17  somewhere between two to 3,000 postings a day in the Adult

18  section in any given large market."

19       Also May 2014, this is really deceptive.  This is

20  their second attempt, 2014, they try to sell it again; right?        03:33:41

21       Now, we know that the Adult category has 91 percent,

22  this Jobs category 47 percent.  But it's really not accurate,

23  right, because you remember Mr. Ferrer saying, hey, we just --

24  we just bought these fees.  We wanted to give Backpage the look

25  of a legitimate website but it really was just a prostitution        03:34:07

58

2:18-cr-00422-DJH, October 26, 2023 P.M.

1   website.                                                03:34:15

2          My colleague got up in front of you seems like years

3   ago, but I guess it was two months ago, and talked about how

4   the building of Backpage broke down into two phases, growth

5   phase and then that second phase of just maintaining this    03:34:32

6   instead exponential growth of revenue.

7          The prostitution marketing strategies that no one

8   knew about.  I mean people thought there was something going on

9   with The Erotic Review but it wasn't until Carl Ferrer, right,

10  came in, that they really knew about this.                 03:34:55

11         These are not only the building blocks of the

12  website, these are the building blocks of the conspiracy.

13         Aggregation, we know what that is, stealing content

14  from other prostitution sites.  The super post relationship.

15  You heard all of these names of Dollar Bill and Somad and Shawn  03:35:19

16  Kim.  These were these people who were bringing in volume

17  postings to Backpage and they were given certain discounts;

18  right?

19         And then the reciprocal link relationship with The

20  Erotic Review.  Well, super poster relationship, here's just   03:35:37

21  one exhibit.  You saw many exhibits and you saw some exhibits

22  from William Mersey, also known as Dollar Bill.  This is an

23  email that Mr. Padilla was fielding, this is where 4200 ads

24  were inadvertently deleted and Mr. Padilla was doing what he

25  could to get those restored.  You see this is from Dollar Bill  03:35:58

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1   in NYC down there.                                              03:36:05

2          Stealing from other prostitution sites, this was

3   something Mr. Spear was sort of heading up and directing people

4   to do and this is an email where he's talking about attached

5   are the three documents that have been presented in the last    03:36:18

6   couple of weeks dealing with growing Backpage in Dallas and

7   moving that aggregation process to other cities; right?

8          Here's actually attached.  This is 10 A.  Hi, I saw

9   your ad on the net.  Have you tried posting it on Backpage.com?

10  I can post your ad today so that you can try out the site.  It   03:36:41

11  costs you nothing.  I do all the work here.  Can I have your

12  email address please?  Female Escort section.

13         The Erotic Review, this is what -- this is what super

14  charges the website.  This is what puts it on steroids.  This

15  is what gives it velocity so that it can compete with           03:37:07

16  Craigslist and then when Craigslist shuts down its Adult, then

17  they are the only game in town.

18         Well, we know about the budget meetings, Brunst,

19  Spear, Ferrer and Adams.  This is that Exhibit 23 you saw that

20  on a couple of different occasions.  We struck a deal with The   03:37:25

21  Erotic Review with reciprocal link.  It created a huge brand

22  awareness in this niche industry and increased page views from

23  the TER by 120,000 per day.  This is the latter part of 2007.

24         And then you saw, maybe more than you wanted to the

25  Google Analytics reports but they tell the story.  The Google    03:37:48

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1    Analytics reports tells them how great this relationship is and    03:37:51
2    you remember all the exhibits of the reciprocal link where they
3    were making sure that those links appeared on each other's
4    websites.

5              Exhibit 1984, 1995, this relationship stayed on for    03:38:12
6    the life of this criminal enterprise because it was so
7    important.  And The Erotic Review by far was the largest
8    referral site.  But the next three referral sites were
9    prostitution review sites.  This is where there is no plausible
10   deniability.  They have no plausible deniability as to this    03:38:45
11   relationship because you know because you saw it on your
12   screens, maybe too many times.  You saw what the reviews were.
13   You know that this is 100 percent prostitution.

14             Here's this email between Mr. Ferrer and Mr. Spear.
15   Mr. Ferrer telling him we get 2 million page views, 150,000    03:39:04
16   from The Erotic Review per month.  This is in 2007.  Mr. Spear,
17   right over here, he knows, he knows all too well how important
18   The Erotic Review is.  He knows that it's generating millions,
19   millions.

20             And here's the actual banner ad, remember there was a    03:39:33
21   lot of talk about this banner ad.  This is the banner ad, do
22   you see that over there on the right?  Backpage.com, find
23   escorts here.  Oh, geez, these escorts.  We really know that's
24   prostitution.  No, escorts is prostitution.  It's right smack
25   dab on The Erotic Review; right?  Here it is.  If you go to The    03:39:53

2:18-cr-00422-DJH, October 26, 2023 P.M.

1   Erotic Review and you read this explicit review, all you have          03:39:58

2   to do is look over on the right and you see the banner ad and

3   you go right to Backpage and you can find that person who was

4   reviewed on the site.

5           And what did they pay for this link?  567A.  Remember      03:40:15

6   this David Elms, Elms Web Services, remember all the emails

7   exchanges between Carl Ferrer and David Elms about this

8   relationship and, hey, pay me.  And they were paying them --

9   him in 2007 and Carl Ferrer said 4,000 was nothing.  We were

10  happy to pay him.  We were happy to pay him because this          03:40:36

11  relationship was so critical to our success.

12          So here's 2046, this is the banner ad of The Erotic

13  Review, don't get ripped off again.  This is what you would

14  find on Backpage.com.  This is the evidence of this symbiotic

15  and very profitable relationship.                                 03:40:59

16          Here they even change it.  They think, well, maybe

17  Find Escorts here.  That might be a little bit much so

18  Mr. Spear -- they have an exchange over what they are going to

19  change it to.  This is 574.  Backpage.com.  We're not going to

20  put Find Escorts Here.  We're going to put Apartments, Jobs,      03:41:23

21  and Escorts.  You know full well from the testimony from

22  Mr. Ferrer that apartments and jobs are hardly making any

23  money.  It's really the Escorts.

24          This is an important email because its sort of speaks

25  volumes.  This is the Exhibit 28.  This is an email from Jim      03:41:46

United States District Court

1    Larkin to Scott Spear and Carl Ferrer.  Authorities, 43 more      03:41:51

2    indicted in Desert Divas' prostitution bust.  But it's the

3    subject line that's important:  Johns accused of favorably

4    rating escorts on Erotic Review in exchange for discount.  This

5    is in May of 2009.  Wonder why he's sending this to them,        03:42:12

6    because he knows how important this is and this isn't getting

7    the publicity they would like.  They would like to stay under

8    the radar under The Erotic Review and just cash the checks.

9         Here's the *New Times*.  This is 573A.  This is a

10   portion of the article in the -- in their own newspaper that      03:42:37

11   actually has a review from The Erotic Review.  Oh, gosh, we

12   didn't know what The Erotic Review was.  It's in their own

13   newspaper.  It's being published in the same building that

14   Backpage is housed in.

15        CNN, right?  This comes kind of later, doesn't it?          03:42:58

16   This is in response to Selling the Girl Next Door.  Hey, don't

17   rebroadcast that because it's really unfair.  But this is a

18   portion -- you know, CNN, it's always breaking news; right?

19   Breaking news.  Well, this isn't breaking news to them because

20   they already know they have the relationship with The Erotic      03:43:21

21   Review.  Many of the ads also contained an identification

22   number for a separate website call The Erotic Review.  You

23   might not know this, The Erotic Review is a site where the men

24   rate the sexual performance of the women they buy.  The

25   inclusion of The Erotic Review numbers on Backpage.com ads       03:43:40

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1    offers strong evidence that these current ads are in fact for          03:43:44
2    illegal prostitution.

3              CNN, they call them out on this; right?  The media is
4    beginning to sort of sniff around and think hey, there's a
5    reason you guys are successful.  There's a reason why you're          03:43:56
6    becoming the only game in town after Craigslist shuts down.
7    *Wall Street Journal*.  This jumps ahead to 2016.  Hi Liz.  We
8    need to get an answer on the TER numbers pretty soon.  I would
9    be happy to talk now, or we can plan to talk on Monday at 6
10   a.m.                                                                   03:44:17

11             *Wall Street Journal*, 2016, John McKinnon is asking
12   them questions.  What's with these numbers in your postings.
13   We're hearing this is has something to do with your
14   prostitution website, do you think they have plausible
15   deniability?                                                          03:44:39

16             Paige two, moderation.  Again, this is where they
17   really can monetize stuff; right?  This is the super charge.
18   Carl Ferrer's testimony on 9-12 of '23 on that stand:  We
19   sanitized the site.  It means we make it less obvious
20   prostitution.                                                         03:44:59

21             And after you saw all of these ads and the strip
22   filter and all of that testimony, it all makes sense; right?

23             Here's Andrew Padilla to Joye Vaught:  Attached is
24   the Word doc with my captions.  Please go over this compilation
25   of my photos.                                                         03:45:23

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1  Do you think this is really a prostitution website?    03:45:24

2  Here's the photos, 103A.  How about this?  Exhibit 56.  This is

3  Andrew Padilla to a moderator Jeff Lyons copying Joye Vaught

4  over here.  Until further notice -- and this is in all caps --

5  do not leave notes in user accounts.  Backpage, and you in    03:45:41

6  particular, can't determine if any user on the site is involved

7  with prostitution.  Leaving notes on our site that imply that

8  we're aware of prostitution, or in any position to define it,

9  is enough to lose your job over.

10  Why do you think Mr. Padilla over here is so    03:46:01

11  concerned about that?  Maybe some, I don't know, law

12  enforcement investigator might find those notes some day.

13  Might end up here.

14  This is the direction to the moderators from

15  Mr. Padilla and Ms. Vaught very much so.  We're not going to    03:46:22

16  talk about it.  That's the dirty little secret; right?  The

17  secret sauce here to the success of Backpage is the

18  relationship with The Erotic Review and taking out terms that

19  are indicative of sexual acts, taking out images that are

20  clearly indicative of sexual acts or the exchange of money for    03:46:45

21  sex and then letting it post.  That's the key.  That is the key

22  to the success of Backpage.

23  And the engine room of that success is right here.

24  Mr. Padilla and Ms. Vaught.

25  So here's sort of the smoking gun, right, on The    03:47:07

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1  Erotic Review.  This is Exhibit 647.  All right.  We've got                    03:47:12

2  enough pressure from the National Attorney Generals

3  Association, the media is coming after us.  We're going to get

4  rid of those links but you know what, we're going to keep those

5  numbers in it and those numbers stay until it's taken down.                    03:47:33

6          And here's the attachment, 647A, okay.  Here's what's

7  allowed.  You can leave in this, reviews and six-digit number.

8  This wasn't actually -- isn't The Erotic Review.  It's just

9  another prostitution review site, U.S. Sex Guide.  This is what

10 you can leave in.  You can leave this in.                                      03:47:59

11         You know, if they misspell The Erotic Review, if they

12 put that E backwards, you can leave that in, too, because this

13 is important to the building of the website.

14         Here's Ms. Vaught giving some daily direction to one

15 of her moderators:  Hello.  We are going to allow users to post                03:48:23

16 pictures with their hands near their crotch again.  We still

17 will delete pictures where they have their hands in their

18 panties or directly on their genitalia.  If it's near their

19 crotch, well, we have a little plausible deniability on that.

20 If you have any questions, let me or Andrew know.                              03:48:42

21         Exhibit 16 and 17.  Here's Joye again giving some

22 important moderation instruction to her moderators:  We

23 restored these images that were deleted by the Avion crew.

24 This is in 2015.  They don't break the rules.  Just let

25 everybody know.  Here's the pictures.                                          03:49:03

United States District Court

1    I'm going to take -- this is Andrew:  I'm going to          03:49:07

2    take anything good that I can find from the Hemu list you

3    copied and I'll go through our filters.  I'm going to include

4    misspellings for all of the, quote/unquote, solid sex for money

5    terms.  The solid sex-for-money we're going to take it out but   03:49:24

6    if there's some wiggle room here, let's leave it in.

7        This is from Ms. Vaught:  Hi.  Abuse has been getting

8    complaint emails from this user about her pictures being

9    removed.  As far as I can tell, they are all okay to leave.

10   Let me know if you have any questions except for the 150 as     03:49:52

11   part of this posting.

12       And you can look at the pictures on the right.  You

13   think this is prostitution based upon what you heard not only

14   from Carl Ferrer and Dan Hyer, but also the women who were

15   posted in these ads.  They explain this to you; right?          03:50:14

16       Hi Monica.  You have two of our most important cities

17   now, Illinois and Washington, on the weekends.  This is

18   Ms. Vaught telling this is where they are getting pressure.

19   And we heard some of that, didn't we?  We heard like the Mayor

20   of Seattle and Seattle Police Department were giving them all   03:50:35

21   sorts of grief about their website.

22       So we've got to focus on these two markets, Illinois

23   and Washington.  There's 47 other, you know, markets that we're

24   going to let.

25       This is a Joye Vaught:  This time around we should go       03:50:57

2:18-cr-00422-DJH, October 26, 2023 P.M.

1   easy on certain types of violations.  We should reserve locking   03:51:04
2   ads to instances where there is a clear offer for
3   sex-for-money, not one of those offers where there's some
4   wiggle room or graphic images of sex acts, blatantly exposed
5   genitalia.  Those ones we can -- we should -- we should block   03:51:18
6   those.  But the ones that are sort of coded with misspellings
7   and the images are not as blatant, those are the ones we can
8   post.

9          How about this ambiguity?  Well, you know, they have
10  made some arguments a little bit through cross-examination and   03:51:41
11  opening statements sometime back, the defense and said, well,
12  you know, how do you know?  How do you know what's going on in
13  these postings?  You just don't know.  I mean you have to go
14  meet with them.

15         But this is a smoking gun on Mr. Padilla.  It implies   03:51:58
16  some exchange of bodily fluids.  He's talking about posters
17  with images of lactating women which kills our, quote/unquote,
18  companionship argument.

19         Joye Vaught:  Hello.  We are going -- to her large
20  moderation team.  We're going to start allowing the users to   03:52:25
21  post the word "prostate" again.  Do you think that's a
22  companionship posting she's talking about?

23         This is Exhibit 532.  This is from Andrew to his
24  moderation staff:  You can start using the image restoration
25  feature located at the bottom of the ad page.  If you see an   03:52:46

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1  image there that should not have been removed, select the          03:52:49
2  Restore radio button and update the ad.  Here's -- he then
3  gives them a bunch of examples.  On left this one should be
4  deleted but you can keep the one on the right.

5          And if you look at this Exhibit 532, you will see          03:53:04
6  very similar examples that Mr. Padilla is providing the
7  moderation staff.

8          This is from Joye.  Hi guys.  Wanted to check in with
9  you all about pictures.  This is an example of a picture we
10 would not remove from an ad.  There is no nipple showing or any   03:53:22
11 genitalia.  We don't allow pixillation as a cover-up for nudity
12 but it is fine when it's used to blur the face.

13         1817, you've got to sort of read between the lines on
14 this one because you heard some testimony, remember, this sort
15 of came out on cross-examination of Carl Ferrer.  When they got   03:53:44
16 subpoenas, they were good enough to comply with -- we'll talk
17 about that in a little bit.  They were good enough to comply
18 with those subpoenas; right?  They would say hey, here's the
19 postings but guess what?  These same people are posted on these
20 other websites.  You should go look at them; right?            03:54:07

21         Do you remember what Carl Ferrer said about that?
22 Well, that was just kind of public relations.  That's kind of a
23 PR deal.  Yeah, but this was sort of a distraction, like, hey,
24 go look at these other sites.  Don't focus on us.

25         This one is interesting because here's what             03:54:23

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1   Ms. Vaught.  She knows full well based upon this email.  She's                03:54:26
2   saying this to a moderator:  Hey, do you guys normally send out
3   Evil Empire and Naked City links when you reply to the cops?
4   If you do, you can stop.  Because we own those sites.  Don't
5   give them the sites that we own.  Give them some other site;               03:54:43
6   right?  We don't want them coming back to us.

7            This one is ambiguity.  This is one of her
8   moderators.  She's talking about somebody who is a poster.  Is
9   she well-known?  That suggests a lot.  Right?  Is this somebody
10  who is posting a lot with us?  Is she well-known to us?  In                 03:55:07
11  other words, is she somebody that is frequently posting that we
12  ought to give some kind of consideration to because she looked
13  drugged and has bruises.  That's really why I decided to make a
14  referral.

15           What does Joye say?  Well, she doesn't look under 18.            03:55:26
16  These are the kind reports cops question us about.  I find them
17  all the time.

18           If you remember through cross-examination in the
19  opening statement there was a lot of talk about how much help
20  they were giving the law enforcement.  It was part of the great           03:55:43
21  job.  Went there every day for nine years while we were running
22  this prostitution website and I was helping out the police.
23  Does this look like she's helping out anybody?

24           Notice and knowledge.  What notice, externally did
25  they get, about the fact that they were running a prostitution            03:56:09

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1   website?  Well, we heard about the CNN, Amber Lyon report,          03:56:14

2   Selling the Girl Next Door.  *The New York Times*, there's this

3   whole series of articles written by this gentleman Nicholas

4   Kristof featuring certain women who had been posted on

5   Backpage.                                                          03:56:35

6          The Auburn Theological Seminary, open letter in their

7   meeting.  The *Wall Street Journal* of course was doing articles.

8   633 this is sort of a fake ad; right?  This is Amber Lyon, do

9   you remember what she says?  I have to get this picture from me

10  dad when I was 14 in a bathing suit.  Based on the posting you    03:57:00

11  have seen, this is pretty tame; right?  But she posted this and

12  the phone rings off the hook.

13         And does Mr. Lacey know about it?  637.  He's asking

14  Carl about it.  Why would we isolate this ad?  What would NCMEC

15  do with this ad?  What do they look for?  What is being guarded   03:57:18

16  against?  Carl says:  We would not have reported this ad.

17         I mean, that's the whole point.  You don't really

18  even know who the person is in the ad.  And unless it's

19  something really egregious, I guess that's -- based upon his

20  testimony -- that's when they report it.                          03:57:33

21         Remember this.  We saw an excerpt of that.

22         (Video played.)

23         MR. RAPP:  Thank you.

24         The Amber Lyons report, remember that?  They all saw

25  it.  They all talked about it.  They sent a letter, don't         03:59:29

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1    rebroadcast it.  These champions of the First Amendment.          03:59:32

2    You're misrepresenting things in that report.  Not true.  They

3    call him out.  We just saw the response about The Erotic

4    Review.  But they know.  They are put on notice about what's

5    going on on their website.                                        03:59:49

6          Now, they are confronted with prostitution on

7    Backpage by these NGOs and you remember the witnesses who came

8    in.  You heard from NCMEC.  This was the PowerPoint.  Remember

9    John Shehan toward the end of the case.  He testified he was

10   outside the door.  He heard this blowup between the president    04:00:12

11   of NCMEC at the time, a man by the named of Ernie Allen.  There

12   was some loud yelling.  He goes in.  You can tell that it

13   appears that Mr. Lacey is the one who is having the argument

14   and then he shows this PowerPoint.  This is another instance

15   where they are put on notice of The Erotic Review.              04:00:40

16         And Mr. Spear is sitting right there.

17         Now, just think, just juxtapose this.  March 1, 2011.

18   Remember the email, 2007 between Mr. Ferrer and Mr. Spear

19   talking about the page views, 150,000 page views on The Erotic

20   Review.  Just think about that.  Remember the exchange where   04:01:04

21   he's saying, hey, you know, let's change the banner ad from

22   Find Escorts Here to put on The Erotic Review and changes it to

23   Apartments, Jobs, and Escorts.  Think about that.  Think about

24   Mr. Spear sitting in this meeting.

25         He knows more about The Erotic Review than anybody         04:01:27

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1   from Backpage sitting in that meeting but they are confronted          04:01:32

2   with this.  This is 652A.

3          The Internet is selling sex.  Online classifieds,

4   forum boards, provider review sites, The Erotic Review, image

5   and indexing sites.  They give them case examples.  Hey, here's      04:01:50

6   people -- now by the way, on this NCMEC meeting, Backpage asked

7   for this NCMEC meeting.  All right?  It wasn't NCMEC reaching

8   out to Backpage:  Hey, we would really like to talk to you

9   about your prostitution website.  We think we've got some

10  things to tell you about it.                                          04:02:14

11         They asked to meet with them.  They go out there and

12  meet with them.  We've got our safety and security guy with us,

13  Hemu Nigam.  He exchanges some emails before this meeting and

14  then they get in the meeting and then they are confronted with

15  the fact that, hey, you've got this review site connected to        04:02:33

16  the postings on your ad.

17         First review -- and I know you've seen these.  I'm

18  not going to read it, obviously, but they tell them since 2006,

19  she has been reviewed more than 100 times.  Kristena continues

20  to be advertised online as of February of 2011.  This is            04:02:53

21  important.  This is what they are pointing out there to

22  Mr. Spear and Mr. Lacey as Mr. Ferrer is sitting in there.

23         This is the link, the Backpage link on The Erotic

24  Review.  Mr. Spear, Mr. Lacey, your website is linked on a 100

25  percent prostitution website.  What do you think about that?        04:03:22

2:18-cr-00422-DJH, October 26, 2023 P.M.

1   Well, little did they know that they have been paying them,                04:03:26
2   that they have been having this formalized relationship.
3   Mr. Ferrer is going out to meet with this David Elms and David
4   Elms disappears at one point and they keep this relationship
5   going.  They show them case examples.                                      04:03:45
6          They even walk out of there with documents.  Remember
7   Carl Ferrer talks about that.  Hey, this Ernie Allen actually
8   gives us hard copies.  And of course I do what I do and I sort
9   of research them and I send them out to Mr. Spear.
10         Here it is.  684A.  This was a sort of a fake ad;                   04:04:05
11  right?  This is sort of like Amber Lyons and we've heard this
12  over and over during the course of this trial.  If you recall
13  Megan Lundstrom.  She also described the same thing, right,
14  that she got these kind of burner phones and vanilla visas and
15  she was at some sort of a conference and she posted an ad and                04:04:27
16  phone rang off the hook.  You know, Amber Lyons didn't have a
17  monopoly on this but this is one that NCMEC posted and they are
18  trying to tell Backpage, look, you've got a problem on your
19  website.  You've got a probable on your website and we're
20  showing you this PowerPoint that shows The Erotic Review                    04:04:45
21  connection.  We're giving you this.  One -- add one city one
22  day, 40 men called to pay for sex with her.  We received an
23  average of 40 calls per add in a 24-hour period for each of the
24  ads that we placed.  And Mr. Ferrer sends this information to
25  Mr. Spear.                                                                  04:05:05

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1        But now Mr. Shehan, he wasn't in the meeting; right?      04:05:07

2   He just heard the shouting but Carl Ferrer was there.  Do you

3   remember what Carl Ferrer says during the NCMEC meeting?  Look,

4   Mr. Lacey shows up kind of late.  And Mr. Allen sort of says:

5   Look, I get it.  You guys want show us this PowerPoint about      04:05:23

6   how great your website is and all the great things you're doing

7   with moderation.  But let's be honest, you've got prostitution

8   on your website.  And Mr. Lacey over here blows up.

9        Hey, this isn't your mission.  Your mission is

10  exploited children, not prostitution.  Let us worry about that.   04:05:44

11       And we see that again, right, at the Auburn

12  Theological.

13            MR. CAMBRIA:  Objection.  Goes beyond the record.

14            THE COURT:  Well, there's an objection.

15            MR. RAPP:  I got it.                                    04:06:01

16            THE COURT:  Overruled.  Mr. Cambria, and, again,

17  members of the jury, I've just instructed you that what the

18  lawyers say is not evidence and it's your memory that controls

19  of what the testimony and evidence is.

20            MR. RAPP:  This is Exhibit 171.  Remember Carl Ferrer   04:06:17

21  says, look, we meet with NCMEC after this great March 1 meeting

22  that just sort of was a disaster.  We try to engage with them

23  and we have these series of meetings and you hear this guy's

24  name, Don Moon, he's there, too.  And we're just kind of

25  slow-dancing them.  We're listening to them.  We're not going    04:06:39

2:18-cr-00422-DJH, October 26, 2023 P.M.

1   to implement a recommendation that is going to impact our        04:06:43
2   revenue.  That's what we're going to do but we're going to put
3   the best face on this.  We're going to meet with you, meet with
4   you.  By 2013 NCMEC says, look, you're not really implementing
5   our recommendation.  You can infer that NCMEC didn't really      04:07:02
6   think that Backpage was sincere in their efforts to rid the
7   site of prostitution and they give them this letter.

8           This is 171.  Remember Mr. Shehan on the stand.  He
9   goes through four things.  Look, this is what we made with
10  these recommendations to them.  This is now distilled down in    04:07:22
11  this letter of 2013.  NCMEC gives it to them and says that's
12  it.  We're done with you.

13          And this is what you need to do and of course they
14  don't do it.  Some of this prior -- number one at the time the
15  ad is created submitted by the user but prior to the ad being    04:07:40
16  posted online, takes steps internal to verify the identity and
17  age of the user who has submitted the ad.  What does Carl
18  Ferrer say about that?  We're not going to do that.

19          Take steps internally to verify the identity and age
20  of any individual depicted in the ad.  We're not really going    04:08:05
21  to do that.

22          Prior to an ad being posted, if a possible minor is
23  believed to be featured within a submitted ad or an ad is
24  believed to involve possible child sexual exploitation, not
25  post the ad or allow it to go live on the site.  Conduct         04:08:22

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1    searches of internal systems, report the possible child sexual    04:08:25
2    exploitation to law enforcement.  Retain the relevant material,
3    digitally hash the photos, that never happened.  Flag
4    identifiers associated with the ad.

5          Once an ad has been posted -- this is number three.    04:08:40
6    Once an ad has been posted publicly, if there's suspected child
7    exploitation within the ad, remove the ad from public view.
8    Conduct searches of internal systems to 35 and review all other
9    ads, report the possible child sexual exploitation to law
10   enforcement.  That was the last letter NCMEC gave to them.    04:08:58
11   Goodbye.

12         You guys -- every time we have these meetings, you
13   just kind of repeat the same thing and nothing is ever done.

14         On the same day, March 1 of 2011, Mr. Ferrer and
15   Mr. Spear, they go down and meet with Polaris, this gentleman    04:09:25
16   by the name of Brad Myles, you might remember him.  He
17   testified on the same day that John Shehan testified, on
18   September 19.  This is Carl's testimony.  On September 19,
19   2023, Carl relates this meeting that he has with Brad Myles.
20   Now, remember, Polaris has a different mission than the    04:09:54
21   National Center of Missing and Exploited Children; right?
22   Polaris is into trafficking, adult prostitution as well.

23         And so given the fact that on March 1 in the morning,
24   things don't really go that well with Mr. Lacey.  He kind of
25   peels off.  He didn't go to this but Mr. Spear does.  He goes    04:10:16

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1   there and according to Mr. Myles, he doesn't say much.  But          04:10:20
2   what Carl tells us is --

3           MR. CAMBRIA:  Your Honor, I object again.  He's going
4   off -- there's no testimony, what he just said.

5           THE COURT:  And, again, the objection is noted but          04:10:32
6   the instruction to the jurors is that their memory of the
7   evidence and testimony controls.

8           MR. RAPP:  And you can infer as well.  You can infer
9   that that meeting did not go well in the morning at NCMEC and
10  maybe you can infer from the facts that it wasn't a good idea     04:10:55
11  for Mr. Lacey to go down to Polaris.

12          Well, Carl Ferrer tells us they were focused on human
13  trafficking and prostitution being part of human trafficking,
14  especially in Asian massage parlors.

15          And what, if anything, did you know about                   04:11:12
16  prostitution being involved in Asian massage parlors?  We knew
17  it was already there, because the site in New York City was
18  under Body Rubs, nothing by Asian massage parlors and they are
19  Dollar Bill's clients and Sean Kim's clients.  This is the
20  super poster relationship.                                         04:11:29

21          Once again they go down to Polaris to kind of learn.
22  You saw an email from Mr. Spear.  Hey, we really want to hear
23  about -- Mr. Myles, we really want to hear about what you have
24  to offer.  They already know.  They just go to NCMEC and they
25  already know about The Erotic Review.  They go down to Polaris    04:11:44

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1    and Brad Myles is telling them, look, you know, let me tell you    04:11:46
2    a little bit about these Asian massage parlors and some of the
3    trafficking issues and kind of shows them pictures and shows
4    them pictures off of Backpage but they already know.  Like it's
5    no revelation to Mr. Spear and Mr. Ferrer.    04:12:02

6          Well, what about training?  Well, the company did not
7    take up Polaris on the request for training.  It would be bad
8    for business.  All right.  And why would that have been bad for
9    business?

10         Well, based on the Polaris standard, he would have    04:12:25
11   had us remove virtually every ad in the Body Rubs category,
12   certainly in markets like New York City.  So they weren't even
13   going to implement some of the recommendations that Polaris
14   made.

15         Brad Myles' testimony, this is jumping ahead to    04:12:39
16   October 18, just a week or so ago.  My concern was that -- when
17   asked, here's his answer about the meeting:  My concern was
18   that law enforcement is only able to respond to a fraction of
19   the ads that were on Backpage, and the majority of ads that are
20   posted there don't get a law enforcement response.    04:13:03

21         So if you're only getting subpoenas for a fraction of
22   the ads that do.  The majority of ads aren't being attached or
23   looked at by law enforcement; and, therefore, the majority of
24   the problem is still existing and being facilitated.  So
25   responding to subpoenas is a very small measure compared to the    04:13:21

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1   volume of the totality of the problem that's existing.  That's    04:13:24
2   what they tell Mr. Spear and Mr. Ferrer.

3           Okay.  Did you express to Mr. Spear and Mr. Larkin
4   any concerns that you had about what you observed on the site?

5           The concerns -- this is Mr. Myles:  The concerns that    04:13:43
6   I expressed were that the measures that they were taking I
7   thought were incremental measures, but wouldn't fully address
8   the trafficking that was happening on the site and that
9   trafficking would continue to find a way to exist even despite
10  those measures.                                                   04:14:00

11          And he tells them, ultimately, you need to shut down
12  the website.  There's no way with the dribs and drabs of law
13  enforcement who send a subpoena to you.  You know, a court
14  order, a subpoena that compels you to provide the postings.

15          And there was a lot of testimony through                 04:14:26
16  cross-examination and even in opening statements.  This is --
17  this is why -- at least from Mr. Padilla and Ms. Vaught, this
18  is, gosh, we were responding to these subpoenas.  It was only
19  dribs and drabs, two to 3,000 postings a day in 450 markets at
20  its peak and they would get a court order and they would run     04:14:51
21  off the postings and send it to law enforcement.  That's their
22  partnership?

23          Mr. Myles goes on.  There are different networks of
24  trafficking and I described that there were a number of Asian
25  massage parlors or illicit massage businesses that were posting   04:15:16

2:18-cr-00422-DJH, October 26, 2023 P.M.

1  advertisements on Backpage and that I had believed were at high   04:15:20

2  risk of engaging in trafficking of women.

3          Okay.  And then with respect to that particular

4  topic, the Asian brothels, did -- did any of the Backpage

5  representatives have any follow-up questions to that?   04:15:34

6          There were a number of follow-up questions about that

7  particular type of trafficking.

8          But they already knew about it; right?  They sort of

9  show them these ads from Backpage and they look at them and can

10  identify.  These are our ads.  Yes, it looks like this person's   04:15:46

11  being trafficked.

12          Auburn Theological Seminary.  Mr. Luria.  This is his

13  observations of that meeting.  Mr. Lacey was frustrated that we

14  were having this meeting.  He didn't understand why religious

15  leaders would stick their noses in his -- in Backpage's   04:16:06

16  business, and that he also said something to the effect of

17  adults, consenting adults can do what consenting adults want to

18  do.

19          What was your conclusion?

20          My conclusion was that he, Mr. Lacey, believed   04:16:20

21  prostitution was occurring on the website and that it was

22  legitimate.

23          Is there any basis to that conclusion?

24          Let's look at a few other things here.  Michael Lacey

25  at Auburn -- this is now Carl Ferrer's testimony.  You get the   04:16:38

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1  other side.                                                    04:16:43

2         What was your understanding of the message that was

3  given to you?

4         Prostitution on the sites leading to child

5  prostitution and from the Auburn Theological Society, one child  04:16:47

6  is too many.  What response, if any, does -- if there is, does

7  Mr. Larkin and Mr. Lacey, do they respond to that statement?

8         Well, after hearing the statement, Mr. Lacey responds

9  that that's not a realistic policy; that's a bumper sticker.

10        We also know not only did they have this meeting;        04:17:08

11 right?  We heard testimony that the Auburn Theological Society

12 took out this half page ad in *The New York Times* criticizing

13 Backpage and asking them to take down the website.

14        Here's 1827A.  This is January 31 of 2012.  This is

15 Mr. Lacey.  One bad case amongst how many millions of ads that   04:17:40

16 involve no one underage.  He kind of read that, you can kind of

17 infer that what he's saying is, hey, there's prostitution on

18 the website.  But there's only all of these meetings that we

19 are having with NCMEC and Polaris, there's only a few that are

20 underage victims.  And here's this whole false equivalency that  04:18:05

21 we've heard a little bit about in opening statement from the

22 defense.  We've also heard it through cross-examination.  They

23 are sort of having the same false equivalency here.  Drug

24 dealers use cell phones, Fed Ex.  When you bust them, you don't

25 advocate shutting down the phone service, overnight deliveries.  04:18:26

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1   Underage people use phony ID to get into bars.  Thousands of          04:18:29

2   people patronize the bar legally.  You don't close it when some

3   underage deceives the owner.

4           So false equivalency here is obvious; right?  Based

5   upon their meetings with NCMEC is, we're not going to do age          04:18:44

6   verification.  We're not going to do it and what he's saying

7   here is, hey, Backpage, is, just like a bar.

8           Well,if you go to a bar and maybe you're 22 or maybe

9   you're underage and you have a fake ID and you kind of show up

10  at the bar in person, right, and somebody, a human is actually        04:19:09

11  looking at you and saying:  You don't look old enough to drink.

12  Let's see your ID.  You know, this ID doesn't look like you.

13  Or maybe you just don't have an ID that says you're over 21.

14  This is the false equivalency.  Backpage was a prostitution

15  website.  They didn't do any age verification even though they        04:19:32

16  are asked to do it.  Too expensive.

17          Here's their age verification.  How old are you?  I'm

18  18.  Go ahead and post.  That's the age verification.

19          But with two cases, it is not yet a tsunami of

20  underage trafficking.                                                  04:19:57

21          Confronted by law enforcement and elected officials.

22  Subpoenas, the National Association of Attorneys General, Mayor

23  of Seattle, Seattle Police Department, United States Senate.

24          Here is an email between Mr. Lacey and Mr. Spear in

25  2010 from Mr. Lacey to Mr. Spear, is there any evidence of            04:20:26

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1    child trafficking anywhere?                                          04:20:31

2            We have had subpoenas that deal with this exact

3    issue.  This is Mr. Spear.  He knows better than anybody

4    because he's sort of their the micromanager, as Mr. Ferrer

5    says.  He's there on a day-to-day basis.  He's handling       04:20:43

6    moderation.  He's handling all sorts of aspects of the website.

7            More details and specifics later today.  But we get a

8    ton of subpoenas that we comply with on a daily basis.

9            And as Mr. Ferrer said, in total amount of time, the

10   14 years from 2004 to 2018 he estimated that they received     04:21:04

11   20,000 subpoenas and the vast majority of those were criminal

12   cases involving prostitution.  Isn't that just evidence enough,

13   frankly, that they were running a criminal enterprise that was

14   facilitating and promoting prostitution, just the mere fact

15   that they are getting these subpoenas?                         04:21:30

16           And by the way, these subpoenas, they don't actually

17   stop prostitution; right?  It's sort of after the fact, like

18   some law enforcement -- you heard the law enforcement agents

19   who came in and talk, yes, we've identified somebody that we

20   believe is engaging in prostitution and we need those postings  04:21:46

21   and we sent you a subpoena and you complied with this Court

22   order and you gave it to us.  They never stopped anybody from

23   doing it.  They just did their duty and complying with the

24   court order.

25           Anyways, subpoenas show them that their website is a    04:22:04

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1    prostitution website.                                          04:22:09

2          The National Attorney Generals Association.   There's

3    blatant prostitution ads are rampant.   Request that you

4    immediately take down the adult services portion.   This is in

5    September of 2010.                                             04:22:23

6          In October -- going back to October of 2009, this is

7    the State Attorney Generals:   Backpage should eliminate

8    allowing users to provide direct links to their accounts on

9    either The Erotic Review or CityVibe websites or any other site

10   whose sole purpose is to provide forum for prostitution         04:22:38

11   profiles.   Notice, Exhibit 902.

12         We appreciate meeting with you recently in New York

13   regarding our concerns with prostitution ads and other sexually

14   explicit images posted in the Adult Services section on

15   Backpage.                                                       04:22:58

16         This goes into 2011.   This is regarding Backpage's

17   ongoing failure to effectively limit prostitution and sexual

18   trafficking activity on its website.   Nearly naked persons in

19   provocative positions are pictured in nearly every Adult

20   Services advertisement on Backpage.com and the site requires    04:23:15

21   advertisements for escorts and other similar services to

22   include hourly rates.

23         Where did we hear that from?   We heard that from the

24   victims who testified to their postings:

25         It does not require forensic training to understand       04:23:30

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1    that these advertisements are for prostitution.  This hub for          04:23:32

2    illegal services has proven particularly enticing for those

3    seeking to sexually exploit minors.  You're put on notice.

4           Seattle, the Seattle Mayor, Backpage is an accelerant

5    of underage prostitution.                                              04:23:53

6           In 2011 alone, the Seattle PD detectives have

7    uncovered four documented cases of child prostitution openly

8    advertised on the Backpage.com website.

9           And you recall that Carl Ferrer was the one that they

10   sort put out front, hey, go meet with this mayor.  Go meet with        04:24:10

11   the Seattle PD, but he brings back those postings and he sends

12   them to Mr. Lacey.

13          Now, this is 1200A.  This is -- this is the one of a

14   series of articles from this writer from *The New York Times*,

15   Nicholas Kristof.  He did a series of articles on Backpage.            04:24:34

16   This is one of them.  And this is one being emailed to Mr.

17   Lacey.  And Mr. Lacey, as you know from some of the emails, he

18   had a lot of trouble with Mr. Kristof or a had a lot of

19   disagreements with him.

20          But this, Mr. Kristof's -- as you heard from the                04:24:53

21   testimony, they always feature a particular victim; right?

22   Somebody that he has featuring in his article.

23          And around the same time let's not forget about

24   Mr. Brunst, the CFO down there, the nonoperational CFO.  He's

25   watching every dime; right?                                            04:25:16

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1    And about this same time in 2012, as you all know,    04:25:18

2    the Backpage pressure has reached red hot.  These are some kind

3    of -- you can read through the Capital Partners, CP Stock

4    Purchase and Revised Operating Agreement.

5    He even then in 2012, Mr. Brunst is aware that they    04:25:35

6    are going to have difficulties with their banks.  We need to

7    deal with their banks, who are being very difficult with the

8    Backpage turmoil.

9    Admissions.  Well, this is an exhibit, 1911, this is

10   an admission of Mr. Lacey that he favors the legalization of    04:26:02

11   prostitution.  But he's referring here to one of Kristof's

12   articles.  Kristof's first column on former hooker just flat

13   wrong on the facts.  She was a Government witness before

14   Backpage even started.  And he's telling this person:  I

15   believe in legalized prostitution.    04:26:24

16   I mean, is there any question here that he knows he's

17   running a prostitution website?  With all the meetings and the

18   letters and his own admission here.

19   This is Exhibit 18 in this case.  This is Mr. Lacey,

20   this is about one of the Nicholas Kristof.  Mr. Lacey sending    04:26:50

21   to an individual by the tame of Tony Ortega.  So he

22   acknowledges in this one:  So it is possible she was using

23   Backpage in Boston when under pimp's control.

24   So he's sort of acknowledging that maybe Mr. Kristof

25   had the facts right.    04:27:08

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1    Backpage understood -- this is in response, this is          04:27:14

2    113A.  This is in response to the Seattle Mayor and Seattle PD

3    and he writes this article.  You remember this.  He writes this

4    article.  Backpage.com understood.

5    For the very first time, the oldest profession in the         04:27:36

6    world has transparency.  What does that mean?  What do you mean

7    it has transparency?  It has record-keeping.  What does that

8    mean?  What record-keeping?  These people are using vanilla

9    Visa cards and gift cards and then later cash.  They are not

10   even using their own emails in many cases.  What's the          04:27:57

11   record-keeping and what's the safeguards?  This is an

12   admission.

13   Remember Mr. Ferrer, he gets ahold of this and said

14   wait a minute.  You can't say this in an article.  We're

15   running a prostitution website.  Don't mention prostitution.    04:28:18

16   This is part of the same article.  This actually

17   shows that Mr. Lacey, though, a majority owner and sort of not

18   into the day-to-day business of Backpage, certainly he's not

19   sauntering down to the moderation crew and asking everybody how

20   things are going.  He's not doing that.  But he actually knows  04:28:44

21   about what's in these postings.  Craigslist Therapeutic Massage

22   category, the what-aboutisms.  What-aboutisms.  Oh, what about

23   Craigslist and what about these other sites?  That's sort of

24   their refrain.  Craigslist shuts down.  Also features ads that

25   clearly refer to prostitution, including posts from masseuses   04:29:08

United States District Court

88

2:18-cr-00422-DJH, October 26, 2023 P.M.

1   because you remember Carl Ferrer said a good chunk of our adult      04:29:11

2   site is the body rubs, is the therapeutic massages.  They are

3   offering outcall services to local hotels.

4            This is an acknowledgment by Mr. Lacey of an in-depth

5   understanding of the whole incall/outcall as being a coded term     04:29:31

6   for prostitution, 113A.

7            The conspiracy --

8            Judge, do you want me to keep going?

9            THE COURT:  Let me just query our jurors.

10           Mr. Rapp is going to continue on and is there any           04:29:52

11  objection to going at least to 4:45?

12           Would that be sufficient, Mr. Rapp?

13           MR. RAPP:  Sure.  I don't think I'll be done, though.

14           THE COURT:  I'm sorry.  What did you just say?

15           MR. RAPP:  I said I don't think I'll be finished.          04:30:10

16           THE COURT:  Oh.  Okay.

17           Well, members of the jury, because we've always

18  promised you an end time of 4:30 and occasionally we've gone to

19  4:45, apparently the Government still has a continuation of its

20  summation argument to you.  And in that instance, while we're       04:30:32

21  at the juncture that they are in the middle or possibly toward

22  the end of their summation, I think giving them an appropriate

23  time to finish and to have you continue to be attentive, we

24  will reconvene and have the Government continue its summation

25  tomorrow.                                                            04:31:01

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1    Now, I know my courtroom deputy has queried you about    04:31:01

2    a start at 8:45 and that is because the Court has to conclude

3    at noon tomorrow.  And so with that understanding, if you can

4    be ready and prepared to come in for the Government to continue

5    the summation, that's how we will proceed promptly at 8:45.    04:31:24

6        Now, again, it's critically important, as I have

7    instructed you thoroughly and almost daily, I think daily,

8    multiple times a day, there is still a lot of people to hear

9    from.  We have the Government summation, each defendant's

10   counsel is going to speak with you and then if they wish to,    04:31:49

11   the Government will speak with you one last time.

12       So it's critically important at this juncture not to

13   come to any conclusions, not to continue to avoid any sort of

14   conversations internally amongst yourselves or externally

15   outside of this courtroom, not to read any publications, to    04:32:09

16   turn away, to turn off the television if something should

17   happen and report the information to me should that occur.

18       And with that, I will see all here at 8:45 sharply.

19       Please all rise for the jury.

20       (Jury departs at 4:32.)    04:32:28

21       THE COURT:  All right.  Again, there are very many of

22   you in the seating area.  Please remain for a few moments so

23   that the jurors can leave uninterrupted.

24       And counsel, as you've just heard, we are going to

25   begin promptly at 8:45 and so after Mr. Rapp, then Mr. Cambria,    04:33:03

United States District Court

2:18-cr-00422-DJH, October 26, 2023 P.M.

1    but as I mentioned, I will end tomorrow at noon.                    04:33:10

2              All right.  We will stand in recess.

3              (Whereupon, these proceedings recessed at 4:33 p.m..)

4                        *  *  *  *  *

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

United States District Court

```
 1                    C E R T I F I C A T E                        04:33:19

 2

 3         I, ELAINE M. CROPPER, do hereby certify that I am

 4   duly appointed and qualified to act as Official Court Reporter

 5   for the United States District Court for the District of       04:33:19

 6   Arizona.

 7

 8         I FURTHER CERTIFY that the foregoing pages constitute

 9   a full, true, and accurate transcript of all of that portion of

10   the proceedings contained herein, had in the above-entitled    04:33:19

11   cause on the date specified therein, and that said transcript

12   was prepared under my direction and control, and to the best of

13   my ability.

14

15         DATED at Phoenix, Arizona, this 28th day of October,     04:33:19

16   2023.

17

18

19

20                            s/Elaine M. Cropper                    04:33:19

21                            _____

22                            Elaine M. Cropper, RDR, CRR, CCP

23

24

25                                                                   04:33:19
```

United States District Court