# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-18-422-PHX-DJH |
| Plaintiff, | |
| v. | **PROTECTIVE ORDER** |
| Michael Lacey, et al, | |
| Defendants. | |

Based on the United States' Motion for Protective Order, and pursuant to the authority afforded this Court under Federal Rule of Criminal Procedure 16(d)(1), and for good cause shown,

**IT IS HEREBY ORDERED** that the United States' Motion for Protective Order is GRANTED pursuant to the terms of this Protective Order.

**IT IS HEREBY ORDERED** that Defense counsel shall securely maintain in their custody any and all "identifying information" including victims' names, social security numbers, addresses, telephone numbers, and images of individuals contained in the discovery and designated exhibits in this matter, namely advertisements that were posted on Backpage, including but not limited to the trial exhibits listed in the United States' Attachment A to the instant Motion.

**IT IS FURTHER ORDERED** that reproduction and dissemination of such "identifying information" and images shall be limited to defense counsel and defense experts, as necessary, for purposes of this matter, with any such reproduced copies being returned to defense counsel at the conclusion of the case.

**IT IS FURTHER ORDERED** that the defendants shall not possess the aforementioned "identifying information" and images outside of defense counsel's presence, and shall not maintain any such images in his or her custody.

**IT IS FURTHER ORDERED** that the "identifying information" and images of the individuals depicted in the ads and exhibits are for use only in this case by counsel and the defendant, and may not be disseminated or used for any other purpose; and

**IT IS FURTHER ORDERED** that all "identifying information" and images of the individuals depicted in the ads and exhibits shall be returned to the United States or destroyed at the conclusion of this case. If defense counsel chooses to destroy rather than return, each counsel shall provide a sworn statement to the United States stating the date on which the documents were destroyed and the Bates numbers and/or Exhibit numbers of the documents destroyed.

This Order shall be presented to any individual to whom, under the terms of this Order, defense counsel discloses images covered by this Order. By accepting the covered images, such persons agree to submit to the jurisdiction of the United States District Court for the District of Arizona for the sole purpose of enforcing the terms of this Order.

Dated this _____ day of _____, 2023.

_____
Honorable Diane J. Humetewa
United States District Judge