2:18-cr-00422-DJH, October 31, 2023 A.M.

1              **UNITED STATES DISTRICT COURT**

2              **FOR THE DISTRICT OF ARIZONA**

3                    _____

4

**United States of America**,          )
5                                       )
                           Plaintiff,   )
6       vs.                             )
                                        )   2:18-cr-00422-DJH
7       **Michael Lacey, et al.**,      )
                                        )
8                           Defendants. )
                                        )   October 31, 2023
9       _____)   8:43 a.m.

10

11

12          **BEFORE:  THE HONORABLE DIANE J. HUMETEWA, JUDGE**

13          <u>**REPORTER'S TRANSCRIPT OF PROCEEDINGS**</u>

14              JURY TRIAL - DAY 27 A.M.

15

16

17

18

19

20

21      Official Court Reporter:
        **Elaine Cropper, RDR, CRR, CCP**
22      Sandra Day O'Connor U.S. Courthouse, Suite 312
        401 West Washington Street, SPC 35
23      Phoenix, Arizona  85003-2151
        elaine_cropper@azd.uscourts.gov
24
        Proceedings Reported by Stenographic Court Reporter
25      Transcript Prepared by Computer-Aided Transcription

                    United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

## MISCELLANEOUS NOTATIONS

| Item | Page |
|------|------|
| Proceedings outside the presence of the jury | 5 |
| Juror 4 dismissed | 14 |
| Defendant Spear's closing argument | 15 |
| Defendant Brunst's clsoing argument | 44 |

## RECESSES

| | Page | Line |
|------|------|------|
| (Recess at 8:54; resumed at 9:05.) | 11 | 8 |
| (Recess at 9:07; resumed at 9:20.) | 12 | 15 |
| (Recess at 10:37; resumed at 11:01.) | 44 | 10 |

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1                    **A P P E A R A N C E S**

2

For the Government:
3              **KEVIN M. RAPP, ESQ.**
               **PETER S. KOZINETS, ESQ.**
4              **ANDREW C. STONE, ESQ.**
               **MARGARET WU PERLMETER, ESQ.**
5              U.S. Attorney's Office
               40 N, Central Ave., Ste. 1800
6              Phoenix, AZ  85004-4408
               kevin.rapp@usdoj.gov
7              peter.kozinets@usdoj.gov
               andrew.stone@usdoj.gov
8              margaret.perlmeter@usdoj.gov

9              **AUSTIN M. BERRY, ESQ.**
               U.S. Department of Justice
10             Child Exploitation and Obscenity Section
               1301 New York Ave., NW, 11th Fl.
11             Washington, D.C.  20005
               austin.berry2@usdoj.gov
12
For the Defendant Michael Lacey:
13             **PAUL J. CAMBRIA, JR., ESQ.**
               Lipsitz Green Scime Cambria, L.L.P.
14             42 Delaware Ave., Ste. 120
               Buffalo, NY  14202
15             pcambria@lglaw.com

16
For the Defendant Scott Spear:
17             **BRUCE S. FEDER, ESQ.**
               Feder Law Office, P.A.
18             2390 E. Camelback Road, Ste. 160
               Phoenix, AZ  85016
19             bf@federlawpa.com

20             **ERIC W. KESSLER, ESQ.**
               Kessler Law Office
21             9237 E. Via De Ventura, Ste. 230
               Scottsdale, AZ  85258
22             eric.kesslerlaw@gmail.com

23

24

25

                    United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1          **A P P E A R A N C E S** (Continued)

2

For the Defendant John Brunst:
3          **GOPI K. PANCHAPAKESAN, ESQ.**
           **GARY S. LINCENBERG, ESQ.**
4          Bird Marella Boxer Wolpert Nessim Drooks
Lincenberg & Rhow, P.C.
5          1875 Century Park E. Ste. 2300
           Los Angeles, CA  90067
6          gpanchapakesan@birdmarella.com
           glincenberg@birdmarella.com
7

For the Defendant Andrew Padilla:
8          **DAVID S. EISENBERG, ESQ.**
           David Eisenberg, P.C.
9          3550 N. Central Ave., Ste. 1155
           Phoenix, AZ  85012
10         david@deisenbergplc.com

11 For the Defendant Joye Vaught:
           **JOY MALBY BERTRAND, ESQ.**
12         Joy Bertrand, Esq., L.L.C.
           P.O. Box 2734
13         Scottsdale, AZ  85252-2734
           joy@joybertrandlaw.com

14

15

16

17

18

19

20

21

22

23

24

25

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

<u>**P R O C E E D I N G**</u>

1                                                                          12:00:59

2          (The defendants are present and out of custody.)

3          (Proceedings begin at 8:43.)

4          (With the jury not present, the following occurred in

5   open court.)                                                           08:43:16

6          THE COURT:  All right.  Please be seated.

7          MR. RAPP:  Judge, I just --

8          THE COURT:  Let me make sure we have all counsel, Mr.

9   Rapp.  I don't think we do.

10         All right.  Go ahead.                                           08:43:46

11         MR. RAPP:  This involves Exhibit 171.  This is an

12  exhibit that I believe was just a three-page document which was

13  a letter drafted by the president of NCMEC, John Ryan.  It was

14  admitted through John Shehan.  Unbeknownst the me, at least in

15  the presentation mode of my Trial Director, I only had this       08:44:04

16  three-page document.  That's what I felt was the entirety of

17  Exhibit 171.

18         In the hard copy there obviously is this other

19  document which is a memo from Don Bennett Moon to John Ryan and

20  some other NCMEC representatives.                                      08:44:24

21         When this letter was admitted, the defense, Ms.

22  Bertrand and then Mr. Cambria, objected to its admission.  The

23  Court allowed it under notice evidence.  In the balance of the

24  Government's case the defense never raised this other memo that

25  is part of 171.  And then in the defense case they never raised  08:44:52

2:18-cr-00422-DJH, October 31, 2023 A.M.

1    this.                                                              08:44:56

2         And so for first time they produced this memo from

3    Don Bennett Moon and attempted to use it in their closing

4    argument.

5         And so obviously the memo is hearsay.  In addition,          08:45:07

6    it includes a lot of the references to things like the CDA,

7    First Amendment, case law that the Court has precluded under

8    the previous orders.

9         Also when it was admitted, there was no request under

10   106 that the balance of the exhibit be admitted.                  08:45:32

11        So I didn't know that that was in there.  I don't

12   think the defense knew that that was in there until after the

13   close of both the Government and the defense case and so I made

14   a mistake on the record.  I should have just admitted the first

15   three pages of 171.  That's what I'd like to amend the record     08:45:55

16   to conform with, the way the evidence was admitted.

17        If the Court is not inclined to do that, I have other

18   ideas about what I can do -- what -- suggestions what should be

19   done in fairness with that exhibit.

20        THE COURT:  Who wishes to be heard from defense?             08:46:13

21        MR. FEDER:  I'll start.  Fairness, funny word.  All

22   trial, Judge, as the Court knows, we have been talking about

23   Rule 106.  We have been talking about the unfairness of

24   allowing some part, not whole part of information to be used

25   against us as notice allegedly, not for the truth.                08:46:52

United States District Court

1          Number one, this Court -- Mr. Rapp brought up the

2    exhibit, admitted it over our objection, true; used it in a way

3    that was adverse to us.  Then the Court required everyone to

4    certify the exhibits which the Government and the defense did.

5    Mr. Rapp referred to 171 in his closing argument and then Mr.

6    Cambria did, too.  And now minutes before I am supposed to

7    start my closing argument they want to withdraw it.  It's an

8    admitted exhibit.  It's in evidence.  It would be -- I can't

9    think of the word I would like to use -- I can think of the

10   word I would like to use but I'm not going to.  It would be

11   improper, unfair, inappropriate, and without precedent I think

12   to withdraw it at this point in time.

13          They put it in.  I intend to use it thoroughly in my

14   closing argument unless the Court prevents me from doing that.

15          So I think that's all there is to say about it.  They

16   made an -- they tried to use an inference that there was no

17   response to this letter and there was and it's in evidence and

18   we should be able to use it as Mr. Cambria was able to use it

19   in his initial closing and as the Government tried to use it in

20   its closing.

21          MR. LINCENBERG:  Your Honor, two quick additions.

22   First, it was always a part of Exhibit 171 in both the soft

23   copy that was sent to us as well as the hard copy and, second,

24   Mr. Rapp's argument really baited it.  He basically said NCMEC

25   sent this letter, asked for these suggestions, and said -- and

08:46:58

08:47:20

08:47:48

08:48:07

08:48:32

08:48:56

2:18-cr-00422-DJH, October 31, 2023 A.M.

1  that was sort of the last of it.  NCMEC gave it to them and          08:49:01

2  goodbye, as if there was no response.  And this letter shows

3  that there was a response.  It's relevant to that as well as

4  other issues that Mr. Cambria argued and we would also like to

5  reference it.                                                        08:49:15

6          THE COURT:  Anyone else?

7          All right.  Well, it is true that when the Government

8  moved for the admission, I looked at the transcript, I actually

9  asked to see the second page of the document, assuming it was

10  only two pages but it's actually a three-page NCMEC letter.         08:49:35

11          And so I myself assumed that it was only a

12  two-page -- actually a two-page letter and that's what I was

13  shown.  The objection to the mission was indeed related to 106

14  in relation to completeness.  But I will say that the

15  Government has had several years to perfect these exhibits and      08:50:14

16  this one got through.  It should have, at a minimum, been

17  redacted.  I don't think the Government believed it was

18  introducing the entirety of the memo but it's in.  I'm not

19  inclined to change the fact that this is in evidence at this

20  juncture.                                                           08:50:37

21          Mr. Cambria relied on it, the Government certified

22  these exhibits as being admitted in the form and fashion that

23  they reviewed, but I will say consistent with the Court's prior

24  order, while the document may go back to the jury, no counsel

25  may either highlight or refer to the matters that are               08:51:03

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1   predominantly contained in Section 3 which deal with the legal    08:51:07

2   issues related to the CDA, Section 230 or related to any prior

3   litigation.

4           This memorandum is replete with legal analysis and

5   reference to prior cases and so in any summation argument,    08:51:28

6   remove reference to the CDA, legal analysis regarding Section

7   230 or prior court decisions related to any of the *Dart*

8   litigation or any of the prior Washington state litigation,

9   anything having to do with that.

10          And I don't believe Mr. Cambria read any of that in.    08:51:58

11  And again, remember this is summation.  It's not necessarily a

12  time for lengthy reading of documents to the jury.  They will

13  have the exhibit.

14          And so that is my ruling.

15          All right.  And so we will have our jury in at nine.    08:52:15

16  If there's nothing more, then we will stand in adjournment

17  until then.

18          MR. FEDER:  Judge, one other thing.  Is the Court

19  going to allow me to publish this like the Government did a

20  number of their exhibits, like Mr. Cambria did a number of his    08:52:31

21  exhibits during closing?

22          THE COURT:  Well, what are you going to publish?

23          MR. FEDER:  I'm going to publish the letter and go

24  through some of it.

25          THE COURT:  Well, you are not going to do through any    08:52:42

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1    of the material predominantly in Section 3 which deals with the    08:52:44

2    legal analysis.  You're not going to mention the CDA.  You're

3    not going to mention or show any prior reference to litigation

4    or cases.  There's references to Tennessee cases, Washington

5    state cases.  You're not going to reference any of those    08:53:01

6    because I will not permit you to do so as previously ruled.

7    That is no surprise.

8            MR. FEDER:  I'm not -- I hope I'm not looking

9    surprised.  I'm not surprised.  I'm just saying my eyebrows

10   sometimes go off on their own.    08:53:19

11           THE COURT:  They are still affixed.

12           MR. FEDER:  But we don't have time, candidly, unless

13   the Court is going to give us time to try to put redactions on

14   this letter.  So if I bring -- I'm going to need to bring it

15   up.  There is a part where Mr. Moon is talking about, for    08:53:36

16   example, age verification procedures which I would certainly

17   want to talk about.

18           THE COURT:  Well, you're not going to talk about it

19   in reference to any sort of new statute or the legislature

20   bringing in new statutes or anything of that nature.    08:53:51

21           MR. FEDER:  He discusses it.  It's a pretty short --

22   as I recall, it's a pretty short paragraph.

23           THE COURT:  Well, I don't care how long or short it

24   is, Mr. Feder.  The rules have been set by the Court in terms

25   of admission of those types of evidence or testimony and so    08:54:07

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1   adhere to them and you won't run into any problems.  I don't          08:54:12
2   want to be in a situation, Mr. Feder, where I'm shutting off
3   your PowerPoint.  That's not going to look good in terms of
4   your presentation or before the jury.

5           So you better make a decision whether or not you're          08:54:27
6   going to put something forward or describe it.

7           All right.  We'll stand in adjournment.

8           (Recess at 8:54; resumed at 9:05.)

9           (Court was called to order by the courtroom deputy.)

10          THE COURT:  All right.  Please be seated.                     09:05:24

11          Before we bring in our jury, we are still waiting for
12  a juror who is about six to eight minutes out.  But I have been
13  informed that juror number four has, unfortunately, contracted
14  COVID.  And so that still gives you an additional two
15  alternates.  And so the decision is, number one, if you're          09:06:02
16  inclined not to release juror number four, who will be out for
17  the duration of the week, then we can certainly inquire as to
18  whether juror number four is well enough to again participate
19  by video for the summation arguments, of course understanding
20  if summation arguments conclude today and the jurors are handed     09:06:43
21  the case, that they won't be able to necessarily participate in
22  that way.

23          But in any event, the decision that you have then is
24  to -- whether or not you're inclined to release the juror.

25          So I'll give you a few moments to discuss that               09:07:04

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1  amongst yourselves.  We'll recheck in with our other juror who        09:07:06
2  is tardy and let you know when they come in.  When I come back
3  then, you will let me know what your decision is with juror
4  number four.

5          MR. FEDER:  Judge, can I inquire whether or not the          09:07:17
6  other jurors have been informed that one of their fellow jurors
7  is exposed?

8          THE COURT:  They have been informed.

9          MR. FEDER:  And four is in the back?

10         THE COURT:  Four is seated in the back row, yes.            09:07:32

11         MR. FEDER:  Okay.  Thanks.

12         THE COURT:  All right.  We'll be in recess for a few

13  minutes.

14         COURTROOM DEPUTY:  All rise.

15         (Recess at 9:07; resumed at 9:20.)                         09:07:40

16         (Court was called to order by the courtroom deputy.)

17         THE COURT:  All right.  Please be seated.  And it

18  appears that Mr. Feder made an inquiry as to whether or not

19  juror number four would have the capacity to appear remotely or

20  what his health status was, if it would prevent him from doing     09:21:08

21  so.

22          Juror number four has the capacity to appear by Zoom

23  but confessed to being very foggy, very much under the weather

24  and so how do you wish to proceed?  Let me inquire first of the

25  Government.                                                        09:21:35

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1          MR. RAPP:  We have no objection to him being excused.  09:21:36

2          MR. FEDER:  I'm sorry.  I didn't hear what the

3    Government said.

4          THE COURT:  They have no objection to having juror

5    number four be excused.                                    09:21:46

6          MR. FEDER:  We would like him to participate and then

7    we can deal with things later.

8          THE COURT:  Well, I'll remind you early on when we

9    did have the similar situation, defense objected to a remote

10   appearance and, again, here we have to assume that the juror is  09:22:09

11   medicated, professes to feeling foggy and then the second issue

12   then becomes how does the juror deliberate.

13         And so I think there are multiple layers and, again,

14   we do have the two additional alternates.

15         MR. FEDER:  I understand what the Court is saying.    09:22:50

16   Our preference is that he at least listen to the closings and

17   then we can handle what the Court just said at a later time.

18         THE COURT:  Well, I, frankly, don't think that it is

19   fair to require the juror to participate in the state of being

20   ill.  Obviously early in the trial we had to delay a week for  09:23:23

21   one of the defendant's because they had COVID and they were not

22   in a position to appear remotely.

23         This gentleman, obviously, is in quarantine.  I don't

24   believe it is appropriate to require a juror to participate in

25   that state.  And so I am going to release the juror from    09:23:57

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1    further service.  We have two alternates.  We will continue on          09:24:07

2    with those additional alternates.

3            And now I will say that should this happen again, if

4    there's going to be another juror who is ill or comes down with

5    COVID, we will necessarily have to delay the proceedings but          09:24:26

6    because we don't -- I don't think we have the ability to lose

7    more than the two alternates.  So that is how we will proceed.

8            MR. FEDER:  If the Court would note our objection.

9            THE COURT:  I'm sorry?

10           MR. FEDER:  The Court would note our objection but           09:24:46

11   thank you.

12           THE COURT:  Yes.  It is duly noted.

13           All right.  So all of our jurors are present and so

14   we will bring in the jury.

15           All rise for the jury.                                        09:25:51

16           (Jury enters at 9:25.)

17           THE COURT:  All right.  Please be seated.  Welcome

18   back, members of the jury, and I appreciate the patience as we

19   addressed the issue of juror number four who, unfortunately,

20   has taken ill.  But we will forge ahead.                              09:26:43

21           And so as you will recall, we have heard from one

22   defense counsel, Mr. Cambria, and we will continue on with

23   summation arguments.

24           Mr. Feder, are you prepared?

25           MR. FEDER:  I am, thank you.                                  09:26:59

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1          THE COURT:  You may moved forward.                    09:27:00

2          MR. FEDER:  Do re mi.  Can everybody hear me?

3          THE COURT:  We'll turn you up just a little bit.

4    Perhaps move that lapel mic up.

5          MR. FEDER:  Do re mi?  Yes.                           09:27:15

6          May it please the Court, counsel, ladies and

7    gentlemen, we haven't talked in about two months.  Please

8    forgive me if I take you back to that time.  When we last

9    talked, I discussed with you the fictional detective Sherlock

10   Holmes and said that the police dog nose is long and straight  09:27:49

11   but it points in only one direction.

12         We also talked about when you are a plaintiff, which

13   is what the prosecutor is in this case, that you are supposed

14   to or should present all of the evidence because your burden is

15   so high that you should trust in the jury to -- that the        09:28:07

16   strength of your case is so high that you can put everything

17   out on the table.  That has not happened here and there is

18   maybe a more apt description of what's happened in this trial.

19         Hopefully all of you have seen a movie called the

20   Wizard of Oz.  One of the great movies.  If you have, there's a  09:28:33

21   scene at the end of the movie where Dorothy, Judy Garland, has

22   returned from liquefying the wicked witch.  She and her friends

23   are in the chamber where the Wizard of Oz is.  The Wizard of Oz

24   is up on the screen with smoke and light and noise and then

25   Dorothy's dog Toto is -- a little curtain room over to the side  09:29:04

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1    and goes over and pulls the curtain open and there is the          09:29:09

2    little real wizard moving his levers to try to convince Dorothy

3    and her friends that they need to do more.

4           That's what's happened in this case.  All of the

5    evidence has not been presented.  Much of the evidence that has   09:29:32

6    been presented has been intended to misdirect your attention

7    from what is really important, what are the really two issues

8    in this case.  First, are the 50 ads that define the conspiracy

9    charge and the 50 substantive charges themselves on their face

10   prostitution ads?                                                 09:30:00

11          Second, is there any evidence whatsoever that

12   Mr. Spear, my client, and the others, ever saw any of these ads

13   much less had the intention to commit a crime with them?

14          By now I think you know the answer to both of those

15   questions is the Government has not proven that in any way.       09:30:24

16   There has been no evidence of that, notwithstanding they had

17   two witnesses, Mr. Ferrer, and Mr. Hyer, who could have said

18   that, because they were willing to say most anything that the

19   Government wanted them to say but they didn't.  Scott Spear is

20   not only not guilty, he is innocent because there has been no     09:30:52

21   crime committed.  These ads are not on their face anywhere

22   close to being prostitution ads.  You've heard the witnesses

23   tell you that.

24          Before we get into that, let's talk about what the

25   standards are, the rules that the judge has read to you and       09:31:14

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1   that you will use to try to deliberate on this case.                09:31:17

2           Can everybody see this?  You heard from a number of

3   police officers who said the three that the Government brought

4   and the one that we brought talk about a concept called

5   probable cause.  In the United States a citizen cannot be          09:32:27

6   arrested unless the police officer believes he or she has

7   something called probable cause.  It was defined for you but it

8   is the lowest burden of proof in the criminal justice system.

9           After probable cause, the next standard of proof in

10  our justice system is the preponderance of the evidence.  That     09:32:52

11  is where red car hits green car, the green car driver is

12  injured, he wants compensation so there is litigation over

13  that.  The plaintiff, the green car, has to prove that the

14  other car is liable to him by a preponderance of the evidence

15  frequently defined as greater than 50 percent.                     09:33:15

16          Next something called clear and convincing evidence.

17  That is a more serious civil -- not criminal, civil case where

18  the standard is even higher than preponderance.  I don't know

19  that it's ever been defined.  Many people think it's 75, 80,

20  85, even 90 percent.                                               09:33:38

21          Finally in the criminal justice system, Government

22  must prove guilt beyond a reasonable doubt.  Let me try to give

23  you at least the guide to presumption of innocence and

24  reasonable doubt.

25          Scott Spear and every person over here is presumed,        09:34:12

2:18-cr-00422-DJH, October 31, 2023 A.M.

1   assumed, to be innocent.  Think about the person that you trust      09:34:16

2   and love the most in your life, could be your mother, your

3   father, your spouse, brother, sister, whoever.  And think about

4   if that person was accused by these people of committing a

5   crime.  Now, you've known that person your whole life.  You       09:34:40

6   trust them implicitly.  You never would think that they would

7   do anything wrong.

8         The presumption of innocence means how much evidence

9   you would have to have just to get to zero on whether or not

10  they have done something wrong.                                    09:34:59

11        Taking that same person, let's say that they become

12  ill and you take them to the hospital and out comes Dr. Ferrer

13  and Dr. Hyer and some of the other witnesses that the

14  prosecutors have put up on that stand and they tell you that

15  their diagnosis is cancer and that they need to take them into    09:35:30

16  surgery right now, cut off their arms and legs or some of their

17  organs in order to save them.

18        Now you know all of the things that you now know

19  about Mr. Ferrer and Mr. Hyer, that they are singing for their

20  supper.  They need to impress these people in order to try to     09:35:54

21  avoid prison.  You know that Mr. Ferrer couldn't answer a

22  yes-or-no question because he was so geared up by what he was

23  supposed to say that he tried to tell you anything and anything

24  that he could do to harm these people (indicating) in order to

25  impress these people (Indicating).                                09:36:13

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1    You know a lot of the things that they did and the

2 question four, what is reasonable doubt?  The instruction is in

3 a matter important to your life whether or not you would

4 hesitate to act.  Hesitate to act means that with logic,

5 reason, common sense, experience, what standard would you use

6 in the most important events in your life?  Liberty, medical

7 emergency and the question then for you is, would you listen to

8 Mr. Ferrer and Mr. Hyer and approve a surgery or would you get

9 a second opinion?  If you would get a second opinion, that is

10 reasonable doubt and there is substantial overwhelming

11 reasonable doubt in this case on a number of issues.

12    Would you even a buy house from Mr. Ferrer and Mr.

13 Hyer knowing what you know about them?  If they told you there

14 was no defects in that house, would you buy the house from

15 them?  And that is just a financial decision, not a life and

16 death decision.  Would you even buy a car from those people?

17 That's your goal.  That's your issue.

18    Mr. Rapp told you in his closing that this is a

19 simple case.  For once I think we agree.  It is a simple case

20 except it's simple in a different way.  He talked to you about

21 the opinions of religious leaders and politicians who are in

22 office about what they didn't like about Backpage.  What he

23 didn't talk to you about, what he didn't lay out on the table

24 is whether or not there is any evidence that the ads on their

25 face are an illegal prostitution ad, number one; and number

09:36:17

09:36:35

09:37:01

09:37:23

09:37:51

09:38:15

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1    two, did any of these folks ever see those ads --                    09:38:22

2              MR. RAPP:  Objection.  Misstates the law.

3              THE COURT:  Overruled.  And, again, as I did last

4    week, members of the jury, what the lawyers say in their

5    closing summation arguments is not evidence and your memory         09:38:38

6    will control of what the evidence and testimony is.

7              And so let's continue on, Mr. Feder.

8              MR. FEDER:  Thank you.

9              Can everyone see that?

10             So what has been the evidence on these two particular      09:39:47

11   issues.  Officers Fritze, Griffen, Murry, and Snyder.  What did

12   they testify to under oath?  And three of those were hostile to

13   Backpage.  But what did they all tell you?  That they did not

14   have probable cause to make an arrest on the face of any ad,

15   any ad; and a couple of them saw what we believe is the worst       09:40:19

16   ad of the 50 and that is a woman named Anya Beck but I'm sure

17   you remember her but I'll talk about her in a moment.

18             Cannot tell.  Why?  Because the ad, as one of those

19   gentlemen said, is only the first step.  They then have to make

20   the call to the person that is posting.  Then they have to go       09:40:49

21   out and meet the person to see if a solicitation for a

22   prostitution act is made.  Then and only then is there even

23   probable cause to arrest.

24             What the prosecution is asking you to do, make a

25   decision on these 50 ads of the conspiracy that those are          09:41:11

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1   prostitution ads on their face beyond a reasonable doubt with      09:41:15

2   no evidence with these four witnesses telling you what they

3   said.

4            What about the posters?  Well, they brought in Anya

5   Beck and several other people who admitted that they had          09:41:33

6   committed acts of prostitution.  Curiously, Ms. Beck did have

7   to admit, though, that on a couple of occasions people

8   responded to her ad and came out and they didn't want to have

9   sex.  They wanted to go for a walk and have a talk and gave her

10  a massage.  Obviously not always prostitution.                    09:41:54

11           What did some of the officers tell you?  Mr. Snyder,

12  same thing, that frequently or on occasion, people will come to

13  their undercover situations and they don't want sex.  They

14  don't want sex for money.  They want something different, so

15  they turn them away.                                              09:42:20

16           What about Dr. Mehlman-Orozco?  She told you under

17  oath that, one, she is an expert, she's a Ph.D., master's, et

18  cetera, et cetera, on this very exact subject that you are here

19  to decide, that you cannot tell from an ad because of all of

20  the other things that could be going on with that ad.  Unless    09:42:47

21  it is explicitly on its face sex-for-money, you can't tell and

22  sometimes even then you can't tell.

23           What about -- I'm using the term abolitionists

24  because there was a witness called Brad Myles from Polaris and

25  Polaris is a religious organization.  The Auburn Theological     09:43:21

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1   Association is a religious organization.  They wanted Backpage     09:43:27

2   to close because they thought their ads were prostitution

3   oriented.  Did any of those people testify to you?  The guy

4   from NCMEC, the guy from Polaris, the Auburn Society, anybody

5   tell you that they had ever talked to a poster, somebody who     09:43:44

6   placed an ad on Backpage and paid them five bucks to put it

7   there?  Did they ever say that they ever talked to anybody ever

8   to try to follow up and get the information that they would

9   need to make a valid decision?  No.

10        Let me talk to you about the abolitionists because          09:44:07

11  it's a really interesting issue.  Mr. Myles was kind enough to

12  say we, the religious organizations, the NCMECs, the Attorney

13  General's Association, we are abolitionists.  If there are bad

14  ads on Backpage, we want to abolish the site.  We're not

15  willing to messaged.  We're not willing to have them improve     09:44:30

16  unless they can have a zero percent mistake and they are gone.

17  We want them gone.  We want them out of our society versus, he

18  said, the people who are regulators who know that anything made

19  by humans is not perfect, never going to be perfect, but that

20  they can improve and improve until they are the very best that    09:44:57

21  they can be in trying to keep things off the media, out of

22  newspapers, out of websites that are inappropriate.  That's

23  what the Backpage people were.

24        Did any poster tell you that -- they can only testify

25  to their own experience and you know what that is.  I'm not       09:45:23

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1    going to bore you with going back through their testimony.  And    09:45:26

2    then there's Mr. Ferrer and Mr. Hyer.  Was there any testimony

3    that they ever had any contact with a poster, an advertiser?

4    The people that were paying them five bucks or ten bucks?  No.

5    But they came in and testified under oath that all of these ads    09:45:56

6    were prostitution.  Wonder why they would say something like

7    that.  Why would they say something like that?

8         Mr. Ferrer and Mr. Hyer worked for Backpage from 2004

9    until 2018.  Mr. Hyer and Mr. Ferrer, throughout that period of

10   time and even for the newspapers they worked for before that    09:46:26

11   time, did what?  They attended meetings.  They testified under

12   oath for prosecutors like this in other federal criminal cases.

13   They signed affidavits that you heard where they said this site

14   is clean.  We are doing the best we can.  We are doing things

15   that we are legally operating this site.  The ads are okay.  We    09:46:56

16   make mistakes but that's human.  But they never talked to any

17   of the posters, the advertisers.

18        The police officers of course saw many posters

19   because they went out and did their investigations and met with

20   them and talked to them and sometimes arrested them.    09:47:34

21        Dr. Mehlman-Orozco, she testified under oath that she

22   met with hundreds, thousands of people in her studies for her

23   books in order to come to her conclusions that you cannot tell

24   from the face of the ad that it is an ad for prostitution.

25   Even Anya Beck whose ad had "$80 for head" on it.    09:47:57

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1      What is something else that we learned about          09:48:03

2  Dr. Mehlman-Orozco?  That the prosecutors didn't bring in an

3  expert to try to counter her and not only would that expert

4  have to counter her, under the reasonable doubt standard, they

5  would have to overwhelm them.                                09:48:18

6      If there's one thing you know about the federal

7  government, they have all of the resources and all of the

8  power, more power and more resources than most any other entity

9  in this country.  Do you think for any minute that if they

10 could find an expert that could counter Dr. Mehlman-Orozco that  09:48:38

11 they would have had him or her or ten of them testifying to

12 you?

13     Mr. Rapp talked about inferences.  Let me give you a

14 real inference.  The inferences, they could not find an expert

15 that would testify on their behalf because they refused because  09:48:57

16 what they are trying to sell to you is not valid.

17     And so because it's not valid, they have to try to

18 distract you, like the Wizard of Oz, to other things that

19 really don't equate to what the questions are before you.

20     Mr. Hyer never said, "I saw those 50 ads."  No.        09:49:35

21 Mr. Ferrer, did he say, "I saw those 50 ads"?  Nope.  And as

22 you will see, those 50 ads and the alleged conspiracy that are

23 in the instructions that you have been given, they didn't start

24 until 2013.  There are some ads that are 2013, 2014 and then in

25 2015 where the rest of them are up to 2018.  And what happens   09:50:01

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1    in 2015, ladies and gentlemen?  What is significant about that    09:50:06

2    year.  These folks sell Backpage to Mr. Ferrer.

3          How can these folks look you in the eye and tell you

4    that any of these people ever saw those ads after the sale of

5    Backpage to Ferrer or, more appropriately, is there any    09:50:27

6    evidence that they ever did that?  None, zero.

7          If you find that the 50 ads have not been proven

8    beyond a reasonable doubt on their face to be an ad for an

9    illegal transaction of prostitution, that's the end of your

10   deliberations.  Same for the conspiracy charge.  Same for the    09:51:31

11   money laundering because the money laundering charges follow

12   the alleged illegal proceeds from the 50 ads and the

13   conspiracy.

14         Let's talk about some of the other things that came

15   up in this trial.  Moderation.  Backpage, like many other    09:51:49

16   sites, wasn't just going to let any old ad go on their site so

17   they decided that they were going to start to impose their

18   terms of use and their posting rules trying to prevent improper

19   suggestive ads from going on their site.

20         If you recall, Backpage began as a hoped-for    09:52:44

21   competitor to Craigslist so they pretty much followed what

22   Craigslist was doing.  And when these folks began, none of them

23   had any experience in operating a website.  That's why

24   Mr. Ferrer was put in charge of it.  But they started

25   moderating those ads first by having a few human moderators    09:53:12

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

 1   looking at the terms and the ads and either deleting those ads          09:53:16

 2   or getting rid of words in them so that they didn't even

 3   suggest a sex act.

 4           Then as Backpage grew and the amount of ads grew, he

 5   hired more and more moderators and more and more moderators           09:53:35

 6   until they had 100, 200 people until most of the people of

 7   Backpage were moderators.  Even that wasn't good enough for

 8   them, wasn't satisfactory.  So they collaborated with a company

 9   called Desert Net, which is a company down in Tucson, which is

10   like a computer company, and they created some screens, some          09:54:02

11   filters so that all of the ads that were coming into Backpage

12   would go through this automatic filter.  And as you saw, the

13   type of words and phrases and acronyms that they allowed on

14   that grew from a few to hundreds.  Probably in the thousands as

15   they tried to clean their site up more and more and more.  The        09:54:28

16   list of words, acronyms and terms grew more and more and more

17   and the automatic filter would say the ad goes through and

18   takes out "hole" so that you're left with the ad "put it in the

19   blank $100."

20           I asked one of the police officers that the                    09:55:06

21   Government brought in whether or not that was a prostitution ad

22   and he said yes.  Just in case, if you want to know if there

23   was any bias among the police officers and the other witnesses

24   that the prosecutors brought to testify remember, in my opening

25   this was just an example I pulled out of the air for a                 09:55:24

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1    billiards parlor having a tournament.  Put it in the hole for        09:55:28
2    $100.  A one night stand for $100.  That's a furniture company
3    in Phoenix.  You've probably seen their billboards.

4            Prostitution ads or just suggestive ads like we have
5    throughout our society.  Sex is actually okay as long as it's        09:55:47
6    not illegal, at least as to everybody else other than these
7    folks.

8            Scott Spear was put in kind of an unfortunate
9    position.  As you heard, he worked at *New Times* for 20 plus
10   years and did a lot of work for them flying all over the             09:56:28
11   country to their various papers doing their real estate
12   contracts, et cetera, et cetera.  Then when Backpage came into
13   being, he was asked to be the supervisor of Mr. Ferrer, which
14   he did to the best of his ability, and the best of his ability
15   was he was the person who wanted stricter and stricter             09:56:49
16   standards, not only to try to keep sex-for-money ads, to try to
17   keep suggestive ads off, but also to oppose their taste
18   standards.  Ferrer and Hyer even admitted to it, that they had
19   taste standards that were *Playboy* versus *Hustler*.

20           Now, looking at some of these ads, that may not be         09:57:11
21   how you see it but that's what they tried to do.

22           Could you bring up 6212?  Starting in 2005, this is
23   Mr. Spear telling Mr. Ferrer clean the site up.  I don't want
24   it the way it is and Mr. Ferrer saying, as he would ordinarily
25   say, oh, it's already clean.  Whether or not that was truthful       09:57:55

United States District Court

1   we don't know, but it goes to Mr. Spear's intention that that's          09:58:02

2   what he wanted to do with this site to the best of his ability,

3   as ignorant as he was about this kind of stuff, is to make the

4   site look like it's supposed to look and try to keep off as

5   best as he could ads for sex that were improper or that they          09:58:21

6   didn't like the look of.

7           Could you bring up 551?  These are in evidence,

8   ladies and gentlemen.  Same thing.  Spear, hey, clean up the

9   site.  Let's make posting rules.  Let's make terms of use.

10  Let's make sure that the advertisers at least have to go          09:59:02

11  through some gauntlet of some type in order to get on the site.

12  They have to avow that they are over 18.  They have to say that

13  they are not going to put illegal stuff on it.  Since they --

14  "they" meaning the Backpage people -- they don't have any

15  contact with these posters, this is all on the Internet.          09:59:21

16  That's how it was then and for you who are on the Internet

17  today, that's how it is today.  You have to go through some

18  rules and check the box that says I'm going to use your site

19  appropriately.

20          Please put up 1841.  Mr. Spear had a lot of jobs but          09:59:40

21  he was looking with the time that he had to make sure that

22  things were going the way they were supposed to go.  So down at

23  the bottom, he's saying these things don't even pass muster.

24  They need to be cleaned up daily, every day.  Is that proof

25  that he's intending to commit a crime or intending to try to          10:00:24

2:18-cr-00422-DJH, October 31, 2023 A.M.

1    keep the site as legal and clean as possible?                10:00:31

2              Please bring up 574.  All right.  How about 574a?

3    No?  Okay.

4              How about 49?  Here is Scott Spear, according to the

5    Government, intending to commit the crime they are alleging   10:01:22

6    against him, pushing me hard to get the site as clean as

7    possible in the next seven days.  Now, maybe they were trying

8    to make the site look good so that they could fool other people

9    as Mr. Ferrer suggests.

10             But these are regulators, not abolitionists and they  10:01:48

11   are doing what they believe they are supposed to do legally is

12   to not put overtly, directly, sex-for-money ads on their site

13   and that's what they were doing.  That's what they did in good

14   faith every day to try to operate a legal site.

15             Please put up 918.  Here's some improvements that    10:02:21

16   Mr. Ferrer is suggesting.  Did Mr. Spear go, no, no, we don't

17   want to do that.  We want to have more advertisers so let's

18   have our standards be looser.  We don't want any more

19   advertisers.  No.  Approve.  Go get em.  If he was asked for

20   finances to get more moderators, more things that would keep   10:02:55

21   the site clean, that's what he did.  At the same time he has an

22   obligation as a person trying to operate a successful business

23   to grow the site.  That's what most businesses do, they try to

24   stay within the law but they also want to grow because in the

25   United States, companies, at least for-profit companies, they  10:03:15

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1    are supposed to make a profit.  There's absolutely nothing          10:03:19

2    wrong with that.  Maybe the Government is saying that's

3    inappropriate.  That's the American dream.  That's what

4    companies do in this country is they try to make money but they

5    try to stay legal.                                                  10:03:37

6          Put up 1928, please.  You all may remember Hemu

7    Nigam, the person that Backpage hired, the former prosecutor,

8    the person that was on the NCMEC board, the person who consults

9    with website companies to try to help them clean their sites up

10   or make it legal, make it appropriate.                             10:04:17

11         So Mr. Nigam and Mr. Spear, look in the middle there,

12   what are they doing?  Are they trying to make the site more

13   illegal or less illegal to get inappropriate terms off or keep

14   them on so that they can attract more advertisers?  Well, terms

15   strip out or ban per Scott and Hemu and me begrudgingly, "me"      10:04:40

16   meaning Mr. Ferrer, the guy who is trying to turn around what

17   he was and point the finger at everybody else like they were

18   doing what he was doing.

19         Please bring up 2004.  Same thing.  These are not

20   easy distinctions to make.  Many of you may not like any          10:05:24

21   discussion of sex and sex terms.

22         MR. RAPP:  Judge, I'm going to object.  I don't have

23   that exhibit in evidence.

24         THE COURT:  It's not in evidence.

25         MR. FEDER:  No.  Sorry.  My mistake.                        10:05:45

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1          How about Exhibit 6063?  Do you remember this one?      10:05:53
2     This is from Andrew Padilla to Carl Ferrer.  Look up at the
3     top:  I love waking up to the Executive Vice President of
4     Village Voice Media telling me I suck.  The Executive Vice
5     President is Scott Spear.                                      10:06:20

6          Down at the bottom he is telling him that they had
7     some ads appear that he came upon and said:  What the heck is
8     going on?  How did this get through moderation?  What are you
9     doing, work harder, do better.  Is that somebody who is
10    intending to commit a crime?  Is there any evidence of that?  10:06:43
11    No.

12         How about Exhibit 93?  I'm not sure why I brought
13    this up other than to say the moderators are human and they
14    make mistakes, that's on page two where they are talking to
15    Mr. Ferrer, an unhappy advertiser that they have moderated her  10:07:22
16    ads go strictly and she's not happy.  If they were really
17    trying to get everybody on their site, why not let anything go?
18    Why do any moderation?  Why not say, "Sorry, we'll put your ad
19    up"?

20         You heard evidence about the Attorney General's         10:07:58
21    organization and Polaris and other people that were suggesting,
22    hey, you only get rid of The Erotic Review.  You ought to get
23    red of GFE.  You ought to do this, you ought to do that.  We
24    think that's what you ought to do and if you don't do it, they
25    think you ought to chose your site.  They did some of that.   10:08:19

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1    They didn't do all of it because those people have no control          10:08:25

2    over them and they are abolitionists at heart, not regulators

3    because that's their interest, but they did, they tried to

4    moderate.  They tried to accommodate people that were

5    criticizing them like good businesses do.  If you're not doing         10:08:43

6    things the way other people think -- I mean everybody is

7    subject to what other folks think about them.  So they did.

8             Bring up 93, please, page two.  Same one, sorry.

9             625.  Page two, please.

10            MR. RAPP:  I'm going to object, Your Honor.  We do             10:09:29

11   not have this exhibit in evidence.

12            THE COURT:  It's not in evidence.

13            MR. FEDER:  Well, before we bring up, how about 1657?

14            COURTROOM DEPUTY:  What number?

15            MR. FEDER:  1657.                                             10:09:52

16            MR. RAPP:  I object to this as well.  We do not have

17   it moved in evidence.

18            THE COURT:  It is not in.

19            MR. FEDER:  How about 647?

20            MR. RAPP:  That is in.                                        10:10:01

21            MR. FEDER:  We have a winner.  Is there any way of --

22            Can you guys see this on your screens?  Thanks.

23            The end of TER or at least the beginning of the end.

24   This was at the suggestion of some of the folks that -- some of

25   the organizations that you've heard about.  Did they have to do       10:10:44

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1  this?  No, but they did because they wanted to accommodate          10:10:47

2  other opinions.

3          Later in 2011 you heard testimony that John Moon,

4  lawyer board member, came into a lot more active role on

5  Backpage and then on February of 2012 another lawyer named Liz     10:11:27

6  McDougall was hired full time to take over moderation and the

7  other aspects of the ads on Backpage relieving Mr. Spear of the

8  duties that went with that.

9          What else happened in 2012 that further reduced

10 Mr. Spear's responsibilities?  Well, *New Times* was sold.  The    10:11:55

11 three owners over here sold the *New Times* newspapers, 15, 17,

12 however many there were, to some of the editors.  So

13 Mr. Spear's duties went from way up to way down.  He didn't

14 have any more papers to deal with.  He didn't have moderation

15 to deal with.  So his duties went to being a budget person,        10:12:19

16 dealing with the real estate that was still involved, and

17 things hike that.  And with the exception of a few things, the

18 few exhibits that you will see, pretty much his role was done

19 in 2012.

20         The significance of that is the ads that are in play       10:12:43

21 here, the ones that you are going to make a decision on, and

22 the conspiracy, according to the instructions, begins March 28

23 of 2013.  That's the pivotal date, at least one of them.

24         Moderation was a process that had the three tiers.

25 We've already talked about them but they did the best that they    10:13:16

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1  could and then when Liz McDougall came, she took it over and    10:13:19

2  while she changed it, it was a lot less:  "I think this word

3  can be in, this word can be out."  It kept on and she was the

4  one that was responsible from that point on until 2015 where

5  although she stayed there, then Backpage became the business of   10:13:44

6  Mr. Ferrer.

7           Let's talk about a couple of the other things that

8  the prosecutors put before you seemingly to distract you and

9  here's why.

10          First of all, there's The Erotic Review.  You heard a    10:14:16

11  lots about The Erotic Review.  But what was the status of The

12  Erotic Review at least as it pertains to ads on Backpage at or

13  before March 28, 2013?  It was gone, by and large.  You just

14  saw the email that did that.

15          Was TER a secret as these folks tried to push on you?    10:14:51

16  Nobody knew about their secret marketing strategy that Ferrer

17  and Hyer talked about.  Do you remember when they kept asking

18  these witnesses that would have no idea what they were talking

19  about.  "Hey, did you know about The Erotic Review?  Did you

20  know about their secret marketing strategy?  Did you know that   10:15:12

21  they aggregated?  Did you know that they had super posters?"

22  As if those people had any clue what they were asking.  They

23  didn't but they wanted to re-emphasize it over and over and

24  over again because you can take something that's ridiculous,

25  but if you repeat it enough times, human nature sometimes is     10:15:30

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1    you believe it's true.  But it isn't.                          10:15:34

2         So TER, this secret thing that Backpage was doing

3    that nobody knew and if the police officers had known about it,

4    why, they wouldn't have asked for Backpage's help.  Those

5    hundreds of people that you have evidence of, they wouldn't     10:15:53

6    have wanted to associate with Backpage if they knew that they

7    were connecting with TER and putting a reciprocal link on their

8    site and vice versa.  Of course they wouldn't do that, would

9    they?

10        Police officers that are in -- doing the sex work,         10:16:10

11   that they wouldn't know about The Erotic Review where they are

12   doing it every day, you don't think -- they wouldn't know about

13   that?  It's absurd when you think about it but that's what is

14   being sold to you.

15        Could you bring up 1835?  Wrong one, sorry.  Was that      10:16:28

16   1835?  Here we go.  Remember this one.  This is an email dated

17   September 25, 2007, talking about The Erotic Review.  According

18   to *New York* magazine July 18, 2005, The Erotic Review, the

19   consumer reports of the escort industry.  *Playboy* magazine,

20   July 2007, MSNBN.  That must be an obscure TV channel.  What is  10:17:47

21   that?  They would they know about this secret?  *New York*

22   magazine, July of 2005.  You've got to look under the hood,

23   ladies and gentlemen, and see what you're getting sold.

24        What about aggregation?  And I'm sorry, one other

25   thing on TER, look through the exhibits, please, and see if you  10:18:20

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1  see Scott Spear on any of the emails to and from TER other than        10:18:24

2  him authorizing them to get paid because his overall job was to

3  try to get ads onto the site.

4         And I'm sorry, before we leave TER, could you bring

5  up 311?                                                                10:18:41

6         Do you remember these Google Analytics?  They were

7  getting all of their business from TER.  Look right here under

8  referring sites, The Erotic Review, 43,000 and change visits to

9  the website on that day, March 22, 2010.  This was the secret

10 sauce as Mr. Ferrer testified under oath.                             10:19:13

11        43,000 visits out of how many?  A million seven 30.

12        Google, down under search engines, 290,000.  Now,

13 43,000 is not chump change but it's not the secret sauce and to

14 suggest otherwise is just not accurate, especially when you

15 have the burden of proof beyond a reasonable doubt, that's          10:19:54

16 distraction, misdirection, not talking about the actual issues

17 that are before you.

18        Let's talk about aggregation for a moment and super

19 posters.  Mr. Hyer, who has been in that area for a long time,

20 talked about aggregation is something that companies do,            10:20:23

21 websites do it, other companies do it.  They look at the ads

22 that one company has and they try to contact those advertisers

23 to see if they want to come on their business and advertise

24 there so they contact them.  Hyer said they also got approval

25 from every person that was -- had an ad to see if they wanted       10:20:43

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

 1  to come onto Backpage for a free visit essentially.  Anything        10:20:47

 2  wrong with that?  No.  Is the Government trying to make

 3  something wrong out of that?  Yes.  You ask yourself why.

 4        And where do they get these ads?  Well, initially

 5  they got them from Craigslist.  That became a problem because       10:21:09

 6  Craigslist didn't like them contacting, quote/unquote, their

 7  advertisers as if they own them.  Where did they go next?  They

 8  went to Google upon which these very same ads had these people

 9  are telling you are prostitution ads later.  Google is like a

10  vacuum cleaner of information.  If those were illegal ads, is       10:21:34

11  Google in trouble for having those ads on their site?

12        And what else were you told about that?  That any ad

13  that Backpage brought to their site got moderated to make sure

14  that it came up to their standards even if it was on Google in

15  some other adulterated form.  Problem with that?  The super        10:21:59

16  posters were like your airline miles.  If you do a lot of

17  business with a company, what does that business typically want

18  to do with you?  Give you a bonus, give you a discount,

19  something like that.  Is Backpage supposed to go to every

20  person, every advertiser, every company that sends them           10:22:25

21  business and go through an investigation of them?  That's a lot

22  to ask and certainly not required of any company, especially

23  the Internet where if you want to post an ad, you want it done

24  like that.  You want to go through the site, check your boxes,

25  pay your five bucks and you want to see the ad then, not five      10:22:49

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1    days later.  Misdirection.                                    10:22:52

2          Scott Spear did the best that he could.  He tried his

3    hardest.  He cracked the whip.  He wasn't always successful in

4    keeping bad ads off his site -- it's not his site but he was a

5    manager and managers have responsibilities but was he doing it   10:23:24

6    to try to commit a crime?  Did you see any evidence whatsoever

7    even with Mr. Ferrer and Mr. Hyer where you saw an email that

8    goes, hey, we're going to conspire to commit a crime.  Hey,

9    let's do this and do that.  Did you see that?  And more

10   importantly, given their biases, given their needs to impress    10:23:49

11   these folks, did they testify that there was ever a discussion

12   to begin this conspiracy and continue it ever?  Anywhere?

13         Do you think that they would say something like that

14   or wouldn't say something like that unless these guys and gals

15   told them to?                                                    10:24:22

16         Remember Ferrer and Hyer how many times they talked

17   to these folks in preparation, five years, multiple times, the

18   prosecutors and the agents flying all over the country to talk

19   to these witnesses for hours on end, no tape recordings,

20   sometimes no notes, no reports, no nothing.  Do you think that   10:24:44

21   if they had that kind of evidence that those folks would have

22   said that to you over and over again to prove their case beyond

23   a reasonable doubt?  Where is it?  Bring it.

24         Scott in good faith did the best that he could.  By

25   2012 after Liz McDougall, he's still there, he's still getting   10:25:11

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1  paid, he's still doing budgets, he still goes to a meeting or            10:25:15

2  two.  He did his job in good faith.

3          And speaking of Scott, let's talk about Stan Cook and

4  Rick Yerman.  Hopefully none of you have ever had to go through

5  this, something bad happens to you.  You're ill, you're               10:25:51

6  bankrupt, you're divorced, your friends disappear.  Nobody

7  wants to be around somebody that's down.  Stan Cook has known

8  Scott since he was 12.  They were 12.  They grew up together.

9  They did their things.  Stan Cook -- they went to weddings.

10  They went through divorces.  Stan Cook even went on Scott's          10:26:20

11  wedding, honeymoon with him.  Somebody like that probably knows

12  you pretty well.

13          When there's a disaster, very few people stick by you

14  but those two people did and what did they say about him?

15  Honest, law-abiding, wouldn't do something knowingly wrong.          10:26:44

16  Does that mean anything?  It's up to you.

17          What about Rick Yerman?  He's known Scott since the

18  1970s, 1980s.  He went into business with him.  Any of you

19  folks who have been in a business, you know that sometimes you

20  spend more time with your business partner than you do with          10:27:07

21  your spouse.  So you really have to know them there because

22  then it involves money.  And Rick Yerman was one of the editors

23  of *West World*, one of the other *New Times* papers in Denver for

24  a while.  He knows Scott pretty well and they continued on to

25  be friends until the present date, even since he had been            10:27:29

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1   indicted in 2018.                                               10:27:32

2           What did he say?  Law-abiding and honest, wouldn't do

3   something intentionally to violate the law.  That on its own,

4   ladies and gentlemen, is reasonable doubt on top of all of the

5   other reasonable doubts that we hope I have talked about.       10:27:51

6           Let's talk about one final thing.  Exhibit 171.  You

7   heard about that during the Government's presentation.  It was

8   a letter from somebody at NCMEC whose name is John Ryan to Don

9   Moon, June 6, 2013.  It's in evidence.  You will have the

10  opportunity to read that letter and the response to that       10:28:47

11  letter.  What is significant about a response to that letter?

12  Throughout this trial, the Government has put on a lot of

13  evidence that will imply to you that there was a response but

14  you haven't seen it.  You can see this one now.

15          Hey, says NCMEC, you're doing this, you're doing        10:29:10

16  that.  We don't like what you're doing.  What did Don Moon say

17  in four pages?  Hey -- I'm sorry, more than that.  I have been

18  criticized for my math so what is 62 to 77?  That's 15 pages.

19  You're going to read all about what Mr. Moon says about these

20  folks and the *New Times* and how they are at heart First        10:30:10

21  Amendment protectors.  They are not abolitionists.  They are

22  regulators.  They believe that the First Amendment should allow

23  people to see things even if nobody else likes them.

24          I'm not going to go through this chapter and verse

25  with you.  That's hopefully up to you.  But he talked about     10:30:35

United States District Court

1    that what they are doing is protected by the First Amendment          10:30:39

2    and why it's protected by the First Amendment.  And he talked

3    about something that came up a couple of times that I want to

4    highlight for you.  Remember the testimony about age

5    verification techniques that this guy, this Seattle mayor and     10:30:53

6    the Washington Attorney General wanted Backpage to implement

7    age verification techniques.  And some of the other folks at

8    NCMEC wanted age verification techniques be Mr. Ferrer, of

9    course, had seen all of the correspondence that came in to talk

10   about that.  And he said, well, Backpage didn't want to do it    10:31:16

11   and I agreed with that because it would be too expensive.

12           This exhibit, that's not the truth, the whole truth

13   and nothing but the truth.  You were misled.  Age verifications

14   are unconstitutional on the First Amendment.

15           MR. RAPP:  Objection.  Misstates the law.  Improper       10:31:39

16   argument.

17           THE COURT:  Sustained.  Members of the jury, you will

18   be instructed and have been instructed orally on the law and

19   you will have those instructions with you so be reminded that

20   those are the instructions on the law that you will apply.        10:31:57

21           Continue, Mr. Feder.

22           MR. FEDER:  Thank you.

23           Well, ladies and gentlemen, you read 171 and see what

24   you think.  The age verification techniques were not

25   appropriate and not required.  That's what Mr. Ferrer could       10:32:27

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1   have said if he was telling you the whole truth and nothing but       10:32:36

2   the truth, but he didn't.  He tried to make it sound like

3   Backpage wasn't doing what it should do as opposed to doing

4   what it is legally allowed to do or not do.

5          We live in the United States.  It is arguable that          10:33:09

6   this is one of the greatest countries in history.  We get a lot

7   of benefits from that.  We have enjoyed the freedoms and

8   liberty for over 200 years.  Our founders made some rules like

9   the instructions you're going to get about what was important

10  to them in creating this country.  Number one on the list was    10:33:42

11  the First Amendment, freedom of speech, freedom of association,

12  freedom of the press.

13         Ironically, freedom of religion is also in the First

14  Amendment and it's ironic because Myles and Luria and some of

15  those other people that were trying to impose their religious   10:34:02

16  beliefs on Backpage didn't want them to have the same First

17  Amendment freedoms that these religious freedoms did.  There's

18  also the fifth in line, due process and the sixth in line, fair

19  trial.

20         It has been said that in the criminal justice system       10:34:30

21  better 99 guilty people go free than one innocent person get

22  wrongly convicted.  That's the backdrop of our criminal justice

23  system.  When you live in this country and you get the benefits

24  that you do, you also have a few obligations.

25         First, taxes of course.  We all hopefully pay taxes.      10:34:54

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

| | | |
|---|---|---|
| 1 | But we don't get to choose what taxes we pay.  We don't get to | 10:35:02 |
| 2 | choose how the taxes are used and what it pays for.  There's | |
| 3 | lots of things that we've seen in the news that upsets us | |
| 4 | because of the way our Government spends those taxes. | |
| 5 | Next, another obligation, voting.  How many times | 10:35:21 |
| 6 | have we had to vote for the best of the worst candidate?  But | |
| 7 | we didn't get to pick the candidate.  We only get to vote to | |
| 8 | try to get the best that we can. | |
| 9 | Third, military, it's another obligation.  It used to | |
| 10 | be that when young Bruce Feder was in his twenties that there | 10:35:41 |
| 11 | was a draft and if the letter came and said you've got to go, | |
| 12 | then you've got to go. | |
| 13 | Finally, there is jury duty and that is the place | |
| 14 | where you all get the choice to do what you think is right | |
| 15 | under the law, to find the facts.  You have some power.  This | 10:36:02 |
| 16 | will be part of your legacy.  Scott Spear didn't do anything | |
| 17 | wrong.  He's not only not guilty, he's innocent.  Please find | |
| 18 | him so. | |
| 19 | Thank you for your time. | |
| 20 | THE COURT:  Thank you, Mr. Feder. | 10:36:25 |
| 21 | Members of the jury, we've been at it for just over | |
| 22 | an hour and I think it's appropriate that we at least take a | |
| 23 | 20-minute break.  We will do that and we will hear an | |
| 24 | additional summation. | |
| 25 | And so just remember the admonition because we still | 10:36:39 |

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

```
 1    have a number of lawyers that wish to provide their closing          10:36:42
 2    argument and as I mentioned, then the Government has a final
 3    summation that they can make to you.  And just continue to keep
 4    that open mind and not to discuss any of the matters amongst
 5    yourselves or with anyone else.                                      10:36:59
 6              Please stand in recess.
 7              All stand for the jury.
 8              (Jury departs at 10:37.)
 9              THE COURT:  All right.  We will stand in recess.
10              (Recess at 10:37; resumed at 11:01.)                       10:37:29
11              (Court was called to order by the courtroom deputy.)
12              THE COURT:  All right.  Please be seated and we can
13    go check on the jury.
14              All rise for the jury.
15              (Jury enters at 11:03.)                                    11:03:20
16              THE COURT:  All right.  Please be seated.  And the
17    record will reflect the presence of jury.  Mr. Lincenberg,
18    whenever are you ready.
19              MR. LINCENBERG:  Thank you, Your Honor.  Is the
20    microphone okay?                                                     11:04:02
21              THE COURT:  It sounds good.
22              MR. LINCENBERG:  Thank you, Your Honor.
23              Counsel, friends and family, thank you for coming
24    today.  Members of the jury, you've had a lot of information
25    hurtled at you.  It's lot to digest and you've seen snippets of     11:04:15
```

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1   exhibits and not knowing what else is in other parts of the                    11:04:21
2   exhibits and hearing counsel objecting and sometimes the Court
3   saying disregard it and how do you flush that out of your mind?
4   It's a tough job.  It's a tough job.  And we thank you for
5   taking it seriously and we hope you'll continue to do so.                      11:04:34

6           What I hope to do in my closing is initially overview
7   some of the points that I mentioned in my opening, give you an
8   overview of my client's role, go through some of the counts and
9   then what I hope to do for the bulk of my closing argument is
10  to take the Court's instructions about how you assess evidence                 11:05:06
11  and apply it to some of the evidence in the hope that that will
12  help guide you and you'll have something to use as a roadmap
13  when you come back -- when you go back and deliberate.

14          You'll recall in my opening statement, the first
15  thing that I did is I discussed Mr. Brunst's role.  He worked                  11:05:26
16  for a media holding company --

17          You're missing something on your screen?

18          PANEL MEMBER:  Our screen is off.  Just this one.

19          MR. LINCENBERG:  Got it?  Okay.

20          So somebody's role is important.  When you have a                      11:06:07
21  company, there's a lot of people who do different things in a
22  company and, by and large, what people do is they stay in their
23  own swim lane.  They do the work that is their function and
24  they leave it to others to do others' work and they rely on
25  them that they are doing their work in good faith.                             11:06:29

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1        So I think it's an important place to start.  My        11:06:32

2   client, Mr. Brunst, was the CFO of a media holding company.

3   That was after working for other companies and accounting firms

4   and the like.  And from 1992 to 2003, as you know by now, the

5   New Times Media Holding Company only consisted of newspapers.    11:06:50

6        As Mr. Ferrer told you, in about 2003, as he saw

7   classified ads going online and he had been working at the

8   *Dallas Observer*, he went to Mr. Larkin and the two of them

9   discussed this idea of Ferrer's that they should have an online

10  platform for classified ads which they called Backpage.          11:07:10

11       From 2004 to January of 2013, the company was *New*

12  *Times* and then Village Voice Media Holding Company and they

13  owned about 18 companies.  There are a lot of newspapers during

14  this time.  Initially the revenue of the newspapers was greater

15  than Backpage but Backpage grew and the revenue of the           11:07:33

16  newspapers decreased and you heard that by 2010, 2011,

17  particularly when Craigslist stopped having adult ads, part of

18  the prosecution theory is that the revenue skyrocketed at

19  Backpage.

20       Mr. Brunst was not employed by any of these 18             11:07:55

21  companies.  He was not employed by *The Village Voice* newspaper,

22  the *Chicago Reader*, the *San Francisco Weekly* or Backpage.  He

23  got no salary from them.  He had no operational duties.  He had

24  no email address there and so that's why we put before you as

25  Exhibit 6243 the corporate structure.  And both counsel          11:08:17

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1    introduced this and noted that this was before the January 2013          11:08:22

2    sale of the newspapers.  And you see that during this time up

3    until January 2013 on the left side of this you had the

4    editorial part and Mr. Cambria had pointed out that Mr. Lacey

5    oversaw the newspaper work.                                              11:08:45

6            And in the middle you had Mr. Larkin who was the CEO

7    of Village Voice Media Holding Company and that is where

8    Backpage was.

9            And then on the right side in a completely different

10   line you had Mr. Brunst who had controllers and CIOs and                 11:09:03

11   business managers of the 17 papers and the sub businesses.

12           The reason why this exhibit has some importance to

13   you is, obviously, from what you can see from it, is

14   Mr. Brunst's role was the CFO of this holding company was 18

15   different units, newspapers and Backpage and he was not                  11:09:25

16   involved in any of the operations of Backpage, which was one of

17   the reasons I noted for you that while you would see

18   documents -- I said this in my opening.  You will see documents

19   noting him as listed as the CFO from Backpage from time in

20   memoriam because each of these business units, the newspapers           11:09:43

21   and Backpage, you have to have an ultimate business owner.  So

22   one of the owners of the media holding companies has to sign

23   documents and they sign on and so you'll see that for the

24   purposes of certain corporate documents, he's going to be

25   listed.                                                                  11:10:01

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1      But he was never the operational CFO of Backpage.                   11:10:02

2  And what was interesting about this was during the trial when

3  Mr. Rapp sort took some electronic Post-its and covered up

4  different names and I think the point was to say that this was

5  only pre-January 2013.  I'm not sure why he was playing with       11:10:25

6  the exhibit but this was the corporate structure of Village

7  Voice Media Holding Company through January 2013 and Mr. Brunst

8  was not part at all of the Backpage operations.

9      From 2013 to 2018, so this is after the newspapers

10 are sold and this is the important time period because these         11:10:48

11 are the 50 counts in the indictment.  The conspiracy counts

12 they allege go back to '04 but they tie into this ads and the

13 wire transactions are also between 2013 and 2018 and recall

14 during this time period Backpage was not even operating in

15 Phoenix.  It had its own CFOs because the company had become      11:11:12

16 large enough that it needed a CFO.

17     And after April of 2015, Mr. Ferrer owns and is

18 completely running Backpage.  So as we go through the evidence,

19 keep in mind what Mr. Brunst's role is.  That is why you saw,

20 when the prosecution introduced exhibits, the exhibits dealt      11:11:36

21 with some of the things that he did as part of his duties for

22 the corporate media holding company, Village Voice Media

23 Holding Company.  And what a CFO is primarily focused on is

24 financial statements.  The CFO has to gather up together the

25 sub financial statements of these 18 different units or one       11:11:57

2:18-cr-00422-DJH, October 31, 2023 A.M.

```
 1   unit or two units or property rentals, whatever revenue comes      11:12:02
 2   in from the different sub units.  And that financial statement
 3   is something that may be used if you're looking to sell the
 4   company.  More importantly, it's used on an every year basis
 5   with the audit company because the audit company is the          11:12:17
 6   accounting firms are conducting an audit and in preparation of
 7   tax returns which the accounting firms are doing.

 8           And that is what Mr. Brunst spent the bulk of his
 9   time doing, typical of a CFO.  And you saw that he was also
10   involved in corporate transactions.  He had a role with regard   11:12:41
11   to purchase of newspapers, sale of newspapers, sale of Backpage
12   to Mr. Ferrer in 2015, should not be surprising that he's
13   involved in that, because he's the accountant there and the
14   accountant, the CFO is a guy who has a role in dealing with
15   corporate transactions.                                          11:12:59

16           On big transactions it's generally run by law firms
17   and accounting firms and consultants who do that type of stuff.
18   But there's an in-house contact and that's where he comes into
19   play.  And he deals with banks and he deals with investors.
20   You saw one email dealing with communications between Goldman    11:13:18
21   Sachs, which was one of the -- a big owner of Village Voice
22   Media Holdings.  He has year-end budget meetings with each of
23   the different sub units, the newspapers and Backpage.

24           And as Mr. Stone liked to call him in his opening
25   statement, he was a bill collector after the sale of Backpage,   11:13:37
```

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1   which was true.  He was a bill collector.  Somebody at Village   11:13:42

2   Voice Media Holding Companies there had been a sale to Ferrer.

3   There was a loan.  Payments had to come in.  If they didn't

4   come in, somebody has to contact them to get the bills paid.

5   And that's what he did.                                         11:13:56

6           Now, Mr. Rapp in his closing instead used the

7   pejorative term "bag man."  And I would suggest to you that it

8   says something when a prosecutor in a case like this reverts to

9   the term "bag man" which we associate with some mafia guy who

10  is running around at liquor stores where they are extorting     11:14:18

11  them and put cash in a bag or on some drug deal or something.

12  None of that applies to what we had here which were all

13  documented transactions with transfers between wires from one

14  entity to the next and the like.  This does not involve bags of

15  cash.                                                           11:14:39

16          What I would suggest to you, that when the evidence

17  that a prosecution has on somebody like Mr. Brunst is woefully

18  weak, that what they revert to is name-calling.

19          Let's take a quick overview of the Government's case

20  as I will break it down into four parts.  The first part is     11:15:00

21  there is no evidence of Mr. Brunst committing any charged

22  offense.  I'll run through that with you in a moment.

23          The second part that I'm going to emphasize to you

24  and spend a lot of time is noting that there's only one witness

25  in this case who says anything inculpatory about Mr. Brunst,    11:15:19

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1   one person out of 21 who was called.  We'll discuss that.          11:15:25

2        The third part is that that person is a liar and

3   you're going to have to figure out what you do with that when

4   that's the only witness who says anything inculpatory against

5   Mr. Brunst.                                                       11:15:42

6        And the real focus that I'm going to ask you to think

7   about throughout your deliberations is to focus on the source

8   of the story that you've heard and not story.  That's difficult

9   to do.  You go back in deliberations.  You've heard ten weeks

10  of this hubbub of information and you've heard a story and it    11:16:03

11  sort seeped into your brain that this is the story.

12       But as jurors, your job is to get past just what the

13  story is and say who is telling this story?  What is he saying?

14  And is it believable?  Because that's in a courtroom what we

15  call evidence or proof and you have to decide whether that       11:16:25

16  proof is there beyond a reasonable doubt.  So let's go through

17  it.  And this is the slide Mr. Stone used in his opening

18  statement.  He had two slides about what the alleged conspiracy

19  consisted of.

20       The first is he described 2004 to 2010 as a               11:16:45

21  prostitution marketing strategy involving aggregation, super

22  posters and The Erotic Review.  And you note very clear, as Mr.

23  Feder pointed out and Mr. Stone acknowledges essentially in his

24  opening, is the TER was involved with Carl Ferrer through about

25  2010.  Now, there's some evidence that after Ferrer bought the   11:17:10

2:18-cr-00422-DJH, October 31, 2023 A.M.

1    company back, he had some outreach again with -- on his own                    11:17:15

2    with TER.  That is after our clients are not even owning the

3    company.

4           But when you think about TER, think about it in terms

5    of the way the prosecution is presenting it to you, that it        11:17:31

6    runs through 2010.

7           And the second part is that there was a prostitution

8    maintaining strategy and this is where they talked about

9    moderation, response to press and different organizations that

10   had contacted Ferrer and Backpage in response to credit card      11:17:47

11   Armageddon.

12          In my opening statement I pointed out that the part

13   of the case where you're going to hear some testimony with

14   regard to Mr. Brunst is dealing with credit card Armageddon.

15   And much to my surprise, frankly, the prosecution only called     11:18:06

16   one credit card witness, Mickey Hansen, a guy from AMEX and

17   Mickey Hansen testified that he never dealt with Jed Brunst.

18   He only dealt with Carl Ferrer.

19          So we'll get to that.  But keep that in mind as

20   you're assessing what do I do in my deliberations with regard     11:18:25

21   to this prosecution of my client, Jed Brunst.

22          Let's talk about the Travel Act charges first.  The

23   Court instructed you that the Government has to prove that

24   Mr. Brunst acted with a purpose of promoting a prostitution

25   business enterprise.                                              11:18:49

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1        So the issue is not whether pimps advertised on         11:18:53

2   Backpage.  We know that they did.  That evidence is clear.

3   There were ads put on Backpage by pimps.  Of course there's

4   also no doubt that you could probably go to some Motel 6 or

5   motel in town here where prostitutes frequently rent a room or   11:19:11

6   go to a sexy lingerie store where prostitutes frequently buy

7   sexy lingerie and the question of whether or not that motel

8   owner or the clerk sitting there or a salesperson at the

9   lingerie store, they may think, what is this person doing

10  coming back?  I have my strong suspicions.                   11:19:36

11       But there's a difference between somebody renting a

12  room and that motel owner acting with a purpose of promoting a

13  business enterprise.

14       Mr. Brunst generally understood that there were adult

15  ads on the site.  He understood that the adult ads were allowed   11:19:55

16  if they satisfied the Compliance Department's standards of not

17  being sex-for-money ads and he understood that the --

18       MR. RAPP:  Objection.  Judge.  There's no evidence of

19  that.

20       MR. LINCENBERG:  Well, there is evidence of that.      11:20:14

21       THE COURT:  Well, again, the jury will determine what

22  the evidence and the testimony is and so the objection is

23  noted.

24       MR. LINCENBERG:  Thank you, Your Honor.

25       And that the Moderation Department -- and you've       11:20:25

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1    heard testimony about what the Moderation Department was doing          11:20:27

2    is they are separating out what is a sex-for-money ad that it's

3    illegal versus an ad that they believe complies with what the

4    law says has to be done there.  Now, that's not Mr. Brunst's

5    job.  It's the job of others.  He as a CFO knows that there's a        11:20:46

6    Compliance Department in place and that's the function that

7    they are performing.

8            There's no evidence that Mr. Brunst knew of any pimp

9    business, because the Government has to prove that Mr. Brunst

10   was acting with the purpose of promoting some pimp business.           11:21:06

11   There's no evidence he knew of any pimp business, no evidence

12   that he intended to promote any business, pimp business, and,

13   frankly, one cannot remote or facilitate the promotion of a

14   business enterprise that one does not even know exists.

15           The Court gave you a lengthy conspiracy instruction            11:21:35

16   and I'm going to focus on a couple of parts of it.  One part is

17   where the Court instructed you that the person does not become

18   a conspirator merely by associating with one or more persons

19   who are conspirators, nor merely by knowing that a conspiracy

20   exists.  Why is this instruction important?  We know that             11:21:57

21   Mr. Brunst associated with Carl Ferrer and if Carl Ferrer was

22   in a conspiracy with David Elms or Dollar Bill or whoever it

23   might be, it doesn't mean that just because Mr. Brunst worked

24   for a media holding company that owned Backpage that he is part

25   of some Ferrer-Elms conspiracy.                                        11:22:21

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1    Another part of the conspiracy instruction is one who          11:22:25
2    has no knowledge of a conspiracy, but happens to act in a way
3    which furthers some object or purpose of the conspiracy, does
4    not thereby become a conspirator.  Why does this come into
5    play?  Because the prosecution is really stretching on these    11:22:43
6    short year-end budget meetings that come once a year and which
7    Mr. Brunst's role is just to deal with expense and revenue and
8    trying to shove it down the jury's throat of it being evidence
9    of him being involved in promoting some conspiracy but
10   approving an overall budget for Backpage.  And recall, as Mr.   11:23:13
11   Feder noted, his client, Mr. Spear, was approving for the
12   marketing -- was involved with the marketing budget.  That does
13   not have the effect of helping Ferrer in a conspiracy with Elms
14   or whoever it is.  It doesn't make Mr. Brunst a conspirator.

15   Let's just take a quick look at the time.  Some of          11:23:41
16   these arguments have been covered by other counsel as well and
17   although I'm here to talk on behalf of Mr. Brunst, and I will,
18   I think I can run through this part of it fairly quickly.

19   So recall Mr. Ferrer's testimony is be a -- recall          11:24:08
20   that Mr. Ferrer, throughout 2004 to 2018, is telling the world
21   as well as people within Backpage, I don't have prostitution
22   ads.  We're looking to build not-adult ad areas.

23   Now if that's untrue, what Ferrer is saying, first of
24   all, what does it say about his credibility?  But more
25   important, if that's untrue, then it's a misrepresentation      11:24:34

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1  being made to Mr. Brunst because his budget plans are basically    11:24:37
2  talking about the growth of the business in a legitimate way.

3          And as we go through the ads, it's very clear,
4  Mr. Brunst never prepared these ads, no evidence that he ever
5  saw them, no evidence that he ever knew of any of these 50 ads,    11:24:55
6  no evidence that he ever knew of any pimp business enterprise,
7  no evidence that he was ever told by anyone that these ads were
8  illegal.  He's not even in the same or the same city during the
9  time period of these ads, he's not even an employee of
10 Backpage.  He's not an operational CFO of Backpage, no evidence    11:25:25
11 of some criminal agreement between Mr. Brunst and Carl Ferrer,
12 no evidence of any intent to promote any pimp business.  And in
13 fact, the opposite is true, that if you were to believe
14 Mr. Ferrer's testimony in this trial as opposed to what he told
15 the world and everybody around him for 14 years, then what it      11:25:50
16 means is that he's concealing from Mr. Brunst.

17         Now, I ran through these points quickly because they
18 are simple.  But it doesn't mean that they are not critically
19 important for you to digest.  And when you're reviewing these
20 counts against Mr. Brunst, none of which he had anything to do      11:26:12
21 with, there's not a chance that a standard of proof beyond a
22 reasonable doubt is met.

23         And recall Mr. Ferrer's admissions.  You go way back
24 to September 27 and remember the first 15 questions or so of my
25 cross-examination of Mr. Ferrer.  I went through these areas.       11:26:36

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1   With regard to the founding of Backpage, Mr. Brunst wasn't         11:26:39

2   involved with that.  No.  That was me and I got together with

3   Mr. Larkin.  With regard to the marketing, the marketing which

4   is the heart of this case, was he a part of the marketing

5   department?  No, he was not.  TER, was he ever a part of any       11:26:52

6   conversation that you had with Mr. Elms or any email?  No, he

7   was not.

8            With regard to ad moderation and the good work that

9   people like Joye Vaught and Andrew Padilla were doing along

10  with Mr. Spear, but he's not a part of that in any event.          11:27:10

11  Nothing to do with that.

12           Aggregation, do you have any knowledge of Mr. Brunst

13  ever having communicated with any aggregators?  No, I don't

14  believe he ever communicated directly with them.  Advertisers,

15  I don't believe he did.  Ads, review any of the ads that you      11:27:28

16  testified during your direct examination?

17           I don't know.

18           I mean, this is the only witness that the Government

19  has against Mr. Brunst and he's basically admitting that

20  there's no evidence of Mr. Brunst's involvement in any of the     11:27:47

21  conduct alleged in Count 1 through 51.  Super posters, did you

22  ever include Mr. Brunst on any email that you had with

23  Mr. Mersey?  No.

24           NCMEC, no.  Wasn't involved with that.  Senate

25  related meetings that you heard about.  Nope, wasn't in           11:28:08

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1    Washington as part of that.  Subpoenas, recall that they tried          11:28:11

2    to make this discussion about the subpoenas, whatever happened

3    with the subpoenas.  Whatever you think about the work that

4    they were doing one way or the other to help law enforcement

5    was not something that was in Mr. Brunst's swim lane.              11:28:27

6           Attorneys General, these letters that would be

7    written by the Attorneys General, either to counsel for

8    Backpage or Mr. Larkin or I think Mr. Moon was involved with

9    some of these.  Did you ever have any of this back and forth,

10   did you ever consult with Mr. Brunst about how you should           11:28:47

11   respond?  No.

12          Press inquiries, did you ever consult with Mr. Brunst

13   about how to respond to press inquiries?  I don't recall any.

14          Dealings with politicians, there's some testimony

15   about dealing with like a mayor in Seattle, didn't involve        11:29:05

16   Mr. Brunst.

17          And Mr. Brunst, Mr. Ferrer concedes, was not on

18   Backpage's payroll.  Pretty simple straightforward lack of

19   evidence involving Counts 1 through 51.

20          Let's talk about the wire transfers.  So the wire         11:29:28

21   transfers are Counts 52 through 100.  Really 100 was that one

22   that Mr. Cambria talked about.  Some of these are alleged

23   against Mr. Brunst.  Some are not.  But they are all really

24   basically the same pattern.

25          So the first thing you should ask yourself as a jury,      11:29:46

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1    is there any evidence linking these wire transfers to any           11:29:49

2    particular unlawful ad?  You know when you're a prosecutor, you

3    should be putting forth evidence with specificity.  The jury is

4    entitled to this.  There's a lot at stake.  The defendants are

5    entitled to evidence with specificity they can refute and yet       11:30:11

6    what do we know about these wire transfers?

7              They are basically loan payments.  They are basically

8    all payments -- most of them are payments that are being made

9    from Backpage or Website Technologies to the lender, the

10   holding company, and we know that they are not concealed.           11:30:36

11   These are open.  They are going through the banks.  The banks

12   have their AML policies which are anti-money laundering

13   policies.  They are putting through all of these wires after

14   they are doing their due diligence.  We know they don't promote

15   anything because it would actually be the opposite of             11:30:59

16   promoting.  The only way you could possibly promote with a wire

17   is if the money was going to Backpage.  This is money coming

18   out of Backpage.  It's the opposite of promote.

19             And Mr. Thai.  Mr. Quoc Thai, the former IRS agent

20   who ran through some charts -- I'm going to show you a couple       11:31:27

21   of them -- what did he testify to?  That he did no analysis of

22   the purpose of the wires.

23             My partner, Mr. Panchapakesan, asked him:  You

24   subpoenaed the banks.  Any documents in there about money

25   laundering violations?  Nope.  And the Government exhibits and      11:31:47

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1   the prosecutor even stated, it shows the money going one way    11:31:59

2   were his words.  Well, that's accurate.  It's going out of

3   Backpage.  It's the opposite of promoting.

4          And, you know, if you look at the proof relating to

5   the ads, and let's just say you find that those 50 ads, you may    11:32:15

6   find that they were prostitution ads as the Government wants

7   you to do.  Let's assume the worst.  It's not what the evidence

8   showed but let's assume the worst.  Recall the testimony of

9   Mr. Ferrer where he said the revenue that would come in from an

10  ad was about a dollar to five dollars.  Well, if you have 50    11:32:37

11  ads, that means you're talking about $50 to $250.  And even if

12  some of them are reposted or something and you go a little

13  higher.  We are talking about a couple hundred bucks.

14         How does that tie in to wire transfers that, as they

15  show you, are in the hundreds of thousands of dollars, millions    11:33:00

16  of dollars?  There's no link that the prosecution provides to

17  you between these ads or anything specific and the transfer of

18  money.

19         And, you know, the judge instructed you as part of

20  the First Amendment instruction is that all speech is presumed    11:33:24

21  protected by the First Amendment.  It's the Government's burden

22  to establish that each of the ads alleged in this case is an ad

23  for prostitution and not for another purpose.  So while they

24  just want you to say, well, but you heard Ferrer say all of

25  these adult ads are prostitution ads.  That doesn't overcome a    11:33:43

United States District Court

1    First Amendment presumption.  They can't substitute this guy's          11:33:53

2    general statement for actual proof.

3            Let's look at couple of the flowcharts that Mr. Thai

4    put up on the screen.

5            So the first one was Count 53.  It shows a wire in           11:34:06

6    2016 from Website Technologies back to Cereus Properties' bank

7    account.  And what was his testimony about this?  Ferrer's

8    testimony I believe this was:  If you know, what did Cereus

9    Properties do -- this was Mr. Thai's testimony -- Ferrer's

10   testimony.  Ferrer testifies:  What did Cereus Properties do?          11:34:32

11           Answer:  Cereus Properties collected the interest and

12   debt payments from the $600 million loan.  It's a loan payment.

13           Count 64, just to use another example of a loan

14   payment and, by the way, what did Mr. Thai say about Cereus

15   Properties?  At one point he said Cereus Properties appears to          11:34:59

16   be an entity used to pay Backpage's payroll expenses.  And I

17   point this out -- not that I would expect anybody to remember

18   that little piece of testimony, but I point it out because

19   there's no basis for saying that.  It's not true and what did

20   he testify to?  He said I didn't look beneath these wire              11:35:20

21   transfers.  I just took a wire that I found in one bank account

22   record and matched it up with the other.

23           So don't accept that.  These are wires that are

24   outgoing.  There's no evidence that he did any investigation

25   beyond that.                                                           11:35:41

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1      And you see the testimony, what was the purpose to go      11:35:43

2  from Ad Tech to Cereus Properties?  It was to make interest and

3  principal payments on the note, the smaller note being the note

4  for the overseas international operations.

5      Now there's one wire transfer that was a little bit      11:35:58

6  different and that's why I said almost all of these were

7  straightforward documented loan payments through normal

8  channels.  But this Count 63 is a little different because this

9  is a wire transfer from Backpage to a bank in India.  And Mr.

10 Rapp in his closing statement with regard to Count 63 stated to    11:36:22

11 you, he said:  And you remember Carl Ferrer's testimony and did

12 you pay for that feed -- he's reviewing the testimony of

13 Ferrer -- these were feeds that -- they were putting on the

14 site; right?  So Ferrer, in fact, at one point testified that

15 they used somebody in India, some web developer, whoever it      11:36:44

16 was, to deal with feeds.

17     But Ferrer testifying that at some point they used a

18 website in India is not a link that this payment was to some

19 web developer in India.  You know, India is a country of a

20 billion and a half people.  There's a lot of businesses there.    11:37:16

21 Who knows what the purpose of this wire was for?  Certainly

22 Mr. Thai said I don't know the purpose of it is.  Mr. Ferrer

23 was never asked to look at this wire in Count 63 and tell me

24 who or what it's for.  It's not your job to guess.  It's not

25 their job to tell you to guess.  You can't just say, well, the    11:37:34

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1  guy said they did some business with somebody in India so match    11:37:39

2  it up with a wire in 2016 that went to India and find beyond a

3  reasonable doubt that somebody committed money laundering.

4  That's not proof and you shouldn't go along with it.   Treat

5  this with a healthy dose of skepticism.                            11:38:00

6          We asked Mr. Thai about this.   He was asked:   Do you

7  have any information about this transaction other than the

8  dates, the amount, and where it was sent?

9          No, I don't.

10         Now, the next point to consider with regard to the         11:38:21

11 wire transfers is that the banks processed these.

12         Now, you don't hear any testimony in the prosecution

13 case from any of the banks.   No bank came in and said, "I was

14 defrauded," or, "I didn't know what I was doing," and these are

15 big banks.   You heard a lot of testimony.   Mr. Ferrer telling   11:38:44

16 you.   We understand that banks have know-your-customer

17 requirements.   You saw some of that dealing with the loan

18 processing, the payment processing applications, which I'll

19 talk about later, all fully disclosed and knowing that these

20 payments, whether they are coming from Website Technologies or   11:39:00

21 Backpage, are Backpage-related funds.   We'll get back to that

22 in a little bit.

23         There were no lies made to the banks and this is

24 going to be an important part of my closing, because

25 essentially the Government's case seems to be that Mr. Brunst    11:39:24

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1  somehow was involved in lies to the bank.  So we're going to        11:39:27

2  take it on straight up.

3          Let's look first at Exhibit 772.  This is one of the

4  exhibits that the prosecution harped on.  So this was involving

5  this bank in Mauritius where in 2015 some of the banks had          11:39:44

6  stopped doing business with Backpage because of reputational

7  concerns and, as Mr. Ferrer said accurately, they were looking

8  for banks that would process their work.  And we heard this

9  discussion about how banks certainly knew about Backpage's

10 business, that they were involved with adult ads and like.          11:40:10

11         You heard all of this death by Google search.  What

12 does death by Google search means?  It means that any bank with

13 a simple Google search is going to know that you're dealing

14 with Backpage.  They operate in the adult world and we, as a

15 bank, are going to have to decide whether that's a reputational    11:40:30

16 concern that we're willing to live with.

17         They all know.  And here's Mr. Brunst writing in a

18 2015 email about Mauritius.  He's saying:  Didn't we go down

19 the Mauritius path once and the banks had the same issue with

20 our content?                                                        11:40:51

21         Now, the Government introduces this because it shows

22 that Mr. Brunst had issues with their content.  Well, I will

23 tell you there's no denial that banks had issues with their

24 content and Mr. Brunst fully knew that banks had issues with

25 their content.  That is what the testimony was.  Mickey Hansen      11:41:09

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

```
 1   wasn't a bank but even with AMEX, they processed credit cards      11:41:15
 2   for years and years and years and at some point they said, you
 3   know what, the heat is there.  There's all sorts of stuff in
 4   the press.
 5          Later on we had Sheriff Dart come out threatening          11:41:26
 6   credit card companies, threatening VISAs and so forth.  He said
 7   I didn't find anything illegal here but we didn't want to deal
 8   with them.  It's kind of in a different context what Mr. Becker
 9   said -- remember Mr. Becker was the lawyer that Mr. Cambria
10   called who was dealing with Mr. Lacey's trust plan.              11:41:46
11          And at one point he said I think in response to
12   cross-examination, he said:  Look, all of this is illegal.
13   Would I do it again?  No way.  Who needs the hassle?  Who needs
14   the hassle?  And that's what these big, big, banks and credit
15   card companies, why would they need to be dealing with negative  11:42:08
16   press of something they are dealing with?  And these different
17   organizations, lobbying them, stop doing business with these
18   guys and so forth.  Get out of it.  It's not going to make a
19   penny difference to the bottom line of AMEX or VISA or Wells
20   Fargo Bank or Bank of Montreal.                                  11:42:26
21          And you recall, by the way, what Mr. Hansen, the AMEX
22   guy, testified to, was when my partner, Mr. Panchapakesan, went
23   through and he looked at some of the AMEX documents and he
24   said, yeah, we don't really deal with lottery ticket things.
25   We don't want to deal with something like, you know -- I don't   11:42:48
```

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1   remember what it was, *Hustler* magazine or porn sites or        11:42:51
2   something like that.  Online gambling, whatever it is.  They
3   don't want to deal with it.  They have the right to not deal
4   with it.  That's fine.

5        They dealt with it for years understanding the           11:43:02
6   reputational concerns and they changed their minds.  Frankly,
7   not surprising that in 2011, later in 2015 the owners of
8   Village Voice Media Holding Company wanted to sell Backpage.
9   They were getting tired of dealing with the reputational
10  concerns as well.  It's not surprising.                         11:43:20

11       There's other examples of full disclosures to the
12  bank.  I'm not going to put all of these on the board for you
13  but two of the exhibits dealing with Bank of Montreal, 616 and
14  886; dealing with Frick Bank, 1230.  Similar types of
15  discussions about the reputational concerns and the back and    11:43:45
16  forth, the Bank of Montreal emails that came into evidence.  I
17  believe one was from 2010.  One was from 2015.  Back and forth
18  with Bank of Montreal saying, hey, can you give us the latest
19  stuff on what you're dealing with on compliance on the adult ad
20  section, things like that.  Open discussion.  Open discussion,  11:44:08
21  full disclosure.

22       And for the Government to suggest that some bank or
23  payment processor was defrauded when they won't even bring in a
24  bank representative or a payment processor to testify shows the
25  weakness of their case.                                         11:44:35

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1          So is there a concealment?  The opposite is true.          11:44:47

2  You will see the exhibits all show that the banks knew, the big

3  thing that they're claiming was hidden from them, which is that

4  Backpage is affiliated with Website Technologies or that the

5  banking is going through Backpage.  Promotion, the opposite is      11:45:05

6  the trace.

7          And the third type of money laundering count

8  involving transactional money laundering is also not proven

9  because they don't link it up with any ads.  And in fact,

10 there's no evidence that my client believed that there was any      11:45:24

11 underlying unlawful activity relating to this.

12         Remember there's a difference between believing that

13 there's unlawful activity based upon whether an ad is being

14 moderated appropriately or not versus whether or not there was

15 a pimp that ever advertised on the sites.  My client was told     11:45:50

16 the ads were legal.  And a second element of the transactional

17 money laundering is that it has to involve more than $10,000.

18 And you've been presented with no proof of prostitution ads of

19 more than $10,000 that are linked in with any of these wire

20 transfers.                                                          11:46:09

21         MR. RAPP:  Objection.  Misstates the law.

22         THE COURT:  Well, again, the Court has instructed the

23 jury on the law and it is the jury instructions on the law that

24 the jury will follow so the objection is noted.

25         MR. LINCENBERG:  And I would ask you to look at the         11:46:28

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

| | |
|---|---|
| 1 | jury instructions in this regard because it does not misstate | 11:46:29 |
| 2 | the law.  They can't just have some generalized thing unlinked. | |
| 3 | Let's talk a little bit about Carl Ferrer. | |
| 4 | First of all, who is this guy who is coming in here? | |
| 5 | Is it the person who is programmed for his testimony in court | 11:46:50 |
| 6 | or the guy who is running a business for all of these years? | |
| 7 | And let me say that with regard to the 2015 purchase of | |
| 8 | Backpage by Ferrer, the only reasonable inference that you can | |
| 9 | draw from the evidence is that this guy eagerly bought | |
| 10 | Backpage.  Why not?  He founded it.  He's been building it.  He | 11:47:14 |
| 11 | sees big profits going to the owners of the media holding | |
| 12 | company.  He's making seven figures a year, some of it in what | |
| 13 | he's being paid by Backpage.  As we heard, a lot more that he's | |
| 14 | getting with his little scheme where he's stealing money on the | |
| 15 | side with his brother and now he can own it. | 11:47:37 |
| 16 | And this is a time when Backpage's revenue is growing | |
| 17 | by leaps and bounds.  And in connection with this purchase of | |
| 18 | the company, he's assisted by counsel.  You heard evidence | |
| 19 | about this lawyer Larry Shosid who testified he was shoved down | |
| 20 | my throat.  This is his lawyer.  You really think he doesn't | 11:47:59 |
| 21 | have the opportunity to pick his own lawyer?  He's getting a | |
| 22 | company and a seller-financed deal.  He doesn't have to put any | |
| 23 | money down. | |
| 24 | I mean, take yourself back.  Try to picture in 2015, | |
| 25 | not in this courtroom, which is a microcosm, of where the | 11:48:18 |

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1   prosecution is trying to pull together what they want to                    11:48:21
2   present you.

3          Picture Carl Ferrer 2014 his roll in over $120
4   million in revenue from Backpage.  He's running the show and he
5   has the opportunity to buy this company and he's been running     11:48:39
6   it for 11 years.  Do you really think that a guy who can buy it
7   no money down, seller financed, no personal collateral that he
8   has to put on it, that he's under duress?  The prosecution
9   theory here, Ferrer's testimony is crazy and it's not supported
10  by any reasonable interpretation.                                           11:49:08

11         What did he finally say on cross-examination?  Well,
12  I was handcuffed by my own greed.  He bought it because he was
13  greedy because he saw an opportunity to make a lot of money and
14  have ownership of a large company.

15         This is the guy who found, built, and operated and     11:49:40
16  then bought Backpage.  For 14 years, you never saw any exhibit
17  or testimony that during that time period, he said to anybody:
18  These ads are illegal.  We're running an illegal shop.  He
19  regularly fervently defended Backpage's legal right to operate.

20         Now, you know, none of us were there from '04 to 2018  11:50:04
21  day in and day out.  We just heard what the puppet said on the
22  witness stand for your consumption.  Your job is to try to cut
23  through that.  Try to pick what is this guy all about?  How the
24  story completely changes and to do that, the Judge has given
25  you a jury instruction.  It's a jury instruction that guides    11:50:35

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1    you in how to assess the credibility of witnesses.                    11:50:41

2              And the first thing is you can look at the

3    opportunity and ability that he had to see or hear or know

4    things.  Second thing is looking at what his memory or claimed

5    memory was.  The third is his manner while testifying, I'm      11:50:59

6    running through these quickly.  I'm going to go back through

7    each of them.

8              The fourth is his interest in the outcome of the

9    case.  The fifth is did this guy have any bias?  The sixth is

10   what other evidence contradicted his testimony?  Was his        11:51:17

11   testimony reasonable and anything else that you find that bears

12   on believability.

13             So the next part of my closing argument to you is

14   going to be to go through these factors one by one as I hope

15   you will do when you are deliberating.                          11:51:39

16             Okay.  The judge gave us this instruction.  Let's

17   look at how the evidence matches up and what do I do with this.

18             So the first thing is as a general matter, to note

19   that the Government called 21 witnesses, these 20 plus Ferrer.

20   When you look at this list and you go down it, the first        11:51:59

21   question you should ask yourself is, who on this list accused

22   Jed Brunst of wrongdoing?  The answer is no one on that list.

23   The only person who did so was Carl Ferrer.  Not one of their

24   20 witnesses corroborated Carl Ferrer's statements to you about

25   his conversations with Jed Brunst.                              11:52:30

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1        And I would go a little further, frankly, and each          11:52:35

2   say that Carl Ferrer sort of -- it was only sort of an

3   indictment of Mr. Brunst.  The reason I say sort of is because

4   when we review the evidence you're going to see that if the

5   case is that there were lies to the banks, Mr. Ferrer actually   11:52:51

6   says, "We never lied to the banks."

7        So let's go through these in a moment.  No witnesses

8   called by the Government to corroborate Ferrer.

9        Now, remember there's a lot of various names that you

10  saw on emails, for example, that my client was on.  Susan        11:53:13

11  Boswell, one of the lawyers involved in the sale.  Michael

12  Gage, who we've seen testimony, was a CFO of Backpage.  Nathan

13  Kopecky.  Mary Latta from Bank of Montreal.  Lot of people they

14  could have called to say, "Yeah, let me tell you what that

15  email was about.  I can corroborate what Mr. Ferrer said."       11:53:37

16  None of them were called and there's a reason why they weren't

17  called, is because Ferrer's testimony to you not is

18  corroborated.  It makes no sense.

19       The list goes on.  Scott Lebovitz.  Jeff Mars, you

20  may recall from a moment ago, he was a guy that was right below  11:54:04

21  Mr. Brunst on the org chart.  Seems like a pretty logical guy

22  to call if you're going to put on a case claiming that

23  Mr. Brunst did something wrong.  Haven't seen him.

24       Kate Obermiller was on some emails, Mr. Brunst's

25  assistant who was also dealing with some of the banks.  Don     11:54:25

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1    Moon.  We're going to get to Don Moon.  Ilona Nicholls from the   11:54:28
2    bank.  Steve Suskin, Scott Tobias, president of *New Times*.
3    Patricia Weber, this person who was the payment processing
4    consultant showing up on an email with Ferrer.  And Irina from
5    Bank of Montreal.                                                 11:54:47

6          And all sorts of other people, Craig Capital who was
7    at the recipient end of these partnerships to sell in 2011.
8    Trent Voight from one of the payment processors.  The
9    accountants and the like.  Pause and ask yourself, if you're
10   going to come back with a verdict that my client is guilty      11:55:11
11   based on the testimony of Carl Ferrer, the Government had an
12   opportunity to call 35 different people -- these are just
13   people who showed up on different emails or transactions.  Why
14   aren't they called?  It's a lack of proof and you shouldn't
15   just accept what they choose to present to you as if it's       11:55:40
16   corroborated because they didn't do so.

17         So let's go back to this first of those eight factors
18   in the jury instruction.

19         Opportunity to hear and know.  Now, here as a
20   starting point, certainly Mr. Ferrer did have the opportunity   11:55:59
21   to hear and know certain things.  So as to some evidence, this
22   factor would cut in favor of the prosecution.

23         As to other things, he did not have the opportunity
24   to hear and know and yet he testified as if he did hear and
25   know.  So let's go through some examples.  First of all, you    11:56:19

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

 1   saw repeatedly through eight days of direct examination,          11:56:24
 2   documents would be shown to Mr. Ferrer, emails, that he's not
 3   on, right, presumably never saw, but he testifies, yeah, I know
 4   what they are talking about.  When the defense asks him about
 5   the same thing, the opposite is the cases, I don't know what     11:56:43
 6   this is about.  We'll go through one or two examples of that
 7   but it was constant throughout his testimony.

 8           For the Government he would concoct stories about
 9   innocuous emails.  Let's look at an example of that.

10           Exhibit 177.  So I'll blow some of this up in a          11:57:02
11   moment but just follow along with me before we do so.  This was
12   an email where the prosecution has Mr. Ferrer point to one
13   thing at the top of the email string where it says something
14   about we need to keep -- or something about need to keep
15   Website Technologies and Backpage separate.  That's what they    11:57:24
16   pop on the screen.  That's all you see during direct
17   examination.

18           Well, the reason they do that because aha, here's
19   some wording that we can have Carl get up on the stand and say,
20   see, here's Mr. Brunst trying to hide, the connection between    11:57:46
21   Backpage and Website Technologies.  But the proof is in the
22   pudding.  The proof is in looking at the documents and saying
23   what is this email about?  And so you may recall I said isn't
24   this an email from the Chief Technology Officer, Joe Kaiping,
25   he was joe@backpage.com, talking about something called payment  11:58:12

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1  card industry security standards?                                    11:58:19

2        And you may recall -- it's a lot to ask of you to

3  recall something like this because it was a long time ago,

4  these are these standards that every business deals with in

5  terms of trying to protect consumers against the misuse of   11:58:34

6  their personal information.  Every business wants to go through

7  this.  They want to be PCI certified.

8        So Joe writes:  If we keep the PCI audit company as

9  Backpage.com, then the assessments and PCI audit would just

10 apply to Backpage and its immediate holdings.  Any PCI audits  11:58:59

11 required for other parent company holdings would then be

12 performed separately.

13       You're dealing with Website Technologies, this new

14 company that Ferrer creates, and there's a discussion by the

15 technology guy, the techie, who is basically saying, hey, guys,  11:59:22

16 you need to keep these entities separate because if you have

17 Backpage and Website Technologies together, then you're going

18 to lose your PCI certification.  It's one of the many reasons

19 why companies form all sorts of different companies for

20 different purposes.  I think the AMEX guy said they have        11:59:44

21 thousands of different companies.

22       And that's what Jed writes in response.

23       He says:  All right -- and he's writing to the

24 techie.  Well, we need to think this through or all the work to

25 separate it from Backpage will be lost.                        12:00:00

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1      What's he responding to?  Separated for PCI audit          12:00:03

2  purposes.

3      And on direct examination, when the prosecutor asks

4  Mr. Brunst -- and remember just showing you, the jury, the top

5  part of the email.  He's, oh, I can sum this up without reading   12:00:19

6  it.  Brunst set up Website Technologies to ensure that its

7  reputation is protected, that it's not affiliated with

8  Backpage.

9      What happens on cross-examination?  When I start

10  asking him, I start going through the bottom of the email        12:00:35

11  chain.  And he says:  You lost me.  I don't really understand

12  what PCI audits are.  I don't understand what this mail is

13  about.  Now, had it not been for cross, you would have been

14  left with the misimpression that Ferrer and the Government

15  tried to create on direct when this is this innocuous email     12:01:01

16  dealing with an issue with the CTO, the tech guy.

17      Let's look at a second example.

18      What's the Court's thinking.

19      THE COURT:  How much time do you need?

20      MR. LINCENBERG:  I have a long ways to go.  I can         12:01:19

21  break at any time.

22      THE COURT:  Are you anticipating 30 more minutes?

23      MR. LINCENBERG:  No, much more than that.

24      THE COURT:  More than that?

25      MR. LINCENBERG:  Yes.                                      12:01:27

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1        THE COURT:  All right.  Well, members of the jury, we        12:01:28

2   are at the noon or just about the noon lunch hour and as Mr.

3   Lincenberg has indicated, he has further to go, much further to

4   go.  I think it is an appropriate time to at least take the

5   lunch break.  You've been here since before 9 o'clock.  I'm        12:01:44

6   reminded of that as well.

7        And so we will stand in our usual one-hour lunch

8   recess.  Again, we are continuing through with the summation

9   arguments of counsel so it's vitally important that you not

10  come to any conclusions but to continue to keep that open mind     12:02:03

11  and not to discuss the matter further amongst yourselves or

12  with anyone else, just simply to try to relax and have a good

13  lunch hour.

14        And so with that, please all rise for the jury.

15        (Jury departs at 12:02.)                                     12:02:18

16        THE COURT:  All right.  Please be seated.

17        Counsel, let me just raise one sort of scheduling

18  issue with you.  You may, you may not be aware that we also

19  have a World Series game tonight that starts at 5:03.  We have

20  apparently a concert right adjacent to that World Series game.     12:03:03

21  We also have a Phoenix Suns game.  I think we're going to have

22  heavy a traffic situation.

23        And not only that, but we have jurors who are parents

24  and want to get their children engaged in the Halloween

25  festivities.  So at a minimum, I'm going to ask them to stay at    12:03:24

United States District Court

2:18-cr-00422-DJH, October 31, 2023 A.M.

1  least until 4 o'clock.  And so you can gauge one way or the                    12:03:28

2  other this afternoon as to how long the remaining summation

3  arguments are going to be, discuss that amongst yourselves and

4  then it might very well be, depending on how long you go, if

5  you end roughly around 3:30, 3:45, I'm not going to let the                    12:03:44

6  Government have their rebuttal close until in the morning, so

7  that may be the schedule that we're on.  We'll continue to keep

8  monitoring that situation.

9          And so with that, we will stand at recess for an

10  hour.                                                                         12:04:01

11          COURTROOM DEPUTY:  All rise.

12          (Whereupon, these proceedings recessed at 12:04 p.m.)

13                        *  *  *  *  *

14

15

16

17

18

19

20

21

22

23

24

25

United States District Court

1       C E R T I F I C A T E                                      12:04:03

2

3       I, ELAINE M. CROPPER, do hereby certify that I am

4  duly appointed and qualified to act as Official Court Reporter

5  for the United States District Court for the District of        12:04:03

6  Arizona.

7

8       I FURTHER CERTIFY that the foregoing pages constitute

9  a full, true, and accurate transcript of all of that portion of

10  the proceedings contained herein, had in the above-entitled     12:04:03

11  cause on the date specified therein, and that said transcript

12  was prepared under my direction and control, and to the best of

13  my ability.

14

15       DATED at Phoenix, Arizona, this 1st day of November,       12:04:03

16  2023.

17

18

19

20                         s/Elaine M. Cropper                      12:04:03

21                     _____

22                      Elaine M. Cropper, RDR, CRR, CCP

23

24

25                                                                  12:04:03

                    United States District Court