Exhibit 5

LAW ENFORCEMENT SENSITIVE

# BACKPAGE INVESTIGATION

**ASSET TRACING MASTER DOCUMENT DRAFT**

Updated
11/4/2021

# FINANCIAL ACCOUNT TRACING

## A.   TRACING FOR PROSPERITY BANK ACCOUNT '7188 (1)

1.   On February 15, 2017, Posting Solutions LLC, located at 13601 Preston Rd., Ste. 801E, Dallas, Texas 75240, opened Prosperity Bank account number '7188.  "M.G.", the President, Chief Executive Officer, Treasurer and Secretary of Posting Solutions LLC is the sole signatory on the account.  Posting Solutions LLC is a company owned by and controlled by Backpage.

2.   Posting Solutions' application for the USPS Dallas, Texas P.O. BOX, lists the box being registered to "Website Technologies, LLC/Backpage.com."  Also listed on the P.O. BOX Application were the names of several Backpage Operators, including FERRER.

3.   Records of wire transfers from countries outside the United States deposited into the Prosperity Account '7188 for the period of August 1 through September 1, 2017, shows this account received over $2,781,750 in wire transfers from outside the United States.  For example:

     a.   On or about August 16, 2017, a company called "Binary Trading SG PTE LTD" ("Binary Trading") wired $535,500 from an account in Singapore into Prosperity Account '7188. Binary Trading is a company used by GoCoin.

     b.   On or about August 17, 2017, Binary Trading wired another $528,500 from a Singapore account into Prosperity Account '7188.

     c.   On or about August 30, 2017, a company named Trilix PTE LTD ("Trilex"), listing the same Singapore address as

1

Binary Trading and GoCoin, in four wires ranging from $385,450 to $492,250, sent approximately $1,717,750 from a Singapore account into Prosperity Account '7188. Memo lines from these wires list "GC" or "GC FOR INTERNET SERVICES." The government understands "GC" to mean GoCoin.

4.   A substantial percentage of outgoing payments from Prosperity Account '7188 are payments for the operation of Backpage.com. For example, between July and October, 2017, Prosperity Account '7188 wired $572,027 to pay for the following:

a.   Between July and October 2017, Prosperity Account '7188 wired $570,530 to Verizon Digital Media Services in Los Angeles for a service for the Backpage.com website.

b.   On August 18, 2017, Prosperity Account '7188 wired $1,497 to "Backupify," a company that provided data backup for Backpage.



**B.**   **TRACING FOR COMPASS BANK ACCOUNT '3873 (2A)**

5.   Compass Bank account '3873 is owned by Cereus Properties LLC, identifying SPEAR as the sole signatory.  This account was funded with transfers from Prosperity Account '7188. It is used as a funnel account to pay Backpage Operators with funds from the SUA.  On average, during each month of 2017, Prosperity Account '7188 transferred several hundred thousand dollars into Compass Bank account '3873.  For example:

a.   On August 31, 2017, Prosperity Account '7188 sent a wire transfer totaling $487,491.45 to Compass Bank account '3873.

b.   On September 15, 2017, Prosperity Account '7188 sent a wire transfer totaling $91,672.67 to Compass Bank account '3873.

c.   On October 2, 2017, Prosperity Account '7188 sent a wire transfer totaling $471,766 to Compass Bank account '3873.

1.   <u>Diagram Compass Bank '3873 (account 2A)</u>



3

### C.   TRACING FOR COMPASS BANK ACCOUNT '3825 (2B)

6.   Compass Bank Account number '3825 is held in the name of Brunst. This account was funded with transfers from Compass Bank Account '3873.

7.   On February 2, 2018, Cereus Properties Compass Bank account '3873 wired transferred $135,956.59 into Seized Account 2B.



**D.    TRACING FOR NATIONAL BANK OF ARIZONA ACCOUNTS '0178 (3A), '0151 (3B), and '3645 (3C)**

8.    National Bank of Arizona accounts '0178, '0151, and '3645 are held in the name of SPEAR.  In furtherance of their money laundering scheme, and in an attempt to further conceal the true nature of the money, Backpage Operators used these accounts as go-betweens to funnel money from one account to another.

9.    The tracing involved numerous accounts including: Branch Banking & Trust account number '2008, belonging to Website Technologies; Arizona Bank & Trust account number '6211 belonging to Cereus Properties, and a GoCoin account in Slovakia.

a.    Between December 14, 2015, and January 15, 2016, in approximately 26 wires, a GoCoin account in Slovakia transferred over $2.5 million to Branch Banking & Trust account number '2008 in the United States.

b.    On January 15, 2016, Branch Banking & Trust account number '2008 wired $189,571 to Verizon in Los Angeles, California, in payment for Backpage internet services.

c.    Between January 21, 2016, and August 31, 2016, in approximately 27 wires, Branch Banking & Trust account number '2008 transferred approximately $48 million to Arizona Bank & Trust account number '6211.

d.    Between March 1, 2016, and July 1, 2016, Arizona Bank & Trust account number '6211 wired $892,426 into National

5

Bank of Arizona account '0178.

   e. On September 14, 2017, Compass Bank account '3873 wired $50,162.05 into National Bank of Arizona account '0178.

   f. On October 12, 2017, National Bank of Arizona account '0178 wired approximately $21,500 into National Bank of Arizona account '0151.

   g. On January 5, 2018, National Bank of Arizona account '0178 wired approximately $600,000 into National Bank of Arizona account '3645.



**E.**   ***TRACING FOR LIVE OAK BANK ACCOUNT '6910 (4)***

10.   The Live Oak Bank account '6910 is held in the name of SPEAR.

11.   On or about March 16, 2016, National Bank of Arizona account '0178 transferred $250,000 into Live Oak Bank '6910 in the name of Scott Spear as an opening deposit.   On March 20, 2018, Live Oak Bank confirmed that these funds have remained in Live Oak Bank account '6910 since the account was opened.



|  | 3/21/2016 $250,000 → |  |
|---|---|---|
| SCOTT AND ELLONA SPEAR NATIONAL BK OF AZ '0178 (SUBJECT ACCOUNT 3A) |  | SCOTT SPEAR '6910 LIVE OAK BANK (SUBJECT ACCOUNT 4) |

**F.    \*TRACING FOR ASCENSUS BROKER SERVICES '4301 (5A) and '8001 (5B)**

12.    Ascensus Broker Services '4301 (5A) and '8001 (5B) are held in the name of Natasha Spear, Scott Spear's adult daughter.

a.    On February 23, 2017, National Bank of Arizona account '0178 wired approximately $50,000 into Ascensus Broker Services account '4301.

b.    On the February 23, 2017, National Bank of Arizona account '0178 wired $50,000 into Ascensus Broker Services account '8001.



### G.   TRACING FOR FIRST FEDERAL SAVINGS & LOAN OF SAN RAFAEL ACCOUNT '3620 (6)

13.   First Federal Savings & Loan of San Rafael account '3620 is held in the name of Michael LACEY.   In furtherance of their money laundering scheme, and in an attempt to further conceal the true nature of the money, Backpage Operators used this account as a go-between[1] funneling money from one account to another.

a.   On October 2, 2017, Compass Bank account '3825 owned by Cereus Properties, wired approximately $297,795 into First Federal Savings & Loan of San Rafael account '3620.



CEREUS PROPERTIES
'3873
COMPASS BANK
(ACCOUNT 2A)

10/2/2017
$297,795.54

MICHAEL LACEY
'3620
FIRST FEDERAL SAVINGS
& LOAN OF SAN RAFAEL
(ACCOUNT 6)

---

[1] A go-between is an account set up for the main purpose of transferring funds from one or more bank accounts to one or more other bank accounts.  Commonly used as a means of concealing the original source of the funds.

9

**H.**   **TRACING FOR REPUBLIC BANK OF ARIZONA ACCOUNTS '1889 (7A), '2592 (7B), '1938 (7E), '2485 (16A), '1897 (16B), '3126 (16C), '8103 (16G), '8162 (16H), '8189 (16I), '8316 (16D), '8324 (16E), AND '8332 (16F),**

1.   <u>Republic Bank of Arizona '1889 AND '2592</u>

14.   Republic Bank of Arizona account '1889 is held in the name of LARKIN. In furtherance of their money laundering scheme, and in an attempt to further conceal the true nature of the money, Backpage Operators used this account as a go-between funneling money from one account to another.  Republic Bank of Arizona account '2592 is held in the name of James LARKIN

a.   On July 6, 2017, Compass Bank account '3873 wired $971,651.51 into Republic Bank of Arizona account '1889.

b.   On July 28, 2017, Republic Bank of Arizona account '1889 wired $400,000 into Republic Bank of Arizona account '2592.



## 2.   Republic Bank of Arizona '1938

15.   Republic Bank of Arizona account '8103 is a CDARS held in the name of James LARKIN, Value: $500,000.00.  Republic Bank of Arizona account '8162 is a CDARS held in the name of James LARKIN, Value: $250,000.00. Republic Bank of Arizona account '8189 is a CDARS held in the name of James LARKIN, Value: $250,000.00.



### 3.   Republic Bank of Arizona '2485, '1897, and '3126

16.   Republic Bank of Arizona account '2485 is held in the name of LACEY. In furtherance of their money laundering scheme, and in an attempt to further conceal the true nature of the money, Backpage Operators used this account as a go-between funneling money from one account to another. Republic Bank of Arizona account '3126 is held in the name of LACEY. Republic Bank of Arizona account '1897 is held in the name of LACEY. In furtherance of their money laundering scheme, and in an attempt to further conceal the true nature of the money, Backpage Operators used these account as a go-between funneling money from one account to another.

   a.   On December 2, 2016, the Foreign Account in the Netherlands wired $324,055.85 to Compass Bank account '3873.

   b.   On December 8, 2016, the Netherland Account wired $499,970.00 to Compass Bank account '3873.

   c.   On December 27, 2016, the Foreign Account wired $199,970.00 to Compass Bank account '3873.

   d.   From March through December 2017, Compass Bank account '3873 paid over $9,000 to "Cox Communications," an internet services company that Backpage uses to facilitate its internet presence and promote its sale of prostitution advertising.

   e.   On May 31, 2017, Compass Bank account '3873 wired approximately $676,808.04 into Republic Bank of Arizona account '2485.

   f.   On June 30, 2017 Republic Bank of Arizona account '2485 transferred $600,000 to Republic Bank of Arizona account

12

'1897.

g.   On April 16, 2018, LACEY personally went into the
Republic Bank of Arizona, withdrew $500,000 from Republic Bank
of Arizona account '2485 and opened Republic Bank of Arizona
account '3126 with an initial deposit of the $500,000 he had
just withdrawn from Republic Bank of Arizona account '2485.



4. <u>Republic Bank of Arizona '8103, '8162, '8189</u>

17. Republic Bank of Arizona account '8103 is a CDARS held in the name of James LARKIN, Value: $500,000.00. Republic Bank of Arizona account '8162 is a CDARS held in the name of James LARKIN, Value: $250,000.00. Republic Bank of Arizona account '8189 is a CDARS held in the name of James LARKIN, Value: $250,000.00.

a. On July 28, 2017, Republic Bank of Arizona account '1889 wired $400,000 into Republic Bank of Arizona account '2592.

b. On or about February 8, 2018, LARKIN wrote a check from $1 million drawn from Republic Bank of Arizona account '2592. This check was paid to Republic Bank of Arizona and was used to fund LARKIN's CDARS accounts; Republic Bank of Arizona account '8103 (which received $500,000), Republic Bank of Arizona account '8162 (which received $250,000), and Republic Bank of Arizona account '8189 (which received $250,000).



5.     Republic Bank of Arizona '8316, '8324, '8332

18.   Republic Bank of Arizona account '8316 is a
Certificate of Deposit Account Registry Service ("CDARS") and is
held in the name of LACEY. Republic Bank of Arizona account
'8324 is a Certificate of Deposit Account Registry Service
("CDARS") and is held in the name of LACEY. Republic Bank of
Arizona account '8332 is a Certificate of Deposit Account
Registry Service ("CDARS") and is held in the name of LACEY. In
furtherance of their money laundering scheme, and in an attempt
to further conceal the true nature of the money, Backpage
Operators used this account as a go-between funneling money from
one account to another.

a.   On October 2, 2017 Cereus Properties at Compass
Bank account '3873 wired two wires to LACEY controlled accounts:

i.   $694,856.25 was wired to LACEY's San
Francisco Fire Credit Union account '2523

ii.  297,795.54 was wired to LACEY's First
Federal Savings & Loan of San Rafael account '3620.

b.   On or about February 15, 2018, LACEY drafted two
checks totaling $1.2 million, which he split between three of
his "CDARS" accounts at Republic Bank of Arizona: '8316, '8324
and '8332.  The first check was drawn from First Federal Savings
& Loan of San Rafael account '3620 in the amount of $600,000.
The second check was drawn from San Francisco Fire Credit Union
account '2523, also in the amount of $600,000.  The combination

15

of these two checks totaling $1.2 million. Republic Bank of Arizona account '8316 received $600,000.



## I.   *TRACING FOR BANK OF AMERICA ACCOUNT '8225 (8A), '7054 (8B), '9342 (8C), '0071 (8D)

19.   The Bank of America account '8225 is held in the name of Troy Larkin.

a.   On February 2, 2018, Compass Bank account '3873 wired $28,337 into Bank of America account '8225.

20.   The Bank of America account '7054 is held in the name of Ramon Larkin.

a.   On February 2, 2018, Compass Bank account '3873 wired $28,337 into Bank of America account '7054.

21.   The Bank of America account '9342 is held in the name of Daniel Hyer and Melissa Deeann Row-Hyer.

a.   On August 2 and August 8, 2017, Prosperity Account bank '7188 wired $33,700 and $44,000, respectively, to S&W Payroll, a company Backpage uses to pay its employees.

b.   Between August 11, 2017, and December 1, 2017, S&W Payroll wired a total of $207,125.81 into Bank of America account '9342.

22.   The Bank of America account '9342 is held in the name of Daniel Hyer.

a.   Between November 3, 2017, and December 8, 2017, Bank of America account '9342 wired $57,500 into Bank of America account '0071.

Account 8A, 8B, 8C, and 8D



**J.** **\*TRACING OF SAN FRANCISCO FIRE CREDIT UNION '2523 (9)**

23.   The San Francisco Fire Credit Union account '2523 was held in the name of Michael LACEY and Jean K. Warren.

        a.   On February 2, 2018, Compass Bank account '3873 wired $734,603.70 into San Francisco Fire Credit Union account '2523.



CEREUS PROPERTIES
'3873
COMPASS BANK
(SUBJECT ACCOUNT 2A)

2/2/2018
$734,603.70

MICHAEL LACEY
'2523
SAN FRANCISCO FIRE CREDIT UNION
(SUBJECT ACCOUNT 9)

**K.   *TRACING FOR GREEN BANK ACCOUNT '4832 (12A) and '4293 (12B)**

24.  The Green Bank accounts '4831 and '4293 were held in the name of FERRER.

a.   On August 8, 2017, Prosperity Account bank '7188 wired $62,000 into Green Bank account '4832.

b.   On December 8, 2017, Seized Account 12A wired $20,000 into Green Bank account '4293.



| POSTING SOLUTIONS | CARL FERRER | Carl Ferrer |
|---|---|---|
| '7188 | '4832 | '4293 |
| PROSPERITY BANK | GREEN BANK | Green Bank |
| (SUBJECT ACCOUNT 1) | (SUBJECT ACCOUNT 12A) | (SUBJECT ACCOUNT 12B) |

8/8/2017 $62,000 → 12/8/2017 $200,000 →

**L.**   **TRACING FOR PERKINS COIE TRUST COMPANY ACCOUNT '0012 (14)**

25.   Perkins Coie Trust Company account number '0012 held in the name of Margaret LARKIN, LARKIN'S spouse.  In furtherance of their money laundering scheme, and in an attempt to further conceal the true nature of the money, Backpage Operators used this account in a series of transfer between payments made for the SUA and other accounts.

26.   The different accounts involved in this tracing include: Branch Banking & Trust account number '2008, belonging to Website Technologies; Arizona Bank & Trust account number '6211 belonging to Cereus Properties, Charles Schwab account number '4693 in the name of LARKIN; Northern Trust Company account number '9562 under the name "Ocotillo Family Trust," belonging to James LARKIN"; and Morgan Stanley account number '1673 belonging to James LARKIN and his wife, Margaret LARKIN; and GoCoin transactions related to certain ads posted on Backpage, specifically including ads that related to child victims A.C., S.F., T.S., S.L., K.O., and R.W.

a.   On September 6, 2015, a bitcoin account associated with the owner of the email address who trafficked A.C. and S.F. paid Backpage about $4 worth of bitcoin in order to post an ad promoting the trafficking of those victims in Palm Springs, California.

b.   On September 15, 2015, an email from the same email address owner indicated a payment to Backpage of about $8

21

worth of bitcoin in order to "Fund Account"[2] for
palmsprings.backpage.com.

       c.    On October 6, 2015, the same email address owner
paid Backpage about $1 worth of bitcoin to "Fund Account" on
palmsprings.backpage.com.

       d.    On October 30, 2015, a bitcoin account associated
with the owner of the email address who trafficked T.S., S.L.,
K.O., and R.W. paid Backpage about $1 worth of bitcoin in order
to post an ad promoting the trafficking of those victims in
Columbus, Ohio.

       e.    On November 2, 2015, this same email address
owner paid Backpage about $1 worth of bitcoin to "Move Ad to Top
of Listings" in the Columbus, Ohio Backpage ads.

       f.    On November 21, 2015, this same email address
owner paid Backpage about $1 worth of bitcoin to Backpage for
credit for that email owner's Backpage ad account.

       g.    During the period of September 4, 2015, and
November 23, 2015, Backpage advertisers used bitcoin to purchase
about 1,000,000 "adult" ads from Backpage.  Backpage then sold
that bitcoin to GoCoin for approximately $8.6 million.  Included
among the bitcoin sold to GoCoin during this period were the six
payments the pimps made to Backpage to purchase ads to promote
child prostitution.

       h.    During the period of December 14, 2015, through
December 29, 2015, a GoCoin account held in Slovakia wired over

---

[2] The email address owner provided bitcoin to Backpage as
payment for credit to be used at a later time to pay for
Backpage ads.

$1.25 million to Branch Banking & Trust account '2008 in the United States. The $1.25 million represented GoCoin's partial payment to Backpage for the bitcoin Backpage sold to GoCoin during the period of September 4, 2015, through November 23, 2015.

      i.   On December 31, 2015, Branch Banking & Trust account '2008 wired $811,424 to Arizona Bank & Trust account '6211.

      j.   On January 11, 2016, Arizona Bank & Trust account '6211 wired approximately $1.3 million to Charles Schwab account '4693.

      k.   On January 14, 2016, Charles Schwab account '4693 wired approximately $13.5 million to the Northern Trust Account.

      l.   In July 21, 2017, Northern Trust Company account '9562 wired $6.014 million to Morgan Stanley account '1673.

      m.   In or about November 2017, Morgan Stanley elected to terminate its business relationship with LARKIN.

      n.   Following this, on November 30, 2017, LARKIN wired all the funds then held Morgan Stanley account '1673, about $10 million dollars, to Perkins Coie Trust Company account number '0012.

      o.   Some of the funds in Perkins Coie Trust Company account number '0012 were used, among other things, to purchase bonds and/or securities, which assets remain held in Perkins Coie Trust Company account number '0012.



GOCOIN
(SLOVAKIA)

12/14/2015 - 12/29/2015
$1.25 MILLION

WEBSITE TECHNOLOGIES
'2008
BRANCH BANKING & TRUST

12/31/2015
$811,424

CEREUS PROPERTIES
'6211
ARIZONA BANK & TRUST

1/11/2016
$1.3 MILLION

JAMES LARKIN
CHARLES SCHWAB
'4693

1/14/2016
$13.5 MILLION

OCOTILLO FAMILY TRUST
NORTHERN TRUST
'9562

7/21/2017
$6.014 MILLION

JAMES A LARKIN, MARGARET G LARKIN
MORGAN STANLEY
'1673

11/30/2017
$10 MILLION

COYOACAN TRUST - MARGARET LARKIN
PERKINS COIE TRUST COMPANY
'7012
(ACCOUNT 14)

**M.   TRACING FOR ALLIANCE BERNSTEIN ACCOUNTS '6878 (15A), '4954 (15B), '7892 (15D), '7889 (15E), '7888 (15F) '0582, AND '6485 (15G)**

27.   Alliance Bernstein accounts '6878, '4954, '7892, '7889, '7888 '0582, and '6485 are held in the name of the "BRUNST Family Trust."  BRUNST and his wife, Mary BRUNST, are the sole trustees for these accounts. In furtherance of their money laundering scheme, and in an attempt to further conceal the true nature of the money, Backpage Operators used this account as a go-between funneling money from one account to another.

a.   During the period between September 4, 2015, and November 23, 2015, Backpage advertisers used bitcoin to purchase about 1,000,000 "adult" ads from Backpage.  Backpage then sold that bitcoin to GoCoin for approximately $8.6 million.  Included among the bitcoin sold to GoCoin during this period were the six payments the pimps made to Backpage to purchase ads to promote child prostitution.

b.   During the period of December 14, 2015, through December 29, 2015, a GoCoin account held in Slovakia wired over $1.25 million to Branch Banking & Trust account '2008 Account belonging to Website Technologies in the United States which represented GoCoin's partial payment to Backpage for the bitcoin Backpage sold to GoCoin during the period of September 4, 2015, through November 23, 2015.

c.   On December 31, 2015, the Branch Banking & Trust account '2008 wired $811,424 to Arizona Bank & Trust account '6211 belonging to Cereus Properties.

d.   On December 6, 2016, Arizona Bank & Trust account '6211 wired $161,459 to Wells Fargo Bank account '4891, belonging to BRUNST.

e.   On January 4, 2017, Arizona Bank & Trust account '6211 wired another $258,841 to Wells Fargo Bank account '4891.

f.   On January 5, 2017, Wells Fargo Bank account '4891 transferred $300,000 to Wells Fargo Bank account '7474 belonging to the BRUNST Family Trust.

g.   On May 19, 2017, Wells Fargo Bank account '7474 wired about $1.5 million into Alliance Bernstein account '6878.

h.   On May 23, 2017, Alliance Bernstein account '6878 transferred about $350,000 to Alliance Bernstein account '6878.

i.   On June 7, 2017, Alliance Bernstein account '6878 transferred about $1.34 million to Alliance Bernstein account '6878.

j.   On September 13, 2017, Alliance Bernstein account '6878 transferred about $581,000 to Alliance Bernstein account '7892.

k.   On September 13, 2017, Alliance Bernstein account '6878 transferred about $250,000 to Alliance Bernstein account '7889.

l.   On September 13, 2017, Alliance Bernstein account '6878 transferred about $250,000 to Alliance Bernstein account '7888.

m.   On September 15, 2017, Alliance Bernstein account '6878 transferred about $500,000 to Alliance Bernstein account '6485.

26

Seized Accounts 15A through 15G



## N.   TRACING FOR K&H BANK ACCOUNT '1210 (17)

28.   K&H Bank account '1210 is located in Hungary, and held in the name of Primus Trust Company ("Binghampton Trust") for the benefit of LACEY. In furtherance of their money laundering scheme, and in an attempt to further conceal the true nature of the money, Backpage Operators used this account as a go-between funneling money from one account to another.

29.   The tracing of this account involves numerous banks and bank accounts both foreign and domestic.  The accounts include: Branch Banking & Trust account '2008, belonging to Website Technologies; Arizona Bank & Trust account '6211 belonging to Cereus Properties; Arizona Bank & Trust annuity trust account numbers '1967, '1972, '1986, '1991, and '2014, all held in LACEY's name ("AZBT Annuity Accounts"); and Johnson Financial account '9992 held in an IOLTA with LACEY as the sole beneficiary.

a.   Between December 14, 2015, and January 15, 2016, in approximately 26 wires, a GoCoin account in Slovakia transferred over $2.5 million to Branch Banking & Trust account '2008 in the United States.

b.   On January 15, 2016, Branch Banking & Trust account '2008 wired $189,571 to Verizon in Los Angeles, California, in payment for Backpage internet services.

c.   Between January 21, 2016, and August 31, 2016, in approximately 27 wires, Branch Banking & Trust account '2008 transferred approximately $48 million to Arizona Bank & Trust account '6211.

d.   Between April 1, through October 6, 2016, in

28

approximately 12 transactions, Arizona Bank & Trust account '6211 transferred over $18 million to the AZBT Annuity Trust Accounts.

e.   On December 29, 2016, LACEY's AZBT Annuity Trusts Accounts sent five wires totaling $16.5 million to Johnson Financial account '9992.

f.   On January 3, 2017, Johnson Financial account '9992 wired the $16.5 million to K&H Bank account '1210 in Hungary.

**O.**   **TRACING FOR FIO BANK ACCOUNTS '5803 (18A), '5801 (18B), AND '5805 (18C)**

30.   Fio Bank accounts '5803, '5801, and '5805 are located in the Czech Republic, and held in the name of Ad Tech BV, with FERRER as the ultimate beneficial owner. According to FERRER, all funds in these accounts are the criminally derived proceeds of ads promoting prostitution.

31.   Fio Bank accounts '5803, '5801, and '5805 are accounts receivable accounts.  As such, Payment processors and merchant processors would take credit card payments, and payments such as bitcoin payments from Backpage customers for prostitution and other ads, and would transfer these funds to accounts such as Fio Bank accounts '5803, '5801, and '5805.

   i.   On May 8, 2018, within the Stipulation for Preliminary Order of Forfeiture, CR18-465-PHX-SPL, FERRER as CEO of Backpage.com, stipulated that any and all bank funds, securities, or other assets on deposit or seized from these accounts are forfeitable property.

**P.    TRACING FOR FIO BANK ACCOUNTS '2226 (18D), '2231 (18E), and '2230 (18F)**

32.    Fio Bank accounts '2226, '2231, '2230 are located in the Czech Republic, and held in the name of Gold Leaf SRO.  All funds and securities in these accounts are held for Backpage.com by a third party, Gold Leaf SRO. According to FERRER and the Service Level Agreement ("SLA") between Ad Tech BV, a Backpage owned company and Gold Leaf SRO, the funds and/or securities in these accounts are the criminally derived proceeds of Backpage ads, including ads promoting prostitution.

33.    The SLAs state that 99.5% of the net proceeds are to be paid to Ad Tech BV, which is owned by Backpage.  According to FERRER, the arrangement between Gold Leaf, SRO, and Backpage was put into place to evade what he called a "blockade by credit card companies."  FERRER explained that beginning around 2015, U.S. credit card companies such as MasterCard and Visa refused to process credit card payments for Backpage due to the negative press surrounding sex trafficking and prostitution content on Backpage.

34.    As one of the ways around this "blockade," Backpage Operators set up agreements with foreign persons and partners to "franchise" websites for the sole purpose of accepting credit card payments.

35.    According to FERRER, this use of foreign third-parties and foreign accounts allowed Backpage to continue to accept credit card payments for prostitution ads while concealing from the credit card companies that the payments were for Backpage ads.

31

36.   FERRER said that Gold Leaf SRO existed for the sole purpose of funneling to Backpage accounts otherwise prohibited credit card payments for Backpage ads.  FERRER explained that these accounts are owned by Backpage and are not co-mingled with other funds, and are therefore subject to seizure and forfeiture to the United States.

i.   On May 8, 2018, within the Stipulation for Preliminary Order of Forfeiture, CR18-465-PHX-SPL, FERRER as CEO of Backpage.com, stipulated that any and all bank funds, securities, or other assets on deposit or seized from these accounts are forfeitable property.

### Q.   TRACING FOR FIO BANK ACCOUNTS '4194 (18G), '4196 (18H), AND '4198 (18I)

37.   Fio Bank accounts '4194, '4196 and '4198 are located in the Czech Republic, and held in the name of Protecctio SRO. All funds and securities in these accounts are held for Backpage.com by a third party, Protecctio SRO. According to FERRER and the Service Level Agreement ("SLA") between Protecctio, a Backpage owned company and Protecctio SRO, the funds and/or securities in these accounts are the criminally derived proceeds of Backpage ads, including ads promoting prostitution.

38.   The SLAs state that 99.5% of the net proceeds are to be paid to Ad Tech BV, which is owned by Backpage.  According to FERRER, the arrangement between Protecctio SRO, and Backpage was put into place to evade what he called a "blockade by credit card companies."  FERRER explained that beginning around 2015, U.S. credit card companies such as MasterCard and Visa refused to process credit card payments for Backpage due to the negative press surrounding sex trafficking and prostitution content on Backpage.

39.   As one of the ways around this "blockade," Backpage Operators set up agreements with foreign persons and partners to "franchise" websites for the sole purpose of accepting credit card payments.

40.   According to FERRER, this use of foreign third-parties and foreign accounts allowed Backpage to continue to accept credit card payments for prostitution ads while concealing from the credit card companies that the payments were for Backpage

ads.

41.   FERRER said that Protecctio SRO existed for the sole purpose of allowing purchasers of prostitution ads to purchase ads on Backpage websites while evading the credit card company blockade.  FERRER explained that these accounts are owned by Backpage and are not co-mingled with other funds, and are therefore subject to seizure and forfeiture to the United States.

i.   On May 8, 2018, within the Stipulation for Preliminary Order of Forfeiture, CR18-465-PHX-SPL, FERRER as CEO of Backpage.com, stipulated that any and all bank funds, securities, or other assets on deposit or seized from these accounts is forfeitable property.

**R.   TRACING FOR FIO BANK ACCOUNT `8083 (18J), `8086 (18K), AND `8080 (18L)**

42.  Fio Bank accounts `8083, `8086, and `8080 are located in the Czech Republic, and held in the name of Varicok Company SRO.  All funds and securities in these accounts are held for Backpage.com by a third party, Varicok Company SRO. According to FERRER and the Service Level Agreement ("SLA") between Varicok Company SRO, a Backpage owned company and Varicok Company SRO, the funds and/or securities in these accounts are the criminally derived proceeds of Backpage ads, including ads promoting prostitution.

43.  The SLAs state that 99.5% of the net proceeds are to be paid to Ad Tech BV, which is owned by Backpage.  According to FERRER, the arrangement between Varicok Company SRO, and Backpage was put into place to evade what he called a "blockade by credit card companies."  FERRER explained that beginning around 2015, U.S. credit card companies such as MasterCard and Visa refused to process credit card payments for Backpage due to the negative press surrounding sex trafficking and prostitution content on Backpage.

44.  As one of the ways around this "blockade," Backpage Operators set up agreements with foreign persons and partners to "franchise" websites for the sole purpose of accepting credit card payments.

45.  According to FERRER, this use of foreign third-parties and foreign accounts allowed Backpage to continue to accept credit card payments for prostitution ads while concealing from the credit card companies that the payments were for Backpage

35

ads.

46.   FERRER said that Varicok Company SRO existed for the sole purpose of allowing purchasers of prostitution ads to purchase ads on Backpage websites while evading the credit card company blockade.   FERRER explained that these accounts are owned by Backpage and are not co-mingled with other funds, and are therefore subject to seizure and forfeiture to the United States.

i.   On May 8, 2018, within the Stipulation for Preliminary Order of Forfeiture, CR18-465-PHX-SPL, FERRER as CEO of Backpage.com, stipulated that any and all bank funds, securities, or other assets on deposit or seized from these accounts is forfeitable property.

**S.**    **TRACING FOR BANK FRICK ACCOUNTS `K000 K (19A), `K000 U (19B), `K000 E (19C), AND `K001 E (19D)**

47.    Bank Frick accounts `K000 K, `K000 U, `K000 E, and `K001 E are located in Principality of Liechtenstein, and held in the name of Ad Tech BV, and FERRER is the ultimate beneficial owner.  According to FERRER these are accounts receivable banking accounts.

48.    Payment processors and merchant processors would take credit card payments, and payments such as bitcoin payments from Backpage customers for prostitution and other ads, and would transfer these funds to Bank Frick accounts `K000 K, `K000 U, `K000 E, and `K001 E.

49.    These accounts contain funds and/or securities that are criminally derived and are subject to forfeiture.  FERRER and Backpage has agreed to surrender these funds and/or securities as they are criminally derived.

**T.**   **TRACING FOR KNAB BANK ACCOUNT '7664 (20)**

50.   Knab Bank account '2452 is located in Kingdom of the Netherlands, and held in the name of Procop Services BV.  All funds and securities in this account are held for Backpage.com by Procop Services BV. According to FERRER and the Service Level Agreement ("SLA") between Procop Services BV, a Backpage owned company and Procop Services BV, the funds and/or securities in these accounts are the criminally derived proceeds of Backpage ads, including ads promoting prostitution.

51.   The SLAs state that 99.5% of the net proceeds are to be paid to Ad Tech BV, which is owned by Backpage.  According to FERRER, the arrangement between Procop Services BV, and Backpage was put into place to evade what he called a "blockade by credit card companies."  FERRER explained that beginning around 2015, U.S. credit card companies such as MasterCard and Visa refused to process credit card payments for Backpage due to the negative press surrounding sex trafficking and prostitution content on Backpage.

52.   As one of the ways around this "blockade," Backpage Operators set up agreements with foreign persons and partners to "franchise" websites for the sole purpose of accepting credit card payments.

53.   According to FERRER, this use of foreign third-parties and foreign accounts allowed Backpage to continue to accept credit card payments for prostitution ads while concealing from the credit card companies that the payments were for Backpage ads.

54.   FERRER said that Procop Services BV existed for the

sole purpose of allowing purchasers of prostitution ads to purchase ads on Backpage websites while evading the credit card company blockade.  FERRER explained that these accounts are owned by Backpage and are not co-mingled with other funds, and are therefore subject to seizure and forfeiture to the United States.

**U.    TRACING FOR RABO BANK ACCOUNT '2452 (21A) and '4721(21B)**

55.    According to FERRER and business agreements, Rabo Bank
Account '2452 is an account in the Netherlands held in the name of
Gulietta Group BV.  The funds and/or securities in this account are
derived from selling advertisements online, most of which are for
prostitution advertisements.  The SLAs state that 99.5% of the net
proceeds are to be paid to Ad Tech BV which is owned by Backpage.

56.    According to FERRER, the arrangement between Guilietta
Group BV, and Backpage was put into place to evade what he called
a "blockade by credit card companies."  FERRER explained that
beginning around 2015, U.S. credit card companies such as
MasterCard and Visa refused to process credit card payments for
Backpage due to the negative press surrounding sex trafficking
and prostitution content on Backpage.

57.    As one of the ways around this "blockade," Backpage
Operators set up agreements with foreign persons and partners to
"franchise" websites for the sole purpose of accepting credit
card payments.

58.    This use of foreign third-parties and foreign accounts
allowed Backpage to continue to accept credit card payments for
prostitution ads while concealing from the credit card companies
that the payments were for Backpage ads.

59.    Rabo Bank account '4721 is an account in the
Netherlands held in the name of UnivsersAds BV.  According to
Ferrer and the SLA between the companies, the funds and/or
securities in this account are derived from selling
advertisements online, most of which are for prostitution

40

advertisements.  The Service Level Agreements state that 99.5% of the net proceeds are to be paid to Ad Tech BV which is owned by Backpage.

60.  According to Ferrer, the arrangement between UniversAds BV and Ad Tech BV or Backpage was put into place to evade the same credit card blockade described above.  Ferrer explained that these accounts are owned by Backpage and are not co-mingled with other funds and/or securities, and are therefore subject to seizure and forfeiture to the United States.

## V.    TRACING FOR ACACIA CONSERVATION FUND `0112 (22)

61.    Acacia Conservation Fund LP account `0112 are
investment funds held in the name of Ocotillo Family Trust.
Ocotillo Family Trust is owned by JAMES and Margaret LARKIN.  In
furtherance of their money laundering scheme, and in an attempt
to further conceal the true nature of the money, Backpage
Operators used these accounts as go-betweens to funnel money
from one account to another.

a.    The tracing involved numerous accounts including:
Branch Banking & Trust account number `2008, held in the name of
Website Technologies; Arizona Bank & Trust account number `6211
held in the name of Cereus Properties; Charles Schwab account
number `4693 held in the name of JAMES LARKIN; and Pershing, LLC
Account number `1121 held in the name of Acacia Conservation
Fund; and GoCoin transactions related to certain ads posted on
Backpage, specifically including ads that related to child
victims A.C., S.F., T.S., S.L., K.O., and R.W.

b.    On September 6, 2015, a bitcoin account
associated with the owner of the email address who trafficked
A.C. and S.F. paid Backpage about $4 worth of bitcoin in order
to post an ad promoting the trafficking of those victims in Palm
Springs, California.

c.    On September 15, 2015, an email from the same
email address owner indicated a payment to Backpage of about $8

worth of bitcoin in order to "Fund Account"[3] for
palmsprings.backpage.com.

      d.   On October 6, 2015, the same email address owner
paid Backpage about $1 worth of bitcoin to "Fund Account" on
palmsprings.backpage.com.

      e.   On October 30, 2015, a bitcoin account associated
with the owner of the email address who trafficked T.S., S.L.,
K.O., and R.W. paid Backpage about $1 worth of bitcoin in order
to post an ad promoting the trafficking of those victims in
Columbus, Ohio.

      f.   On November 2, 2015, this same email address
owner paid Backpage about $1 worth of bitcoin to "Move Ad to Top
of Listings" in the Columbus, Ohio Backpage ads.

      g.   On November 21, 2015, this same email address
owner paid Backpage about $1 worth of bitcoin to Backpage for
credit for that email owner's Backpage ad account.

      h.   During the period of September 4, 2015, and
November 23, 2015, Backpage advertisers used bitcoin to purchase
about 1,000,000 "adult" ads from Backpage.  Backpage then sold
that bitcoin to GoCoin for approximately $8.6 million.  Included
among the bitcoin sold to GoCoin during this period were the six
payments the pimps made to Backpage to purchase ads to promote
child prostitution.

      i.   During the period of March 23, 2016, through
March 31, 2016, in three transactions, Branch Banking and Trust

---

[3] The email address owner provided bitcoin to Backpage as
payment for credit to be used at a later time to pay for
Backpage ads.

Bank account '2008 wired $3,694,813.60 to the Arizona Bank and Trust Account '6211.

       j.   During the period of April 1, 2016, through July 1, 2016, in five transactions, the Arizona Bank and Trust Account '6211 wired $5,750,294 to LARKIN's Charles Schwab account '4693.

       k.   On July 1, 2016, the Charles Schwab account '4693 wired $15 million to the Acacia Conservation Fund, LP account '0112.

       l.   During the period of August 2, 2016, through October 6, 2016, in six transactions, the Arizona Bank and Trust Account '6211 wired $9,550,315 to LARKIN's Charles Schwab account '4693.

       m.   On January 3, 2017, the Charles Schwab account '4693 wired $2.5 million to the Acacia Conservation Fund, LP account '0112.

       n.   On January 4, 2017, the Charles Schwab account '4693 wired $2.5 million to the Acacia Conservation Fund, LP account '0112.

ACCOUNT 22



GOCOIN
(SLOVAKIA)

12/14/2015 - 12/29/2015
(13 trns)
$1,251,179.97

WEBSITE TECHNOLOGIES
'2008
BRANCH BANKING & TRUST

12/31/2015
$811,424.07

CEREUS PROPERTIES
'6211
ARIZONA BANK & TRUST

1/11/2016
$1.3 MILLION

JAMES LARKIN
CHARLES SCHWAB
'4693

7/1/2016   $15,000,000
1/3/2017   $2,500,000
1/4/2017   $2,500,000

Acacia Conservation Fund, LP
Ocotillo Family Trust
'2020
Pershing LLC

1/15/2016
$189,571

EDGECAST NETWORKS INC/
VERIZON
(PROMOTION CDCA)

45

### W. TRACING FOR SAXO PAYMENTS ACCOUNT '1262 (23)

62.   Saxo Payments account number 00011262 is a United Kingdom-based account held in the name of Cashflows Europe Limited ("Cashflows").  Cashflows is holding these funds for the benefit of Gulietta Group B.V., Universads B.V, Procop Services B.V., and Proteccio SRO, each of which company is a Backpage owned or controlled entity.  United Kingdom law enforcement officials have restrained the funds held by these four companies and consolidated them into this Saxo Payments account.

63.   On April 5, 2018, pursuant to a plea agreement in the District of Arizona, FERRER plead guilty to a single-count information charging him with a violation of 18 U.S.C. § 371, conspiracy to violate 18 U.S.C. §§ 1952 (the Travel Act) and 1956 (money laundering).  As part of his plea agreement, FERRER agreed to "take all steps within his power to forfeit to the United States all corporate assets and other property owned or controlled by Website Technologies, LLC, which own and operates the Backpage website, as well as corporate assets and other property owned or controlled by Backpage.com, LLC, Posting Solutions LLC, Amstel River Holdings, LLC, Ad Tech BV, and UGC Tech Group CV."  That same day, also in the District of Arizona, Backpage.com, LLC and related entities plead guilty to 18 U.S.C. § 1956(h) (money laundering conspiracy).

64.   Saxo Payments account '1262 contains funds from (1) Gulieta Group B.V.; (2) Procop Services B.V.; (3) Universads

B.V.; and (4) Protecctio SRO, (collectively referred to as, the "Entities"):

65.  According to FERRER and the four separate SLAs between (1) Ad Tech BV, a Backpage owned company, and Guilietta Group B.V.; (2) Backpage and Procop Services B.V.; (3) Backpage and Universe Ads B.V.; and (4) Backpage and Protecctio SRO, the funds and/or securities held by these entities are the criminally derived proceeds of Backpage ads, including ads promoting prostitution.  All four SLAs state that 99.5% of the net proceeds are to be paid to Ad Tech BV, which is owned by Backpage.  According to FERRER, the arrangements between these Entities, and Backpage were put into place to avoid what FERRER described as, "a blockade [of Backpage] by credit card companies."  FERRER explained that beginning around 2015, U.S. credit card companies such as MasterCard and Visa refused to process credit card payments for Backpage due to the negative press surrounding sex trafficking and prostitution content on Backpage.  As a way around this "blockade," Backpage Operators set up agreements with foreign persons and partners to "franchise" websites for the sole purpose of accepting credit card payments.  According to FERRER, this use of foreign third-parties and foreign accounts allowed Backpage to continue to accept credit card payments for prostitution ads while concealing from the credit card companies that the payments were for Backpage ads.  FERRER said that the Entities existed for the sole purpose of funneling to Backpage accounts otherwise prohibited credit card payments for Backpage ads.  FERRER

47

explained that these funds are owned by Backpage and are not co-mingled with other funds, and the funds held in Saxo Payments account '1262 are therefore subject to seizure and forfeiture to the United States.

## X.   \*TRACING FOR AS LHV PANK ACCOUNT '4431 (24)

66. Restrained Account 24 is an account maintained in the Republic of Estonia, held in the name of Olist OU.  The funds and/or securities in this account are derived from selling advertisements online, most of which ads are for prostitution advertisements.  The SLAs state that 99.5% of the net proceeds are to be paid to Ad Tech BV, which is owned by Backpage.  The arrangement between Olist OU and Ad Tech BV (Backpage) was put into place to avoid the same credit card "blockade" described in relation to Saxo Payments account '1262.  These accounts are owned by Backpage and are not co-mingled with other funds and/or securities.

## Y.   *TRACING COMPASS BANK ACCOUNT '4862 (25)

67. The Compass Bank account was opened in the name of Cereus Properties:

      a.   On December 2, 2016, the Foreign Account in the Liechtenstein wired $324,055.85 to Compass Bank account '3873.

      b.   On December 8, 2016, the Foreign Account wired $499,970.00 to Compass Bank account '3873.

      c.   On December 27, 2016, the Foreign Account wired $199,970.00 to Compass Bank account '3873.

      d.   On September 19, 2017, Compass Bank account '3873 wired $83,063 to Wells Fargo Bank account '9863.

      e.   Between September 20, 2017, and December 8, 2017, in a total of seven wire transfers, Wells Fargo Bank account -9863 sent a combined total of $944,729.25 to Compass Bank account '4862.

      f.   On December 13, 2017, Compass Bank account '4862 wired $406,211.10 to Republic Bank of Arizona account 1938.



### Z.    *TRACING OF MIDFIRST BANK ACCOUNT '4139 (26)

68.  The Midfirst Bank account was held in the name of John Becker's IOLTA for MICHAEL LACEY

a.  On January 4, 2017, GoCoin's Singapore account wired $489,500 into Account -1462, and on January 20, 2017, GoCoin's Singapore account directed two additional wires, for $358,150 and $470,150, respectively, into Account -1462 (totaling $1,317,800 wired from GoCoin's Singapore account into Account -1462).

b.  On or about February 23, 2017, Account -1462 sent two payments, a wire of $443,014 and a check for $27,887.41 to Compass Bank account '3873.

c.  Between March 30, 2017, and September 14, 2017, Compass Bank account '3873 sent five wires totaling $4,058.063.65 to Midfirst Bank account '4139.

d.  In July 2018, Midfirst Bank account '4139 was closed and a cashier's check totaling $2,412,785.47 was issued to Michael Lacey's Annuity Fund held by his attorney.  As of the date of this affidavit, this check has not been negotiated.



## AA.  ASCIO/WMB INC WEBSITES

69.  Backpage, until recently, controlled numerous domain names that have since been seized by the government pursuant to a seizure warrant issued in this district.[4]

70.  The Seized Domains are registered by "ASCIO TECHNOLOGIES INC" DBA "NETNAMES," a domain registrar that manages the reservation of internet domain names.  A domain registrar serves to ensure that a registered domain name, like each of the Seized Domains, is not double sold.

71.  Additionally, a domain registration will allow the owner of the domain to direct internet traffic to a company's webserver.  The Seized Domains were found to have been acquired and maintained with funds traceable to the money laundering scheme described herein, specifically with funds from Prosperity Bank account '7188, and the Seized Domains were the mechanism Backpage used to promote the prostitution and sex trafficking activity.

72.  The following domains constitute and are derived from proceeds traceable to one or more violations of 18 U.S.C. § 156(g), 18 U.S.C. § 156(a)(2), and 18 U.S.C. § 1957:

73.  atlantabackpage.com

74.  backpage.be

75.  backpage.com

76.  backpage.com.br

77.  backpage.cz

78.  backpage.dk

---

[4] 18-MJ-00711

79. backpage.ee

80. backpage.es

81. backpage.fi

82. backpage.fr

83. backpage.gr

84. backpage.hu

85. backpage.ie

86. backpage.it

87. backpage.lt

88. backpage.mx

89. backpage.net

90. backpage.no

91. backpage.pl

92. backpage.pt

93. backpage.ro

94. backpage.si

95. backpage.sk

96. backpage.us

97. backpage-insider.com

98. bestofbackpage.com

99. bestofbigcity.com

100. bigcity.com

101. chicagobackpage.com

102. denverbackpage.com

103. newyorkbackpage.com

104. phoenixbackpage.com

105. sandiegobackpage.com

106. seattlebackpage.com

53

107. tampabackpage.com

ASCIO/NETNAMES



8/4/2017
$4,137

POSTING SOLUTIONS
'7188
PROSPERITY BANK
(ACCOUNT 1)

ASCIO/NETNAMES USA INC
DOMAIN NAMES &
RENEWAL
(PROMOTION)
(SUBJECT DOMAINS)

# REAL PROPERTY TRACING

**A.      2043 Pleasant Hill Rd, Sebastopol, CA 95472**

108. Michael LACEY knowingly engaged and attempted to engage in a monetary transaction in criminally derived property of a value greater than $10,000 and is derived from SUA activity in violation of 18 U.S.C. § 1957.

109. As set forth below, financial transactions involving illicit proceeds were deposited in GoCoin (Singapore) which were then moved through the Posting Solutions Prosperity Bank account, then moved through the Cereus Properties Compass Bank account, then moved to the San Francisco Fire Credit Union account '2523 controlled by Michael LACEY.

110. Additional financial transactions involving illicit proceeds were deposited in Ad Tech BV Bank Frick account (XXXX) which were then moved through the Cereus Properties Compass Bank account, then moved to the San Francisco Fire Credit Union account '2523 controlled by Michael LACEY.  LACEY issued a check from his San Francisco Fire Credit Union account '2523 to the Sonoma County Tax Collector.

| Date(s) | Approximate Amount of Wire Transfers from GoCoin and Ad Tech BV | | | Debits from San Francisco Fire Credit Union Account '2523 | |
| --- | --- | --- | --- | --- | --- |
| | From | To | Amount | Amount | To |
| 8/1/2017 – 9/1/2017 | GoCoin | Posting Solutions | $2.7 Million | | |
| 7/25/2017 – 10/2/2017 | Posting Solutions | Cereus Properties | $1.67 Million | | |

| | | | | |
|---|---|---|---|---|
| 12/2/2016 – 12/30/2016 | Ad Tech BV | Cereus Properties | $1,023,995.95 | | |
| 10/2/2017 | Cereus Properties | San Francisco Fire Credit Union '2523 | $694,856.25 | | |
| 10/10/2017 | | | | $12,956.25 | Sonoma County Tax Collector |

111. As noted above, on October 10, 2017, LACEY issued a check for $12,956.25 to Sonoma County Tax Collector.  The notation on this wire was "2043 Pleasant Hill Dr Sebastopol".

112. Finca Manzana for Sebastopol, LLC, a Delaware limited liability company, which was the entity used to take title to SEBASTOPOL, CALIFORNIA PROPERTY, is owned by Michael LACEY.  On February 11, 2016, Deborah Chalsty transferred by grant deed, as instrument number 2016010019 of the Sonoma County official records, SEBASTOPOL, CALIFORNIA PROPERTY to Michael LACEY, an unmarried man.  On April 24, 2017, Michael LACEY, for no consideration, transferred by grant deed, as instrument number 2017031052 of the Sonoma County official records, SEBASTOPOL, CALIFORNIA PROPERTY to Finca Manzana for Sebastopol, LLC. As noted in the grant deed:

> "There was no consideration for this transfer.  This is a transfer between an individual or individuals and a legal entity or between legal entities that results solely in a change in the method of holding title and in which proportional ownership inters in the realty remain the same. . ."

113. LACEY used funds that had been moved through GoCoin and Ad Tech BV, through Posting Solution and Cereus Properties

accounts, to an account controlled by himself, to acquire or
maintain the real property known as 2043 Pleasant Hill Rd.



**B.**    **343 Presidio Ave, San Francisco, CA 94115**

114. Michael LACEY knowingly engaged and attempted to engage in a monetary transaction in criminally derived property of a value greater than $10,000 and is derived from SUA activity in violation of 18 U.S.C. § 1957.

115. As set forth below, financial transactions involving illicit proceeds were deposited in GoCoin (Singapore) which were then moved through the Posting Solutions Prosperity Bank account, then moved through the Cereus Properties Compass Bank account, then moved to the San Francisco Fire Credit Union account '2523 controlled by Michael LACEY.

116. Additional financial transactions involving illicit proceeds were deposited in Ad Tech BV Bank Frick account (XXXX) which were then moved through the Cereus Properties Compass Bank account, then moved to the San Francisco Fire Credit Union account '2523 controlled by Michael LACEY.  Lacey issued a check from his San Francisco Fire Credit Union account to pay the San Francisco Tax Collector.

| Date(s) | Approximate Amount of Wire Transfers from GoCoin and Ad Tech BV | | | Debits from San Francisco Fire Credit Union Account '2523 | |
|---------|------|------|--------|--------|------|
|         | From | To   | Amount | Amount | To   |
| 8/1/2017 – 9/1/2017 | GoCoin | Posting Solutions | $2.7 Million | | |
| 7/25/2017 – 10/2/2017 | Posting Solutions | Cereus Properties | $1.67 Million | | |
| 12/2/2016 – | Ad Tech BV | Cereus | $1,023,995.95 | | |

| 12/30/2016 | | Properties | | | |
| 10/2/2017 | Cereus  Properties | San Francisco Fire Credit Union '2523 | $694,856.25 | | |
| 10/10/2017 | | | | $15,053.08 | San Francisco Tax Collector |

117. As noted above, on October 10, 2017, LACEY issued a check for $15,053.08 to San Francisco Tax Collector.  The notation on this wire was "343 Presidio".

118. On May 18, 2016, David H. Berg, Trustee and Geraldine B Berg, Trustee of The Berg Family Trust, dated August 15, 2005 transferred by grant deed, as instrument number 2016-K245482-00 of the San Francisco County official records, 343 Presidio Ave, to Michael G. LACEY, a single man and Alyson Talley, a single woman, as joint tenants with right of survivorship.

119. LACEY used funds that had been moved through GoCoin and Ad Tech BV, through Cereus Properties accounts, to accounts controlled by himself, to acquire or maintain the real property known as SAN

120. FRANCISCO, CALIFORNIA PROPERTY 1.



## C.     2755 Fillmore St, San Francisco, CA 94123

121. Michael LACEY knowingly engaged and attempted to engage in a monetary transaction in criminally derived property of a value greater than $10,000 and is derived from SUA activity in violation of 18 U.S.C. § 1957.

122. As set forth below, financial transactions involving illicit proceeds were deposited in GoCoin (Slovakia) which was then moved through the Website Technologies Branch Banking & Trust account, then moved through Cereus Properties Arizona Bank & Trust account, then moved through multiple Annuity trust accounts controlled by LACEY, then moved to Arizona Bank & Trust account '1793 controlled by LACEY.  Funds from LACEY's Arizona Bank & Trust account '1793 were then wire transferred to Fidelity National Title Company.

123. As noted above, on June 27, 2016, LACEY wired, or caused to be wired, $397,500.00 to Fidelity National Title Company.  The notation on this wire was "XXX(Earnest Money)XXXXXX".  On July 20, 2016, LACEY wired, or caused to be wired, $12,859,152.57 to Fidelity National Title Company.  The notation on this wire was "XX(Balance of Property)XXXXX".

124. Casa Bahia for San Francisco, LLC, a Delaware limited liability company, which was the entity used to take title to SAN FRANCISCO, CALIFORNIA PROPERTY 2, is owned by Michael LACEY ("XXX").  On July 21, 2016, Hui Li and Ying Lan Li transferred by grant deed, as instrument number 2016-K291371-00 of the San Francisco County official records, 2755 Fillmore St to Michael G. LACEY, an unmarried man.  On June 21, 2017, Michael G. LACEY, for no consideration, transferred by grant deed, as instrument

number 2017-K466276099 of the San Francisco County official
records, SAN FRANCISCO, CALIFORNIA PROPERTY 2 to Casa Bahai for
San Francisco, LLC, a Delaware limited liability company.  As
noted in the grant deed:

> "There was no consideration for this transfer.  This
> is a transfer between an individual or individuals and
> a legal entity or between legal entities that results
> solely in a change in the method of holding title and
> in which proportional ownership inters in the realty
> remain the same. . ."

125. LACEY used funds that had been moved through GoCoin,
Website Technologies and Cereus Properties accounts, as well as
annuity accounts controlled by himself, to acquire the real
property known as 2755 Fillmore St.



| Date(s) | Approximate Amount of Wire Transfers into Arizona Bank & Trust | | | Debits from Arizona Bank & Trust Acct. '1793 | |
|---|---|---|---|---|---|
| | From | To | Amount | Amount | To |
| 12/14/2015– 1/29/2016 (39 transfers) | GoCoin | Website Technologies | $3,959,557.78 | | |
| 12/14/2015– 9/1/2016 | GoCoin | Website Technologies | $35 million | | |
| 12/14/2015– 12/29/2015 | GoCoin | Website Technologies | $1.25 million | | |
| 3/23/2016– 3/31/2016 (3 transfers) | Website Technologies | Cereus Properties | $3,694,813.60 | | |
| 12/31/2015– 8/31/2016 | Website Technologies | Cereus Properties | $39.2 million | | |
| 12/31/2015– 10/28/2016 | Website Technologies | Cereus Properties | $48 million | | |
| 4/1/2016– 5/2/2016 | Cereus Properties | Annuity Account '1967 | $832,916.00 | | |
| 4/1/206– 5/2/2016 | Cereus Properties | Annuity Account '1972 | $832,916.00 | | |
| 4/1/206– 5/2/2016 | Cereus Properties | Annuity Account '1986 | $832,916.00 | | |
| 4/1/206– 5/2/2016 | Cereus Properties | Annuity Account '1991 | $832,916.00 | | |
| 4/1/206– 5/2/2016 | Cereus Properties | Annuity Account '2014 | $832,916.00 | | |
| 5/5/2016 | Annuity Account '1967 | Arizona Bank & Trust '1793 | $4,701,840.00 | | |

| | | | | | |
|---|---|---|---|---|---|
| 6/21/2016 | Annuity Account '1967 | Arizona Bank & Trust '1793 | $750,761.45 | | |
| 5/5/2016 | Annuity Account '1972 | Arizona Bank & Trust '1793 | $4,701,840.00 | | |
| 6/21/2016 | Annuity Account '1972 | Arizona Bank & Trust '1793 | $750,761.45 | | |
| 5/5/2016 | Annuity Account '1986 | Arizona Bank & Trust '1793 | $4,701,840.00 | | |
| 6/21/2016 | Annuity Account '1986 | Arizona Bank & Trust '1793 | $750,761.45 | | |
| 5/5/2016 | Annuity Account '1991 | Arizona Bank & Trust '1793 | $4,701,840.00 | | |
| 6/21/2016 | Annuity Account '1991 | Arizona Bank & Trust '1793 | $750,761.45 | | |
| 5/5/2016 | Annuity Account '2014 | Arizona Bank & Trust '1793 | $4,701,840.00 | | |
| 6/21/2016 | Annuity Account '2014 | Arizona Bank & Trust '1793 | $750,761.45 | | |
| 6/27/2016 | | | | $397,500.00 | Fidelity National Title Company Earnest Money for Fillmore |
| 7/20/2016 | | | | $12,859,152.57 | Fidelity National Title Company Balance for Fillmore property |
| | | | | | |

**D.**    **1100 Union St. #700, San Francisco, CA 94109**

126. Michael LACEY, knowingly engaged and attempted to engage in a monetary transaction in criminally derived property of a value greater than $10,000 and is derived from SUA activity in violation of 18 U.S.C. § 1957.

127. As set forth below, funds originating from Backpage's U.S. Bank account '1165 was moved through the Camarillo Holdings LLC, BMO Harris Bank account, then moved to LACEY's BMO Harris account '5263.  LACEY's BMO Harris account '5263 paid a check to a contractor for repairs to the 1100 Union St. #700. In detail:

a.    Between February 4, 2013 and February 11, 2013, over a series of wire transfers, Backpage.com U.S. Bank account wired about $3.2 million to Camarillo Holdings LLC BMO Harris Bank account '7172.

b.    On February 15, 2013, Camarillo Holdings LLC BMO Harris Bank account '7172 wire transferred $395,513.85 to LACEY's BMO Harris Bank account '5263.

c.    On May 12, 2015, LACEY using funds from his BMO Harris Bank account '5263, paid an $11,027.37 check to a contractor for water damage repair for 1100 Union St. #700.



**E.    493 Zinfandel Lane, Saint Helena, CA 94574**

128. James LARKIN, knowingly engaged and attempted to engage in a monetary transaction in criminally derived property of a value greater than $10,000 and is derived from SUA activity in violation of 18 U.S.C. § 1957.

129. As set forth below, financial transactions involving illicit proceeds were deposited in from Backpage's U.S. Bank account '1165, then moved to the Camarillo Holdings LLC BMO Harris Bank account 7172, then moved to JAMES LARKIN's BMO Harris Bank account '3110.  These illicit funds were then used to pay for appraisal for 493 Zinfandel Lane:

a.    From February 4, 2013 through June 6, 2013, a foreign account wire transferred $41.5 million Camarillo Holdings LLC, BMO Harris Bank account '7172.

b.    On October 2, 2013, BMO Harris Bank account '7172 wired $26,130.64 to JAMES LARKIN's BMO Harris Bank account '3110.

c.    On November 3, 2016, LARKIN paid a check to an appraiser company.  Annotated on the memo line: "Zinfandel Appraisal 2015"



**F.**   **1308 E. 56th Street, 2, Chicago, IL 60637**

130. James LARKIN, knowingly engaged and attempted to engage in a monetary transaction in criminally derived property of a value greater than $10,000 and is derived from SUA activity in violation of 18 U.S.C. § 1957.

131. As set forth below, funds originating from Backpage's U.S. Bank account '1165, was moved through the Camarillo Holdings LLC, BMO Harris Bank account, then moved to LARKIN's BMO Harris account '3110.  Funds from LARKIN's BMO Harris account '3110 were then wire transferred to Chicago Title for 1308 E. 56th Street, 2.  Specifically:

   a.   Between February 4, 2013 and June 6, 2013, over a series of wire transfers, Backpage.com U.S. Bank account wired about $41.5 million to Camarillo Holdings LLC BMO Harris Bank account '7172.

   b.   On October 2, 2013, Camarillo Holdings LLC BMO Harris Bank account '7172 wire transferred $26,130.64 to LARKIN's BMO Harris Bank account '3110.

   c.   On October 2, 2015, LARKIN's BMO Harris Bank account '3110 wired $138,000 to Chicago Title and Trust Company as payment for the purchase of 1308 E. 56th Street, 2.



### G.     10647 N. State Route 89A, Sedona, AZ 86336

132. Michael LACEY knowingly engaged and attempted to engage in a monetary transaction through a place outside the United States to a place in the United States with the intent to promote the carrying on of a specified unlawful activity in violation of 18 U.S.C. § 1956(a)(2)(A).

133. As set forth below, financial transactions involving illicit proceeds were deposited into Cereus Properties Compass Bank, which was then moved through Michael LACEY's First Federal Savings and Loan of San Rafael account '3620. Funds from LACEY's Arizona Bank & Trust account '1793 were then paid to the Coconino County Treasurer for tax obligations for 10647 N. State Route 89A. In detail:

a.    Between December 2, 2016 and December 30, 2016, a foreign account wire transferred $1,023,995.95 into Cereus Properties Compass Bank account '3873.

b.    Between March 3, 2017 and June 9, 2017, Cereus Properties Compass Bank account '3873 paid about $4,000 of these funds to "Cox Communications," an internet services company that provides voice-over-internet phone and cable services.

c.    On October 2, 2017, Compass Bank account '3825 owned by Cereus Properties, wired approximately $297,795 into First Federal Savings & Loan of San Rafael account '3620.

d.    On November 13, 2018, LACEY issued a check from First Federal Savings & Loan of San Rafael account '3620 to the Coconino County Treasurer for tax obligations for 10647 N. State Route 89A.



CEREUS PROPERTIES
'3873
COMPASS BANK
(SUBJECT ACCOUNT 2A)

10/2/2017
$297,795.54

MICHAEL LACEY
'3620
FIRST FEDERAL SAVINGS
& LOAN OF SAN RAFAEL
(SUBJECT ACCOUNT 6)

11/13/2017
$6,725.54
Paid to Coconino County
Treasurer for tax for
State Route Property

10647 N State Route 89A
Sedona, AZ

3/3/2017 - 6/9/2017
$4,052.50

COX COMMUNICATIONS
(PROMOTION)

68

**H.    5555 North Casa Blanca Drive, Paradise Valley, AZ 85253**

134. James LARKIN, knowingly engaged and attempted to engage in a monetary transaction in criminally derived property of a value greater than $10,000 and is derived from SUA activity in violation of 18 U.S.C. § 1957.

135. As set forth below, funds originating from Backpage's U.S. Bank account '1165 was moved through the Camarillo Holdings LLC, BMO Harris Bank account, then moved to LARKIN's BMO Harris account '3110.  Funds from LARKIN's BMO Harris account '3110 were then paid to a landscape and gardening service.  In detail:

a.    Between February 4, 2013 and June 6, 2013, over a series of wire transfers, Backpage.com U.S. Bank account wired about $41.5 million to Camarillo Holdings LLC BMO Harris Bank account '7172.

b.    On October 2, 2013, Camarillo Holdings LLC BMO Harris Bank account '7172 wire transferred $26,130.64 to LARKIN's BMO Harris Bank account '3110.

c.    On December 11, 2014, LARKIN issued a $46,987.28 check from the BMO Harris Bank account '3110 to a lawn and garden service company for landscape service for 5555 North Casa Blanca Drive.



I.   **LACEY PURCHASES THE PARADISE VALLEY, ARIZONA PROPERTY
     2 USING PROCEEDS TRANSACTIONAL MONEY LAUNDERING**

136. Michael LACEY knowingly engaged and attempted to engage in a monetary transaction in criminally derived property of a value greater than $10,000 and is derived from SUA activity in violation of 18 U.S.C. § 1957.

As set forth below, financial transactions involving illicit proceeds were deposited

(TRACING TO BE COMPLETED ON MONDAY)

**J.    3304 E. Stella Lane, Paradise Valley, AZ 85253**

137. Michael LACEY, knowingly engaged and attempted to engage in a monetary transaction in criminally derived property of a value greater than $10,000 and is derived from SUA activity in violation of 18 U.S.C. § 1957.

138. As set forth below, funds originating from Backpage's U.S. Bank account '1165 was moved through the Camarillo Holdings LLC, BMO Harris Bank account, then moved to LACEY's BMO Harris account '5263.  Funds from LACEY's BMO Harris account '5263 were then used to purchase 3304 E. Stella Lane.  In detail:

a.    Between February 4, 2013 and June 6, 2013, over a series of wire transfers, Backpage.com U.S. Bank account wired about $41.5 million to Camarillo Holdings LLC BMO Harris Bank account '7172.

b.    Between March 15, 2014 and September 18, 2014, Camarillo Holdings LLC BMO Harris Bank account '7172 wire transferred $11,489,258.12 to LACEY's BMO Harris Bank account '5263.

c.    On March 11, 2015, LACEY wire transferred $50,000 from his BMO Harris Bank account '5263 to Clear Title Agency as earnest money deposit for the purchase of the 3304 E. Stella Lane.

d.    On March 30, 2015, LACEY wire transferred $774,379.46 from his BMO Harris Bank account '5263 to Clear Title Agency to complete the purchase of 3304 E. Stella Lane.



**K.**   **6300 N. 33rd Street, Paradise Valley, AZ 85253, 6314 N. 33rd Street, Paradise Valley, AZ 85253, 3308 E. Stella Lane, Paradise Valley, AZ 85253, 3311 E. Stella Lane, Paradise Valley, AZ 85253**

139. Michael LACEY, knowingly engaged and attempted to engage in a monetary transaction in criminally derived property of a value greater than $10,000 and is derived from SUA activity in violation of 18 U.S.C. § 1957.

140. As set forth below, funds originating from Backpage's U.S. Bank account '1165 was moved through the Camarillo Holdings LLC, BMO Harris Bank account, then moved to LACEY's BMO Harris account '5263.  Funds from LACEY's BMO Harris account '5263 were then wire transferred to an Interest on Lawyers Trust Account ("IOLTA") for his attorney who further wired funds to purchase 6300 N. 33rd Street, 6314 N. 33rd Street, 3308 E. Stella Lane, and 3311 E. Stella Lane.  In detail:

a.   Between February 4, 2013 and February 11, 2013, over a series of wire transfers, Backpage.com U.S. Bank account '1165, wired about $3.2 million to Camarillo Holdings LLC BMO Harris Bank account '7172.

b.   On February 15, 2013, Camarillo Holdings LLC BMO Harris Bank account '7172 wire transferred $395,513.85 to LACEY's BMO Harris Bank account '5263.

c.   On May 12, 2015, LACEY wire transferred or caused a wire transfer from his BMO Harris Bank account '5263, $3,350,000 to a his attorney's IOLTA account.

      d.   On May 12, 2015, the IOLTA paid $100,000 to "Thomas Title & Escrow" for the purchase of 6300 N. 33rd Street, 6314 N. 33rd Street, 3308 E. Stella Lane, and 3311 E. Stella Lane.

      e.   On May 26, 2015, the IOLTA paid $3,143,132.25 to "Thomas Title & Escrow" for the payoff of the PRADISE VALLEY PROPERTIES 4, 5, 6, and 7.



**L.**   **7006 San Mateo Blvd Apt 214, Dallas, TX 75223**

141. Daniel HYER knowingly engaged and attempted to engage in a monetary transaction with funds derived from violations of 18 U.S.C. § 1952.

142. As set forth below, funds originating from Backpage controlled Website Technologies payroll account.  The payroll service company then deposited the funds into DANIEL HYER's Bank of America account '9342.  These funds were then used to pay the mortgage on HYER's property, 7006 San Mateo Blvd Apt 214.  For example:

a.   On February 14, 2014, Website Technologies, a Backpage controlled entity, through their payroll company deposited $5,379.09 to DANIEL HYER's Bank of America account '9342.

b.   On February 28, 2014, Website Technologies, a Backpage controlled entity, through their payroll company deposited $5,798.88 to DANIEL HYER's Bank of America account '9342.

c.   On March 3, 2014, HYER paid the mortgage for the DALLAS PROPERTY with funds from the Bank of America account '9342.



WEBSITE TECHNOLOGIES PAYROLL ACH — 2/14/2014 -- $5,379.09 / 2/28/2014 -- $5,798.88 → DANIEL HYER 1294879342 BANK OF AMERICA (SUBJECT ACCOUNT 8C) — 3/3/2014 Mortgage Payment $3,333.71 → 7006 San Mateo Blvd Apt 214, Dallas, TX 75223

**M.    14, rue Saint Guillaurme, Paris, France 75007**

143. JAMES LARKIN knowingly engaged and attempted to engage in a monetary transaction in criminally derived property of a value greater than $10,000 and is derived from SUA activity in violation of 18 U.S.C. § 1957.

144. As set forth below, funds originating from Website Technologies (Backpage) Branch Banking and Trust account '2008 was moved through Cereus Properties Arizona Bank & Trust account '6211, which them moved through JAMES LARKIN's Charles Schwab account '4693, then Northern Trust Account '9562, held by the Ocotillo Family Trust which is owned by LARKIN.  These funds were then used to purchase and upgrade 14, rue Saint Guillaurme.

a.    On December 31, 2015, Website Technologies' Branch Banking & Trust account '2008 wired $811,424 to Arizona Bank & Trust account '6211.

b.    On January 11, 2016, Arizona Bank & Trust account '6211 wired approximately $1.3 million to Charles Schwab account '4693.

c.    On January 14, 2016, Charles Schwab account '4693 wired approximately $13.5 million to the Northern Trust account '9562.

d.    On February 9 2016, LARKIN wire transferred or caused a wire transfer of $3,357,878.91 from his Charles Schwab account '4693 to SCP Bonnart a real estate company in Paris, France.

e.    On February 16, 2016, LARKIN wire transferred or caused a wire transfer of $36,752 from his Charles Schwab account '4693 to A+B Kasha Designs, a real estate design company in Paris, France.  The wire annotations for this wire referenced an invoice for the renovation of 14, rue Saint Guillaurme.



### N.    3353 Red Robin Road, Pinetop, AZ 85935

145. John BRUNST knowingly engaged and attempted to engage in a monetary transaction through a place outside the United States to a place in the United States with the intent to promote the carrying on of a specified unlawful activity in violation of 18 U.S.C. § 1956(a)(2)(A).

146. As set forth below, financial transactions involving illicit proceeds were deposited in GoCoin (Slovakia) which was then moved through the Website Technologies Branch Banking & Trust account '2008.  These international funds were used to promote the SUA, then moved through Cereus Properties Arizona Bank & Trust account '6211, then moved through John BRUNST's Wells Fargo Bank account '4891.  Funds from John BRUNST's Wells Fargo Bank account '4891 was used to pay the County Treasurer for tax obligations for 3353 Red Robin Road. In detail:

a.    National Bank of Arizona accounts '0178, '0151, and '3645 are held in the name of SPEAR.  In furtherance of their money laundering scheme, and in an attempt to further conceal the true nature of the money, Backpage Operators used these accounts as go-betweens to funnel money from one account to another.

147. The tracing involved numerous accounts including: Branch Banking & Trust account number '2008, belonging to Website Technologies; Arizona Bank & Trust account number '6211 belonging to Cereus Properties, and a GoCoin account in Slovakia.

a.    Between December 14, 2015, and January 15, 2016, in approximately 26 wires, a GoCoin account in Slovakia

78

transferred $2,523,475.60 to Branch Banking & Trust account number '2008 in the United States.

b.   On January 15, 2016, Branch Banking & Trust account number '2008 wired $189,571 to Verizon in Los Angeles, California, in payment for Backpage internet services.

c.   Between March 23, 2016 and March 31, 2016, in three wire transfers, Branch Banking & Trust account number '2008 transferred approximately $3,694,813.60 to Arizona Bank & Trust account number '6211.

d.   On January 4, 2017 Arizona Bank & Trust account '6211 wired $298,941 to JOHN BRUNST's Wells Fargo Bank account '4891.

e.   On January 31, 2017, BRUNST, using funds from his Wells Fargo Bank account '4891 paid $3,773.25 to the Navajo County Treasurer for tax obligations for the PINETOP PROPERTY.

f.   On October 3, 2017, BRUNST, using funds from his Wells Fargo Bank account '4891 paid $4,125.92 to the Navajo County Treasurer for tax obligations for 3353 Red Robin Road.

g.   On February 12, 2017, BRUNST, using funds from his Wells Fargo Bank account '4891 paid $4,125.92 to the Navajo County Treasurer for tax obligations for 3353 Red Robin Road.



GOCOIN
(SLOVAKIA)

12/14/2015 – 1/14/2016
(26 trns)
$2,523,475.60

WEBSITE TECHNOLOGIES
'2008
BRANCH BANKING & TRUST

3/23/2016 – 3/31/2016
(3 trns)
$3,694,813.60

CEREUS PROPERTIES
'6211
ARIZONA BANK & TRUST

1/4/2017
$298,841

JOHN BRUNST
WELLS FARGO BANK
'4891

1/31/2017 – $3,773.25
10/3/2017 – $4,125.92
2/12/2018 – $4,125.92
Paid to Navajo
County Treasurer
for taxes for Red
Robin property

3353 Red Robin Rd
Pinetop, AZ

1/15/2016
$189,571

EDGECAST NETWORKS INC/
VERIZON
(PROMOTION CDCA)

### O.     2416 N. Foote Dr., Phoenix, AZ 85008

148. Michael LACEY, knowingly engaged and attempted to engage in a monetary transaction in criminally derived property of a value greater than $10,000 and is derived from SUA activity in violation of 18 U.S.C. § 1957.

149. As set forth below, financial transactions involving illicit proceeds were deposited in GoCoin (Singapore) which were then moved through the Posting Solutions Veritex Bank account '1462, then moved through the Cereus Properties Compass Bank account '3873, then moved to his attorney's IOLTA account at MidFirst Bank account '4139.  Funds from MidFirst Bank account '4139 was used to purchase the PHOENIX PROPERTY 1.

a.   Between January 13, 2017 and January 20, 2017, GoCoin (Singapore) wired $1,318,800 to Posting Solutions Veritex Bank account '1462,

b.   On or about February 23, 2017, Veritex Bank account '1462 sent two payments, a wire of $443,014 and a check for $27,887.41 to Cereus Properties Compass Bank account '3873.

c.   Between March 30, 2017, and September 14, 2017, Cereus Properties Compass Bank account '3873 sent five wires totaling $4,058.063.65 to the attorney's IOLTA for MICHAEL LACEY at MidFirst Bank account '4139.

d.   On January 3, 2018, LACEY, through his attorney, used funds from the MidFirst Bank IOLTA account '4139 to purchase 2416 N. Foote Dr.



GOCOIN
(SINGAPORE)

1/13/2017 - 1/20/2017
$1,318,800

POSTING SOLUTIONS
'1462
VERITEX BANK

Check 2/23/2017 $27,887.41
Wire 2/23/17 $443,014

CEREUS PROPERTIES
'3873
COMPASS BANK
(SUBJECT ACCOUNT 2A)

3/30/2017 - $301,779.03
5/5/2017 - $676,808.04
7/6/2017 - $958,811.39
8/9/2017 - $1,804,821.44
9/14/2017 - $315,843.75
TOTAL $4,058,063.65

John Becker for Michael Lacey
MidFirst Bank
'4139
(SUBJECT ACCOUNT 25)

1/3/2018
$247,734.30
Paid to Empire
West Title Agency,
LLc for Purchase of
Foote Dr

2416 N Foote Dr
Phoenix, AZ

**P.**     **4931 E. White Gates Drive, Phoenix, AZ 85018**

150. John BRUNST knowingly engaged and attempted to engage in a monetary transaction in criminally derived property of a value greater than $10,000 and is derived from SUA activity in violation of 18 U.S.C. § 1957.

151. As set forth below, financial transactions involving illicit proceeds from a Backpage controlled Ad Tech BV foreign account, were deposited into Cereus Properties Compass Bank '3873, which was then moved through BRUNST's Compass Bank Account '3825.  Funds from BRUNST's Compass Bank Account '3825 were then paid to Equity Title Agency Inc. for the purchase of 4931 E. White Gates Drive.

a.   Between December 2, 2016 and December 30, 2016, a foreign account wire transferred $1,023,995.95 into Cereus Properties Compass Bank account '3873.

b.   On November 3, 2017, Cereus Properties Compass Bank account '3873 transferred $73,648.03 to BRUNST's Compass Bank Account '3825.

c.   On December 22, 2017, BRUNST wire transferred or caused a wire transfer of $1.6 million from his Compass Bank account '3825 to Equity Title Agency Inc. for the purchase of 4931 E. White Gates Drive.



## Q.    5830 E. Calle Del Medio, Phoenix, AZ 85018

152. JOHN BRUNST knowingly engaged and attempted to engage in a monetary transaction through a place outside the United States to a place in the United States with the intent to promote the carrying on of a specified unlawful activity in violation of 18 U.S.C. § 1956(a)(2)(A).

153. As set forth below, financial transactions involving illicit proceeds were deposited in GoCoin (Slovakia) which was then moved through the Website Technologies Branch Banking & Trust account '2008, then moved through Cereus Properties Arizona Bank & Trust account '6211, which is a funnel account. These funds were then then used to promote pay tax obligations, then moved through John BRUNST's Wells Fargo Bank account '4891. Funds from John BRUNST's Wells Fargo Bank account '4891 was used to pay the Maricopa County Treasurer for tax obligations for 5830 E. Calle Del Media (Medio):

a.    The tracing involved numerous accounts including: Branch Banking & Trust account number '2008, belonging to Website Technologies; Arizona Bank & Trust account number '6211 belonging to Cereus Properties, and a GoCoin account in Slovakia.

b.    Between December 14, 2015, and December 29, 2015, in approximately 13 wire transfers, a GoCoin account in Slovakia transferred $1,251,179.97 to Branch Banking & Trust account number '2008 in the United States.

c.    On December 31, 2015, Branch Banking & Trust account number '2008 transferred approximately $811,424.07 to Arizona Bank & Trust account number '6211.

85

> d.   On January 21, 2016, LACEY promoted his business by paying $43,013.76 to the Internal Revenue Service for business tax obligations.

> e.   Between January 26, 2016 and January 28, 2016, Arizona Bank & Trust account '6211 wired $166,367.10 to JOHN BRUNST's Wells Fargo Bank account '4891.

> f.   On September 23, 2016, BRUNST, using funds from his Wells Fargo Bank account '4891 paid $5,959.42 to the Maricopa County Treasurer for tax obligations for 5830 E. Calle Del Media (Medio).

> g.   On January 31, 2017, BRUNST, using funds from his Wells Fargo Bank account '4891 paid $5,959.42 to the Maricopa County Treasurer for tax obligations for 5830 E. Calle Del Media (Medio).



### R.    5751 N. 77th Place, Scottsdale, AZ 85250

154. SCOTT SPEAR knowingly engaged and attempted to engage in a monetary transaction in criminally derived property of a value greater than $10,000 and is derived from SUA activity in violation of 18 U.S.C. § 1957.

155. As set forth below, financial transactions involving illicit proceeds from a Backpage controlled Ad Tech BV foreign account, were deposited into Cereus Properties Compass Bank '3873, which was then moved through SPEAR's National Bank of Arizona account '0178, then to SPEAR's National Bank of Arizona account '0151.  Funds from SPEAR's National Bank of Arizona account were used to pay for upgrades to 5751 N. 77th Place, Scottsdale, AZ 85250.

a.    Between December 2, 2016 and December 30, 2016, a foreign account wire transferred $1,023,995.95 into Cereus Properties Compass Bank account '3873.

b.    On September 14, 2017, Cereus Properties Compass Bank account '3873 transferred $50,162.05 to SPEAR's National Bank of Arizona account '0178.

c.    On October 12, 2017, Cereus Properties Compass Bank account '3873 transferred $50,162.05 to SPEAR's National Bank of Arizona account '0178.

d.    On December 3, 2017 SPEAR paid $11,925 to a wine cellar installation company for the installation of a wine cellar into 5751 N. 77th Place.



AD TECH BV
BANK FRICK

12/2/2016 - 12/30/2016
$1,023,995.95

CEREUS PROPERTIES
'3873
COMPASS BANK
(SUBJECT ACCOUNT 2A)

9/14/2017
$50,162.05

SCOTT AND ELLONA SPEAR
'0178
NATIONAL BK OF AZ
(SUBJECT ACCOUNT 3A)

10/12/2017
$21,500.00

SCOTT AND ELLONA SPEAR
'0151
NATIONAL BK OF AZ
(SUBJECT ACCOUNT 3B)

12/3/2017
$11,925
Installation of wine
cellar @ 5752 N
77th Place by Wine
Cellar Experts

5751 N. 77th Pl
Scottsdale, AZ

**S.      8604 E. San Ardo Dr., Scottsdale, AZ 85258**

156. SCOTT SPEAR knowingly engaged and attempted to engage in a monetary transaction in criminally derived property of a value greater than $10,000 and is derived from SUA activity in violation of 18 U.S.C. § 1957.

157. As set forth below, financial transactions involving illicit proceeds were deposited in GoCoin (Slovakia) which was then moved through the Website Technologies Branch Banking & Trust account '2008, then moved through Cereus Properties Arizona Bank & Trust account '6211, which then moved through SPEAR's National Bank of Arizona account '0178, and '8441. Funds from SPEAR's National Bank of Arizona account '8441 was used to purchase 8604 E. San Ardo Dr:

a.     Between December 14, 2015, and January 29, 2016, in approximately 39 wire transfers, a GoCoin account in Slovakia transferred $3,959,557.78 to a Backpage controlled Branch Banking & Trust account number '2008 in the United States.

b.     Between February 2, 2016 and February 29, 2016, in five wire transfers, Branch Banking & Trust account number '2008 transferred approximately $6,622,954.08 to Arizona Bank & Trust account number '6211.

c.     On January 4, 2017 Arizona Bank & Trust account '6211 wired $313,168.00 to SPEAR's National Bank of Arizona account '0178.

d.     On April 18, 2016 SPEAR, transferred 283,332.93 from his National Bank of Arizona account '0178 to his National Bank of Arizona account '8441.

e.     On April 19, 2016, SPEAR wire transferred or

89

caused a wire transfer of $283,332.93 from his National Bank of Arizona account '8441 to Security Title Escrow to purchase 8604 E. San Ardo Dr.

