Bruce Feder (AZ Bar No. 004832)
FEDER LAW OFFICE, P.A.
2930 E. Camelback Road, Suite 160
Phoenix, Arizona 85016
Telephone: 602.257.0135
bf@federlawpa.com
*Knapp Counsel for Scott Spear*

Eric W. Kessler, Esq. (AZ Bar No. 009158)
KESSLER LAW GROUP
9237 E. Via De Ventura
Suite 230
Scottsdale, AZ 85258
Telephone: 480.644.0093
Eric@kesslerlawgroup.net
*Attorneys for Scott Spear*

*(Co-Counsel listed on following page)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Scott Spear, *et al*.,<br><br>　　　　　　Defendants. | Case No. CR18-00422-PHX-DJH-003<br><br>**FIRST SUPPLEMENT TO DEFENDANTS' MOTION TO DISMISS OR TO STRIKE TESTIMONY, AND REQUEST FOR A HEARING DUE TO THE GOVERNMENT'S JENCKS AND BRADY VIOLATIONS**<br><br>**(EVDENTIARY HEARING AND ORAL ARGUMENT REQUESTED)**<br><br>*(Assigned to the Hon. Diane J. Humetewa)* |

Gary Lincenberg (CA Bar No. 123058, *admitted pro hac vice*)
Ariel Neuman (CA Bar No. 241594, *admitted pro hac vice*)
Gopi Panchapakesan (CA Bar No. 279856, *admitted pro hac vice*)
BIRD MARELLA BOXER WOLPERT,
NESSIM DROOKS LINCENBERG RHOW, PC
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Fax: (310) 201-2110
glincenbrg@birdmarella.com
aneuman@birdmarella.com
gpanchapakesan@birdmarella.com
*Attorneys for John Brunst*

Paul J. Cambria (NY Bar No. 1430909, *admitted pro hac vice*)
Erin McCampbell Paris (NY Bar No. 4480166, *admitted pro hac vice*)
LIPSITZ GREENE SCHIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Fax: (716) 855-1580
pcambria@lglaw.com
emccampbell@lglaw.com
*Attorneys for Michael Lacey*

Joy Malby Bertrand (AZ Bar No. 024181)
JOY BERTRAND, ESQ, LLC
P.O. Box 2734
Scottsdale, AZ 85252
Telephone: (602) 374-5321
Fax: (480) 361-4694
joy.bertrand@gmail.com
*Attorney for Joye Vaught*

David Eisenberg (AZ Bar No. 017218)
DAVID EISENBERG, PLC
3550 N. Central Avenue, Suite 1155
Phoenix, AZ 85012
Telephone: (602) 237-5076
Fax: (602) 314-6273
david@deisenbergplc.com
*Attorney for Andrew Padilla*

The Defendants, by and through undersigned counsel, hereby submit relevant portions of the governments' latest untimely disclosure (Number 51) disclosed November 14, 2023 at 2:48 p.m. While undersigned counsel have not had a full opportunity to carefully review this new disclosure, some important points are as follows:

1. As to exhibit 6272A and 6272B, it appears the government has disclosed documents with duplicate bates number, which match to entirely different documents from different disclosures. The defendants do not yet have an understanding of the scope of the problem.

2. As to exhibit 6273, two issues should be noted. First, the email from Mr. Ferrer to Mr. Versoza dated July 13, 2018 post-indictment, demonstrates Mr. Ferrer knew how much his lawyers Clarence Dyer were paid (*e.g.,* $4 million dollars). Additional to the $4 million dollar retainer paid to Clarence Dyer, Mr. Ferrer knew that the unused retainer of Henze Cook Murphy, PLLC, was also sent to Clarence Dyer. (*See,* exhibit 6273A, USAO-BP-0038129). Mr. Ferrer testified under oath during his trial cross examination that he did not know how much the retainers were. (*See,* exhibit 6274). Second, Mr. Ferrer, Michael Gage, and Stephanie Parks communicated with the government using protonmail.com email addresses. Part of the government's trial presentation was to assert that the use of protonmail.com email accounts was indicative of criminal intent. Consider, for example, AUSA Berry's rebuttal closing argument: "Maybe we should just stop regular emails and start using proton mail because they know what they're doing is wrong, and they are trying to reduce the ability to see the evidence of that. I submit to you that that is evidence of a lack of good faith." (*See*, trial transcripts 9/21/23 P.M. Session, pgs. 83-84; 9/22/23 A.M. Session, pgs. 50, 56-58 and 11/1/23 A.M. Session, pg. 58).

3. Additional emails to/from Carl Ferrer from Disclosure 51 are attached as 6275A-

R, which is comprised of eighteen emails from Ferrer directly to a government agent. They include a number of important topics such as, for example, payment of Backpage's payroll and the use by Ferrer and his employees of protonmail.com email accounts to communicate with the government, even after Ferrer's guilty plea.

Finally, the Defendants renew their discovery requests for emails between Ferrer/his agents and government officials.

RESPECTFULLY SUBMITTED this 15th day of November, 2023.

**FEDER LAW OFFICE, P.A.**

*s/ Bruce Feder*
Bruce Feder
*Attorneys for Scott Spear*

# CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

Clerk of the Court
United States District Court
Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street
Phoenix, AZ 85003
Efiling: https://ecf.azd.uscourts.gov/cgi-bin/login.pl

THE HONORABLE DIANE J. HUMETEWA
United States District Court
Email: Humetewa_chambers@azd.uscourts.gov

Kevin Rapp Kevin.Rapp@usdoj.gov
Andrew Stone Andrew.Stone@usdoj.gov
Margaret Perlmeter Margaret.Perlmeter@usdoj.gov
Austin Berry berry2.austin@usdoj.gov
Peter Kozinets Peter.Kozinets@usdoj.gov
Daniel Boyle Daniel.Boyle2@usdoj.gov
*Attorneys for United States of America*

By: */s/ M. Evans*