# Exhibit B

After discharge from jury duty, you may discuss the verdict and the deliberations, your opinions of the judge, prosecutors, defense attorneys and the defendants – any aspect of your experience as a juror –  with anyone, including the media, the lawyers, or your family.

## We'd like to hear about your experience as a juror



Contact any of us, at any time, whatever works for you

David M Morgan
County Record Publishing
Editor.SVDR@gmail.com
520-236-4051

Terri Green
Career journalist, author, teacher
terwalt@gmail.com
602-625-2414

Stephen Lemons
FrontPage Confidential
stephenlemons76@yahoo.com
(818) 426-4422

Joe Duhownik
Courthouse News Service
jduhownik@courthousenews.com
630-272-5209

Jimmy Jenkins
Arizona Republic
jjenkins@arizonarepublic.com
812-243-5582