FILED ✓   LODGED ___
RECEIVED ___   COPY ___

NOV 1 6 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>v.<br><br>Michael Lacey, et al.,<br><br>            Defendants. | No. CR-18-00422-PHX-DJH<br><br>**VERDICT** |

We, the Jury, find the defendants, Michael Lacey, Scott Spear, John "Jed" Brunst, Andrew Padilla, and Joye Vaught, as to the charges of the Indictment:

### CONSPIRACY
### 18 U.S.C. § 371
### COUNT 1

| | NOT GUILTY | | GUILTY |
|---|---|---|---|
| Michael Lacey | _____ | | _____ |
| Scott Spear | _____ | X | _____ |
| John "Jed" Brunst | _____ | X | _____ |
| Andrew Padilla | X | | _____ |
| Joye Vaught | X | | _____ |

**Travel Act – Facilitate Prostitution**
**18 U.S.C. § 1952(a)(3)(A)**
**COUNTS 2-51**

## Count 2:

| Date | Exhibits | State |
|------|----------|-------|
| Sept. 10, 2013 | 212, 212a | Massachusetts |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

Scott Spear    _____ NOT GUILTY     X \_\_\_\_ GUILTY

John "Jed" Brunst     X \_\_\_\_ NOT GUILTY    _____ GUILTY

Andrew Padilla     X \_\_\_\_ NOT GUILTY    _____ GUILTY

Joye Vaught     X \_\_\_\_ NOT GUILTY    _____ GUILTY

## Count 3:

| Date | Exhibit | State |
|------|---------|-------|
| Jan. 27, 2014 | 504 | Washington |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

Scott Spear    _____ NOT GUILTY     X \_\_\_\_ GUILTY

John "Jed" Brunst     X \_\_\_\_ NOT GUILTY    _____ GUILTY

Andrew Padilla     X \_\_\_\_ NOT GUILTY    _____ GUILTY

Joye Vaught     X \_\_\_\_ NOT GUILTY    _____ GUILTY

## Count 4:

| Date | Exhibit | State |
|------|---------|-------|
| Jan. 29, 2014 | 214 | Massachusetts |

Michael Lacey   _____ NOT GUILTY     _____ GUILTY

Scott Spear   _____ NOT GUILTY      X _____ GUILTY

John "Jed" Brunst    X _____ NOT GUILTY     _____ GUILTY

Andrew Padilla    X _____ NOT GUILTY     _____ GUILTY

Joye Vaught    X _____ NOT GUILTY     _____ GUILTY

## Count 5:

| Date | Exhibit | State |
|------|---------|-------|
| Jan. 31, 2014 | 214a | New Hampshire |

Michael Lacey   _____ NOT GUILTY     _____ GUILTY

Scott Spear   _____ NOT GUILTY      X _____ GUILTY

John "Jed" Brunst    X _____ NOT GUILTY     _____ GUILTY

Andrew Padilla    X _____ NOT GUILTY     _____ GUILTY

Joye Vaught    X _____ NOT GUILTY     _____ GUILTY

1
2  **Count 6:**
3
4

| Date | Exhibit | State |
|------|---------|-------|
| Feb. 6, 2014 | 505 | Washington |

5
6  Michael Lacey          _____ NOT GUILTY          _____ GUILTY
7  Scott Spear            _____ NOT GUILTY          ☒ GUILTY
8  John "Jed" Brunst      ☒ NOT GUILTY          _____ GUILTY
9  Andrew Padilla         ☒ NOT GUILTY          _____ GUILTY
10 Joye Vaught            ☒ NOT GUILTY          _____ GUILTY
11
12 **Count 7:**
13
14

| Date | Exhibit | State |
|------|---------|-------|
| Apr. 20, 2014 | 506 | Washington |

15
16 Michael Lacey          _____ NOT GUILTY          _____ GUILTY
17 Scott Spear            _____ NOT GUILTY          ☒ GUILTY
18 John "Jed" Brunst      ☒ NOT GUILTY          _____ GUILTY
19 Andrew Padilla         ☒ NOT GUILTY          _____ GUILTY
20 Joye Vaught            ☒ NOT GUILTY          _____ GUILTY
21
22
23
24
25
26
27
28

**Count 8:**

| Date | Exhibit | State |
|------|---------|-------|
| May 7, 2014 | 507 | Washington |

Michael Lacey _____ NOT GUILTY _____ GUILTY

Scott Spear _____ NOT GUILTY \_\_\_X\_\_\_ GUILTY

John "Jed" Brunst \_\_X\_\_ NOT GUILTY _____ GUILTY

Andrew Padilla \_\_X\_\_ NOT GUILTY _____ GUILTY

Joye Vaught \_\_X\_\_ NOT GUILTY _____ GUILTY

**Count 9:**

| Date | Exhibit | State |
|------|---------|-------|
| May 31, 2014 | 508 | Washington |

Michael Lacey _____ NOT GUILTY _____ GUILTY

Scott Spear _____ NOT GUILTY \_\_\_X\_\_\_ GUILTY

John "Jed" Brunst \_\_X\_\_ NOT GUILTY _____ GUILTY

Andrew Padilla \_\_X\_\_ NOT GUILTY _____ GUILTY

Joye Vaught \_\_X\_\_ NOT GUILTY _____ GUILTY

## Count 10:

| Date | Exhibit | State |
|------|---------|-------|
| July 1, 2014 | 509 | Washington |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     _____ NOT GUILTY     __X__ GUILTY

John "Jed" Brunst     __X__ NOT GUILTY     _____ GUILTY

Andrew Padilla     __X__ NOT GUILTY     _____ GUILTY

Joye Vaught     __X__ NOT GUILTY     _____ GUILTY

## Count 11:

| Date | Exhibit | State |
|------|---------|-------|
| Aug. 19, 2014 | 510 | Washington |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     _____ NOT GUILTY     __X__ GUILTY

John "Jed" Brunst     __X__ NOT GUILTY     _____ GUILTY

Andrew Padilla     __X__ NOT GUILTY     _____ GUILTY

Joye Vaught     __X__ NOT GUILTY     _____ GUILTY

## Count 12:

| Date | Exhibit | State |
|------|---------|-------|
| Nov. 23, 2014 | 215a | California |

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | ✗ GUILTY |
| John "Jed" Brunst | ✗ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | ✗ NOT GUILTY | _____ GUILTY |
| Joye Vaught | ✗ NOT GUILTY | _____ GUILTY |

## Count 13:

| Date | Exhibit | State |
|------|---------|-------|
| Jan 29, 2015 | 217a | California |

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | ✗ GUILTY |
| John "Jed" Brunst | ✗ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | ✗ NOT GUILTY | _____ GUILTY |
| Joye Vaught | ✗ NOT GUILTY | _____ GUILTY |

**Count 14:**

| Date | Exhibit | State |
|------|---------|-------|
| Jan. 31, 2015 | 215 | Arizona |

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | ___X___ GUILTY |
| John "Jed" Brunst | __X__ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | __X__ NOT GUILTY | _____ GUILTY |
| Joye Vaught | __X__ NOT GUILTY | _____ GUILTY |

**Count 15:**

| Date | Exhibit | State |
|------|---------|-------|
| Jan. 31, 2015 | 217 | Arizona |

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | ___X___ GUILTY |
| John "Jed" Brunst | __X__ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | __X__ NOT GUILTY | _____ GUILTY |
| Joye Vaught | __X__ NOT GUILTY | _____ GUILTY |

1

2  **Count 16:**

3

4  | Date | Exhibit | State |
|---|---|---|
5  | Feb. 4, 2015 | 216 | Colorado |

6

7  Michael Lacey          _____ NOT GUILTY          _____ GUILTY

8  Scott Spear            _____ NOT GUILTY          \_\_X\_\_ GUILTY

9  John "Jed" Brunst      \_\_X\_\_ NOT GUILTY          _____ GUILTY

10  Andrew Padilla         \_\_X\_\_ NOT GUILTY          _____ GUILTY

11  Joye Vaught            \_\_X\_\_ NOT GUILTY          _____ GUILTY

12

13  **Count 17:**

14

15  | Date | Exhibit | State |
|---|---|---|
16  | Feb. 18, 2015 | 216a | Colorado |

17  Michael Lacey          _____ NOT GUILTY          _____ GUILTY

18  Scott Spear            _____ NOT GUILTY          \_\_X\_\_ GUILTY

19  John "Jed" Brunst      \_\_X\_\_ NOT GUILTY          _____ GUILTY

20  Andrew Padilla         \_\_X\_\_ NOT GUILTY          _____ GUILTY

21  Joye Vaught            \_\_X\_\_ NOT GUILTY          _____ GUILTY

22

23

24

25

26

27

28

1

2 **Count 18:**

3

4

| Date | Exhibit | State |
|------|---------|-------|
| Feb. 26, 2015 | 511 | Washington |

5

6 Michael Lacey _____ NOT GUILTY _____ GUILTY

7 Scott Spear _____ NOT GUILTY X GUILTY

8 John "Jed" Brunst X NOT GUILTY _____ GUILTY

9 Andrew Padilla X NOT GUILTY _____ GUILTY

10 Joye Vaught X NOT GUILTY _____ GUILTY

11

12 **Count 19:**

13

14

| Date | Exhibit | State |
|------|---------|-------|
| May 18, 2015 | 220 | Texas |

15

16 Michael Lacey _____ NOT GUILTY _____ GUILTY

17 Scott Spear X NOT GUILTY _____ GUILTY

18 John "Jed" Brunst X NOT GUILTY _____ GUILTY

19 Andrew Padilla X NOT GUILTY _____ GUILTY

20 Joye Vaught X NOT GUILTY _____ GUILTY

21

22

23

24

25

26

27

28

- 10 -

1

2 **Count 20:**

3

4

| Date | Exhibit | State |
|------|---------|-------|
| May 19, 2015 | 220a | Texas |

5

6

7  Michael Lacey _____ NOT GUILTY _____ GUILTY

8  Scott Spear ☒ NOT GUILTY *(initials)* GUILTY

9  John "Jed" Brunst ☒ NOT GUILTY _____ GUILTY

10 Andrew Padilla ☒ NOT GUILTY _____ GUILTY

11 Joye Vaught ☒ NOT GUILTY _____ GUILTY

12

13 **Count 21:**

14

15

| Date | Exhibit | State |
|------|---------|-------|
| July 1, 2015 | 222 | Arizona |

16

17 Michael Lacey _____ NOT GUILTY _____ GUILTY

18 Scott Spear ☒ NOT GUILTY *(initials)* GUILTY

19 John "Jed" Brunst ☒ NOT GUILTY _____ GUILTY

20 Andrew Padilla ☒ NOT GUILTY _____ GUILTY

21 Joye Vaught ☒ NOT GUILTY _____ GUILTY

22

23

24

25

26

27

28

- 11 -

1

2  **Count 22:**

3

4
| Date | Exhibit | State |
|------|---------|-------|
| July 2, 2015 | 222a | Arizona |

5

6  Michael Lacey      _____ NOT GUILTY      _____ GUILTY

7  Scott Spear      X\_\_\_\_\_ NOT GUILTY      ~~✗~~ GUILTY

8  John "Jed" Brunst      X\_\_\_\_\_ NOT GUILTY      _____ GUILTY

9  Andrew Padilla      X\_\_\_\_\_ NOT GUILTY      _____ GUILTY

10  Joye Vaught      X\_\_\_\_\_ NOT GUILTY      _____ GUILTY

11

12  **Count 23:**

13

14
| Date | Exhibit | State |
|------|---------|-------|
| Aug. 13, 2015 | 218 | California |

15

16  Michael Lacey      _____ NOT GUILTY      _____ GUILTY

17  Scott Spear      X\_\_\_\_\_ NOT GUILTY      ~~✗~~ GUILTY

18  John "Jed" Brunst      X\_\_\_\_\_ NOT GUILTY      _____ GUILTY

19  Andrew Padilla      X\_\_\_\_\_ NOT GUILTY      _____ GUILTY

20  Joye Vaught      X\_\_\_\_\_ NOT GUILTY      _____ GUILTY

21

22

23

24

25

26

27

28

**Count 24:**

| Date | Exhibit | State |
|------|---------|-------|
| Aug. 15, 2015 | 221 | Michigan |

| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
|---|---|---|
| Scott Spear | __X__ NOT GUILTY | _____ GUILTY |
| John "Jed" Brunst | __X__ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | __X__ NOT GUILTY | _____ GUILTY |
| Joye Vaught | __X__ NOT GUILTY | _____ GUILTY |

**Count 25:**

| Date | Exhibit | State |
|------|---------|-------|
| Sept. 13, 2015 | 512 | Washington |

| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
|---|---|---|
| Scott Spear | __X__ NOT GUILTY | _____ GUILTY |
| John "Jed" Brunst | __X__ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | __X__ NOT GUILTY | _____ GUILTY |
| Joye Vaught | __X__ NOT GUILTY | _____ GUILTY |

## Count 26:

| Date | Exhibit | State |
|---|---|---|
| Nov. 28, 2015 | 513 | Washington |

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | ☒ NOT GUILTY | _____ GUILTY |
| John "Jed" Brunst | ☒ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | ☒ NOT GUILTY | _____ GUILTY |
| Joye Vaught | ☒ NOT GUILTY | _____ GUILTY |

## Count 27:

| Date | Exhibit | State |
|---|---|---|
| Apr. 21, 2016 | 1718 | Massachusetts |

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | ☒ NOT GUILTY | _____ GUILTY |
| John "Jed" Brunst | ☒ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | ☒ NOT GUILTY | _____ GUILTY |
| Joye Vaught | ☒ NOT GUILTY | _____ GUILTY |

**Count 28:**

| Date | Exhibit | State |
|------|---------|-------|
| Nov. 3, 2016 | 1719 | Washington |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

Scott Spear    \_\_X\_\_\_ NOT GUILTY    _____ GUILTY

John "Jed" Brunst    \_\_X\_\_\_ NOT GUILTY    _____ GUILTY

Andrew Padilla    \_\_X\_\_\_ NOT GUILTY    _____ GUILTY

Joye Vaught    \_\_X\_\_\_ NOT GUILTY    _____ GUILTY

**Count 29:**

| Date | Exhibit | State |
|------|---------|-------|
| Nov. 11, 2016 | 1720 | Massachusetts |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

Scott Spear    \_\_X\_\_\_ NOT GUILTY    _____ GUILTY

John "Jed" Brunst    \_\_X\_\_\_ NOT GUILTY    _____ GUILTY

Andrew Padilla    \_\_X\_\_\_ NOT GUILTY    _____ GUILTY

Joye Vaught    \_\_X\_\_\_ NOT GUILTY    _____ GUILTY

## Count 30:

| Date | Exhibit | State |
|------|---------|-------|
| Nov. 14, 2016 | 1721 | Massachusetts |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     \_\_X\_\_ NOT GUILTY     _____ GUILTY

John "Jed" Brunst     \_\_X\_\_ NOT GUILTY     _____ GUILTY

Andrew Padilla     \_\_X\_\_ NOT GUILTY     _____ GUILTY

Joye Vaught     \_\_X\_\_ NOT GUILTY     _____ GUILTY

## Count 31:

| Date | Exhibit | State |
|------|---------|-------|
| Nov. 14, 2016 | 1735 | Arizona |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     \_\_X\_\_ NOT GUILTY     _____ GUILTY

John "Jed" Brunst     \_\_X\_\_ NOT GUILTY     _____ GUILTY

Andrew Padilla     \_\_X\_\_ NOT GUILTY     _____ GUILTY

Joye Vaught     \_\_X\_\_ NOT GUILTY     _____ GUILTY

## Count 32:

| Date | Exhibit | State |
|------|---------|-------|
| Nov. 19, 2016 | 1722 | Louisiana |

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

Scott Spear          X          NOT GUILTY          _____ GUILTY

John "Jed" Brunst          X          NOT GUILTY          _____ GUILTY

Andrew Padilla          X          NOT GUILTY          _____ GUILTY

Joye Vaught          X          NOT GUILTY          _____ GUILTY

## Count 33:

| Date | Exhibit | State |
|------|---------|-------|
| Nov. 24, 2016 | 1723 | Massachusetts |

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

Scott Spear          X          NOT GUILTY          _____ GUILTY

John "Jed" Brunst          X          NOT GUILTY          _____ GUILTY

Andrew Padilla          X          NOT GUILTY          _____ GUILTY

Joye Vaught          X          NOT GUILTY          _____ GUILTY

## Count 34:

| Date | Exhibit | State |
|---|---|---|
| Nov. 26, 2016 | 1724 | California |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear      X   NOT GUILTY     _____ GUILTY

John "Jed" Brunst      X   NOT GUILTY     _____ GUILTY

Andrew Padilla      X   NOT GUILTY     _____ GUILTY

Joye Vaught      X   NOT GUILTY     _____ GUILTY

## Count 35:

| Date | Exhibit | State |
|---|---|---|
| Dec. 20, 2016 | 1725 | Massachusetts |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear      X   NOT GUILTY     _____ GUILTY

John "Jed" Brunst      X   NOT GUILTY     _____ GUILTY

Andrew Padilla      X   NOT GUILTY     _____ GUILTY

Joye Vaught      X   NOT GUILTY     _____ GUILTY

**Count 36:**

| Date | Exhibit | State |
|---|---|---|
| Jan. 15, 2017 | 1726 | Nevada |

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | ✗_____ NOT GUILTY | _____ GUILTY |
| John "Jed" Brunst | ✗_____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | ✗_____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | ✗_____ NOT GUILTY | _____ GUILTY |

**Count 37:**

| Date | Exhibit | State |
|---|---|---|
| Apr. 4, 2017 | 1727 | Massachusetts |

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | ✗_____ NOT GUILTY | _____ GUILTY |
| John "Jed" Brunst | ✗_____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | ✗_____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | ✗_____ NOT GUILTY | _____ GUILTY |

**Count 38:**

| Date | Exhibit | State |
|------|---------|-------|
| Apr. 11, 2017 | 1728 | Ohio |

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

Scott Spear          ☒ NOT GUILTY          _____ GUILTY

John "Jed" Brunst          ☒ NOT GUILTY          _____ GUILTY

Andrew Padilla          ☒ NOT GUILTY          _____ GUILTY

Joye Vaught          ☒ NOT GUILTY          _____ GUILTY

**Count 39:**

| Date | Exhibit | State |
|------|---------|-------|
| July 3, 2017 | 1729 | Alabama |

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

Scott Spear          ☒ NOT GUILTY          _____ GUILTY

John "Jed" Brunst          ☒ NOT GUILTY          _____ GUILTY

Andrew Padilla          ☒ NOT GUILTY          _____ GUILTY

Joye Vaught          ☒ NOT GUILTY          _____ GUILTY

## Count 40:

| Date | Exhibit | State |
|------|---------|-------|
| July 15, 2017 | 1730 | Massachusetts |

Michael Lacey       _____ NOT GUILTY       _____ GUILTY

Scott Spear       X\_\_\_\_\_ NOT GUILTY       _____ GUILTY

John "Jed" Brunst       X\_\_\_\_\_ NOT GUILTY       _____ GUILTY

Andrew Padilla       X\_\_\_\_\_ NOT GUILTY       _____ GUILTY

Joye Vaught       X\_\_\_\_\_ NOT GUILTY       _____ GUILTY

## Count 41:

| Date | Exhibit | State |
|------|---------|-------|
| July 15, 2017 | 1731 | Arkansas |

Michael Lacey       _____ NOT GUILTY       _____ GUILTY

Scott Spear       X\_\_\_\_\_ NOT GUILTY       _____ GUILTY

John "Jed" Brunst       X\_\_\_\_\_ NOT GUILTY       _____ GUILTY

Andrew Padilla       X\_\_\_\_\_ NOT GUILTY       _____ GUILTY

Joye Vaught       X\_\_\_\_\_ NOT GUILTY       _____ GUILTY

1
2  **Count 42:**
3
4

| Date | Exhibit | State |
|------|---------|-------|
| July 21, 2017 | 1732 | Ohio |

6  Michael Lacey _____ NOT GUILTY _____ GUILTY

7  Scott Spear \_\_X\_\_\_ NOT GUILTY _____ GUILTY

8  John "Jed" Brunst \_\_X\_\_\_ NOT GUILTY _____ GUILTY

9  Andrew Padilla \_\_X\_\_\_ NOT GUILTY _____ GUILTY

10  Joye Vaught \_\_X\_\_\_ NOT GUILTY _____ GUILTY

11
12  **Count 43:**
13
14

| Date | Exhibit | State |
|------|---------|-------|
| July 23, 2017 | 1733 | Massachusetts |

16  Michael Lacey _____ NOT GUILTY _____ GUILTY

17  Scott Spear \_\_X\_\_\_ NOT GUILTY _____ GUILTY

18  John "Jed" Brunst \_\_X\_\_\_ NOT GUILTY _____ GUILTY

19  Andrew Padilla \_\_X\_\_\_ NOT GUILTY _____ GUILTY

20  Joye Vaught \_\_X\_\_\_ NOT GUILTY _____ GUILTY

21
22
23
24
25
26
27
28

**Count 44:**

| Date | Exhibit | State |
|------|---------|-------|
| Jan. 26, 2018 | 223 | Michigan |

Michael Lacey         _____ NOT GUILTY         _____ GUILTY

Scott Spear         __X__ NOT GUILTY         _____ GUILTY

John "Jed" Brunst         __X__ NOT GUILTY         _____ GUILTY

Andrew Padilla         __X__ NOT GUILTY         _____ GUILTY

Joye Vaught         __X__ NOT GUILTY         _____ GUILTY

**Count 45:**

| Date | Exhibit | State |
|------|---------|-------|
| Jan. 30, 2018 | 224 | New York |

Michael Lacey         _____ NOT GUILTY         _____ GUILTY

Scott Spear         __X__ NOT GUILTY         _____ GUILTY

John "Jed" Brunst         __X__ NOT GUILTY         _____ GUILTY

Andrew Padilla         __X__ NOT GUILTY         _____ GUILTY

Joye Vaught         __X__ NOT GUILTY         _____ GUILTY

**Count 46:**

| Date | Exhibit | State |
|------|---------|-------|
| Jan. 31, 2018 | 225 | New York |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     ___X___ NOT GUILTY     _____ GUILTY

John "Jed" Brunst     ___X___ NOT GUILTY     _____ GUILTY

Andrew Padilla     ___X___ NOT GUILTY     _____ GUILTY

Joye Vaught     ___X___ NOT GUILTY     _____ GUILTY

**Count 47:**

| Date | Exhibit | State |
|------|---------|-------|
| Jan. 30, 2018 | 226 | New York |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     ___X___ NOT GUILTY     _____ GUILTY

John "Jed" Brunst     ___X___ NOT GUILTY     _____ GUILTY

Andrew Padilla     ___X___ NOT GUILTY     _____ GUILTY

Joye Vaught     ___X___ NOT GUILTY     _____ GUILTY

1
2  **Count 48:**
3
4  | Date | Exhibit | State |
   | --- | --- | --- |
5  | Jan. 31, 2018 | 227 | Florida |

6  Michael Lacey          _____ NOT GUILTY          _____ GUILTY
7  Scott Spear          __X__ NOT GUILTY          _____ GUILTY
8  John "Jed" Brunst          __X__ NOT GUILTY          _____ GUILTY
9  Andrew Padilla          __X__ NOT GUILTY          _____ GUILTY
10 Joye Vaught          __X__ NOT GUILTY          _____ GUILTY
11
12 **Count 49:**
13
14 | Date | Exhibit | State |
   | --- | --- | --- |
15 | Feb. 1, 2018 | 228 | Nevada |

16 Michael Lacey          _____ NOT GUILTY          _____ GUILTY
17 Scott Spear          __X__ NOT GUILTY          _____ GUILTY
18 John "Jed" Brunst          __X__ NOT GUILTY          _____ GUILTY
19 Andrew Padilla          __X__ NOT GUILTY          _____ GUILTY
20 Joye Vaught          __X__ NOT GUILTY          _____ GUILTY
21
22
23
24
25
26
27
28

**Count 50:**

| Date | Exhibit | State |
|------|---------|-------|
| Feb. 6, 2018 | 229 | Texas |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

Scott Spear      **X** NOT GUILTY    _____ GUILTY

John "Jed" Brunst    **X** NOT GUILTY    _____ GUILTY

Andrew Padilla    **X** NOT GUILTY    _____ GUILTY

Joye Vaught     **X** NOT GUILTY    _____ GUILTY

**Count 51:**

| Date | Exhibit | State |
|------|---------|-------|
| Feb. 6, 2018 | 230 | New York |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

Scott Spear      **X** NOT GUILTY    _____ GUILTY

John "Jed" Brunst    **X** NOT GUILTY    _____ GUILTY

Andrew Padilla    **X** NOT GUILTY    _____ GUILTY

Joye Vaught     **X** NOT GUILTY    _____ GUILTY

### Conspiracy To Commit Money Laundering
### 18 U.S.C. § 1956(h)
### COUNT 52

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

Scott Spear    _____ NOT GUILTY    **X** GUILTY

John "Jed" Brunst    _____ NOT GUILTY    **X** GUILTY

**Concealment Money Laundering**
**18 U.S.C. § 1956(a)(1)(B)(i)**
**COUNT 53-62**

<u>Count 53:</u>

| Date | Amount | Description |
|------|--------|-------------|
| May 18, 2016 | $1,476,505.00 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     _____ NOT GUILTY     ___X___ GUILTY

John "Jed" Brunst     _____ NOT GUILTY     ___X___ GUILTY

<u>Count 54:</u>

| Date | Amount | Description |
|------|--------|-------------|
| May 18, 2016 | $264,438.00 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     _____ NOT GUILTY     ___X___ GUILTY

John "Jed" Brunst     _____ NOT GUILTY     ___X___ GUILTY

**Count 55:**

| Date | Amount | Description |
|------|--------|-------------|
| May 31, 2016 | $3,171,675.80 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     _____ NOT GUILTY     \_\_\_X\_\_\_ GUILTY

John "Jed" Brunst     _____ NOT GUILTY     \_\_\_X\_\_\_ GUILTY

**Count 56:**

| Date | Amount | Description |
|------|--------|-------------|
| May 31, 2016 | $432,961.87 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     _____ NOT GUILTY     \_\_\_X\_\_\_ GUILTY

John "Jed" Brunst     _____ NOT GUILTY     \_\_\_X\_\_\_ GUILTY

## Count 57:

| Date | Amount | Description |
|------|--------|-------------|
| June 20, 2016 | $842,878.00 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey       _____ NOT GUILTY       _____ GUILTY

Scott Spear       _____ NOT GUILTY        ✗    GUILTY

John "Jed" Brunst       _____ NOT GUILTY        ✗    GUILTY

## Count 58:

| Date | Amount | Description |
|------|--------|-------------|
| June 30, 2016 | $3,076,147.75 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey       _____ NOT GUILTY       _____ GUILTY

Scott Spear       _____ NOT GUILTY        ✗    GUILTY

John "Jed" Brunst       _____ NOT GUILTY        ✗    GUILTY

**Count 59:**

| Date | Amount | Description |
|---|---|---|
| July 27, 2016 | $3,252,681.62 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey _____ NOT GUILTY _____ GUILTY

Scott Spear _____ NOT GUILTY \_\_✕\_\_ GUILTY

John "Jed" Brunst _____ NOT GUILTY \_\_✕\_\_ GUILTY

**Count 60:**

| Date | Amount | Description |
|---|---|---|
| July 27, 2016 | $438,818.86 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey _____ NOT GUILTY _____ GUILTY

Scott Spear _____ NOT GUILTY \_\_✕\_\_ GUILTY

John "Jed" Brunst _____ NOT GUILTY \_\_✕\_\_ GUILTY

**Count 61:**

| Date | Amount | Description |
|------|--------|-------------|
| Aug. 16, 2016 | $804,250.00 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey            _____ NOT GUILTY            _____ GUILTY

Scott Spear              _____ NOT GUILTY            ☒ GUILTY

John "Jed" Brunst        _____ NOT GUILTY            ☒ GUILTY

**Count 62:**

| Date | Amount | Description |
|------|--------|-------------|
| Aug. 31, 2016 | $3,171,264.42 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey            _____ NOT GUILTY            _____ GUILTY

Scott Spear              _____ NOT GUILTY            ☒ GUILTY

John "Jed" Brunst        _____ NOT GUILTY            ☒ GUILTY

**International Promotional Money Laundering**
**18 U.S.C. § 1956(a)(2)(A)**
**COUNT 63-68**

**Count 63:**

| Date | Amount | Description |
|------|--------|-------------|
| Mar. 4, 2014 | $6,450.00 | U.S. Bank (x1165) to S.B. (web developer in India) |

Michael Lacey          ___X___ NOT GUILTY          _____ GUILTY

Scott Spear            ___X___ NOT GUILTY          _____ GUILTY

John "Jed" Brunst      ___X___ NOT GUILTY          _____ GUILTY

**Count 64:**

| Date | Amount | Description |
|------|--------|-------------|
| Aug. 5, 2016 | $5,005,732.86 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

Scott Spear            ___X___ NOT GUILTY          _____ GUILTY

John "Jed" Brunst      _____ NOT GUILTY          ___X___ GUILTY

- 32 -

## Count 65:

| Date | Amount | Description |
|------|--------|-------------|
| Sept. 22, 2016 | $2,916,955.00 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

Scott Spear          \_\_\_X\_\_\_ NOT GUILTY          _____ GUILTY

John "Jed" Brunst          _____ NOT GUILTY          \_\_\_X\_\_\_ GUILTY

## Count 66:

| Date | Amount | Description |
|------|--------|-------------|
| Oct. 3, 2016 | $354,050.84 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

Scott Spear          \_\_\_X\_\_\_ NOT GUILTY          _____ GUILTY

John "Jed" Brunst          _____ NOT GUILTY          \_\_\_X\_\_\_ GUILTY

## Count 67:

| Date | Amount | Description |
|------|--------|-------------|
| Nov. 2, 2016 | $2,726,170.00 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |

Michael Lacey    _____ NOT GUILTY     _____ GUILTY

Scott Spear     \_\_\_X\_\_\_ NOT GUILTY     _____ GUILTY

John "Jed" Brunst     _____ NOT GUILTY     \_\_\_X\_\_\_ GUILTY

## Count 68:

| Date | Amount | Description |
|------|--------|-------------|
| Nov. 15, 2016 | $351,403.54 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     \_\_\_X\_\_\_ NOT GUILTY     _____ GUILTY

John "Jed" Brunst     _____ NOT GUILTY     \_\_\_X\_\_\_ GUILTY

**Transactional Money Laundering**
**18 U.S.C. § 1957(a)**
**COUNT 69-99**

<u>Count 69:</u>

| Date | Amount | Description |
|------|--------|-------------|
| Aug. 21, 2013 | $30,000.00 | Bank of America (x9463) to Stewart Title (partial payment for Sedona property) |

Michael Lacey _____ NOT GUILTY _____ GUILTY

John "Jed" Brunst _____ NOT GUILTY ☒ GUILTY

<u>Count 70:</u>

| Date | Amount | Description |
|------|--------|-------------|
| Sept. 13, 2013 | $62,491.47 | BMO Harris (x1793) to Stewart Title (partial payment for Sedona property) |

Michael Lacey _____ NOT GUILTY _____ GUILTY

John "Jed" Brunst _____ NOT GUILTY ☒ GUILTY

<u>Count 71:</u>

| Date | Amount | Description |
|------|--------|-------------|
| June 11, 2014 | $300,000.00 | National Bank of Arizona (x0178) to Spear Family Trust |

Scott Spear _____ NOT GUILTY ☒ GUILTY

- 35 -

**Count 72:**

| Date | Amount | Description |
| --- | --- | --- |
| June 20, 2014 | $200,000.00 | National Bank of Arizona (x0178) to TD Ameritrade |

Scott Spear   _____ NOT GUILTY   __X__ GUILTY

**Count 73:**

| Date | Amount | Description |
| --- | --- | --- |
| Nov. 4, 2014 | $1,000,000.00 | National Bank of Arizona (x0178) to USB Financial |

Scott Spear   _____ NOT GUILTY   __X__ GUILTY

**Count 74:**

| Date | Amount | Description |
| --- | --- | --- |
| May 14, 2015 | $250,000.00 | National Bank of Arizona (x0178) to Lincoln National Life |

Scott Spear   _____ NOT GUILTY   __X__ GUILTY

**Count 75:**

| Date | Amount | Description |
| --- | --- | --- |
| May 26, 2015 | $50,000.00 | National Bank of Arizona (x0178) to Industrial Property Trust |

Scott Spear   _____ NOT GUILTY   __X__ GUILTY

**Count 76:**

| Date | Amount | Description |
|------|--------|-------------|
| Nov. 3, 2015 | $300,000.00 | National Bank of Arizona (x0178) to Ally Bank |

Scott Spear          _____ NOT GUILTY          __X__ GUILTY

**Count 77:**

| Date | Amount | Description |
|------|--------|-------------|
| Dec. 1, 2015 | $200,000.00 | National Bank of Arizona (x0178) to Wells Fargo |

Scott Spear          _____ NOT GUILTY          __X__ GUILTY

**Count 78:**

| Date | Amount | Description |
|------|--------|-------------|
| Jan. 11, 2016 | $133,045.00 | Cereus Properties (x6211) to National Bank of Arizona (x0178) |

Scott Spear          _____ NOT GUILTY          __X__ GUILTY

John "Jed" Brunst          _____ NOT GUILTY          __X__ GUILTY

**Count 79:**

| Date | Amount | Description |
|---|---|---|
| Jan. 26, 2016 | $101,974.00 | Cereus Properties (x6211) to Wells Fargo (x4891) |

John "Jed" Brunst    _____ NOT GUILTY     X     GUILTY

**Count 80:**

| Date | Amount | Description |
|---|---|---|
| Feb. 3, 2016 | $1,507,944.00 | Cereus Properties (x6211) to Charles Schwab |

John "Jed" Brunst    _____ NOT GUILTY     X     GUILTY

**Count 81:**

| Date | Amount | Description |
|---|---|---|
| Mar. 1, 2016 | $1,692,020.00 | Cereus Properties (x6211) to Bank of America (x5554) |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

John "Jed" Brunst    _____ NOT GUILTY     X     GUILTY

**Count 82:**

| Date | Amount | Description |
|---|---|---|
| Apr. 1, 2016 | $220,944.00 | Cereus Properties (x6211) to Wells Fargo (x4891) |

John "Jed" Brunst    _____ NOT GUILTY     X     GUILTY

**Count 83:**

| Date | Amount | Description |
|------|--------|-------------|
| June 27, 2016 | $397,500.00 | Arizona Bank & Trust (x1793) to Fidelity Title (partial payment for San Francisco property) |

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

John "Jed" Brunst          _____ NOT GUILTY          ☒ GUILTY

**Count 84:**

| Date | Amount | Description |
|------|--------|-------------|
| July 20, 2016 | $12,859,152.57 | Arizona Bank & Trust (x1793) to Fidelity Title (partial payment for San Francisco property) |

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

John "Jed" Brunst          _____ NOT GUILTY          ☒ GUILTY

**Count 85:**

| Date | Amount | Description |
|------|--------|-------------|
| July 22, 2016 | $50,000.00 | National Bank of Arizona (x0178) to Strategic Storage Trust II |

Scott Spear          _____ NOT GUILTY          ☒ GUILTY

1

2 **Count 86:**

3

4

| Date | Amount | Description |
|------|--------|-------------|
| Aug. 2, 2016 | $16,243.00 | Cereus Properties (x6211) to Wells Fargo (x0495) |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

John "Jed" Brunst    _____ NOT GUILTY    X    GUILTY

**Count 87:**

| Date | Amount | Description |
|------|--------|-------------|
| Oct. 6, 2016 | $1,206,356.00 | Cereus Properties (x6211) to Charles Schwab (x4693) |

John "Jed" Brunst    _____ NOT GUILTY    X    GUILTY

**Count 88:**

| Date | Amount | Description |
|------|--------|-------------|
| Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x1967) |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

John "Jed" Brunst    _____ NOT GUILTY    X    GUILTY

- 40 -

**Count 89:**

| Date | Amount | Description |
|------|--------|-------------|
| Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x1972) |

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

John "Jed" Brunst          _____ NOT GUILTY          ✗ GUILTY

**Count 90:**

| Date | Amount | Description |
|------|--------|-------------|
| Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x1986) |

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

John "Jed" Brunst          _____ NOT GUILTY          ✗ GUILTY

**Count 91:**

| Date | Amount | Description |
|------|--------|-------------|
| Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x1991) |

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

John "Jed" Brunst          _____ NOT GUILTY          ✗ GUILTY

1
2    **Count 92:**

3

4    | Date | Amount | Description |
     |------|--------|-------------|
5    | Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x2014) |

6

7    Michael Lacey          _____ NOT GUILTY          _____ GUILTY

8    John "Jed" Brunst      _____ NOT GUILTY          X   GUILTY

9

10   **Count 93:**

11

12   | Date | Amount | Description |
     |------|--------|-------------|
13   | Oct. 6, 2016 | $141,444.00 | Cereus Properties (x6211) to National Bank of Arizona (x0178) |

14   Scott Spear            _____ NOT GUILTY          X   GUILTY

15   John "Jed" Brunst      _____ NOT GUILTY          X   GUILTY

16

17   **Count 94:**

18

19   | Date | Amount | Description |
     |------|--------|-------------|
20   | Dec. 29, 2016 | $3,300,000.00 | Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank (x9992) |

21

22   Michael Lacey          _____ NOT GUILTY          _____ GUILTY

23
24
25
26
27
28

- 42 -

**Count 95:**

| Date | Amount | Description |
|------|--------|-------------|
| Dec. 29, 2016 | $3,300,000.00 | Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank (x9992) |

Michael Lacey            _____ NOT GUILTY            _____ GUILTY

**Count 96:**

| Date | Amount | Description |
|------|--------|-------------|
| Dec. 29, 2016 | $3,300,000.00 | Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank (x9992) |

Michael Lacey            _____ NOT GUILTY            _____ GUILTY

**Count 97:**

| Date | Amount | Description |
|------|--------|-------------|
| Dec. 29, 2016 | $3,300,000.00 | Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank (x9992) |

Michael Lacey            _____ NOT GUILTY            _____ GUILTY

**Count 98:**

| Date | Amount | Description |
|------|--------|-------------|
| Dec. 29, 2016 | $3,300,000.00 | Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank (x9992) |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

**Count 99:**

| Date | Amount | Description |
| --- | --- | --- |
| Jan. 3, 2017 | $16,500,000.00 | Johnson Bank (x9992) to Primus Trust Co./K&H Bank (Hungary) |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

<u>**International Concealment Money Laundering**</u>
**18 U.S.C. § 1956(a)(2)(B)(i)**
**COUNT 100**

**Count 100:**

| Date | Amount | Description |
| --- | --- | --- |
| Jan. 3, 2017 | $16,500,000.00 | Johnson Bank (x9992) to Primus Trust Co./K&H Bank (Hungary) |

Michael Lacey    _____ NOT GUILTY    __X__ GUILTY

11/16/2023
DATE

#2
FOREPERSON JUROR NUMBER