IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>vs.<br><br> Scott Spear, *et al.*,<br><br>                    Defendants. | Case No. CR18-00422-PHX-DJH<br><br><br>**ORDER** |

THE COURT, upon review of the parties' Joint Motion to Extend Motions Deadlines, and good cause appearing:

**IT IS HEREBY ORDERED** granting the parties' Joint Motion to Extend Motions Deadlines.

**IT IS FURTHER ORDERED** extending the current motions deadlines to the following dates:

| Motion | Defendants | Government |
|---|---|---|
| Rule 29 Motion for Judgment of Acquittal | Supplement: December 4, 2023 | Response: December 18, 2023 |
| Rule 33(b)(2) (new trial motion) | Motion: December 4, 2023 | Response: December 18, 2023 |
| Defendant's Motion to Dismiss (*Jencks/Giglio*) | Reply: December 4, 2023 | Response: November 27, 2023 |

1

1
2        DATED this _____ day of November, 2023.
3
4
5                                        _____
                                         The Honorable Diane J. Humetewa
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28