# Exhibit 2

## Chart of Ferrer Statements in Emails

| Date | To | Statement |
|---|---|---|
| 4/20/2018 7:11 PM | Lyndon Versoza | This is complicated. But I tried to simplify as much as possible. International money can be found in merchant accounts and in treasury accounts. In this email I will detail the treasury accounts. You can find treasury accounts as follows:<br><br>1. Bank accounts under Ad Tech BV (UBO is Carl Ferrer)<br>Fio EURO Balance CZ9020100000002300995803, 1,228.76<br>Fio USD Balance CZ1220100000002000995801 18,610.10<br>Fio GBP Balance CZ7120100000002600995805 3,738.45<br>Frick CAD Balance LI09 0881 1060 7717 K000 K 8,292.87<br>Frick USD Balance LI30 0881 1060 7717 K000 U 2,601,164.44<br>Frick EURO Balance LI74 0881 1060 7717 K000 E 1,533,820.07<br>Frick EURO BTC Balance LI90 0881 1060 7717 K001 E 1,598,027.31<br>[I did not include ING since it is active mainly for receivables collection]<br><br>2. Bank accounts under partners<br>a. CZECH Partners<br>(1) Gold Leaf SRO- UBO is Amonan Lippa<br>(2) Protecctio SRO- UBO is Vladimir Hanus<br>(3) Varicok Company- SRO- UBO is Jana Polakova<br>SEE ATTACHED PDF WITH ALL ACCOUNT NUMBERS AND/OR THE BANK LETTERS WITH THE SAME INFO.<br><br>b. Estonia Partner<br>(1) Olist: UBO Ana Jipa<br>SEE BANK LETTER<br><br>c. Dutch partners*<br>(1) UniverseAds BV- UBO Julia Dorst<br>(2) Guilietta Group BV- UBO Omar Lopez<br>(3) Procop Holdings BV- UBO Chrietien<br>SEE BANK LETTERS<br><br>Partners may have more banks not on the list. But there should be the main ones.<br>There are seven partners.<br><br>-carl |
| 7/9/2018 4:26 PM | Stefanie Parks | How much do they owe us? |

| | | |
|---|---|---|
| | | Do you have the bank account number that they used to pay us? I am thinking about getting this info to Lyndon since Tina is not accepting my calls or returning any emails.<br><br>-carl |
| 7/9/2018 7:26 PM | Lyndon Versoza | We should talk about collecting this receivable. They are in the US.<br>The ceo will not return calls or emails.<br><br>After chargebacks, they have 400k to 500k which should be forfeited. You may need to reach out to her or find some other collection technique. My pleadings have not been successful. Heres her contact info:<br><br>Tina Henson<br>CEO<br>tina@cardquiry.com<br>559-240-6550 |
| 7/10/2018 12:05 PM | Stefanie Parks | Do you know the company name that made the payments to us? IS it Card Quiry? Since they are not paying us, I am passing along info the SA Versoza. He will help collect.<br><br>-carl |
| 7/10/2018 3:43 PM | Lyndon Versoza | As you requested, I attached two spreadsheets covering liabilities. One is legal expenses and business expense liabilities. The other is civil litigation possible liabilities.<br><br>- carl |
| 7/10/2018 5:07 PM | Lyndon Versoza | See below. |
| 7/13/2018 2:01 PM | Stefanie Parks | Please send me your latest document. It should include prepayments and prepayments to attorneys (in separate section). I will update the status.<br><br>We should have a master list / total on what had been successfully collected transferred to US. This would include bank transfers (ING, Crypto, etc). |
| 7/13/2018 6:19 PM | Lyndon Versoza | Lyndon,<br>Attached documents we will be updating next week. I added some updates. The next receivable priority we need your help:  Paymitco. It's over a million. Plus, their sister company owes us 500k from DCR (a payment aggregator). Total is 1.5 million. They are in Canada and the US. |

| | | |
|---|---|---|
| | | DCR documents where we attempted to collect a debt. https://web.tresorit.com/l#BKbi3uXAx1IXPfWiw5rTYw<br><br>Paymitco's documents: https://web.tresorit.com/l#ZNrd2vbk3ZEX4w2nmAPGmQ<br><br>Email contacts:  sales@paymitco.com<br>I worked with Debra for both paymitco and DCR:<br>Debra Lepage<br> Vice President<br>DCR Strategies Inc.<br>2680 Skymark Ave. Suite 420 Mississauga, ON, L4W 5L6<br>Tel. (905) 212-9494  | Fax. (905) 212-9513 | Mobile. (514) 473-2220<br><br>Hope this info is helpful. Our demand letters in DCR link above has DCR / Paymitco's lawyer info.<br><br>-carl |
| 7/17/2018 12:44 PM | Lyndon Versoza | Attached docs show these transfers done today:<br>AD TECH BV from CryptoCapital: 15,0000: PayoutADTech 07172018<br>Website Technologies from CryptoCapital: 50,0000: Payout Web Tech 07172018 |
| 7/19/2018 4:03 PM | Lyndon Versoza | Exactly. That is correct.<br><br>I just spoke to Stefanie to confirm. Payroll was handled by the company's Phoenix corporate office and they used ADP. Backpage was a separate group within ADP.<br><br>-carl |
| 7/26/2018 11:49 AM | Michael Gage | We keep it. We might need the bank account someday. I just need to tell the government. I don't think they care about $500 that much but they care about transparency. Thank you for heads up.<br><br>I have heard of no forfeitures orders on that account?<br><br>Send me the account number. |
| 8/2/2018 1:24 PM | Lyndon Versoza | Lyndon,<br>See attached info you requested.<br>-carl |
| 8/2/2018 3:36 PM | Stefanie Parks | See Lyndon's question below: |
| 8/2/2018 4:54 PM | Lyndon Versoza | See below: |
| 8/3/2018 2:19 PM | Lyndon Versoza | I spoke to Stefanie. This spreadsheet looks like its from JP Morgan. |

3

| | | |
|---|---|---|
| | | We show 5/2: 500,000 going to Rusing from CSOB (May 5 on your spreadsheet) We show 5/31: 1,000,000 going to Rusing from CSOB (June 2 on your spreadsheet) It is a date issue since international wires take a day or longer and their are time zone issues.<br>We can always get you our CSOB bank statements to show this transaction if you would like.<br>These payments were for prepaid legal retainers.<br>In terms of documentation, Stefanie had it in her company emails. Great plains (MicroSoft Dynamics) does not have the documentation.<br>So to find the requests for these retainer funds you should search stefaniep@websitetechnologies.com, Michael@websitetechnologies.com or payables@websitetechnologies.com.<br>I might be missing an email from you. I only received this email and I think that might be another email I have not received with a list of payments to have Stefanie double check.<br>carl |
| 8/3/2018 3:08 PM | Lyndon Versoza | No problem. Keep them coming.<br>The Henze Cook was a retainer for me (They were my personal attorney). We ended our relationship in 2017 and they transferred the funds to Clarence Dyer (my personal attorney). Clarence made sure Henze had no funds of mine after we terminated. |
| 8/3/2018 4:34 PM | Stefanie Parks | Just confirming, you can;t pull them since you have no access to those email accounts.<br>You may have a few downloaded ones on your laptop right? The bulk though are in emails.<br>-carl |
| 8/3/2018 5:15 PM | Stefanie Parks | This also looks like JS settlement.<br>Please advise.<br>Did pay Perkins prepaid legal funds with bitcoin?<br>-carl |
| 8/6/2018 2:52 PM | Lyndon Versoza | See below: It was JS settlement. |
| 8/6/2018 2:52 PM | Lyndon Versoza | See below and attached. |
| 8/6/2018 1:53 PM | Stefanie Parks | Can you send me updated balances for Crypto Cap accounts?<br><br>-carl |
| 8/6/2018 3:06 PM | Lyndon Versoza | See Stefanie's email below on balances:<br><br>Here are some options:<br>1) Leave account open with these minimum amounts |

| | | |
|---|---|---|
| | | 2) Send all by but $250 in each account (to keep the account open).<br><br>3) Or, we can send the balance and shut down the accounts.<br>The value in keeping the account open is we can secure wires from vendors holding excess funds. We could then wire the funds secured to the Government.<br><br>I'm OK with any option.<br>-carl |
| 8/7/2018 1:13 PM | Lyndon Versoza | Just an FYI- we have another bank account that we do not use. It has $500 balance on it.<br>Info is below:<br><br>-carl |
| 8/7/2018 3:45 PM | Stefanie Parks | Stefanie,<br>The Government is requesting we transfer all but $250 in the crypto capital bank accounts to their Chase account.<br><br>Please leave $250 in each account. I f there are two currencies, you can split it roughly between USD and EUR (nothing for CAD). This will only leave $500 total exposed should Crypto Capital suddenly fold.<br><br>Please send documentation on the withdrawal so I can forward to my contact.<br><br>-carl |
| 8/8/2018 2:25 PM | Lyndon Versoza | Attached |
| 8/21/2018 10:22 AM | Lyndon Versoza | Lyndon,<br><br>We can send 40k Euro to you or we can send to our US bank account. The funds in our US bank account are being used to cover expenses like Issa Martin (for records testimony). But I am OK with either option.<br><br>Please let me know of the Gov's decision in the next day or two.<br><br>-carl |
| 8/21/2018 1:37 PM | Lyndon Versoza (cc Baum & Gage) | Michael,<br>You can close out the account this week and send all remaining funds to the Gov's chase account.<br><br>-carl |

5

| 8/22/2018 1:24 PM | Lyndon Versoza | Wire confirmation to follow to you soon. |
| 8/30/2018 1:43 PM | Lyndon Versoza | Here is the info you need. |