# Exhibit 4

| | |
|---|---|
| **From:** | Feder Law |
| **To:** | Stone, Andrew (USAAZ); Rapp, Kevin (USAAZ); Kozinets, Peter (USAAZ); Boyle, Daniel (USACAC); Berry, Austin (CRM); Perlmeter, Margaret (USAAZ) |
| **Cc:** | Liliana Figueroa; Christine Ritland; humetewa_chambers@azd.uscourts.gov; Hilda Lopez; Bruce Feder; Eric; Paul; Gary; Gopi; Dave; Joy; Erin; Yadira; Feder Law |
| **Subject:** | [EXTERNAL] Exhibit 6273 |
| **Date:** | Wednesday, November 15, 2023 12:31:02 PM |
| **Attachments:** | 6273_07.13.18 EMail from Carl Ferrer to Versoza re [EXTERNAL] Fw_ Re_ Updated receivables document.pdf |

All,

The exhibits I previously sent you include exhibit 6273, which was not the complete document. Please replace 6273 with the one attached.

Thanks,

*Mali*

Mali Evans
Office Manager and Paralegal
FEDER LAW OFFICE, PA
2930 E. Camelback Road
Suite 160
Phoenix, AZ 85016
fl@federlawpa.com

| | |
|---|---|
| **From:** | carl |
| **To:** | Versoza, Lyndon A |
| **Cc:** | Jonathan Baum |
| **Subject:** | [EXTERNAL] Fw: Re: Updated receivables document |
| **Date:** | Friday, July 13, 2018 3:19:25 PM |
| **Attachments:** | Government Seizure Trx_carl_updates.xlsx |
| | Prepaid Vendors (Legal included)_carl_updated.xlsx |
| | Receivables Schedule 5.2018_updates_carl.xlsx |

Lyndon,
Attached documents we will be updating next week. I added some updates. The next receivable priority we need your help: Paymitco. It's over a million. Plus, their sister company owes us 500k from DCR (a payment aggregator). Total is 1.5 million. They are in Canada and the US.

DCR documents where we attempted to collect a debt.
https://web.tresorit.com/l#BKbi3uXAx1IXPfWiw5rTYw

Paymitco's documents:
https://web.tresorit.com/l#ZNrd2vbk3ZEX4w2nmAPGmQ

Email contacts: sales@paymitco.com
I worked with Debra for both paymitco and DCR:

**Debra Lepage**
 Vice President
**DCR Strategies Inc.**
2680 Skymark Ave. Suite 420 Mississauga, ON, L4W 5L6
Tel. (905) 212-9494  | Fax. (905) 212-9513 | Mobile. (514) 473-2220


Hope this info is helpful. Our demand letters in DCR link above has DCR / Paymitco's lawyer info.

-carl




------- Original Message -------
On July 13, 2018 1:31 PM, Stefanie.parks <stefanie.parks@protonmail.com> wrote:


>    Attached are three spreadsheets
>
>    1. Receivables Schedule - the first tab is a summary of receivable and reserve due.
>
>    2. Prepaid Vendors - this includes legal
>
>    3. Government Seizure Trx - All transfers made to USPS (cash and crypto) along

with the seized Prosperity account.

Let me know if you have any questions.

-Stefanie

Sent with ProtonMail Secure Email.

------- Original Message -------
On July 13, 2018 2:01 PM, carl <carl.ferrer@protonmail.com> wrote:

> Please send me your latest document. It should include prepayments and prepayments to attorneys (in separate section). I will update the status.
>
> We should have a master list / total on what had been successfully collected transferred to US. This would include bank transfers (ING, Crypto, etc).

USAO-BP-0038098

| | | |
|---|---:|---|
| Akin Gump | 250,000.00 | |
| Brian Getz | 50,000.00 | |
| Browne George | 250,000.00 | |
| Clarence Dyer | 4,000,000.00 | |
| Copeland, Franco | 100,000.00 | |
| David B Smith | 10,000.00 | |
| Davis Wright Tremaine | 6,250,000.00 | |
| EG Morris | 310,000.00 | |
| HCM | 500,000.00 | |
| John Morgan | 35,000.00 | |
| Karpp Weiss | 250,000.00 | |
| Keker Nest | 500,000.00 | |
| Martin H Redish | 2,200.00 | |
| McDermott Will & Emery | 100,000.00 | |
| Mitchell Stein | 200,000.00 | |
| Perkins Coie | 2,167,704.86 | |
| Phillip K Linder | 105,000.74 | Note: 70k was sent out of CSOB but never arriv[ed] |
| Piccarreta Davis | 750,000.00 | |
| Prince Lobel Tye | 100,000.00 | |
| Rusing Lopez | 5,250,000.00 | |
| Sheef & Stone | 25,000.00 | |
| Thompson Coburn LLP | 100,000.00 | |
| Walters Law | 100,000.00 | |
| WAYNE B. GIAMPIETRO LLC | 100,000.00 | |
| | 21,504,905.60 | |

| | | Update |
|---|---:|---|
| D Net Hours Prepayment | 717,513.06 | Some Recoverable |
| D Net Additional Prepayments | 779,712.01 | Some Recoverable |
| Enterprise Networks | 85,093.38 | Unknown |
| Sophos EndPoint | 12,369.36 | Contract not recoverable |
| SHI VMWare | 162,374.99 | Contract not recoverable |
| SHI | 54,018.62 | Should be recoverable |
| SHI Overpayment | 151,281.12 | Should be recoverable |
| Boxer Property | 46,907.15 | Contract not recoverable |
| Switch Data (WT) | 43,737.49 | Contract not recoverable |
| ACG (Taxes) | 59,800.00 | We need this. |
| Avion Severance WT | 150,000.00 | Contract not recoverable |
| Avion Severance ADT | 50,000.00 | Contract not recoverable |
| DigiCert AdTech | 1,652.72 | Contract not recoverable |
| Spaces Deposit | 40,945.46 | Recoverable |
| Spaces PPD Rent | 67,507.48 | Unknown |
| AMS PPD Payroll | 485,462.43 | Some Recoverable |
| Brite Telecom | 12,323.00 | Unknown |
| Bridge | 189,312.14 | We need this to close down EU. |

ed in US.  This should be 35,000.74