UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

☑ FILED   ___ LODGED
___ RECEIVED   ___ COPY

NOV 1 6 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ Sentencing

EXHIBIT LIST --- CRIMINAL

☑ Jury Trial          ☐ Non-Jury Trial

USA vs. Lacey, Michael, et al                                    CR-18-422-PHX-DJH
Last, First, Middle Initial                                       Year-Case No-Deft No-Judge

☑ GOVERNMENT          ☐ DEFENDANT

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | Description |
|---|---|---|---|
| 3000 | | 10/25/23 | Facebook search results for John E. Dougherty |
| 3001 | | | Miami New Times column by Chuck Strouse – February 3, 2014 |
| 3002 | | | Miami New Times column by Chuck Strouse – September 24, 2012 |
| 3003 | | | Miami New Times column by Chuck Strouse – February 1, 2011 |
| 3004 | | | Bob Boze Bell blog post – October 10, 2016 |
| 3005 | | | ECD Technical Assistance Request – September 26, 2016 |
| 3006 | | | ECD Technical Assistance Request – January 27, 2018 |
| 3007 | | | Memorandum of Interview – John Becker, July 27, 2018 |
| 3008 | | | Order re Crime Fraud Exception – April 20, 2018 |
| 3009 | | | Declaration of John Becker in Opposition to the Government's Motion to Compel Compliance with Grand Jury Subpoena – April 2, 2018 |
| 3010 | | | Letter to Jim Belanger – July 18, 2018 |
| 3011 | | | Text Messages to Grant Snyder |
| 3012 | | 10/25/23 | Email from Yerman to Spear, "Happy February" DOJ-BP-0004818650 |
| 3013 | | | Email from Spear to Yerman, "Re: YOW news on MSNBC" DOJ-BP-0000868286 |

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | Description |
|---|---|---|---|
| 3014 | | | Email from Stan Cook to Spear, 2012.09.24 On the RadioThisMorning_DOJ-BP-0004824261 |
| 3015 | | | Washington Post Article, Dated July 18, 2017 |
| 3016 | | | Thomson Reuters Foundation Article, May 30, 2017 |
| 3017 | | | Thomson Reuters Foundation Article, March 2, 2018 |
| 3018 | | | |
| 3019 | | | |
| 3020 | | | |
| 3021 | | | |
| 3022 | | | |
| 3023 | | | |
| 3024 | | | |
| 3025 | | | |
| 3026 | | | |
| | | | |
| | | | |