UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**WITNESS LIST
(CRIMINAL)**

☐ Motion to Suppress

☐ Non-Jury Trial

USA vs. Michael Lacey, et al.

CR-18-422-PHX-DJH

```
_____
| ✓ FILED        ___ LODGED    |
| ___ RECEIVED   ___ COPY      |
|                              |
|     NOV 1 6 2023             |
|                              |
|   CLERK U S DISTRICT COURT   |
|     DISTRICT OF ARIZONA      |
| BY_____ DEPUTY    |
|_____☒Jury Trial|
```

☐ GOVERNMENT                    ☒ DEFENDANTS

| NO. | NAME | G/D | DATE SWORN | DATE APPEARED |
|-----|------|-----|------------|---------------|
| 1 | Any and All Witnesses on Government's Witness List | | | |
| 2 | Althoff, David | | | |
| 3 | Angell, Peter | | | |
| 4 | Barrs, Rick | | | |
| 5 | Bartlett, Mark | | | |
| 6 | Barton, Kurtis | | | |
| 7 | Becker, John | | 10/24/23 | 10/24/23 |
| 8 | Beery, Tara | | | |
| 9 | Blum, Anthony F. | | | |
| 10 | Bollas, Nicholas | | | |
| 11 | Boswell, Susan | | | |
| 12 | Boyd, Angela | | | |
| 13 | Boyd, Danah | | | |
| 14 | Braga, Devyn | | | |
| 15 | Brennan, Christine | | | |
| 16 | Brunst, Scott | | | |
| 17 | Campbell, Nandi | | | |

Defendants' Joint Witness List 08.31.23)

1

| 18 | Carlin-Webber, Patricia | | | |
|----|-------------------------|---|---|---|
| 19 | Chapman, Anne | | | |
| 20 | Chookaszian, Dennis | | | |
| 21 | Cobb, Kevin | | | |
| 22 | Collins, Melissa | | | |
| 23 | Columbo, Sarah | | | |
| 24 | Conn, Deanna | | | |
| 25 | Cook, Beth | | | |
| 26 | Cook, Stan | | 10/25/23 | 10/25/23 |
| 27 | Cornejo, Carmen | | | |
| 28 | Corn-Revere, Robert | | | |
| 29 | Craig, Charles | | | |
| 30 | Culloton, Dennis | | | |
| 31 | Cunanan, Rock | | | |
| 32 | Dalton, Sean | | | |
| 33 | Dennis, Aaron | | | |
| 34 | Dokko, Sean | | | |
| 35 | Dougherty, John | | 10/25/23 | 10/25/23 |
| 36 | Earnhardt, John | | | |
| 37 | Epps, Karl | | | |
| 38 | Favale, Anthony | | | |
| 39 | Ferrer, April | | | |
| 40 | Ferris, Kathleen | | | |

Defendants' Joint Witness List 08.31.23)

| 41 | Fifer, Sam | | | |
|----|------------|--|--|--|
| 42 | Finkel, Tom | | | |
| 43 | Finlay, Ezekiel | | | |
| 44 | Ford, Eleanor | | | |
| 45 | Frischer, Randy | | | |
| 46 | Fritz, Edgar | | | |
| 47 | Gage, Michael | | | |
| 48 | Gallagher, Kris | | | |
| 49 | Garcia, Chris | | | |
| 50 | Gerken, Wil | | | |
| 51 | Goldman, Eric | | | |
| 52 | Gordon, Heather | | | |
| 53 | Gordon, Phil | | | |
| 54 | Goroski, Gerard | | | |
| 55 | Grant, James | | | |
| 56 | Gutierrez, Alfredo | | | |
| 57 | Hakes, Francine | | | |
| 58 | Hammer, James | | | |
| 59 | Harrison, Kelly | | | |
| 60 | Hartman, Raymond | | | |
| 61 | Haungs, Joseph | | | |
| 62 | Hayes, Brian | | | |
| 63 | Hemphill, James | | | |
| 64 | Henze, Tom | | | |

Defendants' Joint Witness List 08.31.23)

| 65 | Hooper, Simrin | | | |
|----|----------------|---|---|---|
| 66 | Hughes, Timothy | | | |
| 67 | Jarrett, Damien | | | |
| 68 | Jenkins, John | | | |
| 69 | Jett, Sydney | | | |
| 70 | Kaiping, Joseph | | | |
| 71 | Karpel, Richard | | | |
| 72 | Kelley, Charles | | | |
| 73 | Kempel, Chris | | | |
| 74 | Killough, Micah | | | |
| 75 | Knight, Tony | | | |
| 76 | Knutson, Andrew | | | |
| 77 | Kopecky, Nathan | | | |
| 78 | Laff, Kimberlie | | | |
| 79 | Lampi, Angel | | | |
| 80 | Laterno, Mark | | | |
| 81 | Latta, Mary Lee | | | |
| 82 | Lee, Dawn | | | |
| 83 | Lee, Dr. Lois | | | |
| 84 | Levy, Alexandra | | | |
| 85 | Loasa, Michael | | | |
| 86 | Luna, Rosemary | | | |
| 87 | Lutnick, Alexandra | | | |
| 88 | Lyons, Jeff | | | |
| 89 | Mars, Jeff | | | |

Defendants' Joint Witness List 08.31.23)

| 90 | Martinez, Tony | | | |
|---|---|---|---|---|
| 91 | Masnick, Mike | | | |
| 92 | McCann, Heather (formerly Dobbins) | | | |
| 93 | McDougal, Elizabeth | | | |
| 94 | McKeen, Michael | | | |
| 95 | McGraw, Tom | | | |
| 96 | McNally, Ed | | | |
| 97 | Mehlman-Orozco, Dr. Kimberly | | 10/25/23 | 10/25/23 |
| 98 | Miles, Billie | | 10/25/23 | 10/25/23 |
| 99 | Modisett, Jeff | | | |
| 100 | Moon, Don | | | |
| 101 | Murphy, Andi | | | |
| 102 | Murray, Gabrielle | | | |
| 103 | Musto, Jennifer | | | |
| 104 | Neito, Adriana | | | |
| 105 | Nepple, Michael | | | |
| 106 | Nickel-Childress, Tamara | | | |
| 107 | Nigam, Hemanshu | | | |
| 108 | Norman, William | | | |
| 109 | Osborne, Paul | | | |
| 110 | Padilla, Adam | | | |
| 111 | Parks, Stephanie | | | |
| 112 | Pearl, Thomas | | | |
| 113 | Phipps, Jennifer | | | |

Defendants' Joint Witness List 08.31.23)

| 114 | Pirouznia, Jay | | | |
|---|---|---|---|---|
| 115 | Reilly, Tranica | | | |
| 116 | Rep. of BBVA Compass | | | |
| 117 | Rep. of BDO | | | |
| 118 | Rep. of BMO | | | |
| 119 | Rep of City of Flagstaff, Licensing Div. | | | |
| 120 | Rep. of City of Mesa, Licensing Div. | | | |
| 121 | Rep. of City of Scottsdale, Licensing Div. | | | |
| 122 | Rep. of City of Tempe, Licensing Div. | | | |
| 123 | Rhoad, Marie | | | |
| 124 | Rizzi, Michelle | | | |
| 125 | Roberts, Sarah | | | |
| 126 | Robinson, Pamela | | | |
| 127 | Romero, Allen | | | |
| 128 | Ronan, Raymond | | | |
| 129 | Rosenberg, Dr. David | | | |
| 130 | Rubin, Paul | | | |
| 131 | Sableman, Mark | | | |
| 132 | Scaramucci, Joseph | | | |
| 133 | Schneider, Melissa | | | |
| 134 | Schoblaska, Craig | | | |
| 135 | Schuba, Christopher | | | |
| 136 | Schumacher, Jamie | | | |
| 137 | Scifers, Jana | | | |

Defendants' Joint Witness List 08.31.23)

| 138 | Sennet, Andrea | | | |
|-----|----------------|---|---|---|
| 139 | Shelton, Jessica | | | |
| 140 | Silverman, Jeffrey | | | |
| 141 | Sitrick, Michael | | | |
| 142 | Snyder, Grant | | 10/24/23 | 10/24/23 |
| 143 | Steele, Daniel | | | |
| 144 | Stein, Jacob | | | |
| 145 | Stocker, Kenneth | | | |
| 146 | Strouss, Charles | | 10/25/23 | 10/25/23 |
| 147 | Suskin, Steve | | | |
| 148 | Tapscott, Ralph | | | |
| 149 | Thatcher, Amanda | | | |
| 150 | Tobias, Scott | | | |
| 151 | Van de Voorde, Andy | | | |
| 152 | Vann, Nicholas | | | |
| 153 | Vaught, Dennis | | | |
| 154 | Verdeschi, John | | | |
| 155 | Vienneau, Steven | | | |
| 156 | Villegas, Abran | | | |
| 157 | Voight, Trent | | | |
| 158 | Walsh, Thomas | | | |
| 159 | Watson, Matthew | | | |
| 160 | Weitzer, Ronald | | | |
| 161 | Wingfield, Cathleen | | | |

7

Defendants' Joint Witness List 08.31.23)

| 162 | Wood, Douglas |  |  |  |
|-----|---------------|--|----------|----------|
| 163 | Yerman, Rick  |  | 10/25/23 | 10/25/23 |
| 163 | Zeller, Tracy |  |  |  |

Defendants' Joint Witness List 08.31.23)