Report Ad

# Get freaky Tuesday .. Come spend ur day with us - 19

Posted: Tuesday, September 10, 2013 3:54 PM

**Reply**: click here



Enlarge Picture



<u>Enlarge Picture</u>

Our dazzling smile & stunning personality will keep you coming back for more. We keep ourselves well manicured, hygienically correct & always classy!
Doin incalls and outcalls
2 girl for 1 or 2 girl special
Call or text us ::: five0eight-nine33-eight52one

Poster's age: 19

- Location: Worcester, West borough & route 9

- Post ID: 24781462 worcester

- Other ads by this user:

<u>Get it how u want It... Late night fun - 19</u> 📷 (West borough & route 9)

<u>adult entertainment</u>: <u>escorts</u>

  

DOJ-BP-0004738634


backpage.com > washington adult entertainment > washington escorts

Report Ad

# **** 50 Red R*O*S*E*S S*P*E*C*I*A*L - DONT MISS OUT!!!!! **** - 38

Posted: Monday, January 27, 2014 12:21 PM

---

**Reply:** click here

**** 01/31: I AM AVAILABLE ** I DESPERATELY NEED SOME HELP! I AM NOT GETTING ANY CALLS WHATSOEVER. I AM 2 MONTHS BEHIND ON MY BILLS BECAUSE OF THIS. I AM IN DANGER OF GETTING EVICTED & LOSING EVERYTHING! CAN SOMEONE HELP ME PLEASE? I NEED SOME WORK PLEASE!

**** I am not a Pro *****

**** 5'7 - 125 lbs - *Upscale*Gorgeous* H*O*T *Blonde*
***** *Midnight*Blue*Eyes*-*Stunning*Good*Looks* ********

***Come* Relax* With* Me...
***Find out for yourself what others fantasize about having ****

******* I offer Companionship********************

**********Free 10 Minute Sensual Massage **************

*******100% Independent & Safe ***********
****** I have a Private * Discrete Location ****

***** Please CALL ME for an appointment.You wont be disappointed. ***

*****253.581.2021 - Ask for Kara

****** 253.208.9837 - Cell

******** My donation is very reasonable *********

*******I AM AVAILABLE 24/7 FOR YOUR CONVENIENCE *******************

****** I AM WELL WORTH THE TIME TO COME SEE ME!! ******

**IF YOU ARE a BSER, FLAKE , OR NO SHOW TYPE OF PERSON PLEASE DO NOT CALL ME.****

****** As of 1/31/14 My Rent,Phone,Cable bills are all also 2 months late and I need some help with them please****

IF YOU CAN PLEASE HELP A LITTLE LADY OUT IT WOULD BE GREATLY APPRECIATED. I AM ALSO WILLING TO DO ANY WORK THAT YOU MAY HAVE AVAILABLE,PLEASE. THANK YOU.****

*****CLICK ON THE LINK BELOW TO SEE ALL OF (MY) PICS************

More Pictures and Info: http://adultsearch.com/washington/tacoma/female-escorts/391423

***This is not an offer for prostitution. All donations are for my time and companionship only ***

Poster's age: 38

- Location: Tacoma

- Post ID: 5698064 washington

**Email this ad**

Enlarge Picture

Enlarge Picture

Enlarge Picture

---

washington.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider.

DOJ-BP-0005070384

**backpage** | Post an Ad | keyword | adult | search

boston, ma

administration > backpage.com > boston adult entertainment > boston escorts

**This ad is not live. Status: Community Removed**

Report Ad

# ♡♥♡♥¤Puerto Rican mami in walpole area INCALLS¤♥♡♥♡ - 19

Posted: Wednesday, January 29, 2014 10:02 PM

View Account      Email: naiomyfigueroa231237@gmail.com      Delete this Ad   [ Global
                                                            [ +SPAM+ ]   Delete ]



Enlarge Picture



Enlarge Picture



Enlarge Picture



Enlarge Picture

Hey my name is emily and im 19 yrs old, puerto rican latina in the walpole area looking to satisfy your cravings. available all day and night come keep me company!!! I would prefer older gentlemen.

INCALLS ONLY

617-586-0935

Ill be waiting for you

you are not paying me for sexual services. Any compensation giving is for time spent with me. Anything that goes on during that time is completely consensual between two adults (me&you!!!)

Poster's age: 19

- Location: Boston/Camb/Brook, walpole

- Post ID: 25614765 boston

Email this ad

---

**Administrative Data:**

Partner: Boston
Ad Type: Online Ad
Paid Ad: **Yes**
Ad Price: $12.00

View all ads by this user on this site (2)
View Account

View this Ad (backpage form)

Recent Name: andy pena
Recent Phone: Unknown
Email:         naiomyfigueroa231237@gmail.com
              [ +SPAM+ ]

User Created: Tuesday, January 28, 2014  04:34
              PM EST

DOJ-BP-0004719332

View this ad (object editor)

Report this ad to the NCMEC

This ad is deleted: Community Removed
[ Global Delete ]

Ad Created:  Tuesday, January 28, 2014  04:34
PM EST
IP address 75.150.78.246

**Invoices for this Ad:**
$12.00 on 01-29-2014 - Invoice 25618268
with CardRef 4450289
$12.00 on 01-29-2014 - Invoice 25624348
with CardRef 4450289
$12.00 on 01-29-2014 - Invoice 25625456
with CardRef 4450289
$12.00 on 01-28-2014 - Invoice 25614766
with CardRef 4450289

## Deleted Images (administrators only)

Click to restore or fully remove the deleted image.





⊙Keep deleted  ⊙Restore  ⊙Remove

[ Update Ad ]

Account Login | Affiliate Program | Promote Us | Help | Privacy Policy | Terms of Use | User Safety | © 2014 backpage.com

boston.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as
the publisher or speaker of any information provided by another information content provider.

## Class: Invoice

 DELETE

Last modified on Wednesday January 29, 2014 at 10:02 PM, by bos_backpage.

▸ Update

| | |
|---|---|
| **InvoiceDate** | 01-29-2014 |
| **AdType** | ☑Online Ad  ☐Print Ad  ☐Sponsor Ad  ☐Auto Repost |
| **Status** | Live |
| **ID** | B5C5-HC5zUeKa8gw8rQdiQ |
| **Processed** | Yes |
| **Partner** | Boston (boston.backpage.com) |
| **Category** | adult entertainment: escorts  ⊘ CHOOSE |
| **Ad** | ♡♥♡♥¤Puerto Rican mami in walpole area  ⊘ CHOOSE |
| **AdOid** | 25614765 |

### Customer

| | |
|---|---|
| **User** | naiomyfigueroa231237@gmail.com  ⊘ CHOOSE |
| **Email** | naiomyfigueroa231237@gmail.com |
| **Name** | andy pena |
| **Address** | 2 candor place |
| **City** | jamaica plain |
| **State** | ma |
| **Zip** | 02130 |
| **Phone** | |
| **IP** | 75.150.78.246 |

### Subtotals

| | |
|---|---|
| **OnlinePrice** | 12.00 |
| **PrintPrice** | 0.00 |
| **SponsorPrice** | 0.00 |
| **AdPrice** | 12.00 |

## Promotions

| | |
|---|---|
| PromotionCode | |
| PrintPromotion |  CHOOSE |
| | Note: separate multiple values with a pipe "\|" |
| Affiliate | |

## Payment Information

| | |
|---|---|
| ApprovalCode | APPROVED, 0, 1264236764, 2014-01-29 2 |
| IdStamp | 48072828 |
| CardRef | 4450289 |

Update



## Class: Invoice

 DELETE

Last modified on Wednesday January 29, 2014 at 7:30 PM, by bos_backpage.

▶ Update

| | |
|---|---|
| **InvoiceDate** | 01-29-2014 |
| **AdType** | ☑ Online Ad  ☐ Print Ad  ☐ Sponsor Ad  ☐ Auto Repost |
| **Status** | Live |
| **ID** | MbQGdofTyTnaSuH0Ut7F3Q |
| **Processed** | Yes |
| **Partner** | Boston (boston.backpage.com) |
| **Category** | adult entertainment: escorts   ● CHOOSE |
| **Ad** | ♡♥♡♥¤Puerto Rican mami in walpole area   ● CHOOSE |
| **AdOid** | 25614765 |

## Customer

| | |
|---|---|
| **User** | naiomyfigueroa231237@gmail.com   ● CHOOSE |
| **Email** | naiomyfigueroa231237@gmail.com |
| **Name** | andy pena |
| **Address** | 2 candor place |
| **City** | jamaica plain |
| **State** | ma |
| **Zip** | 02130 |
| **Phone** | |
| **IP** | 75.150.78.246 |

## Subtotals

| | |
|---|---|
| **OnlinePrice** | 12.00 |
| **PrintPrice** | 0.00 |
| **SponsorPrice** | 0.00 |
| **AdPrice** | 12.00 |

DOJ-BP-0004719336

## Promotions

| | |
|---|---|
| PromotionCode | |
| PrintPromotion |  CHOOSE<br>Note: separate multiple values with a pipe "\|" |
| Affiliate | |

## Payment Information

| | |
|---|---|
| ApprovalCode | APPROVED, 0, 1264136754, 2014-01-29 1 |
| IdStamp | 48066799 |
| CardRef | 4450289 |

Update



DOJ-BP-0004719337

## Class: Invoice

 DELETE

Last modified on Wednesday January 29, 2014 at 1:57 AM, by bos_backpage.

▸ Update

| | |
|---|---|
| **InvoiceDate** | 01-29-2014 |
| **AdType** | ☑Online Ad  ☐Print Ad  ☐Sponsor Ad  ☐Auto Repost |
| **Status** | Live |
| **ID** | mqpCn6YaTxQ4PAdAe2MYHQ |
| **Processed** | Yes |
| **Partner** | Boston (boston.backpage.com) |
| **Category** | adult entertainment: escorts    CHOOSE |
| **Ad** | ♡♥♡♥¤Puerto Rican mami in walpole area    CHOOSE |
| **AdOid** | 25614765 |

## Customer

| | |
|---|---|
| **User** | naiomyfigueroa231237@gmail.com    CHOOSE |
| **Email** | naiomyfigueroa231237@gmail.com |
| **Name** | andy pena |
| **Address** | 2 candor place |
| **City** | jamaica plain |
| **State** | ma |
| **Zip** | 02130 |
| **Phone** | |
| **IP** | 208.54.36.147 |

## Subtotals

| | |
|---|---|
| **OnlinePrice** | 12.00 |
| **PrintPrice** | 0.00 |
| **SponsorPrice** | 0.00 |
| **AdPrice** | 12.00 |

## Promotions

| PromotionCode | |
|---|---|
| PrintPromotion |  CHOOSE |
| | Note: separate multiple values with a pipe "\|" |
| Affiliate | |

## Payment Information

| ApprovalCode | APPROVED, 0, 1263195704, 2014-01-28 2 |
|---|---|
| IdStamp | 48033818 |
| CardRef | 4450289 |

Update



## Class: Invoice

 DELETE

Last modified on Tuesday January 28, 2014 at 4:34 PM, by bos_backpage.

▸ Update

| | |
|---|---|
| **InvoiceDate** | 01-28-2014 |
| **AdType** | ☑Online Ad  ☐Print Ad  ☐Sponsor Ad  ☐Auto Repost |
| **Status** | Live |
| **ID** | Ly8mZ8vDyuUmdn4ujZ5UHg |
| **Processed** | Yes |
| **Partner** | Boston (boston.backpage.com) |
| **Category** | adult entertainment: escorts   CHOOSE |
| **Ad** | ♡♥♡♥¤Puerto Rican mami in walpole area   CHOOSE |
| **AdOid** | 25614765 |

## Customer

| | |
|---|---|
| **User** | naiomyfigueroa231237@gmail.com   CHOOSE |
| **Email** | naiomyfigueroa231237@gmail.com |
| **Name** | andy pena |
| **Address** | 2 candor place |
| **City** | jamaica plain |
| **State** | ma |
| **Zip** | 02130 |
| **Phone** | |
| **IP** | 75.150.78.246 |

## Subtotals

| | |
|---|---|
| **OnlinePrice** | 12.00 |
| **PrintPrice** | 0.00 |
| **SponsorPrice** | 0.00 |
| **AdPrice** | 12.00 |

## Promotions

| PromotionCode | |
|---|---|
| PrintPromotion |  |
| | Note: separate multiple values with a pipe "|" |
| Affiliate | |

## Payment Information

| ApprovalCode | APPROVED, 0, 1262805694, 2014-01-28 1 |
|---|---|
| IdStamp | 48014012 |
| CardRef | 4450289 |

Update



**backpage**  Post an Ad    | keyword |    adult         | search |

**new hampshire**

administration > backpage.com > new hampshire adult entertainment > new hampshire escorts

**This ad is not live. Status: Community Removed**

Report Ad

# ¤¤★☆♥♡♥♡ Exotic latina, south portland area, ready to play, INCALLS, 30 min specials!!! ♡♥♡♥☆★¤ - 19

Posted: Friday, January 31, 2014 9:55 PM

View Account          Email: naiomyfigueroa231237@gmail.com   Delete this Ad   [ Global
                              [ +SPAM+ ]   Delete ]



Enlarge Picture



Enlarge Picture



Enlarge Picture



Enlarge Picture



Enlarge Picture

its Sexy emily exotic puerto rican latina in the south portland area looking to satisfy your cravings.
Last night in town come keep me company!!! I would prefer older gentlemen !

Doing 30 minute specials all night !

INCALLS ONLY
617-586-0935

its my last night dont miss out ;-)

you are not paying me for sexual services. Any compensation giving is for time spent with me.
Anything that goes on during that time is completely consensual between two adults (me&you!!!)

Poster's age: 19

- Location: , south portland

- Post ID: 4067454 newhampshire

Email this ad

**Administrative Data:**

Partner: New Hampshire
Ad Type: Online Ad
Paid Ad: **Yes**
Ad Price: $7.00

View all ads by this user on this site (2)
View Account

View this Ad (backpage form)
View this ad (object editor)
Report this ad to the NCMEC
This ad is deleted: Community Removed
[ Global Delete ]

**Invoices for this Ad:**
$7.00 on 01-31-2014 - Invoice 4067455 with
CardRef 4450289

| Recent Name: | andy pena |
| Recent Phone: | Unknown |
| Email: | naiomyfigueroa231237@gmail.com [ +SPAM+ ] |
| User Created: | Friday, January 31, 2014  09:49 PM EST |
| Ad Created: | Friday, January 31, 2014  09:49 PM EST IP address 172.56.23.195 |

## Deleted Images (administrators only)
Click to restore or fully remove the deleted image.
Deleted by: bp26



⊙ Keep deleted  ⊙ Restore  ⊙ Remove

Update Ad

Account Login | Affiliate Program | Promote Us | Help | Privacy Policy | Terms of Use | User Safety | © 2014 backpage.com

newhampshire.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider.

## Class: Invoice

 DELETE

Last modified on Friday January 31, 2014 at 9:49 PM, by mht_backpage.

▸ Update

| | |
|---|---|
| **InvoiceDate** | 01-31-2014 |
| **AdType** | ☑Online Ad  ☐Print Ad  ☐Sponsor Ad  ☐Auto Repost |
| **Status** | Live |
| ID | 3yBuyOL6JojbjtR75YvUOg |
| Processed | Yes |
| **Partner** | New Hampshire (newhampshire.backpage.com) |
| **Category** | adult entertainment: escorts  ⊘ CHOOSE |
| Ad | ¤¤★☆♥♡♥♡ Exotic latina, south portland a  ⊘ CHOOSE |
| AdOid | 4067454 |

## Customer

| | |
|---|---|
| User | naiomyfigueroa231237@gmail.com  ⊘ CHOOSE |
| **Email** | naiomyfigueroa231237@gmail.com |
| **Name** | andy pena |
| Address | 2 candor place |
| City | jamaica plain |
| State | ma |
| Zip | 02130 |
| Phone | |
| IP | 172.56.23.195 |

## Subtotals

| | |
|---|---|
| OnlinePrice | 7.00 |
| PrintPrice | 0.00 |
| SponsorPrice | 0.00 |
| **AdPrice** | 7.00 |

## Promotions

| PromotionCode | |
|---|---|
| PrintPromotion | Note: separate multiple values with a pipe "\|"  CHOOSE |
| Affiliate | |

## Payment Information

| ApprovalCode | APPROVED, 0, 1266576594, 2014-01-31 1 |
|---|---|
| IdStamp | 48167754 |
| CardRef | 4450289 |

Update



DOJ-BP-0004719347


backpage.com > washington adult entertainment > washington escorts

## **** 75 Red R*O*S*E*S S*P*E*C*I*A*L - DONT MISS OUT!!!!! **** - 38

Report Ad

Posted: Thursday, February 6, 2014 1:13 AM

**Reply**: click here

**** 02/11: I AM CURRENTLY AVAILABLE**

**** I am not a Pro *****

**** 5'7 - 125 lbs - *Upscale*Gorgeous* H*O*T *Blonde*
***** *Midnight*Blue*Eyes*-*Stunning*Good*Looks* ********

***Come* Relax* With* Me...
***Find out for yourself what others fantasize about having ****

******* I offer Companionship*******************

**********Free 10 Minute Sensual Massage **************

*******100% Independent & Safe ***********
****** I have a Private * Discrete Location ****

***** Please CALL ME for an appointment.You wont be disappointed. ***

*****253.581.2021 - Ask for Kara

****** 253.208.9837 - Cell - NO APPTS BY TEXT. CALL ONLY.

******** My donation is very reasonable *********

*******I AM AVAILABLE 24/7 FOR YOUR CONVENIENCE *******************

****** I AM WELL WORTH THE TIME TO COME SEE ME!! ******

**IF YOU ARE a BSER, FLAKE , OR NO SHOW TYPE OF PERSON, PLEASE DO NOT CALL ME.****

****** AS OF 02/11: MY RENT, CABLE,PHONE BILLS ARE LATE & I NEED SOME HELP WITH THEM PLEASE ****

IF YOU CAN PLEASE HELP A LITTLE LADY OUT IT WOULD BE GREATLY APPRECIATED. I AM ALSO WILLING TO DO ANY WORK THAT YOU MAY HAVE AVAILABLE,PLEASE. THANK YOU.****

*****CLICK ON THE LINK BELOW TO SEE ALL OF (MY) PICS************

More Pictures and Info: http://adultsearch.com/washington/tacoma/female-escorts/391423

***This is not an offer for prostitution. All donations are for my time and companionship only ***

Poster's age: 38

• Location: Tacoma

• Post ID: 5698064 washington

**Email this ad**

Enlarge Picture

Enlarge Picture

Enlarge Picture

washington.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider.

DOJ-BP-0005070385

**backpage** Post an Ad   keyword   Search   washington,wa free classifieds

backpage.com > washington adult entertainment > washington escorts

# ***50 Red R*O*S*E*S S*P*E*C*I*A*L - DONT MISS OUT!!!!! **** - 38

Posted: Sunday, April 20, 2014 1:50 AM

Report Ad

**Reply**: click here

**** 04/30: I AM CURRENTLY AVAILABLE ****

**** I am not a Pro *****

**** 5'7 - 125 lbs ~ *Upscale*Gorgeous* H*O*T *Blonde*
***** *Midnight*Blue*Eyes*~*Stunning*Good*Looks* ********

***Come* Relax* With* Me...
***Find out for yourself what others fantasize about having ****

******* I offer Companionship********************

**********Free 10 Minute Sensual Massage **************

*******100% Independent & Safe ***********
****** I have a Private * Discrete Location ****

***** Please CALL ME for an appointment.You wont be disappointed. ***

****253.581.2021 - Ask for Kara
****253.208.9837 - Cell - NO TEXTS! CALLS ONLY.

******** My donation is very reasonable *******

***I AM AVAILABLE 24/7 FOR YOUR CONVENIENCE ******

****** I AM WELL WORTH THE TIME TO COME SEE ME!! ******

**IF YOU ARE A BSER,FLAKE OR A NO SHOW TYPE OF PERSON, PLEASE DO NOT CALL ME.****

****** AS OF 04/30: MY RENT, CABLE,PHONE BILLS ARE REAL LATE & I NEED SOME HELP WITH THEM PLEASE ****

IF YOU CAN PLEASE HELP A LITTLE LADY OUT IT WOULD BE GREATLY APPRECIATED. I AM ALSO WILLING TO DO ANY WORK THAT YOU MAY HAVE AVAILABLE,PLEASE. THANK YOU.****

*****CLICK ON THE LINK BELOW TO SEE ALL OF (MY) PICS************

More Pictures and Info: http://adultsearch.com/washington/tacoma/female-escorts/391423

***This is not an offer for prostitution. All donations are for my time and companionship only ***

Poster's age: 38

- Location: Tacoma

- Post ID: 5698064 washington

**Email this ad**



Enlarge Picture

Enlarge Picture

Enlarge Picture

washington.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider.

DOJ-BP-0005070386

backpage.com > tacoma adult entertainment > tacoma escorts

Report Ad

# ***50 Red R*O*S*E*S S*P*E*C*I*A*L - DONT MISS OUT!!!!! **** - 38

Posted: Wednesday, May 7, 2014 11:46 AM

**Reply**: <u>click here</u>

**** 05/08: I AM CURRENTLY AVAILABLE ****

**** I am not a Pro *****

**** 5'7 - 125 lbs - *Upscale*Gorgeous* H*O*T *Blonde*
***** *Midnight*Blue*Eyes*-*Stunning*Good*Looks* ********

***Come* Relax* With* Me...
***Find out for yourself what others fantasize about having ****

******* I offer Companionship*******************

**********Free 10 Minute Sensual Massage **************

*******100% Independent & Safe ***********
****** I have a Private * Discrete Location ****

***** Please CALL ME for an appointment.You wont be disappointed. ***

****253.581.2021 - Ask for Kara
****253.208.9837 - Cell - NO TEXTS! CALLS ONLY.

******** My donation is very reasonable *******

***I AM AVAILABLE 24/7 FOR YOUR CONVENIENCE ******

****** I AM WELL WORTH THE TIME TO COME SEE ME!! ******

**IF YOU ARE A BSER,FLAKE OR A NO SHOW TYPE OF PERSON, PLEASE DO NOT CALL ME.****

****** AS OF 05/08: MY RENT, CABLE,PHONE BILLS ARE REAL LATE & I NEED SOME HELP WITH THEM PLEASE ****

IF YOU CAN PLEASE HELP A LITTLE LADY OUT IT WOULD BE GREATLY APPRECIATED. I AM ALSO WILLING TO DO ANY WORK THAT YOU MAY HAVE AVAILABLE,PLEASE. THANK YOU.****

*****CLICK ON THE LINK BELOW TO SEE ALL OF (MY) PICS************

More Pictures and Info: <u>http://adultsearch.com/washington/tacoma/female-escorts/391423</u>

***This is not an offer for prostitution. All donations are for my time and companionship only ***

Poster's age: 38

   • Location: Tacoma

   • Post ID: 5698064 tacoma

**Email this ad**



Enlarge Picture

Enlarge Picture

Enlarge Picture

Account Login | Affiliate Program | Promote Us | Help | Privacy Policy | Terms of Use | User Safety | © 2014 backpage.com

tacoma.backpage.com is an interactive computer service that enables access to multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider.

DOJ-BP-0005070387

backpage.com > tacoma adult entertainment > tacoma escorts

# ***50 Red R*O*S*E*S S*P*E*C*I*A*L - DONT MISS OUT!!!!! **** - 38

Report Ad

Posted: Saturday, May 31, 2014 5:36 PM

**Reply:** <u>click here</u>

**** 06/03: I AM CURRENTLY AVAILABLE ****I SERIOUSLY NEED SOME HELP. I AM NOT GETTING ANY CALLS WHATSOEVER. I AM HUNGRY AND BROKE AND SOME MONEY I WAS EXPECTING IN THE MAIL WAS JUST STOLEN BY THE POST OFFICE. CAN SOMEONE PLEASE HELP ME? *****

**** I am not a Pro *****

**** 5'7 - 125 lbs - *Upscale*Gorgeous* H*O*T *Blonde*
***** *Midnight*Blue*Eyes*-*Stunning*Good*Looks* ********

***Come* Relax* With* Me...
***Find out for yourself what others fantasize about having ****

******* I offer Companionship********************

**********Free 10 Minute Sensual Massage **************

*******100% Independent & Safe ***********
****** I have a Private * Discrete Location ****

***** Please CALL ME for an appointment.You wont be disappointed. ***

****253.581.2021 - Ask for Kara
****253.208.9837 - Cell

******** My donation is very reasonable *******

***I AM AVAILABLE 24/7 FOR YOUR CONVENIENCE ******

****** I AM WELL WORTH THE TIME TO COME SEE ME!! ******

**IF YOU ARE A BSER,FLAKE OR A NO SHOW TYPE OF PERSON, PLEASE DO NOT CALL ME.****

****** AS OF 06/03: MY RENT,CABLE,PHONE BILLS ARE 3 MONTHS LATE & I DESPERATELY NEED SOME HELP WITH THEM PLEASE ****

IF YOU CAN PLEASE HELP A LITTLE LADY OUT IT WOULD BE GREATLY APPRECIATED. I AM ALSO WILLING TO DO ANY WORK THAT YOU MAY HAVE AVAILABLE,PLEASE. THANK YOU.****

*****CLICK ON THE LINK BELOW TO SEE ALL OF (MY) PICS************

More Pictures and Info: http://adultsearch.com/washington/tacoma/female-escorts/391423

***This is not an offer for prostitution. All donations are for my time and companionship only ***

Poster's age: 38

• Location: Tacoma

• Post ID: 5698064 tacoma

**Email this ad**


Enlarge Picture


Enlarge Picture


Enlarge Picture


Enlarge Picture

Account Login | Affiliate Program | Promote Us | Help | Privacy Policy | Terms of Use | User Safety | © 2014 backpage.com

tacoma.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider.

DOJ-BP-0005070388

backpage.com > tacoma adult entertainment > tacoma escorts

Report Ad

# ****50 Red R*O*S*E*S S*P*E*C*I*A*L - DONT MISS OUT!!!!! **** - 38

Posted: Tuesday, July 1, 2014 8:51 AM

**Reply**: <u>click here</u>

**** 07/03: I AM CURRENTLY AVAILABLE ****

**** I am not a Pro *****

**** 5'7 - 125 lbs - *Upscale*Gorgeous* H*O*T *Blonde*
***** *Midnight*Blue*Eyes*-*Stunning*Good*Looks* ********

***Come* Relax* With* Me...
***Find out for yourself what others fantasize about having ****

******* I offer Companionship*******************

**********Free 10 Minute Sensual Massage **************

*******100% Independent & Safe ***********
****** I have a * Private * Discrete* Location ****

***** Please CALL ME for an appointment.You wont be disappointed. ***

****253.581.2021 - Ask for Kara
NO APPTS BY TEXT - CALLS ONLY

******** My donation is very reasonable *******

***I AM AVAILABLE 24/7 FOR YOUR CONVENIENCE ******

****** I AM WELL WORTH THE TIME TO COME SEE ME!! ******

**IF YOU ARE A BSER,FLAKE OR A NO SHOW TYPE OF PERSON, PLEASE DO NOT CALL ME.****

****** AS OF 07/03: MY RENT,CABLE,PHONE BILLS ARE LATE & I DESPERATELY NEED SOME HELP WITH THEM PLEASE ****

IF YOU CAN PLEASE HELP A LITTLE LADY OUT IT WOULD BE GREATLY APPRECIATED. I AM ALSO WILLING TO DO ANY WORK THAT YOU MAY HAVE AVAILABLE,PLEASE. THANK YOU.****

*****CLICK ON THE LINK BELOW TO SEE ALL OF (MY) PICS*************

More Pictures and Info: <u>http://adultsearch.com/washington/tacoma/female-escorts/391423</u>

***This is not an offer for prostitution. All donations are for my time and companionship only ***

Poster's age: 38

  • Location: Tacoma

  • Post ID: 5698064 tacoma

**Email this ad**



Enlarge Picture



Enlarge Picture



Enlarge Picture



Enlarge Picture

tacoma.backpage.com is an interactive computer service that enables access to multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider.

DOJ-BP-0005070389

backpage.com > tacoma adult entertainment > tacoma escorts

Report Ad

# ****50 Red R*O*S*E*S S*P*E*C*I*A*L - DONT MISS OUT!!!!! **** 5'7 125 lb Hot Blonde *** - 38

Posted: Tuesday, August 19, 2014 6:30 PM

**Reply**: click here

\ *** Upscale*Gorgeous* H*O*T *Blonde* will help you relax and unwind ***

**** 08/20: I AM CURRENTLY AVAILABLE***

**** I am not a Pro *****

**** 5'7 - 125 lbs - *Upscale*Gorgeous* H*O*T *Blonde*
***** *Midnight*Blue*Eyes*-*Stunning*Good*Looks* ********

***Come* Relax* With* Me...
***Find out for yourself what others fantasize about having ****

******* I offer Companionship*******************

********** & Sensual Massage **************

*******100% Independent & Safe ***********

****** I have a * Private * Discrete* Location ****

***** Please CALL ME for an appointment.You wont be disappointed. ***

****253.581.2021 - Ask for Kara

******** My donation is very reasonable *******

***I AM AVAILABLE 24/7 FOR YOUR CONVENIENCE ******

****** I AM WELL WORTH THE TIME TO COME SEE ME!! ******

****** AS OF 08/20: MY RENT,CABLE,PHONE BILLS ARE LATE & I DESPERATELY NEED SOME HELP WITH THEM PLEASE ****

IF YOU CAN PLEASE HELP A LITTLE LADY OUT IT WOULD BE GREATLY APPRECIATED. I AM ALSO WILLING TO DO ANY WORK THAT YOU MAY HAVE AVAILABLE,PLEASE. THANK YOU.****

** MY PICS ARE POSTED ON THIS SAME AD ON A/D/U/L/T/S/EA/R/C/H/./C/O/M**

***This is not an offer for prostitution. All donations are for my time and companionship only ***

Poster's age: 38

- Location: Tacoma

- Post ID: 5698064 tacoma

**Email this ad**



Enlarge Picture



Enlarge Picture





Login | Affiliates | Promote | Help | Privacy | Terms | Safety | © 2014 backpage.com

tacoma.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider.

DOJ-BP-0005070390

 **Post Ad**                                        **San Diego County**

administration > backpage.com > san diego adult entertainment > san diego escorts

< Previous | Next >

**This ad is not live. Status: Removed by Me**

Report Ad

# New In Town Super Hot Skinny Mixed Cuban Girl With Long Black Hair - 18
Posted: Sunday, November 23, 2014 12:54 AM


Delete this Ad   [ Global Delete ]   Email: kristinasaylor56@gmail.com  [ +SPAM+ ]

Reply





DOJ-BP-0004719355



DOJ-BP-0004719356



DOJ-BP-0004719357



DOJ-BP-0004719358



DOJ-BP-0004719359



DOJ-BP-0004719360



DOJ-BP-0004719361



Hi My name is ~Fire~ I am one of a kind I love to please and make the most out of ur experience with me I am ready to make Your fantasy come true so stop wasting time and call for my outstanding rates 7-6-0-9-1-2-1-7-2-0 ask for Fire!!
No explicit talk

Poster's age: 18

- Location: North SD County, Oceanside,vista,carlsbad

- Post ID: 17777964 sandiego



Administrative Data:

DOJ-BP-0004719362

Partner: San Diego
Ad Type: Online Ad
Paid Ad: **Yes**
Ad Price: $12.00

View all ads by this user on this site (4)
View Account

View this Ad (backpage form)
View this ad (object editor)
Report this ad to the NCMEC
This ad is deleted: Removed by Me   [ Global
Delete ]

**Invoices for this Ad:**
$12.00 on 11-23-2014 - Invoice 17781194 with
CardRef 5975577
$12.00 on 11-22-2014 - Invoice 17778845 with
CardRef 5975577
$12.00 on 11-22-2014 - Invoice 17777965 with
CardRef 5975577

Recent Name: Leon Daniels
Recent Phone: Unknown
Email:          kristinasaylor56@gmail.com
                [ +SPAM+ ]

User Created:  Sunday, September 14, 2014
               01:23 PM PDT
Email Verified: Sunday, November 23, 2014
               01:54 PM PST

Ad Created:    Saturday, November 22, 2014
               05:03 PM PST
               IP address 172.56.40.124

## Deleted Images (administrators only)

Click to restore or fully remove the deleted image.

Deleted by: bp82



&#9673; Keep deleted   &#9675; Restore   &#9675; Remove

[ Update Ad ]

< Previous | Next >

Login | Promote | Help | Privacy | Terms | Safety | © 2015 backpage.com

sandiego.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher
or speaker of any information provided by another information content provider.

DOJ-BP-0004719363

## Class: Invoice



Last modified on Sunday November 23, 2014 at 12:54 AM, by sdo_backpage.

▸ Update

| | |
|---|---|
| **InvoiceDate** | 11-23-2014 |
| **AdType** | ☑ Online Ad ☐ Print Ad ☐ Sponsor Ad ☐ Auto Repost |
| **Status** | Live ▼ |
| **ID** | txHrE4S8kmQDcGKiY6icTg |
| **Processed** | Yes |
| **Partner** | San Diego (sandiego.backpage.com) ▼ |
| **Category** | adult entertainment: escorts  ● CHOOSE |
| **Ad** | New In Town Super Hot Skinny Mixed Cuban Girl V ● CHOOSE |
| **AdOid** | 17777964 |

## Customer

| | |
|---|---|
| **User** | kristinasaylor56@gmail.com  ● CHOOSE |
| **Email** | kristinasaylor56@gmail.com |
| **Name** | Leon Daniels |
| **Address** | 6947 Mohawk trail apt 4 |
| **City** | yucca valley |
| **State** | ca |
| **Zip** | 92284 |
| **Phone** | |
| **IP** | 172.56.40.124 |

## Subtotals

| | |
|---|---|
| **OnlinePrice** | 12.00 |
| **PrintPrice** | 0.00 |
| **SponsorPrice** | 0.00 |
| **AdPrice** | 12.00 |

## Promotions

| PromotionCode | |
|---|---|
| PrintPromotion | <br>Note: separate multiple values with a pipe "\|" |
| Affiliate | |

 CHOOSE

## Payment Information

| ApprovalCode | APPROVED, 742750, a0a7a96c8430869244, 2014 |
|---|---|
| IdStamp | 64024928 |
| CardRef | 5975577 |

Update →

DOJ-BP-0004719365

## Class: Invoice

DELETE

Last modified on Saturday November 22, 2014 at 7:25 PM, by sdo_backpage.

▶ Update

| | |
|---|---|
| **InvoiceDate** | 11-22-2014 |
| **AdType** | ☑ Online Ad ☐ Print Ad ☐ Sponsor Ad ☐ Auto Repost |
| **Status** | Live ▾ |
| ID | qvKaMFESLKvKnY87zCcWiA |
| Processed | Yes |
| **Partner** | San Diego (sandiego.backpage.com) ▾ |
| **Category** | adult entertainment: escorts ⊘ CHOOSE |
| **Ad** | New In Town Super Hot Skinny Mixed Cuban Girl V ⊘ CHOOSE |
| AdOid | 17777964 |

## Customer

| | |
|---|---|
| User | kristinasaylor56@gmail.com ⊘ CHOOSE |
| **Email** | kristinasaylor56@gmail.com |
| **Name** | Leon Daniels |
| Address | 6947 Mohawk trail apt 4 |
| City | yucca valley |
| State | ca |
| Zip | 92284 |
| Phone | |
| IP | 172.56.40.124 |

## Subtotals

| | |
|---|---|
| OnlinePrice | 12.00 |
| PrintPrice | 0.00 |
| SponsorPrice | 0.00 |
| **AdPrice** | 12.00 |

## Promotions

| | |
|---|---|
| PromotionCode | |
| PrintPromotion |  CHOOSE<br>Note: separate multiple values with a pipe "\|" |
| Affiliate | |

## Payment Information

| | |
|---|---|
| ApprovalCode | APPROVED, 709883, 820418404541646403, 201 |
| IdStamp | 64010736 |
| CardRef | 5975577 |

Update

## Class: Invoice

DELETE

Last modified on Saturday November 22, 2014 at 5:03 PM, by sdo_backpage.

▸ Update

| | |
|---|---|
| **InvoiceDate** | 11-22-2014 |
| **AdType** | ☑ Online Ad  ☐ Print Ad  ☐ Sponsor Ad  ☐ Auto Repost |
| **Status** | Live ▾ |
| **ID** | _CM4hXuY0D9hETlUOBmQqg |
| **Processed** | Yes |
| **Partner** | San Diego (sandiego.backpage.com) ▾ |
| **Category** | adult entertainment: escorts    ● CHOOSE |
| **Ad** | New In Town Super Hot Skinny Mixed Cuban Girl V    ● CHOOSE |
| **AdOid** | 17777964 |

## Customer

| | |
|---|---|
| **User** | kristinasaylor56@gmail.com    ● CHOOSE |
| **Email** | kristinasaylor56@gmail.com |
| **Name** | Leon Daniels |
| **Address** | 6947 Mohawk trail apt 4 |
| **City** | yucca valley |
| **State** | ca |
| **Zip** | 92284 |
| **Phone** | |
| **IP** | 172.56.40.124 |

## Subtotals

| | |
|---|---|
| OnlinePrice | 12.00 |
| PrintPrice | 0.00 |
| SponsorPrice | 0.00 |
| **AdPrice** | 12.00 |

DOJ-BP-0004719368

## Promotions

| | |
|---|---|
| PromotionCode | |
| PrintPromotion |  CHOOSE |
| | Note: separate multiple values with a pipe "\|" |
| Affiliate | |

## Payment Information

| | |
|---|---|
| ApprovalCode | APPROVED, 885940, 3258bc13e086537708, 201- |
| IdStamp | 64003031 |
| CardRef | 5975577 |

Update

 **backpage** `Post Ad`

**inland empire, ca**

administration > backpage.com > inland empire adult entertainment > inland empire escorts

< Previous | Next >

`Report Ad`

## ☆New In Town☆Sexy Dark Asain Bombshell with a Nice & Tight{Booty}♡¿♡¡♡¿♡¡♡ - 23
Posted: Thursday, January 29, 2015 5:26 AM

View Account
Delete this Ad   [ Global Delete ]   Email: KristinaSaylor56@gmail.com  [ +SPAM+ ]

`Reply`

# By Contacting Me, YOU AGREE THAT:

1. This is not an illegal offer. Donations are for time and companionship ONLY

2. Solicitation is a crime; You will NOT offer money for any sex act.

3. You are not part of any law enforcement agency and do not work for any law enforcement agency.

4. Violation of this agreement is entrapment.

DOJ-BP-0004719370



DOJ-BP-0004719371



DOJ-BP-0004719372



DOJ-BP-0004719373



*I luv meh*   *No Worries*

# PLEASE NOTE:

Donations are simply for time and companionship. This is NOT an offer of prostitution. Anything else that may occur is between consenting adults.

I do reserve the right to decline appointments as I deem necessary.

By contacting me in any way, you agree to these terms and hereby agree that you are not part of any law enforcement agency using this advertise-

DOJ-BP-0004719374

ment for entrapment or arrest.

# This is a contract you agree to by contacting me.

Hi Gentleman, My name is Storm..I am here to make all ur fantasies come true! I am a 5'1dark mixed Asian with a Pettitte sexy body with soft skin and a tight booty. I love to make others happy and satisfied them with my unforgettable skills. Call me now so you can start to experience what a true King deserves!!! { 310-321-2036} ♡Storm♡

PLEASE NO EXPLICIT TALK
BE RESPECTFUL PLEASE
NO BLOCK CALLS

Poster's age: 23

- Location: Inland Empire, San Bernardino Riverside Colton Fontana

- Post ID: 49907776 inlandempire

- Other ads by this user:

     ♡ In Town For Only One Night 2 Sexy Bombshell♡ 2 Bunni's Specials♡ - 23 (29,Yucca valley, Palm Springs) adult entertainment: escorts

     ♡Sexy Blonde Snow Angle♡{BIG BOOTY}☆♡SPECIALS ALL DAY & 1hr ☆♡☆15mins SPECIALS♡☆ - 22 (Riverside,San Bernardino, Redlands) adult entertainment: escorts



Administrative Data:

Partner: Inland Empire
Ad Type: Online Ad
Paid Ad: **Yes**
Ad Price: $10.00

View all ads by this user on this site (5)
View Account

View this Ad (backpage form)
View this ad (object editor)
Report this ad to the NCMEC
Delete this Ad   [ Global Delete ]

**Invoices for this Ad:**
$10.00 on 01-29-2015 - Invoice 49907777 with
CardRef 5975577

Recent Name: kristinasaylor56@gmail.com
Recent Phone: Unknown
Email:            KristinaSaylor56@gmail.com
                   [ +SPAM+ ]

User Created:  Friday, May 16, 2014  05:22 PM
                    PDT
Email Verified: Monday, February 2, 2015  03:42
                    AM PST

Ad Created:     Thursday, January 29, 2015
                    05:21 AM PST
                    IP address 24.24.153.177

## Deleted Images (administrators only)

Click to restore or fully remove the deleted image.

Deleted by: bp78



⦿ Keep deleted  ⦾ Restore  ⦾ Remove

**Update Ad**

< Previous | Next >

Login | Promote | Help | Privacy | Terms | Safety | © 2015 backpage.com

inlandempire.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the
publisher or speaker of any information provided by another information content provider.

DOJ-BP-0004719376

## Class: Invoice



Last modified on Thursday January 29, 2015 at 5:21 AM, by lax_backpage.

▸ Update



| | |
|---|---|
| **InvoiceDate** | 01-29-2015 |
| **AdType** | ☑ Online Ad ☐ Print Ad ☐ Sponsor Ad ☐ Auto Repost |
| **Status** | Live ▾ |
| **ID** | _7uxd08DRvrcEQsr-LLx6A |
| **Processed** | Yes |
| **Partner** | Inland Empire (inlandempire.backpage.com) ▾ |
| **Category** | adult entertainment: escorts    ⊘ CHOOSE |
| **Ad** | ☆New In Town☆Sexy Dark Asain Bombshell with    ⊘ CHOOSE |
| **AdOid** | 49907776 |

### Customer

| | |
|---|---|
| **User** | KristinaSaylor56@gmail.com    ⊘ CHOOSE |
| **Email** | kristinasaylor56@gmail.com |
| **Name** | kristinasaylor56@gmail.com |
| **Address** | |
| **City** | |
| **State** | |
| **Zip** | |
| **Phone** | |
| **IP** | 24.24.153.177 |

### Subtotals

| | |
|---|---|
| **OnlinePrice** | 10.00 |
| **PrintPrice** | 0.00 |
| **SponsorPrice** | 0.00 |
| **AdPrice** | 10.00 |

## Promotions

| PromotionCode | |
|---|---|
| PrintPromotion |  CHOOSE |
| | Note: separate multiple values with a pipe "|" |
| Affiliate | |

## Payment Information

| ApprovalCode | APPROVED, 197139, 33d3687c2702828521, 201 |
|---|---|
| IdStamp | 67987805 |
| CardRef | 5975577 |

Update

 **Post Ad**                                      phoenix, az

administration > backpage.com > phoenix adult entertainment > phoenix escorts

< Previous | Next >

Report Ad

# NEW IN TOWN sexy sweet European mixed Cuban California girl - 21
Posted: Saturday, January 31, 2015 5:15 PM


   Delete this Ad   [ Global Delete ]   Email: prettyhotme2@yahoo.com  [ +SPAM+ ]

Reply



DOJ-BP-0004719379



DOJ-BP-0004719380



DOJ-BP-0004719381



DOJ-BP-0004719382



DOJ-BP-0004719383



Hi my name is ~FIRE~ im sweet like honney but super hot like fire im only in town for the weekend so come and enjoy this new look beauty rare one of a kind European mixed Cuban girl stop wasting time and give me a call
442~243~1546 ask for ~FIRE~

Poster's age: 21

  • Location: East Valley, Mesa and East Valley

DOJ-BP-0004719384

• Post ID: 31562235 phoenix

Email this ad

**Administrative Data:**

Partner: Phoenix
Ad Type: Online Ad
Paid Ad: Yes
Ad Price: $12.00

This is the only ad posted by this user on this site.
View Account

View this Ad (backpage form)
View this ad (object editor)
Report this ad to the NCMEC
Delete this Ad   [ Global Delete ]

**Invoices for this Ad:**
$12.00 on 01-31-2015 - Invoice 31562236 with
CardRef 5975577
$12.00 on 01-31-2015 - Invoice 31573564 with
CardRef 5975577

Recent Name: prettyhotme2@yahoo.com
Recent Phone: Unknown
Email:            prettyhotme2@yahoo.com
                     [ +SPAM+ ]

User Created:  Saturday, January 31, 2015
                      02:30 AM MST
Email Verified: Saturday, January 31, 2015
                      05:13 PM MST

Ad Created:     Saturday, January 31, 2015
                      02:30 AM MST
                      IP address 172.56.15.42

< Previous | Next >

Login | Promote | Help | Privacy | Terms | Safety | © 2015 backpage.com

phoenix.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher
or speaker of any information provided by another information content provider.

## Class: Invoice

❌ DELETE

Last modified on Saturday January 31, 2015 at 5:15 PM, by phx_backpage.

▸ Update

| | |
|---|---|
| **InvoiceDate** | 01-31-2015 |
| **AdType** | ☑ Online Ad ☐ Print Ad ☐ Sponsor Ad ☐ Auto Repost |
| **Status** | Live ▾ |
| ID | vf5YbJTydVr_p0X87rttNw |
| Processed | Yes |
| **Partner** | Phoenix (phoenix.backpage.com) ▾ |
| **Category** | adult entertainment: escorts    🔴 CHOOSE |
| Ad | NEW IN TOWN sexy sweet European mixed  Cuba   🔴 CHOOSE |
| AdOid | 31562235 |

## Customer

| | |
|---|---|
| User | prettyhotme2@yahoo.com    🔴 CHOOSE |
| **Email** | prettyhotme2@yahoo.com |
| **Name** | prettyhotme2@yahoo.com |
| Address | |
| City | |
| State | |
| Zip | |
| Phone | |
| IP | 66.87.69.136 |

## Subtotals

| | |
|---|---|
| OnlinePrice | 12.00 |
| PrintPrice | 0.00 |
| SponsorPrice | 0.00 |
| **AdPrice** | 12.00 |

## Promotions

| | |
|---|---|
| PromotionCode | |
| PrintPromotion |  CHOOSE |
| | Note: separate multiple values with a pipe "|" |
| Affiliate | |

## Payment Information

| | |
|---|---|
| ApprovalCode | APPROVED, 820612, 70044bfac254308195, 2015 |
| IdStamp | 68154148 |
| CardRef | 5975577 |

Update ➤

## Class: Invoice

DELETE

Last modified on Saturday January 31, 2015 at 2:30 AM, by phx_backpage.

▸ Update

| | |
|---|---|
| **InvoiceDate** | 01-31-2015 |
| **AdType** | ☑ Online Ad ☐ Print Ad ☐ Sponsor Ad ☐ Auto Repost |
| **Status** | Live ▾ |
| **ID** | 5YFnrzHUwsRdU9V0D2AXgw |
| **Processed** | Yes |
| **Partner** | Phoenix (phoenix.backpage.com) ▾ |
| **Category** | adult entertainment: escorts ⊗ CHOOSE |
| **Ad** | NEW IN TOWN sexy sweet European mixed  Cuba ⊗ CHOOSE |
| **AdOid** | 31562235 |

## Customer

| | |
|---|---|
| **User** | prettyhotme2@yahoo.com ⊗ CHOOSE |
| **Email** | prettyhotme2@yahoo.com |
| **Name** | prettyhotme2@yahoo.com |
| **Address** | |
| **City** | |
| **State** | |
| **Zip** | |
| **Phone** | |
| **IP** | 172.56.15.42 |

## Subtotals

| | |
|---|---|
| **OnlinePrice** | 12.00 |
| **PrintPrice** | 0.00 |
| **SponsorPrice** | 0.00 |
| **AdPrice** | 12.00 |

## Promotions

| PromotionCode | |
|---|---|
| PrintPromotion |  CHOOSE |
| | Note: separate multiple values with a pipe "\|" |
| Affiliate | |

## Payment Information

| ApprovalCode | APPROVED, 130856, a0a1c53f2950188798, 2015 |
|---|---|
| IdStamp | 68117397 |
| CardRef | 5975577 |

Update

DOJ-BP-0004719389

 **backpage** `Post Ad`                                                          **phoenix, az**

administration > backpage.com > phoenix adult entertainment > phoenix escorts

< Previous | Next >

`Report Ad`

## ♡♡**New In Town**♡♡ **Sexy Dark Asian mixed Bombshell**♡♡ **- 23**

Posted: Saturday, January 31, 2015 2:08 PM

View Account
   Delete this Ad   [ Global Delete ]   Email: kristinasaylor56@gmail.com  [ +SPAM+ ]

`Reply`

# *By Contacting Me,*
# *YOU AGREE THAT:*

1. *This is not an illegal offer. Donations are for time and companionship ONLY*
2. *Solicitation is a crime; You will NOT offer money for any sex act.*
3. *You are not part of any law enforcement agency and do not work for any law enforcement agency.*
4. *Violation of this agreement is entrapment.*



DOJ-BP-0004719391



DOJ-BP-0004719392



DOJ-BP-0004719393





DOJ-BP-0004719394



Hey Gentleman, My name is Storm☆
Im here visiting from Cali for only one night! I am a mixed sexy dark Asain that has a lot to offer! I am Very skilled and fun and most of all sweet like chocolate! You haven't had sweet until now. Im here to make sure all ur desires come true. I promise you wont disappointed.
《310-321-2036》 ☆Storm

PLEASE NO EXPLICIT TALK
PLEASE BE RESPECTFUL
NO BLOCK CALLS

Poster's age: 23

- • Location: East Valley, Mesa, East Valley

- • Post ID: 31562398 phoenix

- • Other ads by this user:
  ♡Visiting for First Time♡ Sexy Blonde with BIG {BOOTY} Fresh from Cali!!! ♡¡♡¡♡¡♡¡♡ - 24
  (Mesa, East Valley) adult entertainment: escorts

Email this ad

**Administrative Data:**

Partner: Phoenix
Ad Type: Online Ad
Paid Ad: **Yes**
Ad Price: $12.00

View all ads by this user on this site (2)
View Account

View this Ad (backpage form)
View this ad (object editor)
Report this ad to the NCMEC
Delete this Ad  [ Global Delete ]

**Invoices for this Ad:**
$12.00 on 01-31-2015 - Invoice 31562399 with CardRef 5975577
$12.00 on 01-31-2015 - Invoice 31570755 with CardRef 5975577

Recent Name: kristinasaylor56@gmail.com
Recent Phone: Unknown
Email:          kristinasaylor56@gmail.com
                 [ +SPAM+ ]

User Created:  Saturday, January 31, 2015
                 12:00 AM MST
Email Verified: Monday, February 2, 2015  12:57
                 AM MST

Ad Created:    Saturday, January 31, 2015
                 02:33 AM MST
                 IP address 66.87.70.242

## Deleted Images (administrators only)

Click to restore or fully remove the deleted image.

Deleted by: bp78



⊙ Keep deleted  ○ Restore  ○ Remove

**Update Ad**

< Previous | Next >

Login | Promote | Help | Privacy | Terms | Safety | © 2015 backpage.com

phoenix.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider.

## Class: Invoice

Last modified on Saturday January 31, 2015 at 2:08 PM, by phx_backpage.

⊗ DELETE

▸ Update

| | |
|---|---|
| **InvoiceDate** | 01-31-2015 |
| **AdType** | ☑ Online Ad  ☐ Print Ad  ☐ Sponsor Ad  ☐ Auto Repost |
| **Status** | Live ▾ |
| **ID** | oXW5r_FnmbMKHXzuzCd7YA |
| **Processed** | Yes |
| **Partner** | Phoenix (phoenix.backpage.com) ▾ |
| **Category** | adult entertainment: escorts  ⊘ CHOOSE |
| **Ad** | ♡♡New In Town♡♡ Sexy Dark Asian mixed Bom  ⊘ CHOOSE |
| **AdOid** | 31562398 |

## Customer

| | |
|---|---|
| **User** | kristinasaylor56@gmail.com  ⊘ CHOOSE |
| **Email** | kristinasaylor56@gmail.com |
| **Name** | kristinasaylor56@gmail.com |
| **Address** | |
| **City** | |
| **State** | |
| **Zip** | |
| **Phone** | |
| **IP** | 66.87.69.136 |

## Subtotals

| | |
|---|---|
| **OnlinePrice** | 12.00 |
| **PrintPrice** | 0.00 |
| **SponsorPrice** | 0.00 |
| **AdPrice** | 12.00 |

## Promotions

| PromotionCode | |
|---|---|
| PrintPromotion |  |
| | Note: separate multiple values with a pipe "\|" |
| Affiliate | |

## Payment Information

| ApprovalCode | APPROVED, 580296, 443802b3d297623440, 201 |
|---|---|
| IdStamp | 68144113 |
| CardRef | 5975577 |

Update

DOJ-BP-0004719398

## Class: Invoice

 DELETE

Last modified on Saturday January 31, 2015 at 2:33 AM, by phx_backpage.

▸ Update



| InvoiceDate | 01-31-2015 |
|---|---|
| AdType | ☑ Online Ad ☐ Print Ad ☐ Sponsor Ad ☐ Auto Repost |
| Status | Live |
| ID | obIjwkqz8iAcF7DhQYQSWA |
| Processed | Yes |
| Partner | Phoenix (phoenix.backpage.com) |
| Category | adult entertainment: escorts   ✅ CHOOSE |
| Ad | ♡♡New In Town♡♡ Sexy Dark Asian mixed Bom   ✅ CHOOSE |
| AdOid | 31562398 |

## Customer

| User | kristinasaylor56@gmail.com   ✅ CHOOSE |
|---|---|
| Email | kristinasaylor56@gmail.com |
| Name | kristinasaylor56@gmail.com |
| Address | |
| City | |
| State | |
| Zip | |
| Phone | |
| IP | 66.87.70.242 |

## Subtotals

| OnlinePrice | 12.00 |
|---|---|
| PrintPrice | 0.00 |
| SponsorPrice | 0.00 |
| AdPrice | 12.00 |

DOJ-BP-0004719399

## Promotions

| | |
|---|---|
| PromotionCode | |
| PrintPromotion |  CHOOSE<br>Note: separate multiple values with a pipe "\|" |
| Affiliate | |

## Payment Information

| | |
|---|---|
| ApprovalCode | APPROVED, 749247, a176301de886165394, 201 |
| IdStamp | 68117478 |
| CardRef | 5975577 |

Update

DOJ-BP-0004719400

 **backpage** `Post Ad`                                                **denver, co.**

administration > backpage.com > Denver adult entertainment > Denver escorts

< Previous | Next >

**This ad is not live. Status: Expired**

`Report Ad`

## ☐Upscale☐☐ ☐Independent♥ BRUNETTE BOMBSHELL 5-Star Fantasy - 26

Posted: Wednesday, February 4, 2015 6:53 PM

View Account
   Delete this Ad   [ Global Delete ]   Email: Frankieest0ne@gmail.com  [ +SPAM+ ]

`Reply`



DOJ-BP-0004719401



DOJ-BP-0004719402



by contacting me
in anyway you agree
you are not involved
with any kind of law
enforcement that is
entrapment any cash
exchange is for
companionship &

DOJ-BP-0004719403





DOJ-BP-0004719405



Hey guys!! It's Alexis here!

If you desire a woman with a Genuine Warm Personality, Friendly Attitude & Natural Beauty.. then give me a try!!

I love what I do!!!!! Pleasing you is my mission!
   REAL PICS   ☑ 100% Clean ☑ 100% Unrushed Service ☑ 100% Safe Call me

No explicit Language period.available 24/7

Alexis
(206)552-9409

Poster's age: 26

   • Location: Denver, Denver Incalls/OutCalls

   • Post ID: 17660783 denver

email to friend

**Administrative Data:**

Partner: Denver
Ad Type: Online Ad
Paid Ad: **Yes**
Ad Price: $12.00

Recent Name: Unknown
Recent Phone: Unknown
Email:          Frankieest0ne@gmail.com   [ +SPAM+ ]

View all ads by this user on this site (7)
View Account

User Created:  Monday, October 20, 2014 07:20 PM MDT
Email Verified: Monday, February 16, 2015 08:36 PM MST

View this Ad (backpage form)
View this ad (object editor)
Report this ad to the NCMEC
Delete this Ad  [ Global Delete ]

Ad Created:    Saturday, January 31, 2015 01:06 AM MST
IP address 66.87.150.191

## Deleted Images (administrators only)
Click to restore or fully remove the deleted image.

Deleted by: bp73          •          Deleted by: bp45          •          Deleted by: bp94

  

&#9679; Keep deleted   &#9675; Restore   &#9675; Remove

&#9679; Keep deleted   &#9675; Restore   &#9675; Remove    &#9679; Keep deleted   &#9675; Restore   &#9675; Remove



&#9679; Keep deleted   &#9675; Restore   &#9675; Remove

Update Ad

< Previous | Next >

My Account  |  Buy Credits  (new!) |  Help  |  Privacy  |  Terms  |  Safety

denver.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider. © 2015 backpage.com

**backpage**  Post Ad

fort collins, co

administration > backpage.com > Fort Collins adult entertainment > Fort Collins escorts

< Previous | Next >

**This ad is not live. Status: Removed by Me**

Report Ad

# Alexis Foxx the HOTTEST in town!!!!! - 26
Posted: Wednesday, February 18, 2015 9:59 PM

View Account
Delete this Ad   [ Global Delete ]   Email: Alexisfoxx23@gmail.com  [ +SPAM+ ]

 Reply





DOJ-BP-0004719408



Hey guys!! It's Alexis here! ♀•

If you desire a woman with a Genuine Warm Personality, Friendly Attitude & Natural Beauty.. then give me

DOJ-BP-0004719409

a try!!

I love what I do!!!!! Pleasing you is my mission!
24/7 365 ☐REAL PICS☐ ☑ 100% Clean ☑ 100% Unrushed Service ☑ 100% Safe Call me when your
READY!!!

No explicit Language
African American under 30
This ad is not in any form a ad for solicitation/prostitution
period.available 24/7

♡ Alexis
(206)552-9409♡

Poster's age: 26

- Location: Ft Collins, Fort Collins/Cheyenne

- Post ID: 17735456 fortcollins

email to friend

**Administrative Data:**

Partner: Fort Collins
Ad Type: Online Ad
Paid Ad: Yes
Ad Price: $7.00

This is the only ad posted by this user on this site.
View Account

View this Ad (backpage form)
View this ad (object editor)
Report this ad to the NCMEC
This ad is deleted: Removed by Me   [ Global
Delete ]

Recent Name: Alexisfoxx23@gmail.com
Recent Phone: Unknown
Email:          Alexisfoxx23@gmail.com
                    [ +SPAM+ ]

User Created:  Saturday, February 7, 2015  10:00
                    AM MST

Ad Created:    Saturday, February 7, 2015  10:00
                    AM MST
                    IP address 66.87.150.109

**Invoices for this Ad:**
$7.00 on 02-18-2015 - Invoice 17848532 with
CardRef 7416832
$7.00 on 02-09-2015 - Invoice 17753402 with
CardRef 7376450

## Deleted Images (administrators only)
Click to restore or fully remove the deleted image.

Deleted by: bp45          •          Deleted by: system          •          Deleted by: system





○ Keep deleted ○ Restore ○ Remove




Deleted by: bp93

Deleted by: bp28

◉ Keep deleted ○ Restore ○ Remove     ◉ Keep deleted ○ Restore ○ Remove     ◉ Keep deleted ○ Restore ○ Remove

[Update Ad]

< Previous | Next >

fortcollins.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider. © 2015 backpage.com

DOJ-BP-0004719411

## Class: Invoice

 DELETE

Last modified on Wednesday February 18, 2015 at 9:59 PM, by den_backpage.

▸ Update

| | |
|---|---|
| **InvoiceDate** | 02-18-2015 |
| **AdType** | ☑ Online Ad  ☐ Print Ad  ☐ Sponsor Ad  ☐ Auto Repost |
| **Status** | Live ▾ |
| **ID** | ZgikAM_Yc2nviFvE4Ve-Tg |
| **Processed** | Yes |
| **Partner** | Fort Collins (fortcollins.backpage.com) ▾ |
| **Category** | adult entertainment: escorts   ● CHOOSE |
| **Ad** | Alexis Foxx the HOTTEST in town!!!!!   ● CHOOSE |
| **AdOid** | 17735456 |

## Customer

| | |
|---|---|
| **User** | Alexisfoxx23@gmail.com   ● CHOOSE |
| **Email** | Alexisfoxx23@gmail.com |
| **Name** | Alexisfoxx23@gmail.com |
| **Address** | |
| **City** | |
| **State** | |
| **Zip** | |
| **Phone** | |
| **IP** | 71.215.66.37 |

## Subtotals

| | |
|---|---|
| **OnlinePrice** | 7.00 |
| **PrintPrice** | 0.00 |
| **SponsorPrice** | 0.00 |
| **AdPrice** | 7.00 |

**Promotions**

## Promotions

| | | |
|---|---|---|
| PromotionCode | | |
| PrintPromotion | | ☑ CHOOSE |
| | Note: separate multiple values with a pipe "\|" | |
| Affiliate | | |

## Payment Information

| | |
|---|---|
| ApprovalCode | APPROVED, 467360, 6dcb9df88997359988, 2015 |
| IdStamp | 69210621 |
| CardRef | 7416832 |



Update

## Class: Invoice

Last modified on Monday February 9, 2015 at 5:42 AM, by den_backpage.

▶ Update

| | |
|---|---|
| **InvoiceDate** | 02-09-2015 |
| **AdType** | ☑ Online Ad  ☐ Print Ad  ☐ Sponsor Ad  ☐ Auto Repost |
| **Status** | Live |
| **ID** | XxNX9sNkMk1dBWMvk2RhSQ |
| **Processed** | Yes |
| **Partner** | Fort Collins (fortcollins.backpage.com) |
| **Category** | adult entertainment: escorts    CHOOSE |
| **Ad** | Alexis Foxx the HOTTEST in town!!!!!    CHOOSE |
| **AdOid** | 17735456 |

## Customer

| | |
|---|---|
| **User** | Alexisfoxx23@gmail.com    CHOOSE |
| **Email** | Alexisfoxx23@gmail.com |
| **Name** | Alexisfoxx23@gmail.com |
| **Address** | |
| **City** | |
| **State** | |
| **Zip** | |
| **Phone** | |
| **IP** | 66.87.150.90 |

## Subtotals

| | |
|---|---|
| **OnlinePrice** | 7.00 |
| **PrintPrice** | 0.00 |
| **SponsorPrice** | 0.00 |
| **AdPrice** | 7.00 |

Promotions

## Promotions

| | |
|---|---|
| PromotionCode | |
| PrintPromotion |  CHOOSE<br>Note: separate multiple values with a pipe "\|" |
| Affiliate | |

## Payment Information

| | |
|---|---|
| ApprovalCode | APPROVED, 124982, ab1ceaef4172706673, 2015 |
| IdStamp | 68645460 |
| CardRef | 7376450 |

Update



**Post Ad**

tacoma,wa free classifieds

backpage.com > Tacoma adult entertainment > Tacoma escorts



# ****50 Red R*O*S*E*S S*P*E*C*I*A*L - DONT MISS OUT!!!!! *** 24/7 - 38

Posted: Thursday, February 26, 2015 11:26 PM

**Reply**

** 02/27: I AM CURRENTLY AVAILABLE***

**** I am not a Pro *****

**** 5'7 - 125 lbs - *Upscale*Gorgeous* H*O*T *Blonde*
***** *Midnight*Blue*Eyes*-*Stunning*Good*Looks* ********

***Come* Relax* With* Me...
***Find out for yourself what others fantasize about having ****

******* I offer Companionship*******************

********** FREE 10 MIN Sensual Massage **************

*******100% Independent & Safe ***********

****** I have a * Private * Discrete* Location ****

***** Please CALL ME for an appointment.You wont be disappointed. ***

**** 253.581.2021 - Kara - NO TEXTS

******** My donation is very reasonable *******

***I AM AVAILABLE 24/7 FOR YOUR CONVENIENCE ******

****** I AM WELL WORTH THE TIME TO COME SEE ME!! ******

****** AS OF 02/27: MY RENT,CABLE,PHONE BILLS ARE LATE & I NEED SOME HELP WITH THEM PLEASE.

IF YOU CAN PLEASE HELP A LITTLE LADY OUT IT WOULD BE GREATLY APPRECIATED. I AM ALSO WILLING TO DO ANY WORK THAT YOU MAY HAVE AVAILABLE,PLEASE. THANK YOU.****

***This is not an offer for prostitution. All donations are for my time and companionship only ***

Poster's age: 38

- Location: Tacoma

- Post ID: 5698064 tacoma

**Email this ad**



Enlarge Picture

Enlarge Picture

tacoma.backpage.com is an interactive computer service that enables access by multiple users and should be treated as the publisher or speaker of any information provided by another information content provider

DOJ-BP-0005070391