**From:**          Carl Ferrer [carl.ferrer@backpage.com] on behalf of Carl Ferrer
**Sent:**          Monday, July 02, 2007 6:53 PM
**To:**            Scott Spear
**Subject:**       The erotic review

We get 2 million page views, 150,000 visits from the erotic review per month. They bring in more referrals than the Village Voice.

For a couple of months we have been trying to connect with the principals of the site so I could buy a banner ad.
Mike Beltz found the owner and he suggested a trade with us:

- sponsor ad in all markets.
- we get a banner ad that rotates with cityvibe.com in all markets.

I would expect the following to happen from the trade:
- additional 2 million page views per month
- 200 new adult ads posted per month.

The erotic review makes money from users upgrading to premium packages.
They do not make money from advertising or postings.

The only limitations I see is do a trial for 90 days, exclude markets without adult section and exclude any market where a licensee might object (this is very remote possibility).
Do you see any downside here?

I'm playing phone tag with him right now.

Carl Ferrer

Backpage.com
1201 E Jefferson
Phoenix AZ 85034

602-229-8512 Phone (PST)
602-206-9506 Cell

1

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## 2008 BUDGET AND BUSINESS PLAN FOR BACKPAGE.COM

## OVERVIEW

Since its conception in October of 2003 through its launch in March of 2004 and its subsequent tremendous growth over the last 44 months, Backpage.com has evolved through a variety of business models as we have grown the product.  At first it was envisioned as an internal solution for the eleven NT papers.  We then attempted to sell expensive "charter" licenses to other papers (mainly but not exclusively alts) giving the licensees the same models as the NT papers had: a relatively expensive ($32k to $63k) initial purchase with annual hosting and maintenance fees to cover the Backpage operating costs (maintenance going to overhead along with some markup on the hosting and license fees charged by Desertnet) while the "charter" licensee was able to keep 100% of the revenues generated by their local site, the same way in which the NT papers operated.

While we were able to sell a few (4) of these licenses initially, the market response was that it was too expensive, but that a less costly upfront fee would be acceptable in exchange for some type of revenue share.  In early 2005 we began to market these packages and had a good amount of success over the next 12 to 15 months, selling about 15 licenses for sums ranging from $2000 to $16,000 with revenue splits ranging from 50/50 to 75/25 (75% to the licensee).

During this period growth of the national network was spectacular.  In July 2004, after the launch of the 11 NT paper BP sites, visits totaled 342,852.  By October of this year total visits exceeded 8.9 million per month (see chart below) Revenues generated from the site (not including any maintenance and hosting fees charged to licensees) grew from $29k in July 2004 to over $454k in October of 2007.  Ads placed via the website grew from 12,195 to over 772,000 per month.  Page views now total over 147 million as measured by Google Analytics (which we switched to in July 07 for more accurate measurements).

|  | Visits | $ generated | ads placed via BP website | Page Views |
|---|---|---|---|---|
| July 2004 | 342,852 | $29,729 | 12,195 | 2,895,733 |
| July 2005 | 2,262,585 | $94,238 | 61,065 | 19,021,090 |
| July 2006 | 6,141,756 | $247,696 | 272,842 | 77,500,898 |
| October 2006 | 7,760,352 | $265,827 | 408,774 | 87,313,962 |
| October 2007 | 8,993,456 | $454,317 | 772,517 | 147,503,813 |

In late 2005 and early 2006, in conjunction with the launch of eight Spanish sites tied to Univision, we began to launch stand alone city sites without a newspaper partner.  While no print upsell opportunity exists in most of these markets (such as Chicago and Atlanta) we now realize positive revenue streams associated with every one of these sites, streams that inure 100% to Backpage. Today we have 38 "owned and operated" backpage city sites running with 30 more planned for Q's 1-2 of 2008.

In 2007 we launched a number of new initiatives with great success, some greater than others.  In May in New York we launched a paid rentals section following Craigslists' entry into this paid arena a few months prior.  While our actual revenue did not meet our original projections, the initiative has

DOJ-BP-0004602308

built significant revenue and sales opportunities for the Voice staff and revenue continues to grow in the sales department (see chart below):

**NYC Apartment Rentals 2007 Revenue Analysis**

|  | Online | | Sponsor | | Total Web | | Total Staff Sales | | Total Revenue | |
|---|---|---|---|---|---|---|---|---|---|---|
| January | $ | 552 | $ | 800 | $ | 1,352 | | | $ | 1,352 |
| February | $ | 532 | $ | 500 | $ | 1,032 | | | $ | 1,032 |
| March | $ | 657 | $ | 1,900 | $ | 2,557 | | | $ | 2,557 |
| April | $ | 818 | $ | 600 | $ | 1,418 | | | $ | 1,418 |
| **TOTALS** | $ | 2,559 | $ | 3,800 | $ | **6,359** | | | $ | 6,359 |
| May | $ | 9,086 | $ | 900 | $ | 9,986 | $ | 7,750 | $ | 17,736 |
| June | $ | 6,107 | $ | - | $ | 6,107 | $ | 3,300 | $ | 9,407 |
| July | $ | 4,864 | $ | 1,000 | $ | 5,864 | $ | 3,934 | $ | 9,798 |
| August | $ | 2,890 | $ | 600 | $ | 3,490 | $ | 6,990 | $ | 10,480 |
| September | $ | 2,590 | $ | 700 | $ | 3,290 | $ | 6,251 | $ | 9,541 |
| October | $ | 3,365 | $ | 650 | $ | 4,015 | $ | 6,549 | $ | 10,564 |
| November | $ | 2,872 | $ | 856 | $ | 3,728 | $ | 7,198 | $ | 10,926 |
| December Projected* | $ | 1,533 | $ | 429 | $ | 1,962 | $ | 6,000 | $ | 7,962 |
| **TOTALS since May 1** | $ | 33,307 | $ | 5,135 | $ | 38,442 | $ | 47,972 | $ | 86,414 |
| **Grand Totals** | $ | 35,866 | $ | 8,935 | $ | **44,801** | $ | 47,972 | $ | **92,773** |

*Dec 1-14 daily avg * 29, used $6000 estimate for NYC for December

This is admin site APARTMENT rentals ONLY - no other categories included

In addition we launched our patent applied for auto re-post function which has generated considerable additional revenue as well as ad count.

In August we launched our national buy program which lets customers post paid sponsor ads across all 70+ markets with one transaction.  Customers can pick and choose the market in which they wish to post or simply post in all markets.  The program has proved to be phenomenally successful and surpassed our projections may times over. In less than five full months the program has generated $324,000 (including our projection for the last half of December) averaging in excess of $70,000 per month.

We also have spent a considerable amount of time and resources in 2007 in improving content quality. Automated spam routines remove bad postings within 15 minutes at a pace of 180,000 removals per month. The staff's global delete tools increased by ten fold the amount of spam manually removed. We added country geo-locating by IP to block more international IP's and Captcha to slow down posting robots. We even struck an alliance with an abusive over poster to migrate to paid national sponsor ads.

DOJ-BP-0004602309

In terms of marketing, we struck a deal with TheEroticReview.com (TER) with reciprocal links. It created huge brand awareness in this niche industry and increased page views from TER by 120,000 per day.

Over 100 tasks were completed with incremental improvements to the site. Most of these tasks are the result of customer emails sent to support@backpage.com. Support currently averages 300 emails per day.

In 2007 with Jess Adams coming on board to take over the accounting and reporting responsibilities, we have, for the first time, been able to accurately measure two critical items:

First is the total revenue generated by Backpage at all levels including online, print upsells, license fees, maintenance fees, hosting charges and all other revenue streams that we have developed.  The total Revenue for 2007 looks like this:

| 2007 | TOTAL |
|------|-------|
| BP REVENUE | $4,020,064 |
| SETUP | $9,250 |
| HOSTING | $187,174 |
| MAINT | $208,893 |
| GOOGLE | $128,254 |
| OODLE | $15,788 |
| NYC | $47,972 |
| TCU | $63,392 |
| TOTAL | $4,680,788 |

BP Revenue reduced by relevant Hosting & Maintenance amounts for Intro licensees and Metro / EBX

For 2008, our projections are as follows:

| 2008 | TOTAL |
|------|-------|
| BP REVENUE | $5,554,855 |
| SETUP | $4,000 |
| HOSTING | $265,015 |
| MAINT | $240,217 |
| GOOGLE | $77,455 |
| OODLE | $12,000 |
| NYC | $113,796 |
| TCU | $84,437 |
| TOTAL | $6,351,776 |

BP Revenue includes Print, Sponsor / Online, National, and Preferred Sponsor
BP Revenue reduced by relevant Hosting & Maintenance amounts for Intro licensees and Metro / EBX

DOJ-BP-0004602310

In addition, we can now measure and track the bottom line contribution Backpage brings to VVMH at all levels.  Throughout this calculation we assume that 30% of all print upsells are a cost of sales to the papers. For 2007 the contribution looks like this:

**BACKPAGE ENTERPRISE IMPACT 2007**

|  | TOTALS |
|---|---|
| **REVENUE** | |
| Print | $872,802 |
| Web (Online / Sponsor) | $1,906,620 |
| Web (National Ad) | $79,971 |
| Google AdSense | $46.913 |
| Preferred Sponsor Rev | $  - |
| Oodle Revenue | $5,390 |
| Other (NYC, TCU) | $111,364 |
| **TOTAL REVENUE** | $3,023,061 |
| **COSTS** | |
| Corp Alloc | $201,798 |
| Maintenance | $161,825 |
| Hosting | $136,025 |
| Univision | $10,075 |
| Powered By Affiliates | $31,491 |
| **TOTAL COSTS** | $541,214 |
| **GROSS PROFIT / (LOSS) VVM** | **$2,481,846** |
| 30% Print Expense | $261,841 |
| **NET PROFIT / (LOSS) VVM** | **$2,220,006** |
| NET PROFIT FROM BACKPAGE | $(153,745) |
| **TOTAL PROFIT / (LOSS) VVMH** | **$2,066,260** |

NOTES:

December 2007 is projected
Web (National) used 70% VVM allocation
Google AdSense used 70% VVM allocation
Oodle used 70 % VVM allocation
Corp Alloc used 10% online / sponsor only - adjustment to true up to actual will be made at 2007 year end
Maintenance used 2007 budget not GL as adjustment needed at year end
Hosting used 2007 actual BW usage as adjustment needed at year end
Assumes December projected expenses and December projected 2007 adjustments - see 2007 P&L tab

DOJ-BP-0004602311

Our 2008 bottom line impact is forecast as follows:

## BACKPAGE ENTERPRISE IMPACT 2008

| REVENUE | TOTALS |
|---|---|
| Print | $767,029 |
| Web (Online / Sponsor) | $2,604,349 |
| Web (National Ad) | $229,975 |
| Google AdSense | $30,790 |
| Preferred Sponsor Rev | $64,223 |
| Oodle Revenue | $3,238 |
| Other (NYC, TCU) | $198,233 |
| **TOTAL REVENUE** | **$3,897,837** |
| COSTS | |
| Corp Alloc | $457,515 |
| Maintenance | $174,509 |
| Hosting | $158,850 |
| Univision | $10,114 |
| Powered By Affiliates | $47,199 |
| **TOTAL COSTS** | **$848,187** |
| **GROSS PROFIT / (LOSS) VVM** | **$3,049,649** |
| 30% Print Expense | $230,109 |
| **NET PROFIT / (LOSS) VVM** | **$2,819,541** |
| NET PROFIT FROM BACKPAGE | $214,371 |
| **TOTAL PROFIT / (LOSS) VVMH** | **$3,033,912** |

NOTES:

Web (National) used 70% VVM allocation
Google AdSense used 70% VVM allocation
Preferred Sponsor / Oodle used current allocation formula for VVM
Used 0.3% estimate for Univision (based on 2007 actuals)
Used 1.4% estimate for Powered By Affiliates (based on 2007 actuals)

DOJ-BP-0004602312

## ADJUSTMENTS FOR CY 07 BACKPAGE FINANCIAL STAEMENT:

The following schedule details the adjustments necessary to close out the Backpage books for 2007 due to inaccurate entries, unfinished decisions or variances from projected to actuals:

**2007 ADJUSTMENTS SUMMARY**

| | | | |
|---|---|---|---|
| NYC Rentals | $ | (37,128) | (50% for 2007, 50% in 2008) |
| Legal Expense | $ | (37,500) | (half to Dallas, half to Backpage) |
| Backpage Corporate Allocation Correction | $ | (81,048) | (incorrect allocation at beginning of the year) |
| VVM Maintenance Correction | $ | (15,105) | (correction to original incorrect schedule) |
| VVM Hosting Correction | $ | (44,605) | (correction from projected to actual) |
| VVM 10% Allocation Correction | $ | (30,862) | (correction from projected to actual revenues) |
| NYC & MN TCU 10% Allocation | $ | (11,136) | (correction from projected to actual revenues) |
| | | | |
| **TOTAL CREDIT DUE BACKPAGE** | **$** | **(257,384)** | |

Supporting schedules will be in handouts and
embedded in tabs in master budget

- 6 -

DOJ-BP-0004602313

## 2008 PLAN

2008 presents us a series of opportunities to take Backpage to another new level.  We have consistently achieved a top ten ranking in Comscore's ranking of national classified sites, with our page views at number six every month.  As a free classified site, only Craig has more.  While Kijiji has passed us in uniques (we are about equal in visits as of November 07)  they do not get nearly the number of views per visit that we do.

The 2008 basic plan again proposes to significantly increase our investment in Backpage.com in order to capture key pieces of the "free" online classified market and carve out a clearly defined position as the other player in the free classified market.

Our Basic Strategic Plan is as follows:

1.  Grow visits and page views in categories with revenue and page view potential: escorts, massage, adult jobs, biz ops, pets, and employment.
2.  Grow revenue by further development of current revenue features and build new customer retention tools.
3.  Launch 30 or more new markets.
4.  Develop a selective affiliate solution and referral link acquisition process.
5.  Put a staff in place to handle the tasks above including continued user improvements, abuse, spam, fraud prevention, user and user content creation, feeds, affiliates and link building.
6.  Marketing and public relations.
    a.  Public relations.
    b.  Pay for personals.
    c.  New paper campaign.
7.  Grow revenue for VVM and backpage as a stand alone.

The specifics for major development in 2008 include:

a. Spam clean up tools.
- Browse content nationally.
- MD-5 Hash

b. User improvements
- Delayed sponsor release.
-  Popular searches
- WAP
- Receipts
- Google Search appliance.
- Profiles
- User authentication

c. Revenue improvements
- Affiliate program.
- Sponsor specials.

DOJ-BP-0004602314

- Bank of backpage.
- Re-solicit queries and CRM
- Preferred Sponsor Position platform

d. Content
- Extended expiration
- Open API
- Feed solutions
- Marketing tools
- Email database.

e. Marketing
- Staff blog for PR and transparency
- Create SQL database for email promotions
- GEO IP ads

f. Personals program in seven cities: LA, OC, Phx, Denver, KC, Houston, and Dallas
- $100 per week per city drawings for 52 week to buy original personals content- random drawings
- Half page personals listing ads in each city each week
- Contest and program administered exclusively by Dallas staff
- In paper and banner promotion
- see separate powerpoint tab

## QUANTITATIVE GOALS:

For 2008 we have attempted to better identify trending and growth in a fashion that allows us to be more predictive about growth for the company as well as for individual markets.  We benchmarked, ad count and visits vs. revenue to get an idea of dollars per ad posted and dollars generated per visit. The results were generally very predicative (see spreadsheets following this section).  We also found a highly correlative relationship on a market by market basis for visits and page views, although it varies greatly from market to market.

We used the last four months of 2007 as our baseline values for ads, visits and pages and built our models using the above predicitive benchmarks.  Following that we put each line item to the "sniff test" and found in about 80% of the cases that our model felt fairly accurate.  In some cases (such as October 07 - Phoenix…Larkin and Lacey arrested by Arpaio, escort ads and revenue immediately plunge and rebound a few weeks later) we manually adjusted the ad counts, visits, page views and ultimately revenues to better reflect what we felt was a realistic prediction.

DOJ-BP-0004602315

**2007 vs 2008 growth all markets peak month:**
(See spreadsheets for month by month and market by market growth)

|  | Actual<br>October 07 | Projected<br>October 08 | Percentage increase |
|---|---|---|---|
| Ads: | 772,513 | 1,150,336 | 49% |
| Visits: | 8,993,456 | 11,077,233 | 23% |
| Page Views | 147,503,873 | 210,849,716 | 43% |
| Print Revenues | $ 116,019 | $  92,719 | -20% |
| Online/Sponsor Rev. | $ 250,001 | $ 322,255 | 29% |
| National Rev. | $  66,484 | $ 94,726 | 42% |
| Total All Online Revenue | $ 454,317 | $ 543,997 | 20% |

(Includes Google, Oodle, TCU, NYC, Premium Sponsor revenues)

DOJ-BP-0004602316

## ALL BACKPAGE PROPERTIES

**PRINT REVENUE**

| | | | |
|---|---|---|---|
| **GRAND TOTALS - 2006 Actuals** | $ 1,416,740 | | |
| **GRAND TOTALS - 2007 Projected** | $ 1,836,075 | 29.60% | 2007 Projected vs 2006 Actual |
| **GRAND TOTALS - 2007 Actuals** | $ 1,328,510 | -27.64% | 2007 Actual vs 2007 Projected |
| | | -6.23% | 2007 Actuals vs 2006 Actuals |
| **GRAND TOTALS - 2008 Projected** | $ 1,183,425 | -10.92% | 2008 Projected vs 2007 Actual |

**ONLINE / SPONSOR REVENUE**

| | | | |
|---|---|---|---|
| **GRAND TOTALS - 2006 Actuals** | $ 1,208,289 | | |
| **GRAND TOTALS - 2007 Projected** | $ 2,149,925 | 77.93% | 2007 Projected vs 2006 Actual |
| **GRAND TOTALS - 2007 Actuals** | $ 2,474,651 | 15.10% | 2007 Actual vs 2007 Projected |
| | | 104.81% | 2007 Actuals vs 2006 Actuals |
| **GRAND TOTALS - 2008 Projected** | $ 3,381,416 | 36.64% | 2008 Projected vs 2007 Actual |

**NATIONAL AD REVENUE**

| | | | |
|---|---|---|---|
| **GRAND TOTALS - 2007 Projected** | $ 54,820 | | |
| **GRAND TOTALS - 2007 Actuals** | $ 295,361 | 438.78% | 2007 Actual vs 2007 Projected |
| **GRAND TOTALS - 2008 Projected** | $ 976,421 | 230.59% | 2008 Projected vs 2007 Actual |

**ONLINE / SPONSOR + NATIONAL REV**

| | | | |
|---|---|---|---|
| **GRAND TOTALS - 2007 Projected** | $ 2,204,745 | | |
| **GRAND TOTALS - 2007 Actuals** | $ 2,770,012 | 25.64% | 2007 Actual vs 2007 Projected |
| **GRAND TOTALS - 2008 Projected** | $ 4,357,837 | 57.32% | 2008 Projected vs 2007 Actuals |

**GRAND TOTAL - ALL REVENUE**

| | | | |
|---|---|---|---|
| **GRAND TOTALS - 2006 Actuals** | $ 2,625,029 | | |
| **GRAND TOTALS - 2007 Projected** | $ 4,040,820 | 53.93% | 2007 Projected vs 2006 Actual |
| **GRAND TOTALS - 2007 Actuals** | $ 4,098,522 | 1.43% | 2007 Actual vs 2007 Projected |
| | | 56.13% | 2007 Actuals vs 2006 Actuals |
| **GRAND TOTALS - 2008 Projected** | $ 5,541,262 | 35.20% | 2008 Projected vs 2007 Actuals |

(See detail spreadsheets for month by month and city by city numbers)

DOJ-BP-0004602317

## CORPORATE ALLOCATIONS TO VVM PAPERS

In 2007, we allocated 10% of online and sponsor revenue (excluding national, Google and Oodle ads which are charged out separately)  generated by the VVM papers back to Backpage to cover the additional backroom cost of administering and focusing on the growth of the VVM paper sites.

In 2008 we are proposing that number be increased to 15 %.  There are two reasons for this.  First is the increased projection for online revenue.  In 2007 our online/sponsor revenue for the VVM papers beat projection by 111%.  We had projected a 68% increase over 2006 and beat that number by an additional 26% (compounds to 111%).  In 2008 we are projecting an additional increase in this category of 37% over 2007 or $698,000.  Second, in order to achieve this goal we have to increase our support overhead substantially.  We estimate the cost to be a minimum of $389,000 in additional expenditures.  Almost all of this money is targeted to VVM cities.  While the allocation increases from $210,000 in 07 to $457,000 in 08, net revenue to the VVM papers still increases $528,000 or 29%.   See the two following spreadsheets for details:

**Backpage.com**
**Analysis of increased expenses 2008 over 2007**
**Original Date:**     **12/17/2007**
**Updated:**            **12/19/2007**

| | 2008 Proj | 2007 Proj | 2007 Actual* | 2008 Diff | Explanation | | |
|---|---|---|---|---|---|---|---|
| Salaries | $  724,400 | $  483,744 | $  507,264 | $  217,136 | Adding 8 new staff members in 2008 | | |
| Bonus | $  202,600 | $  125,000 | $  130,004 | $  72,596 | Adding 8 new staff members in 2008, increasing availability of bonus | | |
| Health Insurance | $  40,310 | $  24,996 | $  24,713 | $  15,597 | Adding 8 new staff members in 2008 | | |
| PR Tax | $  83,430 | $  54,787 | $  44,508 | $  38,922 | Adding 8 new staff members in 2008 | | |
| Depreciation | $  3,653 | $  - | $  - | $  3,653 | Purchasing additional PCs / Laptops for additional staff | | |
| Marketing / Ad | $  114,000 | $  70,000 | $  72,142 | $  41,858 | Marketing in-house - ads | $  20,000 | new ads |
| | | | | | Personals 7 markets | $  42,000 | year |
| | | | | | PR Releases and composition | $  9,000 | 6 press releases submitted |
| | | | | | Directories (SEO) | $  8,000 | Buy ads on directories (SEO) |
| | | | | | Posting Services (SEO) | $  10,000 | Blogging etc (SEO) |
| | | | | | Affiliate Expenses | $  25,000 | Affiliate Mktg Program |

**TOTAL PROPOSED EXPENSE INCREASE**
**2008 OVER 2007**                                        $    389,762

* Dec 2007 projected

DOJ-BP-0004602318

**Backpage.com**
**Analysis of VVM cities allocation of revenue to BP**
**Sponsor / Online revenue only**

| | 2007 Actuals | | 2007 10% Alloc to BP | | 2007 Net to VV Cities | | 2008 Projected | | 2008 15% Alloc to BP | | 2008 Net to VV Cities | | Net Increase 2008 over 2007 | % Increase '08 over '07 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Phoenix | $ | 264,276 | $ | 26,428 | $ | 237,848 | $ | 340,971 | $ | 51,146 | $ | 289,826 | $ | **51,977** | 22% |
| Dallas | $ | 440,495 | $ | 44,050 | $ | 396,446 | $ | 562,981 | $ | 84,447 | $ | 478,533 | $ | **82,088** | 21% |
| Denver | $ | 90,183 | $ | 9,018 | $ | 81,165 | $ | 120,347 | $ | 18,052 | $ | 102,295 | $ | **21,130** | 26% |
| St Louis | $ | 36,117 | $ | 3,612 | $ | 32,505 | $ | 49,004 | $ | 7,351 | $ | 41,653 | $ | **9,148** | 28% |
| KC | $ | 51,801 | $ | 5,180 | $ | 46,621 | $ | 70,066 | $ | 10,510 | $ | 59,556 | $ | **12,935** | 28% |
| Houston | $ | 216,267 | $ | 21,627 | $ | 194,640 | $ | 330,811 | $ | 49,622 | $ | 281,190 | $ | **86,549** | 44% |
| Cleveland | $ | 66,632 | $ | 6,663 | $ | 59,969 | $ | 104,695 | $ | 15,704 | $ | 88,991 | $ | **29,022** | 48% |
| Miami/Broward | $ | 247,137 | $ | 24,714 | $ | 222,424 | $ | 337,689 | $ | 50,653 | $ | 287,036 | $ | **64,613** | 29% |
| SF | $ | 42,724 | $ | 4,272 | $ | 38,452 | $ | 54,801 | $ | 8,220 | $ | 46,581 | $ | **8,129** | 21% |
| LA/OC | $ | 138,592 | $ | 13,859 | $ | 124,733 | $ | 211,745 | $ | 31,762 | $ | 179,984 | $ | **55,251** | 44% |
| Seattle | $ | 26,283 | $ | 2,628 | $ | 23,655 | $ | 46,402 | $ | 6,960 | $ | 39,442 | $ | **15,787** | 67% |
| New York* | $ | 261,140 | $ | 26,114 | $ | 235,026 | $ | 386,497 | $ | 95,102 | $ | 291,394 | $ | **56,368** | 24% |
| Nashville | $ | 11,843 | $ | 1,184 | $ | 10,659 | $ | 18,476 | $ | 2,771 | $ | 15,705 | $ | **5,046** | 47% |
| Minneapolis** | | 124,493 | $ | 12,449 | $ | 112,044 | $ | 168,097 | $ | 25,215 | $ | 142,883 | | 30,839 | 28% |
| **Totals VVM papers** | $ | **2,017,984** | $ | **201,798** | $ | **1,816,186** | $ | **2,802,582** | $ | **457,515** | $ | **2,345,067** | $ | **528,881** | 29% |

Additional 5% allocation of VV sponsor / online revenue to Backpage.com 2008 over 2007 (15% vs 10%) to cover increased expenses 2008 over 2007 - see separate expense analysis. Increased allocation will still yield higher net Backpage sponsor / online revenue for all VV cities in 2008 over 2007 - $528,881 total.

\* Includes NYC Rentals plus $37,125 in 2008 for 1/2 of 2007 NYC Rentals Adjustment

\*\* Includes MN TCU

DOJ-BP-0004602319

## LINE ITEM NARRATIVE AND ANALYSIS

### Direct Revenues:

1. License fees and upgrades:  none projected.  We are no longer selling licenses to newspapers.
2. Set up and development costs:  $4000 FOR MISC. UPGRADES INCLUDING Latino sites
3. Contracted Maintenance Fees with all licensees including VVMH papers
4. Hosting Fees:  Costs of Bandwidth based upon usage and Desertnet contract schedule. Projections are tied to current page view usage and projected growth thereof.

### Revenue shares to BP at Net:

5. Print, online and sponsor revenue:  from projected schedules based upon previous years trending analysis and estimates for 08 growth net of charges to introductory licensees.  No VVM revenue shows here as 100% inures to the paper less the corporate charges which are detailed further down.
6. National ad revenue:  from our trending and projection forecasts.
7. Google Revenue:  Continues to trend downward as it did in 07
8. Preferred Sponsor ad revenue:  This only projects $10,000 per month from the commitment we have from American Furniture warehouse (fuller description of this program elsewhere in this document).   If successful, it will be re-budgeted in F-1 or F-2
9. Oodle Revenue:  This is a minor sum.
10. Other Revenue shares:  No money projected here as this category includes NYC rentals and Twin Cities uncovered sold by local staff.  100 % inures to the city less the corporate charges which are detailed further down.

### Cost of Sales:

11. Hosting Fees:  Our net costs due to DesertNet from the gross schedule in item 4 above
12. Custom Set up Fees:  Costs associated with set up fees as charged in item 2 above
13. Credit Card Discount Fees:  Assumes 4% for 2008 for everything going through the BP server
14. Chargebacks:  assumes 1.5% for locally placed ads, 3.5% for national ads

### Expenses:

15. Salaries:  We have added an additional 8 people to handle the additional work associated with the increase in volume and initiatives:  spam, adult, pets, rentals, LA focus, national re-solicits.  We also have projected a more sophisticated staff manager for the Phoenix office beginning in Q2
16. Bonus:  Package opportunities have increased by $70 k in 08 to cover additional personnel and responsibilities if we hit the revenue and traffic goals.
17. Health insurance:  follows pattern of usage by current staff with new costs and additional staff
18. Payroll taxes:  9% of salaries and bonus
19. Development Costs:  Desertnet costs based on prior years usage.

DOJ-BP-0004602320

20. Travel/M&E:  Primarily Carl's expenses for trips to NYC, conventions, meetings and once per month to Dallas
21. Dues and Subs:  Primarily domain name registration
22. Equipment repairs and maintenance:  Misc. computer parts and services
23. Legal:  $75k projected based on Boston suit oversight, past experience and general caution
24. Rent:  costs of space in Phoenix and Dallas (note get Dallas a credit)
25. Telephone:  Carl's Cell
26. Marketing and Advertising:  As detailed in the business narrative this includes a new in house ad campaign, a personals cash giveaway campaign to buy content,  PR and press releases, directories (SEO), Posting Services (SEO) and Affiliate marketing expenses, program to be determined.
27. Supplies:  Misc.
28. Postage:  minimal
29. Miscellaneous:  Misc.
30. Depreciation:  3 year schedule for $13,250 worth of new and replacement computers (8 new staff plus two replacements and one laptop)
31. Corporate allocation:  plugged at $1269, same as 07

Corporate Allocations from VVM papers to Backpage:

These are calculated at 15% of online/sponsor revenue (including NYC rentals, TCU income and half of development costs for NYC rental project in 2007) as described in the narrative above.

DOJ-BP-0004602321

## PART II:  PREMIUM POSITION SPONSORSHIP

Part of our 2008 sales development is the "Premium Position Sponsorship" program.  As of this writing we have only presented this to one account and we have a verbal commitment to begin the program in early 2008.  In as much as we have not tested the waters for this product yet, we did not project any revenue other than the monthly commitment to it by the one account, American Furniture Warehouse.

The program is fully developed and ready for sale.  The mechanics are fairly simple.  With 150 million page views monthly, we have approximately 50 million views that are made up of viewing "listings pages" that is pages with lists of 100 ads per page in a particular category or section.  To date we have sold text sponsorship advertising at the top and the right hand rail (with thumbnails drawn from the individual ads) of these pages to monetize Backpage.  These sales are done at both a local and now at a national level. This has been the lion's share of our revenue streams other than paid adult.  We have also monetized the auto re-post, rentals in New York and some other smaller revenue streams, but these account for lesser dollar amounts.

The basic premise of the premium position sponsorship is to allow an advertiser to "sponsor a page" with a link on the top of the appropriate contextually relevant category AND allow them to have a sponsor ad position fixed at the top of the page on all listings pages served in that category.  Because of the high contextual relevance and the implicit behavioral targeting involved, we believe we will be able to yield a very high effective CPM.  We are also testing secondary contextual advertising positions where an advertiser will be more likely to reach their customer base (i.e.: furniture in the rentals section), but not quite as directly relevant.  We don't believe this will bring as high a CPM as the direct contextual relevance but should still yield impressive results.

We will sell these initially as package pricing with implicit CPM values backed in based upon our current traffic.  We will be able to measure click throughs to the advertisers site (as we are sure they will as well) and we will be able to measure clicks from the text/sponsor ad on the listings pages into the individual ads on the Backpage site.

Initially we are selling this on a full national basis only, but are technically prepared to be able to sell selected markets as well.  Selling categories in individual markets depends in large part on having a critical mass of listing pages in the targeted market to make the sale worthwhile.  Initially we will sell the product with our current Backpage staff (Carl and crew) but should we find this has legs we will hire a person to sell the product.

Our initial full sales effort (other than American Furniture Warehouse which is underway) will begin in January at the Adult Video and product show in Las Vegas.

Examples of the premium position sponsorship:

- 15 -

DOJ-BP-0004602322



DOJ-BP-0004602323



DOJ-BP-0004602324



**denver/boulder, co** free classifieds by

This section is sponsored by Discount Furniture Network

backpage.com > denver rentals > denver apartments & houses for rent

inappropriate content | wrong category | over posted

# Discount Furniture Network

posted: October 30, 2007, 05:04 PM





ENTERTAINMENT Furniture

DINING Furniture

BEDROOM Furniture

HOME OFFICE Furniture

CHILDREN'S Furniture

discountfurniture-network.com

URBAN OUTFITTERS

Purchase Item
View All

Purchase Item
View All

Purchase Item
View All

Purchase Item
View All

Purchase Item
View All

**Barstools**
Great counter height seating for the home!
View All | View by Popularity

**Beds**
Enjoy a great night's sleep, on us.
View All | View by Popularity

**Home Office Desks**
Looking for a quality desk? You'll find it here.
View All | View By Popularity

**Ceiling Fixtures**
View our entire selection of Ceiling Fixtures.

**Home Office Chairs**
Let us help you find the perfect chair.

**TV Stands**
We have the perfect stand for any type of TV!

DOJ-BP-0004602325



DOJ-BP-0004602326



backpage.com | dallas adult entertainment > dallas escorts

## Passion Infinity Lingerie - Sexy & Seductive Lingerie

posted: November 18, 2007 03:52 PM

Reply click here

**Passion Infinity Lingerie - Sexy & Seductive Lingerie**

*Experience the finest life has to offer with Passion Infinity Lingerie - Sexy & Seductive Lingerie*

We stock thousands of items!

- Bra and panty sets starting as low as $6.99
- Individual items in specialty sizes. From AA to LLL bras!
- The latest in fetish wear. Latex, bondage, domination!
- Items for men, women, cross gender.
- Extreme swimsuits!
- Mesh core.
- Traditional lingerie.
- Sports bras and figure flattering fashions.
- Items and outfits for all holidays.

Save up to 40% on your first purchase!!!

Go to PassionInfinityLingerie.com

Email this ad to a friend | Share this ad

No other company or person should contact this advertiser for solicitation for any product or service.



Enlarge Picture



- 20 -

DOJ-BP-0004602327



DOJ-BP-0004602328

## PART III:  NEW YORK AND LA EMPLOYMENT INITIATIVE

The opportunity:  Craig gets almost $19 million per year from employment postings in LA and New York alone.  He has ten times the volume of employment ads that we have.  He creates virtually his entire cash flow from charging for employment in selected markets.  He is currently adding 5 more markets to his paid employment stable.

### CRAIGSLIST.ORG

| City Name | Job Postings (in 30 day period) | Job Post Rate | Monthly Revenue | Annual Revenue |
|---|---|---|---|---|
| San Francisco | 36,800 | $75 | $2,760,000 | $33,120,000 |
| Los Angeles | 29,200 | $25 | $730,000 | $8,760,000 |
| NYC | 32,600 | $25 | $815,000 | $9,780,000 |
| San Diego | 10,400 | $25 | $260,000 | $3,120,000 |
| Seattle | 19,700 | $25 | $492,500 | $5,910,000 |
| Boston | 15,600 | $25 | $390,000 | $4,680,000 |
| Washington D.C. | 13,800 | $25 | $345,000 | $4,140,000 |
| Total | 158,100 | | $5,792,500 | $69,510,000 |

### BACKPAGE.COM

| City Name | Job Postings (in 30 day period) |
|---|---|
| San Francisco | 1,178 |
| Los Angeles | 2,449 |
| NYC | 3,879 |
| San Diego | 4,921 |
| Seattle | 1,151 |
| Boston | 613 |
| Washington D.C. | 183 |
| Total | 14,374 |

Oodle includes not counted in these numbers

Our opportunity is to grab a significant piece of that market by achieving market recognition and critical mass in employment postings.  To date the work that we have done has barely dented the disparity and we do not have the option to begin charging for employment ads with the volume we currently have.

In order to do this, we feel we would have to invest a massive amount of money into a select few markets and "buy" the content and eyeballs in order to get to the critical mass necessary to begin charging for this category.  We think LA and New York are our best opportunities.  Our papers are the strongest there and the markets are the largest.  The cost will, however, be substantial.  Therefore this program, which is budgeted at $2 million dollars for a full year's deployment before we charge for the first ad, would be contingent on realizing significant additional revenues from Backpage, most probably from the Premium Sponsor Ad program.  If the program takes off and generates a fresh 7 figure revenue stream, then AND ONLY THEN, we recommend embarking on this program

DOJ-BP-0004602329

with those additional dollars to capture a piece of this market.  Assuming the project is a success, a $2 million dollar investment could easily bring in $2 million dollars in each of the two markets in the first full year of the operation, still only 20% of where Craig is, but nevertheless very profitable. And it would be something we could build upon nationwide.

**Develop a paid job posting solution for NY and LA**

1. Get content
   a. Pay to post jobs: $15k per mo
      i. Pay $1 per ad to affiliates for job postings.
      ii. Set rules- job posting must stay online 30 days, ads must be authorized by employer to be on this site and not copied verbatim from some other site, must not be biz opps or commission only jobs, and postings will be reviewed for complaints for 90 days before payment is made to poster.
      iii. Result per market will be 5000 jobs a month for $5,000. We expect abuse as many postings might be plagiarized by users from other sites. We will remove them when notified and shut down affiliate when it happens.
      iv. After several months of abuse, tighten up affiliate standards. Cost is $5k per month to administrate.

2. Create employers posting $30k per mo.
   a. Four people call employers and set up Pay to post account ($15,000 per mo.)
   b. Pay employers bonuses and incentives to start posting. ($5,000 per mo.)
   c. Pay webmasters for links on their site that drive good postings. ($10,000 per mo.)

3. Get job seekers
   a. Online marketing: $60K per mo.
      i. Geographic targeted ads on Google and Yahoo.
      ii. Purchase premium positions on Simplyhired, Indeed and Oodle.
      iii. Purchase sponsorships on employment focused newsletters.

   b. Public relations: $10k per mo.
      i. An article a month for a year via contracted PR firm.

   c. More traditional media: $50k per mo.
      i. This could be direct mail to HR directors to late night cable TV targeting job seekers.

4. Develop innovative job specific features: $2k per mo.
   a. Undetermined.

5. Total annual costs for above: $2 million.

6. After one full year, start charging $10 to $15 for an employment posting.

- 23 -

DOJ-BP-0004602331





NCMEC008591





| | | | | | |
|---|---|---|---|---|---|

My TER   Reviews   Mail   Discussion Boards   Site Reviews   Chat

New Reviews   Search Reviews   Chat with a Provider   Search ▾   Top 100 ▾   TER Plug-In   Submit a Review

**Melanie Sweets's Profile**  ★★★★☆      ⦿ OFFLINE
TER ID: 84780

Send Private Mail To Provider    Add To Favorites    Report A Problem    Link To This Review

**general information**

| | | | |
|---|---|---|---|
| ad website | http://newhampshire.backpage.com/FemaleEscorts/come-by-on-your-... | | |
| personal website | n/a | | |
| ad website | http://arizona-escorts.cityvibe.com/escorts/list/262421.html | | |
| agency name | Unknown | | |
| agency | Independent | service | Escort/Massage/S&M |
| city | Phoenix | other city serviced | New England |
| phone 1 | (502) 434-3016 | phone type | She picks up |
| phone 2 | (702) 583-9664 | phone type | She picks up |
| incall/outcall | incall/outcall | email | sweetmel0130@yahoo.com |
| services delivered as promised | Yes | smokes | Yes - But not during session |
| on time | Yes | availability | nighttime |
| porn star | No | | |

**appearance**

| | | | |
|---|---|---|---|
| real photo | Yes | photo accurate | Yes |
| build | Baby fat | height | 5'3" - 5'5" |
| ethnicity | White | Transsexual | No |
| age | 18 - 20 | breast size | 36-37 |
| hair color | Brown | breast cup | D |
| hair type | Some curls | breast implants | No |
| hair length | Shoulder length | breast appearance | Perky |
| piercings | None | tattoos | None |
| pussy | Shaved | | |

**services offered**

| | | | |
|---|---|---|---|
| massage | Yes - Body to body | massage quality | Average |
| sex | Yes | s&m | Don't know |
| blow job | Yes - Without condom | cum in mouth | No |
| touch pussy | Yes - On the inside | lick pussy | Yes |
| kiss | Yes - Without Tongue | anal | Yes |
| two girl action | Don't know | will bring second provider | Don't know |
| more than one guy at a time | Don't know | full, no-rush session | Yes |
| multiple pops allowed | Yes | rimming | Yes |











"review"

NATIONAL CENTER FOR
MISSING &
EXPLOITED
CHILDREN

My TER   Reviews   Mail   Discussion Boards   Site Reviews   Chat

New Reviews   Search Reviews   Chat with a Provider   Search ▾   Top 100 ▾   TER Plug-In   Submit a Review

## Review: CAPREECE ★★★★★

[ Report A Problem ]   [ See Provider's Profile ]   [ Send Mail ]

### HELSTROME'S REVIEW OF CAPREECE

| appearance | performance | attitude | atmosphere |
|---|---|---|---|
| 8 - Really Hot | 7 - Hot time | girl next door | relaxed |

### general details

Capreece is a wonderful girl and well worth a visit. Her GFE menu is a little limited, (she won't go on top), which is the only reason that she doesn't score higher IMO. She has a pretty face and an absolutely stunning body. I would suggest going for the PSE to see what this Cali minx can really offer.

### The Juicy Details

Capreece was referred to me by her friend, saying that she was looking for her first review and would be well worth the trouble. If ever she was true to her word! As mentioned above Capreece is a true beauty with an absolutely stunning body.

She will ask that you shower first, which is appreciated. When I came out she was already undressed and laying on the bed. Did I mention this girl has a gorgeous figure?! We started with some light LFK but I soon skipped directly to DATY which she seemed to enjoy. After awhile we switched up and she started in with an surprisingly good BBBJ.I usually don't expect much from the younger ladies, can't wait to see her in a couple of years!

She said that she doesn't go on top so that was the only major downer, but to see the view from behind...!! We then went into mish and later moved on to a BBBJ/HJTC except I rarely can finish within an hour so we stopped at the time and talked a bit. I had already used up multiple gloves and can pretty much tell that I wasn't close to finishing - she did give it an excellent try though. Overall I really enjoyed myself and will hopefully be able to repeat before she leaves again.

NCMEC008604



NCMEC008605













NCMEC008618



Copyright ©2011 The National Center for Missing & Exploited Children®.
All rights reserved.

CONFIDENTIAL

BP-PS -2_000147765
DOJ-BP-000156113770

# CONFIDENTIAL DRAFT FOR REVIEW  2/25/11

## Ineffective Image Safeguards

▮▮▮▮▮▮▮ we posted since February 16th, 2011



CONFIDENTIAL

# CONFIDENTIAL DRAFT FOR REVIEW  2/25/11

## For $3,000, Backpage.com Allowed Us to Advertise ███████████████████

- Ad took less than 5 minutes to post across hundreds of cities
- Ad image was posted online instantaneously
- All personal information about the poster was fabricated
- All credit card information was anonymous
- Ad received over 30 calls within 7 minutes of being placed



BP-PSI-2_00014766
DOJ-BP-0001561371

CONFIDENTIAL

# CONFIDENTIAL DRAFT FOR REVIEW  2/25/11

## ████████, One Ad, One City, One Day ...
## <u>40 Men</u> Call to Pay for Sex With Her

- We received an average of 40 calls <u>per ad</u> in a 24-hour period for each of the ads we placed.

- Calls came in within minutes of posting; faster than we could answer.

- After explicitly and unambiguously informing the caller that the female was underage, about **half** of the men continued to express an interest in paying for sex with her.



BP-PSI-2_00014767
DOJ-BP-00015611372

**phoenix, az** free classifieds

Post an Ad

backpage.com > phoenix adult entertainment > phoenix escorts

# Ready for some fun? - 18                                    report ad
posted: February 25, 2011, 12:56 PM

**Reply: click here**

Hey gentlemen its Maria... what you see in the pic is what
you get. Sexy, and ready for action! If you are ready for a fun
time then all you have to do is call! Redacted for Privacy

Poster's age: 18



• Location: Your place

• Post ID: 12833625 phoenix

**Email this ad to a friend**

Enlarge Picture

Account Login | Affiliate Program (new) | Blog | Help | Popular Adult Searches | Privacy Policy | Promote Us | Terms of
Use | backpage.com © Copyright 2011

phoenix.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the
publisher or speaker of any information provided by another information content provider.

CONFIDENTIAL                                                      BP-PSI-2_00014768
                                                                 DOJ-BP-0001561373

**From:** Carl Ferrer <carl.ferrer@backpage.com>
**Subject:** **NCMEC under aged pics test**
**Date:** March 2, 2011 11:52:15 AM MST
**To:** Hemanshu Nigam <hnigam@sspblue.com>, Simrin Hooper <shooper@sspblue.com>, Jim Larkin <jim.larkin@villagevoicemedia.com>, Scott Spear <scott.spear@villagevoicemedia.com>

NCMEC posted 8 under aged pics. We have not found all of them.

We did find the national ad:
Posted in all cities for $2997.45 by [ Redacted for Privacy ]
They included the phone number [ Redacted for Privacy ]

The ad link is below. It appears live but is actually ghosted:
http://phoenix.backpage.com/FemaleEscorts/ready-for-some-fun-18/12833625

Ad history:
1. Original Posting date: Friday, February 25, 2011 at 12:55 pm.
2. Moderated (Tier 1): Approved by at47 at 2011-02-25 12:56:35 (INDIA)
- A review of the post shows the moderator followed our guidelines
- It is likely our Tier 2 moderators would have also approved it.
3. A fraud alert email was triggered on the post at February 25, 2011 12:56:46 PM
4. The ad was ghosted by staff as suspected fraud on February 25, 2011 at 12:58 pm
- The ad was live less than 2 minutes.
- NCMEC reports 30 phone calls. This is possible.
5. The credit card charge was not settled and invoice marked as a fraud by our accounting staff (bp1) on Friday February 25, 2011 at 1:04 pm.


Policy change recommendation:
It would be good to have also included a NCMEC report in the process above.
We should report underaged pics whether they are scammers or real ad posters.
In other words, report to NCMEC much more aggressively (blurred or not blurred) pics that could be underaged.

I asked Andrew to move forward on this task.

BP-PSI-2_00014769
DOJ-BP-0001561374

**From:**      Scott Spear [scott.spear@villagevoicemedia.com] on behalf of Scott Spear
**Sent:**      Wednesday, April 28, 2010 5:24 PM
**To:**        Carl Ferrer; Jim Larkin; Michael Lacey
**Cc:**        sfifer@sonnenschein.com; Bill jensen; Scott Tobias
**Subject:**   Re: the whole CNN transcript on Blumenthal/craigslist and backpage.com

We have had subpoenas that deal with this exact issue.  More details and specifics later today.   We get a ton of subpoenas that we comply with on a daily basis.

SS

Scott Spear
Executive Vice President
Village Voice Media Holdings, LLC
602-271-0040

This message contains information from Village Voice Media Holdings, LLC that is confidential and may be privileged and protected from disclosure.  If you are not the intended recipient, please be advised that any use, dissemination, distribution or copying is strictly prohibited.  If you think you have received this message in error, please contact me immediately at 602-271-0040 or at scott.spear@villagevoicemedia.com Thank you.

>>> Michael Lacey 4/28/2010 9:00 AM >>>
is there any evidence of child trafficing anywhere?
lacey

BACKPAGE00031554
DOJ-BP-0002131048