GARY M. RESTAINO
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

DAN G. BOYLE (N.Y. Bar No. 5216825, daniel.boyle2@usdoj.gov)
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1400
Los Angeles, CA 90012
Telephone (213) 894-2426

NICOLE M. ARGENTIERI
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

AUSTIN M. BERRY (Texas Bar No. 24062615, austin.berry2@usdoj.gov)
U.S. Department of Justice
Child Exploitation and Obscenity Section
1301 New York Avenue, NW, 11th Floor
Washington, D.C. 20005
Telephone (202) 412-4136
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-18-422-PHX-DJH |
| Plaintiff, | **UNITED STATES' UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSES TO DEFENDANTS' POST-TRIAL MOTIONS [Docs. 2004, 2006, 2007, 2009]** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

The United States files this unopposed motion to extend deadline to file its responses to Defendants' post-trial motions.  Currently, the United States' deadline to file responses to Defendants' motions is Monday, December 18, 2023.  (Doc. 1984.)  The United States seeks a brief extension to move the deadline to Friday, December 22, 2023.  These motions include the following:

- Defendant Michael Lacey's Supplement to Rule 29 Motion Concerning Count 100 and Joinder in Rule 29 Supplements of John Brunst and Scott Spear (Doc. 2004);

- Defendant Scott Spear's Supplement to His Rule 29 Motion Concerning All Counts of Conviction, And Joinder in Rule 29 Supplements of Michael Lacey and Scott Spear (Doc. 2006);

- Defendant John Brunst's Supplemental Brief in Support of Motion for Acquittal Under Fed. R. Crim. P. 29 (Doc. 2007); and

- Defendants' Motion for a New Trial (Doc. 2009).

The United States has conferred with counsel for Defendants Lacey, Spear, and Brunst, and they do not oppose this motion for a brief extension.  This extension is consistent with the time Defendants had to file their motions.  The jury returned their verdict on Thursday, November 16, 2023, and Defendants filed these four post-trial motions on Monday, December 4, 2023.  Extending the deadline for the United States until Friday, December 22, 2023 makes these time-periods equivalent.

A proposed form of Order is submitted in conjunction with this motion.

Respectfully submitted this 13th day of December, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

NICOLE M. ARGENTIERI
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

*s/ Andrew C. Stone*
KEVIN M. RAPP
MARGARET PERLMETER
PETER KOZINETS
ANDREW STONE
DANIEL BOYLE
Assistant U.S. Attorneys

AUSTIN M. BERRY
Trial Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*s/ Gaynell Bunn*
US Attorney's Office