# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,        )<br>            Plaintiff,            )<br>      vs.                         )<br> Scott Spear,                     )<br>            Defendant.            )<br>                                  ) | NO. CR18-00422 PHX DJH-003<br><br>**ORDER** |

THIS COURT, having considered Defendant Spear's Motion to Extend the Objections to the PSR Report deadline, and good cause appearing,

**IT IS ORDERED** granting Defendant Spear's Motion to Extend the Objections to the PSR Report deadline (Docket _____);

**IT IS FURTHER ORDERED** extending the objections to the PSR Report deadline, from April 25, 2024, to _____, 2024.

DATED this _____ day of _____, 2024.

_____
THE HONORABLE DIANE J. HUMETEWA