# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF | ARIZONA |

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: | 2:18-cr-00422-DJH-3 |

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | 03/28/2018 |

Date of judgment or order you are appealing: | 04/23/2024, 08/30/2024 |

Docket entry number of judgment or order you are appealing: | 2063, 2065, 2180 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes     ◉ No     ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

| United States of America |

Is this a cross-appeal? ◉ Yes     ○ No

If yes, what is the first appeal case number? | 24-5375 |

Was there a previous appeal in this case? ◉ Yes     ○ No

If yes, what is the prior appeal case number? | 20-10388, 20-73408, 22-10000 |

Your mailing address (if pro se):

| N/A |

| |

City: | | State: | | Zip Code: | |

Prisoner Inmate or A Number (if applicable): | |

**Signature** | s/ Peter S. Kozinets |  **Date** | Sep 20, 2024 |

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 1**                                                                                     *Rev. 06/09/2022*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

United States of America

Name(s) of counsel (if any):

Gary M. Restaino, U.S. Attorney.  Peter S. Kozinets; Kevin M. Rapp; Margaret Perlmeter; Joseph Bozdech, Assistant U.S. Attorneys.  Nicole M. Argentieri, Acting Assistant Attorney General.   Austin M. Berry, Trial Attorney.

Address: 40 N. Central Avenue, Suite 1800, Phoenix, AZ 85004-4419

Telephone number(s): (602) 514-7500

Email(s): peter.kozinets@usdoj.gov; kevin.rapp@usdoj.gov

Is counsel registered for Electronic Filing in the 9th Circuit?   ⊙ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Scott Spear

Name(s) of counsel (if any):

Bruce S. Feder of Feder Law Office, PA

Address: 2930 E Camelback Rd., Ste. 160, Phoenix, AZ 85016

Telephone number(s): 602-257-0135

Email(s): bf@federlawpa.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                         *1*                                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

## **Appellants**

Name(s) of party/parties:

United States of America (continued from above)

Name(s) of counsel (if any):

Joseph Bozdech
joseph.bozdech@usdoj.gov

Address:

Telephone number(s):

Email(s):   margaret.perlmeter@usdoj.gov; austin.berry2@usdoj.gov

Is counsel registered for Electronic Filing in the 9th Circuit?   ◉ Yes   ○ No

## **Appellees**

Name(s) of party/parties:

Scott Spear

Name(s) of counsel (if any):

Eric Walter Kessler of Kessler Law Group

Address:   79237 E Via De Ventura, Ste. 230, Scottsdale, AZ 85258

Telephone number(s):   480-644-0093

Email(s):   eric.kesslerlaw@gmail.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    *2*                    *New 12/01/2018*