

Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

**FILED**

SEP 20 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## CROSS APPEAL DOCKETING NOTICE

| | |
|---|---|
| Docket Numbers: | 24-5748, 24-5375 |
| Originating Case Number: | 2:18-cr-00422-DJH-3 |
| Short Title: | United States of America v. Spear |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket numbers shown above have been assigned to this case. You must indicate these Court of Appeals docket numbers whenever you communicate with this court regarding the cases.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish these docket numbers immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket numbers when communicating with this court.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**