**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Scott Spear,<br><br>　　　　　Defendant. | No. CR-18-00422-003-PHX-DJH<br><br>**ORDER** |

Before the Court is Defendant Spear's Emergency Motion to Provide Necessary Medical and Psychiatric Care (Doc. 2211). In his Motion, Defendant Spear says that Core Civic is not providing him with his doctor-prescribed medications. (*Id.* at 2). Declarants, including his attorneys, attest to recent communications they have had with Mr. Spear since his incarceration. Several of these declarants state that they believe Defendant Spear is suffering from a psychotic break due to his lack of medication. (*Id.*) The Motion also states that without his medication, Defendant Spear is at risk of seizures. (*Id.*) Recently, Defendant Spear has refused to meet with his attorneys, something his attorneys say only happened after he stopped receiving his medications. (*Id.* at 3).

In light of Defendant Spear's Notice of Appeal (Doc. 2188), the Court is without jurisdiction to grant the requested relief. The Court nonetheless finds that the Motion raises substantially important issues and that it would grant Defendant Spear's request that he be provided with his necessary medications in a form acceptable to Core Civic's policies. Fed. R. Crim. P. 37(a)(3). Accordingly, if the Ninth Circuit Court of Appeals were to remand

under Rule 37(a)(3) for the limited purpose of considering Defendant Spear's Motion, the Court would (1) construe Defendant Spear's Emergency Motion to Provide Necessary Medical and Psychiatric Care (Doc. 2211) as a Motion for Temporary Restraining Order and order Core Civic to immediately provide Defendant Spear with his prescribed medication(s) (or generic forms thereof); (2) order Core Civic to Show Cause in writing why, as alleged by Defendant Spear, it has deprived Defendant Spear of his prescribed medication(s) (or generic forms thereof); and (3) set a hearing on Defendant Spear's Motion.

In light of the above,

**IT IS ORDERED** the Clerk of Court shall send a copy of this Order to the Ninth Circuit Court of Appeals referencing Case Number 24-5375 and indicate that it is urgent.

Dated this 27th day of September, 2024.

Honorable Diane J. Humetewa
United States District Judge