**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Scott Spear,<br><br>        Defendant. | No. CR-18-00422-003-PHX-DJH<br><br>9CCA No. 24-5375<br><br>9CCA No. 24-5748<br><br>**ORDER** |

Before the Court is Defendant Spear's Emergency Motion to Provide Necessary Medical and Psychiatric Care (Doc. 2211).  In his Motion, Defendant Spear says that Core Civic is not providing him with his doctor-prescribed medications.  (*Id.* at 2).  Declarants, including his attorneys, attest to recent communications they have had with Mr. Spear since his incarceration.  Several of these declarants state that they believe Defendant Spear is suffering from a psychotic break due to his lack of medication.  (*Id.*)  The Motion also states that without his medication, Defendant Spear is at risk of seizures.  (*Id.*)  Recently, Defendant Spear has refused to meet with his attorneys, something his attorneys say only happened after he stopped receiving his medications.  (*Id.* at 3).

The Court, having received a Remand from the Court of Appeals for the limited purpose of considering defendant-appellant's emergency motion, finds as follows:

1. The Court construes Defendant-Appellant Spear's Emergency Motion to Provide Necessary Medical and Psychiatric Care as a Motion for Temporary Restraining Order under Fed.R.Civ.P. 65(b);

2. Defendant-Appellant Spear's Motion raises substantially important issues about whether he has been deprived of his doctor's prescribed medications resulting in psychological injuries that may increase if not immediately addressed;

3. That Core Civic shall provide Defendant-Appellant Spear with his necessary medications (or generic forms thereof) in a form acceptable to Core Civic's policies.

**IT IS ORDERED** that Core Civic shall file a Response to Defendant-Appellant's Motion for Temporary Restraining Order by **11:00 a.m. Monday, September 30, 2024**.

**IT IS FURTHER ORDERED** setting a hearing on this matter at **4:00 p.m. Monday, September 30, 2024** in Courtroom 605, 401 W. Washington St., Phoenix, Arizona 85041.

Dated this 28th day of September, 2024.

_____
Honorable Diane J. Humetewa
United States District Judge