**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge: Diane J. Humetewa** | **Date:** January 3, 2025 |
| **USA v. Lacey et al** | **Case Number: CR-18-00422-PHX-DJH** |

**Assistant U.S. Attorneys:** Kevin Rapp, Margaret Perlmeter, Peter Kozinets, Joseph Bozdech

**Defendant-3: Scott Spear**

**Interpreter:** N/A
**Attorney for Defendant:** Bruce Feder, Retained (*Knapp*)
**Defendant:** ☐ Present  ☒ Not Present  ☐ Released  ☒ Custody  ☐ Summons  ☐ Writ

**Defendant-4: John Brunst**

**Interpreter:** N/A
**Attorneys for Defendant:** Gary Lincenberg, Gopi Panchapakesan, Michael Landman, Retained
**Defendant:** ☐ Present  ☒ Not Present  ☐ Released  ☒ Custody  ☐ Summons  ☐ Writ

**RESTITUTION HEARING:**

1:31 p.m. Counsel for Defendants and the Government present. Defendants' presence has previously been waived by counsel for the purpose of the restitution proceedings. Victims' counsel present: Joel Shapiro for Victim 1; Emma Notis-McConarty and John Montgomery, and Kate Tian for Victims 3 and 6; Andrew Jacobsohn and Stephen Bresslar for Victims 4 and 5; Gina DeBoni and Christopher Parente for Victm 8; Abby Chin for Victim 10; William Colovos for Victim 12. Dr. Sharon Cooper sworn and examined. 3:01 p.m. Recess.

3:21 p.m. Court reconvenes. Witness examined further. 4:12 p.m. Witness excused. Carrie Landau sworn and examined. 4:41 p.m. Witness excused. Mr. Landman's request for Exhibits 108, 109, 121 and 126 to be admitted, is taken under advisement. Restitution Hearing will resume on Monday, January 6, 2025 at 10:00 a.m. in Courtroom 605.

| | |
|---|---|
| Court Reporter: Hilda Lopez | **Start:** 1:31 PM |
| **Deputy Clerk** Liliana Figueroa | **Stop:** 4:56 PM |
| | **Total:** 3hrs 5min |