**feder law office, p.a.**
3104 E. Camelback Road, #916
phoenix, arizona 85016
(602) 257-0135
bf@federlawpa.com
fl@federlawpa.com
Bruce Feder - State Bar No. 004832
*Knapp Counsel for Defendant Scott Spear*

Kessler Law Group
6720 N. Scottsdale Road
Suite 210
Scottsdale, AZ 85253
(480) 644-0093
Eric@kesslerlawgroup.net
Eric Kessler – State Bar No. 009158
*Attorney for Defendant Scott Spear*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br>vs.<br><br>Scott Spear, *et al*.,<br><br>                    Defendants. | Case No. CR18-00422-PHX-DJH-003<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>*(Assigned to the Hon. Diane J. Humetewa)* |

     Bruce Feder, Feder Law Offices, PA, hereby gives this Court notice that effective immediately, their address has changed. All future correspondence should be addressed to:

                **Feder Law Office, PA**
                **3104 E. Camelback Road, #916**
                **Phoenix, AZ 85016**

     All email addresses and phone numbers will remain the same.

. . .

. . .

RESPECTFULLY SUBMITTED this 4th day of January, 2025.

        **FEDER LAW OFFICE PA**

        *s/ Bruce Feder*
        Bruce Feder
        *Attorneys for Scott Spear*

        **KESSLER LAW GROUP**

        *s/ Eric Kessler*
        Eric Kessler
        *Attorneys for Scott Spear*

# CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

THE HONORABLE DIANE J. HUMETEWA
United States District Court
Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street
Phoenix, AZ 85004
Email: Humetewa_chambers@azd.uscourts.gov

Kevin Rapp, kevin.rapp@usdoj.gov
Peter Kozinets, peter.kozinets@usdoj.gov
Daniel Boyle, daniel.boyle2@usdoj.gov
Margaret Perlmeter, margaret.perlmeter@usdoj.gov
Austin Maxwell Berry, austin.berry2@usdoj.gov

By: */s/ M. Evans*