UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

```
✓ FILED      ___ LODGED
___ RECEIVED ___ COPY

    JAN - 6 2025

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY                  DEPUTY
```

WITNESS LIST - CRIMINAL

☒ Restitution Hearing   ☐ Non-Jury Trial   ☐ Jury Trial

United States vs. Scott Spear and John Jed Brunst  CR-18-00422-PHX-DJH
Last, First, Middle Initial                        Case Number-Judge       Judge

☒ GOVERNMENT   ☐ DEFENDANT

| # | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|------|-----|------------|---------------|
| 1. | Dr. Sharon Cooper | G | 1/3/25 | 1/3/25 |
| 2. | Stan Smith | G | 1/6/25 | 1/6/25 |
| 3. | Kate Keisel | G | | |
| 4. | David Gibson | G | 1/6/25 | 1/6/25 |
| 5. | Carrie Landau | G | 1/3/25 | 1/3/25 |
| 6. | Dr. Matthew Brett | G | | |
| 7. | Jessica Donnelly | G | | |
| 8. | Dr. Sarah Helms | G | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

1