UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

WITNESS LIST

FILED ✓ / LODGED __ / RECEIVED __ / COPY __
JAN - 6 2025
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Case Number: 2:18-cr-00422-004    Judge Code: DJH    Date: 1/3/2025

Case Name: United States of America vs. Scott Spear, John Brunst

☐ Plaintiff / Petitioner   ☒ Defendant / Respondent

☐ Non-Jury Trial   ☐ Jury Trial   ☒ Other Hearing: Restitution Hearing

| Name | Sworn | Appeared |
|---|---|---|
| Dr. Sharon Cooper | | |
| Stan Smith | | |
| Kate Keisel | | |
| David Gibson | | |
| Dr. Matthew Brett | | |
| Jessica Donnelly | | |
| Dr. Sarah Helms | | |
| Dr. Lois Lee | | |