Bruce Feder (AZ Bar No. 004832)
FEDER LAW OFFICE PA
2930 E. Camelback Road, Suite 160
Phoenix, Arizona 85016
Telephone: (602) 257-0135
bf@federlawpa.com
*Knapp Counsel for Scott Spear*

Eric W. Kessler, Esq. (AZ Bar No. 009158)
KESSLER LAW GROUP
9237 E. Via De Ventura, Suite 230
Scottsdale, AZ 85258
Telephone: 480.644.0093
Eric@kesslerlawgroup.net
*Attorneys for Scott Spear*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Scott Spear, *et al*.,<br><br>　　　　　　Defendants. | Case No. CR18-00422-PHX-DJH-003<br><br>**DEFENDANT SPEAR'S MOTION FOR EXTENSION OF TIME TO RESPOND TO THE GOVERNMENT'S MOTION FOR HEARING REGARDING DEFENDANT SPEARS REIMBURSEMENT FOR CRIMINAL JUSTICE ACT EXPENSES**<br><br>*(Assigned to the Hon. Diane J. Humetewa)* |

　　　　The defendant, Scott Spear, through undersigned counsel, moves this court for his order extending the time to file a response to the government's motion for hearing regarding defendant Spear's reimbursement for Criminal Justice Act expectable until March 10, 2025, for the reasons that:

　　　　1.　　Mr. Spear's incarceration makes it difficult to communicate with and obtain information from him for purposes of discussing the present motion, filing a response, allowing him the opportunity to review documents including the present motion and presently available financial information, and other actions necessary to responding to the present motion. As an

1

example, undersigned counsel Feder was only recently successful in scheduling and speaking to Mr. Spear after several weeks of efforts to schedule a legal call at FCI Terminal Island. On information and belief, documents can only be mailed to Mr. Spear, and during in-person legal visits, documents cannot be left with Mr. Spear, nor can the attorney retrieve and take documents from the facility;

      2.    Undersigned counsel will likely be without a legal assistant to prepare and file the above-described response until sometime next week;

      3.    The government through its attorneys Margaret Perlmeter and Kevin Rapp, have no objection to this extension request.

It is not expected that excludable delay pursuant to 18 U.S.C. § 3161(h) will occur as a result of this motion or from an order based thereon.

RESPECTFULLY SUBMITTED this 27th day of February, 2025.

**FEDER LAW OFFICE, P.A.**

*s/ Bruce Feder*
Bruce Feder
*Knapp Counsel for Scott Spear*

**KESSLER LAW GROUP**

*s/ Eric Kessler*
Eric Kessler
*Attorneys for Scott Spear*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

Clerk of the Court
United States District Court
Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street
Phoenix, AZ 85003
Efiling: https://ecf.azd.uscourts.gov/cgi-bin/login.pl

THE HONORABLE DIANE J. HEMETEWA
United States District Court
401 W. Washington Street, Ctrm. 605
Phoenix, AZ 85003
Email: Humetewa_chambers@azd.uscourts.gov

By:  */s/ M. Evans*