IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>vs.<br><br>Scott Spear, *et al.*,<br><br>        Defendants. | Case No. CR18-00422-PHX-DJH-003<br><br>**ORDER** |

    THIS COURT, having considered Defendant Spear's Motion for Extension of Time to Respond to the Government's Motions for Hearing re: Defendant Spear's Reimbursement for Criminal Justice Act Expenses, and good cause appearing,

    **IT IS ORDERED** granting Defendant Spear's Motion for Extension of Time to Respond to the Government's Motions for Hearing re: Defendant Spear's Reimbursement for Criminal Justice Act Expenses.

    **IT IS FURTHER ORDERED** extending Defendant Spear's time to respond to the government's Motions for _____ days.

    DATED this \_\_\_\_\_ day of _____, 2025.

_____
The Honorable Diane J. Humetewa
UNITED STATES DISTRICT COURT