Generated: Jul 25, 2025 10:15AM

___ FILED    ___ LODGED
___ RECEIVED  ___ COPY

Page 1/1

# U.S. District Court

### Arizona - Phoenix

JUL 2 5 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Receipt Date: Jul 25, 2025 10:15AM

FEDER LAW OFFICE, P.A.

Rcpt. No: 200017585    Trans. Date: Jul 25, 2025 10:15AM    Cashier ID: #LY (6784)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #11650 | 07/24/2025 | | $605.00 |

Total Due Prior to Payment: $605.00

Total Tendered: $605.00

Cash Change Amount: $0.00

**Comments**: CR18-422

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.