**KESSLER LAW GROUP**
Eric W. Kessler, SBN 009158
9237 E. Via de Ventura, Ste. 230
Scottsdale, AZ  85258
(480) 644-0093 phone
(480) 644-0095 fax
eric@kesslerlawgroup.net

Bruce Feder (AZ Bar No. 004832)
**FEDER LAW OFFICE, P.A.**
3104 E. Camelback Road, #916
Phoenix, Arizona 85016
Telephone: (602) 257-0135
bf@federlawpa.com
*Attorney for Scott Spear*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | Case No. CR18-00422-PHX-DJH-003 |
|---|---|
| Plaintiff, | **DEFENDANT SPEAR'S POSITION RE RESTITUTION OBLIGATIONS OF DEFENDANTS FERRER AND HYER** |
| vs. | |
| Scott Spear, *et al.*, | *(Assigned to the Hon. Diane J. Humetewa)* |
| Defendants. | |

Over objection by defendants Spear and Brunst, this Court entered an Order of restitution against them. The trial record, including this Court's restitution Order, asserts Spear and Brunst to be liable for Ferrer and Backpage's actions as members of a Backpage.com conspiracy and pursuant to a Pinkerton theory of liability. For example, the Court founds:

"[T]here was sufficient evidence adduced that Mr. Ferrer, a co-conspirator, also significantly associated himself with and helped promote the poster's enterprises such that his acts in relation to the ads in Counts 2-18 were fairly attributed to Mr. Spear under a *Pinkerton* theory of liability." (Doc. 2063 at 30-31).

Given that Ferrer and Hyer plead guilty to being members of the same conspiracy, and

1

testified that they were at the center of the conspiracy, Spear is aware of no grounds or reasons why Ferrer and Hyer should not be held jointly and severally liable for the restitution awarded against Spear and Brunst. The Court's reasoning with respect to the restitution awarded against Spear and Brunst applies equally to Ferrer and Hyer (if not more so). Accordingly, the Court's restitution order for Ferrer and Hyer should make them jointly and severally liable for the restitution awarded against Spear and Brunst.

RESPECTFULLY SUBMITTED this 3rd day of September, 2025.

**KESSLER LAW GROUP**

*s/ Eric Kessler*
Eric Kessler
*Attorneys for Scott Spear*

**FEDER LAW OFFICE PA**

*s/ Bruce Feder*
Bruce Feder
*Attorneys for Scott Spear*

# CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

THE HONORABLE DIANE J. HUMETEWA
United States District Court
Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street
Phoenix, AZ 85004
Email: Humetewa_chambers@azd.uscourts.gov

Kevin Rapp Kevin.Rapp@usdoj.gov
Margaret Perlmeter Margaret.Perlmeter@usdoj.gov
Austin Berry berry2.austin@usdoj.gov
Peter Kozinets Peter.Kozinets@usdoj.gov
Daniel Boyle Daniel.Boyle2@usdoj.gov
*Attorneys for United States of America*

Gary Lincenberg glincenbrg@birdmarella.com
Gopi Panchapakesan gpanchapakesan@birdmarella.com
Paul Cambria pcambria@lglaw.com
*Attorneys for Co-Defendants Lacey and Brunst*

By: */s/ M. Evans*