Gary S. Lincenberg *(admitted pro hac vice)*
  glincenberg@birdmarella.com
Ariel A. Neuman *(admitted pro hac vice)*
  aneuman@birdmarella.com
Gopi K. Panchapakesan *(admitted pro hac vice)*
  gkp@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant John Brunst

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| United States of America, | CASE NO. 2:18-cr-00422-004-PHX-DJH |
|---|---|
| Plaintiff, | **JOHN BRUNST'S NOTICE OF JOINDER IN DEFENDANT SPEAR'S POSITION RE: RESTITUTION OBLIGATIONS OF DEFENDANTS FERRER AND HYER** |
| vs. | |
| Michael Lacey, et al., | |
| Defendants. | |

4079524.1

1  Defendant John Brunst, by and through his undersigned counsel, joins Defendant
2  Spear's Position Re Restitution Obligations of Defendants Ferrer and Hyer (Dkt. 2377).
3  Mr. Brunst agrees with the statements made by Mr. Spear.  Mr. Brunst adopts the
4  positions set forth in the Position Re Restitution Obligations as if fully set forth herein.
5  Mr. Brunst further notes that the arguments made in Spear's papers, as well as the Court's
6  findings in its Restitution Order, apply equally to Backpage.com, LLC.  *See, e.g.*,
7  Dkt. 2356 at 4-8.

DATED:  September 4, 2025         Respectfully submitted,

Gary S. Lincenberg
Gopi K. Panchapakesan
Bird, Marella, Rhow,
Lincenberg, Drooks & Nessim, LLP

By:  */s/ Gary S. Lincenberg*
     Gary S. Lincenberg
     Attorneys for Defendant John Brunst